# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 05 CV 3939

Date Filed: 4/19/2005

**Plaintiff:**
**Shaw Family Archives, Ltd., Edith Marcus and Meta Stevens**

vs.

**Defendant:**
**CMG Worldwide, Inc., an Indiana Corporation, and Marilyn Monroe, LLC, a Delaware Limited Liability Company**

Received by EXPRESS PROCESS SERVICE, INC. on the 20th day of April, 2005 at 11:04 am to be served on **CMG WORLDWIDE, INC., c/o Mark A. Roesler, Registered Agent, 10500 Crosspoint Blvd, Indianapolis, Indiana 46256.**

I, Pamela Conley, being duly sworn, depose and say that on the **20th day of April, 2005** at **3:10 pm, I:**

Delivered a true copy of the **Summons and Complaint** to Larry Molnar, Legal Counsel at the aforementioned address, who stated that they were authorized to accept service.

**Additional Information pertaining to this Service:**
Mark A. Roesler, Registered Agent was out of the country.

**Description** of Person Served: Age: 38, Sex: M, Race/Skin Color: Cauc, Height: 5'10", Weight: 160, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action and have proper authority in the jurisdiction in which service was made. I declare that the facts set forth in the foregoing Affidavit of Service are true and correct.

Subscribed and Sworn to before me on the 21st day of April, 2005 by the affiant who is personally known to me.

*Nancy Botbyl*
NOTARY PUBLIC

NANCY BOTBYL
Notary Public- Seal
State of Indiana
My Commission Expires Jul 18, 2009

*Pamela Conley*
**Pamela Conley**
Process Server

**EXPRESS PROCESS SERVICE, INC.**
1201 N. Post Road
Suite 5
Indianapolis, IN 46219-4225
(317) 890-1055
Our Job Serial Number: 2005002667
Ref: Shaw et al v. CMG et al

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f