UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SHAW FAMILY ARCHIVES, LTD., EDITH
MARCUS and META STEVENS,

          Plaintiffs,

    v.

CMG WORLDWIDE, INC., an Indiana
Corporation and MARILYN MONROE, LLC, a
Delaware Limited Liability Company,

          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

05 CV 3939 (CM)

**Rule 7.1 Statement**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure [formerly Local General Rule 1.9], the undersigned counsel for Defendants CMG Worldwide, Inc. and Marilyn Monroe, LLC, certifies that Defendants have no corporate parents, affiliates and/or subsidiaries that are publicly held.

Dated:   New York, New York
           May 9, 2005

                                    By:    /s/ Orin Snyder
                                              Orin Snyder (OS-3122)
                                              Cynthia Arato (CA-8350)
                                              Alison Gooding (AG -0770)

                                            GIBSON, DUNN & CRUTCHER LLP

                                            200 Park Avenue
                                            47th Floor
                                            New York, New York 10166-0193
                                            Telephone: (212) 351-4000
                                            Facsimile: (212) 351-4035

                                            Attorneys for Defendants CMG Worldwide,
                                            Inc. and Marilyn Monroe, LLC