UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SHAW FAMILY ARCHIVES, LTD., EDITH
MARCUS and META STEVENS,

              Plaintiffs,

    v.

CMG WORLDWIDE, INC., an Indiana
Corporation and MARILYN MONROE, LLC, a
Delaware Limited Liability Company,

              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

05 CV 3939 (CM)

**NOTICE OF MOTION**

      PLEASE TAKE NOTICE that, upon Defendants' accompanying Memorandum of Law in Support of their Motion to Dismiss, Stay or Transfer Plaintiffs' Complaint, dated May 9, 2005, the Declaration of Cristina Piquinela, dated May 6, 2005, and the Declaration of Orin Snyder, dated May 9, 2005, Defendants will move this Court, before the Honorable Judge Colleen McMahon, at a date and time to be determined by the Court as soon thereafter as counsel may be heard, at the United States Courthouse, 300 Quarropas Street, Room 535, White Plains, New York, 10601, for an Order dismissing Plaintiffs' Complaint in its entirety with prejudice, or in the alternative, staying or transferring this action, and granting Defendants such other and further relief that this Court deems just and proper.

2

Dated:   New York, New York
         May 9, 2005

By:      /s/ Orin Snyder
         Orin Snyder (OS-3122)
         Cynthia Arato (CA-8350)
         Alison Gooding (AG -0770)

         GIBSON, DUNN & CRUTCHER LLP

         200 Park Avenue
         47th Floor
         New York, New York 10166-0193
         Telephone: (212) 351-4000
         Facsimile: (212) 351-4035

         Attorneys for Defendants CMG Worldwide,
         Inc. and Marilyn Monroe, LLC

80328323_1.DOC