UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

SHAW FAMILY ARCHIVES LTD., EDITH MARCUS and META STEVENS

                      Plaintiffs,

      -against-

CMG WORLDWIDE, INC. an Indiana Corporation and MARILYN MONROE, LLC, a Delaware Liability Company,

                    Defendants.
-----------------------------------------------------------X

Docket No:05 CV 3939 (CM)

**AFFIDAVIT OF MAIL SERVICE**

STATE OF NEW YORK
COUNTY OF ROCKLAND

      Charles Marcus swears to the truth of the following under the penalty of perjury:

I am not a party to the action; I reside at Rockland, New York, and I am over 18 years of age.

On May 11, 2005, I served the within Amended Complaint, Rule 7.1 Statement and attached Exhibits, by depositing true copies thereof, enclosed in a post-paid wrapper, via certified mail, return receipt requested, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to the following at the last known address set forth below:

Gibson, Dunn & Crutcher, LLP.

200 Park Avenue, 47th Floor

New York, NY 10166

                                                   */s/ Charles Marcus*
                                                   Charles Marcus

Sworn to before me on this

11th day of May 2005

_____
Notary Public

            DAVID MARCUS
   Notary Public, State of New York
       No. 02MA6001123
   Qualified in New York County
Commission Expires Jan. 9, 20__