

# BRIAN L. GREBEN
## ATTORNEY AT LAW

1650 Broadway, Suite 707  
New York, New York 10019

Tel: (917) 612-0486  
Fax: (516) 829-0008  
email: brianchan@optonline.net

May 19, 2005

Hon. Judge Colleen McMahon  
United States District Judge  
United States Courthouse  
300 Quarropas Street, Room 533  
White Plains, New York 10601-4150

      Re:    Shaw Family Archives, Ltd., Edith Marcus and Meta  
             Stevens v. CMG Worldwide, Inc. and Marilyn Monroe, LLC  
             <u>Docket No: 05 cv. 3939</u>

Dear Judge McMahon:

Please find the enclosed courtesy copy of the Amended Complaint with attached Exhibits. The Amended Complaint was served on May 11, 2005.

Please note that I have a new office. My office and contact information is now as follows:

    Brian L. Greben  
    1650 Broadway, Suite 707  
    New York, New York 10019  
    Phone: (917) 612-0486  
    Fax:    (516) 829-5028  
    email: brianchan@optonline.net

Thank you for your time and consideration. Kindly contact the undersigned should you have any questions.

Very truly yours,

Brian L. Greben (BG 1572)

cc:    Gibson, Dunn & Crutcher, LLP (w/o attachments)