UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
SHAW FAMILY ARCHIVES, LTD., EDITH :
MARCUS and META STEVENS, :
: 05 CV 3939 (CM)
Plaintiffs, :
:
v. : **NOTICE OF MOTION**
:
CMG WORLDWIDE, INC., an Indiana :
Corporation and MARILYN MONROE, LLC, a :
Delaware Limited Liability Company, :
:
Defendants. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

     PLEASE TAKE NOTICE that, upon Defendants' accompanying Memorandum of Law in Support of their Motion to Dismiss, Stay or Transfer Plaintiffs' Complaint, dated June 3, 2005, the Declaration of Cristina Piquinela, dated May 6, 2005, and the Declaration of Orin Snyder, dated June 3, 2005, Defendants will move this Court, before the Honorable Judge Colleen McMahon, at a date and time to be determined by the Court as soon thereafter as counsel may be heard, at the United States Courthouse, 300 Quarropas Street, Room 535, White Plains, New York, 10601, for an Order dismissing Plaintiffs' Complaint in its entirety with prejudice, or in the alternative, staying or transferring this action, and granting Defendants such other and further relief that this Court deems just and proper.

2

Dated: New York, New York
June 3, 2005

By:     /s/ Orin Snyder    
Orin Snyder (OS-3122)
Cynthia Arato (CA-8350)
Alison Gooding (AG -0770)

GIBSON, DUNN & CRUTCHER LLP

200 Park Avenue
47th Floor
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

Attorneys for Defendants CMG Worldwide, Inc. and Marilyn Monroe, LLC

80328323_1.DOC

2