UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SHAW FAMILY ARCHIVES, LTD., EDITH MARCUS and META STEVENS,

            Plaintiffs,

    v.

CMG WORLDWIDE, INC., an Indiana Corporation and MARILYN MONROE, LLC, a Delaware Limited Liability Company,

            Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

05 CV 3939 (CM)

## **CERTIFICATE OF SERVICE**

      I, Angel S. Arias, hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 3rd day of June 2005, I served true and correct copies of the Notice of Motion to Dismiss, Stay or Transfer, Memorandum of Law in Support of the Motion to Dismiss, Stay or Transfer, the Declaration of Orin Snyder in Support and the Declaration of Cristina Piquinela in Support, by first classt mail, postage prepaid, upon the following counsel of record:

        Brian L. Greben, Esq. (BG 1572)
        David M. Marcus Esq.
        143 Independence Avenue
        Tappan, New York 10983

                                    _____/s/ Angel S. Arias_____
                                              Angel S. Arias