UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
:
SHAW FAMILY ARCHIVES, LTD., EDITH :
MARCUS and META STEVENS, :
:
:  05 CV 3939 (CM)
Plaintiffs, :
:
v. :
CMG WORLDWIDE, INC., an Indiana :
Corporation and MARILYN MONROE, LLC, a :
Delaware Limited Liability Company, :
:
Defendants. :
:
------------------------------------ x

## CERTIFICATE OF SERVICE

     I, Angel S. Arias, hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 3rd day of June 2005, I served true and correct copies of the Notice of Motion to Dismiss, Stay or Transfer, Memorandum of Law in Support of the Motion to Dismiss, Stay or Transfer, the Declaration of Orin Snyder in Support and the Declaration of Cristina Piquinela in Support, by first classt mail, postage prepaid, upon the following counsel of record:

        Brian L. Greben, Esq. (BG 1572)
        1650 Broadway, Suite 707
        New York, New York 10019

                        _____/s/ Angel S. Arias_____
                                  Angel S. Arias

80331068_1.DOC