# GIBSON, DUNN & CRUTCHER LLP

LAWYERS

A REGISTERED LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

200 Park Avenue  New York, New York 10166-0193
(212) 351-4000
www.gibsondunn.com
OSnyder@gibsondunn.com



CHAMBERS OF
COLLEEN McMAHON

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

May 31, 2005

**MEMO ENDORSED**

Direct Dial
(212) 351-2400

Fax No.
(212) 351-6335

Client No.
[88497-00016]

VIA OVERNIGHT MAIL

Honorable Colleen McMahon
United States Courthouse
300 Quarropas St., Room 535
White Plains, New York 10601

Re:   *Shaw Family Archives, Ltd. v. CMG Worldwide, Inc. and Marilyn Monroe, LLC,* 05 CV 3939

Dear Judge McMahon:

We represent Defendants CMG Worldwide, Inc. and Marilyn Monroe, LLC in the above referenced matter.

Defendants' Motion to Dismiss Plaintiffs' Complaint is currently pending before this Court. On Wednesday, May 11, 2005, however, we received a copy of Plaintiffs' amended complaint. Plaintiffs' counsel has informed us that they were unaware of Defendants' motion to dismiss at the time they filed their amended complaint. In light of this, we respectfully withdraw Defendants' motion to dismiss Plaintiffs' original complaint. Defendants will submit a revised motion to dismiss Plaintiffs' amended complaint on Friday, June 3, 2005.

We thank the Court for its attention to this matter.

Respectfully submitted,

Orin Snyder

**GIBSON, DUNN & CRUTCHER LLP**

OS/os

bcc:   William Wegner, Esq.
       Cynthia Arato, Esq.
       Alison Gooding, Esq.
       Brian L. Greben, Esq.

80330555_1.DOC