UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK       Index No. 05 CV 3939

SHAW FAMILY ARCHIVES, LTD

Plaintiff(s) Petitioner(s)

against

CMG WORLDWIDE, INC

Defendant(s) Respondent(s)

Calendar No.

AFFIDAVIT OF SERVICE

STATE OF DELAWARE, COUNTY OF: NEW CASTLE    Ss.:

The undersigned, being sworn, says: Deponent is not a party herein, is over 18 years of age and resides at Wilmington, DE

On 4/20/05 at 1:46 P.M., at NATIONAL REGISTERED AGENTS 9 E. LOOCKERMAN ST. DOVER, DE deponent served the within

- [ ] summons  [ ] with notice  [ ] summons, Spanish summons and complaint, the language
- [X] summons and complaint  [ ] notice of petition and petition  required by NYCRR 2900.2(e), (f) & (h) was set forth on
- [ ] subpoena duces tecum  [ ] subpoena  on the face of the summons(es)
- [ ] citation

on MARILYN MONROE, LLC

[X] defendant  [ ] witness  hereinafter called
[ ] respondent  the recipient named therein

**INDIVIDUAL 1.** [ ] by delivering a true copy of each to said recipient personally; deponent knew the person so served to be the person described as said recipient therein.

**CORPORATION 2.** [X] a DELAWARE corporation, by delivering thereat a true copy of each to JODY HARRINGTON personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be PROCESS AGENT thereof

**SUITABLE AGE PERSON 3.** [ ] by delivering thereat a true copy of each to a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling place [ ] usual place of abode within the state.

**AFFIXING TO DOOR, ETC. 4.** [ ] by affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling place [ ] usual place of abode within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called there

**MAILING TO RESIDENCE USE WITH 3 OR 4 5A.** [ ] Deponent talked to at said premises who stated that recipient [ ] lived [ ] worked there. Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipient's last known residence, at and deposited said envelope in an official depository under exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4 5B.** [ ] Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to recipient at recipient's actual place of business, at in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient.

**DESCRIPTION** [X]
- [ ] Male  [X] White Skin  [X] Black Hair  [ ] White Hair  [ ] 14-20 Yrs.  [ ] Under 5'  [ ] Under 100 Lbs.
- [X] Female  [ ] Black Skin  [ ] Brown Hair  [ ] Balding  [ ] 21-35 Yrs.  [ ] 5'0"-5'3"  [ ] 100-130 Lbs.
- [ ] Yellow Skin  [ ] Blonde Hair  [ ] Mustache  [X] 36-50 Yrs.  [X] 5'4"-5'8"  [X] 131-160 Lbs.
- [ ] Brown Skin  [ ] Gray Hair  [ ] Beard  [ ] 51-65 Yrs.  [ ] 5'9"-6'0"  [ ] 161-200 Lbs.
- [ ] Red Skin  [ ] Red Hair  [ ] Glasses  [ ] Over 65 Yrs.  [ ] Over 6'  [ ] Over 200 Lbs.

Other identifying features:

**WITNESS FEES** [ ] $ the authorizing traveling expenses  [ ] was paid (tendered) to the recipient
and one days' witness fee:  [ ] was mailed to the witness with subpoena copy.

**MILITARY SERVICE** [ ] I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on 4/20/05

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Nov. 23, 2006

License No.

GRANVILLE MORRIS
BRANDYWINE PROCESS SERVERS, LTD
PO BOX 1360 WILMINGTON, DE
302-475-2600

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 05 CV 3939

Date Filed: 4/19/2005

Plaintiff:
**Shaw Family Archives, Ltd., Edith Marcus and Meta Stevens**

vs.

Defendant:
**CMG Worldwide, Inc., an Indiana Corporation, and Marilyn Monroe, LLC, a Delaware Limited Liability Company**

Received by EXPRESS PROCESS SERVICE, INC. on the 20th day of April, 2005 at 11:04 am to be served on **CMG WORLDWIDE, INC., c/o Mark A. Roesler, Registered Agent, 10500 Crosspoint Blvd, Indianapolis, Indiana 46256.**

I, Pamela Conley, being duly sworn, depose and say that on the **20th day of April, 2005** at **3:10 pm**, I:

Delivered a true copy of the **Summons and Complaint** to Larry Molnar, Legal Counsel at the aforementioned address, who stated that they were authorized to accept service.

**Additional Information pertaining to this Service:**
Mark A. Roesler, Registered Agent was out of the country.

**Description** of Person Served: Age: 38, Sex: M, Race/Skin Color: Cauc, Height: 5'10", Weight: 160, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action and have proper authority in the jurisdiction in which service was made. I declare that the facts set forth in the foregoing Affidavit of Service are true and correct.

Subscribed and Sworn to before me on the 21st day of April, 2005 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

NANCY BOTBYL
Notary Public- Seal
State of Indiana
My Commission Expires Jul 18, 2009

**Pamela Conley**
Process Server

EXPRESS PROCESS SERVICE, INC.
1201 N. Post Road
Suite 5
Indianapolis, IN 46219-4225
(317) 890-1055
Our Job Serial Number: 2005002667
Ref: Shaw et al v. CMG et al

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f