# NYS Department of State

## Division of Corporations

### Entity Information

Selected Entity Name: **SHAW FAMILY ARCHIVES, LTD.**

#### Selected Entity Status Information

Current Entity Name: **SHAW FAMILY ARCHIVES, LTD.**
Initial DOS Filing Date: **JUNE 19, 2002**
County: **ROCKLAND**
Jurisdiction: **NEW YORK**
Entity Type: **DOMESTIC BUSINESS CORPORATION**
Current Entity Status: **ACTIVE**

#### Selected Entity Address Information

**DOS Process** (Address to which DOS will mail process if accepted on behalf of the entity)
DAVID MARCUS ESQ
199 MAIN ST
STE 101M
WHITE PLAINS, NEW YORK, 10601

**Chairman or Chief Executive Officer**
LARRY SHAW
225 HUDSON TERRACE
PIERMONT, NEW YORK, 10968

**Principal Executive Office**
EDITH MARCUS
143 INDEPENDENCE AVE
TAPPAN, NEW YORK, 10983

**Registered Agent**
NONE

NOTE: New York State does not issue organizational identification numbers.

Search Results    New Search

Division of Corporations, State Records and UCC Home Page    NYS Department of State Home Page

