

**MARKROESLER.COM**

*"I'd like to be remembered for having made a difference with people that I work with, and for having made their lives more meaningful."*

**ABOUT MARK**

**ABOUT MARK**
  Biography
  Timeline
  Curriculum Vitae
  Business Ventures
  After Hours
  Familiar Faces
  Awards
  Ask Mark

**SERVICES**
  Expert Witness Testimony
  Consulting
  Speaking Engagements
  Valuation

**PRESS CENTER**
  Press Kit
  Current News
  Weekly Webcast
  Web Radio
  Articles Archive
  Television Appearances

**CMG WORLDWIDE**
  About
  Clients
  Events
  Services
  Technology

**IP RESOURCES**
  Right of Publicity
  Damages
  State Statutes
  Copyright
  Trademark
  Case Law
  Famous Domain Names
  Legal Battles

**TIMELINE**

Follow Mark throughout the years with this interactive timeline.



Click on the image above to view the timeline.

**JUNE CALEN**
01 Marilyn Mc Birthday
03 Weekly W
03 James De
04 James De
05 James De
06 Web Radi
10 Weekly W
13 Web Radi
13 WIBC Inte
17 Weekly W
17 Co-host of Concours Union Stat Indianapolis
18 Concours Judge
20 Web Radi
22 Guest Pan 2005 Licer New York
24 Weekly W
27 Web Radi

**RULES FOR**
by Mark Roes
This month's vision, be der
MORE >>

♫ Open A

Home :: About Mark :: Services :: Press Center :: CMG Worldwide :: IP Resources :: Rules for Success :: Site Information :: Search
© Mark Roesler c/o CMG Worldwide



**1992:** Successfully won dispute in which Warner Bros. studio claimed they retained rights to James Dean's image. Roesler argued that relatives of the deceased have the rights, and the court agreed. Countless stars and their estates have since used the landmark case to effectively protect and market their names and likenesses.



**1993:** Won court case aga movie director Spike Lee o use of the "X" used in asso with Malcolm X. Malcolm's widow, Betty Shabazz, wa awarded rights and Lee w ordered to pay a licensing