# Shaw Family Archives, Ltd

The official website of Sam Shaw and his photographs

Sam Shaw Photographic Collection



Sam Shaw and Marilyn Monroe - 1954

Biography

Americana

Filmography

Marilyn Monroe

Personality Images

Publications

Exhibitions

Contact Information

Copyright Shaw Family Archives. All rights reserved.


