TT-148 (7/66)

> At a Surrogate's court, held in and for the County of New York at the Courthouse in said county, on the           day of
> _____ , 19 69.

Present,

    Hon. _____

                            Surrogate

---

In the Matter of the Application to Determine the Estate Tax under Article 26 of the Tax Law upon the Estate of   **MARILYN MONROE**

                Deceased.

File No. # 2781 1962

ORDER FIXING TAX

---

On reading and filing the verified petition of AARON R. FROSCH dated the 29th day of May, 1969, and it appearing that the said decedent died on the 5th day of August, 1962 and left certain property, described in said petition and schedules attached thereto, the transfer of which is subject to the tax imposed by the provisions of Article 26 of the Tax Law, and proof having been made of due service of said petition and the notice of motion for this order upon the attorney for the State Tax Commission, now on motion of **GREENBAUM, WOLFF & ERNST**, Esq., attorney for the petitioner herein; **SOLON S. KANE** Esq., attorney for the State Tax Commission appearing and not opposing, it is

ORDERED AND ADJUDGED that the value of the New York gross estate of said decedent, the New York estate tax deductions, the New York taxable estate, the gross estate tax, and the credits against such tax and the net estate tax are hereby fixed and determined as follows:

| | |
|---|---|
| New York gross estate | $ 836,521.31 |
| New York estate tax deductions | $ 415,080.19 |
| New York taxable estate | $ 421,441.12 |
| New York gross estate tax | $ 16,072.05 |
| Credits against estate tax | $ -0- |
| New York net estate tax | $ 16,072.05 |

                            Surrogate

STATE OF CALIFORNIA
**FRANCHISE TAX BOARD**
1025 P STREET
SACRAMENTO, CALIFORNIA 95814

IN THE ~~SUPERIOR~~ SURROGATE'S COURT OF THE STATE OF ~~CALIFORNIA~~ NEW YORK

IN AND FOR THE COUNTY OF __New York__

IN THE MATTER OF THE ESTATE OF

__Marilyn Monroe__

_Deceased_

Social Security Number __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__

**CREDITOR'S CLAIM**

Probate number __P-2781-1962__

The undersigned hereby certifies:

1. That he is one of the authorized and acting agents of the Franchise Tax Board of the State of California, and as such he is qualified and empowered to make this claim on behalf of the said Board;

2. That the consideration of the debt is a tax duly levied and assessed under the provisions of Parts 10 and 11 of Division 2 of the Revenue and Taxation Code of the State of California;

3. That the above-named decedent is now justly and truly indebted to the State of California computed as follows:

| Type of Assessment | Taxable Year | Tax | Interest at 6% per year Amount | Computed to | Total |
|---|---|---|---|---|---|
| Self-assessed | 1962 | $2614.24 | $657.44 | 8/31/66 | $3271.68 |

Total tax principal and accrued interest to date herein $ __3271.68__
(Additional interest accrues on the unpaid tax at the rate of 6% per annum from the "computed to" date shown above to the date of payment.)

4. That the due date for the said tax is past; that no part of the said tax has been paid except as above stated; that there are no set-offs or counterclaims to the same; that no note or judgment has been recovered therefor; that the undersigned has not, nor has any person, to his knowledge or belief, for the use or benefit of the State of California, had or received any manner of security for the said tax or interest or penalty whatever, EXCEPT as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Dated at Sacramento, California, on __August 1, 1966__

_W. C. Hall_, Tax Compliance Supervisor

MAKE ALL CHECKS PAYABLE TO THE FRANCHISE TAX BOARD AND
MAIL TO 1025 P STREET, SACRAMENTO, CALIFORNIA 95814

FTB 2961 (9-65)

# Surrogate's Court

JIFCM COUNTY OF NEW YORK

In the Matter of the Appraisal under the Estate Tax Law of the Estate of

**MARILYN MONROE**

Deceased.

TO THE SURROGATE'S COURT OF THE COUNTY OF NEW YORK:

I, Milton Eletz succeeding B. Franklin Spencer, Estate Tax Appraiser, having been designated by the effective Surrogates of the County of NEW YORK, by an order duly made on the 7th day of AUGUST, 19 64, to appraise the estate of the above-named decedent, pursuant to the provisions of the law imposing a tax on estates of residents and nonresidents, and the statutory notice by mail having been duly given herein to all the persons entitled thereto as provided in Section 249-v of the Tax Law as appears by copy of such notice and affidavit of mailing thereof hereunto annexed, and having held an appraisal on the 25th day of NOVEMBER, 19 69, at the office of the Estate Tax Appraiser for the County of NEW YORK, and having heard the allegations and proofs of the parties then and there appearing before me and offering the same, and having given due consideration to the affidavits and other papers submitted herein, and having made due and careful inquiry into all the matters and things brought before me in this proceeding, do now make and file the following report:

FIRST - I report that the decedent herein died a resident of the State of New York on the 5th day of AUGUST, 19 62, leaving a Last Will and Testament, copy of which is hereunto annexed, which was duly admitted to probate by this Court on the _____ day of _____, 19 ___, and that thereafter on the 30th day of OCTOBER, 19 62, Letters Testamentary upon the estate of the said decedent were duly issued by this Court to

AARON R. FROSCH        300 CENTRAL PARK WEST        NEW YORK, N.Y.

AS EXECUTOR

SECOND - I further report the following appearances in this proceeding:

SOLON S. KANE, ESQ.
Attorney for State Tax Commission
80 Centre Street
New York, N.Y. 10013

GREENBAUM, WOLFF AND ERNST, ESQS.
Attorneys for Executor
437 Madison Avenue
New York, N.Y. 10022

File _____, 19___

# Surrogate's Court

County of **NEW YORK**

In the Matter of the Appraisal under the Transfer Tax Law of the Estate of

**MARILYN MONROE**

*Deceased*

# Report of Appraiser

**ORIGINAL**

FILED DEC 30 1969

TT 142 (1-64)