UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SHAW FAMILY ARCHIVES, LTD., EDITH :
MARCUS and META STEVENS,       : 05 CV 3939 (CM)
                                              :
         Plaintiffs,              :
  v.                                        :
                                              :
CMG WORLDWIDE, INC., an Indiana Corporation :
and MARILYN MONROE, LLC, a Delaware Limited :
Liability Company,                     :
                                              :
        Defendants.              :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CERTIFICATE OF SERVICE

I, Michelle M. Craven, hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 2nd day of May, 2006, I caused to be served by hand delivery a true and correct copy of the letter of Orin Snyder, dated May 1, 2006, with attached exhibits, upon:

Brian Greben, Esq.
Marcus & Greben
1650 Broadway, Suite 707
New York, New York 10019

Dated:    New York, New York
           May 2, 2006

                                            /s/ Michelle M. Craven
                                            Michelle M. Craven

80363169_1.DOC