UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHAW FAMILY ARCHIVES LTD., et al.

      Plaintiffs,

          -against-                    05 Civ. 3939 (CM)

CMG WORLDWIDE, INC. and
MARILYN MONROE, LLC,

      Defendants.

---

### NOTICE OF WITHDRAWAL

This Notice of Withdrawal provides notice that attorney J. Lee McNeely of McNeely, Stephenson, Thopy & Harrold has withdrawn his appearance on behalf of defendants CMG Worldwide, Inc. and Marilyn Monroe, LLC for the reasons set forth in the attached declaration. Said defendants will continue to be represented by Jonathan G. Polak of the firm Sommer Barnard, P.C. in Indianapolis, Indiana, and whose appearance is on file in this matter.

Dated: Shelbyville, Indiana
       April ____, 2006

5/1/06

                                  J. Lee McNeely, Indiana Atty. No. 9542-73
                                  McNEELY STEPHENSON
                                  THOPY & HARROLD
                                  30 E. Washington Street, Suite 400
                                  Shelbyville, Indiana 46176
                                  Telephone:  (317) 392-3619
                                  Facsimile:   (317) 835-7777

SO ORDERED:

_____
Colleen McMahon
United States District Court Judge

dated 5/1/06

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHAW FAMILY ARCHIVES LTD., et al.

    Plaintiffs,

        -against-                      05 Civ. 3939 (CM)

CMG WORLDWIDE, INC. and
MARILYN MONROE, LLC,

    Defendants.

---

## AFFIDAVIT OF SERVICE

I hereby certify that a copy of the foregoing Notice of Withdrawal of Appearance and attached Sworn Declaration of Attorney J. Lee McNeely have been served upon James M. Hinshaw, BINGHAM McHALE LLP, 2700 Market Tower, 10 West Market Street, Indianapolis, IN 46204, Jonathan G. Polak, SOMMER BARNARD, P.C., One Indiana Square, Suite 3500, Indianapolis, IN 46204, Amy L. Wright, DANN PECAR NEWMAN & KLEIMAN, One American Square, Suite 2300, Indianapolis, IN 46282, and Gibson, Dunn & Crutcher, LLP, 200 Park Avenue, New York, NY 10166, by placing the same in the United States Mail, first class, postage prepaid.

Dated: Shelbyville, Indiana
       April 27, 2006

                                      J. Lee McNeely, Indiana Attorney No. 9542-73
                                      McNEELY STEPHENSON THOPY & HARROLD
                                      30 E. Washington Street, Suite 400
                                      Shelbyville, Indiana 46176
                                      Telephone:   (317) 392-3619
                                      Facsimile:    (317) 835-7777

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHAW FAMILY ARCHIVES LTD., et al.

    Plaintiffs,

        -against-                    05 Civ. 3939 (CM)

CMG WORLDWIDE, INC. and
MARILYN MONROE, LLC,

    Defendants.

---

## SWORN DECLARATION OF ATTORNEY J. LEE MCNEELY

J. Lee McNeely, having first been sworn, states under oath:

1. I am over the age of 18, and am competent to testify based upon my personal knowledge of the matters set forth herein.

2. I am a partner with the law firm of McNeely, Stephenson, Thopy & Harrold, located in Shelbyville, Indiana.

3. I originally entered my appearance in the above-captioned matter on behalf of CMG Worldwide, Inc. and Marilyn Monroe, LLC when said matter was pending in U.S. District Court for the Southern District of Indiana, located in the State of Indiana.

4. Since this matter has been transferred to the United States District Court, Southern District of New York, a forum located in the State of New York, my services are no longer needed.

5. Attorney Jonathan G. Polak of the firm Sommer Barnard, P.C. will continue to represent CMG Worldwide, Inc. and Marilyn Monroe, LLC in this matter as it is pending in United States District Court, Southern District of New York.

6. I have discussed with defendants CMG Worldwide, Inc. and Marilyn Monroe, LLC my withdrawal as their counsel in this matter, and they have consented to said withdrawal.

I swear or affirm under the penalties of perjury that the facts stated in this Declaration are true.

Dated: Shelbyville, Indiana
April 27, 2006

*J. Lee McNeely*

STATE OF INDIANA    )
                    )SS:
COUNTY OF SHELBY    )

Before me, the undersigned, a Notary Public, in and for said County and State, personally appeared J. Lee McNeely and acknowledged the execution of the foregoing Declaration to be his voluntary act and deed and who, being duly sworn, states that the statements therein are true and correct.

*Elaina M. Tindall*, Notary Public
County of Residence: Shelby Co., Indiana

My Commission Expires: 3-27-07