USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

SHAW FAMILY ARCHIVES LTD.,
et al.,

        Plaintiffs,

    -against-                                     05 Civ. 3939 (CM)

CMG WORLDWIDE, INC. and
MARILYN MONROE LLC,

        Defendants.

---------------------------------------------------------x

---------------------------------------------------------x

CMG Worldwide, Inc.
an Indian corporation

        Plaintiff,

    -against-                                     06 Civ. 2619 (CM)

Marilyn Monroe, L.L.C..
a Delaware Limited Liability Company,
Bradford Licensing Associates,
The Shaw Family Archives, Ltd.
a New York corporation, James E. Dougherty
and Valhalla Productions, L.L.C.
a Maine Limited Liability Company

        Defendants.

---------------------------------------------------------x

ORDER CONSOLIDATING 05 Civ. 3939 and 06 Civ. 2619

McMahon, J.:

    The Court previously agreed to accept the transfer of case number 05cv423 (DFH), from

the Southern District of Indiana (now Southern District of New York number 06cv2619), having determined that the case was related to a matter already pending before the Court– 05cv3939. (See Orders dated 3/27/06 and 4/13/06). The Court now orders that these matters be consolidated for all purposes and directs that all future submissions be filed under the lower docket, **05cv3939**, which is the custom in this district.

May 2, 2006

                                                                            U.S.D.J.

Order disseminated via ECF