**MARCUS & GREBEN**
**ATTORNEYS AT LAW**

CHAMBERS OF
COLLEEN McMAHON

**BRIAN L. GREBEN**
**PARTNER**

1650 BROADWAY, SUITE 707
NEW YORK, NEW YORK 10019

TEL: 646.536.7602
     917.612.0486
FAX: 516.829.0008

EMAIL: brian@marcusandgreben.com

*[Stamps: RECEIVED MAY - 2 2006; U.S. DISTRICT COURT FILED MAY 0 2 2006 S.D. OF N.Y. W.P.]*

May 1, 2006

**VIA FACSIMILE ONLY**
(914) 390-4152
Hon. Judge Colleen McMahon
United States District Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

*[Handwritten note: 5/2/06 The matters have been consolidated. I will instruct the clerk of the court to file all papers under the SDNY number.]*

Re: *Shaw Family Archives, Ltd., et al. v. CMG Worldwide, Inc., et al.*
    Docket No: 05 cv. 3939
    *CMG Worldwide, Inc., et al. v. Bradford Licensing Associates, et al.*
    Southern District of Indiana Docket No.: 1:05 cv. 0423

Dear Judge McMahon:

Please be advised that, pursuant to the instructions you provided at the conference of April 24, 2006, we have "uploaded" Shaw Family Archives' and Bradford's Memoranda of Law and supporting Affidavits served in support of their motions to dismiss the Indiana proceedings on lack of personal jurisdiction grounds. We have also uploaded a three (3) page letter in further support of our position. Because the ECF/Pacer system did not have a category called "letter," we classified the letter under the "other document/brief" category, and filed the various supporting documentation as attachments.

We filed the documents under the S.D.N.Y. docket number. Because Bradford was not listed as a party under this docket number, we listed the material as being filed on behalf of Shaw Family Archives, Edie Marcus and Meta Stevens. Please be advised that we also represent Bradford, and have filed these documents on its behalf as well. We will be forwarding hard copies of these documents to your chambers and to Mr. Snyder.

Thank you for your time and consideration. Kindly contact the undersigned should you have any questions.

Very truly yours,

*[signature]*

Brian L. Greben (BG 1572)

*[Stamps: MICROFILM 2006 USDC SD NY WP; USDC SDNY ...CALLY FILED DATE FILED: ___]*

cc: Orin Snyder, Esq. (*via facsimile only* – (212) 351-4035)