UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

_____X

Shaw Family Archives, Ltd., et al.,

                     Plaintiff(s),

            -against-

CMG Worldwide, Inc., et al.,

                    Defendant(s).

_____X

05 Civ. 3939 (CM)(MDF)

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

The above entitled action is referred to the Honorable Mark D. Fox, United States
Magistrate Judge for the following purpose(s):

✓   General Pretrial (includes scheduling,
       discovery, non-dispositive pretrial motions,
       and settlement

_____  Consent under 28 U.S.C.
       §636(c) for all purposes
       (including trial)

_____  Specific Non-Dispositive Motion/Dispute:*

_____

_____

_____  Consent under 28 U.S.C.
       §636(c) for limited purpose
       (e.g., dispositive motion,
       preliminary injunction

Purpose:_____

If referral is for discovery disputes when
the District Judge is unavailable, the time
period of the referral:_____

_____  Habeas Corpus

_____  Social Security

_____  Settlement*

_____  Inquest After Default/Damages Hearing

_____  Dispositive Motion (i.e., motion
       requiring a Report and
       Recommendation

Particular Motion:_____

_____

All such motions:_____

_____

* Do not check if already assigned for general pretrial.

Dated:  5/29/06
      White Plains, New York

SO ORDERED  *[signature]*

_____
Hon. Colleen McMahon
United States District Judge