UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------

SHAW FAMILY ARCHIVES, LTD., EDITH
MARCUS and META STEVENS,                :05 CV 3939 (CM)

        Plaintiffs,

v.

CMG WORLDWIDE, INC., an Indiana Corporation
and MARILYN MONROE, LLC, a Delaware Limited
Liability Company,

        Defendants.

---------------------------------------------------

## CERTIFICATE OF SERVICE

    I, Michelle M. Craven, hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 28th day of June, 2006, I caused to be served by first class mail a true and correct copy of the Answer of Marilyn Monroe, LLC, dated June 28, 2006, upon:

    Brian Greben, Esq.
    Marcus & Greben
    1650 Broadway, Suite 707
    New York, New York 10019

    Jonathan Polak
    Sommer, Barnard PC
    One Indiana Square, Suite 3500
    Indianapolis, IN 46204

Dated:    New York, New York
            June 28, 2006

                                          /s/ Michelle M. Craven
                                          Michelle M. Craven