UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

SHAW FAMILY ARCHIVES, LTD.,
BRADFORD LICENSING, INC., JAMES E.
DOUGHERTY, and VALHALLA
PRODUCTIONS, LLC.

    Plaintiffs/Consolidated Defendants,

v.

CMG WORLDWIDE, INC. and MARILYN
MONROE, LLC,

    Defendants/Consolidated Plaintiffs.

------------------------------------X

05 CV 3939 (CM)

Honorable Colleen McMahon

## ORDER

Upon consideration of the Declaration of Michelle M. Craven and the Declaration of Jonathan G. Polak, and good cause having been shown, it is SO ORDERED that Jonathan G. Polak is admitted to the bar of this Court Pro Hac Vice this 2 day of August, 2006.

Dated: White Plains, New York
August 2, 2006

SO ORDERED:

_____
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

6