Jonathan G. Polak
Tracy N. Betz
SOMMER BARNARD PC
One Indiana Square
Suite 3500
Indianapolis, Indiana  46204
Telephone:  (317) 713-3500
Facsimile:  (317) 713-3699

COUNSEL FOR CMG WORLDWIDE, INC.
AND MARILYN MONROE, LLC

**ADMITTED PRO HAC VICE**

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
SHAW FAMILY ARCHIVES, LTD., BRADFORD :
LICENSING, INC., JAMES E. DOUGHERTY, and :
VALHALLA PRODUCTIONS, LLC. :
: 05 CV 3939 (CM)
    Plaintiffs/Consolidated Defendants, :
: **ANSWER**
    v. :
:
CMG WORLDWIDE, INC. and MARILYN :
MONROE, LLC, : Honorable Colleen McMahon
:
    Defendants/Consolidated Plaintiffs. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## RULE 7.1 DISCLOSURE STATEMENT

    CMG Worldwide, Inc. ("CMG"), by counsel, pursuant to Federal Rule of Civil Procedure 7.1, states that it has no parent companies and that no publicly held corporation owns 10% or more of its stock.

Dated: August 28, 2006                    Respectfully submitted,


                                          s/ Tracy N. Betz
                                          Jonathan G. Polak
                                          Tracy N. Betz
                                          *Admitted Pro Hac Vice*
                                          Sommer Barnard PC
                                          One Indiana Square
                                          Suite 3500
                                          Indianapolis, Indiana   46204
                                          Telephone:  (317) 713-3500
                                          Facsimile:  (317) 713-3699


395285