Jonathan G. Polak
Tracy N. Betz
SOMMER BARNARD PC
One Indiana Square
Suite 3500
Indianapolis, Indiana   46204
Telephone:  (317) 713-3500
Facsimile:  (317) 713-3699

COUNSEL FOR CMG WORLDWIDE, INC.
AND MARILYN MONROE, LLC

**ADMITTED PRO HAC VICE**

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

SHAW FAMILY ARCHIVES, LTD., BRADFORD
LICENSING, INC., JAMES E. DOUGHERTY, and
VALHALLA PRODUCTIONS, LLC.

      Plaintiffs/Consolidated Defendants,

      v.

CMG WORLDWIDE, INC. and MARILYN
MONROE, LLC,

      Defendants/Consolidated Plaintiffs.

05 CV 3939 (CM)

**CERTIFICATE OF SERVICE**

Honorable Colleen McMahon

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

    I, Tracy N. Betz, hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 28st day of August, 2006, I caused to be served by first class mail a true and correct copy of the Answer of CMG Worldwide, Inc., dated August 28, 2006, upon:

Hamish Cohen
Barnes & Thornburg, L.L.P.
11 South Meridian Street
Indianapolis, Indiana 46204

James M. Hinshaw
Bingham McHale, L.L.P
2700 Market Tower
10 West Market Street
Indianapolis, ndiana 46204

J. Lee McNeeley
McNeely, Stephensen Thopy & Harrold
30 E. Washington Street, Suite 400
Shelbyville, Indiana 46176


Dated:      Indianapolis, Indiana
            August 28, 2006

                                        s/ Tracy N. Betz
                                        Jonathan G. Polak
                                        Tracy N. Betz
                                        *Admitted Pro Hac Vice*
                                        Sommer Barnard PC
                                        One Indiana Square
                                        Suite 3500
                                        Indianapolis, Indiana   46204
                                        Telephone:  (317) 713-3500
                                        Facsimile:  (317) 713-3699

#393231_v1