UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAW FAMILY ARCHIVES, LTD., )<br>BRADFORD LICENSING, INC., JAMES )<br>E. DOUGHERTY, and VALHALLA )<br>PRODUCTIONS, LLC, )<br>)<br>Plaintiffs/Consolidated Defendants, )<br>)<br>v. )<br>)<br>CMG WORLDWIDE, INC., and )<br>MARILYN MONROE, LLC, )<br>)<br>Defendants/Consolidated Plaintiffs. ) | CASE NO. 05 CV 3939 (CM) |

## MOTION TO WITHDRAW APPEARANCE

Plaintiffs/Consolidated Defendants Shaw Family Archives, Ltd. ("Shaw") and Bradford Licensing, Inc. ("Bradford"), by counsel, move to withdraw the appearance of attorney Hamish S. Cohen, formerly of the law firm of Bingham McHale LLP, and of attorney James H. Hinshaw of Bingham McHale LLP, on behalf of Bradford and Shaw in the above-captioned matter (neither James Dougherty nor Valhalla have ever been represented by Bingham McHale). Bradford and Shaw will continue to be represented by Brian L. Greben and David Marcus, both of Marcus & Greben.

WHEREFORE, the undersigned requests that this Motion for Withdrawal of Appearance be granted.

Respectfully submitted,

James M. Hinshaw
BINGHAM MCHALE LLP
2700 Market Street
Indianapolis, IN 46204-4900
(317) 635-8900
jhinshaw@binghammchale.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was duly forwarded to all counsel of record and interested parties on this 30th day of August 2006, via United States first-class mail, postage pre-paid as follows:

Brian L. Greben
David Marcus
MARCUS & GREBEN
1650 Broadway
Suite 707
New York, NY 10019

J. Lee McNeely
McNEELY STEPHENSON THOPY & HARROLD
30 E. Washington Street
Suite 400
Shelbyville, IN 46176

Tracy N. Betz
Jonathan G. Polak
SOMMER BARNARD PC
One Indiana Square
Suite 3500
Indianapolis, IN 46204

Orin Snyder
Michelle M. Craven
GIBSON DUNN & CRUTCHER LLP
200 Park Avenue, 48th Floor
New York, NY 10166

1085095