UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SHAW FAMILY ARCHIVES, LTD., BRADFORD LICENSING, INC., JAMES E. DOUGHERTY, and VALHALLA PRODUCTIONS, LLC, | ) ) ) ) ) | |
| Plaintiffs/Consolidated Defendants, | ) ) | |
| v. | ) ) | CASE NO. 7:05-cv-03939-CM-MDF 7:06-cv-02619-CM |
| CMG WORLDWIDE, INC., and MARILYN MONROE, LLC, | ) ) ) | |
| Defendants/Consolidated Plaintiffs. | ) | |

**SWORN DECLARATION OF ATTORNEY
JAMES M. HINSHAW IN SUPPORT OF MOTION TO WITHDRAW**

James M. Hinshaw, having first been sworn, states under oath:

1.     I am over the age of 18, and am competent to testify based upon my personal

knowledge of the matters set forth herein.

2.     This Declaration is submitted in support of the Motion to Withdraw Appearance

submitted for filing on August 30, 2006 – seeking the withdrawal of attorneys James M.

Hinshaw and Hamish S. Cohen.

3.     I am a partner with the law firm of Bingham McHale LLP, located in

Indianapolis, Indiana.  Hamish Cohen was an associate at the same firm, at all relevant times.

4.     Hamish Cohen and I originally entered our appearances on behalf of Shaw Family

Archives, Ltd. and Bradford Licensing, Inc., when this matter was pending in U.S. District Court

for the Southern District of Indiana, Cause No. 1:05-cv-0423-DFH-WTL, located in the State of

Indiana.

5.    Because this matter has been since transferred to the United States District Court, Southern District of New York, a forum located in the State of New York, this firm's services are no longer needed in either Cause No. 7:06-cv-03939-CM-MDF or 7:06-cv-02619-CM.

6.    Attorneys Brian L. Greben and David Marcus of the New York firm Marcus & Greben will continue to represent Shaw Family Archives, Ltd. and Bradford Licensing, Inc., in both of the New York matters (now consolidated) as they are pending in the United States District Court, Southern District of New York.

7.    I have discussed with Defendant Shaw Family Archives, Ltd. and Bradford Licensing, Inc., this withdrawal as their counsel in these matters, and they have consented to said withdrawal.

[Bottom of Page Left Intentionally Blank.]

I SWEAR OR AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE FACTS STATED IN THIS DECLARATION ARE TRUE.


Dated:___9-18-06_____                          _____

                                                 James M. Hinshaw
                                                 Bingham McHale LLP
                                                 2700 Market Tower
                                                 10 W. Market Street
                                                 Indianapolis, IN  46204-4900
                                                 (317) 635-8900
                                                 (317) 236-9907
                                                 jhinshaw@binghammchale.com



STATE OF INDIANA          )
                          )SS:
COUNTY OF MARION          )

        Before me, the undersigned, a Notary Public, in and for said County and State, personally appeared James M. Hinshaw and acknowledged the execution of the foregoing Declaration to be his voluntary act and deed and who, being duly sworn, states that the statements therein are true and correct.

                                                 _____
                                                 Notary Public


                                                 _____
                                                 Printed Name

                                                 My Commission Expires:   | LORI E. HEDGES
                                                                          | Notary Public, Johnson Co., IN
                                                                          | My Comm. Expires Dec. 19, 2008

                                                 _____


1089617

3