UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

SHAW FAMILY ARCHIVES, LTD., )
BRADFORD LICENSING, INC., JAMES )
E. DOUGHERTY, and VALHALLA )
PRODUCTIONS, LLC, )
)
    Plaintiffs/Consolidated Defendants, )
)
v. )   CASE NO. 05 CV 3939 (CM)
)
CMG WORLDWIDE, INC., and )
MARILYN MONROE, LLC, )
)
    Defendants/Consolidated Plaintiffs. )

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

## ORDER GRANTING MOTION TO WITHDRAW APPEARANCE

This matter comes before the Court on the Motion to Withdraw Appearance of Hamish S. Cohen, formerly of Bingham McHale LLP, and James M. Hinshaw of Bingham McHale LLP, on behalf of Plaintiffs/Consolidated Defendants Shaw Family Archives, Ltd. and Bradford Licensing, Inc. The Court, having reviewed said Motion, now finds that it should be approved.

**IT IS THEREFORE, ORDERED AND ADJUDGED** that the appearances of Hamish S. Cohen, formerly of Bingham McHale LLP, and James M. Hinshaw of Bingham McHale LLP, on behalf of Plaintiffs/Consolidated Defendants Shaw Family Archives, Ltd. and Bradford Licensing, Inc., be, and hereby are, withdrawn.

Dated: 9/25/06

_____
JUDGE, United States District Court
Southern District of New York

Distribution to:

James M. Hinshaw
BINGHAM MCHALE LLP
2700 Market Street
Indianapolis, IN  46204-4900

Brian L. Greben
David Marcus, Esq.
MARCUS & GREBEN
1650 Broadway
Suite 707
New York, NY  10019

J. Lee McNeely
McNEELY STEPHENSON THOPY & HARROLD
30 E. Washington Street
Suite 400
Shelbyville, IN  46176

Tracy N. Betz
Jonathan G. Polak
SOMMER BARNARD PC
One Indiana Square
Suite 3500
Indianapolis, IN  46204

Orin Snyder
Michelle M. Craven
GIBSON DUNN & CRUTCHER LLP
200 Park Avenue, 48th Floor
New York, NY  10166

1085134

2