**EXHIBIT B**





