**EXHIBIT D**

**TARGET**
EXPECT MORE. PAY LESS.

WASHINGTON SQUARE, IN - 317-899-3198
09/06/2006    04:24 PM
RECEIPT EXPIRES ON 12/05/06

A receipt dated within 90 days is
required for ALL returns & exchanges.
Giving a gift? Include a gift receipt!

| | | | |
|---|---|---|---|
| 059040316 | WILL SHORTZ | T | 5.56 |
| 261040272 | BETTY CROCKR | FN | 0.94 |
| 055020477 | M M PNUT BTR | FT | 2.00 ↓ |
| 016071969 | VINTAGE TEES | T | 9.99 |
| 014131531 | ME TRW PANT2 | T | 27.99 |

SUBTOTAL    46.48
T = IN TAX  6.0000% on  45.54   2.73
TOTAL    49.21

 MASTERCARD CHARGE    49.21

RECEIPT ID# 2-6249-1214-0080-0967-5
TM#****5933
VCD# 759-253-648

↓ INDICATES SALE PRICE

Save ALL Receipts
Give Gift Receipts & GiftCards
Ask about Receipt Lookup

<------- CUT HERE ------->

**TARGET**

*A Gift for You*

To: _____

From: _____

A receipt dated within 90 days is
required for ALL returns & exchanges.
Giving a gift? Include a gift receipt!

Gift receipts are linked to the
original purchase. Bring the item
and receipt back after the
purchase date and before 12/05/06
for a gift card. Some items
cannot be returned if opened.

RECEIPT ID# 5-6249-1214-0080-0967
TM#****5933
VCD# 759-253-648