UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------  x
SHAW FAMILY ARCHIVES, LTD., EDITH      :
MARCUS and META STEVENS,               : 05 CV 3939 (CM)
                                       :
              Plaintiffs,              :
       v.                              :
                                       :
CMG WORLDWIDE, INC., an Indiana Corporation :
and MARILYN MONROE, LLC, a Delaware Limited :
Liability Company,                     :
                                       :
              Defendants.              :
                                       :
-------------------------------------  x
```

## CERTIFICATE OF SERVICE

I, Michelle M. Craven, hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 25th day of October, 2006, I caused to be served by first class mail a true and correct copy of Marilyn Monroe, LLC's Notice of Motion for Summary Judgment, Memorandum of Law in Support, Rule 56.1 Statement of Undisputed Facts, Declaration of Tracy Betz, Declaration of Mark Roesler, Declaration of Anna Strasberg, and Declaration of Michelle M. Craven upon:

    Brian Greben, Esq.
    Marcus & Greben
    1650 Broadway, Suite 707
    New York, New York 10019

    Jonathan Polak
    Sommer, Barnard PC
    One Indiana Square, Suite 3500
    Indianapolis, IN 46204

Dated:    New York, New York
            October 25, 2006

                                            /s/ Michelle M. Craven
                                            Michelle M. Craven