NOV 27 2006

CHAMBERS OF
COLLEEN McMAHON

# MARCUS & GREBEN
## ATTORNEYS AT LAW

1650 BROADWAY, SUITE 707
NEW YORK, NEW YORK 10019

EMAIL: brian@marcusandgreben.com

DAVID M. MARCUS
PARTNER

TEL: 646.536.7602
FAX: 516.829.0008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

November 22, 2006

**VIA FACSIMILE ONLY**
**(914) 390-4152**
Hon. Judge Colleen McMahon
United States District Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

Re: *Shaw Family Archives, Ltd., et al. v. CMG Worldwide, Inc., et al.*
*CMG Worldwide, Inc., et al. v. Bradford Licensing Associates, et al.*
Docket No: 05 cv 3939

Dear Judge McMahon:

As you are aware, this firm represents Bradford Licensing Inc. and Shaw Family Archives, Ltd. in the above matter. On November 6, 2006, we sent you a letter requesting an extension to file opposition to the instant Motion for Partial Summary Judgment, with consent, and further advised that we may file a cross-motion on behalf of our clients. Your Honor graciously extended our client's time to submit opposition papers to November 29, 2006. We are in the process of filing a Cross-Motion for Partial Summary Judgment and opposition supported by a combined Memorandum of law that will also support our opposition to the instant motion for Summary Judgment. Because the Cross-Motion requires the use of additional space, we hereby request your permission to extend the page limit for the combined Memorandum to 35 pages.

Thank you for your time and consideration.

Very truly yours,

David M. Marcus

cc: Orin Snyder, Esq.

Jonathan Garland Pollack, Esq.