Case 1:05-cv-03939-CM    Document 67-11    Filed 11/30/2006    Page 2 of 6






Copyright
Office
of the
United
States

THE
LIBRARY
OF
CONGRESS

# Certificate of Recordation

THIS IS TO CERTIFY THAT THE ATTACHED DOCUMENT WAS RECORDED IN THE COPYRIGHT OFFICE ON THE DATE AND IN THE PLACE SHOWN BELOW.

THIS CERTIFICATE IS ISSUED UNDER THE SEAL OF THE COPYRIGHT OFFICE.

DATE OF RECORDATION

**18Jun98**

| VOLUME | PAGE |
|---|---|
| 3417 | 745 |
| VOLUME | PAGE |

OFFICIAL SEAL

*Marybeth Peters*

Register of
Copyrights and
Associate
Librarian for
Copyright
Services

V3417 D745    LAW OFFICE         TO         V3417 D745  Page 1
                                            19143593704  P.01

## ASSIGNMENT OF COPYRIGHT

## REGISTRATION NO TX2-400-879

WHEREAS, hereinafter THE SUCCESSOR in interest to a published book known as "Marilyn Among Friends" hereinafter THE SUCCESSOR and

WHEREAS, the publication, "Marilyn Among Friends" was registered with the Copyright Office on or about September 6, 1988 as a collective work under Registration number TX2-400-879 for Sam Shaw and Norman Rosten and

WHEREAS, the publication of the text contained therein photographs create by Sam Shaw who is the copyright owner thereof;

NOW, in consideration of the aforesaid, THE SUCCESSOR, hereby assigns and transfers to Sam Shaw, residing at New York, his heirs, executors, administrators, successor and his assigns, all of "THE SUCCESSORS" right, titl and interest in and to the photographs created by the author which appear in the aforesaid Book as may have or have not been previously registered with the United States Copyright office, including any statutory copyright, together with the right to secure renewals and extensions of such statutory copyright throughout the world, and enforce actions against any infringements, past, present and future, for the full term of said copyright or statutory copyright and any renewal or extension thereof which is or may be granted throughout the world.

IN WITNESS WHEREOF, SUCCESSOR has caused the execution of this instrument this November 1997

THE PUBLISHER

By: _Patricia Rosten_
Patricia Rosten as heir and successor in interest to Norman Rosten

Sworn to before me this Dec 11, 9...

_____
NOTARY PUBLIC

DOCUMENT COVER SHEET
UNITED STATES COPYRIGHT OFFICE

DATE OF RECORDATION  JUN 18 199_
(Assigned by Copyright Office)

| Month | Day | Year |

Volume **3417**   Page **745**

———— Do not write above this line. ————

Volume _____  Page _____

Before you complete this form, please read the instructions on the reverse side. If additional space is needed, use white 8½ x 11 inch paper.

REMITTANCE _____

Attachments to Cover Sheet?  Yes ☐  No ☒  If so, how many? ____

**To the Register of Copyrights:**
*Please record the accompanying original document or copy thereof.*

FUNDS RECEIVED _____

Name of the Party or Parties to the Document Spelled as They Appear in the Document
Party 1: (assignor, grantor, etc.) **Patricia Rosten**     Party 2: (assignee, grantee, etc.) **Sam Shaw**

**Description of the Document**
☒ Transfer of Copyright           ☐ Termination of Transfer(s) [Section 304]       ☐ Transfer of Mask Works
☐ Security Interest                ☐ Shareware                                      ☐ Other _____
☐ Change of Name of Owner          ☐ Life, Identity, Death Statement [Section 302]

Title(s) of Work(s), Author(s), Registration Number(s), and Other Information to Identify Work
Title: **MARILYN AMONG FRIENDS**    Author(s): **Sam Shaw & Norman Rosten**    Registration Number: **TX 2-400-879**    Registration Date/Year: **9/6/1988**

☒ Document is complete by its own terms.
☐ Document is not complete. Record "as is."

Number of titles in Document __1__

Amount of fee enclosed or authorized to be charged to a Deposit Account **$20.00**

Deposit Account number **N/A**
Deposit Account name **N/A**

Date of execution and/or effective date of accompanying document   **December  11  1997**

Affirmation:* I hereby affirm to the Copyright Office that the information given on this form is a true and correct representation of the accompanying document. This affirmation will not suffice as a certification of a photocopy signature on the document.
(Affirmation *must* be signed.)

Signature: *Sam Shaw*
Date: **May 1, 1998**
Phone Number: **(914) 359-8231**    Fax Number: **(914) 359-3704**

Certification:* Complete this certification in addition to the Affirmation if a photocopy of the original signed document is submitted in lieu of a document bearing the actual signature.
I certify under penalty of perjury under the laws of the United States of America that the accompanying document is a true copy of the original document.

Signature: *Sam Shaw*  *[notary signature]* DAVID MARCUS
Duly Authorized Agent of _____    Notary Public, State of New York
Date: **May 1, 1998**    No. 02MA5003123
Qualified in New York County
Commission Expires Jan. 5, 20__

Sworn to me this 1st day...

RECORDATION WILL BE MAILED IN A WINDOW ENVELOPE TO THIS ADDRESS:
Name: **Sam Shaw**
Number/Street/Apt: **143 Independence Avenue**
City/State/ZIP: **Tappan, NY 10983**

• Complete all necessary spaces
• Sign your cover sheet in Space 9
1. Two copies of the Document Cover Sheet
2. Check or money order payable to Register of Copyrights
3. Document

MAIL TO:
Library of Congress
Copyright Office
Documents Recordation Section, LM-462
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*Knowingly and willfully falsifying material facts on this form may result in criminal liability. 18 U.S.C. §1001.