**Exhibit H**





