04/10/2005   21:01   8253593176

95200-11 (C.S.) 

State of New York
Surrogate's Court, County of New York

Probate Proceeding, Will of

MARILYN MONROE,

Deceased.

Notice of Probate

P_____2781_____196 2

Notice is hereby given that the Last Will and Testament of

MARILYN MONROE

late of the__ City      of New York ,   County of   New York      and State of

New York has been offered for probate   in the Surrogate's Court of the County of New York,

that the proponent   of said Will   AARON R. FROSCH

residing at    No. 10 West 86th Street, New York, New York

and that the following are the names and post-office addresses of the legatees, devisees and

other beneficiaries as set forth in the petition herein who have not been cited or have not

appeared or waived citation; and as to such persons as are infants or incompetents, the names

and post-office addresses of the persons to whom an additional copy of the Notice of Probate

is required to be mailed:

| Name | Post-Office Address |
|---|---|
| PATRICIA ROSTEN, an infant | 84 Remson Street, Brooklyn, New York |
| NORMAN and HEDDA ROSTEN, on behalf of infant, PATRICIA ROSTEN | 84 Remson Street Brooklyn, New York |