COUNTY OF NEW YORK

In the Matter of the Application to Determine Estate Tax Upon the Estate of

Marilyn Monroe

Deceased.

Petition for Designation of Appraiser

File No. P 2781/1962

To the Surrogate's Court of the County of New York

The petition of Aaron R. Frosch respectfully shows:

FIRST. That your Petitioner is the Executor of the Estate of Marilyn Monroe deceased, and as such is a person interested in the estate of said deceased.

SECOND. That the said decedent departed this life on the 5th day of August, at Los Angeles, California; that the said deceased was a resident of 444 East 57th Street, New York, N.Y.

THIRD. That letters Testamentary on the estate of said deceased were on the 30th day of October, 1962, issued to your petitioner by the Surrogate's Court of the County of New York and that h is post office address is 120 East 56th Street, City, County and State of New York

FOURTH. That the approximate gross estate of said decedent is $ 846,150.00

FIFTH. That as your Petitioner is informed and believes the estate of said decedent is or may be subject to the payment of the tax imposed by law on the estates of deceased persons.

SIXTH. That all persons who are interested in said estate and who are entitled to notice of all proceedings herein, and their post office addresses, are as follows:

STATE TAX COMMISSION.
Norman and Hedda Rosten, 84 Remsen Street, Brooklyn, New York.
May Reiss, 299 West 12th Street, New York, N.Y.
Mrs. Michael Chekhov, 3374 Rowena, Los Angeles, Calif.
Dr. Marianne Kris, 135 Central Park West, New York, N.Y.
Lee Strasberg, 135 Central Park West, New York, N.Y.
Bernice Mirade, 330 S. West 27th Street, Gainsville, Florida.
Gladys Eley, also known as Gladys Baker, c/o Inez Melson, 9110 Sunset Boulevard, Los Angeles, Calif.
Attorney General of the State of New York, 80 Centre Street, New York, N.Y.

That all of the above are of full age and sound mind, except:
Gladys Eley, aslo known as Gladys Baker, c/o Inez Melson. Inez Melson was, by order of the Superior Court of the State of California, for the County of Los Angeles, dated December 22, 1959, appointed Conservator of the said Gladys Eley, Also known as Gladys Baker.

That no previous application has been made for an order designating an appraiser in this proceeding.

WHEREFORE, your petitioner prays that you will designate an appraiser as provided by the law.

Dated, July 27, 1964.

Aaron R. Frosch