At a Surrogate's court, held in and for the County of New York at Hall of Records in said county, on the 20 day of January, 19 70

PRESENT,

Hon. Samuel J. Silverman ~~Di Falco~~   Surrogate

|  |  |
|---|---|
| IN THE MATTER OF THE APPRAISAL OF THE ESTATE OF  MARILYN MONROE  Deceased | FILE NO. P 2781  19 62  ORDER FIXING TAX ON REPORT |

On reading the report filed the 30th day of December, 19 69, of MILTON ELETZ ~~according Samuel Ehrets~~ the appraiser appointed by order of this Court, dated the 7th day of August, 19 64, and it appearing that the said decedent died on the 5th day of August, 19 62, it is

ORDERED AND ADJUDGED that the market value of the gross estate of said decedent at the time of death, the amount of exemptions and deductions allowed from said gross estate, the net amount of said estate which is subject to tax under the provisions of Article 10-C of the Tax Law, and the amount of tax to which the same is liable, shall be and the same hereby is assessed, fixed and determined as follows:

| | |
|---|---:|
| Gross estate | $836,524.81 |
| Total deductions allowed by statute | 378,556.42 |
| Net estate | $457,968.39 |
| Tax on first $50,000 less exemptions of $ 10,000. | $ 800.00 |
| Tax on next $100,000 less additional exemptions of $ | $ 3,000.00 |
| Tax on net estate in excess of $150,000 | $ 13,898.42 |
| Total tax | $ 17,698.42 |

FILED JAN 20 1970

Samuel J. Silverman
Surrogate

EXHIBIT 36