1

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------x

AARON FROSCH, Executor of the
Estate of Marilyn Monroe,

                Plaintiff,

-against-

GROSSET & DUNLAP, INC., ALSKOG, INC.,
NORMAN MAILER, LAWRENCE SCHILLER and
ALLEN KUHLMAN,

                Defendants.

------------------------------------x

        DEPOSITION of AARON R. FROSCH, taken before C. Lorraine Simon, a Notary Public of the State of New York, held at the offices of Katz, Leavy, Rosensweig & Sindle, Esqs., 437 Madison Avenue, New York, New York, on August 7, 1975, at 1:30 p.m., pursuant to Notice and stipulation of adjournment.

BORAK REPORTING SERVICE, P.C.
CERTIFIED SHORTHAND REPORTERS
295 MADISON AVENUE
NEW YORK, N.Y. 10017

(212) 689-8080
NIGHT PHONES (212) 475-1347
(516) 407-6474