

 Subscribe

About Julien's Auctions
Register to Bid
Auction Highlights
Site Map

Buy Catalogues
· View Cart
· Checkout
· Order Status

The Collector's Guide

IN THE NEWS
Press Releases


PREVIOUS AUCTIONS

Email a friend

Home » Auctions » Previous Auctions

# Previous Auctions

### *Julien's presents an auction of Marilyn Monroe memorabilia*

Property from the Estate of Marilyn Monroe

## June 4, 2005



Darren Julien
President and CEO
Julien's Auctions

It is a privilege for Julien's to bring this collection
professional property belonging to Marilyn Monro
over four hundred books written about Marilyn th
things left unsaid about such a timeless icon. So
influential and respected figures of the 20th cent
commented on her beauty as well as the undenia
and intelligence of the person behind the Hollywo

This collection spans the early period of Marilyn':
with her divorce documents from first husband, J
just one month after signing her first contract witl
officially changing her name from Norma Jean M
Marilyn Monroe in 1946; to correspondence from
father Isidore dated 1962. Of particular note is a
of a red rose executed by Marilyn and inscribed t
F. Kennedy on June 1st 1962 her 36th and last b

In addition to these important documents and art
numerous pieces from both Marilyn's personal a
wardrobe. From her fashionably sexy, grey halte
Make Love" or her simple skirts and sweater set:
theme throughout Marilyn's wardrobe was one of
and understanding. She knew and understood w
designs accentuated her best features and when
garment that worked, she bought more than one

Marilyn once said, "I don't mind living in a man's
can be a woman in it." The sense of feminine sty
demonstrated by the items in this collection are a
success in "being" a woman who embraced her
sexuality in a man's world.

Sincerely,

**Live and Online Auction**

Saturday June 4th, 2005 2:00pm
Barclay Butera, Inc.,
169 North LaBrea Avenue
Los Angeles, CA 90036

Exhibition Schedule

New York
Planet Hollywood
Collection Highlights
May 17th – 20th, 2005
11:00am – 1:00am daily

Los Angeles
Full Collection
Barclay Butera, Inc.,
May 31st – June 3rd



Auction Info » Lot Samples :: 1 : 2 : 3 : 4 : 5 : 6 : 7 » Auction Results : Buy Catalog

- Marilyn Monroe Auction
- **Marilyn Monroe Auction Results**
- Marilyn Monroe Auction Lot Samples
- Press Release

Julien's Auctions · P.O. Box 691789, West Hollywood, California 90069 | 310-836-1818 | Fax: 310 827-2125 | Contact Us
© 2003-2006 Julien's Auctions. All Rights Reserved. | Your Privacy | Terms & Conditions | DianeV. Web Design Studio

  

| Home | Auctions | Appraisals | Buy Catalogues | Contact Us |

About Julien's Auctions
Register to Bid
Auction Highlights
Site Map

Buy Catalogues
· View Cart
· Checkout
· Order Status

The Collector's Guide

IN THE NEWS
Press Releases



Email a friend

Home » Auctions » Previous Auctions

# Previous Auctions

## Marilyn Monroe Auction

### June 4th, 2005

Auction Info » Lot Samples :: 1 : 2 : 3 : 4 : 5 : 6 : 7 » Auction Results : Buy C

**SUNDRESS**

A white textured cotton sleeveless sundress with distinct de
the neck and arms; with a back zipper and a back kick plea
back evident, broken zipper; eyelet trim frayed; worn by MN
photographs taken of her and Arthur Miller in New York City

**ESTIMATE: $4,000-$6,000**

*Included are reprinted images of Marilyn Monroe wearing t*

 




- Marilyn Monroe Auction
- **Marilyn Monroe Auction Results**
- Register to Bid
- Marilyn Monroe Auction Lot Samples
- Press Release