the estimated tax paid, or you may divide it between you in any way that you agree upon.

If you cannot agree on how to divide it, the estimated tax you can claim equals the total estimated tax paid times the tax shown on your separate return, divided by the total of the tax shown on your return and your spouse's return.

## Example

Walter and Mary Smith are married and domiciled in a community property state. Their two children (18-year-old twins) and Mary's mother live with them and qualify as their dependents. Amounts paid for their support were paid out of community funds.

Walter received a salary of $38,160. Income tax withheld from his salary was $3,360. Walter received $94 in taxable interest from his savings account. He also received $155 in dividends from stock that he owned. His interest and dividend income is his separate income under the laws of his community property state.

Mary received $140 in dividends from stock that she owned. This is her separate income. In addition, she received $3,000 as a part-time dental technician. No income tax was withheld from her salary.

The Smiths paid a total of $3,850 in medical expenses. Medical insurance of $700 was paid out of community funds. Walter paid $3,150 out of his separate funds for an operation he had.

The Smiths had $6,842 in other itemized deductions, none of which were miscellaneous itemized deductions subject to the 2%-of-adjusted-gross-income limit. The amounts spent for these deductions were paid out of community funds.

To see if it is to the Smiths' advantage to file a joint return or separate returns, a worksheet (shown next) is prepared to figure their federal income tax both ways. Walter and Mary must claim their own exemptions on their separate returns.

The summary at the bottom of the worksheet compares the tax figured on the Smiths' joint return to the tax figured on their separate returns. By filing separately under the community property laws of their state, the Smiths save $184 in income tax.

If the Smiths were domiciled in Idaho, Louisiana, Texas, or Wisconsin, the result would be slightly different because in those states income from separate property generally is treated as community income. If they lived in one of those states, the interest on Walter's savings account and the dividends from stock owned by each of them would be divided equally on their separate returns.

 *In figuring your tax, use the amounts from your current tax forms instruction booklet for items such as the standard deduction, exemption allowance, and Tax Table tax. The amounts used in this example apply for 2002 only. The example shows how filing separate returns under community property tax laws can result in lower tax than filing jointly; you must figure your own tax both ways to know which works better for you.*

Table 2. **Worksheet — Walter and Mary Smith**

|  | Joint Return | Separate Returns Walter's | Separate Returns Mary's |
|---|---|---|---|
| **Income (Walter's):** | | | |
| Salary | $ 38,160 | $ 19,080 | $ 19,080 |
| Interest and dividends ($155 dividends + $94 interest) | 249 | 249 | –0– |
| Total | $ 38,409 | $ 19,329 | $ 19,080 |
| **Income (Mary's):** | | | |
| Salary | $ 3,000 | $ 1,500 | $ 1,500 |
| Dividends | 140 | –0– | 140 |
| Total | 3,140 | 1,500 | 1,640 |
| Adjusted gross income (AGI) | $ 41,549 | $ 20,829 | $ 20,720 |
| **Deductions:** | | | |
| Community: (Not subject to the 2% AGI limit) | $ 6,842 | $ 3,421 | $ 3,421 |
| Medical: | | | |
| Premiums | $ 700 | $ 350 | $ 350 |
| Medical expenses (Walter's) | 3,150 | 3,150 | –0– |
| Total | $ 3,850 | $ 3,500 | $ 350 |
| (Minus) 7.5% of AGI | (3,116) | (1,562) | (1,554) |
| Medical expense deduction | $ 734 | $ 1,938 | $ –0– |
| Total deductions | $ 7,576 | $ 5,359 | $ 3,421 |
| Subtract total deductions from AGI[1,2] | $ 33,973 | $ 15,470 | $ 17,299 |
| Exemptions[1,3] (Subtract to find taxable income) | $ (15,000) | $ (6,000) | $ (9,000) |
| Taxable Income | $ 18,973 | $ 9,470 | $ 8,299 |
| Tax[1,4] | $ 2,246 | $ 1,121 | $ 941 |
| Federal income tax withheld | $ 3,360 | $ 1,680 | $ 1,680 |
| Overpayment (Subtract from Federal tax withheld) | $ 1,114 | $ 559 | $ 739 |

[1] **Caution:** In figuring your tax, use the amounts from your current tax forms instruction booklet for such items as the standard deduction, exemption allowance, and Tax Table tax.
[2] The itemized deductions are greater than the standard deduction (shown here as $7,850 for married filing jointly and $3,925 for married filing separately). **Note:** If one spouse itemizes, the other must itemize, even if one spouse's deductions are less than the standard deduction.
[3] An allowance of $3,000 for each exemption claimed is subtracted — 5 on the joint return, 2 on Walter's separate return, and 3 on Mary's separate return.
[4] The tax on the joint return is from the column of the 2002 Tax Table for married filing jointly. The tax on Walter's and Mary's separate returns is from the column of the 2002 Tax Table for married filing separately.

Table 2. **Summary**

| | |
|---|---|
| Tax on joint return | $ 2,246 |
| Tax on Walter's separate return | $ 1,121 |
| Tax on Mary's separate return | 941 |
| Total tax filing separate returns | 2,062 |
| Total savings by filing separate returns | $ 184 |

Table 3. **Allocation Worksheet**

|  | 1<br>Total Income<br>(Community/Separate) | 2<br>Allocated to<br>Husband | 2<br>Allocated to<br>Wife |
|---|---|---|---|
| 1. Wages (each employer) |  |  |  |
| 2. Interest Income (each payer) |  |  |  |
| 3. Dividends (each payer) |  |  |  |
| 4. State Income Tax Refund |  |  |  |
| 5. Capital Gains and Losses |  |  |  |
| 6. Pension Income |  |  |  |
| 7. Rents, Royalties, Partnerships, Estates, Trusts |  |  |  |
| 8. Taxes Withheld |  |  |  |
| 9. Other items such as: Social Security Benefits, Business & Farm Income or Loss, Unemployment Compensation, Mortgage Interest Deduction, etc. |  |  |  |

**NOTES**

# How To Get Tax Help

You can get help with unresolved tax issues, order free publications and forms, ask tax questions, and get more information from the IRS in several ways. By selecting the method that is best for you, you will have quick and easy access to tax help.

**Contacting your Taxpayer Advocate.** If you have attempted to deal with an IRS problem unsuccessfully, you should contact your Taxpayer Advocate.

The Taxpayer Advocate represents your interests and concerns within the IRS by protecting your rights and resolving problems that have not been fixed through normal channels. While Taxpayer Advocates cannot change the tax law or make a technical tax decision, they can clear up problems that resulted from previous contacts and ensure that your case is given a complete and impartial review.

To contact your Taxpayer Advocate:

- Call the Taxpayer Advocate at **1-877-777-4778**.
- Call the IRS at **1-800-829-1040**.
- Call, write, or fax the Taxpayer Advocate office in your area.
- Call **1-800-829-4059** if you are a TTY/TDD user.

For more information, see Publication 1546, *The Taxpayer Advocate Service of the IRS.*

**Free tax services.** To find out what services are available, get Publication 910, *Guide to Free Tax Services*. It contains a list of free tax publications and an index of tax topics. It also describes other free tax information services, including tax education and assistance programs and a list of TeleTax topics.



**Personal computer.** With your personal computer and modem, you can access the IRS on the Internet at **www.irs.gov**. While visiting our web site, you can:

- Find answers to questions you may have.
- Download forms and publications or search for forms and publications by topic or keyword.
- View forms that may be filled in electronically, print the completed form, and then save the form for recordkeeping.
- View Internal Revenue Bulletins published in the last few years.
- Search regulations and the Internal Revenue Code.
- Receive our electronic newsletters on hot tax issues and news.
- Get information on starting and operating a small business.

You can also reach us with your computer using File Transfer Protocol at **ftp.irs.gov**.



**TaxFax Service.** Using the phone attached to your fax machine, you can receive forms and instructions by calling **703-368-9694**. Follow the directions from the prompts. When you order forms, enter the catalog number for the form you need. The items you request will be faxed to you.

For help with transmission problems, call the FedWorld Help Desk at **703-487-4608**.



**Phone.** Many services are available by phone.

- *Ordering forms, instructions, and publications.* Call **1-800-829-3676** to order current and prior year forms, instructions, and publications.
- *Asking tax questions.* Call the IRS with your tax questions at **1-800-829-1040**.
- *TTY/TDD equipment.* If you have access to TTY/TDD equipment, call **1-800-829-4059** to ask tax questions or to order forms and publications.
- *TeleTax topics.* Call **1-800-829-4477** to listen to pre-recorded messages covering various tax topics.

*Evaluating the quality of our telephone services.* To ensure that IRS representatives give accurate, courteous, and professional answers, we evaluate the quality of our telephone services in several ways.

- A second IRS representative sometimes monitors live telephone calls. That person only evaluates the IRS assistor and does not keep a record of any taxpayer's name or tax identification number.
- We sometimes record telephone calls to evaluate IRS assistors objectively. We hold these recordings no longer than one week and use them only to measure the quality of assistance.
- We value our customers' opinions. Throughout this year, we will be surveying our customers for their opinions on our service.



**Walk-in.** You can walk in to many post offices, libraries, and IRS offices to pick up certain forms, instructions, and publications. Some IRS offices, libraries, grocery stores, copy centers, city and county governments, credit unions, and office supply stores have an extensive collection of products available to print from a CD-ROM or photocopy from reproducible proofs. Also, some IRS offices and libraries have the Internal Revenue Code, regulations, Internal Revenue Bulletins, and Cumulative Bulletins available for research purposes.



**Mail.** You can send your order for forms, instructions, and publications to the Distribution Center nearest to you and receive a response within 10 workdays after your request is received. Find the address that applies to your part of the country.

- **Western part of U.S.:**
  Western Area Distribution Center
  Rancho Cordova, CA 95743–0001

- **Central part of U.S.:**
  Central Area Distribution Center
  P.O. Box 8903
  Bloomington, IL 61702–8903

- **Eastern part of U.S. and foreign addresses:**
  Eastern Area Distribution Center
  P.O. Box 85074
  Richmond, VA 23261–5074



**CD-ROM.** You can order IRS Publication 1796, *Federal Tax Products on CD-ROM,* and obtain:

- Current tax forms, instructions, and publications.
- Prior-year tax forms and instructions.
- Popular tax forms that may be filled in electronically, printed out for submission, and saved for record-keeping.
- Internal Revenue Bulletins.

The CD-ROM can be purchased from National Technical Information Service (NTIS) by calling **1–877–233–6767** or on the Internet at **www.irs.gov**. The first release is available in mid-December and the final release is available in late January.

IRS Publication 3207, *Small Business Resource Guide,* is an interactive CD-ROM that contains information important to small businesses. It is available in mid-February. You can get a free copy by calling **1–800–829–3676** or visiting the IRS web site at **www.irs.gov**.

# Index

**A**
Allocation worksheet . . . . . . . . . . . . 5
Annulment . . . . . . . . . . . . . . . . . . 4
Assistance (*See* Tax help)

**B**
Basis of property, death of spouse:
Business expenses . . . . . . . . . . . . . . 5

**C**
Child tax credit . . . . . . . . . . . . . . . 6
Civil service annuities . . . . . . . . . . . 5
Community income defined . . . . . . 2
Community income, special rules:
Community property defined . . . . . . 2
Community property laws
  disregarded . . . . . . . . . . . . . . . . 2

**D**
Death of spouse, basis of
  property . . . . . . . . . . . . . . . . . . 4
Dependents . . . . . . . . . . . . . . . . . 6
Divorce . . . . . . . . . . . . . . . . . . . . 4
Domicile, home . . . . . . . . . . . . . . 2

**E**
Earned income credit . . . . . . . . . . 6
End of the marital community . . . . . 4
Equitable relief . . . . . . . . . . . . . . . 2
Estimated tax . . . . . . . . . . . . . . . . 6
Example . . . . . . . . . . . . . . . . . . . 7
Exemptions . . . . . . . . . . . . . . . . . 6

Expenses, business and
  investment . . . . . . . . . . . . . . . . 5

**F**
FERS annuities . . . . . . . . . . . . . . 5
Free tax services . . . . . . . . . . . . 10

**G**
Gains and losses . . . . . . . . . . . . . 5

**H**
Help (*See* Tax help)

**I**
Individual retirement
  arrangements (IRAs) . . . . . . . . . 6
Investment expenses . . . . . . . . . . 5

**J**
Joint return vs. separate returns . . . 4

**L**
Lump-sum distributions . . . . . . . . . 5

**M**
Military retirement pay . . . . . . . . . 5
More information (*See* Tax help)

**N**
Nonresident alien spouse . . . . . . . 2

**O**
Overpayments . . . . . . . . . . . . . . . 6

**P**
Partnership income . . . . . . . . . . . . 6
Personal expenses . . . . . . . . . . . . 5
Publications (*See* Tax help)

**R**
Relief from separate return
  liability for community income . . . 2

**S**
Self-employment tax . . . . . . . . . . . 6
Separate income defined . . . . . . . 2
Separate property defined . . . . . . 2
Separate returns vs. joint return . . . 4
Separated spouses . . . . . . . . . . . 3
Separation . . . . . . . . . . . . . . . . . 4
Spousal agreements . . . . . . . . . . 2
Spouses living apart . . . . . . . . . . 3

**T**
Tax help . . . . . . . . . . . . . . . . . . 10
Taxpayer Advocate . . . . . . . . . . 10
TTY/TDD information . . . . . . . . 10

**W**
Withholding tax . . . . . . . . . . . . . . 6

■