[1] Transcription of Monitor Beacon Radio Recording
Dave Garroway & Marilyn Monroe
**June 12, 1955**

Rptr: "I'm scared of you. I'm awfully scared of you. I'm not sure whether I should be frightened of you or not."

MM: "No, Nobody is scared of me."

Rptr: "Well, I don't know. I bet a lot of guys are scared of you though because you're such an institution now. You are, and you are kind of a national possession. Do you feel that you belong to the nation as a whole?"

MM: "Ah, it quite seems I am. I live here."

Rptr: "...I hear that you are moving to New York today...to live."

MM: "Yes, this will be my home from now on. It is until I retire and when I retire I'm going to retire to Brooklyn."