**MARILYN MONROE PRODUCTIONS, INC.**
444 EAST 57TH STREET
NEW YORK 22, N.Y.

ELDORADO 5-2325

March 29, 1962

*[handwritten note across top: Please speak to Micky Rudin about this — ...]*

20th Century Fox Film Corporation
Los Angeles, California

Gentlemen:

This will serve as your authority to deliver all salary and expense account checks to Cherie Redmond.

        Very truly yours,

        MARILYN MONROE PRODUCTIONS, INC.


        By _____
          Its President

EXHIBIT 30        178