Case 1:05-cv-03939-CM    Document 67-35    Filed 11/30/2006    Page 1 of 5

# PROPERTY FROM THE ESTATE OF MARILYN MONROE
## AND OTHER COLLECTIONS

Julien's

June 4th, 2005

# PROPERTY FROM THE ESTATE OF
# MARILYN MONROE
### AND OTHER COLLECTIONS

Live and Online Auction
Saturday June 4th 2005  2:00pm

Barclay Butera, Inc.,
169 North LaBrea Ave.
Los Angeles, CA 90036

Exhibition Schedule

**New York**
Planet Hollywood
Collection Highlights
May 17th – 20th
11:00am – 1:00am daily

**Los Angeles**
Full Collection
Barclay Butera, Inc.,
May 31st – June 3rd
10:00am – 5:00pm daily

Sale Inquiries

Julien's Auctions
P.O. Box 691789
West Hollywood, CA 90069
Phone 310 836 1818
*www.juliensauctions.com*

330

286
**BANK BOOK**
A Bowery Savings Bank book having Marilyn's deposits and withdrawals from February 29, 1956 to January 3, 1962. Also present is original slipcase.

3 1/2 X 4 2/8 inches
**ESTIMATE: $700-$900**



287
**INVITATION WITH HANDWRITTEN NOTATION**
A personal invitation to join the founding members of the exclusive Hollywood Museum Associates Board of Directors. In part: *"The Hollywood Museum Associates Board of Directors extends to Marilyn Monroe the honor to become one of the founder members, and to enjoy the full privileges of its association with the county of Los Angeles Hollywood Motion Picture and Television Museum."* Also present are two typed related notes and an architectural rendered image of the museum. One of the notes dated April 9, 1962 includes a handwritten notation in Marilyn's hand, accepting the invitation. In full: *"Yes, I'll do it – make out check please."*





The Hollywood Museum Associates
Board of Directors
extends to
Marilyn Monroe
The Honor to become one of the
Founder Members, and to enjoy the full
privileges of its association with the
County of Los Angeles
Hollywood Motion Picture
and
Television Museum

The name of each Founder Member will be inscribed in bronze on the wall of honor in the Rotunda of the Museum at the time of its dedication.

The favor of a reply is requested

Dear Marilyn:

The historical opportunity to become a Founder Member of the Hollywood Museum Associates will soon pass.

You have been nominated to be a Founder Member because we believe that the founding of the Hollywood Museum should record the names of the leaders of the community.

The name of each Founder Member will be perpetuated in bronze on the Wall of Honor in the Rotunda of the Museum at the time of its dedication.

Your acceptance will hearten those of us who are working in the interest of the Museum, and your name will be placed where it rightfully belongs.

Sincerely,

Mrs. Harry Brand

Dear Marilyn
Do so hope
you will join this
exciting project –
Fondly
Sybil

331





194

**BANK SAVINGS BOOK**

A City National Bank of Beverly Hills bank statement book. Marilyn's name appears written in ink and stamped inside on the first page "NOV 17 '61" and her account balance of $40,000.00.

3 1/4 X 5 1/2 inches
ESTIMATE: $600-$800

**187**
**SCREEN ACTORS GUILD**
**MEMBERSHIP CARD**
Marilyn's 1960-1961 Screen
Actors Guild Membership card
together with a receipt dated May
1, 1961 indicating that she paid
her $80.00 in dues.

2 1/2 X 3 1/2 inches
**ESTIMATE: $1,000-$1,500**



**188**
**CALENDAR**
A 1955 'Golden Dreams' calendar featuring a sprawling
nude image of Marilyn Monroe laying on red velvet
from the famed Tom Kelly session in 1949. Later the
session was re-named the "Red Velvet" images.

12 X 22 inches
**ESTIMATE: $100-$200**

