STATE OF NEW YORK :
COUNTY OF NEW YORK : ss.:

DESIGNATION BY MARILYN MONROE, RESIDENT
OF THE STATE OF NEW YORK, PURSUANT TO
SECTION 227 OF THE CIVIL PRACTICE ACT.

On this 19th day of February, 1959,

Before me, Robert H. Montgomery, Jr., a Notary
Public in and for said County and State, personally appeared

MARILYN MONROE, residing at 444 West 57th Street,
New York, N.Y., being of full age, pursuant to Section 227
of the Civil Practice Act, does hereby designate the firm of
PAUL, WEISS, RIFKIND, WHARTON & GARRISON, 575 Madison Avenue,
New York, N. Y., or any partner thereof, to receive and accept
service on her behalf of a summons or any process or other
paper in any court in New York in any action brought by
IRVING L. STEIN against her on four promissory notes guaranteed
by her dated February 19, 1959, during her absence from the
State of New York.

This designation shall be irrevocable and remain in
force only so long as said notes are unpaid.

IN WITNESS WHEREOF, I have hereunto set my hand and
seal this 19th day of February, 1959.

                                            /s/ Marilyn Monroe
                                            Marilyn Monroe

In the presence of

/s/ Robert H. Montgomery Jr.

EXHIBIT 43