Proceedings

1
2  JHO EVANS: You're wasting time.
3  MR. MARINO: Your Honor, should we have an
4  allocution?
5  JHO EVANS: We will, as soon as Mr. Rudes
6  sits down.
7  First I will ask all counsel, have you all
8  heard the stipulation?
9  MR. MARINO: Yes, we have.
10  MR. RUBIN: Yes.
11  MR. RUDES: Yes.
12  MR. GREENAWALT: Yes.
13  JHO EVANS: Do you individually agree with
14  that?
15  MR GREENAWALT: Yes.
16  MR. RUBIN: Yes.
17  MR. MARINO: Yes.
18  MR. RUDES: Yes.
19  JHO EVANS: Do you agree with that on behalf
20  of your clients?
21  MR. RUBIN: One other thing. My
22  understanding is that this stipulation settles this
23  lawsuit in its entirety.
24  MR. MARINO: Excuse me. Are you referring
25  to the pending motion?
26  MR. RUBIN: In its entirety.

DEBRA SALZMAN, RMR, Official Court Reporter

Proceedings

MR. MARINO: That is our motion.

MR. RUBIN: In its entirety and --

MR. MARINO: No, not a chance.

MR. RUBIN: And is therefore discontinued with prejudice after we allocute to the stipulation.

MR. MARINO: Your Honor, there is not a chance in hell of Mr. Tunick and I withdrawing the pending motion. We would be happy, happy to try to resolve it amicably, but it's not going to be withdrawn. This is not Larry's motion; it is our motion.

JHO EVANS: All right. Aside from that, do you agree with the stipulation, aside from that one question?

MR. RUBIN: Right. But my understanding is that this will discontinue the lawsuit with prejudice.

JHO EVANS: Aside from that.

MR. RUBIN: As far as this.

JHO EVANS: Aside from the motion, aside from that question, do you agree with the stipulation?

MR. RUBIN: Yes, if it discontinues the lawsuit with prejudice.

JHO EVANS: Aside from that question, do you

DEBRA SALZMAN, RMR, Official Court Reporter

Proceedings

1
2  agree with that?
3      MR. RUBIN: Yes.
4      MR GREENAWALT: My understanding was that it
5  did away with the motion. That was never raised that
6  this was going to be continued.
7      JHO EVANS: Aside from that, do you agree
8  with the stipulation?
9      MR. RUBIN: Aside from that. I agree with it.
10     JHO EVANS: Mr. Greenawalt, do you agree
11 with that, aside from that one question?
12     MR GREENAWALT: That's a major question,
13 "aside from that," I can't agree to it if that's
14 what's going to continue.
15     MR. RUBIN: Aside from that.
16     MR. RUDES: He said aside from that.
17     MR. GREENAWALT: Again aside from that, the
18 terms are okay, but I was sure --
19     JHO EVANS: That's what I was asking you.
20     Aside from that, Mr. Larry Shaw, do you
21 further stipulate, aside from that one question, do
22 you agree with the stipulation?
23     MR. LARRY SHAW: Yes, your Honor, I do.
24     JHO EVANS: Have you been advised by your
25 attorneys with respect to that?
26     MR. LARRY SHAW: By my attorneys I've been

DEBRA SALZMAN, RMR, Official Court Reporter

```
                         Proceedings
1
2    advised, I argued at length and I have agreed.
3            JHO EVANS: Now, I'll ask Edith Marcus, have
4    you heard the terms of the stipulation?
5            MS. SHAW MARCUS: Yes.
6            JHO EVANS: Have you discussed it with your
7    lawyers?
8            MS. SHAW MARCUS: Yes.
9            JHO EVANS: And having discussed it and
10   being advised of the terms, do you agree with it with
11   the exception of this one question that's just been
12   raised?
13           MS. SHAW MARCUS: Yes.
14           JHO EVANS: Ms. Stevens, have you heard the
15   terms of the stipulation?
16           MS. SHAW STEVENS: Yes.
17           JHO EVANS: Have you discussed it with your
18   lawyers?
19           MS. SHAW STEVENS: Yes.
20           JHO EVANS: Aside from this one question
21   that's been raised, do you agree with it?
22           MS. SHAW STEVENS: Yes.
23           JHO EVANS: I'm going to ask Mr. Marcus,
24   you're not formally a party but you're actually a
25   party. You heard the terms of the stipulation. Have
26   you discussed it with yours lawyers?
```

DEBRA SALZMAN, RMR, Official Court Reporter

Proceedings

    MR. MARCUS:  Yes, your Honor.

    JHO EVANS:  Do you agree with them?

    MR. MARCUS:  Yes.

    JHO EVANS:  Except for this one point.

    Now we have one point of dispute.  There's another question that I will raise in a few minutes. I think it will be advisable for you talk about, maybe as you suggested -- it's too late today to continue with the hearing -- some amicable settlement.  We'll continue again on Monday.

    The other question in my mind is this. Before me, to which I have taken evidence, is about 9,800 photographs.  There are maybe a hundred thousand or whatever it was that the receiver has, and I take it there may be a dispute as to who owns or who should be attributable to those photographs.  I haven't heard any evidence with respect to them and I'm really not in a position to make that decision as to those.  I can't say they can be attributed to one or another.

    How do you want to handle that?

    MR. MARINO:  Your Honor, I would suggest that since you can't make a determination on those, that we go back to my original suggestion, which was if the parties can't agree, that the image itself will be termed "an image owned by the Shaw Family Archive,"

DEBRA SALZMAN, RMR, Official Court Reporter

Proceedings

and unless the parties can agree on an attribution --

JHO EVANS: The question is, they will be owned by the Shaw Family Archives.

MR. MARINO: The specific authorship.

JHO EVANS: The question is one of attribution.

MR. MARINO: Your Honor, there doesn't have to be a specific attribution to every photograph. It can still be marketed.

MR. GREENAWALT: Your Honor, one of the points about that hundred thousand or 75,000 pictures is that there are many overlaps with the 9,800.

JHO EVANS: That doesn't make any difference. If I decide the 9,800, there may be others that are not.

MR GREENAWALT: These are all taken --

JHO EVANS: Obviously if I decide Picture A is attributed to John Jones, a copy of Picture A is attributable to John Jones. It's pretty clear. There were others that are not.

MR GREENAWALT: I understand, but we have, obviously, as have you, not heard any evidence.

JHO EVANS: That matter was never before me.

MR. GREENAWALT: I know you ruled that,

DEBRA SALZMAN, RMR, Official Court Reporter

1  Proceedings
2  that's right. There are also, by the way, your Honor,
3  some pictures that have been turned into the receiver.
4  JHO EVANS: Without arguing the point, the
5  question is how to handle it.
6  MR GREENAWALT: I'm mentioning the pictures
7  that have been turned into the receiver. We're just
8  about to make a motion to get those considered by your
9  Honor.
10  JHO EVANS: To get what?
11  MR GREENAWALT: Mr. Darius and Larry Shaw
12  turned over to the receiver in the spring of 2001 --
13  JHO EVANS: He has them, the receiver has
14  them.
15  MR GREENAWALT: Those need to be decided
16  upon also, your Honor. There's a much less number of
17  those, only about, say, 250 of those but they're
18  important ones. We need to have those decided too.
19  JHO EVANS: The question of the
20  attribution.
21  MR GREENAWALT: Yes, a lot of those, a lot
22  of those Larry Shaw has also by a document attributed
23  them to Sam Shaw, but we need to have those decided as
24  well.
25  JHO EVANS: Can we continue this on Monday?
26  MR. RUBIN: I can't be here on Monday.

DEBRA SALZMAN, RMR, Official Court Reporter

```
 1                        Proceedings
 2          JHO EVANS:  You have able counsel to take
 3   over for you.
 4          (Proceedings adjourned to June 9, 2002.)
 5                   *    *    *    *
 6          The foregoing is hereby certified to be a
 7   true and correct transcript of the proceedings held in
 8   this matter.
 9
10
11                   _____
12                   DEBRA SALZMAN, RMR
13                   Senior Court Reporter
14
15
16
17
18
19
20
21
22
23
24
25
26
```

DEBRA SALZMAN, RMR, Official Court Reporter