



http://www.spc-promotions.com/gallerya.html    5/27/2005



Home



Home

http://www.spc-promotions.com/galleryc.html 5/27/2005

**Marilyn Monroe**
Shaw Family Archives ©2003 All rights reserved. Photos by Sam Shaw.



Home

**Marilyn Monroe**
Shaw Family Archives ©2003 All rights reserved. Photos by Sam Shaw.



Home

Marilyn Monroe
Shaw Family Archives ©2003 All rights reserved. Photos by Sam Shaw.



Home

Case 1:05-cv-03939-CM   Document 69-5   Filed 11/30/2006   Page 8 of 8
Case 1:05-cv-00423-DFH-WTL   Document 27-2   Filed 05/27/2005   Page 12 of 17

Page 1 of 1

**Marilyn Monroe**
Shaw Family Archives ©2003 All rights reserved. Photos by Sam Shaw.



Home