# GIBSON, DUNN & CRUTCHER LLP
## LAWYERS

A REGISTERED LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

200 Park Avenue  New York, New York 10166-0193
(212) 351-4000
www.gibsondunn.com

OSnyder@gibsondunn.com

December 7, 2006

RECEIVED
DEC - 7 2006
CHAMBERS OF
COLLEEN McMAHON

MEMO ENDORSED

Direct Dial
(212) 351-2400
Fax No.
(212) 351-6335

12/8/06
Granted

Client No.
P 88497-00016

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

VIA FACSIMILE

Honorable Colleen McMahon
United States District Courthouse
300 Quarropas Street, Room 533
White Plains, NY 10601

Re: *Shaw Family Archives, Ltd., et al. v. CMG Worldwide, Inc., et al.*, Index No. 05-cv-3939

Dear Judge McMahon:

We represent Marilyn Monroe, LLC in this consolidated action. We respectfully submit this letter regarding the briefing schedule for the summary judgment motions currently pending before the Court.

Marilyn Monroe, LLC ("MMLLC") served its summary judgment motion on Shaw Family Archives, Ltd. ("Shaw") on October 25, 2006. Shaw and Bradford Licensing, Inc. (collectively, "Plaintiffs") filed their brief opposing MMLLC's summary judgment motion and cross-moving for summary judgment on November 30, 2006. Pursuant to Your Honor's Individual Practices, MMLLC's reply papers in support of its own summary judgment motion are due five business days after service of Plaintiffs' answering papers (December 7, 2006), but MMLLC's opposition papers are not due until two weeks after receipt of Plaintiffs' motion papers (December 14, 2006). MMLLC's summary judgment motion and Plaintiff's cross-motion are very closely related, and Plaintiffs addressed both motions in one brief. MMLLC respectfully submits that it would be more efficient to argue its reply in support of its own motion and its opposition to Plaintiffs' cross-motion in a single brief. Additionally, given the number of issues raised in Plaintiffs' cross-motion, MMLLC respectfully requests that the deadline for filing and serving its opposition and reply papers be extended to December 22, 2006. Furthermore, because the brief will include both MMLLC's opposition and reply arguments, MMLLC respectfully requests leave to file a brief of no more than 35 pages.

# GIBSON, DUNN & CRUTCHER LLP

Honorable Colleen McMahon
December 7, 2006
Page 2

Accordingly, MMLLC respectfully requests that the Court permit MMLLC to serve its reply and opposition papers together in one 35-page brief on December 22, 2006.

We have spoken with David Marcus, counsel for the Plaintiffs, and he has consented to our request, which is the first request for the relief requested herein.

We thank the Court for its kind consideration of this request.

Respectfully submitted,

*Orin Snyder* \MMC

Orin Snyder

OS/mmc

cc: David Marcus, Esq.
Jonathan Polak, Esq.

100125222_2.DOC