# Exhibit A

Form 37

**Official Form of Account recommended by Commission on Estates**

## ACCOUNT OF EXECUTORS AND ADMINISTRATORS

# SURROGATE'S COURT
# COUNTY OF NEW YORK

### ACCOUNTING OF

Marjorie M. Frosch, Executrix of the Estate
of Aaron R. Frosch

as    Deceased Executor

**File No.** P2781      **19** 62

ESTATE OF

   Marilyn Monroe

            Deceased.

TO THE SURROGATE'S COURT OF THE COUNTY OF NEW YORK:

     The undersigned does hereby render the account of proceedings as follows:

     Period of account from   July 1, 1980

to   April 29, 1989

     This is    a final    account.
           an intermediate

     The instructions concerning the schedules need not be stated at the head of each schedule. It will be sufficient to set forth only the schedule letter and heading.

     For convenience of reference, the schedule letter and page number of the schedule should be shown at the bottom of each sheet of the account.

### Schedule A
### Statement of Principal Received

     INSTRUCTIONS. This schedule must contain an itemized statement of all the moneys and other personal property constituting principal for which each accounting party is charged, together with the date of receipt or acquisition of such money or property. If real property has been sold by the fiduciary, this schedule must set forth the proceeds of sale of such property.

### Schedule A-1
### Statement of Increases on Sales, Liquidation or Distribution

     INSTRUCTIONS. This schedule must contain a full and complete statement of all realized increases derived from principal assets whether due to sale, liquidation, or distribution or any other reason. It should also show realized increases on new investments or exchanges. In each instance, the date of realization of the increase must be shown and the property from which said increase was derived must be identified.

### Schedule A-2
### Statement of All Income Collected

     INSTRUCTIONS. This schedule must contain a full and complete statement of all interest, dividends, rents and other income received, and the date of each receipt. Each receipt must be separately accounted for and identified, except that where a security has been held for an entire year, the interest or ordinary dividends may be reported on a calendar year basis.

### Schedule B
### Statement of Decreases Due to Sales, Liquidation, Collection,
### Distribution or Uncollectibility

     INSTRUCTIONS. This schedule must contain a full and complete statement of all realized decreases on principal assets whether due to sale, liquidation, collection or distribution, or any other reason. It should also show decreases on new investments or exchanges and also sales, liquidations or distributions that result in neither gain nor loss. In each instance, the date of realization of the decrease must be shown and the property from which said decrease was incurred must be identified. It should also report any asset which the fiduciary intends to abandon as worthless, together with a full statement of the reasons for abandoning it.

MM-0000156

## Schedule C
### Statement of Funeral and Administration Expenses

INSTRUCTIONS. This schedule must contain an itemized statement of all moneys chargeable and paid for funeral, administration and other necessary expenses, together with the date and the reason for each expenditure.

Where the will directs that all inheritance and death taxes are to be paid out of the estate, credit for payment of same should be taken in this schedule.

## Schedule C-1
### Statement of Unpaid Administration Expenses

INSTRUCTIONS. This schedule must contain an itemized statement of all unpaid claims for administration and other necessary expenses, together with a statement of the basis for each such claim.

## Schedule D
### Statement of All Creditors' Claims

INSTRUCTIONS. This schedule must contain an itemized statement of all creditors' claims sub-divided to show:

1. Claims presented, allowed, paid and credited and appearing in the Summary Statement, together with the date of payment.

2. Claims presented and allowed but not paid.

3. Claims presented but rejected, the date of and the reason for such rejection.

4. Contingent and possible claims.

5. Personal claims requiring approval by the court, pursuant to S C P A 1805.

In the event of insolvency, preference allowed various claims should be stated and the order of their priority.

## Schedule E
### Statement of Distributions Made

INSTRUCTIONS. This schedule must contain an itemized statement of all moneys paid and all property delivered to the legatees, trustees, surviving spouse of distributees of the deceased, the date of payment or delivery thereof, and the name of the person to whom payment or delivery was actually made.

Where estate taxes are required to be apportioned and payments have been made on account of said taxes, the amounts apportioned in Schedule H against beneficiaries of the testamentary estate shall be charged in this schedule against the respective individual's share.

## Schedule F
### Statement of All Personal Property Remaining on Hand

INSTRUCTIONS. This schedule must contain an itemized statement showing all personal property remaining on hand, including a statement of all uncollected receivables and property rights due to the estate. The schedule must further show the date and cost of all such property that was acquired by purchase, exchange or transfers made or received, together with the date of acquisition and the cost thereof.

## Schedule G
### Statement of Interested Parties

INSTRUCTIONS. This schedule must contain the names of all persons entitled as legatee, devisee, trustee, surviving spouse, distributee or otherwise to a share of the estate or fund, with their post-office addresses and the degree of relationship, if any, of each of the deceased, a statement showing the nature of and the VALUE or approximate VALUE of the interest of each such person.

Also a statement that the records of this court have been searched for powers of attorney and assignments and encumbrances made and executed by any of the persons interested in or entitled to a share of the estate and a list detailing each power of attorney, assignment and encumbrance, disclosed by such search, with the date of its recording and the name and address of each attorney in fact and of each assignee and of each person beneficially interested under the encumbrance referred to in the respective instruments, and also whether the accounting party has any knowledge of the execution of any such power of attorney or assignment not so filed and recorded.

## Schedule H
### Statement of Estate Taxes Paid and Allocation thereof

INSTRUCTIONS. This schedule must contain a statement showing all estate taxes assessed and paid in respect of any property required to be included in the gross estate of the decedent under the provisions of the Tax Law or under the laws of the United States. Final New York Estate Tax receipt or an order of exemption from tax must be presented with the decree settling the final account unless the accounting party proceeds under S C P A 1804(3). This schedule must also contain a computation setting forth the proposed allocation of taxes paid and to be paid and the amounts due the estate from each person in whose behalf a tax payment has been made and also the proportionate amount of the tax paid by each of the named persons interested in this estate or charged against their respective interest, as provided in E P T L 2-1.8.

Where an allocation of taxes is required, the method of computing the allocation of said taxes must be shown in this schedule.

## Schedule I

### Statement of Computation of Commissions

INSTRUCTIONS. This schedule must contain a computation of the amount of commissions due upon this accounting.

## Schedule J

### Statement of Other Pertinent Facts and of Cash Reconciliation

INSTRUCTIONS. This schedule must contain a statement of all other pertinent facts affecting the administration of the estate and the rights of those interested therein. It must also contain a statement of any real property left by the decedent which it is not necessary to include as an estate asset to be accounted for, a brief description thereof, the gross value and the amount of mortgages or liens thereon at the date of death of the deceased. A cash reconciliation must also be set forth in this schedule so that verification with bank statements and cash on hand may be readily made.

### THE FOLLOWING IS A SUMMARY STATEMENT OF THIS ACCOUNT:

CHARGES:

Amount shown by Schedule "A"
(Principal received) _____ $ 126,229.25

Amount shown by Schedule "A-1"
(Realized Increases on principal) _____ $ –0–

Amount shown by Schedule "A-2"
(Income Collected) _____ $4,146,054.99

Total charges _____ $ 4,272,284.24

CREDITS:

Amount shown by Schedule "B"
(Realized decreases on principal) _____ $ –0–

Amount shown by Schedule "C"
(Funeral and administration expenses) _____ $1,539,188.89

Amount shown by Schedule "D"
(Creditors' claims actually paid) _____ $ –0–

Amount shown by Schedule "E"
(Distributions to legatees, distributees, etc.) _____ $2,699,191.17

Total credits _____ $ 4,238,380.06

Balance on hand shown by Schedule "F" _____ $ 33,904.18

The foregoing balance of $ 33,904.18 _____ consists of $ 33,904.18

in cash and $ –0– _____ in other property on hand as of the 29th day of April

19 89. It is subject to deduction of estimated principal commissions amounting to $ –0–

shown in Schedule I and to the proper charge to principal of expenses of this accounting.

The attached schedules are part of this account.

*Marjorie M. Frosch*

Marjorie M. Frosch, Executrix of the
Estate of Aaron R. Frosch
Deceased        Executor Administrator

**File No.** P2781.......19 62

## Surrogate's Court
## County of New York

IN THE MATTER OF THE JUDICIAL SETTLEMENT
OF THE
ACCOUNT OF PROCEEDINGS
OF

Marjorie M. Frosch, Executrix of
the Estate of Aaron R. Frosch,
AS Deceased Executor of the

OF

Estate

OF

Marilyn Monroe                DECEASED

## ACCOUNT OF EXECUTORS

*Filed,*

Stroock & Stroock & Lavan
Attorney for Petitioner

7 Hanover Square
New York, NY 10004

NEW YORK CITY

**Gross Estate**

**or Fund $**

---

AFFIDAVIT OF ACCOUNTING PARTY

STATE OF NEW YORK
                        } ss.:
COUNTY OF NEW YORK

Marjorie M. Frosch

being duly sworn, says: that the foregoing account contains according to the best of my/our knowledge and belief a true statement of all my/our receipts and disbursements on account of the estate and of all moneys or other property belonging to the estate which have come into my/our hands or been received by any other person by my/our order or for my/our use and that I/we do not know of any error or omission in the account to the prejudice of any creditor of, or person interested in, the estate.

Marjorie M. Frosch,
Executrix of the
Estate of Aaron R. Frosch, Deceased Executor

Sworn to before me this

2_ day of

May 19 90

Anne Tedesco

ANNE TEDESCO
Notary Public, State of New York
NO. 4735717
Qualified in Suffolk County
Commission Expires: 10-3190

## SCHEDULE A

STATEMENT SHOWING (A) ALL PROPERTY CONSTITUTING PRINCIPAL OF
THE ESTATE REMAINING ON HAND 07/01/80 THE LAST DAY OF THE
EXECUTOR'S PRIOR ACCOUNT AND (B) ALL ADDITIONAL PROPERTY
SUBSEQUENTLY RECEIVED TO CONSTITUTE PRINCIPAL OF THE ESTATE

(A) ALL PROPERTY CONSTITUTING PRINCIPAL
    OF THE ESTATE REMAINING ON HAND THE          INVENTORY
    LAST DAY OF THE EXECUTOR'S PRIOR ACCOUNT        VALUE
    ------------------------------------------    -----------

OTHER PROPERTY
--------------

| | | | |
|---|---|---|---|
| 07/01/80 | DOLLAR DRY DOCK ACCOUNT #36110 | $41,065.50 | |
| 07/01/80 | DOLLAR DRY DOCK ACCOUNT #36613-5 | 47,127.54 | |
| 07/01/80 | DOLLAR DRY DOCK ACCOUNT #57302-9 | 12,035.94 | |
| 07/01/80 | MISCELLANEOUS ROYALTY INTERESTS | 0.00 | $100,228.98 |

CASH
----

| | | | |
|---|---|---|---|
| 06/07/82 | CASH | 1,000.27 | $1,000.27 |

TOTAL                                                      $101,229.25

(B) ALL ORIGINAL PROPERTY SUBSEQUENTLY
    RECEIVED TO CONSTITUTE PRINCIPAL OF
    THE ESTATE
    ------------------------------------

OTHER PROPERTY
--------------

| | | | |
|---|---|---|---|
| 07/20/84 | BIGHAM ENGLAR JONES & HOUSTON MALPRACTICE INSURANCE | $25,000.00 | $25,000.00 |

TOTAL                                                       $25,000.00

SCHEDULE A
PAGE    1

MM-0000160

SCHEDULE A-2 (CONTINUED)

TOTAL SCHEDULE A-2                                    $126,229.25

SCHEDULE A
PAGE      2

MM-0000161

## SCHEDULE A-1

**STATEMENT SHOWING ALL INCREASES RESULTING FROM
SALE OR OTHER DISPOSITION OF ASSETS**

NONE

SCHEDULE A-1

MM-0000162

## SCHEDULE A-2

**STATEMENT SHOWING (A) ALL PROPERTY CONSTITUTING INCOME OF THE ESTATE REMAINING ON HAND 07/01/80 THE LAST DAY OF THE EXECUTOR'S PRIOR ACCOUNT AND (B) ALL ADDITIONAL PROPERTY SUBSEQUENTLY RECEIVED TO CONSTITUTE INCOME OF THE ESTATE**

**(B) ALL SUBSEQUENT RECEIPTS**
-----------------------------

**U.S. TREASURY BILL**
**DUE 10/2/80**
-------------------
10/02/80   INTEREST ON   $50,000.                $61.53         $61.53
                                            ---------------

**U.S. TREASURY BILL**
**DUE 11/6/80**
-------------------
11/06/80   INTEREST ON   $40,000.                $302.22        302.22
                                            ---------------

**U.S. TREASURY BILL**
**DUE 02/26/81**
-------------------
02/26/81   INTEREST ON   $50,000.                $552.50        552.50
                                            ---------------

**U.S. TREASURY BILL**
**DUE 03/12/81**
-------------------
03/13/81   INTEREST ON   $10,000.                $198.13        198.13
                                            ---------------

**U.S. TREASURY BILL**
**DUE 04/02/81**
-------------------
04/02/81   INTEREST ON   $50,000.                $640.97        640.97
                                            ---------------

SCHEDULE A-2
PAGE     1

MM-0000163

SCHEDULE A-2 (CONTINUED)

```
U.S. TREASURY BILL
DUE 07/02/81
------------------
07/02/81   INTEREST ON    $75,000.         $2,339.06      2,339.06
                                           -------------

U.S. TREASURY BILL
DUE 09/03/81
------------------
09/03/81   INTEREST ON    $75,000.         $1,779.69      1,779.69
                                           -------------

U.S. TREASURY BILL
DUE 11/05/81
------------------
11/05/81   INTEREST ON    $75,000.         $1,950.31      1,950.31
                                           -------------

U.S. TREASURY BILL
DUE 12/10/81
------------------
12/10/81   INTEREST ON    $90,000.          $858.50        858.50
                                           -------------

U.S. TREASURY BILL
DUE 12/31/81
------------------
12/31/81   INTEREST ON    $80,000.          $337.67        337.67
                                           -------------

U.S. TREASURY BILL
DUE 09/02/82
------------------
09/02/82   INTEREST ON   $100,000.         $2,887.00      2,887.00
                                           -------------

U.S. TREASURY BILL
DUE 12/02/82
------------------
12/02/82   INTEREST ON   $100,000.         $2,082.78      2,082.78
                                           -------------
```

SCHEDULE A-2
PAGE     2

MM-0000164

SCHEDULE A-2 (CONTINUED)

U.S. TREASURY BILL
DUE 1/20/83
------------------
12/29/82   INTEREST ON     $40,000.                    $0.72              0.72
                                                 ---------------

U.S. TREASURY BILL
DUE 1/26/83
------------------
01/26/83   INTEREST ON    $100,000.                  $287.78            287.78
                                                 ---------------

U.S. TREASURY BILL
DUE 2/24/83
------------------
02/24/83   INTEREST ON     $70,000.                  $374.00            374.00
                                                 ---------------

U.S. TREASURY BILLS
DUE 3/24/83
------------------
12/22/83   INTEREST ON     $35,000.                $2,147.09          2,147.09
                                                 ---------------

U.S. TREASURY BILLS
DUE 3/31/83
------------------
03/31/83   INTEREST ON     $70,000.                  $412.01            412.01
                                                 ---------------

U.S. TREASURY BILL
DUE 03/04/82
------------------
03/04/82   INTEREST ON     $40,000.                  $661.33
03/04/82   INTEREST ON     $50,000.                   711.67          1,373.00
                                                 ---------------

U.S. TREASURY BILL
DUE 06/03/82
------------------
06/03/82   INTEREST ON    $100,000.                $3,122.00          3,122.00
                                                 ---------------

SCHEDULE A-2
PAGE      3

MM-0000165

SCHEDULE A-2 (CONTINUED)

ADDITIONAL U.S. TREASURY
BILL INCOME
------------------------
12/31/80  INCOME RECEIVED                    $2,020.43            2,020.43
                                          ---------------

BANKERS TRUST COMPANY
MONEY MARKET FUND
----------------------
05/31/83  INCOME RECEIVED                      $136.37
06/30/83  INCOME RECEIVED                       279.47
07/29/83  INCOME RECEIVED                       276.99
08/31/83  INCOME RECEIVED                       320.06
09/30/83  INCOME RECEIVED                       280.58
10/01/83  INCOME RECEIVED                         6.56
10/31/83  INCOME RECEIVED                       293.13
11/30/83  INCOME RECEIVED                       278.78
12/30/83  INCOME RECEIVED                       361.35
01/31/84  INCOME RECEIVED                       423.81
02/29/84  INCOME RECEIVED                       247.06
03/30/84  INCOME RECEIVED                       160.50
04/30/84  INCOME RECEIVED                       173.31
05/31/84  INCOME RECEIVED                       183.33
06/29/84  INCOME RECEIVED                       177.65
07/31/84  INCOME RECEIVED                       201.65
08/31/84  INCOME RECEIVED                       200.92
09/28/84  INCOME RECEIVED                       182.41
10/31/84  INCOME RECEIVED                       208.75
11/30/84  INCOME RECEIVED                       176.96
12/31/84  INCOME RECEIVED                        90.00
03/29/85  INCOME RECEIVED                        24.43
04/30/85  INCOME RECEIVED                       259.55
05/31/85  INCOME RECEIVED                       241.70
06/28/85  INCOME RECEIVED                       204.79
07/31/85  INCOME RECEIVED                       234.13
08/30/85  INCOME RECEIVED                       215.76
09/30/85  INCOME RECEIVED                       225.20
10/31/85  INCOME RECEIVED                       226.57
11/29/85  INCOME RECEIVED                       213.24
12/31/85  INCOME RECEIVED                       236.60
01/31/86  INCOME RECEIVED                        17.43
02/28/86  INCOME RECEIVED                         6.16
03/31/86  INCOME RECEIVED                         6.87

SCHEDULE A-2
PAGE      4

MM-0000166

SCHEDULE A-2 (CONTINUED)

BANKERS TRUST COMPANY
MONEY MARKET FUND (CONTINUED)
--------------------------

| Date | Description | Amount | Total |
|------|-------------|--------|-------|
| 04/30/86 | INCOME RECEIVED | 6.69 | |
| 05/30/86 | INCOME RECEIVED | 6.69 | |
| 06/30/86 | INCOME RECEIVED | 101.79 | |
| 07/31/86 | INCOME RECEIVED | 368.44 | |
| 08/29/86 | INCOME RECEIVED | 329.35 | |
| 09/30/86 | INCOME RECEIVED | 341.01 | |
| 10/31/86 | INCOME RECEIVED | 326.78 | |
| 11/28/86 | INCOME RECEIVED | 288.47 | |
| 12/31/86 | INCOME RECEIVED | 337.61 | |
| 01/30/87 | INCOME RECEIVED | 56.80 | |
| 02/27/87 | INCOME RECEIVED | 32.30 | |
| 03/31/87 | INCOME RECEIVED | 35.27 | |
| 04/30/87 | INCOME RECEIVED | 30.99 | |
| 05/29/87 | INCOME RECEIVED | 28.07 | |
| 06/30/87 | INCOME RECEIVED | 31.09 | |
| 07/31/87 | INCOME RECEIVED | 30.25 | |
| 08/31/87 | INCOME RECEIVED | 119.20 | |
| 09/30/87 | INCOME RECEIVED | 245.96 | |
| 10/30/87 | INCOME RECEIVED | 253.01 | |
| 11/30/87 | INCOME RECEIVED | 265.68 | |
| 12/31/87 | INCOME RECEIVED | 259.24 | |
| 01/29/88 | INCOME RECEIVED | 18.11 | |
| 02/29/88 | INCOME RECEIVED | 84.74 | |
| 03/31/88 | INCOME RECEIVED | 222.21 | |
| 04/29/88 | INCOME RECEIVED | 208.88 | |
| 05/31/88 | INCOME RECEIVED | 231.54 | |
| 06/30/88 | INCOME RECEIVED | 221.21 | |
| 07/29/88 | INCOME RECEIVED | 217.00 | |
| 08/31/88 | INCOME RECEIVED | 255.74 | |
| 09/30/88 | INCOME RECEIVED | 240.43 | |
| 10/31/88 | INCOME RECEIVED | 254.74 | |
| 11/30/88 | INCOME RECEIVED | 259.83 | |
| 12/30/88 | INCOME RECEIVED | 272.29 | |
| 01/31/89 | INCOME RECEIVED | 89.69 | |
| 02/28/89 | INCOME RECEIVED | 47.28 | |
| 03/31/89 | INCOME RECEIVED | 178.53 | |
| 04/28/89 | INCOME RECEIVED | 197.92 | 13,266.90 |

---------------

SCHEDULE A-2
PAGE      5

MM-0000167

SCHEDULE A-2 (CONTINUED)

BIGHAM ENGLAR JONES & HOUSTON
MALPRACTICE INSURANCE
-------------------------------
07/20/84   INCOME RECEIVED                    $666.12              666.12
                                        ---------------

BOOK ROYALTIES
---------------
12/31/80   INCOME RECEIVED                    $187.00              187.00
                                        ---------------

DICK CLARK HOLLYWOOD STARS
---------------------------
12/11/84   INCOME RECEIVED                    $328.00              328.00
                                        ---------------

DOLLAR DRY DOCK
ACCOUNT #57302-9
------------------
12/31/80   INCOME RECEIVED                    $512.39
12/31/81   INCOME RECEIVED                     351.66              864.05
                                        ---------------

DOLLAR DRY DOCK
ACCOUNTS #36110 AND #36613-5
-----------------------------
12/31/80   INCOME RECEIVED                  $4,864.05            4,864.05
                                        ---------------

HOORAY FOR HOLLYWOOD
---------------------
05/08/81   INCOME RECEIVED                  $1,089.23            1,089.23
                                        ---------------

MISFITS
-------
01/14/81   INCOME RECEIVED                 $12,135.38
01/06/82   INCOME RECEIVED                   6,172.29
04/14/82   INCOME RECEIVED                   1,472.36
01/14/83   INCOME RECEIVED                  32,680.63
02/17/88   INCOME RECEIVED                   5,072.41           57,533.07
                                        ---------------

SCHEDULE A-2
PAGE       6

MM-0000168

SCHEDULE A-2 (CONTINUED)

**RCA**
---
| | | | |
|---|---|---|---|
| 11/09/81 | INCOME RECEIVED | $1,979.78 | |
| 05/04/82 | INCOME RECEIVED | 1,457.45 | |
| 11/09/82 | INCOME RECEIVED | 2,839.90 | |
| 05/06/83 | INCOME RECEIVED | 1,189.19 | |
| 12/07/83 | INCOME RECEIVED | 643.68 | |
| 05/10/84 | INCOME RECEIVED | 765.84 | 8,875.84 |

**RECORD ROYALTIES**
-----------------
| | | | |
|---|---|---|---|
| 12/31/80 | INCOME RECEIVED | $7,880.00 | 7,880.00 |

**ROGER RICHMAN AGENCY, INC.**
**MISCELLANEOUS ROYALTIES**
---------------------------
| | | |
|---|---|---|
| 12/31/82 | INCOME RECEIVED | $36,298.00 |
| 03/31/83 | INCOME RECEIVED | 68,955.40 |
| 06/30/83 | INCOME RECEIVED | 159,591.02 |
| 06/30/83 | INCOME RECEIVED | 25,000.00 |
| 09/30/83 | INCOME RECEIVED | 129,971.66 |
| 09/30/83 | INCOME RECEIVED | 2,840.57 |
| 12/31/83 | INCOME RECEIVED | 70,667.05 |
| 12/31/83 | INCOME RECEIVED | 726.48 |
| 03/31/84 | INCOME RECEIVED | 8,097.37 |
| 06/30/84 | INCOME RECEIVED | 43,507.83 |
| 09/30/84 | INCOME RECEIVED | 35,998.66 |
| 12/31/84 | INCOME RECEIVED | 40,764.81 |
| 03/31/85 | INCOME RECEIVED | 75,128.01 |
| 03/31/85 | INCOME RECEIVED | 554.86 |
| 06/30/85 | INCOME RECEIVED | 73,445.32 |
| 09/30/85 | INCOME RECEIVED | 57,690.13 |
| 12/31/85 | INCOME RECEIVED | 24,931.77 |
| 03/31/86 | INCOME RECEIVED | 50,818.45 |
| 06/30/86 | INCOME RECEIVED | 193,782.31 |
| 09/30/86 | INCOME RECEIVED | 49,582.97 |
| 09/30/86 | INCOME RECEIVED | 8,754.82 |
| 12/31/86 | INCOME RECEIVED | 62,464.71 |
| 12/31/86 | INCOME RECEIVED | 11,394.30 |
| 03/31/87 | INCOME RECEIVED | 166,413.05 |
| 03/31/87 | INCOME RECEIVED | 13,105.91 |

SCHEDULE A-2
PAGE    7

MM-0000169

SCHEDULE A-2 (CONTINUED)

ROGER RICHMAN AGENCY, INC.
MISCELLANEOUS ROYALTIES (CONTINUED)
-----------------------------------
| 03/31/87 | INCOME RECEIVED | 4,700.65 | |
| 06/30/87 | INCOME RECEIVED | 77,338.97 | |
| 06/30/87 | INCOME RECEIVED | 2,343.20 | |
| 09/30/87 | INCOME RECEIVED | 427,496.54 | |
| 12/31/87 | INCOME RECEIVED | 338,492.50 | |
| 12/31/87 | INCOME RECEIVED | 17,883.94 | |
| 03/31/88 | INCOME RECEIVED | 501,014.52 | |
| 06/30/88 | INCOME RECEIVED | 183,829.85 | |
| 06/30/88 | INCOME RECEIVED | 5,697.56 | |
| 09/30/88 | INCOME RECEIVED | 306,472.37 | |
| 12/31/88 | INCOME RECEIVED | 171,890.06 | |
| 12/31/88 | INCOME RECEIVED | 6,389.90 | |
| 03/31/89 | INCOME RECEIVED | 217,227.29 | |
| 03/31/89 | INCOME RECEIVED | 11,924.64 | |
| 03/31/89 | INCOME RECEIVED | 24,371.83 | 3,707,559.28 |
| | | ------------- | |

SOME LIKE IT HOT*
-----------------
| 01/14/81 | INCOME RECEIVED | $28,438.87 | |
| 01/06/82 | INCOME RECEIVED | 49,558.51 | |
| 01/18/84 | INCOME RECEIVED | 27,030.47 | |
| 03/27/85 | INCOME RECEIVED | 36,433.86 | |
| 06/20/86 | INCOME RECEIVED | 70,629.13 | |
| 08/18/87 | INCOME RECEIVED | 46,128.61 | |
| 02/17/88 | INCOME RECEIVED | 35,927.11 | |
| 03/06/89 | INCOME RECEIVED | 24,476.10 | 318,622.66 |
| | | ------------- | |

TWENTIETH CENTURY FOX
---------------------
| 06/08/81 | INCOME RECEIVED | $99.40 | |
| 08/09/83 | INCOME RECEIVED | 492.00 | $591.40 |
| | | ------------- | ------------- |

| TOTAL | | | $4,146,054.99 |
| | | | ------------- |

| TOTAL SCHEDULE A-2 | | | $4,146,054.99 |
| | | | ------------- |
| | | | ------------- |

*SOME INCOME FROM THE MISFITS MAY BE INCLUDED UNDER SOME LIKE IT HOT.

SCHEDULE A-2
PAGE    8

MM-0000170

## SCHEDULE B

### STATEMENT SHOWING ALL DECREASES RESULTING FROM
### SALE OR OTHER DISPOSITION OF ASSETS

| SALES AND REDEMPTIONS | PROCEEDS OR DISTRIBUTION VALUE | INVENTORY VALUE | DECREASE |
|---|---|---|---|
| U.S. TREASURY BILL DUE 10/2/80 | | | |
| 10/02/80    $50,000. | $49,938.47 | $49,938.47 | $0.00 |
| U.S. TREASURY BILL DUE 11/6/80 | | | |
| 11/06/80    $40,000. | 39,697.78 | 39,697.78 | 0.00 |
| U.S. TREASURY BILL DUE 03/12/81 | | | |
| 03/13/81    $10,000. | 9,801.87 | 9,801.87 | 0.00 |
| U.S. TREASURY BILL DUE 04/02/81 | | | |
| 04/02/81    $50,000. | 49,359.03 | 49,359.03 | 0.00 |
| U.S. TREASURY BILL DUE 07/02/81 | | | |
| 07/02/81    $75,000. | 72,660.94 | 72,660.94 | 0.00 |
| U.S. TREASURY BILL DUE 09/03/81 | | | |
| 09/03/81    $75,000. | 73,220.31 | 73,220.31 | 0.00 |
| U.S. TREASURY BILL DUE 11/05/81 | | | |
| 11/05/81    $75,000. | 73,049.69 | 73,049.69 | 0.00 |
| U.S. TREASURY BILL DUE 12/10/81 | | | |
| 12/10/81    $90,000. | 89,141.50 | 89,141.50 | 0.00 |
| U.S. TREASURY BILL DUE 12/31/81 | | | |
| 12/31/81    $80,000. | 79,662.33 | 79,662.33 | 0.00 |

SCHEDULE B
PAGE     1

MM-0000171

## SCHEDULE B (CONTINUED)

U.S. TREASURY BILL
DUE 09/02/82
   09/02/82   $100,000.           97,113.00      97,113.00        0.00

U.S. TREASURY BILL
DUE 12/02/82
   12/02/82   $100,000.           97,917.22      97,917.22        0.00

U.S. TREASURY BILL
DUE 1/20/83
   12/29/82   $40,000.            39,778.72      39,778.72        0.00

U.S. TREASURY BILL
DUE 1/26/83
   01/26/83   $100,000.           99,712.22      99,712.22        0.00

U.S. TREASURY BILL
DUE 2/24/83
   02/24/83   $70,000.            69,626.00      69,626.00        0.00

U.S. TREASURY BILLS
DUE 3/24/83
   12/22/83   $35,000.            34,804.79      34,804.79        0.00

U.S. TREASURY BILLS
DUE 3/31/83
   03/31/83   $70,000.            69,587.99      69,587.99        0.00

U.S.TREASURY BILL
DUE 03/04/82
   03/04/82   $40,000.            39,338.67      39,338.67        0.00
   03/04/82   $50,000.            49,288.33      49,288.33        0.00

U.S.TREASURY BILL
DUE 06/03/82
   06/03/82   $100,000.           96,878.00      96,878.00        0.00

BIGHAM, ENGLAR & JONES
   07/20/84                  25,000.00      25,000.00        0.00

DOLLAR DRY DOCK
ACCOUNT #36110
   12/31/80                  41,065.50      41,065.50        0.00

SCHEDULE B
PAGE    2

MM-0000172

SCHEDULE B (CONTINUED)

DOLLAR DRY DOCK
ACCOUNT #36613-5
  12/31/80               47,127.54          47,127.54            0.00

DOLLAR DRY DOCK
ACCOUNT #57302-9
  04/21/81                9,300.00           9,300.00            0.00
  01/14/82                2,735.94           2,735.94            0.00

TOTAL SALES AND REDEMPTIONS    $1,355,805.84    $1,355,805.84       $0.00

TOTAL SCHEDULE B          $1,355,805.84    $1,355,805.84       $0.00

SCHEDULE B
PAGE    3

SCHEDULE C

STATEMENT SHOWING ALL PAYMENTS FOR
FUNERAL AND ADMINISTRATION EXPENSES


ADMINISTRATION EXPENSES
-----------------------

BANKERS TRUST COMPANY --
SERVICE CHARGES
-----------------------

| Date | | Amount | |
|---|---|---|---|
| 05/12/81 | CASH | $4.00 | |
| 12/10/81 | CASH | 4.00 | |
| 04/12/82 | CASH | 3.00 | |
| 01/12/83 | CASH | 8.00 | |
| 03/10/83 | CASH | 8.00 | |
| 04/12/83 | CASH | 8.00 | |
| 07/13/83 | CASH | 8.00 | |
| 09/13/83 | CASH | 8.00 | |
| 10/13/83 | CASH | 8.00 | |
| 11/10/83 | CASH | 8.00 | |
| 12/12/83 | CASH | 8.00 | |
| 01/11/84 | CASH | 8.00 | |
| 02/09/84 | CASH | 8.00 | |
| 03/12/84 | CASH | 8.00 | |
| 04/11/84 | CASH | 3.00 | |
| 05/10/84 | CASH | 15.00 | |
| 06/12/84 | CASH | 15.00 | |
| 07/12/84 | CASH | 15.00 | |
| 09/13/84 | CASH | 15.00 | |
| 10/11/84 | CASH | 15.75 | |
| 11/14/84 | CASH | 15.00 | |
| 12/12/84 | CASH | 15.00 | |
| 01/12/87 | CASH | 15.00 | |
| 02/12/87 | CASH | 15.00 | |
| 03/12/87 | CASH | 15.25 | |
| 04/13/87 | CASH | 15.25 | |
| 05/12/87 | CASH | 15.00 | $283.25 |


LAWRENCE X. CUSACK, ESQ.
GUARDIAN AD LITEM
PER COURT ORDER
---------------------------

| Date | | Amount | |
|---|---|---|---|
| 07/18/84 | CASH | $7,200.00 | 7,200.00 |


IN ACCORDANCE WITH PARAGRAPH (25)
OF THE 1984 AGREEMENT

SCHEDULE C
PAGE      1

MM-0000174

SCHEDULE C (CONTINUED)

FIREMAN'S FUND -- EXECUTOR'S
BOND
-------------------------------
09/22/82   CASH                                    $950.00              950.00
                                                ---------------

FULTON ADJUSTMENT BUREAU --
EXECUTOR'S BOND
-------------------------------
10/26/83   CASH                                    $400.00              400.00
                                                ---------------

HUFSTEDTER, MILLER, CARLSON &
BEARDSLEY, ESQS. -- LEGAL
SERVICES FOR ESTATE OF MARIANNE
KRIS
-------------------------------
08/16/83   CASH                                  $1,725.42            1,725.42
                                                ---------------

ELMER S. HYDE, INC. --
EXECUTOR'S BOND
-------------------------------
12/29/80   CASH                                    $515.00
07/15/81   CASH                                     400.00
12/21/82   CASH                                     400.00
12/29/82   CASH                                     515.00
01/21/83   CASH                                     475.00
01/13/84   CASH                                     400.00
01/20/84   CASH                                     475.00
09/18/84   CASH                                     400.00
09/24/84   CASH                                     475.00
09/24/84   CASH                                   1,030.00
11/19/85   CASH                                     515.00
11/21/85   CASH                                     475.00
12/12/86   CASH                                     475.00
12/12/86   CASH                                     400.00
12/22/86   CASH                                     400.00
12/21/87   CASH                                     800.00
12/22/87   CASH                                     475.00
12/22/88   CASH                                     875.00            9,500.00
                                                ---------------

INTERNAL REVENUE SERVICE --
FIDUCIARY INCOME TAX
-------------------------------
10/04/83   CASH                                    $540.00

SCHEDULE C
PAGE       2

MM-0000175

SCHEDULE C (CONTINUED)

INTERNAL REVENUE SERVICE --
FIDUCIARY INCOME TAX (CONTINUED)
-------------------------------
| 03/14/84 | CASH | 4.00 | |
| 04/03/86 | CASH | 48.00 | 592.00 |

E.J. LEFKOWITZ -- LEGAL FEES
AND DISBURSEMENTS
-------------------------------
| 12/30/82 | CASH | $105.00 | |
| 07/20/84 | CASH | 3,000.00 | |
| 12/31/84 | CASH | 750.00 | |
| 12/31/84 | CASH | 3,500.00 | |
| 12/22/86 | CASH | 3,848.00 | |
| 12/16/87 | CASH | 4,068.70 | |
| 12/22/88 | CASH | 5,097.80 | 20,369.50 |

NATIONAL SURETY CORP. --
EXECUTOR'S BOND
-------------------------------
| 02/11/81 | CASH | $475.00 | 475.00 |

NAT RUBIN & CO. -- ACCOUNTING
SERVICES
-------------------------------
| 01/27/81 | CASH | $6,000.00 | |
| 08/18/81 | CASH | 750.00 | |
| 04/15/82 | CASH | 676.60 | |
| 06/02/83 | CASH | 841.39 | |
| 03/14/84 | CASH | 823.85 | |
| 12/31/84 | CASH | 750.00 | |
| 12/31/84 | CASH | 1,000.00 | |
| 04/03/86 | CASH | 418.66 | |
| 04/02/87 | CASH | 475.44 | |
| 12/29/88 | CASH | 619.92 | |
| 12/29/88 | CASH | 650.00 | 13,005.86 |

NEW YORK STATE INCOME TAX
BUREAU -- FIDUCIARY INCOME TAXES
-------------------------------
| 03/31/83 | CASH | $167.67- | |
| 04/03/86 | CASH | 13.00 | 154.67- |

SCHEDULE C
PAGE     3

MM-0000176

SCHEDULE C (CONTINUED)

REMBAR & CURTIS -- MAILING
COSTS
-----------------------------
05/07/81   CASH                              $316.42              316.42
                                       ---------------

ROGER RICHMAN COMMISSIONS
-------------------------
12/31/82   CASH                           $12,704.30
03/31/83   CASH                            24,134.39
06/30/83   CASH                            55,856.83
06/30/83   CASH                             6,250.00
09/30/83   CASH                            45,490.08
12/31/83   CASH                            24,733.47
03/31/84   CASH                             2,834.07
06/30/84   CASH                            15,227.74
09/30/84   CASH                            12,599.53
12/31/84   CASH                            14,267.68
03/31/85   CASH                            26,294.80
06/30/85   CASH                            25,705.86
09/30/85   CASH                            20,191.54
12/31/85   CASH                             8,726.11
03/31/86   CASH                            17,786.45
06/30/86   CASH                            67,823.80
09/30/86   CASH                            17,354.03
09/30/86   CASH                             1,750.96
12/31/86   CASH                            21,862.64
12/31/86   CASH                             2,278.86
03/31/87   CASH                            58,244.56
03/31/87   CASH                             3,561.31
06/30/87   CASH                            27,068.63
06/30/87   CASH                               914.39
09/30/87   CASH                           149,623.78
12/31/87   CASH                           118,472.37
12/31/87   CASH                             4,470.98
03/31/88   CASH                           175,355.08
06/30/88   CASH                            64,340.44
06/30/88   CASH                             1,753.09
09/30/88   CASH                           107,265.32
12/31/88   CASH                            60,161.52
12/31/88   CASH                             1,596.40
03/31/89   CASH                            76,029.56
03/31/89   CASH                             2,981.16
03/31/89   CASH                             6,092.95           1,281,804.68
                                       ---------------

SCHEDULE C
PAGE      4

MM-0000177

SCHEDULE C (CONTINUED)

ROGER RICHMAN EXPENSES
--------------------------
| | | | |
|---|---|---:|---:|
| 12/31/82 | CASH | $5,915.50 | |
| 03/31/83 | CASH | 8,927.23 | |
| 06/30/83 | CASH | 1,500.00 | |
| 09/30/83 | CASH | 1,500.00 | |
| 12/31/83 | CASH | 6,750.00 | |
| 03/31/84 | CASH | 5,074.75 | |
| 06/30/84 | CASH | 2,072.13 | |
| 09/30/84 | CASH | 4,450.33 | |
| 12/31/84 | CASH | 1,500.00 | |
| 03/31/85 | CASH | 1,500.00 | |
| 06/30/85 | CASH | 1,500.00 | |
| 09/30/85 | CASH | 1,500.00 | |
| 12/31/85 | CASH | 1,500.00 | |
| 03/31/86 | CASH | 1,500.00 | |
| 06/30/86 | CASH | 1,500.00 | |
| 09/30/86 | CASH | 9,100.00 | |
| 12/31/86 | CASH | 6,062.09 | |
| 03/31/87 | CASH | 1,500.00 | |
| 06/30/87 | CASH | 10,559.70 | |
| 09/30/87 | CASH | 2,243.39 | |
| 12/31/87 | CASH | 43,887.48 | |
| 03/31/88 | CASH | 30,369.72 | |
| 06/30/88 | CASH | 2,652.40 | |
| 09/30/88 | CASH | 6,980.51 | |
| 12/31/88 | CASH | 17,744.15 | |
| 03/31/89 | CASH | 17,632.05 | 195,421.43 |

ROMAGOSA INTERNATIONAL
INTERNATIONAL COMMISSIONS
--------------------------
| | | | |
|---|---|---:|---:|
| 06/30/83 | CASH | $6,250.00 | 6,250.00 |

SURROGATE'S COURT, NEW YORK
COUNTY
--------------------------
| | | | |
|---|---|---:|---:|
| 08/14/80 | CASH | $600.00 | |
| 06/07/82 | CASH | 4.00 | 604.00 |

TORKIN, MANES & COHEN, ESQS.
LEGAL FEES
--------------------------
| | | | |
|---|---|---:|---:|
| 07/21/80 | CASH | $446.00 | 446.00 |

SCHEDULE C
PAGE    5

MM-0000178

SCHEDULE C (CONTINUED)

TOTAL ADMINISTRATION EXPENSES                                    $1,539,188.89
                                                                ---------------


TOTAL SCHEDULE C                                                 $1,539,188.89
                                                                ---------------
                                                                ---------------

SCHEDULE C
PAGE      6

MM-0000179

## SCHEDULE C-1

### STATEMENT OF UNPAID ADMINISTRATION EXPENSES

STROOCK & STROOCK & LAVAN — LEGAL FEES          $ 12,000.00

**SCHEDULE C-1**

MM-0000180

## SCHEDULE D

### STATEMENT SHOWING ALL CREDITORS' CLAIMS

1. CLAIMS PRESENTED,ALLOWED,PAID
   AND CREDITED AND APPEARING IN
   THE SUMMARY STATEMENT
------------------------------

NONE

3. CLAIMS PRESENTED BUT REJECTED,
   THE DATE OF AND THE REASON FOR
   SUCH REJECTION
------------------------------

NONE

3. CLAIMS PRESENTED BUT REJECTED,
   THE DATE OF AND THE REASON FOR
   SUCH REJECTION
------------------------------

NONE

4. CONTINGENT AND POSSIBLE CLAIMS
------------------------------

NONE

SCHEDULE D
PAGE     1

MM-0000181

SCHEDULE D (CONTINUED)

5. PERSONAL CLAIMS REQUIRING
   APPROVAL BY THE COURT, PURSUANT
   TO SCPA 1805
------------------------------------

NONE

SCHEDULE D
PAGE    2

MM-0000182

## SCHEDULE E

### STATEMENT SHOWING ALL MONEYS PAID AND PROPERTY DELIVERED TO OR FOR THE ACCOUNT OF THE BENEFICIARIES

|  |  | MARKET VALUE AS OF DATE OF DISTRIBUTION |
|---|---|---|
| **MAY REIS -- BEQUEST UNDER CLAUSE SIXTH (A) OF THE WILL** | | |
| 12/29/80 | CASH | $18,750.00 |
| 12/28/81 | CASH | 11,250.00 |
| 12/21/82 | CASH | 10,000.00 |
| TOTAL TO BENEFICIARY | | $40,000.00 |
| **ESTATE OF MARIANNE KRIS -- BEQUEST UNDER CLAUSE SIXTH (B) OF THE WILL** | | |
| 12/29/80 | CASH | $14,000.00 |
| 12/29/81 | CASH | 8,437.50 |
| 12/21/82 | CASH | 14,500.00 |
| 12/31/82 | CASH | 4,419.55 |
| 04/15/83 | CASH | 7,968.59 |
| 05/16/83 | CASH | 1,004.85 |
| 07/08/83 | CASH | 20,000.00 |
| 07/11/83 | CASH | 8,683.56 |

SCHEDULE E
PAGE    1

SCHEDULE E (CONTINUED)

ESTATE OF MARIANNE KRIS --
BEQUEST UNDER CLAUSE SIXTH (B)
OF THE WILL (CONTINUED)
------------------------------

| 10/17/83 | CASH | 21,455.37 |
| 12/22/83 | CASH | 8,925.00 |
| 01/19/84 | CASH | 9,977.61 |
| 02/02/84 | CASH | 5,000.00 |
| 03/31/84 | CASH | 47.14 |
| 06/30/84 | CASH | 6,551.99 |
| 09/30/84 | CASH | 4,737.20 |
| 12/26/84 | CASH | 2,750.00 |
| 12/31/84 | CASH | 6,249.28 |
| 03/31/85 | CASH | 11,833.30 |
| 03/31/85 | CASH | 138.71 |
| 06/30/85 | CASH | 11,559.87 |
| 09/30/85 | CASH | 8,999.65 |
| 12/16/85 | CASH | 9,123.25 |
| 12/31/85 | CASH | 3,676.41 |
| 03/31/86 | CASH | 7,882.99 |
| 06/30/86 | CASH | 31,114.65 |
| 09/30/86 | CASH | 7,533.20 |
| 12/22/86 | CASH | 16,709.25 |

TOTAL TO BENEFICIARY
                                              --------------
                                              253,278.92

SCHEDULE E
PAGE      2

MM-0000184

SCHEDULE E (CONTINUED)

LEE STRASBERG AND ESTATE OF
LEE STRASBERG -- BEQUEST UNDER
CLAUSE SIXTH (C) OF THE WILL
------------------------------

| Date | Type | Amount |
|---|---|---|
| 12/29/80 | CASH | $42,250.00 |
| 12/29/81 | CASH | 25,312.50 |
| 12/21/82 | CASH | 43,500.00 |
| 12/31/82 | CASH | 13,258.65 |
| 04/15/83 | CASH | 23,905.78 |
| 05/16/83 | CASH | 3,014.56 |
| 07/08/83 | CASH | 50,000.00 |
| 07/11/83 | CASH | 36,050.63 |
| 10/17/83 | CASH | 64,366.78 |
| 12/22/83 | CASH | 26,775.00 |
| 01/19/84 | CASH | 29,932.45 |
| 02/02/84 | CASH | 15,000.00 |
| 03/31/84 | CASH | 141.41 |
| 06/30/84 | CASH | 19,655.97 |
| 09/30/84 | CASH | 14,211.60 |
| 12/26/84 | CASH | 8,250.00 |
| 12/31/84 | CASH | 18,747.85 |
| 03/31/85 | CASH | 35,499.91 |
| 03/31/85 | CASH | 416.14 |
| 06/30/85 | CASH | 34,679.59 |

SCHEDULE E
PAGE      3

SCHEDULE E (CONTINUED)

LEE STRASBERG AND ESTATE OF
LEE STRASBERG -- BEQUEST UNDER
CLAUSE SIXTH (C) OF THE WILL (CONTINUED)
------------------------------------------

| Date | | Amount |
|------|------|--------|
| 09/30/85 | CASH | 26,998.94 |
| 12/16/85 | CASH | 27,367.75 |
| 12/31/85 | CASH | 11,029.24 |
| 03/31/86 | CASH | 23,648.99 |
| 06/30/86 | CASH | 93,343.88 |
| 09/30/86 | CASH | 22,599.59 |
| 12/22/86 | CASH | 50,127.75 |
| 12/31/86 | CASH | 32,741.56 |
| 03/31/87 | CASH | 90,685.31 |
| 06/30/87 | CASH | 30,854.59 |
| 09/30/87 | CASH | 206,722.02 |
| 12/27/87 | CASH | 30,832.50 |
| 12/31/87 | CASH | 142,159.20 |
| 03/31/88 | CASH | 221,467.29 |
| 06/30/88 | CASH | 90,586.11 |
| 09/30/88 | CASH | 144,169.90 |
| 12/29/88 | CASH | 26,977.50 |
| 01/08/89 | CASH | 74,083.36 |
| 03/31/89 | CASH | 113,091.13 |

TOTAL TO BENEFICIARY

--------------

1,964,455.43

SCHEDULE E
PAGE     4

SCHEDULE E (CONTINUED)

ANNA FREUD CENTRE -- SUCCESSOR
TO ESTATE OF MARIANNE KRIS --
BEQUEST UNDER CLAUSE SIXTH (B)
OF THE WILL
-------------------------------

| Date | | Amount | |
|---|---|---|---|
| 12/31/86 | CASH | $10,913.86 | |
| 03/31/87 | CASH | 30,228.44 | |
| 06/30/87 | CASH | 10,284.86 | |
| 09/30/87 | CASH | 68,907.35 | |
| 12/27/87 | CASH | 10,277.50 | |
| 12/31/87 | CASH | 47,386.41 | |
| 03/31/88 | CASH | 73,822.43 | |
| 06/30/88 | CASH | 30,195.37 | |
| 09/30/88 | CASH | 48,056.64 | |
| 12/29/88 | CASH | 8,992.50 | |
| 01/08/89 | CASH | 24,694.45 | |
| 03/31/89 | CASH | 37,697.01 | |
| | | ------------- | |
| | TOTAL TO BENEFICIARY | | 401,456.82 |


BERNICE MIRACLE, PERSONAL
REPRESENTATIVE OF
GLADYS BAKER
-------------------------

| Date | | Amount | |
|---|---|---|---|
| 01/25/84 | PURSUANT TO PARAGRAPH 17 OF SETTLEMENT AGREEMENT | $25,000.00 | |
| 07/17/84 | PURSUANT TO PARAGRAPH 16(A) OF SETTLEMENT AGREEMENT | 11,811.02 | |
| | | ------------- | |
| | TOTAL TO BENEFICIARY | | 36,811.02 |


SCHEDULE E
PAGE    5

MM-0000187

SCHEDULE E (CONTINUED)

**MALA POWERS, EXECUTRIX OF THE
ESTATE OF XENIA J. CHEKHOV**
--------------------------------

07/17/84   PURSUANT TO PARAGRAPH 16(B)
           OF SETTLEMENT AGREEMENT              $3,188.98
                                            ---------------

        TOTAL TO BENEFICIARY                                    3,188.98


TOTAL SCHEDULE E                                            ---------------
                                                           $2,699,191.17
                                                           ---------------
                                                           ---------------


SCHEDULE E
PAGE      6

### SCHEDULE E-1

**STATEMENT SHOWING MANNER IN WHICH MONEYS OF THE ESTATE
WERE FROM TIME TO TIME INVESTED AND ALL CHANGES IN THE INVESTMENTS**

|  |  |  | INVENTORY VALUE |
|---|---|---|---|
| **U.S. TREASURY BILL** **DUE 10/2/80** | | | |
| 09/23/80 | $50,000. | PURCHASED | $49,938.47 |
| 10/02/80 | 50,000. | REDEEMED – SEE SCH. B | 49,938.47- |
| **U.S. TREASURY BILL** **DUE 11/6/80** | | | |
| 10/02/80 | $40,000. | PURCHASED | $39,697.78 |
| 11/06/80 | 40,000. | REDEEMED – SEE SCH. B | 39,697.78- |
| **U.S. TREASURY BILL** **DUE 03/12/81** | | | |
| 01/06/81 | $10,000. | PURCHASED | $9,801.87 |
| 03/13/81 | 10,000. | REDEEMED – SEE SCH. B | 9,801.87- |
| **U.S. TREASURY BILL** **DUE 04/02/81** | | | |
| 02/26/81 | $50,000. | PURCHASED | $49,359.03 |
| 04/02/81 | 50,000. | REDEEMED – SEE SCH. B | 49,359.03- |
| **U.S. TREASURY BILL** **DUE 07/02/81** | | | |
| 04/08/81 | $75,000. | PURCHASED | $72,660.94 |

SCHEDULE E-1
PAGE    1

MM-0000189

SCHEDULE E-1 (CONTINUED)

```
U.S. TREASURY BILL
DUE 07/02/81 (CONTINUED)
--------------------
07/02/81      75,000.        REDEEMED - SEE SCH. B                72,660.94-
              -------------                                       -------------
              -------------                                       -------------


U.S. TREASURY BILL
DUE 09/03/81
--------------------
07/02/81     $75,000.        PURCHASED                           $73,220.31
09/03/81      75,000.        REDEEMED - SEE SCH. B                73,220.31-
              -------------                                       -------------
              -------------                                       -------------


U.S. TREASURY BILL
DUE 11/05/81
--------------------
09/03/81     $75,000.        PURCHASED                           $73,049.69
11/05/81      75,000.        REDEEMED - SEE SCH. B                73,049.69-
              -------------                                       -------------
              -------------                                       -------------


U.S. TREASURY BILL
DUE 12/10/81
--------------------
11/09/81     $90,000.        PURCHASED                           $89,141.50
12/10/81      90,000.        REDEEMED - SEE SCH. B                89,141.50-
              -------------                                       -------------
              -------------                                       -------------


U.S. TREASURY BILL
DUE 12/31/81
--------------------
12/15/81     $80,000.        PURCHASED                           $79,662.33
12/31/81      80,000.        REDEEMED - SEE SCH. B                79,662.33-
              -------------                                       -------------
              -------------                                       -------------


U.S. TREASURY BILL
DUE 09/02/82
--------------------
06/03/82    $100,000.        PURCHASED                           $97,113.00
```

SCHEDULE E-1
PAGE     2

MM-0000190

SCHEDULE E-1 (CONTINUED)

U.S. TREASURY BILL
DUE 09/02/82 (CONTINUED)
-----------------------
09/02/82        100,000.        REDEEMED - SEE SCH. B                97,113.00-
                                                                    -------------
                                                                    -------------

U.S. TREASURY BILL
DUE 12/02/82
-----------------------
09/01/82       $100,000.        PURCHASED                           $97,917.22
12/02/82        100,000.        REDEEMED - SEE SCH. B                97,917.22-
                                                                    -------------
                                                                    -------------

U.S. TREASURY BILL
DUE 1/20/83
-----------------------
12/20/82        $40,000.        PURCHASED                           $39,778.72
12/29/82         40,000.        REDEEMED - SEE SCH. B                39,778.72-
                                                                    -------------
                                                                    -------------

U.S. TREASURY BILL
DUE 1/26/83
-----------------------
12/02/82       $100,000.        PURCHASED                           $99,712.22
01/26/83        100,000.        REDEEMED - SEE SCH. B                99,712.22-
                                                                    -------------
                                                                    -------------

U.S. TREASURY BILL
DUE 2/24/83
-----------------------
01/28/83        $70,000.        PURCHASED                           $69,626.00
02/24/83         70,000.        REDEEMED - SEE SCH. B                69,626.00-
                                                                    -------------
                                                                    -------------

U.S. TREASURY BILLS
DUE 3/24/83
-----------------------
02/22/83        $35,000.        PURCHASED                           $34,804.79


SCHEDULE E-1
PAGE      3

MM-0000191

SCHEDULE E-1 (CONTINUED)

**U.S. TREASURY BILLS**
**DUE 3/24/83 (CONTINUED)**
--------------------------

| 12/22/83 | 35,000. | SOLD – SEE SCH. B | 34,804.79– |

**U.S. TREASURY BILLS**
**DUE 3/31/83**
------------------

| 02/28/83 | $70,000. | PURCHASED | $69,587.99 |
| 03/31/83 | 70,000. | REDEEMED – SEE SCH. B | 69,587.99– |

**U.S.TREASURY BILL**
**DUE 03/04/82**
------------------

| 01/04/82 | $40,000. | PURCHASED | $39,338.67 |
| 01/13/82 | 50,000. | PURCHASED | 49,288.33 |
| | $90,000. | ON HAND | $88,627.00 |
| 03/04/82 | 40,000. | REDEEMED – SEE SCH. B | 39,338.67– |
| | $50,000. | ON HAND | $49,288.33 |
| 03/04/82 | 50,000. | REDEEMED – SEE SCH. B | 49,288.33– |

**U.S.TREASURY BILL**
**DUE 06/03/82**
------------------

| 03/04/82 | $100,000. | PURCHASED | $96,878.00 |
| 06/03/82 | 100,000. | REDEEMED – SEE SCH. B | 96,878.00– |

**BIGHAM, ENGLAR & JONES**
--------------------------

| 07/20/84 | | RECD. – SEE SCH. A | $25,000.00 |
| 07/20/84 | | CASH RECEIVED | 25,000.00– |

SCHEDULE E-1
PAGE      4

MM-0000192

SCHEDULE E-1 (CONTINUED)

DOLLAR DRY DOCK
ACCOUNT #36110
----------------
07/01/80                      RECD. - SEE SCH. A                    $41,065.50
12/31/80                      REDEEMED - SEE SCH. B                  41,065.50-
                                                                   --------------
                                                                   --------------


DOLLAR DRY DOCK
ACCOUNT #36613-5
----------------
07/01/80                      RECD. - SEE SCH. A                    $47,127.54
12/31/80                      REDEEMED - SEE SCH. B                  47,127.54-
                                                                   --------------
                                                                   --------------


DOLLAR DRY DOCK
ACCOUNT #57302-9
----------------
07/01/80                      RECD. - SEE SCH. A                    $12,035.94
04/21/81                      REDEEMED - SEE SCH. B                   9,300.00-
                                                                   --------------
                              ON HAND                                $2,735.94
01/14/82                      REDEEMED - SEE SCH. B                   2,735.94-
                                                                   --------------
                                                                   --------------

SCHEDULE E-1
PAGE     5

MM-0000193

## EXHIBIT 1

## CHRONOLOGICAL LISTING OF
## ALL PURCHASES SHOWN ABOVE

|  |  | PURCHASE PRICE |
|---|---|---|
| **PURCHASES** | | |
| 09/23/80 | $50,000. U.S. TREASURY BILL DUE 10/2/80 | $49,938.47 |
| 10/02/80 | $40,000. U.S. TREASURY BILL DUE 11/6/80 | 39,697.78 |
| 01/06/81 | $10,000. U.S. TREASURY BILL DUE 03/12/81 | 9,801.87 |
| 02/26/81 | $50,000. U.S. TREASURY BILL DUE 04/02/81 | 49,359.03 |
| 04/08/81 | $75,000. U.S. TREASURY BILL DUE 07/02/81 | 72,660.94 |
| 07/02/81 | $75,000. U.S. TREASURY BILL DUE 09/03/81 | 73,220.31 |
| 09/03/81 | $75,000.. U.S. TREASURY BILL DUE 11/05/81 | 73,049.69 |
| 11/09/81 | $90,000. U.S. TREASURY BILL DUE 12/10/81 | 89,141.50 |
| 12/15/81 | $80,000. U.S. TREASURY BILL DUE 12/31/81 | 79,662.33 |

EXHIBIT 1
PAGE    1

MM-0000194

EXHIBIT 1 (CONTINUED)

| | | |
|---|---|---|
| 01/04/82 | $40,000.<br>U.S.TREASURY BILL<br>DUE 03/04/82 | 39,338.67 |
| 01/13/82 | $50,000.<br>U.S.TREASURY BILL<br>DUE 03/04/82 | 49,288.33 |
| 03/04/82 | $100,000.<br>U.S.TREASURY BILL<br>DUE 06/03/82 | 96,878.00 |
| 06/03/82 | $100,000.<br>U.S. TREASURY BILL<br>DUE 09/02/82 | 97,113.00 |
| 09/01/82 | $100,000.<br>U.S. TREASURY BILL<br>DUE 12/02/82 | 97,917.22 |
| 12/02/82 | $100,000.<br>U.S. TREASURY BILL<br>DUE 1/26/83 | 99,712.22 |
| 12/20/82 | $40,000.<br>U.S. TREASURY BILL<br>DUE 1/20/83 | 39,778.72 |
| 01/28/83 | $70,000.<br>U.S. TREASURY BILL<br>DUE 2/24/83 | 69,626.00 |
| 02/22/83 | $35,000.<br>U.S. TREASURY BILLS<br>DUE 3/24/83 | 34,804.79 |
| 02/28/83 | $70,000.<br>U.S. TREASURY BILLS<br>DUE 3/31/83 | 69,587.99    $1,230,576.86 |

TOTAL EXHIBIT 1                                    $1,230,576.86

EXHIBIT 1
PAGE     2

MM-0000195

## SCHEDULE F

**STATEMENT SHOWING ALL PROPERTY OF THE ESTATE REMAINING ON HAND THE LAST DAY OF THIS ACCOUNT**

|  |  | INVENTORY VALUE | MARKET VALUE AS OF 04/29/89 |
|---|---|---|---|
| 04/29/89 | MISCELLANEOUS ROYALTY INTERESTS | $0.00 | UNDETERMINED |
| 04/29/89 | CASH | 33,904.18 | 33,904.18 |
| TOTAL SCHEDULE F |  | $33,904.18 | IN EXCESS OF $33,904.18 |

SCHEDULE F

MM-0000196

SCHEDULE G

STATEMENT OF INTERESTED PARTIES

| Name and Address | Relationship | Interest |
|---|---|---|
| Anna Strasberg<br>135 Central Park West<br>New York, NY 10023 | None | Administrator, c.t.a. of the estate of Marilyn Monroe; Executor of the estate of Lee Strasberg, beneficiary of 75% of Decedent's residuary estate |
| The Anna Freud Center for the Psychoanalytic Study and Treatment of Children<br>20 Maresfield Gardens<br>Hampstead, London<br>N.W. 3 SH England | None | Appointee of 25% of Decedent's residuary estate in accordance with the Will of Dr. Marianne Kris |
| Anton O. Kris, M.D.<br>37 Philbrick Road<br>Brookline, Mass. 02146 | None | Executor of the estate of Marianne Kris, deceased 25% residuary beneficiary of Decedent's estate |
| Anna K. Wolff, M.D.<br>10 Channing Street<br>Cambridge, Mass. 02138 | None | Executor of the estate of Marianne Kris, deceased 25% residuary beneficiary of Decedent's estate |

SCHEDULE G (CONTINUED)

The Attorney General          None                    On behalf of
  of the State of                                     The Anna Freud
  New York                                            Center for the
120 Broadway                                          Psychoanalytic
New York, N.Y.                                        Study and
                                                      Treatment of
                                                      Children

  The records of this court have been searched for powers

of attorney, assignments, exercises of powers of appointment and

encumbrances made and executed by any of the persons interested

in or entitled to a share of the estate.  The only such power of

attorney, assignment, exercise of a power of appointment or

encumbrance having been disclosed by such search is the

appointment by Dr. Marianne Kris in her Will dated June 8, 1976

of her 25% interest in Decedent's residuary estate to Hampstead

Child-Therapy Clinic of London, England, now known as The Anna

Freud Center for the Psychoanalytic Study and Treatment of

Children.  The accounting parties have no knowledge of the

execution of any other such power of attorney or assignment or

exercise of a power of appointment not so filed and recorded.

  May Reis, a beneficiary of the lesser of Forty Thousand

($40,000) Dollars or Twenty-Five (25%) Percent of Decedent's

residuary estate, died on October 20, 1987.  Attorneys for the

petitioner have searched the Court records and have found no

appointment of an Executor or Administrator of her estate.

SCHEDULE G (CONTINUED)

The records indicate that May Reis received Forty Thousand ($40,000) Dollars from Decedent's estate. The petitioner's attorneys will endeavor to establish proof to that effect. Therefore, neither May Reis nor a representative of her estate is named as an interested party at this time.

As noted in the accompanying petition of Marjorie M. Frosch, Aaron R. Frosch filed an account of his proceedings as Executor of Decedent's estate for the period from August 5, 1962 to June 30, 1980. Several parties to that accounting interposed objections to the accounting. The parties eventually resolved all disputes as to the accounting pursuant to a 1984 Settlement Agreement, a copy of which is attached to Marjorie M. Frosch's petition as Exhibit B. In accordance with the terms of the 1984 Agreement, Aaron R. Frosch was directed to make certain payments from non-estate assets to the following persons or entities who are not listed above: the law firm of Dornbush, Mensch and Mandelstam; Irving P. Seidman, Esq.; Bernice Miracle, Personal Representative of Gladys Baker; Lawrence X. Cusack, Esq., guardian ad litem; and Marla Powers, Executor of the Estate of Xenina J. Cherhov. As reflected in Schedule J of this accounting, Aaron R. Frosch made all of the payments required under the Agreement. Hence, your petitioner has not named such persons as parties to this accounting proceeding.

SCHEDULE I

STATEMENT SHOWING COMPUTATION OF COMMISSIONS

Marjorie M. Frosch, Executor of the estate of
Aaron R. Frosch, will not seek to recover commissions for the
services of Aaron R. Frosch, as Executor of the estate of Marilyn
Monroe.  Notwithstanding the foregoing, if the estate of the
deceased Executor is surcharged for any matter or thing in
connection with Aaron R. Frosch's transactions as Executor of the
estate of Marilyn Monroe, or if Marjorie M. Frosch, as Executor
of the estate of Aaron R. Frosch, or her successor, settles any
claim therefor, or if the legal fees payable to the attorneys for
the estate of Aaron R. Frosch in connection with this accounting
are not approved in full by the Court, Marjorie M. Frosch, as
Executor of the estate of Aaron R. Frosch, will assert a claim
for commissions for Aaron R. Frosch's services as such fiduciary,
to the extent of such surcharge or amount paid in settlement
thereof or the amount of legal fees denied and any expenses
personally paid by her in connection with the defense or
settlement of any such claim or surcharge or denial of legal
fees.

MM-0000200

SCHEDULE J

STATEMENT OF PERTINENT FACTS

PAYMENTS MADE OUTSIDE OF ESTATE ASSETS
IN ACCORDANCE WITH
SETTLEMENT AGREEMENT DATED JULY 19, 1984

DR. ANTON KRIS AND DR. ANNA WOLFF,
CO-EXECUTORS OF THE ESTATE OF DR.
MARIANNE KRIS
------------------------------------

| | | |
|---|---|---|
| 1/19/84 | PURSUANT TO PARAGRAPHS 1 AND 3 OF SETTLEMENT AGREEMENT | $ 86,000.00 |
| | INTEREST | $  2,291.14 |
| | TOTAL TO BENEFICIARY | $ 88,291.14 |

DORNBUSH, MENSCH AND MANDELSTAM
------------------------------------

| | | |
|---|---|---|
| 7/19/84 | PURSUANT TO PARAGRAPH 2 OF SETTLEMENT AGREEMENT | $ 58,000.00 |
| | INTEREST | $  1,544.53 |
| | TOTAL TO BENEFICIARY | $ 59,544.53 |

ANNA STRASBERG, EXECUTRIX OF THE
ESTATE OF LEE STRASBERG
------------------------------------

| | | |
|---|---|---|
| 7/19/84 | PURSUANT TO PARAGRAPHS 5 AND 7 OF SETTLEMENT AGREEMENT | $117,750.00 |
| | INTEREST | $  3,137.36 |
| | TOTAL TO BENEFICIARY | $120,887.36 |

MM-0000201

IRVING P. SEIDMAN, ESQ.
------------------------------------

| 7/19/84 | PURSUANT TO PARAGRAPH 6 OF SETTLEMENT AGREEMENT | $ 15,000.00 |
|---|---|---|
| | INTEREST | $    399.66 |
| | | ------------ |
| | TOTAL TO BENEFICIARY | $ 15,399.66 |

BERNICE MIRACLE, PERSONAL
REPRESENTATIVE OF
GLADYS BAKER
------------------------------------

| 7/19/84 | PURSUANT TO PARAGRAPHS 18 AND 20 OF THE SETTLEMENT AGREEMENT | $ 50,155.12 |
|---|---|---|
| | INTEREST | $  1,334.23 |
| | | ------------ |
| | TOTAL TO BENEFICIARY | $ 51,489.35 |

LAWRENCE X. CUSACK, ESQ.
GUARDIAN AD LITEM
------------------------------------

| 7/19/84 | PURSUANT TO PARAGRAPH 24 OF SETTLEMENT AGREEMENT | $  5,600.00 |
|---|---|---|
| | INTEREST | $    148.92 |
| | | ------------ |
| | TOTAL TO BENEFICIARY | $  5,748.92 |

MARLA POWERS, EXECUTRIX OF THE
ESTATE OF XENINA J. CHEKHOV
------------------------------------

| | PURSUANT TO PARAGRAPH 22 OF SETTLEMENT AGREEMENT | $ 27,000.00 |
|---|---|---|
| | INTEREST | $   540.33 |
| | | ------------ |
| | TOTAL TO BENEFICIARY | $ 27,540.33 |

-2-

MM-0000202

AARON R. FROSCH
------------------------------------

| 7/19/84 | INTEREST PURSUANT TO PARAGRAPH 17 OF SETTLEMENT AGREEMENT | $ | 666.12 |
|---------|-------|---|--------|
| | TOTAL TO BENEFICIARY | $ | 666.12 |

-3-

MM-0000203

RECAPITULATION
--------------

PROOF OF SECURITIES
-------------------

| | | |
|---|---:|---:|
| INVENTORY VALUE OF SECURITIES – SCHEDULE A | $125,228.98 | |
| INVENTORY VALUE OF SECURITIES – SCHEDULE A-2 | 0.00 | |
| COST OF SECURITIES PURCHASED | 1,230,576.86 | |
| INVENTORY VALUE OF SECURITIES EXCHANGED | 0.00 | |
| | $1,355,805.84 | |
| GROSS INCREASES FROM SCHEDULE A-1 | 0.00 | |
| TOTAL SECURITY CHARGES | | $1,355,805.84 |
| PROCEEDS FROM SALES, ETC. | $1,355,805.84 | |
| INVENTORY VALUE OF SECURITIES EXCHANGED | 0.00 | |
| MARKET VALUE OF SECURITIES DISTRIBUTED | 0.00 | |
| | $1,355,805.84 | |
| GROSS DECREASES FROM SCHEDULE B | 0.00 | |
| TOTAL SECURITY CREDITS | | 1,355,805.84 |
| INVENTORY VALUE OF SECURITIES ON HAND 04/29/89 | | $0.00 |

RECAPITULATION
PAGE    1

MM-0000204

RECAPITULATION (CONTINUED)
--------------------------

PROOF OF CASH
-------------

| | | |
|---|--:|--:|
| CASH FROM SCHEDULE A | $1,000.27 | |
| CASH FROM SCHEDULE A-2 | 4,146,054.99 | |
| PROCEEDS FROM SALES, ETC. | 1,355,805.84 | |
| TOTAL CASH CHARGES | | $5,502,861.10 |
| | | |
| COST OF SECURITIES PURCHASED | $1,230,576.86 | |
| FUNERAL AND ADMINISTRATION EXPENSES FROM SCHEDULE C | 1,539,188.89 | |
| CREDITORS' CLAIMS PAID FROM SCHEDULE D | 0.00 | |
| DISTRIBUTIONS FROM SCHEDULE E | 2,699,191.17 | |
| TOTAL CASH CREDITS | | 5,468,956.92 |
| | | |
| CASH HELD 04/29/89 | | $33,904.18 |

RECAPITULATION
PAGE    2

MM-0000205