# Exhibit B

4/2/89 AF died
7/20/89 AS appointed

At Chambers of Surrogate's Court held in and for the County of New York, at the Surrogate's Office in said County, on the 20th day of July, 1989

Present:

    HONORABLE MARIE M. LAMBERT

        SURROGATE

---

In the Matter of the Application of

ANNA STRASBERG, Executrix of the Estate of Lee Strasberg, to be Appointed Administratrix, c.t.a., of the Estate of MARILYN MONROE,

            Deceased.

In the Matter of the Application of

THE ANNA FREUD CENTRE to Appoint a Successor Fiduciary of the Estate of MARILYN MONROE,

            Deceased.

P2781/1962

Decree Granting
Letters of Administration
with the Will Annexed

---

UPON reading and filing the petition verified the 13th day of March, 1989 and the amended petition verified the 28th day of June, 1989 of THE ANNA FREUD CENTRE to appoint a successor fiduciary of the Estate of MARILYN MONROE, Deceased, and all of the papers and exhibits submitted therewith, and upon the Cross-Petition of ANNA STRASBERG verified the 6th day of July, 1989, Executrix of the Estate of Lee Strasberg, to be appointed Administratrix, c.t.a. of

the Estate of MARILYN MONROE, Deceased, and all of the papers and exhibits submitted therewith, and petitioner THE ANNA FREUD CENTRE having appeared by their attorneys, Kaplan, Russin, Vecchi & Kirkwood, the Cross-Petitioner, Anna Strasberg, having appeared by her attorneys Irving P. Seidman, P.C., the Estate of Aaron Frosch having appeared by its attorneys Stroock & Stroock & Lavan, and the Attorney General of the State of New York having appeared by Laura Werner, Esq., and the matter having duly come on to be heard before this Court on the 17th day of July, 1989, and due deliberation having been had thereon, it is hereby

ORDERED AND DECREED that the petition and amended petition of THE ANNA FREUD CENTRE to appoint a successor fiduciary of the Estate of MARILYN MONROE be, and the same is hereby, denied in its entirety, and

IT IS FURTHER ORDERED AND DECREED that the Cross-Petition of ANNA STRASBERG to be appointed Administratrix, c.t.a. of the Estate of MARILYN MONROE be, and the same is hereby, granted, and

IT IS FURTHER ORDERED AND DECREED that letters of administration with the will annexed on the Estate of MARILYN MONROE be issued to ANNA STRASBERG upon her qualifying as prescribed by law and executing to the People of the State of New York a bond in the usual form, with sufficient surety or sureties in the amount of Two Hundred and Fifty Thousand Dollars ($250,000.00), and that Letters Testamentary heretofore issued to Aaron R Frosch, now deceased, be revoked.

E-N-T-E-R

Hon. Marie M. Lambert
Surrogate

Bond filed & approved
July 27, 1989
Catherine _____
_____

Surrogate