# Exhibit E

Case 1:05-cv-03939-CM    Document 78-7    Filed 12/22/2006    Page 1 of 5

EP - 3141

|   |   |
|---|---|
| | At the Chambers of the Surrogate's Court held in and for the County of New York, at 31 Chambers Street, New York, New York, on the 19th day of June, 2001 |

P R E S E N T :

HONORABLE ~~MARIE M. LAMBERT~~
EVE PREMINGER
Surrogate.

In the Matter of the Judicial Settlement of the Account of the Proceedings of ANNA STRASBERG, Administratrix C.T.A. of the Estate of

MARILYN MONROE,

Deceased.

File No. P 2781/1962

DECREE ON A VOLUNTARY FINAL ACCOUNTING AND RELATED MATTERS

Anna Strasberg, as Administratrix C.T.A. of the Estate of Marilyn Monroe ("Petitioner"), having filed a final account of the Petitioner's proceedings covering the period from July 20, 1989, the date on which Letters of Administration C.T.A. were issued to Petitioner, through October 3, 2000, and Anna Strasberg having presented a petition ("Petition") duly verified the 18th day of October, 2000, praying (i) for the judicial settlement of the account; and (ii) for authority to execute the Limited Liability Company Agreement attached as Exhibit 4 to the Petition, the Supplement thereto attached as Exhibit 5 to the Petition, the Assignment attached as Exhibit 6 to the Petition, the Certificate of Formation attached as Exhibit 7 to the Petition, and any and all other documents necessary to establish the limited liability company and register and/or qualify it in other jurisdictions; and (iii) for authority to take all other necessary steps to establish and operate the limited liability company, including registering and qualifying the limited liability company in one or more other jurisdictions; and (iv) for authority to use estate assets for the purposes of establishing the limited liability company and registering and qualifying it in one or more other jurisdictions; and (v) for authority to transfer all assets of the estate to the limited liability company and distribute membership interests in the limited liability company pro rata to the residuary beneficiaries as

Gibson, Dunn &
Crutcher LLP

follows: 75% to Anna Strasberg, as Executor of the Estate of Lee Strasberg, and 25% to the Anna Freud Centre; and (vi) for these estate proceedings to be closed;

AND there having been filed herein the Consents to Execution of Limited Liability Company Agreement and Related Matters of Anna Strasberg, as Executor of the Estate of Lee Strasberg, and the Anna Freud Centre;

AND a Citation having been issued on the 29th day of January, 2001, pursuant to statute directed to all interested parties in the proceeding, directing them and each of them to show cause before this Court on the 9th day of March, 2001, at 9:30 a.m. of that day, why such relief should not be granted;

AND said Citation having been duly served, on January 29, 2001, upon the following: Anton O. Kris and Anna Kris Wolff, pursuant to the Authorization of The Anna Freud Center, the Authorization of Anton O. Kris and the Authorization of Anna Kriss Wolff; Continental Insurance Company; and upon the Attorney General of the State of New York;

AND proof of service on all such parties having been filed with this Court;

AND the Attorney General of the State of New York having appeared by filing a Notice of Appearance on March 7, 2001;

AND this Court having examined the final account now finds the state and condition of the account to be stated and set forth in the following Summary Statement thereof made by this Court as judicially settled and allowed by it to be recorded and taken as part of this Order and Decree;

## SUMMARY STATEMENT

The following is a Summary Statement of the final account of the Petitioner's proceedings covering the period from July 20, 1989 through October 3, 2000:

CHARGES:

| | | |
|---|---|---|
| Amount shown by Schedule "A" (Principal received) | $ | 34,373.66 |
| Amount shown by Schedule "A-1" (Realized increases on principal) | | 0.00 |

Gibson, Dunn & Crutcher LLP

|  |  |  |
|---|---|---|
| Amount shown on Schedule "A-2" (Income collected) |  | 15,956,520.01 |
| TOTAL CHARGES: |  | $15,990,893.67 |

CREDITS::

|  |  |  |
|---|---|---|
| Amount shown on Schedule "B" (Realized decreases on principal) | $ | 0.00 |
| Amount shown on Schedule "C" (Funeral and administration expenses) |  | 636,180.06 |
| Amount shown on Schedule "D" (Creditors' claim actually paid) |  | 0.00 |
| Amount shown on Schedule "E" (Distributions to legatees, distributees, etc.) |  | 15,353,243.17 |
| TOTAL CREDITS: |  | $15,989,423.23 |
| Balance on hand shown by Schedule "F" |  | $1,470.44 |

AND it appearing that Petitioner having fully accounted for all monies and property of said estate which have come into the hands of the Petitioner and the Summary Statement of the same having been shown above, it is hereby

ORDERED, ADJUDGED AND DECREED that the Account of Anna Strasberg, Aministratrix C.T.A. of the Estate of Marilyn Monroe, covering the period from July 20, 1989 to and including October 3, 2000 be and it is hereby judicially settled and allowed as filed; and it is further

ORDERED, ADJUDGED AND DECREED that the Petitioner is authorized to execute the Limited Liability Company Agreement attached as Exhibit 4 to the Petition, the Supplement thereto attached as Exhibit 5 to the Petition, the Assignment attached as Exhibit 6 to the Petition, the Certificate of Formation attached as Exhibit 7 to the Petition, and any and all other documents necessary to establish the limited liability company and register and/or qualify it in other jurisdictions, as the Petitioner deems appropriate; and it is further

Gibson, Dunn & Crutcher LLP

3

1   ORDERED, ADJUDGED AND DECREED that the Petitioner is authorized to take all other
2   necessary steps to establish and operate the limited liability company, including registering and
3   qualifying the limited liability company in one or more other jurisdictions, as the Petitioner deems
4   appropriate; and it is further
5   ORDERED, ADJUDGED AND DECREED that the Petitioner is authorized to use estate
6   assets for the purposes of establishing the limited liability company and registering and qualifying it
7   in one or more other jurisdictions, as the Petitioner deems appropriate; and it is further
8   ORDERED, ADJUDGED AND DECREED that the Petitioner is authorized to transfer all
9   assets of the estate to the limited liability company and distribute membership interests in the limited
10  liability company pro rata to the residuary beneficiaries as follows: 75% to Anna Strasberg, as
11  Executor of the Estate of Lee Strasberg, and 25% to the Anna Freud Centre; and it is further
12  ORDERED, ADJUDGED AND DECREED that ~~proceedings in the Estate of Marilyn Monroe are closed~~ UPON COMPLYING WITH THE DIRECTIONS OF THIS DECREE THAT THE PETITIONER HEREBY SHALL BE DISCHARGED AS TO ALL MATTERS AND THINGS CONTAINED IN THIS ACCOUNTING AND DECREE.

_____
SURROGATE

20118337_1.DOC