UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- )
SHAW FAMILY ARCHIVES, LTD., EDITH :
MARCUS and META STEVENS,         :    05 CV 3939 (CM)
                                 :
           Plaintiffs,            :    Honorable Colleen McMahon
       v.                         :
                                 :
CMG WORLDWIDE, INC., an Indiana Corporation :
and MARILYN MONROE, LLC, a Delaware Limited :
Liability Company,                :
                                 :
           Defendants.            :
                                 :
------------------------------- )

## CERTIFICATE OF SERVICE

I, Michelle M. Craven, hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 22nd day of December, 2006, I caused to be served by electronic notification a true and correct copy of Marilyn Monroe, LLC's Reply in Support of Motion for Summary Judgment on Count II Against Shaw Family Archives, Ltd. and Opposition to Consolidated Defendants' Motion for Summary Judgment, Response to Consolidated Defendants' Rule 56.1 Statement, Declaration of Mark Roesler, Declaration of Anna Strasberg, and Declaration of Michelle M. Craven upon:

   Brian Greben, Esq.
   Marcus & Greben
   1650 Broadway, Suite 707
   New York, New York 10019

   Jonathan Polak
   Sommer, Barnard PC
   One Indiana Square, Suite 3500
   Indianapolis, IN 46204

Dated:      New York, New York
            December 22, 2006

                                    /s/ Michelle M. Craven
                                    Michelle M. Craven