Jonathan G. Polak (#21954-49)
Tracy N. Betz (#24800-53)
SOMMER BARNARD PC
One Indiana Square
Suite 3500
Indianapolis, Indiana  46204
Telephone:  (317) 713-3500
Facsimile:  (317) 713-3699

COUNSEL FOR CMG WORLDWIDE, INC.
AND MARILYN MONROE, LLC

**ADMITTED PRO HAC VICE**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X<br>SHAW FAMILY ARCHIVES, LTD.,<br>BRADFORD LICENSING, INC., JAMES E.<br>DOUGHERTY, and VALHALLA<br>PRODUCTIONS, LLC.<br><br>    Plaintiffs/Consolidated Defendants,<br><br>    v.<br><br>CMG WORLDWIDE, INC. and MARILYN<br>MONROE, LLC,<br><br>    Defendants/Consolidated Plaintiffs.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X | 05 CV 3939 (CM)<br><br>Honorable Colleen McMahon |

**CMG WORLDWIDE, INC.'S JOINDER IN MARILYN MONROE, LLC.'S REPLY MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON COUNT II AGAINST SHAW FAMILY ARCHIVES, LTD. AND MEMORANDUM IN OPPOSITION TO CONSOLIDATED DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

CMG WORLDWIDE, INC., by counsel, joins in the Reply Memorandum made by Marilyn Monroe, LLC in Support of Motion for Summary Judgment on Count II against Shaw

Family Archives, Ltd. and Memorandum in Opposition to Consolidated Defendants' Motion for Summary Judgment on December 22, 2006.

Respectfully submitted,

/s/ Jonathan G. Polak
Jonathan G. Polak, Atty. No. 21954-49
Tracy N. Betz, Atty. No. 24800-53
SOMMER BARNARD PC
One Indiana Square, Suite 3500
Indianapolis, Indiana  46204
Telephone:  (317) 713-3500
Facsimile:  (317) 713-3699

Attorneys for Defendants Marilyn Monroe, LLC
and CMG Worldwide, Inc.

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 26th day of December, 2006, I caused a true and correct copy of the Joinder in Marilyn Monroe, LLC.'s Reply Memorandum in Support of Motion for Summary Judgment on Count II Against Shaw Family Archives, Ltd. and Memorandum in Opposition to Consolidated Defendants' Motion for Summary Judgment, to be served by first class regular mail, on the following counsel:

    Orin Snyder
    Michelle Craven
    Gibson Dunn & Crutcher LLP
    200 Park Avenue
    47th Floor
    New York, New York 10166-0193
    Telephone: (212) 351-2400
    Facsimile: (212) 351-6335

    Brian L. Greben
    Marcus & Greben
    1650 Broadway
    Suite 707
    New York, New York 10019
    Telephone: (646) 536-7602
    Facsimile: (516) 829-0008

Dated:    Indianapolis, Indiana
            December 26, 2006

                                        /s/ Jonathan G. Polak
                                        Jonathan G. Polak
                                        Tracy N. Betz
                                        *Admitted Pro Hac Vice*
                                        Sommer Barnard PC
                                        One Indiana Square
                                        Suite 3500
                                        Indianapolis, Indiana 46204
                                        Telephone: (317) 713-3500
                                        Facsimile: (317) 713-3699

440400