

**MARCUS & GREBEN**
ATTORNEYS AT LAW

David M. Marcus
Email: david@marcusandgreben.com
Partner

1650 Broadway, Suite 707
New York, New York 10019

Tel: 646.536.7602
917.686-9465
Fax: 516.829.0008



December 27, 2006

**VIA FACSIMILE**
(914) 390-4152

Hon. Colleen McMahon
United States District Judge
United States Courthouse
300 Quarropas Street, Room 533
White Plains, NY 10601

    Re: *Shaw Family Archives, Ltd., et al. v. CMG Worldwide, Inc., Et al.*
          Docket No.: 05 CV ~~2929~~ 3939 (CM)

Dear Judge McMahon:

    As are aware, this firm represents Bradford Licensing, Inc. ("Bradford") and Shaw Family Archives, Ltd. ("SFA") in the above matter.

    After our clients filed their Cross-Motions for Summary Judgment, Orin Snyder, Esq., of Gibson, Dunne & Crutcher contacted me and requested my consent for additional time to file opposition to said motion and to file a reply to his client's motion. Further, he requested my consent for his papers to be combined for a total of 35 pages. Mr. Snyder further advised that since my client's Reply would be due in the midst of the holiday season, he would have no issue with my clients' filing date being likewise extended. This Court granted Mr. Snyder's request and his client's submission/service date was extended to December 22, 2006.

    SFA and Bradford respectfully request that their time to file and serve their Reply be extended to January 15, 2006, or another date deemed by this Court to provide sufficient time to draft, serve and file their Reply. An extension is requested due to the fact SFA and Bradford's Reply is due during the holiday season (and our time to read MMLLC's documents and to draft a reply fell on Christmas and will fall on New Years), the complex nature of these motions and the length of MMLLC's opposition documents.

Hon. Judge Colleen McMahon
December 27, 2006
-2-

(Marilyn Monroe LLC's opposition is 35 pages in length, relies on at least 71 cases and contains supporting declarations and exhibits consisting of hundreds of pages). Additionally, due to the scope and complexity of the issues herein, my clients respectfully further request permission that said Reply be 25 pages in length.

Thank you for your consideration.

Very truly yours,

David M. Marcus

cc: Orin Snyder, Esq. (via facsimile at (212) 351-6355)
Jonathan Garland Polak (via facsimile at (317) 713-3699)