# MARCUS & GREBEN
## ATTORNEYS AT LAW

David M. Marcus
Email: david@marcusandgreben.com
Partner



1650 Broadway, Suite 707
New York, New York 10019

Tel: 646.536.7602
    917.686.9465
Fax: 516.829.0008

January 12, 2007

**VIA FACSIMILE ONLY**
(914) 390-4152

Hon. Colleen McMahon
United States District Judge
United States Courthouse
300 Quarropas Street, Room 533
White Plains, NY 10601

Re:  *Shaw Family Archives, Ltd., et al. v. CMG Worldwide, Inc., Et al.*
      Docket No.: 05 CV ~~2929~~ 3939 (CM)

Dear Judge McMahon:

As you may recall, this office represents Shaw Family Archives, Ltd. ("SFA") and Bradford Licensing, Inc. ("Bradford") in the above matter. Your honor recently granted our request to extend the time for SFA and Bradford to serve and file their Reply Affirmation to their Cross-Motion for Summary Judgment to Monday, January 15, 2007. As that date is a Federal holiday, we are unsure if the Reply must be filed by ECF on January 15, 2007, or if it may be filed on January 16, 2007, the first business day of the week. Please advise so that we file correctly.

Very truly yours,

David M. Marcus

cc:  Orin Snyder, Esq. (via facsimile at (212) 351-6355)
     Jonathan Garland Pollack, Esq. (via facsimile at (317) 713-3699)