**EXHIBIT B**

ment 87-3

**CMG WORLDWIDE**
*Representing the World's Greatest Legends*

May 2, 2006

Mr. Glen A. Bodzy
General Counsel
URBAN OUTFITTERS, INC.
1809 Walnut Street
Philadelphia, Pennsylvania 19103

Re: *Unauthorized Use of Marilyn Monroe, James Dean and Jean Harlow*

Dear Mr. Bodzy:

CMG Worldwide, Inc. ("CMG") is the exclusive, worldwide agent for Marilyn Monroe, LLC, James Dean, Inc. and The Estate of Jean Harlow, proprietors of certain trademark rights, the rights of association and sponsorship, and rights of publicity in and to the Marilyn Monroe, James Dean and Jean Harlow names, images, and likenesses. As such, CMG pursues and prosecutes all claims and causes of action arising out of, or relating to, the unauthorized use of the names, images, and likenesses of Marilyn Monroe, James Dean and Jean Harlow.

Enclosed is evidence Urban Outfitters is selling unlicensed Marilyn Monroe and James Dean t-shirts. We also have information that Urban Outfitters is selling unlicensed Jean Harlow t-shirts. Be advised that such unauthorized use is in contravention to the aforementioned rights and will not be tolerated.

This letter therefore represents a formal demand that Urban Outfitters immediately cease and desist any and all unauthorized use of Marilyn Monroe, James Dean and Jean Harlow. Be advised that a fee will be required to absolve your company for the unauthorized use of our clients that has already occurred.

We are willing to resolve this situation in an amicable fashion. To that end, we will expect your acknowledgment and response within *five* days upon your receipt of this letter confirming your willingness to cease and desist all use of our clients in association with your business. In addition, we require that you provide a detailed accounting of the total sales of all infringing merchandise.

Should you fail to comply with our request, be advised that CMG is prepared to utilize all legal avenues available to ensure that our clients are disassociated from your company and are fairly compensated for any and all past use.

Nothing contained herein or omitted herefrom constitutes a waiver of any of the rights or remedies at law or in equity of Marilyn Monroe, LLC, James Dean, Inc., The Estate of Jean Harlow or CMG Worldwide, Inc., all of which are hereby expressly reserved.

Cordially,

Cott J. Edwards, Esq., Legal Counsel

cc:  Marilyn Monroe, LLC
     James Dean, Inc.
     The Estate of Jean Harlow

Los Angeles — 8162 Sunset Blvd., 15th Floor Penthouse, West Hollywood, California 90069 USA, Phone 310.881.2000 Fax 317.578.2008

Corporate Headquarters — 10500 Crosspoint Boulevard, Indianapolis, Indiana 46256 USA, Phone 317.570.5000 Fax 317.570.5001
www.CMGWorldwide.com

Rio de Janeiro — Praia do Botafogo, 228 – Sala 1111, Rio de Janeiro, 22250-000 Brasil, Phone +55 (21) 2554-8967 Fax +55 (21) 2551-7340

Respectfully,

Tricia Shepherdson
Business & Legal Affairs
CMG Worldwide, Inc.

**VIA FACSIMILE**
**CONFIRMATION FIRST CLASS MAIL**

January 5, 2006

ELENA ALAMAR
CREACIONES JUGAVI, S.L.
Doctor Honorio Pallas, 16
Benijanim, Valencia 46830
SPAIN
Facsimile: 96-292-0022

Re:  *Unauthorized Use of Marilyn Monroe*

Dear Sir or Madam:

CMG Worldwide, Inc., ("CMG"), is the exclusive, worldwide agent for Marilyn Monroe, LLC, proprietor of certain trademark rights, the right of association and sponsorship and right of publicity in and to the Marilyn Monroe name, image, and likeness. As such, CMG pursues and prosecutes all claims and causes of action arising out of, or relating to, the unauthorized use of the name, image and likeness of Marilyn Monroe.

It has come to our attention that Creaciones Jugavi is using Marilyn Monroe in conjunction with its business. Be advised that such unauthorized use is in contravention to the aforementioned rights and will not be tolerated.

This letter therefore represents a formal demand that Creaciones Jugavi immediately cease and desist any and all unauthorized use of Marilyn Monroe. Be advised that a fee will be required to absolve you for the unauthorized use of our client that has already occurred.

We will expect your acknowledgement and response within five days of your receipt of this letter, confirming your willingness to cease and desist all use of Marilyn Monroe in association with your business. In addition, we request that you provide an accounting of all mediums that have featured the attached advertisement or similar advertisements.

Please contact Raquel Khoury in our Rio De Janiero office in regard to this matter. She may be reached at (55) 21 2554 – 8960 or by email at Raquel@cmgworldwide.com.

Should you fail to comply with our request, be advised that CMG is prepared to utilize all legal avenues available to ensure that our client is disassociated from your company and that she is fairly compensated for any and all past use.

1/17/2006



**CMG WORLDWIDE**
*Representing the World's Greatest Legends*

*Via First Class Mail, Email and Facsimile*

October 3, 2005

Mitch Dowd Design
815 Warrigal Road
Ashwood, Victoria
Australia, 3147
Facsimile: +61 3 9569 8800
Email: mdmain@mitchdowd.com.au

**Re: Unauthorized use of Marilyn Monroe**

Dear Sir or Madam:

CMG Worldwide, Inc. ("CMG") is the exclusive worldwide agent for Marilyn Monroe, LLC, proprietor of certain trademark rights, rights of association and sponsorship, and rights of publicity in and to the Marilyn Monroe image, likeness and name. As such, CMG pursues and prosecutes all claims and causes of action arising out of, or relating to, the unauthorized use of the name, image and likeness of Marilyn Monroe.

It has come to our attention that Mitch Dowd Design is using Marilyn Monroe's name and image in connection with its business. Be advised that such unauthorized use is in contravention to the aforementioned rights and will not be tolerated.

This letter therefore represents a formal demand that Mitch Dowd Design immediately cease and desist any and all unauthorized use of Marilyn Monroe. Be advised that a fee will be required to absolve your business for the unauthorized use of our client that has already occurred.

We would prefer to resolve this situation in an amicable fashion. To that end, we will expect your acknowledgement and response within *five days* upon your receipt of this letter confirming your willingness to cease and desist all use of Marilyn Monroe. In addition, we request that you provide an accounting of all sales of items featuring Marilyn Monroe.

Should you fail to comply with our request, be advised that CMG is prepared to utilize all legal avenues available to ensure that our client is disassociated from your company and is fairly compensated for any and all past use.

Los Angeles
9350 Wilshire Blvd 1st Floor Penthouse
West Hollywood, California 90212 USA
Phone 310 659 9986  Fax 317 570 5500

Corporate Headquarters
10500 Crosspoint Boulevard
Indianapolis, Indiana 46256 USA
Phone 317.570.5000  Fax 317.570.5500
www.CMGWorldwide.com

Rio de Janeiro
Praca de Botafogo 228  Sala 1111
Rio de Janeiro 22253 Val Brazil
Phone +55 (21) 2552-8900  Fax +55 (21) 2552-7795

Friday, September 30, 2005.max

Nothing contained herein or omitted herefrom constitutes a waiver of any of the rights or remedies at law or in equity of Marilyn Monroe LLC or CMG Worldwide, Inc., all of which are hereby expressly reserved.

Respectfully,

*Shana M. Collier*

Shana M. Collier
Business and Legal Affairs

cc: Mark Roesler, Esq., Chairman & CEO
Jonathan Faber, Esq., President
Lawrence V. Molnar, Esq., Legal Counsel
Marilyn Monroe LLC