EXHIBIT A

----- Original Message -----
From: Larry Shaw
To: Atsuko Kinukawa
Sent: Monday, July 19, 2004 8:41 PM
Subject: Calendar & tax forms???

Dear Atsuko,

I do not understand about form 6616. I've looked carefully through the IRS website and there does NOT appear to be a form 6616. I cannot find one. Perhaps you can ask the Japanese tax people to provide you with a copy of that form. Or, at least directions on how to get it because the United States IRS office doesn't know what I'm talking about when I ask for it.

As for the situation with CMG, if "you" decide to go along and pay CMG, and that requires a statement and acknowledgement on the product that, "the name, image, and likeness of Marilyn Monroe are the exclusive property of Marilyn Monroe LLC", than I cannot allow our photographs of Marilyn Monroe to be associated with that type of statement and we will not be able to do this deal. If there is any change in the artwork sample that you have shown me and which I have approved of up to now, I cannot and will not accept the license.

Sincerely and my best regards,

Larry Shaw
Shaw Family Archives
225 Hudson Terrace
Piermont, New York 10968
U.S.A.

7/19/2004