EXHIBIT H

**RELATED STORIES & LINKS**

©MMV The Associated Press. All Rights Reserved. This material may not be published, broadcast, rewritten, or redistributed.

Playwright Arthur Miller Dies
Pulitzer Prize-Winner Wrote 'Death Of A Salesman,' 'The Crucible'

**INSIDE ENTERTAINMENT**



**Dame Judi Shows No Signs Of Stopping**
Fame and Notoriety Came Late In Life For Award-Winning Actress, But Dench Keeps Going

- 2006's Best Movie Performances
- "Stomp The Yard" A Step Ahead
- Pixar's Latest Rival: France
- More

Marilyn's Love Affair With Cameras
Museum Opens Exhibition Of Marilyn Monroe Photographs

2004: Some Like It Hot
Marilyn Monroe Casts Shadow Over French Film Festival

**TOP STORIES**

**Study: Gene Could Be Signal Of Alzheimer's**
Research Might Be A Breakthrough In Understanding Disease

- Midwest Ice Storm Blamed For 14 Deaths
- Questions Linger Over Kidnapping Details
- Rice Vows Deeper Involvement In Mideast
- More

40 Years Of Remembering Marilyn
Forever An Icon

Back To Top

**Wireless Alerts:** CBS News To Go **E-Mail Sign-Up:** Breaking News | Today On CBS News | 60 Minutes | 48 Hours | The Early
**Recommended Sites:** CBS Corporation | The ShowBuzz | CBS.com | CBS SportsLine | CWTV.com | ETOnline.com | The INS
Site Map | Video Site Map | RSS News Feeds | Help | Advertise With Us | Contact Us | Terms of Service | Privacy Policy | CB

**CBS NEWS**     SEARCH  ● Stories  ○ Videos  ○ The Web

© MMVII, CBS Interactive Inc. All Rights Reserved.

http://www.cbsnews.com/stories/2005/04/21/entertainment/main689963.shtml         1/14/2007