EXHIBIT 1

ACCOUNTS RECEIVABLE

## SALON Bev Hills

No. 10806-39   Date 4-27 19 61

MISS MARILYN MONROE
444 EAST 57TH ST
New York, NY

*Elizabeth Arden*

**HAIR SHOP**

| OPERATOR | KIND OF TREATMENT | AMOUNT | |
|---|---|---|---|
| | Neck Trim | | |
| | Hair Cut | | |
| | Shampoo | | |
| | Marcel Wave | | |
| | Finger Wave | | |
| | Special Treatment | | |
| | Rinse | | |
| | Scalp Treatment | | |
| | Hair Coloring | | |
| OUT TREATMENT | Henna Pack | | |
| AFTER HOURS | Permanent Wave | | |
| | Wax | | |
| Cecile | Manicure | 6 | 00 |
| | Change of Polish | | |
| Cecile | Pedicure | 9 | 00 |
| | Eyebrow Arch | | |
| | TOTAL | 15 | 00 |
| PAID | | CHARGE | |

# Elizabeth Arden Receipt with Marilyn Monroe's Signature

[...] Beverly Hills [...] April, 1955 compiled in pencil in an unknown hand in the name of Miss Marilyn Monroe, with home address of 444 East 57th St, New York, NY, the receipt for Out Treatment After Hours by Cecile for a manicure at $6.00 and a pedicure at $9.00, the receipt signed in pencil by Marilyn Monroe.

Important activities in Marilyn's life around this time include:
- Margaret Parton interviews Marilyn for the *Ladies Home Journal*, but the interview is never published as it is deemed "too sympathetic" by the editor. (March)
- Marilyn enters the Cedars of Lebanon Hospital for a minor operation. (May)
- Frank Sinatra and Marilyn have a brief affair. (Summer)

Provenance: Lot 171, Christie's New York: Film and Entertainment Auction, June 22, 2006

Related Collection Pieces / Links:
- Marilyn Monroe's personal mink collar, worn while shopping at Elizabeth Arden in March, 1955
- Marilyn's personal Elizabeth Arden Makeup

Photos of Marilyn at Elizabeth Arden Salon, New York City, taken by Ed Feingersh, March, 1955.

Elizabeth Arden New York City Present Day. The building's image changed somewhat in 1930 when a bright red door was installed in the building's store at 691 Fifth Avenue heralding the flagship salon for Elizabeth Arden, who was formerly known as Florence Nightingale Graham. The Elizabeth Arden Company and its salon are still tenants today. The building set a new retail leasing record in 1970 when Gucci agreed to pay $100 a square foot a year for the corner store.