# MARCUS & GREBEN
## ATTORNEYS AT LAW

David M. Marcus
Email: david@marcusandgreben.com
Partner

1650 Broadway, Suite 707
New York, New York 10019

Tel:  646.536.7602
      917.686.9465
Fax:  516.829.0008

**RECEIVED JAN 18 2007 CHAMBERS OF COLLEEN McMAHON**

APPLICATION GRANTED/~~DENIED~~
[signed] HON. COLLEEN McMAHON

January 18, 2007

**VIA FACSIMILE**
(914) 390-4152

Hon. Colleen McMahon
United States District Judge
United States Courthouse
300 Quarropas Street, Room 533
White Plains, NY 10601

Re: *Shaw Family Archives, Ltd., et al. v. CMG Worldwide, Inc., Et al.*
    Docket No. 05 CV ~~2929~~ 3939 (CM)

Dear Judge McMahon:

As are aware, this firm represents Bradford Licensing, Inc. ("Bradford") and Shaw Family Archives, Ltd. ("SFA") in the above matter.

My clients Reply was due to be filed on January 15, 2007. However, due to a federal holiday and the fact that the court's filing system was not operational on that day, my clients" Reply was to be filed on January 16, 2007. The Reply, and supporting documents were mailed on January 16, 2007. However, due to further difficulties scanning the documents, only some of the documents were electronically filed prior to midnight. The remainder of the documents, except for my declaration, were filed within minutes of midnight, January 16th.

Accordingly, I respectfully request that my clients Reply be accepted as timely filed. There will be no prejudice to the other parties herein if the instant application is granted.

Hon. Judge Colleen McMahon
January 18, 2007
-2-

    Thank you for your consideration.

Very truly yours,

David M. Marcus

cc:   Orin Snyder, Esq. (via facsimile at (212) 351-6355)
      Jonathan Garland Polak (via facsimile at (317) 713-3699)