UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHAW FAMILY ARCHIVES, LTD., BRADFORD
LICENSING, INC., JAMES E. DOUGHERTY, and
VALHALLA PRODUCTIONS, LLC.

                              Plaintiffs,       Index No. 05 CV 3939 (CM)

    -against-                           NOTICE OF APPEARANCE

CMG WORLDWIDE, INC., an Indiana Corporation
and MARILYN MONROE, LLC, a Delaware
Limited Liability Company,

                              Defendants.
------------------------------------------------------------X

PLEASE TAKE NOTICE that the undersigned hereby appear as counsel for the Plaintiffs/Consolidated Defendants in this action.

Dated: February 1, 2007

                                       LAW OFFICES OF CHRISTOPHER SERBAGI

                                       By: _____
                                       Christopher Serbagi
                                       488 Madison Avenue, 11th Floor
                                       New York, NY 10022
                                       (212) 593-2112

                                       Attorney for the Plaintiffs/Consolidated Defendants