LAW OFFICES OF CHRISTOPHER SERBAGI

ATTORNEYS AT LAW

488 MADISON AVENUE
SUITE 1120
NEW YORK, NEW YORK 10022
(212) 593-2112
FACSIMILE (212) 308-8582
c.serbagi@att.net

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED:

RECEIVED MAR 14 2007 CHAMBERS OF COLLEEN McMAHON

March 13, 2007

3/14/07

Via Facsimile
Honorable Colleen McMahon
United States District Court
300 Quarropas Street
White Plains, New York 10601

Re: Shaw Family Archives, Ltd. et al. v. CMG Worldwide, Inc. et al.,
Index. No. 05 CV 3939

Dear Judge McMahon:

After consultation with counsel for Defendant MMLLC, the parties respectfully request clarification concerning the briefing schedule for the supplemental summary judgment briefs. In particular, the parties would like to know whether the Court intended the ten days it provided for the briefing to exclude "intermediate Saturdays, Sundays, and legal holidays" as provided in F.R.C.P. 6. Plaintiffs respectfully request that the Court adopt the foregoing interpretation. Defendant MMLLC consents to this request. Under this formulation, Plaintiffs' brief will be due on March 26 and MMLC's brief will be due on April 9. I thank the Court for this clarification.

Very truly yours,

Christopher Serbagi

cc: Orin Snyder (via facsimile)
Jonathan G. Polak (via facsimile)