UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
SHAW FAMILY ARCHIVES, LTD., BRADFORD       :
LICENSING, INC., JAMES E. DOUGHERTY,       :
VALHALLA PRODUCTIONS, LLC., EDITH          : Index No. 05 CV 3939 (CM)
MARCUS, and META STEVENS,                  :
                                           :
         Plaintiffs/Consolidated Defendants, : Honorable Colleen McMahon
                                           :
         -against-                          :
                                           :
                                           :
CMG WORLDWIDE, INC., an Indiana Corporation :
and MARILYN MONROE, LLC, a Delaware        :
Limited Liability Company,                 :
                                           :
         Defendants/Consolidated Plaintiffs. :
                                           :
-----------------------------------------------------------------------X

# DECLARATION OF CHRISTOPHER SERBAGI

Christopher Serbagi, pursuant to 28 U.S.C. §1746, declares as follows:

1. I an the attorney for Plaintiff/Consolidated Defendants Shaw Family Archives, Ltd., Bradford Licensing, Inc., Ms. Edith Marcus, and Ms. Meta Stevens ("Plaintiffs"). I respectfully submit this declaration in support of Plaintiffs' Cross-Motion for Summary Judgment on Count II of Defendants' Second Amended Complaint.

2. Attached hereto as Exhibit A is true and correct copy of a New York Times newspaper article, dated August 6, 1962.

3. Attached hereto as Exhibit B is a true and correct copy of the first page of the Notice of Probate of the Estate of Marilyn Monroe, dated October 26, 1962.

4. Attached hereto as Exhibit C is a true and correct copy of the last Will and Testament of Marilyn Monroe, dated January 14, 1961.

5.    Attached hereto as Exhibit D is true and correct copy of the Decree Admitting Will of Marilyn Monroe, dated October 30, 1962.

6.    Attached hereto as Exhibit E is a true and correct copy of the Petition for Probate of Foreign Will and for Ancillary Letters Testamentary, dated December 17, 1962.

7.    Attached hereto as Exhibit F is a true and correct copy of a Claim Against Estate, dated February 1963.

8.    Attached hereto as Exhibit G is a true and correct copy of an undated newspaper article, titled "It Happened Last Night," by columnist Earl Wilson.

9.    Attached hereto as Exhibit H is a true and correct copy of an Inventory and Appraisement, dated March 14, 1963 and an appraisal of the California assets of the Estate of Marilyn Monroe, dated March 11, 1963.

10.    Attached hereto as Exhibit I is a true and correct copy of a Petition for Designation of Appraiser, to the New York County Surrogates Court, dated July 27, 1964.

11.    Attached hereto as Exhibit J is a true and correct copy of a cover letter by Aaron Frosch to the California Inheritance Tax Appraiser, dated March 4, 1966, together with Affidavit concerning Residence of Marilyn Monroe, by Aaron L. Frosch, dated July 3, 1965, Affidavit of Ralph L. Roberts, dated January 31, 1966, Affidavit of Hattie Stephenson Amos, dated January 26, 1966, Affidavit of May Reis, dated January 11, 1966, and Affidavit of Patricia Newcomb, dated January 24, 1966.

12.    Attached hereto as Exhibit K is a true and correct copy of a Petition of Aaron L. Frosch, to the Surrogates Court of New York, dated February 18, 1965.

13. Attached hereto as Exhibit L is a true and correct copy of a New York County Surrogates Court Order for Leave to File an Additional Executor's Bond, dated February 25, 1965.

14. Attached hereto as Exhibit M is a true and correct copy of a Creditor's Claim filed with the Surrogates Court in New York County, by the California Tax Compliance Supervisor, dated August 1, 1966.

15. Attached hereto as Exhibit N is a true and correct copy of the Report of the Inheritance Tax Appraiser in California, dated April 5, 1957.

16. Attached hereto as Exhibit O is a true and correct copy of a Petition to the Surrogates Court of the County of New York seeking a determination of estate tax, dated May 29, 1969.

17. Attached hereto as Exhibit P is a true and correct copy of a Citation in Compulsory Accounting, dated October 21, 1969.

18. Attached hereto as Exhibit Q is a true and correct copy of a report of the Estate Tax Appraiser to the Surrogates Court of the County of New York, dated December 30, 1969.

19. Attached hereto as Exhibit R is a true and correct copy of an Order Fixing Tax on Report, by the Surrogates Court of New York, dated January 20, 1970.

20. Attached hereto as Exhibit S is a true and correct copy of a Memorandum in Support of Appeal by Aaron R. Frosch, Ancillary Executor of the Ancillary Estate of Marilyn Monroe, dated December 7, 1972, together with attachments.

21. Attached hereto as Exhibit T is a true and correct copy of an Order to Show Cause of Tom Kelley, dated December 11, 1972.

22. Attached hereto as Exhibit U is a true and correct copy of an Affidavit of Aaron Frosch, dated December 21, 1972.

23. Attached hereto as Exhibit V is a true and correct copy of the Opinion of the California Board of Equalization, in the Matter of the Estate of Marilyn Monroe, dated April 22, 1975.

24. Attached hereto as Exhibit W is a true and correct copy of the First and Final Account of Ancillary Executor Report, with exhibits, dated May 21, 1976.

25. Attached hereto as Exhibit X is a true and correct copy of a Petition for Final Accounting of Aaron Frosch, dated August 14, 1980.

26. Attached hereto as Exhibit Y is a true and correct copy of Petition for Letters of Administration of Anna Strasberg, dated July 7, 1989.

27. Attached hereto as Exhibit Z is a true and correct copy of a Decree Granting Letters of Administration with Will Annexed, from the Surrogates Court of New York County, dated July 20, 1989.

28. Attached hereto as Exhibit AA is a true and correct copy of an Order to Show Cause for Construction of Will, dated July 28, 1989, and Petition of Anna Strasberg, dated July 28, 1989.

29. Attached hereto as Exhibit BB is a true and correct copy of a memorandum decision from the Surrogates Court of New York County and Decree dated April 30, 1990.

30. Attached hereto as Exhibit CC is a true and correct copy of the Complaint of Nancy Miracle against Anna Strasberg, as Administratrix, c.t.a of the Last Will and Testament of Marilyn Monroe, Civil No. 92-00605, dated September 16, 1992.

31. Attached hereto as Exhibit DD is a true and correct copy of a Memorandum of Law in Support of Defendant's Motion to Dismiss Complaint, dated November 9, 1992.

32. Attached hereto as Exhibit EE is a true and correct copy of Plaintiff's Memorandum in Opposition to Motion to Dismiss, dated November 30, 1992.

33. Attached hereto as Exhibit FF is a true and correct copy of Defendant's Memorandum of Law in Opposition to Plaintiff's Motion to Continue Defendant's Motion to Dismiss Compliant, dated November 24, 1992.

34. Attached hereto as Exhibit GG is a true and correct copy of the Court's Order dismissing the Complaint of Nancy Miracle, dated December 23, 1992.

35. Attached hereto as Exhibit HH is a true and correct copy of a Petition of Nancy Miracle, filed in New York County Surrogates Court, against Anna Strasberg and the Anna Freud Centre, among others, dated February 26, 2002, and Citation, dated March 21, 2002.

36. Attached hereto as Exhibit II is a true and correct copy of the Memorandum of Law in Support of Anna Strasberg and Anna Freud Centre's Motion to Dismiss the Petition.

37. Attached hereto as Exhibit JJ is a true and correct copy of the Order of the New York County Surrogates Court, dated June 13, 2002.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 26th day of March 2007, in New York, New York.

Christopher Serbagi, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
SHAW FAMILY ARCHIVES, LTD., BRADFORD   :
LICENSING, INC., JAMES E. DOUGHERTY,   :
VALHALLA PRODUCTIONS, LLC, EDITH       : Index No. 05 CV 3939 (CM)
MARCUS, and META STEVENS,              :
                                       :
      Plaintiffs/Consolidated Defendants, : Honorable Colleen McMahon
                                       :
      -against-                        :
                                       :
                                       :
CMG WORLDWIDE, INC., an Indiana Corporation :
and MARILYN MONROE, LLC, a Delaware    :
Limited Liability Company,             :
                                       :
      Defendants/Consolidated Plaintiffs. :
                                       :
------------------------------------------------------------------------X

## DECLARATION OF CHRISTOPHER SERBAGI

Christopher Serbagi, pursuant to 28 U.S.C. §1746, declares as follows:

1.      I an the attorney for Plaintiff/Consolidated Defendants Shaw Family Archives, Ltd., Bradford Licensing, Inc., Ms. Edith Marcus, and Ms. Meta Stevens ("Plaintiffs"). I respectfully submit this declaration in support of Plaintiffs' Cross-Motion for Summary Judgment on Count II of Defendants' Second Amended Complaint.

2.      Attached hereto as Exhibit A is true and correct copy of a New York Times newspaper article, dated August 6, 1962.

3.      Attached hereto as Exhibit B is a true and correct copy of the first page of the Notice of Probate of the Estate of Marilyn Monroe, dated October 26, 1962.

4.      Attached hereto as Exhibit C is a true and correct copy of the last Will and Testament of Marilyn Monroe, dated January 14, 1961.

5. Attached hereto as Exhibit D is true and correct copy of the Decree Admitting Will of Marilyn Monroe, dated October 30, 1962.

6. Attached hereto as Exhibit E is a true and correct copy of the Petition for Probate of Foreign Will and for Ancillary Letters Testamentary, dated December 17, 1962.

7. Attached hereto as Exhibit F is a true and correct copy of a Claim Against Estate, dated February 1963.

8. Attached hereto as Exhibit G is a true and correct copy of an undated newspaper article, titled "It Happened Last Night," by columnist Earl Wilson.

9. Attached hereto as Exhibit H is a true and correct copy of an Inventory and Appraisement, dated March 14, 1963 and an appraisal of the California assets of the Estate of Marilyn Monroe, dated March 11, 1963.

10. Attached hereto as Exhibit I is a true and correct copy of a Petition for Designation of Appraiser, to the New York County Surrogates Court, dated July 27, 1964.

11. Attached hereto as Exhibit J is a true and correct copy of a cover letter by Aaron Frosch to the California Inheritance Tax Appraiser, dated March 4, 1966, together with Affidavit concerning Residence of Marilyn Monroe, by Aaron L. Frosch, dated July 3, 1965, Affidavit of Ralph L. Roberts, dated January 31, 1966, Affidavit of Hattie Stephenson Amos, dated January 26, 1966, Affidavit of May Reis, dated January 11, 1966, and Affidavit of Patricia Newcomb, dated January 24, 1966.

12. Attached hereto as Exhibit K is a true and correct copy of a Petition of Aaron L. Frosch, to the Surrogates Court of New York, dated February 18, 1965.

13. Attached hereto as Exhibit L is a true and correct copy of a New York County Surrogates Court Order for Leave to File an Additional Executor's Bond, dated February 25, 1965.

14. Attached hereto as Exhibit M is a true and correct copy of a Creditor's Claim filed with the Surrogates Court in New York County, by the California Tax Compliance Supervisor, dated August 1, 1966.

15. Attached hereto as Exhibit N is a true and correct copy of the Report of the Inheritance Tax Appraiser in California, dated April 5, 1957.

16. Attached hereto as Exhibit O is a true and correct copy of a Petition to the Surrogates Court of the County of New York seeking a determination of estate tax, dated May 29, 1969.

17. Attached hereto as Exhibit P is a true and correct copy of a Citation in Compulsory Accounting, dated October 21, 1969.

18. Attached hereto as Exhibit Q is a true and correct copy of a report of the Estate Tax Appraiser to the Surrogates Court of the County of New York, dated December 30, 1969.

19. Attached hereto as Exhibit R is a true and correct copy of an Order Fixing Tax on Report, by the Surrogates Court of New York, dated January 20, 1970.

20. Attached hereto as Exhibit S is a true and correct copy of a Memorandum in Support of Appeal by Aaron R. Frosch, Ancillary Executor of the Ancillary Estate of Marilyn Monroe, dated December 7, 1972, together with attachments.

21. Attached hereto as Exhibit T is a true and correct copy of an Order to Show Cause of Tom Kelley, dated December 11, 1972.

22. Attached hereto as Exhibit U is a true and correct copy of an Affidavit of Aaron Frosch, dated December 21, 1972.

23. Attached hereto as Exhibit V is a true and correct copy of the Opinion of the California Board of Equalization, in the Matter of the Estate of Marilyn Monroe, dated April 22, 1975.

24. Attached hereto as Exhibit W is a true and correct copy of the First and Final Account of Ancillary Executor Report, with exhibits, dated May 21, 1976.

25. Attached hereto as Exhibit X is a true and correct copy of a Petition for Final Accounting of Aaron Frosch, dated August 14, 1980.

26. Attached hereto as Exhibit Y is a true and correct copy of Petition for Letters of Administration of Anna Strasberg, dated July 7, 1989.

27. Attached hereto as Exhibit Z is a true and correct copy of a Decree Granting Letters of Administration with Will Annexed, from the Surrogates Court of New York County, dated July 20, 1989.

28. Attached hereto as Exhibit AA is a true and correct copy of an Order to Show Cause for Construction of Will, dated July 28, 1989, and Petition of Anna Strasberg, dated July 28, 1989.

29. Attached hereto as Exhibit BB is a true and correct copy of a memorandum decision from the Surrogates Court of New York County and Decree dated April 30, 1990.

30. Attached hereto as Exhibit CC is a true and correct copy of the Complaint of Nancy Miracle against Anna Strasberg, as Administratrix, c.t.a of the Last Will and Testament of Marilyn Monroe, Civil No. 92-00605, dated September 16, 1992.


31. Attached hereto as Exhibit DD is a true and correct copy of a Memorandum of Law in Support of Defendant's Motion to Dismiss Complaint, dated November 9, 1992.

32. Attached hereto as Exhibit EE is a true and correct copy of Plaintiff's Memorandum in Opposition to Motion to Dismiss, dated November 30, 1992.

33. Attached hereto as Exhibit FF is a true and correct copy of Defendant's Memorandum of Law in Opposition to Plaintiff's Motion to Continue Defendant's Motion to Dismiss Compliant, dated November 24, 1992.

34. Attached hereto as Exhibit GG is a true and correct copy of the Court's Order dismissing the Complaint of Nancy Miracle, dated December 23, 1992.

35. Attached hereto as Exhibit HH is a true and correct copy of a Petition of Nancy Miracle, filed in New York County Surrogates Court, against Anna Strasberg and the Anna Freud Centre, among others, dated February 26, 2002, and Citation, dated March 21, 2002.

36. Attached hereto as Exhibit II is a true and correct copy of the Memorandum of Law in Support of Anna Strasberg and Anna Freud Centre's Motion to Dismiss the Petition.

37. Attached hereto as Exhibit JJ is a true and correct copy of the Order of the New York County Surrogates Court, dated June 13, 2002.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 26th day of March 2007, in New York, New York.

*Christopher Serbagi*
Christopher Serbagi, Esq.