EXHIBIT "P"

Form 24                                                          6733-67 (O.B.)

# CITATION IN COMPULSORY ACCOUNTING

### The People of the State of New York
### By the Grace of God Free and Independent

To   AARON R. FROSCH, Executor of the Estate of MARILYN MONROE, deceased,

10 West 86th Street, New York City,

Send Greeting:

Upon the petition of   Guido de Angelis "L" and Sons Corp,

with its office at   521 East 72nd Street, New York City
~~who resides at~~

you and each of you are hereby cited to show cause before the Surrogate's Court of New York County,

held at the Hall of Records in the County of New York on the _3 / 3t_

day of _October_, 19_69_, at ten o'clock in the forenoon of that day, why you

should not render and have judicially settled your account of proceedings as _Executor_

of the estate of _MARILYN MONROE_, deceased, late of the County of New York.

In testimony whereof, we have caused the seal of the Surrogate's Court of the said

County of New York to be hereunto affixed.

Witness, Honorable _S. SAMUEL Di FALCO_

Surrogate of our said county, at the County of New York, the _14 th_ day of

_October_ in the year of our Lord one thousand nine hundred and

sixty-nine

_William S. Mueller_

Chief Clerk of the Surrogate's Court

MM 0000408

EXHIBIT "Q"

`

TAM Sheet 1 (6-64)

# Surrogate's Court

JUFCM   COUNTY OF  NEW YORK

In the Matter of the Appraisal under the Estate Tax
Law of the Estate of

MARILYN MONROE

Deceased.

TO THE SURROGATE'S COURT OF THE COUNTY OF ......NEW YORK............................:
I, ...Milton Eletz succeeding..................., Estate Tax Appraiser, having been designated
......B. Franklin Spencer..................... Surrogates of the County of .....NEW YORK............, by an
by Hox ...the ...effective.................... on the ....7th.....day of......AUGUST.............. 19..64.., to appraise
order duly made attentia on the .....7th.....day of......AUGUST.............. 19..64.., to appraise
the estate of the above-named decedent, pursuant to the provisions of the law imposing a tax
on estates of residents and nonresidents, and the statutory notice by mail having been duly
given herein to all the persons entitled thereto as provided in Section 249-v of the Tax Law as
appears by copy of such notice and affidavit of mailing thereof hereunto annexed, and having
held an appraisal on the ......25th................... day of ...NOVEMBER................................., 19..69..,
at the office of the Estate Tax Appraiser for the County of .....NEW YORK................................
and having heard the allegations and proofs of the parties then and there appearing before me
and offering the same, and having given due consideration to the affidavits and other papers
submitted herein, and having made due and careful inquiry into all the matters and things
brought before me in this proceeding, do now make and file the following report:

        FIRST - I report that the decedent herein died a resident of the State of New York on
the ......5th..................day of.......AUGUST..................., 19..62.., intestate, leaving a
Last Will and Testament, copy of which is hereunto annexed, which was duly admitted to
probate by this Court on the ...................day of.............................., 19........,
and that thereafter on the .....30th.... day of......OCTOBER................, 19..62.., Letters XI
Administration Testamentary upon the estate of the said decedent were duly issued by this
Court to

AARON R. FROSCH            300 CENTRAL PARK WEST       NEW YORK, N.Y.

                        AS EXECUTOR


        SECOND - I further report the following appearances in this proceeding:

                        SOLON S. KANE, ESQ.
                        Attorney for State Tax Commission
                        80 Centre Street
                        New York, N.Y. 10013

                        GREENBAUM, WOLFF AND ERNST, ESQS.
                        Attorneys for Executor
                        437 Madison Avenue
                        New York, N.Y. 10022

"ESTATE OF MARILYN MONROE, DECEASED,"

Third—I further report that I found the property comprising the gross estate of the decedent herein to consist of the items set forth in the annexed affidavit for appraisal, and that the fair market value of each of the said items at the date of decedent's death is the amount set down by me opposite such item in the column designated "Value as appraised in this proceeding," and that the sums properly to be allowed as deductions herein for the purpose of determining the net estate are the amounts set down by me after the several items claimed in the column designated "Allowed in this proceeding," as a result of which I find the said gross estate and deductions to be shown in the following summary:

*Assets:*

| | |
|---|---|
| Schedule A—Real Estate ..............................................................$ | 0 |
| Schedule B—Stocks and Bonds.......................................... | 61,250.19 |
| Schedule C—Mortgages, Notes and Cash.......................... | 6,813.17 |
| Schedule D—Insurance ........................................................ | 3,000.00 |
| Schedule E—Jointly Owned Property................................. | 0 |
| Schedule F—Other Miscellaneous Property...................... | 764,461.45 |
| Schedule G—Transfers during Decedent's Life.................. | 1,000.00 |
| Schedule H—Powers of Appointment................................. | 0 |
| Schedule I (1)—Property Previously Taxed....................... | 0 |

Gross estate .......................................................................... $ 836,524.81

*Subject to Deductions as follows:*

| | |
|---|---|
| Schedule J—Funeral and Administration Expense............$ | 19,132.84 |
| Schedule K—Debts of Decedent........................................ | 359,423.58 |
| Schedule L—Mortgages and Liens, and Net Losses During Administration.......................................... | 0 |

Total of Schedules J, K and L ...............................$ 378,556.42

| | |
|---|---|
| Adjusted Gross Estate (gross estate minus total of Schedules J, K and L) ................................................$ | 0 |
| Schedule M—Transfers to surviving Spouse..................... | 0 |
| Marital deduction (one-half of Adjusted Gross Estate, or the total of Schedule M, whichever is less.....................................................$ | 0 |
| Schedule I (2)—Property Previously Taxed...................... | 0 |
| Schedule N—Charitable, Public and Similar Gifts and Bequest...................... | 0 |

Total Deductions .................................................................. 378,556.42

The net estate, I appraise at .................................................. $ 457,968.39

ala

Fourth—I further report that the decedent died a nonresident of this State and that the total valuation of real property situated and tangible personal property having an actual situs within the State is $

(This paragraph applies only if the decedent was in fact a nonresident as shown in paragraph 1)
...sident is claimed attach Form TT-141-A)

TT 144 Sheet 3 (9-60) 70M (9C-309)

Fifth—I further report the amount of exemption allowed under § 249-q to be:

| BENEFICIARIES | Relationship | Amount of exemption |
|---|---|---|
| | | $ |
| GLADYS BAKER | MOTHER | 5,000.00 |
| BERNICE MIRACLE | SISTER | 5,000.00 |

INSURANCE _____ 0

TOTAL EXEMPTIONS _____ $ 10,000.00

DATED DEC 3 0 1969 _____

COUNTY ___ NEW YORK ___

Respectfully submitted,

_Milton Eletz_
*Appraiser*

idj

EXHIBIT "R"

At a Surrogate's court, held in and for the County

of....New York.................... at..Hall of Records................

in said county, on the......20

day of..................Jannnary............, 19..70

PRESENT,

Hon.    Samuel J. Silverman                    Surrogate

IN THE MATTER
OF THE
APPRAISAL OF THE ESTATE OF

MARILYN MONROE
                                Deceased

FILE NO. P 2781        19    62

ORDER FIXING TAX ON REPORT

On reading the report filed the .....30th.. day of ..............December........................, 19..69,

of ....................MILTON ELETZ, succeeding Samuel Shopis.......the appraiser appointed by order

of this Court, dated the ...7th.. day of ..........August.............................., 19..64.., and it

appearing that the said decedent died on the ..........5th.......... day of ...August..............................,

19..62.., it is

ORDERED AND ADJUDGED that the market value of the gross estate of said decedent at the

time of death, the amount of exemptions and deductions allowed from said gross estate, the net amount

of said estate which is subject to tax under the provisions of Article 10-C of the Tax Law, and the

amount of tax to which the same is liable, shall be and the same hereby is assessed, fixed and determined

as follows:

Gross estate ......................................................................... $.836,524.81

Total deductions allowed by statute .............................................    378,556.42

Net estate ...........................................................................  $.457,968.39

Tax on first $50,000 less exemptions of $....10,000._____  $........800.00

Tax on next $100,000 less
    additional exemptions of $_____  $......3,000.00

Tax on net estate in excess of $150,000 ..............................  $...13,698.42

Total tax ..........................................................................  $...17,698.42

FILED JAN 20 1970

                                                _____
                                                                Surrogate

9

MM-0000386

# SURROGATE'S COURT

........................ COUNTY

IN THE MATTER OF THE APPRAISAL
OF THE ESTATE OF

........................ *Deceased*

## ORDER FIXING TAX
## ON REPORT

........................

*Attorney for Petitioner*

........................

........................

STATE OF NEW YORK, COUNTY OF ........................                    **CERTIFICATION BY ATTORNEY**

The undersigned attorney certifies that the within
has been compared by the undersigned with the original and found to be a true and complete copy.

Dated:

MM-0000388

STATE OF NEW YORK, COUNTY OF       ss.:       <u>CERTIFICATION BY ATTORNEY</u>

     The undersigned attorney certifies that the within
has been compared by the undersigned with the original and found to be a true and complete copy.

Dated: ........................................................................

STATE OF NEW YORK, COUNTY OF       ss.:       <u>ATTORNEY'S AFFIRMATION</u>

     I              an attorney

admitted to practice in the State of New York, am        of

the attorney(s) for

herein, and I hereby affirm under penalty of perjury that I have read the foregoing      and
that the same is true to my own knowledge except as to the matters therein stated to be alleged on information and
belief, and that as to those matters I believe it to be true. The grounds for my belief as to all matters not stated upon
my own knowledge are as follows:

The reason why this affirmation is made by me instead of by
is because

Dated: ........................................................................

STATE OF NEW YORK, COUNTY OF       ss.:       <u>INDIVIDUAL VERIFICATION</u>

              , being duly sworn, deposes and says that
deponent is        the        in the within action; that deponent has
     read the foregoing        and knows the contents thereof; that
the same is true to deponent's own knowledge, except as to the matters therein stated to be alleged on information and
belief, and that as to those matters deponent believes it to be true.

Sworn to before me, this       day of       19 ..... ........................................

STATE OF NEW YORK, COUNTY OF       ss.:       <u>CORPORATE VERIFICATION</u>

           , being duly sworn, deposes and says that deponent is the
       of        the corporation
named in the within action; that deponent has      read the foregoing
and knows the contents thereof; and that the same is true to deponent's own knowledge, except as to the matters therein
stated to be alleged upon information and belief, and as to those matters deponent believes it to be true.
This verification is made by deponent because
is a        corporation. Deponent is an officer thereof, to-wit, its
The grounds of deponent's belief as to all matters not stated upon deponent's knowledge are as follows:

Sworn to before me, this       day of       19 ..... ........................................

STATE OF NEW YORK, COUNTY OF       ss.:       <u>AFFIDAVIT OF SERVICE BY MAIL</u>

being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides at

That on the      day of       19      deponent served the within
upon            attorney(s) for

     in this action, at

            the address designated by said attorney(s)
for that purpose by depositing same enclosed in a postpaid properly addressed wrapper, in — a post office — official
depository under the exclusive care and custody of the United States post office department within the State of New York.

Sworn to before me, this       day of       19 ..... ........................................

STATE OF NEW YORK, COUNTY OF       ss.:       <u>AFFIDAVIT OF PERSONAL SERVICE</u>

being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides at

That on the      day of       19      at No.
           deponent served the within
upon
the            herein, by delivering a true copy thereof to    h     personally. Deponent knew the
person so served to be the person mentioned and described in said papers as the        therein.

Sworn to before me, this       day of       19 ..... ........................................

MM-0000389

Index No. P 2781     Year 19 62

SURROGATE'S COURT
COUNTY OF NEW YORK

In the Matter

of the

Appraisal of the Estate of

MARILYN MONROE

Deceased

ORDER FIXING TAX ON REPORT

GREENBAUM, WOLFF & ERNST

Attorney for   Petitioner

Office and Post Office Address, Telephone

437 Madison Avenue
New York, N. Y. 10022

12:12 PL 8-4010

To

Attorney for

Service of a certified copy of the within   is hereby admitted.

Dated,

Attorney for

---

NOTICE OF ENTRY

Sir.—Please take notice that the within is a certified
true copy of a
duly entered in the office of the clerk of the within
named Court on

Dated,
                                    Yours, etc.

GREENBAUM, WOLFF & ERNST

Attorney for

Office and Post Office Address

437 Madison Avenue
New York, N. Y. 10022

To

Attorney for

---

NOTICE OF SETTLEMENT

Sir.—Please take notice that

of which the within is a true copy will be presented
for settlement to the Hon.

one of the judges of the within named Court, at

on the       day of                        19
at            M.
Object.
                                    Yours, etc.

GREENBAUM, WOLFF & ERNST

Attorney for

Office and Post Office Address

437 Madison Avenue
New York, N. Y. 10022

To

Attorney for