# GIBSON, DUNN & CRUTCHER LLP
## LAWYERS

A REGISTERED LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

200 Park Avenue New York, New York 10166-0193
(212) 351-4000
www.gibsondunn.com

OSnyder@gibsondunn.com

March 30, 2007



RECEIVED
MAR 30 2007
CHAMBERS OF
COLLEEN McMAHON

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Direct Dial
(212) 351-2400

Fax No.
(212) 351-6335

Client No.
P 88497-00016

3/30/2007
Fine

VIA FACSIMILE

Honorable Colleen McMahon
Daniel P. Moynihan Courthouse
500 Pearl Street
New York, NY 10007

Re: *Shaw Family Archives, Ltd., et al. v. CMG Worldwide, Inc., et al.*, Index No. 05-3939

Dear Judge McMahon:

We represent defendants in this action. We respectfully submit this letter to request a 4-day extension of time to file our opposition to plaintiff's supplemental brief in support of their cross-motion for summary judgment, from April 9 to April 13, 2007. When Your Honor set the briefing schedule, we did not realize that our briefing period was disrupted by Passover and Holy Week. During this time, the attorneys working on this matter will be out of the office (and/or out of town) on a number of days in observance of the Holidays (some for Passover on April 2 and 3, and others for Good Friday on April 6 and Easter Sunday, the day before our papers are presently due, on April 8). In addition, on March 19, my son was scheduled to have surgery on April 5, and I personally will be out of the office for several days additionally for that reason. We have sought the consent of plaintiffs' counsel, who very graciously has consented to our request.

We thank the Court for its kind consideration of this request.

Respectfully submitted,

Orin Snyder

cc: Christopher Serbagi

LOS ANGELES  NEW YORK  WASHINGTON, D.C.  SAN FRANCISCO  PALO ALTO
LONDON  PARIS  MUNICH  BRUSSELS  ORANGE COUNTY  CENTURY CITY  DALLAS  DENVER