UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SHAW FAMILY ARCHIVES LTD., BRADFORD : Docket No. 05 CIV 3939
LICENSING, INC., JAMES DOUGHERTY,
(CM) VALHALLA PRODUCTIONS, LLC,
EDITH MARCUS and META STEVENS

                                                              : **NOTICE OF APPEARANCE**

                        Plaintiffs,                           :

        -against-                                             :

CMG WORLDWIDE, INC. and MARILYN                               :
MONROE, LLC,                                                  :

                        Defendants.                           :
-----------------------------------------------------------------X

PLEASE TAKE NOTICE that Law Office of David M. Marcus, 1650
Broadway, Suite 707, New York, New York 10019, hereby appears as counsel
for plaintiffs Shaw Family Archives, Ltd., Bradford Licensing Inc., Edith Marcus
and Meta Stevens in the above-referenced action. Copies of all papers in this
action should be served upon the undersigned.

Dated:      New York, New York
            May 10, 2007

                                        By:   David M. Marcus
                                        Attorneys for Plaintiffs Shaw
                                        Family Archives, Ltd., Bradford
                                        Licensing, Inc., Edith Marcus and
                                        Meta Stevens
                                        1650 Broadway, Suite 707
                                        New York, New York 10019
                                        (646) 536-7602

To:     Jonathan Garland Polak
        Sommer Barnard PC
        One Indiana Square, Suite 3500
        Indianapolis, IN 46204

        Orin Snyder
        Gibson, Dunn & Crutcher LLP (NYC)
        200 Park Avenue, 48th Floor
        New York, NY 10166

Christopher Serbagi
488 Madison Avenue
Suite 1120
New York, NY 10022