UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SHAW FAMILY ARCHIVES, LTD., BRADFORD
LICENSING, INC., JAMES E. DOUGHERTY,
VALHALLA PRODUCTIONS, LLC., EDITH       : Index No. 05 CV 3939 (CM)
MARCUS, and META STEVENS,
                                        :
         Plaintiffs/Consolidated Defendants,  : Honorable Colleen McMahon

         -against-                       :

CMG WORLDWIDE, INC., an Indiana Corporation  :
and MARILYN MONROE, LLC, a Delaware
Limited Liability Company,               :

         Defendants/Consolidated Plaintiffs.  :
------------------------------------------------------------------X

## NOTICE OF MOTION FOR ATTORNEY'S FEES, COSTS AND EXPENSES PURSUANT TO IN. ST. 32-36-1-12

To:   Orin Snyder
      Gibson, Dunn & Crutcher, LLP
      200 Park Avenue, 47th Floor
      New York, NY 10166
      Direct Telephone: (212) 351-2422

      Jonathan G. Polak
      SOMMER BARNARD PC
      One Indiana Square, Suite 3500
      Indianapolis, IN 46204
      Tele: 317-713-3500

PLEASE TAKE NOTICE, that, upon the Memorandum of Law in Support of Motion for Attorney's Fees, Costs and Expenses, Declaration of Christopher Serbagi, and Declaration of Larry Shaw, by its undersigned attorneys, will move this Court, in the Courtroom of the Honorable Colleen McMahon, United States District Judge, United States Courthouse, 300 Quarropas Street, Room 533, White Plains, New York, 10601, at a time and date to be

determined by the Court, for an Order pursuant to the Indiana Right to Publicity Statute, 32-36-1-12 for an award of attorney's fees, costs and expenses in this action, from April 4, 2005 to May 2, 2007.

PLEASE TAKE FURTHER NOTICE that answering papers, if any, are to be served on counsel for Plaintiffs two weeks after receipt of moving papers, and reply papers, if any, are to be served five (5) business days after service of answering papers.

Dated: New York, New York
      May 22, 2007

                                    Respectfully Submitted,

                                      By: _____
                                      Christopher Serbagi (CS 7746)
                                      David Marcus (DM 0960)
                                      488 Madison Avenue, Suite 1120
                                      New York, New York 11201
                                      Tele: (212) 593-2112
                                      Fax: (212) 308-8582

                                      Attorneys for the Plaintiffs