UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHAW FAMILY ARCHIVES, LTD., BRADFORD
LICENSING, INC., JAMES E. DOUGHERTY,
VALHALLA PRODUCTIONS, LLC., EDITH : Index No. 05 CV 3939 (CM)
MARCUS, and META STEVENS,

      Plaintiffs/Consolidated Defendants, : Honorable Colleen McMahon

      -against-

CMG WORLDWIDE, INC., an Indiana Corporation
and MARILYN MONROE, LLC, a Delaware
Limited Liability Company,

      Defendants/Consolidated Plaintiffs.
------------------------------------------------------------X

## DECLARATION OF LARRY SHAW

1. I, LARRY SHAW, declare the following facts under penalty of perjury.

2. I am one of three shareholders and owners of the Shaw Family Archives, Ltd. ("SFA"). The remaining shareholders/owners of SFA are my sisters, Plaintiffs Edith Marcus and Meta Stevens. Edith Marcus, Meta Stevens, and I are the children of the late Sam Shaw. SFA has the right to market, license and offer for commercial exploitation, the Shaw Collection, including all photographs of Marilyn Monroe taken by Sam Shaw, pursuant to a June 5, 2002 agreement between myself and my sisters.

3. I submit this affidavit in support of Plaintiffs' motion, pursuant to the Indiana Right to Publicity Statute, 32-36-1-12 (the "Indiana Statute"), for attorneys' fees, costs and expenses in this action, from April 4, 2005 to May 2, 2007, and for such other relief as the Court may deem just and proper.

4. Attached as Exhibit A is a true and correct copy of an electronic communication I received at the Internet address larry@spc-promotions.com from Mark Roesler, from the Internet address mark@cmgworldwide.com.

5. On a number of occasions, Mr. Roesler told me on the telephone and in person that should the Defendants prevail in this action, they would be entitled to their attorney's fees as a prevailing party under the Indiana Statute.

Dated:  New York, New York
       May 22, 2007

_____
Larry Shaw

# Ex. A

**Larry Shaw**

| | |
|---|---|
| From: | "Mark Roesler" <mark@cmgworldwide.com> |
| To: | <larry@spc-promotions.com> |
| Cc: | <edieshaw@optonline.net>; <Metashaw-sam@nyc.rr.com> |
| Sent: | Wednesday, December 06, 2006 6:33 PM |
| Attach: | Nova.AlderFels.memo.order.pdf |
| Subject: | Nova Wines Order |

Larry....here is the order from the court on Nova Wines that we spoke about that came down this week.
I am sorry that we are so far apart. I did report our discussions back to Anna and she concurred that future settlement discussions don't seem to be worthwhile and we are content proceeding until the end since who ever prevails will probably get their attorney fees back. I think we really missed our opportunity last summer, but I guess it was not to be.

Anyway, I hope all else is well and we will meet up sometime soon.
Best,
Mark