# GIBSON, DUNN & CRUTCHER LLP
## LAWYERS

A REGISTERED LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

200 Park Avenue New York, New York 10166-0193
(212) 351-4000
www.gibsondunn.com

OSnyder@gibsondunn.com

May 31, 2007



Direct Dial
(212) 351-2400

Fax No.
(212) 351-6335

Client No.
P 88497-00016

**MEMO ENDORSED**

6/1/07
Extension Granted
CM

VIA FACSIMILE

Honorable Colleen McMahon
Daniel P. Moynihan Courthouse
Chambers 640
500 Pearl Street
New York, NY 10007

Re: Shaw Family Archives, Ltd., et al. v. CMG Worldwide, Inc., et al.  05 CV 3939

Dear Judge McMahon:

I write on behalf of Defendants/Consolidated Plaintiffs Marilyn Monroe, LLC and CMG Worldwide, Inc. regarding the Motion for Attorney's Fees, Costs, and Expenses Pursuant to In. St. 32-36-1-12 served on us by Plaintiffs/Consolidated Defendants on May 22, 2007. To the extent necessary, we respectfully request the opportunity to submit opposition papers to the motion pursuant to Fed. R. Civ. P. 54(d)(2)(C), which provides that, "On request of a party . . . the court shall afford an opportunity for adversary submissions . . . ." Plaintiffs/Consolidated Defendants do not oppose this request.

Pursuant to this Court's individual practices, our opposition would be due on June 5, 2007. We respectfully request permission to file and serve our opposition on June 8, 2007. Plaintiffs/Consolidated Defendants have graciously consented to this request as well.

We thank the Court for its attention to this matter.

Respectfully submitted,

Orin Snyder

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

LOS ANGELES  NEW YORK  WASHINGTON, D.C.  SAN FRANCISCO  PALO ALTO
LONDON  PARIS  MUNICH  BRUSSELS  ORANGE COUNTY  CENTURY CITY  DALLAS  DENVER

# GIBSON, DUNN & CRUTCHER LLP

Honorable Colleen McMahon
May 31, 2007
Page 2


OS/nmc


cc:   Christopher Serbagi
      Jonathan Polak

100232107_1.DOC