## CERTIFICATE OF SERVICE

I, Angel S. Arias, hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 8th day of June 2007, I served the Defendants'/Consolidated Plaintiffs' Memorandum of Law in Opposition to Plaintiffs' Motion for Attorneys' Fees, Costs and Expenses Pursuant to the Indiana Right of Publicity Statute in this action, electronically (via ECF Notification), upon all counsel of record in this action.

_____
Angel S. Arias

100240956_1.DOC