# GIBSON, DUNN & CRUTCHER LLP

LAWYERS

A REGISTERED LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

200 Park Avenue  New York, New York 10166-0193
(212) 351-4000
www.gibsondunn.com

Osnyder@gibsondunn.com

June 11, 2007

**MEMO ENDORSED**

Direct Dial
(212) 351-2400
Fax No.
(212) 351-6365

Client No.
P 88497-00016

*MARK D. FOX*
*United States Magistrate Judge*
*Southern District of New York*

[Stamp: U.S. DISTRICT COURT FILED JUN 1 5 2007 S.D. OF N.Y. W.P.]

*VIA FIRST CLASS MAIL*

Honorable Mark Fox
United States Magistrate Judge
United States District Court, Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Re:    *Shaw Family Archives, Ltd., et al. v. CMG Worldwide, Inc., et al., CMG Worldwide, Inc., et al. v. Bradford Licensing Assocs.*, Docket No. 05-cv-3939

Dear Judge Fox:

    In accordance with the telephonic status conference held before Your Honor on May 29, 2007, we respectfully submit this letter on behalf of all parties to provide this Court with an agreed-upon case management plan to govern this action. As we discussed with Your Honor during the May 29th call, the parties have agreed to extend the discovery cut-off deadline to November 30, 2007, six months from now. In accordance with that agreement, we submit the following proposed new deadlines:

    August 1, 2007 -- last day to amend the pleadings (but not to add additional parties)

    October 16, 2007 -- expert disclosures and reports due

    November 9, 2007 -- rebuttal expert disclosures and reports due

    November 30, 2007 -- close of all fact and expert discovery

    January 15, 2008 -- joint pre-trial order due.

[Handwritten margin: So Ordered [signature] 6/15/07]

LOS ANGELES  NEW YORK  WASHINGTON, D.C.  SAN FRANCISCO  PALO ALTO
LONDON  PARIS  MUNICH  BRUSSELS  ORANGE COUNTY  CENTURY CITY  DALLAS  DENVER

**GIBSON, DUNN & CRUTCHER LLP**

Honorable Mark Fox
June 11, 2007
Page 2

      We thank the Court for its kind consideration of this request.

                        Respectfully,

                        Orin Snyder /MMC

CSA/ks

cc:    Christopher Serbagi
        Jonathan Polak

100234611_1.DOC