UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------)
SHAW FAMILY ARCHIVES, LTD., EDITH           :
MARCUS and META STEVENS,                              :05 CV 3939 (CM)
                                                                               :
                        Plaintiffs,                                       :
              v.                                                            :
                                                                               :
CMG WORLDWIDE, INC., an Indiana Corporation   :
and MARILYN MONROE, LLC, a Delaware Limited  :
Liability Company,                                              :
                                                                               :
                        Defendants.                                  :
                                                                               :
------------------------------------------------------------------)

## MOTION FOR SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 1.4, Jonathan G. Polak, Tracy N. Betz and Sommer Barnard PC

(the "Lawyers"), counsel for CMG Worldwide, Inc. and Marilyn Monroe LLC (the "Represented

Parties") in this action, move to withdraw their appearances as counsel of record in this case for

the Represented Parties, and that Christine Marie Sovich be substituted as counsel of record for

CMG Worldwide,Inc.

In support of this request, the Lawyers state:

1.      Jonathan G. Polak entered his appearance for the Represented Parties on May 2,

2006.

2.      Tracy N. Betz entered her appearance for the Represented Parties on July 21,

2006.

3.      On July 23, 2007, the Lawyers advised the Represented Parties in writing of their

intention to withdraw their appearances.  The Represented Parties do not object.

4.       Gibson, Dunn & Crutcher, also counsel of record for the Parties, will maintain its

representation of the Parties.

5.       The Lawyers request that this Court substitute Christine Marie Sovich as counsel

of record for CMG Worldwide, Inc.  Ms. Sovich's contact information is as follows:  Christine

Marie Sovich, SOVICH MINCH LLP, 10099 Chesapeake Drive, Suite 100, McCordsville, IN

46055-9579, (317) 335-3601, Fax (317) 335-3602, cmsovich@sovichminch.com.

WHEREFORE, Jonathan G. Polak, Tracy N. Betz and Sommer Barnard PC request that

the Court grant them leave to withdraw their appearances for CMG Worldwide, Inc. and Marilyn

Monroe LLC effective immediately and that Christine Marie Sovich be substituted as counsel of

record for CMG Worldwide, Inc.

<div style="margin-left: 45%;">

Respectfully submitted,


 /s/ Jonathan G. Polak
Jonathan G. Polak, Atty. No. 21954-49
Tracy N. Betz, Attorney No. 24800-53
*Admitted Pro Hac Vice*
SOMMER BARNARD PC
One Indiana Square, Suite 3500
Indianapolis, IN  46204
Telephone:  (317) 713-3500
Facsimile:  (317) 713-3699

Attorneys for Defendant
CMG Worldwide, Inc. and
Marilyn Monroe LLC


/s/  Christine M. Sovich
Christine M. Sovich, #18897-49
Attorney for CMG Worldwide, Inc.

</div>

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon the following by electronic means *via* the Court's digital document delivery system this 7th day of August, 2007.


Orin Synder
Michelle Craven
Gibson Dunn & Crutcher LLP
200 Park Avenue
47th Floor
New York, New York  10166-0193
Telephone:  (212) 351-2400
Facsimile:  (212) 351-6335
osnyder@gibsondunn.com
mcraven@gibsondunn.com

David Michael Marcus
Law Office of David M. Marcus
1650 Broadway
Suite 707
New York, New York  10019
Telephone:  (646) 536-7602
Facsimile:  (516) 829-0008
dmmlitigates@yahoo.com


Christopher Serbagi, Esq.
Law Offices of Christopher Serbagi
488 Madison Avenue
Suite 1120
New York, NY  10022
c.serbagi@att.net


 */s/  Jonathan G. Polak*
Jonathan G. Polak, Atty. No. 21954-49
Tracy N. Betz, Atty. No. 24800-53
Admitted Pro Hac Vice
Sommer Barnard PC
One Indiana Square, Suite 3500
Indianapolis, Indiana  46204
Telephone:  (317) 713-3500
Facsimile:  (317) 713-3699

634096