UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------------)
SHAW FAMILY ARCHIVES, LTD., EDITH           :
MARCUS and META STEVENS,                    :05 CV 3939 (CM)
                                            :
            Plaintiffs,                     :
      v.                                    :
                                            :
CMG WORLDWIDE, INC., an Indiana Corporation :
and MARILYN MONROE, LLC, a Delaware Limited :
Liability Company,                          :
                                            :
            Defendants.                     :
                                            :
-------------------------------------------------------------------)
```

## ORDER ON MOTION FOR SUBSTITUTION OF COUNSEL

Defendants CMG Worldwide, Inc. and Marilyn Monroe LLC, having filed their Motion for Substitution of Counsel, and the Court, having considered said motion and being duly advised in the premises, now finds that said motion should be granted.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the appearances of Jonathan G. Polak and Tracy N. Betz of Sommer Barnard PC on behalf of Defendants CMG Worldwide, Inc. and Marilyn Monroe, LLC are hereby withdrawn and that Christine Marie Sovich be and hereby is substituted as counsel of record for CMG Worldwide, Inc.

Dated: _____

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DISTRIBUTION:

Jonathan G. Polak
Tracy N. Betz
Sommer Barnard PC
jpolak@sommerbarnard.com
tbetz@sommerbarnard.com

Christopher Serbagi
Law Offices of Christoper Serbagi
c.serbagi@att.net

David Michael Marcus
Law Office of David M. Marcus
dmmlitigates@yahoo.com

Orin Snyder
Michelle Craven
Gibson Dunn & Crutcher LLP
osnyder@gibsondunn.com
mcraven@gibsondunn.com

641638