UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

SHAW FAMILY ARCHIVES, LTD.,
BRADFORD LICENSING, INC., JAMES E.
DOUGHTERY, and VALHALLA
PRODUCTIONS, INC.,

      Plaintiffs / Consolidated Defendants,

      v.

CMG WORLDWIDE, INC., an Indiana Corporation
and MARILYN MONROE, LLC, a Delaware Limited
Liability Company,

      Defendants / Consolidated Plaintiffs.

------------------------------------------------------------X

05 CV 3939 (CM)

Honorable Colleen McMahon

## NOTICE OF MOTION FOR ADMISSION PRO HAC VICE

PLEASE TAKE NOTICE that, upon the Declaration of Michelle M. Craven submitted herewith, Defendant / Consolidated Plaintiff, MARILYN MONROE, LLC ("MML"), moves this Court, unopposed, on a date to be determined by this Court, at the United States Courthouse, 300 Quarropas Street, White Plains, New York 10601, for an Order pursuant to Rule 1.3(c) of the Local Civil Rules of the United States District Court for the Southern District of New York, admitting Theodore J. Minch Pro Hac Vice.

Plaintiffs / Consolidated Defendants' counsel was made aware of this motion and has stated that he has no opposition to the Pro Hac Vice admission.

Dated: New York, New York
      August 10, 2007

                                        GIBSON, DUNN & CRUTCHER LLP

                                        Michelle M. Craven (MC-8556)
                                        200 Park Avenue, 47th Floor
                                        New York, New York 10166
                                        (212) 351-4000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
SHAW FAMILY ARCHIVES, LTD.,                      :
BRADFORD LICENSING, INC., JAMES E.               :
DOUGHTERY, and VALHALLA                          :
PRODUCTIONS, INC.,                               :
                                                 :
      Plaintiffs / Consolidated Defendants,     :     05 CV 3939 (CM)
      viii.                                      :
                                                 :
CMG WORLDWIDE, INC., an Indiana Corporation      :     Honorable Colleen McMahon
and MARILYN MONROE, LLC, a Delaware Limited      :
Liability Company,                               :
                                                 :
      Defendants / Consolidated Plaintiffs.      :
                                                 :
------------------------------------------------------------------X

## ORDER

Upon consideration of the Declaration of Michelle M. Craven and the Declaration of Theodore J. Minch, and good cause having been shown, it is SO ORDERED that Theodore J. Minch is admitted to the bar of this Court Pro Hac Vice this _____ day of _____, 2007.

                                                _____
                                                United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
SHAW FAMILY ARCHIVES, LTD., :
BRADFORD LICENSING, INC., JAMES E. :
DOUGHTERY, and VALHALLA :
PRODUCTIONS, INC., :
 :
       Plaintiffs / Consolidated Defendants, : 05 CV 3939 (CM)
       vi. :
 :
CMG WORLDWIDE, INC., an Indiana Corporation : Honorable Colleen McMahon
and MARILYN MONROE, LLC, a Delaware Limited :
Liability Company, :
 :
       Defendants / Consolidated Plaintiffs. :
 :
------------------------------------------------------------X

## DECLARATION OF PERSON MOVING ADMISSION

Michelle M. Craven, being duly sworn, says:

1. I am an associate of the firm of Gibson, Dunn & Crutcher LLP, counsel for Defendant / Consolidated Plaintiff, MARILYN MONROE, LLC ("MMD') in the above-captioned action. I have been a member of the bar of this Court since December 2, 2003. I make this declaration in support of Defendant / Consolidated Plaintiff's motion, pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, for the admission of Theodore J. Minch to the bar of this Court Pro Hac Vice.

2. Theodore J. Minch is a partner associate of the firm Sovich Minch, LLP, counsel for Defendants / Consolidated Plaintiffs CMG and MML in this action. Mr. Minch is a member in good standing of the bar of the State of Indiana. (See Certificate issued by the Supreme Court of the State of Indiana, dated August 6, 2007, attached hereto). Mr. Minch is familiar with the Federal Rules of Civil Procedure and he has familiarized himself with the Rules of this Court.

3. Plaintiffs / Consolidated Defendants' counsel was made aware of this motion and has stated that he has no opposition to the Pro Hac Vice admission.

4. Accordingly, I respectfully request that Mr. Minch be admitted to the bar of this Court Pro Hac Vice.

Dated: New York, New York
August 10, 2007

GIBSON, DUNN & CRUTCHER LLP

_____
Michelle M. Craven (MC-8556)
200 Park Avenue, 47th Floor
New York, New York 10166
(212) 351-4000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
SHAW FAMILY ARCHIVES, LTD.,                      :
BRADFORD LICENSING, INC., JAMES E.               :
DOUGHTERY, and VALHALLA                          :
PRODUCTIONS, INC.,                               :
                                                 :
       Plaintiffs / Consolidated Defendants,     :       05 CV 3939 (CM)
       vii.                                      :
                                                 :
CMG WORLDWIDE, INC., an Indiana Corporation      :       Honorable Colleen McMahon
and MARILYN MONROE, LLC, a Delaware Limited      :
Liability Company,                               :
                                                 :
       Defendants / Consolidated Plaintiffs.     :
                                                 :
------------------------------------------------------------------X

## DECLARATION OF PARTY SEEKING ADMISSION

Theodore J. Minch, being duly sworn, says:

1. I am a partner of the firm of Sovich Minch, LLP, counsel for Defendants / Consolidated Plaintiffs CMG Worldwide, Inc. ("CMG") and Marilyn Monroe, LLC ("MML") in the above-captioned action.

2. I make this Declaration in connection with the Declaration of Michelle M. Craven, dated August 8, 2007, in support of my admission Pro Hac Vice the bar of this Court for the purpose of representing Defendants / Consolidated Plaintiffs CMG and MML in this matter.

3. Plaintiffs / Consolidated Defendants' counsel was made aware of this motion and has stated that he has no opposition to the Pro Hac Vice admission.

4. I have been duly admitted to practice law in the State of Indiana since October 23, 1995 and I am a member in good standing of bar of the Indiana State Bar (See Certificate issued by the Supreme Court of the State of Indiana, dated August 6, 2007, attached hereto).

5.     I am familiar with the facts of the instant Case, and it would be in Defendants / Consolidated Plaintiffs CMG's and MML's interest for me to be permitted to appear and to participate in these proceedings.

6.     I am familiar with the Federal Rules of Civil Procedure, and I have familiarized myself with the rules of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Indianapolis, Indiana
       August ___, 2007

_____
Theodore J. Minch (IN# 18798-49)

# SUPREME COURT OF
# THE STATE OF INDIANA



## Certification

**STATE OF INDIANA, SS:**

    I, Kevin S. Smith, Clerk of the Supreme Court of Indiana, do hereby certify that

        THEODORE JOHN MINCH

is a member of the bar of said Court since admission on   OCTOBER 23rd 1995  , and is in good standing therein.

    GIVEN under my hand and the seal of said Court at Indianapolis, Indiana, this  6th  day of  AUGUST , 20  07 .

*[signature]*

KEVIN S. SMITH
CLERK, SUPREME COURT OF INDIANA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------
SHAW FAMILY ARCHIVES, LTD., EDITH
MARCUS and META STEVENS,

        Plaintiffs,

    v.

CMG WORLDWIDE, INC., an Indiana Corporation
and MARILYN MONROE, LLC, a Delaware Limited
Liability Company,

        Defendants.
------------------------------------

05 CV 3939 (CM)

Honorable Colleen McMahon

### CERTIFICATE OF SERVICE

I, Michelle M. Craven, hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 10th day of August, 2007, I caused to be served by first class mail a true and correct copy of the Motion for Admission *Pro Hac Vice* of Theodore J. Minch and supporting declarations upon:

    Christopher Serbagi
    Law Offices of Christopher Serbagi
    488 Madison Avenue, Suite 1120
    New York, New York 10022

Dated:    New York, New York
            August 10, 2007

                                                    _____
                                                    Michelle M. Craven