```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/16/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

SHAW FAMILY ARCHIVES, LTD.,
BRADFORD LICENSING, INC., JAMES E.
DOUGHTERY, and VALHALLA
PRODUCTIONS, INC.,

      Plaintiffs / Consolidated Defendants,
      vs.

CMG WORLDWIDE, INC., an Indiana Corporation
and MARILYN MONROE, LLC, a Delaware Limited
Liability Company,

      Defendants / Consolidated Plaintiffs.

------------------------------------------------------------X

05 CV 3939 (CM)

Honorable Colleen McMahon

## ORDER

Upon consideration of the Declaration of Michelle M. Craven and the Declaration of Theodore J. Minch, and good cause having been shown, it is SO ORDERED that Theodore J. Minch is admitted to the bar of this Court Pro Hac Vice this 16th day of August, 2007.

_____
United States District Judge