# GIBSON, DUNN & CRUTCHER LLP
## LAWYERS
A REGISTERED LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

200 Park Avenue  New York, New York 10166-0193
(212) 351-4000
www.gibsondunn.com

OSnyder@gibsondunn.com

August 22, 2007

**MARK D. FOX**
United States Magistrate Judge
Southern District of New York

Direct Dial
(212) 351-2400
Fax No.
(212) 351-6335

**MEMO ENDORSED**

Client No.
P 88497-00016



U.S. DISTRICT COURT FILED AUG 23 2007 S.D. OF N.Y.

**VIA FEDERAL EXPRESS**

Honorable Mark Fox
United States Magistrate Judge
United States District Court, Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   *Shaw Family Archives, Ltd., et al. v. CMG Worldwide, Inc., et al.*, Index
      No. 05-3939

Dear Judge Fox:

   We respectfully submit this letter on behalf of all parties to request a one-week extension of the deadline for Defendants and Plaintiffs to respond to each other's recently-filed amended complaints. Currently, both responses are due Monday, August 27, 2007, but various previously scheduled August vacations are impeding Defendants' ability to meet the current deadline. Plaintiffs' counsel has graciously consented to our request, on the condition that the deadline for their response is similarly extended. Therefore, we respectfully request that the Court extend the deadline for these responses one week, to Tuesday, September 4, 2007. This is our first request for an adjournment of this deadline.

   We thank the Court for its kind consideration of our request.

   Respectfully submitted,

   Orin Snyder /MMC

OS/mmc

cc:   Christopher Serbagi
      Theodore J. Minch

LOS ANGELES  NEW YORK  WASHINGTON, D.C.  SAN FRANCISCO  PALO ALTO
LONDON  PARIS  MUNICH  BRUSSELS  ORANGE COUNTY  CENTURY CITY  DALLAS  DENVER

[Handwritten margin notes: Application Granted / So Ordered / 8/23/07]