UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

SHAW FAMILY ARCHIVES, LTD., EDITH
MARCUS, and META STEVENS,

    Plaintiffs,

    v.

CMG WORLDWIDE, INC., an Indiana Corporation
and MARILYN MONROE, LLC, a Delaware
Limited Liability Company

    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

05 CV 3939 (CM)

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, upon the Memorandum of Law in Support of Motion to Dismiss and for a Limited Stay of Discovery, dated September 4, 2007, Defendants/Consolidated Plaintiffs Marilyn Monroe, LLC and CMG Worldwide, Inc., by their undersigned attorneys, will move this Court, in the Courtroom of the Honorable Colleen McMahon, United States District Judge, United State Courthouse, 500 Pearl Street, Courtroom 21B, New York, 10007, at a time and date to be determined by the Court, for an order pursuant to Fed. R. Civ. P. 12(b)(6) dismissing the Third through Ninth Causes of Action in the Second Amended Complaint and for a limited stay of discovery pursuant to Fed. R. Civ. P. 26(c) regarding discovery directed at Defendants/Consolidated Plaintiffs constitutionally-protected right to petition state legislatures for legislative change.

PLEASE TAKE FURTHER NOTICE that answering papers, if any, are to be served on counsel for MMLLC and CMG two weeks after the receipt of moving papers, and reply papers, if any, are to be served five (5) business days after the service of answering papers.

DATED:   New York, New York
         September 4, 2007

Respectfully submitted,

| GIBSON, DUNN & CRUTCHER LLP | SOVICH MINCH LLP |
|---|---|
| By: /s/ Orin Snyder | By: /s/ Theodore J. Minch |
| Orin Snyder (OS-3122) | Theodore J. Minch (Admitted *Pro Hac Vice*) |
| Cynthia S. Arato (CA-8350) | 10099 Chesapeake Drive, Suite 100 |
| Howard S. Hogan (HH-7995) | McCordsville, Indiana 46055 |
| Michelle Craven (MC-8556) | Telephone: (317) 335-3601 |
| 200 Park Avenue, 47th Floor | Facsimile: (317) 335-3602 |
| New York, New York 10166-0193 | |
| Telephone: (212) 351-4000 | |
| Facsimile: (212) 351-4035 | |
| *Attorneys for Defendant Marilyn Monroe, LLC* | *Attorneys for Defendant CMG Worldwide, Inc.* |

100293020_1.DOC