UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------
SHAW FAMILY ARCHIVES, LTD., EDITH
MARCUS and META STEVENS,

              Plaintiffs,

    v.

CMG WORLDWIDE, INC., an Indiana Corporation
and MARILYN MONROE, LLC, a Delaware Limited
Liability Company,

              Defendants.
------------------------------------------------

05 CV 3939 (CM)

Honorable Colleen McMahon

### CERTIFICATE OF SERVICE

I, Angel S. Arias, hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on the 4th day of September 2007, I served a true and correct copy of Defendants/Consolidated Plaintiffs' Notice of Motion to Dismiss Plaintiffs/Consolidated Defendants' Second Amended Complaint and for a Limited Stay of Discovery, the Memorandum of Law in support thereof, and Answer electronically (via ECF Notification) upon all counsel of record in this action.

Dated: New York, New York
       September 5, 2007

                                                  _____
                                                  Angel S. Arias