**MEMO ENDORSED**

LAW OFFICES OF CHRISTOPHER SERBAGI
ATTORNEYS AT LAW
488 MADISON AVENUE
SUITE 1120
NEW YORK, NEW YORK 10022
(212) 593-2112
FACSIMILE: (212) 308-8582
c.serbagi@att.net

RECEIVED SEP 13 2007 CHAMBERS OF COLLEEN McMAHON

September 13, 2007

9/14/07 Extension granted

Via Facsimile
Honorable Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 640
New York, New York 10007

> Re: Shaw Family Archives, Ltd. et al. v. CMG Worldwide, Inc. et al., Index. No. 05 CV 3939

Dear Judge McMahon:

I represent the Plaintiffs in the above-entitled matter. I respectfully request a two week extension for Plaintiffs to serve their opposition to Defendants' motion to dismiss the Plaintiffs' Third through Ninth Causes of Action in the Second Amended Complaint and for a limited stay of discovery. Defendant MMLLC has consented to Plaintiffs' request. I have been unable to reach counsel for Defendant CMG because they are in court on another matter.

Defendants filed their motion on September 4, 2007 and Plaintiffs' opposition is currently due on September 18, 2007. Under Plaintiffs' proposed request, their opposition papers would be due on October 2, 2007. Plaintiff has made no prior requests for the relief requested herein. I thank the Court for considering this request.

Respectfully Submitted,

Christopher Serbagi

cc: Orin Snyder, Esq. (via facsimiile)
Theodore J. Minch, Esq. (via facsimile)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/07