UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

SHAW FAMILY ARCHIVES, LTD. EDITH
MARCUS and META STEVENS,

        Plaintiffs,

    -against-

CMG WORLDWIDE, INC., an Indiana
Corporation, and MARILYN MONROE, LLC,
a Delaware Limited Liability Company,

        Defendants.
---------------------------------------------------------------X

05 Civ. 3939 (CM)

**STIPULATION OF
SUBSITITION OF COUNSEL**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/26/07

IT IS HERBEY STPULATED AND AGREED by and between the undersigned counsel that Loeb & Loeb LLP be substituted as counsel of record for Defendant Marilyn Monroe LLC, a Delaware Limited Liability Company, in place and in stead of Gibson, Dunn & Crutcher LLP.

Dated: New York, New York
       September 25, 2007

| LOEB & LOEB LLP | GIBSON, DUNN & CRUTCHER LLP |
|---|---|
| By: _____ | By: _____ |
| Paula K. Colbath (PC-9895) | Orin Snyder (OS-3122) |
| Barry I. Slotnick (BS-6234) | Cynthia S. Arato (CA-8350) |
| 345 Park Avenue | 200 Park Avenue |
| New York, New York 10154 | New York, New York 10166 |
| (212) 407-4000 | (212) 351-4000 |
| | |
| Incoming Counsel for Defendant Marilyn Monroe LLC, a Delaware Limited Liability Company | Outgoing Counsel for Defendant Marilyn Monroe LLC, a Delaware Limited Liability Company |

SO ORDERED:

_____
U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------- X
:
SHAW FAMILY ARCHIVES, LTD. EDITH
MARCUS and META STEVENS,            :

        Plaintiffs,            :
                                     05 Civ. 3939 (CM)
    -against-                   :
                                     **AFFIDAVIT OF PAULA K. COLBATH**

CMG WORLDWIDE, INC., an Indiana   :
Corporation, and MARILYN MONROE, LLC,
a Delaware Limited Liability Company,

        Defendants.
---------------------------------------------------------- X

STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF NEW YORK  )

        PAULA K. COLBATH, being duly sworn, deposes and says:

        1.     I am attorney duly admitted to the bar of this Court.

        2.     I make this affidavit pursuant to Rule 1.4 of the Local Civil Rules of the Southern and Eastern Districts of New York and in support of the attached stipulation of substitution of counsel.

        3.     Defendant Marilyn Monroe LLC has requested that Loeb & Loeb LLP assume representation of it in the above-captioned matter in place of Gibson, Dunn & Crutcher LLP. Counsel for both firms have executed a Stipulation of Substitution of Counsel, which is attached hereto as Exhibit 1.

        4.     This case has not yet been placed on the trial calendar of this Court and the deadline for completion of fact discovery is currently set for November 1, 2007.

WHEREFORE, it is respectfully requested that this Court grant the application for Loeb & Loeb LLP to be substituted as counsel of record for Marilyn Monroe LLC in place of Gibson, Dunn & Crutcher LLP.

                                                     Paula K. Colbath

Sworn to before me this
26th day of September, 2007

_____
Notary Public

TIMOTHY B. CUMMINS
Notary Public, State of New York
No. 01CU6113096
Qualified in New York County
Commission Expires July 19, 2008

NY678104.1
21146-10001

2