USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/07

LAW OFFICES OF CHRISTOPHER SERBAGI

ATTORNEYS AT LAW

488 MADISON AVENUE
SUITE 1120
NEW YORK, NEW YORK 10022
(212) 593-2112
FACSIMILE: (212) 308-8582
c.serbagi@att.net

**MEMO ENDORSED**

October 19, 2007

Via Facsimile
Honorable Colleen McMahon
United States District Court
300 Quarropas Street
White Plains, New York 10601

    Re: Shaw Family Archives, Ltd. et al. v. CMG Worldwide, Inc., et al.,
        Index. No. 05 CV 3939

Dear Judge McMahon:

    I represent the Plaintiffs in the above-entitled matter. I write to respectfully request an additional and final two week extension of time to respond to Defendants' motion to dismiss the Second Amended Complaint. Defendant CMG has consented to this request. Counsel for MMLLC has denied Plaintiffs' request. If the Court grants this request, Plaintiffs' opposition will be due on November 6, 2007.

    The reason for this most recent request is that the Plaintiffs are currently contemplating whether they want to pursue certain claims. This decision has been rendered significantly more difficult by the passing away of Plaintiffs' principal this morning. Bradford's general partner also recently passed away. We see no reason to burden the Court with the time associated with responding to Defendants' motion to dismiss unless the Plaintiffs plan to proceed with all the claims they have asserted. Plaintiffs need the additional two weeks to make this decision.

    Defendant MMLLC has denied Plaintiffs' request for the additional extension because Plaintiffs have yet consented to the revised discovery schedule they proposed and MMLLC wants to have a global agreement regarding all the outstanding issues. Plaintiffs are not ready to make any immediate decisions in light of the passing of SFA's principal.

    Defendants filed their motion to dismiss Plaintiffs' Second Amended Complaint on September 4, 2007. By letters dated September 13, 2007 and September 27, Plaintiffs requested an extension of time to respond to Defendants' motion to dismiss until October 2, 2007 and

## CHRISTOPHER SERBAGI, ESQ.

October 23, 2007, respectively. The Court granted both of Plaintiffs' request. The Plaintiffs thank the Court for its attention to this matter.

Respectfully Submitted,

*Christopher Serbagi*
Christopher Serbagi

cc: Paula K. Colbath, Esq. (via facsimile)
    Ted J. Minch (via facsimile)

# LAW OFFICES OF CHRISTOPHER SERBAGI

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Hon. Colleen McMahon<br>United States District Judge | Christopher Serbagi, Esq. |
| COMPANY | DATE<br>October 19, 2007 |
| FAX NUMBER<br>212-805-6326 | TOTAL NO. OF PAGES INCLUDING COVER<br>3 |
| PHONE NUMBER | SENDER'S REFERENCE NUMBER |
| RE<br>Letter attached | YOUR REFERENCE NUMBER |

☐ URGENT  ☐ FOR REVIEW  ☐ PLEASE COMMENT  ☐ PLEASE REPLY  ☐ PLEASE RECYCLE

NOTES/COMMENTS:

488 MADISON AVENUE ★ SUITE 1120 ★ NEW YORK, NY 10022
(212) 593 2112 TELEPHONE  (212) 308-8582 FACSIMILE