# EXHIBIT D



MARILYN  COMMUNITY  PRESS CENTER  BUSINESS  SHOPPING

## News

### STATEMENT FROM MARILYN MONROE LLC: VOWS TO PROTECT FILM ICON'S LEGACY AND DIGNITY

05-24-2007

Recent rulings in separate courts in New York and California have raised questions about the publicity and marketing rights to Marilyn Monroe. These rulings may have also affected the rights of other deceased celebrities.

In her life, Marilyn was ahead of her time in showing a deep concern about any future uses of her celebrity, work product and image. Marilyn's studio contracts are evidence of her interest and concern with her future reputation and rights to which she could become entitled and the language of these contracts protected those future possibilities.

We want to be very clear; we will not allow Marilyn's reputation and integrity to be trampled on by those seeking a quick profit at her expense. We will do everything at our disposal to protect the rights she so clearly sought to control in her life. In so doing, we are protecting Marilyn the person, which is our duty to her and to all her true fans.

As the entity authorized to protect Marilyn's dignity and ensure her legacy, Marilyn Monroe LLC, strongly disagrees with the judges' interpretation of the law. It is important that everyone understands that the Courts' rulings only call into question MMLLC's ownership of one type of intellectual property, the "right of publicity." In fact, claims still exist against all defendants in these cases for violations of all the other valuable intellectual property owned by MMLLC, the same intellectual property licensed to merchandisers and advertisers every day. MMLLC not only expects to prevail on those claims, but to pursue all other legal remedies to protect the rights and integrity of Marilyn. This will also include the immediate appeal of the judges' decisions to finally put to rest any argument about Marilyn's rights to control her image.

Marilyn Monroe, LLC is the entity that controls numerous rights associated with the legendary Marilyn Monroe. The brand "Marilyn Monroe" is trademarked and protected around the world, and the court rulings did nothing to undermine those valuable rights. The Marilyn Monroe "brand" remains strong, and includes ownership of www.MarilynMonroe.com.

News
Biography
Photos
  Andre de Dienes
  Harold Lloyd
  George Barris
  CMG Collection
    Color
    Black and White
  Photo Usage
Films
Quotes
Fast Facts
Career Highlights
Music
Favorites
Timeline
TV Appearances







"Mad Money" Jan. 18, 2008
Directed by Callie Khouri. Visit the official movie website.
www.madmoneymovie.com

**sign up**
Be the first to know the latest and greatest available on Marilyn's site!

**join in**
Become a member of the hottest fan club on the web!

**tell us**
What do you have to say about the Blond Bombshell?

**buy it**
Gotta have the latest purse? Get it here and much, much more!

**browse**
Check out our extensive library of gorgeous images.

**watch**
View our archive of Marilyn clips to see some of the latest advertisements!