

PAULA K. COLBATH
Partner

345 Park Avenue
New York, NY 10154

Direct 212.407.4905
Main  212.497.4000
Fax   212.937.3189
pcolbath@loeb.com

November 9, 2007

**MEMO ENDORSED**

Via Facsimile

Honorable Colleen McMahon
500 Pearl Street, Room 640
New York, New York 10007

Re: <u>Shaw Family Archives, Ltd., et al. v. CMG Worldwide, Inc., et ano.; Index No. 05 Civ. 3939</u>

Dear Judge McMahon:

We represent Defendant Marilyn Monroe, LLC ("MMLLC") in the above matter and write to respectfully request a two week extension of time for Defendants to serve their reply on Defendants' motion to dismiss and for other relief. Defendants' reply is currently due on November 14, 2007. If the Court grants the requested extension, Defendants' reply will be due on November 28, 2007. This is Defendants' first request for additional time to submit their reply. Plaintiffs and Defendant CMG Worldwide, Inc. consent to this request.

We request the additional time because MMLLC is considering withdrawing its motion. If it does so, judicial time and resources will be saved.

We thank the Court for its consideration of this request.

Respectfully submitted,

Paula K. Colbath

cc: Christopher Serbagi (via email)
    Theodore J. Minch, Esq. (via email)

11/13/2007
granted

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/07
```

Los Angeles   New York   Chicago   Nashville   www.loeb.com

A limited liability partnership including professional corporations

NY686627.1
211146-10007



**LOEB&LOEB**LLP
A LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

ATTORNEYS AT LAW
345 PARK AVENUE
NEW YORK, NY 10154-0037

TELEPHONE: 212-407-4000
FACSIMILE: 212-407-4990

# FACSIMILE TRANSMITTAL

This transmission is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you.

**DATE:** November 9, 2007                **TIME:** 12:43:12 PM

Please deliver these 2 pages (including this cover letter)...

**TO:** Honorable Collen McMahon         Facsimile: (212) 805-6326
                                          Voice:     (212) 805-6325

**FROM:** Paula K. Colbath
Personal ID:   00117                     Direct Dial: 212-407-4905
Client/Re:     211146-10007              Facsimile:   212-937-3189

**NOTE:** If transmission is not complete, please call our operator at 212-407-4918.

**MESSAGE TO ADDRESSEE:**

NY666827.1
211146-10007