UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHAW FAMILY ARCHIVES, LTD., EDITH MARCUS, :
and META STEVENS,                         :     ECF CASE
                                          :
                              Plaintiffs, :     Index No. 05 CV 3939 (CM)
                                          :
        -against-                         :
                                          :
CMG WORLDWIDE, INC., an Indiana Corporation :
and MARILYN MONROE, LLC, a Delaware       :
Limited Liability Company,                :
                                          :
                              Defendants. :
------------------------------------------------------------X

## NOTICE OF MOTION TO WITHDRAW COUNTS 1-8 OF THE PLAINTIFFS' SECOND AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 41(a)(2)

To:   Paula Colbath, Esq.
      Loeb & Loeb LLP
      345 Park Avenue
      New York, New York 10154
      (212) 407-4905

      Theodore J. Minch, Esq.
      Sovich Minch, LLP
      10099 Chesapeake Drive, Suite 100
      McCordsville, Indiana 46055
      (317) 335-3601

PLEASE TAKE NOTICE, that, upon the Memorandum of Law in Support of Plaintiffs' Motion To Withdraw Counts 1-8 of their Second Amended Complaint Without Prejudice, Declaration of Christopher Serbagi, dated December 16, 2007 and Declaration of Edith Marcus, dated December 15, 2007, by its undersigned attorneys, will move this Court, in the Courtroom of the Honorable Colleen McMahon, United States District Judge, United States Courthouse, 500

Pearl Street, New York, New York, 10007, at a time and date to be determined by the Court, for an Order pursuant Fed. R. Civ. P. 41(a)(2) to withdraw Counts 1-8 of the Second Amended Complaint without prejudice, and for other relief that the court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that answering papers, if any, are to be served on counsel for Plaintiffs two weeks after receipt of moving papers, and reply papers, if any, are to be served five (5) business days after service of answering papers.

Dated: New York, New York
      December 16, 2007

                            Respectfully Submitted,

                            By: *Christopher Serbagi*
                            Christopher Serbagi
                            David Marcus
                            Law Offices of Christopher Serbagi
                            488 Madison Avenue, Suite 1120
                            New York, New York 11201
                            Tele: (212) 593-2112
                            Fax: (212) 308-8582

                            Attorneys for the Plaintiffs