# EX. G

# EX. G IS MARKED HIGHLY CONFIDENTIAL AND IS SUBJECT TO A PROTECTIVE ORDER