# EX. A

From:Jeong-Ho Lee

To:jipark@hmall.com

Sent:Wednesday,November 21,2007 10:32am


Dear President Park Jong-In

I am an in-house attorney of CMG Worldwide and am in charge of international licensing affairs. CMG Worldwide Our company represents Marilyn Monroe LLC who owns publicity right and trademark rights for Marilyn Monroe in the States and owns trademark rights in the territory of Korea, China, Japan and EU.

Recently it came to our attention from our Korean licensee that a company named Y&P International tries to sell the products bearing Marilyn Monroe's name without a proper approval from Marilyn Monroe LLC through home shopping channel. This is a definite trademark rights infringement to the Korean TM law and International TM law. We treat that this act as a very serious matter infringing our rights. We will take any possible actions against Y&P International and Hyundai home shopping channel who distributes the products and will claim damages.


Please respond to this email within 48 hours on your receipt that you would not distribute the products of Y&P International. If there's any products already distributed, please present a detailed report on the sales etc.


I inform you that this letter or any content and remarks not stated in this letter would not limit the rights of Marilyn Monroe LLC.


Jeong-Ho Lee.Esq.

Indiana Legal Counsel/ International Licensing Executive

CMG Worldwide. Inc.

9229 W.Sunset Blvd.

Suite 820

West Hollywood.CA. 90069

Phone(310)854-0052

Fax(317)570-5500

Email   jeong-ho@cmgworldwide.com