# MEMO ENDORSED



**PAULA K. COLBATH**
Partner

345 Park Avenue
New York NY 10154

Direct  212.407.4905
Main    212.407.4000
Fax     212.937.3189
pcolbath@loeb.com

Via Fax

December 27, 2007

Hon. Colleen McMahon
United States District Court
500 Pearl Street, Room 640
New York, New York 10007

Re: <u>Shaw Family Archives, Ltd. v. CMG Worldwide Inc., et ano.</u>, No. 05 Civ. 3939 (CM)

Dear Judge McMahon:

We represent Defendant Marilyn Monroe, LLC ("MMLLC") and write to request a two-week extension (from January 2, 2008 to January 16, 2008) of Defendants' time to respond to Plaintiffs' Motion to Withdraw Counts 1-8 of Plaintiffs' Second Amended Complaint Without Prejudice Pursuant to Rule 41(a)(2). Counsel for MMLLC are actively engaged in depositions so as to meet the December 31st discovery deadline, and, with the intervening Christmas and New Year's holidays, request additional time to comply with the Court's December 21, 2007 order to respond to Plaintiffs' motion with respect to Counts 3-8 (as well as Counts 1-2). This is the first request to extend this deadline. Counsel for Plaintiffs did not consent to this request, and did not provide an explanation.

We regret having to contact Your Honor with this request at this time of year, and very much appreciate your consideration of this matter.

Respectfully yours,

Paula K. Colbath
Partner

Cc: Christopher Serbagi, Esq. (*via email*)
    Ted Minch, Esq. (*via email*)

Granted.
So Ordered
Colleen McMahon
12/28/7

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/08
```

Los Angeles  New York  Chicago  Nashville  www.loeb.com

A limited liability partnership including professional corporations