UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SHAW FAMILY ARCHIVES, LTD, EDITH
MARCUS, and META STEVENS                 :  Index No. 05 CV 3939 (CM)
                                         :
                                         :
         Plaintiffs/Consolidated Defendants,  :  Honorable Colleen McMahon
                                         :
         -against-                       :
                                         :
                                         :
CMG WORLDWIDE, INC., an Indiana Corporation :
and MARILYN MONROE, LLC, a Delaware      :
Limited Liability Company,               :
                                         :
         Defendants/Consolidated Plaintiffs.  :
                                         :
------------------------------------------------------------X

## NOTICE OF MOTION FOR SUMMARY JUDGMENT AND ATTORNEY'S FEES UNDER THE UNITED STATES COPYRIGHT ACT

To:   Paula Colbath, Esq.
      Loeb & Loeb
      345 Park Avenue
      New York, New York 10154
      Tele: (212) 407-4000

      Theodore J. Minch
      Sovich Minch, LLP
      10099 Chesapeake Drive, Suite 100
      McCordsville, Indiana 46055
      Tele: 317-335-3601

PLEASE TAKE NOTICE, that, upon the Memorandum of Law in Support of Motion for Summary Judgment on Count I of the Third Amended Complaint and for Attorney's Fees Under the United States Copyright Act, Rule 56.1 Statement of Undisputed Facts, Declaration of Christopher Serbagi, Declaration of Michelle Minieri, and Declaration of Edith Marcus, Defendant Bradford Licensing Associates and Plaintiffs/Consolidated Defendant Shaw Family

Archives, Ltd., by their undersigned attorneys, will move this Court, in the Courtroom of the Honorable Colleen McMahon, United States District Judge, United States Courthouse, 500 Pearl Street, New York, New York, 10007, at a time and date to be determined by the Court, for an Order, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for Summary Judgment against Defendants/Consolidated Plaintiffs Marilyn Monroe, LLC and CMG Worldwide, Inc., dismissing Count I of their Third Amended Complaint and for attorney's fees under the United States Copyright Act, and for other relief that the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that answering papers, if any, are to be served on counsel for Defendant Bradford Licensing Associates and Plaintiffs/Consolidated Defendant Shaw Family Archives, Ltd. two weeks after receipt of moving papers, and reply papers, if any, are to be served five (5) business days after service of answering papers.

Dated: New York, New York
       January 8, 2007

                              Respectfully Submitted,

                              By: _____
                              Christopher Serbagi, Esq.
                              David Marcus, Esq.
                              488 Madison Avenue, Suite 1120
                              New York, New York 11201
                              Tele: (212) 593-2112
                              Fax: (212) 308-8582

                              Attorneys for the Plaintiffs/Consolidated
                              Defendants