**LAW OFFICES OF CHRISTOPHER SERBAGI**
ATTORNEYS AT LAW
488 MADISON AVENUE
SUITE 1120
NEW YORK, NEW YORK 10022
(212) 593-2112
FACSIMILE (212) 308-8582
WWW.SERBAGI.COM

COUNSEL
SETH A. AKABAS
ELLIOT FURMAN
SHARON COLCHAMIRO

January 10, 2008

Via Facsimile
Honorable Colleen McMahon
United States District Court
500 Pearl Street, Room 640
New York, New York 10007

**MEMO ENDORSED**

Re: Shaw Family Archives, Ltd. et al. v. CMG Worldwide, Inc. et al.,
Index. No. 05 CV 3939 (CM)

Dear Judge McMahon:

The parties jointly and respectfully request a one week extension of time to submit the joint pre-trial order to the Court, which is otherwise due on January 15, 2008. If the Court grants the parties' request, the pre-trial order will be due on January 22, 2008.

The parties are cooperatively and diligently working on the joint pre-trial order, but a number of issues have unexpectedly arisen which have rendered the timely submission of this document difficult, including the heavy January briefing schedule as well as a number of discovery disputes in late December, 2007. The parties have made a total of three requests for the extension of the discovery deadline that also necessitated an extension of the due date for the pre-trial order. Two of those requests were granted. However, since the close of discovery, no party has specifically requested that the Court extend the date for the joint pre-trial order.

The parties thank the Court for its attention to this matter.

Respectfully Submitted,

Christopher Serbagi

cc: Paula Colbath, Esq. (via electronic communication)
Ted Minch, Esq. (via electronic communication)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/08