Exhibit W filed under seal

**CONDITIONALLY UNDER SEAL:** Confidential. This document is subject to a Confidentiality Agreement and Protective Order issued by the Court and may not be examined or copied except in compliance with that Order.

Shaw Family Archives, Ltd. et al. v. CMG Worldwide, Inc., et al., Case No. CV 05-3939 (CM).