## Tal Dickstein

**From:** NYSD_ECF_Pool@nysd.uscourts.gov
**Sent:** Monday, December 17, 2007 12:25 AM
**To:** deadmail@nysd.uscourts.gov
**Subject:** Activity in Case 1:05-cv-03939-CM-MDF Shaw Family Archives, LTD., et al v. CMG Worldwide, Inc. et al Motion to Dismiss

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users.  To avoid later charges, download a copy of each document during this first viewing.
U.S. District Court
United States District Court for the Southern District of New York

Notice of Electronic Filing
The following transaction was entered  by Serbagi, Christopher  on 12/17/2007 0:24 AM EST and filed on 12/17/2007

Case Name: Shaw Family Archives, LTD., et al v. CMG Worldwide, Inc. et al

Case Number: 1:05-cv-3939 https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?310990

Filer: Shaw Family Archives, LTD.,Edith MarcusMeta Stevens

Document Number: 141
Copy the URL address from the line below into the location bar of your Web browser to view the document: Document: https://ecf.nysd.uscourts.gov/doc1/12704244181?magic_num=27298869&de_seq_num=519&caseid=310990

Docket Text:
FIRST MOTION to Dismiss <I>Causes of Action 1-8 of Plaintiffs Second Amended Complaint Without Prejudice</I>. Document filed by Shaw Family Archives, LTD.,, Edith Marcus, Meta Stevens. Responses due by 12/31/2007(Serbagi, Christopher)

1:05-cv-3939 Notice has been electronically mailed to:
Tracy Nicole Betz                                                        tbetz@sommerbarnard.com


Paula Kae Colbath                                                        pcolbath@loeb.com


Michelle Marie Craven                                                    mcraven@gibsondunn.com,
aarias@gibsondunn.com, jmseibert@gibsondunn.com

Howard Sean Hogan                                                        hhogan@gibsondunn.com,
aarias@gibsondunn.com

David Michael Marcus #2                                                  dmmlitigates@yahoo.com


Jonathan Garland Polak
jpolak@sommerbarnard.com,
csmith@sommerbarnard.com

Christopher Serbagi                                                      c.serbagi@att.net


Barry Isaac Slotnick                                                     bslotnick@loeb.com

1

Orin Snyder  osnyder@gibsondunn.com,
aarias@gibsondunn.com

1:05-cv-3939 Notice has been delivered by other means to:
David Marcus
Law Offices of Christopher Servagi
488 Madison Avenue
Suite 1120
New York, NY 10022

J. Lee McNeeley
McNeely, Stephenson Thopy & Harrold
30 E. Washington Street
Suite 400
Shelbyville, IN 46176

Amy L. Wright
Dann, Pecar, Newman & Kleiman
One American Square
Suite 2300
P.O. Box 82008
Indianapolis, IN 46282

The following document(s) are associated with this transaction:
Document description: Main Document
 Original filename: n/a
 Electronic document Stamp:
 [STAMP dcecfStamp_ID=1008691343 [Date=12/17/2007] [FileNumber=4093658-0]
[b49d0e7dd72f36d77286ae1f0be15532a7919155be445bc59eecbd2796474dba1b37d4e27db8004092ecc3754
d1797803ea14134bdabee5fb99a02379ea90241]]