

**JONATHAN NEIL STRAUSS**
Associate

345 Park Avenue
New York, NY 10154

Direct 212.407.4089
Main 212.407.4000
Fax 646.514.2887
jstrauss@loeb.com

Via Facsimile

January 16, 2007

**MEMO ENDORSED**

Honorable Colleen McMahon
500 Pearl Street, Room 640
New York, New York 10007

Re: Shaw Family Archives, Ltd., et al. v. CMG Worldwide, Inc., et ano.; Index No. 05 Civ. 3939

Dear Judge McMahon:

We represent Defendant Marilyn Monroe, LLC ("MMLLC") in the above matter and write to respectfully request a two week extension of time for Defendants to respond to Plaintiffs motion for Summary Judgment on Count I of Defendants' Third Amended Complaint. Defendants' opposition is currently due on January 25, 2008. If the Court grants the requested extension, Defendants' opposition will be due on February 8, 2008. This is Defendants' first request for additional time to submit their opposition. Plaintiffs and Defendant CMG Worldwide, Inc. have consented to this request.

We request the additional time because the parties are currently cooperatively and diligently working on the joint pre-trial order, which renders compliance with the current briefing schedule difficult.

We thank the Court for its consideration of this request.

Respectfully submitted,

Jonathan Neil Strauss

cc: Christopher Serbagi, Esq. (via email)
Theodore J. Minch, Esq. (via email)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/08

ok

[signed] Colleen McMahon
1/17/08