

**JONATHAN NEIL STRAUSS**
Associate

345 Park Avenue
New York, NY 10154

Direct 212.407.4089
Main 212.407.4000
Fax 646.514.2887
jstrauss@loeb.com



Via Facsimile

January 17, 2007   **MEMO ENDORSED**

Honorable Colleen McMahon
500 Pearl Street, Room 640
New York, New York 10007

Re: Shaw Family Archives, Ltd., et al. v. CMG Worldwide, Inc., et ano.; Index No. 05 Civ. 3939

Dear Judge McMahon:

The parties jointly and respectfully request a _final_ one week extension of time to submit the joint pre-trial order to the Court, which is otherwise due on January 22, 2008. If the Court grants the parties' request, the pre-trial order will be due on January 29, 2008.

Following the Court's rulings of earlier today, the parties now have clarity on the scope of the pre-trial order, and will be exchanging draft proposed orders tomorrow. A final one-week extension would enable the parties to effectively review and respond to each other's proposed exhibits, deposition designations, stipulations and similar items, particularly in light of the upcoming holiday weekend. The parties anticipate working cooperatively and diligently throughout this process.

We thank the Court for its consideration of this request.

Respectfully submitted,

/Jonathan Neil Strauss

cc: Christopher Serbagi, Esq. (via email)
Theodore J. Minch, Esq. (via email)

OK

Colleen McMahon
1/18/08

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/08

Los Angeles   New York   Chicago   Nashville   www.loeb.com

NY697783.1
211146-10007

A limited liability partnership including professional corporations