UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
SHAW FAMILY ARCHIVES, LTD., EDITH MARCUS, :
and META STEVENS, :
                           Plaintiffs,    :  Index No. 05 CV 3939(CM)

       -against-

CMG WORLDWIDE, INC., an Indiana Corporation
and MARILYN MONROE, LLC, a Delaware
Limited Liability Company,

                           Defendants.
------------------------------------------------------------------x

## SECOND DECLARATION OF CHRISTOPHER SERBAGI

1. My name is Christopher Serbagi. I represent the Plaintiffs Shaw Family Archives, Ltd., Edith Marcus and Meta Stevens (the "Shaw Family"). I have personal knowledge of the matters stated in this declaration.

2. Attached hereto as Exhibit A is a true and correct copy of an electronic communication from Ted Minch to Christopher Serbagi dated November 3, 2007, together with a signed stipulation, dated November 2, 2007.

Dated: New York, New York
       January 22, 2008

                                     LAW OFFICES OF CHRISPTHER SERBAGI

                                     By: Christopher Serbagi
                                   488 Madison Avenue, Suite 1120
                                   New York, New York 10022
                                   Tel: (212) 593-2112
                                   Fax: (212) 308-8582

                                   Attorneys for plaintiff/consolidated defendant Shaw Family Archives, Ltd., plaintiffs Edith Marcus and Meta Stevens and consolidated defendant Bradford Licensing Associates

# EX. A

Case 1:05-cv-03939-CM   Document 164   Filed 01/23/2008   Page 2 of 5

christopher serbagi                                              Mon, Jan 21, 2008  8:13 PM

**Subject: RE: 2007_11_02_13_12_11.pdf**
**Date:** Saturday, November 3, 2007 1:02 PM
**From:** Ted J. Minch <tjminch@sovichminch.com>
**To:** 'Christopher Serbagi' <c.serbagi@earthlink.net>, 'Paula Colbath' <pcolbath@loeb.com>
**Conversation:** 2007_11_02_13_12_11.pdf

Attached please find my executed copy of the stipulation.  Thanks.

-----Original Message-----
From: Christopher Serbagi [mailto:c.serbagi@earthlink.net]
Sent: Friday, November 02, 2007 1:19 PM
To: Paula Colbath; Ted J. Minch
Subject: 2007_11_02_13_12_11.pdf

Attached is the stipulation we discussed.  Please sign and send back to me.

Christopher Serbagi

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SHAW FAMILY ARCHIVES, LTD., EDITH MARCUS  :
and META STEVENS,                          :
                                           : Index No. 05 CV 3939 (CM)
                    Plaintiffs,            :
                                           : STIPULATION
        -against-                          :
                                           :
CMG WORLDWIDE, INC., an Indiana Corporation, :
and MARILYN MONROE, LLC, a Delaware Limited :
Liability Company,                         :
                                           :
                    Defendants.            :
------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, that the Plaintiffs hereby amend their Second Amended Complaint dated August 8, 2007, by withdrawing the Third, Fourth, Fifth, Sixth, Seventh, and Eighth causes of action.

IT IS HEREBY STIPULATED AND AGREED that signatures transmitted electronically or via facsimile shall constitute original signatures for purposes of this Stipulation.

IT IS HEREBY STIPULATED AND AGREED that this Stipulation can be executed in counterparts.

Dated: New York, New York
       November 2, 2007

*Christopher Serbagi* (signature)

CHRISTOPHER SERBAGI, ESQ.
488 Madison Avenue, Suite 1120
New York, New York 10022
Tele: (212) 593-2112
Fax: (212) 308-8582

Attorney for the Plaintiffs/
Consolidated Defendants

*Theodore Minch* (signature)

THEODORE J. MINCH, ESQ.
Sovich Minch, LLP
10099 Chesapeake Drive, Suite 100
McCordsville, Indiana 46055
Tele: (317) 335-3601
Fax: (317) 335-3602

Attorney for the Defendant/
Consolidated Plaintiff CMG
Worldwide, Inc.

PAULA COLBATH
Loeb & Loeb
345 Park Avenue
New York, New York 10154
Tele: (212) 497-4000
Fax: (212) 937-3189

Attorney for the Defendant/
Consolidated Plaintiff Marilyn
Monroe, LLC

SO ORDERED

_____
U.S.D.J.