## LAW OFFICES OF CHRISTOPHER SERBAGI

ATTORNEYS AT LAW
488 MADISON AVENUE
SUITE 1120
NEW YORK, NEW YORK 10022
(212) 593-2112
FACSIMILE (212) 308-8582
WWW.SERBAGI.COM

COUNSEL
SETH A. ARABAS
ELLIOT FURMAN
SHARON COLCHAMIRO

# MEMO ENDORSED

January 23, 2008

Via Facsimile
Honorable Colleen McMahon
United States District Court
500 Pearl Street, Room 640
New York, New York 10007

*[handwritten signature: Colleen McMahon 1/23/08]*

Re: Shaw Family Archives, Ltd. et al. v. CMG Worldwide, Inc. et al., Index. No. 05 CV 3939

Dear Judge McMahon:

The Shaw Family respectfully requests (with the Defendants' consent) a first and final two week extension to file its motions on (i) the lack of constitutionality of the newly passed California right of publicity legislation and (ii) whether Defendants are estopped from asserting that Marilyn Monroe died a California domiciliary based on MMLLC's repeated judicial representations to the contrary. The Shaw Family initially offered to file these motions on January 31, 2008. If the Court grants the extension, the Shaw Family will file its motions on or before February 14, 2008.

The Shaw Family is working diligently to prepare the pre-trial order, to finish the briefing on two pending motions, and to file some additional pre-trial motions as soon as possible. We thank the Court for considering this request.

Respectfully Submitted,

Christopher Serbagi

cc: Paula Colbath, Esq. (via electronic communication)
Ted Minch, Esq. (via electronic communication)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/08
```