# LAW OFFICES OF CHRISTOPHER SERBAGI

ATTORNEYS AT LAW
488 MADISON AVENUE
SUITE 1120
NEW YORK, NEW YORK 10022
(212) 593-2112
FACSIMILE (212) 308-8582
WWW.SERBAGI.COM

COUNSEL:
SETH A AKABAS
ELLIOT FURMAN
SHARON COLCHAMIRO

# MEMO ENDORSED

January 29, 2008

Via Facsimile
Honorable Colleen McMahon
United States District Court
500 Pearl Street, Room 640
New York, New York 10007

*Oh please!* [handwritten endorsement signed Colleen McMahon 1/29/08]

Re: Shaw Family Archives, Ltd. et al. v. CMG Worldwide, Inc. et al., Index. No. 05 CV 3939

Dear Judge McMahon:

The parties jointly request until February 1, 2008 to file their joint pre-trial order with the Court, which is otherwise due today. Since the Court granted the last extension of time on January 18, 2008, the parties have been working diligently (every day and late into the night) to cooperatively complete the pre-trial order. While the parties are ready to submit the pre-trial order in some form today, the few additional days would significantly facilitate trial by permitting the parties to continue their negotiation of the stipulated facts and to clarify their respective contentions.

The parties sincerely apologize to the Court for this last minute request, but we believe that the few additional days would significantly contribute to a more complete and clear document.

Respectfully Submitted,

Christopher Serbagi

cc: Paula Colbath, Esq. (via electronic communication)
Ted Minch, Esq. (via electronic communication)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/08
```