```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
SHAW FAMILY ARCHIVES LTD., EDITH    :
MARCUS and META STEVENS,
                                    :
           Plaintiffs,                   Case No. 05 Civ. 3939 (CM)
                                    :
    -against-                            Hon. Colleen McMahon
                                    :
CMG WORLDWIDE, INC. and MARILYN          STIPULATION
MONROE LLC,                         :

           Defendants.
----------------------------------------X

UPON REQUEST OF COUNSEL FOR THE DEFENDANTS, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that the briefing schedule for Plaintiffs' / Consolidated Defendants' Motion for Summary Judgment on Defendants' / Consolidated Plaintiffs' Public Domain Claim and for Defendants' / Consolidated Plaintiffs' Cross-Motion for Summary Judgment on their Public Domain Claim is as follows:

| | |
|---|---|
| Plaintiffs' / Consolidated Defendants' Motion for Summary Judgment | (Filed January 8, 2008) |
| Defendants' / Consolidated Plaintiffs' Opposition to Motion and Cross-Motion for Summary Judgment | February 12, 2008 |
| Plaintiffs' / Consolidated Defendants' Opposition to Cross-Motion and Reply in Further Support of Motion | February 29, 2008 |
| Defendants' / Consolidated Plaintiffs' Reply in Further Support of Cross-Motion | March 14, 2008 |

*NO FURTHER EXTENSIONS ALLOWED*

LAW OFFICES OF CHRISTOPHER SERBAGI

By: _____
Christopher Serbagi
488 Madison Avenue, Suite 1120
New York, New York 10022
Tel: (212) 593-2112
Fax: (212) 308-8582

*Attorneys for Shaw Family Archives, Ltd., Edith Marcus and Meta Stevens*

LOEB & LOEB, LLP

By: _____
Jonathan Strauss
345 Park Avenue
New York, New York 10154-1895
Tel: (212) 407-4000
Fax: (646) 514-2887

*Attorneys for Marilyn Monroe LLC*


SOVICH MINCH, LLP

By: _____
Theodore J. Minch, Esq.
10099 Chesapeake Drive, Suite 100
McCordsville, Indiana 46055
Tel: (317) 335-3601
Fax: (317) 335-3602

*Attorneys for CMG Worldwide, Inc.*

Dated: New York, New York
       February 7, 2008

So Ordered.

2/7/08

_____
Hon. Colleen McMahon
U.S.D.J.

2

02/07/2008  13:42    3173353602                SOVICH MINCH LLP                       PAGE  03/03

| LAW OFFICES OF CHRISTOPHER SERBAGI | LOEB & LOEB, LLP |
|---|---|
| By:_____ <br> Christopher Serbagi <br> 488 Madison Avenue, Suite 1120 <br> New York, New York 10022 <br> Tel: (212) 593-2112 <br> Fax: (212) 308-8582 <br><br> *Attorneys for Shaw Family Archives, Ltd., Edith Marcus and Meta Stevens* | By:_____ <br> Jonathan Strauss <br> 345 Park Avenue <br> New York, New York 10154-1895 <br> Tel: (212) 407-4000 <br> Fax: (646) 514-2887 <br><br> *Attorneys for Marilyn Monroe LLC* |

SOVICH MINCH, LLP

By: *[signature]* Theodore J. Minch
Theodore J. Minch, Esq.
10099 Chesapeake Drive, Suite 100
McCordsville, Indiana 46055
Tel: (317) 335-3601
Fax: (317) 335-3602

*Attorneys for CMG Worldwide, Inc.*

Dated: New York, New York
February 7, 2008

So Ordered.

_____
Hon. Colleen McMahon
U.S.D.J.

2