**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------- X
SHAW FAMILY ARCHIVES, LTD., EDITH       :
MARCUS and META STEVENS,

                                        :

                     Plaintiffs,

                                        :       Case No. 05 Civ. 3939

            -against-

                                        :       Hon. Colleen McMahon

CMG WORLDWIDE, INC. and MARILYN         :
MONROE LLC,                             :

             Defendants.

-------------------------------------------------------- X

## <u>NOTICE OF CROSS-MOTION</u>

       PLEASE TAKE NOTICE THAT upon Defendants / Consolidated Plaintiffs'

Memorandum of Law and Combined Statement of Undisputed Facts, and the Declarations of

Jonathan Neil Strauss, Barry I. Slotnick, David Strasberg, Mark Roesler, and Maureen Cloonan,

all dated February 12, 2008, Defendants / Consolidated Plaintiffs Marilyn Monroe LLC will

cross-move this Court, at 500 Pearl Street, New York, New York, 10007, at a time and date to be

determined by the Court, for an order granting summary judgment on Defendants / Consolidated

Plaintiffs' claim in Count 1 of their Third Amended Complaint for a declaration that Plaintiffs /

Consolidated Defendants do not possess valid and enforceable copyrights to certain photographs

of Marilyn Monroe taken by Sam Shaw that were either: (a) published prior to January 1, 1964,

were no copyright renewals were obtained during the final year of the initial 28-year copyright

term for such photographs; or (b) published prior to March 1, 1989, without the requisite

copyright notice.

       PLEASE TAKE FURTHER NOTICE THAT pursuant to the Court's Order dated

February 8, 2008, Plaintiffs / Consolidated Defendants' opposition papers, if any, must be served

on or before February 29, 2008, and Defendants / Consolidated Plaintiffs' reply papers, if any, must be served on or before March 14, 2008.

Dated:  New York, New York
        February 12, 2008

                                LOEB & LOEB LLP

                                By:   /s/
                                      Jonathan Neil Strauss (JS1090)
                                      Barry I Slotnick (BS9796)
                                      Paula K. Colbath (PC9895)
                                      345 Park Avenue
                                      New York, New York 10154-1895
                                      (212) 407-4000

                                      *Attorneys for Defendants*
                                      *Marilyn Monroe LLC*