Int. Cls.: 3, 14, 16, 25 and 28

Prior U.S. Cls.: 22, 26, 28, 37, 38, 39, 50 and 51

Reg. No. 1,509,758

**United States Patent and Trademark Office**  Registered Oct. 25, 1988

TRADEMARK
PRINCIPAL REGISTER

*Marilyn Monroe* (signature)

EXECUTOR OF THE ESTATE OF MARILYN MONROE, THE (NEW YORK ESTATE)
C/O AARON FROSCH, EXECUTOR
641 LEXINGTON AVENUE
NEW YORK, NY 10016

FOR: PERFUME, IN CLASS 3 (U.S. CL. 51).
FIRST USE 11–0–1983; IN COMMERCE 11–0–1983.
FOR: WATCHES, IN CLASS 14 (U.S. CL. 28).
FIRST USE 11–0–1983; IN COMMERCE 11–0–1983.
FOR: CLOTHING PATTERNS, BALLPOINT PENS, POSTERS AND GREETING CARDS, IN CLASS 16 (U.S. CLS. 26, 37 AND 38).

FIRST USE 12–0–1983; IN COMMERCE 12–0–1983.
FOR: SLIPPERS, PANTIES, DRESSES AND SWIMSUITS, IN CLASS 25 (U.S. CL. 39).
FIRST USE 1–0–1983; IN COMMERCE 1–0–1983.
FOR: PAPER DOLLS AND BALLOONS, IN CLASS 28 (U.S. CLS. 22 AND 50).
FIRST USE 11–0–1983; IN COMMERCE 11–0–1983.

SER. NO. 633,842, FILED 12–4–1986.

HELEN ROBERTS WENDEL, EXAMINING ATTORNEY