ASSIGNMENT FOR TRADEMARK REGISTRATION NUMBER: 1509758 PAGE: 1

SERIAL NUMBER:  73/633842
REGISTRATION NUMBER:  1509758                    DATE FILED    :  12/04/1986
                                                 DATE REGISTERED:  10/25/1988

NUMBER OF PAGES:  004
MARK:  MARILYN MONROE
REEL:  1075    FRAME:  0102                      DATE RECORDED  :  12/02/1993
REGISTRANT: EXECUTOR OF THE ESTATE OF MARILYN MONROE

ASSIGNOR:  EXECUTOR OF THE ESTATE OF MARILYN MONROE  DATE SIGNED :07/27/1989
           C/O AARON FROSCH, EXECUTOR
ADDRESS :
ENTITY  :  ESTATE                                DATE ACKNOWLD:00/00/0000
CITIZENSHIP:  NEW YORK

ASSIGNEE:  ADMINISTRATRIX, C.T.A. OF THE ESTATE OF
           MARILYN MONROE, C/O ANNA STRASBERG, ADMI
           NISTRATRIX, C.T.A.
ADDRESS :  135 CENTRAL PARK WEST
           NEW YORK, NY
PRESS XMIT LINE TO CONTINUE.
FOR A NEW SEARCH ENTER TRANSACTION CODE AND SEARCH
STRATEGY HERE:                                           12/05/94 16:23
                   ASSIGNMENT FOR TRADEMARK REGISTRATION NUMBER: 1509758 PAGE:  2

ENTITY  :  ESTATE
CITIZENSHIP:  NEW YORK
BRIEF:  DECREE GRANTING LETTERS OF ADMINISTRATIO
            N

ASSIGNMENTS RECORDED PRIOR TO 1/1/55 ARE NOT CONTAINED IN THIS DATA BASE.

**LAST PAGE**. ENTER 'P' HERE TO PAGE BACKWARDS:
FOR A NEW SEARCH ENTER TRANSACTION CODE AND SEARCH
STRATEGY HERE:                                           12/05/94 16:23