**United States Patent and Trademark Office**

Home| Site Index| Search| Guides| Contacts| eBusiness| eBiz alerts| News| Help



Assignments on the Web > **Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 2**

**Serial #:** 73633842    **Filing Dt:** 12/04/1986    **Reg #:** 1509759    **Reg. Dt:** 10/25/1988

**Registrant:** EXECUTOR OF THE ESTATE OF MARILYN MONROE

**Mark:** MARILYN MONROE

**Assignment: 1**

**Real/Frame:** 1075/0102    **Received:**    **Recorded:** 12/02/1993    **Pages:** 4

**Conveyance:** DECREE GRANTING LETTERS OF ADMINISTRATION

**Assignor:** EXECUTOR OF THE ESTATE OF MARILYN MONROE C/O AARON            **Exec Dt:** 07/27/1989
FRENCH, EXECUTOR                                                             **Entity Type:** ESTATE
                                                                            **Citizenship:** NEW YORK

**Assignee:** ADMINISTRATRIX, C.T.A. OF THE ESTATE OF MARILYN MONROE,        **Entity Type:** ESTATE
C/O ANNA STRASBERG, ADMINISTRATRIX, C.T.A.                                  **Citizenship:** NEW YORK
135 CENTRAL PARK WEST NEW YORK, NY

**Correspondent:** MICHELE P. SCHWARTZ
BLUM KAPLAN
1120 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

**Assignment: 2**

**Real/Frame:** 2407/0193    **Received:** 12/07/2001    **Recorded:** 10/23/2001    **Pages:** 3

**Conveyance:** CHANGE OF NAME

**Assignor:** ANNA STRASBERG, AS ADMINISTRATRIX, C.T.A. OF THE ESTATE OF       **Exec Dt:** 07/05/2001
MARILYN MONROE                                                              **Entity Type:** INDIVIDUAL
                                                                            **Citizenship:** UNITED STATES

**Assignee:** MARILYN MONROE LLC                                             **Entity Type:** LIMITED LIABILITY COMPANY
9 EAST LOOCKERMAN ST.                                                       **Citizenship:** NONE
DOVER, DELAWARE 19901

**Correspondent:** CMG WORLDWIDE, INC.
LAWRENCE V. MOLNAR, ESQ.
10500 CROSSPOINT BLVD.
INDIANAPOLIS, IN 46256

Search Results as of: 12/13/2007 06:32 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1
Web interface last modified: April 20, 2007 v.2.0.1

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT