

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

REGISTRATION NO. 1509758   SERIAL NO. 73/633842   PAPER NO.
MAILING DATE: 01/30/95

MARK: MARILYN MONROE (STYLIZED)

REGISTRANT: ADMINISTRATRIX, C.T.A. OF THE ESTATE OF
            MARILYN MONROE

CORRESPONDENCE ADDRESS:
  MICHELE P. SCHWARTZ
  STROOCK & STROOCK & LAVAN
  SEVEN HANOVER SQUARE
  NEW YORK, NY 10004-2696

Please furnish the following
in all correspondence

1. Your phone number and zip code.
2. Mailing date of this action.
3. Affidavit-Renewal Examiner's name.
4. The address of all correspondence
   not containing fees should include
   the words "Box 8".
5. Registration No.

RECEIPT IS ACKNOWLEDGED OF THE SUBMITTED REQUEST UNDER:

SECTION 8 OF THE TRADEMARK STATUTE AND 37 CFR SECS. 2.161-2.166.

YOUR REQUEST FULFILLS THE STATUTORY REQUIREMENTS AND HAS BEEN ACCEPTED.

ACCEPTED CLASSES - 3,14,16,25        CANCELLED CLASS - 28

CATHERINE HILL
AFFIDAVIT-RENEWAL EXAMINER
TRADEMARK EXAMINING OPERATION
(703) 308-9500 EXT. 46