Int. Cls.: **9, 16, 21, 24, 28, 33 and 35**

Prior U.S. Cls.: **22, 26, 30, 37, 38, 42, 47, 50 and 101**

Reg. No. 1,889,730

## United States Patent and Trademark Office
Registered Apr. 18, 1995

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

*Marilyn Monroe* (signature)

ADMINISTRATRIX, C.T.A. OF THE ESTATE OF MARILYN MONROE (NEW YORK ESTATE)
135 CENTRAL PARK WEST
NEW YORK, NY 10023

FOR: EYEWEAR, NAMELY EYEGLASSES, SUNGALSSES, AND FRAMES THEREFOR, IN CLASS 9 (U.S. CL. 26).

FIRST USE 9-0-1989; IN COMMERCE 9-0-1989.

FOR: GIFT BAGS AND CALENDARS, IN CLASS 16 (U.S. CLS. 37 AND 38).

FIRST USE 6-0-1989; IN COMMERCE 6-0-1989.

FOR: COLLECTOR PLATES, IN CLASS 21 (U.S. CLS. 30 AND 50).

FIRST USE 6-15-1990; IN COMMERCE 6-15-1990.

FOR: TOWELS, IN CLASS 24 (U.S. CL. 42).

FIRST USE 12-0-1988; IN COMMERCE 12-0-1988.

FOR: PORCELAIN DOLLS, IN CLASS 28 (U.S. CL. 22).

FIRST USE 7-0-1990; IN COMMERCE 7-0-1990.

FOR: WINE, IN CLASS 33 (U.S. CL. 47).

FIRST USE 11-16-1987; IN COMMERCE 11-16-1987.

FOR: HISTORICAL FIGURE LICENSING SERVICES, IN CLASS 35 (U.S. CL. 101).

FIRST USE 4-1-1986; IN COMMERCE 4-1-1986.

THE NAME IN THE MARK DOES NOT IDENTIFY A LIVING INDIVIDUAL.

SER. NO. 74-502,875, FILED 3-21-1994.

ELIZABETH A. DUNN, EXAMINING ATTORNEY