## Trademark Assignment Abstract of Title

**Serial #:** 74502875  **Filing Dt:** 03/21/1994  **Reg #:** 1889730  **Reg. Dt:** 04/18/1995
**Registrant:** Administratrix, c.t.a. of the Estate of
**Mark:** MARILYN MONROE

**Reel/Frame:** 2407/0193  **Received:** 12/07/2001  **Recorded:** 10/23/2001  **Mailed:** 03/25/2002  **Pages:** 3
**Conveyance:** CHANGE OF NAME

**Assignor:**
ANNA STRASBERG, AS ADMINISTRATRIX, C.T.A. OF THE ESTATE OF MARILYN MONROE
**Exec Dt:** 07/05/2001
**Entity Type:** INDIVIDUAL
**Citizenship:** UNITED STATES

**Assignee:**
MARILYN MONROE LLC
9 EAST LOOCKERMAN ST.
DOVER, DELAWARE 19901
**Entity Type:** LIMITED LIABILITY COMPANY
**Citizenship:** NONE

**Correspondent:**
CMG WORLDWIDE, INC.
LAWRENCE V. MOLNAR, ESQ.
10500 CROSSPOINT BLVD.
INDIANAPOLIS, IN 46256

Search Results as of: 5/25/2005 6:52:37 A.M.

If you have any comments or questions concerning the data displayed, contact OPR / Assignments at 703-308-9723
Web Interface last modified: Oct 8, 2002

5/25/05 6:52 AM

Copy provided by USPTO from the TICRS Image Database on 01/07/2008