Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

**United States Patent and Trademark Office**

Reg. No. 2,180,950

Registered Aug. 11, 1998

## TRADEMARK
### PRINCIPAL REGISTER

### MARILYN MONROE

ADMINISTRATRIX, C.T.A OF THE ESTATE OF MARILYN MONROE (NEW YORK ESTATE)
135 CENTRAL PARK WEST
NEW YORK, NY 10023 ADMINISTRATRIX, C.T.A OF THE ESTATE OF MARILYN MONROE (NEW YORK ESTATE)

135 CENTRAL PARK WEST
NEW YORK, NY 10023

FOR: STAMPS AND PHILATELIC GOODS, NAMELY, ENVELOPES AND AIR LETTERS, FIRST DAY COVERS, STAMP FOLIOS, SAVER SLEEVES, SOUVENIR PAGES, COMMEMORATIVE STAMP PANELS, SOUVENIR CARDS, FOLDERS WITH MINT OR CANCELED STAMPS AND STAMP KITS OR PACKS THAT CONTAIN STAMPS OR ANY OF THE ABOVE ITEMS SOLD AS A UNIT, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 6-1-1995; IN COMMERCE 6-1-1995.

OWNER OF U.S. REG. NOS. 1,509,758 AND 1,889,730.

SN 74-717,207, FILED 8-18-1995.

ANDREW BENZMILLER, EXAMINING ATTORNEY