# Trademark Assignment Abstract of Title

**Total Assignments:** 1
**Serial #:** 74217207   **Filing Dt:** 08/18/1995   **Reg #:** 2180950   **Reg. Dt:** 08/11/1998
**Registrant:** Administratrix, c.t.a of the Estate of M
**Mark:** MARILYN MONROE
**Assignment:** 1

**Reel/Frame:** 2407/0193   **Received:** 12/07/2001   **Recorded:** 10/23/2001   **Mailed:** 03/25/2002   **Pages:** 3
**Conveyance:** CHANGE OF NAME

**Assignor:** ANNA STRASBERG, AS ADMINISTRATRIX, C.T.A. OF THE ESTATE OF MARILYN MONROE
**Exec Dt:** 07/05/2001
**Entity Type:** INDIVIDUAL
**Citizenship:** UNITED STATES

**Assignee:** MARILYN MONROE LLC
9 EAST LOOCKERMAN ST.
DOVER, DELAWARE 19901
**Entity Type:** LIMITED LIABILITY COMPANY
**Citizenship:** NONE

**Correspondent:** CMG WORLDWIDE, INC.
LAWRENCE V. MOLNAR, ESQ.
10500 CROSSPOINT BLVD.
INDIANAPOLIS, IN 46256

Search Results as of 9/27/2004 3:44:28 P.M

If you have any comments or questions concerning the data displayed, contact OPR / Assignments at 703-308-9723
Web interface last modified Oct 5, 2002