Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,223,599
Registered Feb. 16, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## MARILYN MONROE

ANNA STRASBERG, A U.S. CITIZEN, AS THE EXECUTOR OF THE ESTATE OF MARILYN MONROE (NEW YORK ESTATE)
C/O CMG WORLDWIDE, INC.
10600 CROSSPOINT BOULEVARD
INDIANAPOLIS, IN 46256

   FOR: CLOTHING, NAMELY, BATH ROBES, BATH SANDALS, BATH SLIPPERS, BATHING CAPS, BATHING SUITS, BEACHWEAR, BEACH SHOES, BELTS, BERETS, BOOTS, BRASSIERES, CAMISOLES, CAPS, COATS, CORSELETS, CORSETS, DRESSING GOWNS, FUR STOLES, FUR JACKETS, FUR COATS, FUR MUFFS, FUR CLOAKS, GLOVES, HATS, HOSIERY, JACKETS, JUMPERS, LEGGINGS, NECKTIES, PAJAMAS, PANTS, PETTICOATS, SANDALS, SCARVES, SHAWLS, SHIRTS, SHOULDER WRAPS, SKIRTS, SLIPPERS, SLIPS, SMOCKS, SOCKS, STOCKINGS, SUITS, SUSPENDERS, SWEATERS, SWIMSUITS, TEDDIES, T-SHIRTS, TIGHTS, UNDERCLOTHING, UNDERPANTS, UNDERWEAR, AND VESTS , IN CLASS 25 (U.S. CLS. 22 AND 39).

   FIRST USE 10-15-1995; IN COMMERCE 10-15-1995.

   OWNER OF U.S. REG. NOS. 1,509,758 AND 1,889,730.

   SER. NO. 75-243,242, FILED 2-18-1997.

JUDITH GRUNDY, EXAMINING ATTORNEY