United States Patent and Trademark Office 

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 1**
  **Serial #:** 75243242     **Filing Dt:** 02/18/1997     **Reg #:** 2223599     **Reg. Dt:** 02/16/1999
  **Registrant:** Anna Strasberg, a U.S. citizen, as the e
  **Mark:** MARILYN MONROE

**Assignment: 1**
  **Reel/Frame:** 2407/0193     **Received:** 12/07/2001     **Recorded:** 10/23/2001     **Pages:** 3
  **Conveyance:** CHANGE OF NAME
  **Assignor:** ANNA STRASBERG, AS ADMINISTRATRIX, C.T.A. OF THE ESTATE OF     **Exec Dt:** 07/05/2001
              MARILYN MONROE                                                    **Entity Type:** INDIVIDUAL
                                                                                **Citizenship:** UNITED STATES

  **Assignee:** MARILYN MONROE LLC                                              **Entity Type:** LIMITED LIABILITY COMPANY
              9 EAST LOOCKERMAN ST.                                             **Citizenship:** NONE
              DOVER, DELAWARE 19901
  **Correspondent:** CMG WORLDWIDE, INC.
              LAWRENCE V. MOLNAR, ESQ.
              10500 CROSSPOINT BLVD.
              INDIANAPOLIS, IN 46256

Search Results as of: 01/17/2008 12:03 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1
Web interface last modified: April 20, 2007 v.2.0.1

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT