Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22, and 41

**United States Patent and Trademark Office**

Reg. No. 2,985,935
Registered Aug. 16, 2005

## TRADEMARK
PRINCIPAL REGISTER

# MARILYN MONROE

MARILYN MONROE LLC (DELAWARE CORPORATION)
9 EAST LOOKERMAN ST.
DOVER, DE 19901

FOR: LEATHER AND IMITATIONS OF LEATHER, AND GOODS MADE OF THESE MATERIALS AND NOT INCLUDED IN OTHER CLASSES, NAMELY HAND LUGGAGE, SUITCASES, TRUNKS, HAT BOXES, WARDROBE CASES, HAND BAGS, WALLETS; TRAVEL WARE, NAMELY ATTACHE CASES, BRIEFCASE-TYPE PORTFOLIOS, KEY CASES, TRAVEL KIT BAGS SOLD EMPTY, SHOPPING BAGS MADE OF LEATHER, POCKETBOOKS AND PURSES, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 1-1-2005; IN COMMERCE 1-1-2005.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,509,758, 1,889,730, AND 2,223,599.

APPLICANT STATES THAT "MARILYN MONROE" DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

SN 76-562,969, FILED 12-3-2003.

PATRICIA EVANKO, EXAMINING ATTORNEY