



Spanish ::

| MARILYN | COMMUNITY | PRESS CENTER | BUSINESS | S |

### Andre de Dienes

Click here for photos available for editorial, commercial and other uses.



News
Biography
Photos
  Andre de Dienes
  Harold Lloyd
  George Barris
  CMG Collection
    Color
    Black and White
  Photo Usage
Films
Quotes
Fast Facts
Career Highlights
Music
Favorites
Timeline
TV Appearances



Click on any of the above thumbnails for a larger view

Main Gallery



Home | Marilyn | Community | Press Center | Business | Store | Site Info
TM/© 2006 Marilyn Monroe, LLC c/o CMG Worldwide
Site designed and maintained by CMG-Solutions.com
Patent Pending

Spanish ::



| MARILYN | COMMUNITY | PRESS CENTER | BUSINESS | S |

**George Barris**

Click here for photos available for editorial, commercial and other uses.



- News
- Biography
- Photos
  - Andre de Dienes
  - Harold Lloyd
  - George Barris
  - CMG Collection
    - Color
    - Black and White
  - Photo Usage
- Films
- Quotes
- Fast Facts
- Career Highlights
- Music
- Favorites
- Timeline
- TV Appearances







Click on any of the above thumbnails for a larger view



Main Gallery

Home | Marilyn | Community | Press Center | Business | Store | Site Info
TM/© 2006 Marilyn Monroe, LLC c/o CMG Worldwide
Site designed and maintained by CMG-Solutions.com
Patent Pending



Spanish ::

MARILYN   COMMUNITY   PRESS CENTER   BUSINESS

### Harold Lloyd

News
Biography
Photos
   Andre de Dienes
   Harold Lloyd
   George Barris
   CMG Collection
      Color
      Black and White
   Photo Usage
Films
Quotes
Fast Facts
Career Highlights
Music
Favorites
Timeline
TV Appearances

Click here for photos available for editorial, commercial and other uses.





Click on any of the above thumbnails for a larger view

Main Gallery







Home | Marilyn | Community | Press Center | Business | Store | Site Info
TM/© 2006 Marilyn Monroe, LLC c/o CMG Worldwide
Site designed and maintained by CMG-Solutions.com
Patent Pending