**CMG Worldwide Collection**  5/9/2006

    

    

    

    

page 1 of 5  ▶

**CMG Worldwide Collection**  5/9/2006

    

    

    

    

◀  page 2 of 5  ▶

**CMG Worldwide Collection**  5/9/2006



page 3 of 5

**CMG Worldwide Collection**  5/9/2006

    

    

    

    

◀　　　page 4 of 5　　　▶

**CMG Worldwide Collection**  5/9/2006



◀ page 5 of 5





monm010b.jpg





monm026.jpg





◀ monm011a.jpg ▶





monm021.jpg