UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SHAW FAMILY ARCHIVES, LTD., EDITH  :
MARCUS and META STEVENS
                                                                   :
             Plaintiffs,
                                                                   :   05 Civ. 3939 (CM)
     -against-
                                                                   :   Honorable Colleen McMahon
CMG WORLDWIDE, INC., an Indiana
Corporation and MARILYN MONROE, LLC, :
a Delaware Limited Liability Company,
                                                                   :
             Defendants.
                                                                   :
-----------------------------------------------------------X

## DECLARATION OF MAUREEN CLOONAN

MAUREEN CLOONAN, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am a paralegal at the law firm Loeb & Loeb LLP, attorneys For Marilyn Monroe LLC ("MMLLC"). I have personal knowledge of the facts set forth herein, and have been authorized to submit this Declaration in support of MMLLC's motion for Summary Judgment.

2. On January 8, 2008, I was directed to locate published images of Marilyn Monroe by researching newspaper and magazine archives on microfilm at the New York Public Library. The following exhibits reflect my findings.

3. Attached hereto as Exhibit A is a true and correct copy of three photographs of Marilyn Monroe published by the New York Journal American on September 16, 1954.

4. Attached hereto as Exhibit B is a true and correct copy of a photograph of Marilyn Monroe published by the New York Herald Tribune on September 16, 1954.

5.  Attached hereto as Exhibit C is a true and correct copy of a photograph of Marilyn Monroe published by The New York Daily Mirror on October 5, 1954.

6.  Attached hereto as Exhibit D are true and correct copies of a photograph of Marilyn Monroe and a photograph of Marilyn Monroe and Joe DiMaggio published by The New York Daily Mirror on October 5, 1954.

7.  Attached hereto as Exhibit E is a true and correct copy of a photograph of Marilyn Monroe published by Tempo on December 27, 1954.

8.  Attached hereto as Exhibit F is a true and correct copy of three photographs of Marilyn Monroe published by Modern Screen Magazine in December of 1955.

9.  Attached hereto as Exhibit G is a true and correct copy of photographs of a billboard advertisement of Marilyn Monroe in "The Seven Year Itch" published by The New York Post on May 29, 1955.

10. Attached hereto as Exhibit H are true and correct copies of photographs of Marilyn Monroe published by The New York Daily News on September 16, 1954.

11. Attached hereto as Exhibit I is a true and correct copy of a photograph of Marilyn Monore from a scene of the film "Seven Year Itch" published by The World Telegram and The Sun on January 22, 1955.

12. Attached hereto as Exhibit J is a true and correct copy of a photograph of Marilyn Monroe published by American Weekly Magazine on October 23, 1955.

13. Attached hereto as Exhibit K is a true and correct copy of a photograph of Marilyn Monroe from the Flying Skirt Series of photographs from the film "Seven Year Itch" published by The New York Mirror on August 26, 1957.

14. On February 6, 2008, I performed searches of the United States Copyright Office website for Copyright Registrations regarding relevant articles and images of Marilyn

Monroe. The searches yielded no relevant results. Attached hereto as Exhibit L are true and correct copies of my search results.

15. On February 7, 2008, I performed searches of the United States Copyright Office website for Copyright Registrations regarding the book titled *Marilyn Monroe as the Girl* by Ballantine Books, Inc. Attached hereto as Exhibit M is a true and correct copy of my search results.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:   New York, New York
         February 12, 2008

                                                    *Maureen Cloonan*
                                                    MAUREEN CLOONAN