

LESTER SWEYD COLLECTION

4.—The blower has been turned off. 'T' comes down. And Marilyn laughs at excitement. (Story and another photo)

5.—...another view of the same scene. Following the script, Marilyn ...has swung halfway around, as only she can. It's show went on even though the poor dear complained of goose pimples.



1.—There was a very frisky breeze, drowned out by Wolf whistles and cheering, when Marilyn Monroe stood over a subway grating on Lexington Ave., near 51st this morning, and the skirt of the luscious actress billowed gracefully. 'Twas all for art's sake, that is, for a scene in her new picture, "The Seven Year Itch." An electric blower was thoughtfully placed under Marily's sure the skirt billowed an' La'

## High-Di-Ho For La Monroe

LESTER SWEYD COLLECTION