NEW YORK HERALD TRIBUNE, THURSDAY

## Miss Monroe in Scene Over Subway Grating

Actress Marilyn Monroe doing a skirt-blowing scene for her new picture over a subway grating at Lexington Ave. and 51st St., shortly before 2 a. m. yesterday. Actor Tom Ewell is at left in front of the sidewalk spectators.

Some 1,000 devotees of Marilyn Monroe watched carefully early yesterday as Miss Monroe stood atop a Lexington Ave. subway grating and had her skirt blow high into the air fifteen times. One of her spectators was Joseph DiMaggio, Miss Monroe's husband, formerly of the New York Yankees. He had no comment on his wife's performance—for the movie, "The Seven Year Itch." However, other spectators whistled and cheered each time a huge portable blower situated under the grating sent Miss Monroe's white skirt skyward. Miss Monroe's garb included a white backless dress, a white purse and white panties. She wore no stockings. Miss Monroe departed from the scene, in front of the Trans-Lux Theater at 51st St., at 4:15 a. m. after about two hours of work

---

DAILY NEWS, FRIDAY, SEPTEMB

## Ford Is Idlewild About Marilyn

### Comes In Like a Jet, Leaves Complete Devastation

By ART SMITH



[NEWS foto by Jack Clarity]
The incomparable Marilyn poses for fotogs on her arrival yesterday.