Case 1:05-cv-09939-CM Document 180-4 Filed 02/12/2008 Page 1 of 2

NEW YORK DAILY MIRROR — OCTOBER 5, 1954

other causes of friction, such as:
Item: Joe, a quiet, publicity-shy husband, objected heatedly to the fanfare of sexy photos he opposed, marriage blew up.

## DiMag's Wrecked Romance
# Some of the Reasons Why

**By FRED ZEPP**

WHAT ARE THE REASONS behind the ending of Marilyn Monroe's idyllic marriage to Joe DiMaggio? How did the world-famous couple get along? What forces pulled them apart and led to her decision to seek a divorce? You'll find the answers to these and other questions in this new MIRROR series.

If the little woman gets on your nerves sometimes, pal, cheer up: Marilyn Monroe bored Joe DiMaggio. And, lady, if your guy has all the suave romance of a bowl of day-old oatmeal, don't give up the ship; Marilyn dusted Joe off with a rating of something less than zero as a charm boy.

So, you see, even the top glamorites have trouble with love. And this poses a question: Why?

Why should a couple like this, with plenty of money, charm to burn, a rosy future, get on each other's nerves after only nine short months, so badly that they call it quits? Why didn't they find out in two years of steady dating that they couldn't hit it off? What upset the marital applecart?

Well, as in any busted marriage, there were plenty of reasons. But when you get right down to cases, they sum up in this order: Plain, old-fashioned boredom; the divergent pull of their careers; stubbornness.

THIS WAS a marriage that apparently started with the good wishes of guys and gals around the globe. Out of the hoopla and shouting you could hear the voices of Joe's family in San Francisco, predicting it would be a sure-fire success. And the voices of Hollywood wise guys, certain that at least this one would click. Even Marilyn said that if it ever came to a showdown between her marriage and her career, the career would get the boot, because:

"A career is wonderful, but you can't curl up with a career on a cold night."

Lucky the nights are warm in Hollywood now. Let's take a look at some of the bones of contention.

Joe laid down the law on those Hollywood parties. He wouldn't go and he didn't want her to go. But she had to. Neither one gave in, though a promise of sorts was reached when he

(Continued on Page 24)



Another of Marilyn's "on location" photos.

which attended Marilyn's every public appearance. She retorted it was all part of her work.
Item: Marilyn was obligated to attend a number of parties. Joe ducked them.
Item: Joe disliked her friends and gave Marilyn an ultimatum over one of them, Natasha Lytess, Marilyn's coach. "Either she goes or I do," Joe told Marilyn shortly before she left for New York to work on "Seven Year Itch." Natasha made the eastward jaunt; Joe stayed behind, but joined his wife there later.
Item: Joe wanted to move to San Francisco. Marilyn's career was anchored to a Hollywood flip-flop.

MARILYN gave the news of the bust-up casually. She phoned Billy Wilder, her director on "Itch," to report she wouldn't be in for work as scheduled—because she and Joe had separated and she was busy conferring with attorney Jerry Giesler about a divorce. Giesler later said she will not ask alimony.

Actually, she was living up to a promise made long ago to the publicity department of 20th-Fox—that if she married Joe, she'd let them know in advance, which she did, and, that if the marriage ever came apart at the seams, they'd be the first to know. And they were.

The official reason for the break-up, as given out by Giesler and the studio: "Incompatibility resulting from the conflicting demands of their careers." Which, friends pointed out, boils down to this: Marilyn, with a womanly change of mind, reversed her position from the stand she took just before they were married. At that time she said:

"My career will have to work into my marriage, or I'll do without my career. After all, a career is wonderful, but you can't curl up with a career on a cold night."

Now Giesler is under instructions to file for a divorce, charging mental cruelty.

REPORTERS AND photographers swarmed around the couple's home on North Palm

## BULLETIN
## Marilyn to File Her Suit Toda[y]

(Special to the Mirror)
HOLLYWOOD, Oct. 4.—Marilyn Monroe's attorney, Jerry Giesler, will file formal divorce papers tomorrow (Tuesday) in Santa Monica, THE MIRROR learned Monday night. She will charge mental cruelty.

Drive in Beverly Hills. A woman who identified herself as Mrs. Nelson, said through a peekhole in the front door: "Miss Monroe is in the front door: "Miss Monroe. She's tired and she has a cold."

But she admitted that Joe, who returned Saturday night from the East where he had reported the World Series for a newspaper syndicate, was in the house too. He was reported to be packing in preparation for moving into a suite he has long maintained at the Hotel Knickerbocker. After divorce preliminaries are taken

Continued on Page 24

---

**UNCLE NICK**

Kenny's the name.
And without a doubt,
New York's most
popular radio and
TV columnist. What
to see and hear?
Read Nick Kenny in

*Today's* MIRROR

NEW YORK DAILY MIRROR - OCTOBER 5, 1954

# Marilyn and Joe, 'Bored,' to Divorce

LESTER GLWEYD COLLECTION **By SHEILAH GRAHAM**
(Special to the Daily Mirror)

HOLLYWOOD, Oct. 4—The glamor-packed "marriage of the decade" between Marilyn Monroe and Joe DiMaggio broke up Monday after a run of less than nine months, with both parties "bored right to the ears" with each other.

Both the onetime Yankee Clipper and his voluptuous wife were in seclusion in their English farmhouse in Beverly Hills. Their "his" and "hers" twin black Cadillacs were parked outside. A housekeeper said neither Marilyn or Joe would see reporters.

The slinky blonde beauty, who rode to fame and one of Hollywood's fattest salaries after posing nude for calendar art, pulled no punches when she announced to astonished friends that she will file for divorce as soon as possible.

Marilyn told them: "Joe and I just don't speak the same language."

TO THIS, one of her closest friends — who, like the movie colony as a whole, was caught by surprise by the announcement — added: "To be frank, Joe bores the hell out of her. And I think he's just as bored with her as she is with him."

The $100,000-per-picture screen siren confided to friends: "Joe's idea of a good time is to stay home night after night watching television. He goes for days and days without even speaking to me. He's the moodiest man I ever knew."

THE IDOL of the diamond and the screen's biggest-drawing female star, it was learned, have been fighting bitterly for the past six months—but they managed to gloss things over in public. Besides Marilyn's complaints, ac-



Joe and Marilyn put up a "happy household"

DAILY MIRROR, TUESDAY, OCTOBER 5, 1954