OCTOBER 5, 1954

NEW YORK DAILY MIRROR — OCTOBER 5, 1954

# Marilyn and Joe, 'Bored,' to Divorce

LESTER GWEYD COLLECTION **By SHEILAH GRAHAM**
(Special to the Daily Mirror)

HOLLYWOOD, Oct. 4—The glamor-packed "marriage of the decade" between Marilyn Monroe and Joe DiMaggio broke up Monday after a run of less than nine months, with both parties "bored right to the ears" with each other.

Both the onetime Yankee Clipper and his voluptuous wife were in seclusion in their English farmhouse in Beverly Hills. Their "his" and "hers" twin black Cadillacs were parked outside. A housekeeper said neither Marilyn or Joe would see reporters.

The slinky blonde beauty, who rode to fame and one of Hollywood's fattest salaries after posing nude for calendar art, pulled no punches when she announced to astonished friends that she will file for divorce as soon as possible.

Marilyn told them: "Joe and I just don't speak the same language."

TO THIS, one of her closest friends—who, like the movie colony as a whole, was caught by surprise by the announcement—added: "To be frank, Joe bores the hell out of her. And I think he's just as bored with her as she is with him."

The $100,000-per-picture screen siren confided to friends: "Joe's idea of a good time is to stay home night after night watching television. He goes for days and days without even speaking to me. He's the moodiest man I ever knew."

THE IDOL of the diamond and the screen's biggest drawing female star, it was learned, have been fighting bitterly for the past six months—but they managed to gloss things over in public. Besides Marilyn's complaints, according to intimates, there were

Joe and Marilyn put up a "happy front."