

camera man, the fans, of course -- and we go to a party to celebrate the completion of the picture. We see an aspect of movie-making that no posed "stills" can show. This is an entirely new kind of paperbound book, and a new kind of pictorial record.

We have been able to advance our publication date by a full month bringing it closer to the June opening of the film. We will be able (and willing) to provide glossy prints of any pictures reviewers may want to use in conjunction with their reviews.

*NEW YORK POST – MAY 29, 1955*

**Marilyn Before and After**

Marilyn Monroe had her dress altered, as shown here, in the 52-foot poster picture on the facade of Loew's State Theater in Times Square, because, a 20th Century-Fox spokesman explained, "certain pressure groups complained" that the first (shown at left as it was being unveiled) was in questionable taste. The new likeness, right, has now been installed on the theater where "The Seven Year Itch" starring Miss Monroe opens June 3.

*NEW YORK HERALD TRIBUNE MAY 27, 1955*

NEW YORK HERALD TRIBUNE, FRIDAY, MAY 27, 1955

### EARLY BIRD
## COAST TO COAST
### By HY GARDNER

CELEBRITY CLOSEUP: The first time I met Marilyn Monroe she had a volume of Keats under her arm. "A Keats fan?" I asked, poking the book. "I don't know," she shrugged; "it's the right weight to balance on my head to learn to walk right."

Marilyn sleeps in the raw but keeps pajama tops handy—in case of fire or the smog lifting.

Peroxidentally, her blonde hair is natural.... So is Marilyn's friendlier than a politician running for re-election. Even her good-byes have come-hither undertones....

Marilyn likes to sport a plain black sweater, as if any sweater, any color, could look plain on her.... She keeps her sweaters in shape by hanging them in a refrigerator.

Though she walks like jello served in a frappe glass, she prefers gooey desserts, often going for twenty cherries on a sundae, just like a longshoreman, but sneaks at like a union cafe.

She likes to sip on dry sherry served as a highball, with ice and soda. It sparkles like she does.... Her toenails are painted the same shade as her fingernails—and by the same beautician—herself.... She pencils ly for fun, pencils in a pair of horizontal asterics speared with umlauts.

If her handbag fell open in the street passersby would gasp at the contents which would trickle out; they'd include not only the usual girl stuff, cosmetics, lipstick, mascara, cigarettes, mad money and keys, etc., but also a tiny leather-covered copy of the New Testament.

Marilyn is very sensitive. Won't say anything unkind about anybody no matter how unkind they've been to her.... The first time she met Joe DiMaggio was on a blind date at Chasen's. Joe spoke exactly ten words the first hour, being more verbose than usual.

The first time she saw Joe play baseball was at an Old timer's game at Yankee Stadium. First time up he hit a homer. Second time he hit a single and was left stranded. She first, "Were you too tired to run all the way around, darling? she asked him later."

When Marilyn heard that Joe had entered the Hall of Fame she confused commentators. was thrilled just the same. "What difference where the Hall is located as long as Joe is in it?" she asked....

Miss Monroe has this distinction. Her birthday-suitable photo on a calendar made 1952 the only year in history which was held over for an extra few months.