



DAILY NEWS, FRIDAY, SEPTEMB

# ...ort Is Idlewild About Marilyn

## ...mes In Like a Jet, Leaves Complete Devastation

By ART SMITH

...tempest, come ravaging gale, come fire, come furious flood, the gallant personnel ... Airport carries on and keeps 'em flying. But come Marilyn Monroe, the All-... dream, in a form-fitting sheer wool dress, and the whole Russian air force ... the field at 100 feet ... be noticed.

... this Mon-... production out ... from Hollywood at ...

The incomparable Marilyn poses for fotogs on her arrival yesterday. (NEWS foto by Jack Clarity)

... to the Coast. While here, she will make film sequences along Lex-... Ave. between 51st and 60th ... a Hollywood version of ... Broadway hit, "Seven Year ...

... Marilyn's first visit to New York in more than three years. She said she wouldn't be ... for the World Series but that Joe, the old Yankee Clipper, would come in for the classic —assuming a New York club makes it this year.

"But while I'm here I want to see everything," she said.

"Baby," said a panting bystander, "all you gotta do is stand in front of a mirror!"

(Other pictures in centerfold)

NEW YORK HERALD TRIBUNE, THURSDAY

Herald Tribune

Actress Marilyn Monroe doing a skirt-blowing scene for her new picture over a subway grating at Lexington Ave. and 51st St., shortly before 2 a. m. yesterday. Actor Tom Ewell is at left in front of the sidewalk spectators.

# Miss Monroe in Scene Over Subway Grating

Some 1,000 devotees of Marilyn Monroe watched carefully early yesterday as Miss Monroe stood atop a Lexington Ave. subway grating and had her skirt blow high into the air fifteen times. One of her spectators was Joseph DiMaggio, Miss Monroe's husband, and formerly of the New York Yankees. He had no comment on his wife's performance—for the movie, "The Seven Year Itch." However, other spectators whistled and cheered each time a huge portable blower situated under the grating sent Miss Monroe's white skirt skyward. Miss Monroe's garb included a white backless dress, white shoes, a white purse and white panties. She wore no stockings. Miss Monroe departed from the scene in front of the Trans-Lux Theater at 51st St. at 4:15 a. m. after about two hours of wor

NEW YORK HERALD TRIBUNE

SEPTEMBER 16, 1954

(NEWS fotos by Frank Hurley—the lucky guy!)

## Action! Camera! Marilyn!

If it weren't for a few joy-killing cops, this [▲] would have been a [illegible] scene. And the mob would have been gawking at scantily-clad Monroe (arrow). As it was, only movie folk were allowed [illegible] St., between Lexington and Third aves. [illegible]

NEW YORK POST – SEPTEMBER 15, 1954

# It's Marilyn in a Breeze

Post Photos by Earl Wilson

Monroe seems to enjoy the breezes playing havoc with her skirt during filming of scene for "The 7 Year Itch" at 52d St. and Lexington Av.

8—NEW YORK POST, WEDNESDAY, SEPTEMBER 15, 1954