129.

WORLD TELEGRAM AND SUN — JANUARY 22, 1955

THE Marilyn Monroe you read about and the Marilyn Monroe you see in the photographs is something quite different from the Marilyn Monroe who really exists. Take, for instance, the opinion of Tom Ewell.

Mr. Ewell, who stars opposite Miss Monroe in 20th Century-Fox's recently completed "The Seven Year Itch," is most emphatic about it.

He's angered, actually, when writers and photographers depict Miss Monroe as a dizzy blonde, a brassy sex machine with exhibitionistic tendencies and as a girl with nothing in her little pink mind but an overpowering lust for success.

"No," said Mr. Ewell, staring moodily into his tomato juice at Sardi's, "the Monroe I know is certainly not the one I see in print."

He admits he's slightly prejudiced—"I'm nuts about her. There's nothing I'd rather talk about"—but he's a veteran actor, a trained observer and a keen student of human behavior. So we're inclined to accept his word.

"Let me tell you about my meeting with her when I went out to Hollywood for the picture," said Mr. Ewell. "She was just finishing 'There's No Business Like Show Business' and was considered the set to meet me.

"First," said Mr. Ewell, seriously, "I want to say that I know nothing about her personal life. And I wouldn't talk about it if I did. But I can tell you what I saw.

"She had no makeup on. Her hair was rumpled. She was wearing some old slacks, and she had on a black jersey sweater."

Enter Mr. Ewell paused for a full moment. He lifted his head slightly, his eyes toward the ceiling and his lips parted in a half smile. He chose his words carefully and very slowly.

"She was the ... greatest ... thing I'd ever seen."

Mr. Ewell said he instantly felt what he calls "inner radiance" and he knew then that this girl has a lot more to offer than a beautiful body and a sexy manner.

"There she was with no makeup, no terrific hairdo," he said, "but she didn't need them. She's got it without the tricks."

When Mr. Ewell began to work with Marilyn, he never whimpered or complained while going through that whole difficult time. She never made any fuss. She never complained when erroneous things were printed. In fact, one time when I was misquoted in something I'd said about her, I hurried to explain it to her.

"She said, 'Don't worry. I've been misquoted so many times I never would accept anything like that as gospel truth.'"

AFTER Joe DiMaggio walked out of the house, Mr. Ewell recalled Miss Monroe didn't report for work on the set of "The Seven Year Itch" for several days.

"When she did come back," he said, "she lunched by herself in the studio commissary. And every day I noticed she would read from a thin book she brought in along with her script.

"One day, as she got up from the table, this little book fell out of the script, and I picked it up for her. It was a copy of the New Testament.

"Miss Monroe, according to Mr. Ewell, is deeply religious, but she makes no great display of her convictions and beliefs. In fact, he explained, she's most likely at all times to subordinate her own feelings.

"Marilyn is not easy to know," said Mr. Ewell. "She's not simple; she's complicated. She's a number of persons and she has a shrewd barrier, a protective thing, around her. But when you get to know her, there are many things that impress you.

"One of them that impressed me is that she's the most fiercely loyal person, tremendously honest and sincere. I've never known her to say an insincere thing. And incidentally, I never have found one actor who ever worked with her who says a single thing against her. Believe me, this is quite a record."

probably most important, an experienced director wanted.

including production with Miss Monroe during the most upsetting period of her life, the split with Joe DiMaggio. More than anyone else, perhaps, he was in a position to observe her reactions.

"Marilyn's marriage, he said, years of arduous training will emerge the top comedienne in screenland.

"You know," said Mr. Ewell, ruminatively, "there are lots of girls who pose for a calendar, who have the figure for it. And I grant you that Marilyn exudes sex. But she's got so much more. She lights up; there's something inside of her that you can't mistake. There's not a bit of meanness in her — not even with the ego drive — and there's always consideration of other people. That's what makes her a star."

The actor looked around the dining room and nodded at two or three people. Then he turned back and added: "If anybody sounds like I'm in love with her, it's because I am."

Although it was none of our business, we asked Mr. Ewell whether his wife, the former Marjorie Sanborn, New York advertising woman, understood his feelings for another performer.

"Besides," said Mr. Ewell, with a broad grin, "it's not until next year that I'm supposed to get the seven year itch. But seriously, I love my wife better than anything or anyone else in the world. I never go anywhere, on the road, to try-outs or any place, unless my wife goes with me. We have that kind of marriage."

Mr. Ewell, who only recently has returned to his starring role in "The Seven Year Itch" at the Fulton Theater, has a strong feeling that somehow or other we marry the people who are right for us even though some of us make a few mistakes now and then.

"I'm sentimental enough to believe," he said, "that somewhere in the world is the right person for each of us. I sincerely hope that Marilyn finds the right one. Maybe, after all, Joe is the right one for her. I know I'd like to see them together again."

"She has faults, as we all have," agreed, "but she'll suffer more because since Jean ..."

Later, Mr. Ewell, director of "The Seven..." declared in a moment of calculation that Miss Monroe, after three or

Victor Moore handles a delicate situation with his usual aplomb in a scene with Marilyn Monroe for the movie version of "Seven Year Itch."