# The Mystery of Marilyn Monroe



*What is the truth behind the collapse of her romance with Joe DiMaggio?*



Marilyn was all broken up (left) as she spoke to the press during her divorce proceedings against Joe (above), but he still was the one person she wanted with her at the premiere of *The Seven Year Itch* (right, a scene from the film, a few months later).



### By MAURICE ZOLOTOW

In the first four instalments, Mr. Zolotow told how Marilyn Monroe was born Norma Jean(e) Mortenson in Los Angeles on June 1, 1926. Her father was March's date was a young actress, Peggy Rabe. When Miss Rabe and March came on the scene Joe was already sitting in a booth, waiting. It