sex appeal in "Love Nest."



1955—"The Seven-Year Itch" and the famous skirt-flying scene rocketed MM, then

1956—The critics like Hope Lange, thought it the sex-launched M