# Copyright

| Help | Search | History | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
**Your search found no results. Refer to search examples, check spelling or try another search type.**

**Basic Search      Other Search Options**

Search for: marilyn monroe                    | all of these |    Search by: Keyword Anywhere (GKEY)

⦿ **AND**   ○ **OR**   ○ **NOT**

Search for: new york journal american         | as a phrase |   Search by: Keyword Anywhere (GKEY)

○ **AND**   ⦿ **OR**   ○ **NOT**

[ Begin Search ]

25 records per page                                                         [ Set Search Limits ]

[ Clear ]

**Search Tips**

1. **Optional** -- *Set Search Limits* **before** *following the steps below.*
2. **Search for:** -- Enter a word, several words, or a phrase in the box.
3. From the following drop-down menu, select **all of these**, **any of these** or **as a phrase** ("all of these" is the default, and is highly recommended).
4. **Search by:** -- Select an Index Name from the drop-down menu.
5. From the following radio buttons, select **AND, OR,** or **NOT** (boolean operators) to add more information to the search (see Boolean Searching help page for assistance).
6. Repeat steps 2, 3 and 4 to refine your search further by using the last set of fill-in blanks and menus.
7. Select the [ Begin Search ] button to get results.

* *Search results sort order varies with choice of index.*

Help on using Other Search Options

Help   **Search**   History   *Titles*   Start Over

Case 1:05-cv-03939-CM    Document 180-13    Filed 02/12/2008    Page 2 of 29

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

# Copyright
United States Copyright Office

| Help | Search | History | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
**Your search found no results. Refer to search examples, check spelling or try another search type.**

### Basic Search     Other Search Options

**Search for:** Marilyn Monroe                all of these         **Search by:** Keyword Anywhere (GKEY)

○ AND  ○ OR  ○ NOT

**Search for:** The New York Herald Tribune    as a phrase        **Search by:** Keyword Anywhere (GKEY)

○ AND  ● OR  ○ NOT

[ Begin Search ]

25 records per page                                                    [ Set Searc ]

[ Clear ]

**Search Tips**

1. **Optional** -- Set Search Limits **before** following the steps below.
2. **Search for:** -- Enter a word, several words, or a phrase in the box.
3. From the following drop-down menu, select **all of these, any of these** or **as a phrase** ("all of these" is the default, and is highly recommended).
4. **Search by:** -- Select an Index Name from the drop-down menu.
5. From the following radio buttons, select **AND, OR,** or **NOT** (boolean operators) to add more information to the search (see Boolean Searching help page for assistance).
6. Repeat steps 2, 3 and 4 to refine your search further by using the last set of fill-in blanks and menus.
7. Select the  [ Begin Search ]  button to get results.

* *Search results sort order varies with choice of index.*

Help on using Other Search Options

Help   **Search**   History   *Titles*   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

# ☉opyright
United States Copyright Office

| **Help** | **Search** | **History** | | **Start Over** |

---

## Public Catalog

Copyright Catalog (1978 to present)
**Your search found no results. Refer to search examples, check spelling or try another search type.**

### Basic Search    Other Search Options

**Search for:** Marilyn Monroe                all of these     **Search by:** Keyword Anywhere (GKEY)

⦿ **AND**    ◯ **OR**    ◯ **NOT**

**Search for:** The New York Daily Mirror     as a phrase     **Search by:** Keyword Anywhere (GKEY)

◯ **AND**    ⦿ **OR**    ◯ **NOT**

[ Begin Search ]

25 records per page                                    Set Searc

[ Clear ]

**Search Tips**

1. **Optional** -- Set Search Limits **before** following the steps below.
2. **Search for:** -- Enter a word, several words, or a phrase in the box.
3. From the following drop-down menu, select **all of these, any of these** or **as a phrase** ("all of these" is the default, and is highly recommended).
4. **Search by:** -- Select an Index Name from the drop-down menu.
5. From the following radio buttons, select **AND, OR,** or **NOT** (boolean operators) to add more information to the search (see Boolean Searching help page for assistance).
6. Repeat steps 2, 3 and 4 to refine your search further by using the last set of fill-in blanks and menus.
7. Select the [ Begin Search ] button to get results.

\* Search results sort order varies with choice of index.

Help on using Other Search Options

---

Help    **Search**    History    *Titles*    Start Over

Case 1:05-cv-03939-CM    Document 180-13    Filed 02/12/2008    Page 6 of 29

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

# ©opyright
United States Copyright Office

| Help | Search | History | Start Over |

---

## Public Catalog

Copyright Catalog (1978 to present)
**Your search found no results. Refer to search examples, check spelling or try another search type.**

**Basic Search**      **Other Search Options**

Search for: Marilyn Monroe          all of these          Search by: Keyword Anywhere (GKEY)

● **AND**   ○ **OR**   ○ **NOT**

Search for: Tempo          as a phrase          Search by: Keyword Anywhere (GKEY)

○ **AND**   ● **OR**   ○ **NOT**

Begin Search

25 records per page                                             Set Searc

Clear

### Search Tips

1. **Optional** -- Set *Search Limits* *before* *following the steps below.*
2. **Search for:** -- Enter a word, several words, or a phrase in the box.
3. From the following drop-down menu, select **all of these, any of these** or **as a phrase** *("all of these" is the default, and is highly recommended).*
4. **Search by:** -- Select an Index Name from the drop-down menu.
5. From the following radio buttons, select **AND, OR,** or **NOT** (boolean operators) to add more information to the search (see Boolean Searching help page for assistance).
6. Repeat steps 2, 3 and 4 to refine your search further by using the last set of fill-in blanks and menus.
7. Select the    Begin Search    button to get results.

\* *Search results sort order varies with choice of index.*

Help on using Other Search Options

---

Help   **Search**   History   *Titles*   Start Over

---

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

# Copyright
United States Copyright Office

| Help | Search | History | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
**Your search found no results. Refer to search examples, check spelling or try another search type.**

### **Basic Search**    **Other Search Options**

Search for: Marilyn Monroe    all of these    Search by: Keyword Anywhere (GKEY)

⦿ AND   ◯ OR   ◯ NOT

Search for: Modern Screen    as a phrase    Search by: Keyword Anywhere (GKEY)

◯ AND   ⦿ OR   ◯ NOT

[ Begin Search ]

25 records per page

Set Searc

[ Clear ]

### Search Tips

1. **Optional** -- Set *Search Limits* **before** *following the steps below.*
2. **Search for:** -- Enter a word, several words, or a phrase in the box.
3. From the following drop-down menu, select **all of these**, **any of these** or **as a phrase** *("all of these" is the default, and is highly recommended).*
4. **Search by:** -- Select an Index Name from the drop-down menu.
5. From the following radio buttons, select **AND, OR,** or **NOT** (boolean operators) to add more information to the search (see Boolean Searching help page for assistance).
6. Repeat steps 2, 3 and 4 to refine your search further by using the last set of fill-in blanks and menus.
7. Select the [ Begin Search ] button to get results.

*\* Search results sort order varies with choice of index.*

Help on using Other Search Options

Help   **Search**   History   *Titles*   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

# ℂopyright

United States Copyright Office

| Help | Search | History | Start Over |

## Public Catalog

Copyright Catalog (1978 to present)
**Your search found no results. Refer to search examples, check spelling or try another search type.**

### Basic Search    Other Search Options

Search for: Marilyn Monroe    all of these    Search by: Keyword Anywhere (GKEY)

⦿ AND    ◯ OR    ◯ NOT

Search for: The New York Post    as a phrase    Search by: Keyword Anywhere (GKEY)

◯ AND    ⦿ OR    ◯ NOT

[ Begin Search ]

25 records per page    [ Set Searc ]

[ Clear ]

### Search Tips

1. **Optional** -- Set Search Limits **before** following the steps below.
2. **Search for:** -- Enter a word, several words, or a phrase in the box.
3. From the following drop-down menu, select **all of these**, **any of these** or **as a phrase** ("all of these" is the default, and is highly recommended).
4. **Search by:** -- Select an Index Name from the drop-down menu.
5. From the following radio buttons, select **AND**, **OR**, or **NOT** (boolean operators) to add more information to the search (see Boolean Searching help page for assistance).
6. Repeat steps 2, 3 and 4 to refine your search further by using the last set of fill-in blanks and menus.
7. Select the [ Begin Search ] button to get results.

*\* Search results sort order varies with choice of index.*

Help on using Other Search Options

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

# Copyright
United States Copyright Office

**Help**    **Search**    **History**    **Start Over**

## Public Catalog

Copyright Catalog (1978 to present)
**Your search found no results. Refer to search examples, check spelling or try another
search type.**
## Basic Search    Other Search Options

**Search for:** Marilyn Monroe    all of these    **Search by:** Keyword Anywhere (GKEY)

⦿ **AND**    ◯ **OR**    ◯ **NOT**

**Search for:** The New York World Telegram    as a phrase    **Search by:** Keyword Anywhere (GKEY)

◯ **AND**    ⦿ **OR**    ◯ **NOT**

[ Begin Search ]

25 records per page

[ Clear ]

[ Set Searc ]

### Search Tips

1. **Optional** -- *Set* Search Limits *before following the steps below.*
2. **Search for:** -- Enter a word, several words, or a phrase in the box.
3. From the following drop-down menu, select **all of these, any of these** or **as a phrase**
   *("all of these" is the default, and is highly recommended).*
4. **Search by:** -- Select an Index Name from the drop-down menu.
5. From the following radio buttons, select **AND, OR,** or **NOT** (boolean operators) to add
   more information to the search (see Boolean Searching help page for assistance).
6. Repeat steps 2, 3 and 4 to refine your search further by using the last set of fill-in
   blanks and menus.
7. Select the [ Begin Search ] button to get results.

   \* *Search results sort order varies with choice of index.*

Help on using Other Search Options

Help    **Search**    History    *Titles*    Start Over

Search Builder

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page



| Help | Search | | Start Over |

---

# Public Catalog

Copyright Catalog (1978 to present)

**Basic Search**      **Other Search Options**

**Search for:** Marilyn Monroe          all of these      **Search by:** Keyword Anywhere (GKEY)

◉ **AND**   ○ **OR**   ○ **NOT**

**Search for:** The Sun          as a phrase      **Search by:** Keyword Anywhere (GKEY)

25 records per page          [ Begin Search ]  [ Reset ]          Set Searc

---

### Search Tips

1. **Optional** -- Set *Search Limits* **before** *following the steps below.*
2. **Search for:** -- Enter a word, several words, or a phrase in the box.
3. From the following drop-down menu, select **all of these**, **any of these** or **as a phrase** *("all of these" is the default, and is highly recommended).*
4. **Search by:** -- Select an Index Name from the drop-down menu.
5. From the following radio buttons, select **AND, OR,** or **NOT** (boolean operators) to add more information to the search (see Boolean Searching help page for assistance).
6. Repeat steps 2, 3 and 4 to refine your search further by using the last set of fill-in blanks and menus.
7. Select the [ Begin Search ] button to get results.

\* *Search results sort order varies with choice of index.*

Help on using Other Search Options

---

Help   **Search**   *History*   *Titles*   *Start Over*

---

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page



| Help | Search | History | Titles | Start Over |

---

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (Marilyn AND Monroe)[in Keyword Anywhere (GKEY)] AND ("The Sun")
[in Keyword Anywhere (GKEY)]
Search Results: Displaying 1 of 1 entries



---

### *Candle in the wind (Elton John songs)*

**Type of Work:** Sound Recording
**Registration Number / Date:** SR0000259673 / 1998-08-25
**Application Title:** You sing *the* songs of Elton John.
**Title:** Candle in *the* wind (Elton John songs)
**Description:** Sound cassette + lyrics sheets.
**Series:** Pocket songs. You sing *the* hits ; PS 2533
**Notes:** Side B without vocals.
**Copyright Claimant:** ☐ on recording; MMO Music Group, Inc. (employer for hire)
**Date of Creation:** 1997
**Date of Publication:** 1997-09-29
**Contents:** Candle in *the* wind (Goodbye England's rose) -- Believe -- Don't let *the sun* go down on me -- Can you feel *the* love tonight? -- The one -- Sacrifice -- Man -- Candle in *the* wind (Tribute to *Marilyn Monroe).*
**Other Title:** Pocket songs : You sing *the* hits ; PS 2533
The one.
**Names:** MMO Music Group, Inc.



| Save, Print and Email (Help Page) | |
| --- | --- |
| Select Download Format  Full Record | Format for Print/Save |
| Enter your email address: | Email |



<u>Help</u>   <u>Search</u>   <u>History</u>   <u>Titles</u>   <u>Start Over</u>

<u>Contact Us</u>  |  <u>Request Copies</u>  |  <u>Get a Search Estimate</u>  |  <u>Frequently Asked Questions (FAQs) about Copyright</u>  |  <u>Copyright Office Home Page</u>  |  <u>Library of Congress Home Page</u>

# Copyright
United States Copyright Office

| Help | Search | History | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
**Your search found no results. Refer to search examples, check spelling or try another search type.**

## Basic Search      Other Search Options

Search for: Marilyn Monroe          all of these      Search by: Keyword Anywhere (GKEY)

⊙ **AND**   ○ **OR**   ○ **NOT**

Search for: The New York Daily News     as a phrase     Search by: Keyword Anywhere (GKEY)

○ **AND**   ⊙ **OR**   ○ **NOT**

[ Begin Search ]

25 records per page                                                          Set Searc

[ Clear ]

**Search Tips**

1. **Optional --** Set Search Limits **before** following the steps below.
2. **Search for:** -- Enter a word, several words, or a phrase in the box.
3. From the following drop-down menu, select **all of these**, **any of these** or **as a phrase** ("all of these" is the default, and is highly recommended).
4. **Search by:** -- Select an Index Name from the drop-down menu.
5. From the following radio buttons, select **AND, OR,** or **NOT** (boolean operators) to add more information to the search (see Boolean Searching help page for assistance).
6. Repeat steps 2, 3 and 4 to refine your search further by using the last set of fill-in blanks and menus.
7. Select the [ Begin Search ] button to get results.

\* *Search results sort order varies with choice of index.*

Help on using Other Search Options

Help   **Search**   History   *Titles*   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

Search Builder

# Copyright
United States Copyright Office

| Help | Search | History | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
**Your search found no results. Refer to search examples, check spelling or try another search type.**

## Basic Search    Other Search Options

Search for: Marilyn Monroe          all of these ▾    Search by: Keyword Anywhere (GKEY)

⦿ **AND**  ○ **OR**  ○ **NOT**

Search for: The New York Daily News    as a phrase ▾   Search by: Keyword Anywhere (GKEY)

○ **AND**  ⦿ **OR**  ○ **NOT**

[ Begin Search ]

25 records per page ▾                                [ Set Searc ]

[ Clear ]

**Search Tips**

1. **Optional** -- Set *Search Limits* ***before*** *following the steps below.*
2. **Search for:** -- Enter a word, several words, or a phrase in the box.
3. From the following drop-down menu, select **all of these**, **any of these** or **as a phrase** *("all of these" is the default, and is highly recommended).*
4. **Search by:** -- Select an Index Name from the drop-down menu.
5. From the following radio buttons, select **AND**, **OR**, or **NOT** (boolean operators) to add more information to the search (see Boolean Searching help page for assistance).
6. Repeat steps 2, 3 and 4 to refine your search further by using the last set of fill-in blanks and menus.
7. Select the [ Begin Search ] button to get results.

*\* Search results sort order varies with choice of index.*

Help on using Other Search Options

Help    **Search**    History    Titles    Start Over

Case 1:05-cv-03939-CM    Document 180-13    Filed 02/12/2008    Page 21 of 29

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

# ⊙opyright
United States Copyright Office

**Help**     **Search**     **History**                    **Start Over**

# Public Catalog

Copyright Catalog (1978 to present)
**Your search found no results. Refer to search examples, check spelling or try another search type.**

## Basic Search        Other Search Options

**Search for:** Marilyn Monroe                    all of these        **Search by:** Keyword Anywhere (GKEY)

⦿ **AND**    ○ **OR**    ○ **NOT**

**Search for:** The World Telegram                as a phrase        **Search by:** Keyword Anywhere (GKEY)

○ **AND**    ⦿ **OR**    ○ **NOT**

[ Begin Search ]

25 records per page                                                        [ Set Searc ]

[ Clear ]

**Search Tips**

1. **Optional** -- *Set Search Limits before following the steps below.*
2. **Search for:** -- Enter a word, several words, or a phrase in the box.
3. From the following drop-down menu, select **all of these**, **any of these** or **as a phrase** *("all of these" is the default, and is highly recommended).*
4. **Search by:** -- Select an Index Name from the drop-down menu.
5. From the following radio buttons, select **AND**, **OR**, or **NOT** (boolean operators) to add more information to the search (see Boolean Searching help page for assistance).
6. Repeat steps 2, 3 and 4 to refine your search further by using the last set of fill-in blanks and menus.
7. Select the [ Begin Search ] button to get results.

   *\* Search results sort order varies with choice of index.*

Help on using Other Search Options

Help    **Search**    History    *Titles*    Start Over

Case 1:05-cv-03939-CM     Document 180-13     Filed 02/12/2008     Page 23 of 29

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

**Copyright**

United States Copyright Office

| Help | Search | History | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
**Your search found no results. Refer to search examples, check spelling or try another search type.**

## Basic Search      Other Search Options

Search for: Marilyn Monroe                    all of these      Search by: Keyword Anywhere (GKEY)

⦿ **AND**   ◯ **OR**   ◯ **NOT**

Search for: American Weekly                    as a phrase      Search by: Keyword Anywhere (GKEY)

◯ **AND**   ⦿ **OR**   ◯ **NOT**

[ Begin Search ]

25 records per page                                                          Set Searc

[ Clear ]

### Search Tips

1. **Optional** -- Set Search Limits **before** following the steps below.
2. **Search for:** -- Enter a word, several words, or a phrase in the box.
3. From the following drop-down menu, select **all of these**, **any of these** or **as a phrase** ("all of these" is the default, and is highly recommended).
4. **Search by:** -- Select an Index Name from the drop-down menu.
5. From the following radio buttons, select **AND**, **OR**, or **NOT** (boolean operators) to add more information to the search (see Boolean Searching help page for assistance).
6. Repeat steps 2, 3 and 4 to refine your search further by using the last set of fill-in blanks and menus.
7. Select the [ Begin Search ] button to get results.

* *Search results sort order varies with choice of index.*

Help on using Other Search Options

Help   **Search**   History   *Titles*   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

# Copyright

United States Copyright Office

| Help | Search | History | Start Over |

---

## Public Catalog

Copyright Catalog (1978 to present)
**Your search found no results. Refer to search examples, check spelling or try another search type.**

### Basic Search      Other Search Options

Search for: Marilyn Monroe        all of these      Search by: Keyword Anywhere (GKEY)

◉ AND    ○ OR    ○ NOT

Search for: The New York Mirror        as a phrase      Search by: Keyword Anywhere (GKEY)

○ AND    ◉ OR    ○ NOT

[ Begin Search ]

25 records per page                                              [ Set Searc ]

[ Clear ]

**Search Tips**

1. **Optional** -- Set _Search Limits_ **before** _following the steps below._
2. **Search for:** -- Enter a word, several words, or a phrase in the box.
3. From the following drop-down menu, select **all of these, any of these** or **as a phrase** _("all of these" is the default, and is highly recommended)._
4. **Search by:** -- Select an Index Name from the drop-down menu.
5. From the following radio buttons, select **AND, OR,** or **NOT** (boolean operators) to add more information to the search (see Boolean Searching help page for assistance).
6. Repeat steps 2, 3 and 4 to refine your search further by using the last set of fill-in blanks and menus.
7. Select the [ Begin Search ] button to get results.

   * _Search results sort order varies with choice of index._

Help on using Other Search Options

---

Help    **Search**    History    _Titles_    Start Over

---

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

# Copyright

United States Copyright Office

| Help | Search | History | Start Over |

---

## Public Catalog

Copyright Catalog (1978 to present)
**Your search found no results. Refer to search examples, check spelling or try another search type.**

### Basic Search    Other Search Options

Search for: Marilyn Monroe          all of these    Search by: Keyword Anywhere (GKEY)

   ⦿ **AND**    ○ **OR**    ○ **NOT**

Search for: Look Magazine          as a phrase    Search by: Keyword Anywhere (GKEY)

   ○ **AND**    ⦿ **OR**    ○ **NOT**

                    [ Begin Search ]

25 records per page                                    [ Set Searc ]

                    [ Clear ]

**Search Tips**

1. **Optional** -- Set *Search Limits* **before** *following the steps below.*
2. **Search for:** -- Enter a word, several words, or a phrase in the box.
3. From the following drop-down menu, select **all of these**, **any of these** or **as a phrase** *("all of these" is the default, and is highly recommended).*
4. **Search by:** -- Select an Index Name from the drop-down menu.
5. From the following radio buttons, select **AND, OR,** or **NOT** (boolean operators) to add more information to the search (see Boolean Searching help page for assistance).
6. Repeat steps 2, 3 and 4 to refine your search further by using the last set of fill-in blanks and menus.
7. Select the [ **Begin Search** ] button to get results.

   * *Search results sort order varies with choice of index.*

Help on using Other Search Options

---

Help   Search   History   *Titles*   Start Over

---

Search Builder

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page