# Copyright
United States Copyright Office

| Help | Search | History | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
**Your search found no results. Refer to search examples, check spelling or try another search type.**

**Basic Search**     **Other Search Options**

**Search for:** Marilyn Monroe          all of these     **Search by:** Keyword Anywhere (GKEY)

⦿ **AND**   ○ **OR**   ○ **NOT**

**Search for:** Ballantine             as a phrase      **Search by:** Keyword Anywhere (GKEY)

○ **AND**   ⦿ **OR**   ○ **NOT**

[ Begin Search ]

25 records per page                                                    [ Set Searc ]

[ Clear ]

## Search Tips

1. **Optional** -- *Set Search Limits* **before** *following the steps below.*
2. **Search for:** -- Enter a word, several words, or a phrase in the box.
3. From the following drop-down menu, select **all of these**, **any of these** or **as a phrase** *("all of these" is the default, and is highly recommended).*
4. **Search by:** -- Select an Index Name from the drop-down menu.
5. From the following radio buttons, select **AND**, **OR**, or **NOT** (boolean operators) to add more information to the search (see Boolean Searching help page for assistance).
6. Repeat steps 2, 3 and 4 to refine your search further by using the last set of fill-in blanks and menus.
7. Select the [ Begin Search ] button to get results.

* *Search results sort order varies with choice of index.*

Help on using Other Search Options

Help  Search  History  *Titles*  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

# Copyright
United States Copyright Office

**Help    Search                              Start Over**

# Public Catalog

Copyright Catalog (1978 to present)

**Basic Search    Other Search Options**

**Search for:** Marilyn Monroe as the Girl    | all of these |    **Search by:** Keyword Anywhere (GKEY)

⊙ **AND**    ○ **OR**    ○ **NOT**

**Search for:**                              | as a phrase |    **Search by:** Keyword Anywhere (GKEY)

25 records per page              [ Begin Search ]  [ Reset ]              Set Searc

### Search Tips

1. **Optional** -- Set *Search Limits* **before** *following the steps below.*
2. **Search for:** -- Enter a word, several words, or a phrase in the box.
3. From the following drop-down menu, select **all of these, any of these** or **as a phrase** *("all of these" is the default, and is highly recommended).*
4. **Search by:** -- Select an Index Name from the drop-down menu.
5. From the following radio buttons, select **AND, OR,** or **NOT** (boolean operators) to add more information to the search (see Boolean Searching help page for assistance).
6. Repeat steps 2, 3 and 4 to refine your search further by using the last set of fill-in blanks and menus.
7. Select the [Begin Search] button to get results.

*\* Search results sort order varies with choice of index.*

Help on using Other Search Options

Help  **Search**  *History   Titles*   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (Marilyn AND Monroe AND as AND the AND Girl)[in Keyword Anywhere (GKEY)]
Search Results: Displaying 1 of 1 entries



*[A Whif[f] of clean air, and other contributions] By Art Buchwald.*

**Type of Work:** Serial
**Registration Number / Date:** RE0000263038 / 1985-10-28
**Title:** [A Whif[f] of clean air, and other contributions] By Art Buchwald.
**Appears in:** New York herald tribune
**Copyright Claimant:** Art Buchwald (A)
**Contributions:** (P. S. from Paris)
Issue 1Jan57. A Whif[f] of clean air. Pub. 1957-01-01; B00000628483.
Issue 3Jan57. Some serious soul searching. Pub. 1957-01-03; B 00000628485.
Issue 6Jan57. Best news stories of *the* year. Pub. 1957-01-06; B 00000628488.
Issue 8Jan57. A Spit in *the* ocean. Pub. 1957-01-08; B00000628490.
Issue 10Jan57. The Facts of life. Pub. 1957-01-10; B00000629674.
Issue 13Jan57. Miss Bergman has two current hits. Pub. 1957-01-13; B 00000629677.
Issue 15Jan57. The Cocker spaniel controversy. Pub. 1957-01-15; B 00000629679.
Issue 17Jan57. Nothing to do but wait. Pub. 1957-01-17; B00000630646 .
Issue 20Jan57. How can success spoil Mike Todd? Pub. 1957-01-20; B 00000630649.
Issue 22Jan57. A Tribute to Bogey. Pub. 1957-01-22; B00000630651.
Issue 24Jan57. What's good for *the* goose. Pub. 1957-01-24; B 00000632078.
Issue 27Jan57. Dear Voice of America. Pub. 1957-01-27; B

00000632081.
Issue 29Jan57. The Unmentionable. Pub. 1957-01-29; B00000632083.
Issue 31Jan57. The Question of adopting children. Pub. 1957-01-31; B 00000633314.
Issue 17Feb57. In defense of *the* American tourist. Pub. 1957-02-17; B 00000636035.
Issue 24Feb57. Is Princess Caroline exclusive? Pub. 1957-02-24; B 00000636421.
Issue 28Feb57. Women in music. Pub. 1957-02-28; B00000637927.
Issue 3Mar57. The Tall and short of it. Pub. 1957-03-03; B00000637930.
Issue 7Mar57. How to get into "l'enfer." Pub. 1957-03-07; B 00000639515.
Issue 12Mar57. All *the* world's a stage. Pub. 1957-03-12; B 00000639520.
Issue 14Mar57. Marriage without tears. Pub. 1957-03-14; B 00000641971.
Issue 28Mar57. "Brainstorming" in Europe. Pub. 1957-03-28; B 00000643075.
Issue 31Mar57. We won't be pressured. Pub. 1957-03-31; B 00000643078.
Issue 4Apr57. Don't throw *the* tables. Pub. 1957-04-04; B00000644424.
Issue 7Apr57. My mother can't sleep. Pub. 1957-04-07; B00000644427.
Issue 9Apr57. Farewell to everybody. Pub. 1957-04-09; B00000644429.
Issue 11Apr57. Give me some gas, man. Pub. 1957-04-11; B 00000646001.
Issue 14Apr57. Where *the* tourists don't go. Pub. 1957-04-14; B 00000646004.
Issue 16Apr57. Long live *the* tails. Pub. 1957-04-16; B00000646006.
Issue 18Apr57. The Second best in *the* world. Pub. 1957-04-18; B 00000647350.
Issue 21Apr57. She doesn't like us. Pub. 1957-04-21; B00000647353.
Issue 23Apr57. A Prayer for landlords. Pub. 1957-04-23; B 00000648297.
Issue 28Apr57. Bob Hope and Fernandel turn a duel into a duet. Pub. 1957-04-28; B00000648302.
Issue 30Apr57. Tea and sympathy. Pub. 1957-04-30; B00000648304.
Issue 2May57. She will still drive. Pub. 1957-05-02; B00000649539.
Issue 5May57. My fair lady. Pub. 1957-05-05; B00000649542.
Issue 7May57. But is it safe? Pub. 1957-05-07; B00000649544.
Issue 21May57. Life begins at sixty. Pub. 1957-05-21; B00000652059.
Issue 26May57. To fight or not to fight. Pub. 1957-05-26; B 00000653123.
Issue 30May57. The Law is formelle. Pub. 1957-05-30; B00000653127.

Issue 2Jun57. Scrapbooks from France. Pub. 1957-06-02; B 00000654002.

Issue 4Jun57. It's all done by impulses. Pub. 1957-06-04; B 00000654004.

Issue 6Jun57. Tennis anyone? Pub. 1957-06-06; B00000655407.

Issue 9Jun57. I accuse. Pub. 1957-06-09; B00000655410.

Issue 13Jun57. Only a passing interest. Pub. 1957-06-13; B 00000656617.

Issue 16Jun57. The Test of time. Pub. 1957-06-16; B00000656620.

Issue 18Jun57. Ribaldry is good for you. Pub. 1957-06-18; B 00000656622.

Issue 23Jun57. The Time killer. 23Jun57; B658005.

Issue 16Jul57. Vacations can be spent at home. Pub. 1957-07-16; B 00000661821.

Issue 18Jul57. Secret minutes of *the* dry martini. Pub. 1957-07-18; B 00000661823.

Issue 21Jul57. Which comes first? Pub. 1957-07-21; B00000661825.

Issue 23Jul57. A Dinner for aristocrats. Pub. 1957-07-23; B 00000661827.

Issue 28Jul57. It wouldn't have been *the* same. Pub. 1957-07-28; B 00000663282.

Issue 1Aug57. The Young tea drinkers. Pub. 1957-08-01; B 00000664124.

(P. S. from Holland)

Issue 3Feb57. Some talk about restaurants. Pub. 1957-02-03; B 00000633317.

(P. S. from Amsterdam)

Issue 5Feb57. No finger in *the* dike. Pub. 1957-02-05; B00000633318.

Issue 7Feb57. Not so gude for *the* blude. Pub. 1957-02-07; B 00000634668.

(P. S. from Hamburg)

Issue 10Feb57. The Blonde tiger. Pub. 1957-02-10; B00000634671.

Issue 12Feb57. That was zum lobster. Pub. 1957-02-12; B00000634673.

Issue 14Feb57. Where *the* ladies ask *the* men. Pub. 1957-02-14; B 00000636032.

(P. S. from Berlin)

Issue 17Feb57. Nothing too good for knautschke. Pub. 1954-02-17; B 00000636035.

Issue 19Feb57. Modern architecture is back. Pub. 1957-02-19; B 00000636037.

Issue 21Feb57. It's *the* quiet that gets you. Pub. 1957-02-21; B 00000636418.

(P. S. from Germany)

Issue 26Feb57. That was zum harbor. Pub. 1957-02-26; B00000636423.

(P. S. from London)

Issue 5Mar57. No *Marilyn Monroe* for him. Pub. 1957-03-05; B00000637932.

Issue 10Mar57. Joan of Arc, 1957. Pub. 1957-03-10; B00000639518.

Issue 25Jul57. England is heard from. Pub. 1957-07-25; B00000663279.

(P. S. from St. Moritz)

Issue 17Mar57. A Gentle toddle on *the* bob. Pub. 1957-03-17; B00000641974.

Issue 19Mar57. A Strange, amusing people. Pub. 1957-03-19; B00000641976.

Issue 21Mar57. In *the* name of charity. Pub. 1957-03-21; B00000641978.

Issue 24Mar57. The most exclusive club. Pub. 1957-03-24; B00000641981.

(P. S. from Switzerland)

Issue 26Mar57. A New Swiss sport. Pub. 1957-03-26; B00000641983.

(P. S. from Dunkirk)

Issue 25Apr57. It's *the* gift that counts. Pub. 1957-04-25; B00000648299.

(P. S. from Cannes)

Issue 9May57. Michael in *the* lion's den. Pub. 1957-05-09; B00000651045.

Issue 12May57. The Russians invent love. Pub. 1957-05-12; B00000651048.

Issue 14May57. People who come to film festivals. Pub. 1957-05-14; B00000651050.

Issue 16May57. Sleeping with Laplanders. Pub. 1957-05-16; B00000652054.

Issue 19May57. Those who aren't invited. Pub. 1957-05-19; B00000652057.

Issue 23May57. The Aga Khan's other son. Pub. 1957-05-23; B00000653120.

(P. S. from Rome)

Issue 11Jun57. Thirty thousand coins in *the* fountain. Pub. 1957-06-11; B00000655412.

Issue 20Jun57. How to be obnoxious but happy. Pub. 1957-06-20; B00000658002.

Issue 25Jun57. The Queen of Butts. Pt. 1. Pub. 1957-06-25; B00000658663.

Issue 27Jun57. The Queen of Butts. Pt. 2. Pub. 1957-06-27; B00000658665.

Issue 30Jun57. Farewell, farewell, farewell. Pub. 1957-06-30; B00000658668.

Issue 2Jul57. Getting across a point. Pub. 1957-07-02; B00000659209.

Issue 7Jul57. Farouk is happy. Pub. 1957-07-07; B00000661819.

Issue 14Jul57. A Proud and noble sound. Pub. 1957-07-14; B 00000660692.

(P. S. from Sicily)

Issue 4Jul57. Mafia members are Boy Scouts. Pub. 1957-07-04; B 00000659211.

Issue 9Jul57. Calling your loved ones. Pub. 1957-07-09; B00000659215.

(P. S. from Morocco)

Issue 30Jul57. The Road to Morocco. Pub. 1957-07-30; B00000663284.

Issue 4Aug57. She won't be kidnapped again. Pub. 1957-08-04; B 00000664127.

Issue 6Aug57. How to buy a camel. Pub. 1957-08-06; B00000664128.

(Art Buchwald)

Issue 2Apr57. Why Huston quit "Farewell"--tells Buchwald he wasn't fired from $250,000 job. Pub. 1957-04-02; B00000643080.

Issue 11Jul57. Prison Isle of non-convicts--suspected criminals bring their families to Ustica. Pub. 1957-07-11; B00000660692.

Issue 8Aug57. The Horse-faced *girl* comes to Paris. Pub. 1957-08-08; B 00000665038.

Issue 11Aug57. Dear fellow citizen. Pub. 1957-08-11; B00000665041.

Issue 13Aug57. Gas coupons are available? Pub. 1957-08-13; B 00000665043.

Issue 15Aug57. Everyone wants dreams. Pub. 1957-08-15; B 00000666034.

Issue 18Aug57. The Writer is heard from. Pub. 1957-08-18; B 00000666037.

Issue 20Aug57. They'll put *the* shirt on your back. Pub. 1957-08-20; B 00000666039.

Issue 22Aug57. She almost opened a can of beans. Pub. 1957-08-22; B 00000666776.

Issue 25Aug57. A Weekend in *the* country. Pub. 1957-08-25; B 00000666779.

Issue 27Aug57. A Weekend in *the* country. Pt. 2. Pub. 1957-08-27; B 00000666781.

Issue 29Aug57. Why do they dislike Americans? Pub. 1957-08-29; B 00000668175.

Issue 1Sep57. The Great bat hunt. Pub. 1957-09-01; B00000668178.

Issue 3Sep57. Why do they dislike Americans? Pt. 2. Pub. 1957-09-03; B00000670849.

Issue 5Sep57. A Yank at Butlin's. Pt. 1. Pub. 1957-09-05; B 00000668181.

Issue 8Sep57. Passion is for foreigners. Pub. 1957-09-08; B 00000669394.

Issue 10Sep57. A Yank at Butlin's. Pt. 2. Pub. 1957-09-10; B 00000669396.

Issue 12Sep57. A Yank at Butlin's. Pt. 3. Pub. 1957-09-12; B 00000670217.
Issue 15Sep57. Charlie Chaplin's new film. Pub. 1957-09-15; B 00000670220.
Issue 17Sep57. He's giving up *the* chi-chi life. Pub. 1957-09-17; B 00000670222.
Issue 19Sep57. The Stately home business is booming. Pub. 1957-09-19 ; B00000670851.
Issue 22Sep57. Sweet smell of success. Pub. 1957-09-22; B 00000670853.
Issue 24Sep57. No business like food business. Pub. 1957-09-24; B 00000676816.
Issue 26Sep57. Good news on foreign adoption. Pub. 1957-09-26; B 00000672622.
Issue 29Sep57. They destroy people. Pub. 1957-09-29; B00000672625.
Issue 1Oct57. Has *the* Fipple flute flopped? Pub. 1957-10-01; B 00000672627.
Issue 3Oct57. Some intercontinental correspondence. Pub. 1957-10-03; B00000673302.
Issue 6Oct57. She's going dry. Pub. 1957-10-06; B00000673305.
Issue 8Oct57. Bon voyage. Pub. 1957-10-08; B00000674457.
Issue 10Oct57. Rock and roll on *the* Atlantic. Pub. 1957-10-10; B 00000678549.
Issue 13Oct57. Bon appetit. Pub. 1957-10-13; B00000674461.
Issue 15Oct57. That's show business. Pub. 1957-10-15; B00000674463.
Issue 17Oct57. That's show business. Pt. 2. Pub. 1957-10-17; B 00000675825.
Issue 20Oct57. The Last angry man. Pub. 1957-10-20; B00000675828.
Issue 22Oct57. The Mostest with *the* hostess. Pub. 1957-10-22; B 00000675830.
Issue 24Oct57. What can you say? Pub. 1957-10-24; B00000676818.
Issue 27Oct57. On *the* bum of New York. Pub. 1957-10-27; B 00000676820.
Issue 29Oct57. Child behavior on board ship. Pub. 1957-10-29; B 00000678551.
Issue 31Oct57. The Tails with a zip. Pub. 1957-10-31; B00000678553.
Issue 3Nov57. No peanuts. Pub. 1957-11-03; B00000678556.
Issue 5Nov57. Luncheon with some teen-agers. Pub. 1957-11-05; B 00000679011.
Issue 7Nov57. Luncheon with some teen-agers. Pt. 2. Pub. 1957-11-07; B00000679013.
Issue 10Nov57. The Politest policeman in *the* world. Pub. 1957-11-10; B00000679016.
Issue 12Nov57. Advice on giving a party. Pub. 1957-11-12; B 00000680489.

Issue 14Nov57. The Female figure, where is it going? Pub. 1957-11-14; B00000680491.

Issue 17Nov57. The Three wise guys. Pub. 1957-11-17; B00000681251.

Issue 19Nov57. Farewell to baseball. Pub. 1957-11-19; B00000681253.

Issue 21Nov57. The Great sausage mystery. Pub. 1957-11-21; B00000681255.

Issue 24Nov57. Hemingway again in *the* fight news. Pub. 1957-11-24; B00000681258.

Issue 26Nov57. On autographing books. Pub. 1957-11-26; B00000682246.

Issue 28Nov57. A Tankful profession. Pub. 1957-11-28; B00000682248.

Issue 1Dec57. She has nothing against strip tease. Pub. 1957-12-01; B00000682250.

Issue 3Dec57. It's uncivilized to hate. Pub. 1957-12-03; B00000683506.

Issue 5Dec57. America's richest man. Pub. 1957-12-05; B00000683508.

Issue 8Dec57. All we wanted was some pud. Pub. 1957-12-08; B00000683511.

Issue 10Dec57. Insulting *the* opposition. Pub. 1957-12-10; B00000683513.

Issue 12Dec57. The Channel was getting too wide. Pub. 1957-12-12; B00000685046.

Issue 15Dec57. Announcing a new contest. Pub. 1957-12-15; B00000685049.

Issue 17Dec57. Buchwald sits in on a N A T O press conference, *as* it might have been. Pub. 1957-12-17; B00000685051.

Issue 18Dec57. Adulterated rot, yes--unadulterated, no. Pub. 1957-12-18; B00000686213.

Issue 19Dec57. He just keeps rolling along. Pub. 1957-12-19; B00000686214.

Issue 22Dec57. Top-secret commandment. Pub. 1957-12-22; B00000686217.

Issue 24Dec57. Mrs. Buchwald give a Christmas party. Pub. 1957-12-24; B00000686219.

Issue 26Dec57. The Contest continues. Pub. 1957-12-26; B00000687636.

Issue 29Dec57. Not such a risky business. Pub. 1957-12-29; B00000687639.

Issue 31Dec57. The Best news stories of *the* year. Pub. 1957-12-31; B00000687640.

**Other Title:** A Spit in *the* ocean.
The Facts of life.
The Cocker spaniel controversy.
A Tribute to Bogey.
The Unmentionable.

The Question of adopting children.
The Tall and short of it.
The Second best in the world.
A Prayer for landlords.
The Law is formelle.
The Test of time.
The Time killer.
A Dinner for aristocrats.
The Young tea drinkers.
The Blonde tiger.
A Gentle toddle on *the* bob.
A Strange, amusing people.
The most exclusive club.
A New Swiss sport.
The Russians invent love.
The Aga Khan's other son.
The Queen of Butts.
A Proud and noble sound.
The Road to Morocco.
The Horse-faced *girl* comes to Paris.
The Writer is heard from.
A Weekend in *the* country.
The Great bat hunt.
A Yank at Butlin's.
The Stately home business is booming.
The Last angry man.
The Mostest with the hostess.
The Tails with a zip.
The Politest policeman in the world.
The Female figure, where is it going?
The Three wise guys.
The Great sausage mystery.
A Tankful profession.
The Channel was getting too wide.
The Contest continues.
The Best news stories of the year.

**Names:** Buchwald, Art



**Save, Print and Email (Help Page)**

| Select Download Format | Full Record | Format for Print/Save |
|---|---|---|
| Enter your email address: | | Email |

Help    Search    History    Titles    Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page