

At last, hours later, it is done to the director's (and cast's) satisfaction. In the finished picture—about ten seconds.

Then back to the hotel—to take off you-know-what.

41

MMLLC (Shaw) 000344



Here's your party.

43

Person-to-person.

42

MMLLC (Shaw) 000345



There are other things to be done during this New York visit—for instance, posing with Billy Wilder for Richard Avedon, famous photographer. This picture was for *Harper's Bazaar*, which delighted MM; it had been an old ambition of hers, as a model, to appear in a "class" magazine.

New day, fresh start.

44

MMLLC (Shaw) 000346



She goes out in the evening—to a party where Billy Wilder is waiting to introduce her to her guests. Prominent among them are George Axelrod, author of "The Seven Year Itch" (at left) and his wife, Joan.

Others present are Samuel Hoffman, father of Hollywood figures Leonard and Irving Hoffman . . .

MMLLC (Shaw) 000347



. . . and Earl Wilson, famous columnist.

MM and Earl Wilson listen to Irving Berlin. . . .

49



Later, in the intermission of a Broadway show, the audience makes a discovery. And a small riot.

. . . and Hy Gardner (center), of the *New York Herald Tribune*, listens to her.

50

MMLLC (Shaw) 000349



53

Magazine executives entertain MM at 21. (Note to the worried: the glass contains iced tea.)

Backstage she meets Carol Haney, one of Broadway's newest sensations. It's hard to tell which girl is more impressed.



One last interview, with Ed Wallace of the *New York World-Telegram*. Madam certainly seems to think better in bare feet.

55

With (right to left) David Wayne, movie and stage star, Sidney Kingsley, Pulitzer Prize playwright, and Leonard Lyons, Broadway reporter to the nation. How long is it since morning?



A few days later, a night scene is to be shot. And a few citizens gather round to watch.

Taps.

56

MMLLC (Shaw) 000352



Wilder sets the action. This is the scene in which MM and Tom Ewell come out of a movie and stand on a subway grating. A train goes by underneath and creates a breeze.

59





Special duty (painless variety). The boys hold the line as the scene is shot.

MMLLC (Shaw) 000353



Closer, please.

61



The actors move and so does the cam-
era—a "trucking" shot.

60

MMLLC (Shaw) 000354



To Milton Krasner, Academy Award cameraman, it's just another job. He tests th air pressure from below. There's a man down there with a wind machine . . .

63



Thank you.

62





Obliging the press . . .

Gentleman in the audience has a question.



69

The scene is shot, the New York sequences are finished. Everybody feel plenty good.

. . . every way possible.



MMLLC (Shaw) 000358



# PART TWO

Back to Hollywood.
To the studio.
To work.

70

MMLLC (Shaw) 000359



In this scene the hero dreams that The Girl comes down to his apartment.



Even before she gets to the sound stage, there is a pause for a publicity shot. She gets her award for having been elected a school's sweater girl.

72

MMLLC (Shaw) 000360



So MM tries it this way.



"Not quite," says Wilder.
"More like this." !

74

MMLLC (Shaw) 000361



She masters it—but in the picture someone else plays it on the sound track anyway.

77

In that scene MM had to play "Chopsticks," so Charles Smith, of Twentieth's music department, instructs her.

76

MMLLC (Shaw) 000362



Progress report,



MM and Tom Ewell in the "purple" dream scene at the piano.

MMLLC (Shaw) 000363



81

Before which, your reporter is discovered.



But MM gets so carried away, she falls off the bench. Retake!



MMLLC (Shaw) 000364



There follow days of intense activity . . .

. . . then back to work with Tom. (Query:
By this he makes a living?)

82

MMLLC (Shaw) 000365



and publicity photographs;



punctuated by conferences between takes;

84

MMLLC (Shaw) 000366