

and more conferences;

and, while thinking of other things,
more publicity photographs;

86

MMLLC (Shaw) 000367



The backstage jungle.

with time out, of course, for every
woman's favorite indoor sport.

88

MMLLC (Shaw) 000368



In this scene Ewell has just asked The Girl whether she'd like a martini. She replies: "That sounds cool. I'll have a glass of that . . . a big tall one."



Lines are rehearsed in the midst of a cathedral-like hush.

90

MMLLC (Shaw) 000369



This is the costume she wears for the retakes of the preceding scene (at a cost of $35,000). She asks: "Like this?"

93

Later they re-shot this scene with The Girl in a pair of slacks. In this version people had trouble listening to the dialogue.

92

MMLLC (Shaw) 000370



A quick dust-off by Whitey, her favorite make-up man . . .



No, like this.

94

MMLLC (Shaw) 000371



You are about to see the shooting of a scene that was later cut from the picture. A grip holds up the slate that will identify the take.



. . . then gaily back to work.

96

MMLLC (Shaw) 000372



Tom Ewell—who dreams up the scene in the picture—compliments what he has dreamed up.

99



In this dream scene MM and Robert Strauss play Tiger Lil and a hood.

98

MMLLC (Shaw) 000373



While Bill Thomas, the studio still photographer, sets up for a shot, MM goes over her lines.

101

Billy Wilder and Doane Harrison, his associate, attend to some details while MM practices being torrid. You will notice how she is distracting them.

100

MMLLC (Shaw) 000374





Something she ad libbed, no doubt.

Behind the set . . . another rehearsal.

102



Candid (and unsuspected) shot of Hollywood star. All actors know it: comedy is the hardest work.

105

Waiting for the entrance cue.

104



Wilder demonstrates an embrace for Tom Ewell. They get one shoe on her for this scene.

107



This shot was designed for CinemaScope on a wide, wide screen. (Note shoes.)

MMLLC (Shaw) 000377



Speaking of no shoes, Madam prepares for the bathtub scene.

The bubbles are adjusted . . . carefully. . . .

109



MMLLC (Shaw) 000378



It's warmed up, one way and another, and work commences.

111

Water's a bit colder than she expected.

110

MMLLC (Shaw) 000379



The director thanks his star for a good day's work.
She sends regards home to Audrey, his wife.

113

Victor Moore makes a guest appearance in the
bathtub scene. Query: What's he so mad about?

112





Regards to the ever-present photographer, too.

Reflections in A Mirror: Number One . . .

114

MMLLC (Shaw) 000381



The television broadcast scene. Wilder checks the set before he says, "Action."

117

. . . and Number Two.

116

MMLLC (Shaw) 000382



Not a movie you can see on television, this is a TV scene you can see only in a movie.

At last—the last day. Picture's finished. A mild ee-ee-ee.

119



MMLLC (Shaw) 000383



. . . then there's a formal wingding at Roman-off's which was a high point in MM's social life. H. Bogart and C. Webb join in the revelry. (Mr. Bogart had not lost his razor; the whiskers were part of a picture he was making.)

121



Billy Wilder throws a party on the set for the crew . . .



MMLLC (Shaw) 000384



. . . then, under Wilder's direction even after the picture is finished, she gives a kiss to Charles Vidor, another famous director. Mr. Vidor asked for two prints of the picture—one for himself and one for his son at Harvard.

123

She cuts the cake for her guests . . .

122

MMLLC (Shaw) 000385



Sidney Skolsky, one of America's favorite col-
umnists, has his hands full.

125

The face is Darryl Zanuck's.

MMLLC (Shaw) 000386





Charles Feldman, the producer, asks Clark Gable to autograph a picture of one of his most devoted fans. When she was a schoolgirl MM had his picture in her scrapbook.

The last dance—with Tom Ewell. They had both been too rushed to get clothes of their own. Tommy was wearing a rented tux and MM had borrowed a dress from Studio Wardrobe.

126

MMLLC (Shaw) 000387



This is an original publication—not a reprint

Printed in U.S.A.

(35¢)

MMLLC (Shaw) 000388