# APPLICATION FOR REGISTRATION
## OF A CLAIM TO COPYRIGHT IN A BOOK PUBLISHED IN THE UNITED STATES OF AMERICA

REGISTRATION NO. A 193450
DO NOT WRITE HERE
CLASS A
FORM A

INSTRUCTIONS.—Fill in the applicable items on all pages. Pages 1 and 2 should be original copies either printed with pen and ink or typewritten. Page 1a will be returned to you as your Certificate of Registration and therefore should be filled in with care to agree with page 1. Carbon paper may be used for page 1a, but as most carbons will smudge, the Certificate will look neater if typed separately. Mail all pages to the Register of Copyrights, Library of Congress, Washington 25, D. C., together with two copies of the work and the registration fee of $4. Make your remittance payable to the Register of Copyrights. See page 2a for full instructions.

1. COPYRIGHT CLAIMANT OR CLAIMANTS (Full NAMES and ADDRESSES):

    Sam Shaw

    68-39B Cloverdale Blvd., Bayside, New York

2. TITLE OF WORK    MARILYN MONROE AS THE GIRL

3. AUTHORS (Includes Editors, Translators, etc.) Full name, pseudonym, if any, and year of birth and, if dead, year of death, are requested for cataloging purposes. Citizenship *must* be given.

    (a) Name   Stanley   Kauffmann   (text)        Citizenship  U.S.
              (First)    (Middle)    (Last)                  (Give name of country)
        Domicile  241 West 12th Street, New York, N.Y.    Birth _____ Death _____
                  (Address)                                     (Year)      (Year)

    (b) Name   Sam   Shaw   (photographer)        Citizenship  U.S.
              (First) (Middle) (Last)                       (Give name of country)
        Domicile  68-39B Cloverdale Blvd., Bayside, NY.   Birth _____ Death _____
                  (Address)                                     (Year)      (Year)
    George Axelrod, (introduction) 111 East 95 Street, New York, N. Y.  U.S. citizen

4. (a) Check one of the following ONLY if your book is:
    ☐ A revised edition of a previously published book.
    ☐ A translation.
    ☐ A serial republished in book form with new matter.
    ☐ United States edition of a book first published abroad on (Date) _____
       in the English language and registered under Ad Interim No. _____

   (b) If checked above give title and author of original publication (if different from present book). Give brief statement of new matter in this edition.

5. SEND CERTIFICATE TO: (If refund or other communications are to be sent to another person, give his name in space 6.)

    Name     Agnes Healy
             Ballantine Books, Inc.
    Address  404 Fifth Avenue
             (Number and street)
             New York 16, N. Y.
             (City)    (Zone)    (State)

6. Name _____ Address _____

FOR COPYRIGHT OFFICE USE ONLY
APPLICATION AND AFFIDAVIT RECEIVED
JUN 20 1955
TWO COPIES RECEIVED
JUL -5 1955
FEE RECEIVED

MMLLC (Shaw) 000389

# AFFIDAVIT

IMPORTANT.—Fill in this affidavit, sign it before an officer authorized to administer oaths within the United States, such as a notary public, who must place his signature, date of execution, and official seal upon the affidavit. The execution of this affidavit must be subsequent to the facts stated therein and must be made by an individual.

STATE OF __New York__ }
COUNTY OF __New York__ } ss:

I, the undersigned, depose and say that I am the * duly authorized agent or representative residing in the United States of the * person claiming copyright in the book described in this application; that the copies of this book deposited in the Copyright Office were printed in the United States ** by __W. F. Hall Printing Co.__
(Name of establishment doing printing)
at __Chicago, Illinois__ from type set, plates made from type set,
(City)  (State)
or by other process performed, in the United States by __W. F. Hall Printing Co.__
(Name of establishment)
at __Chicago, Illinois__ ; that if the text was produced by
(City)  (State)
lithographic or photoengraving process, such process was wholly performed in the United States by
_____ at _____ ;
(Name of establishment)  (City)  (State)
that the binding, if any, of this book was performed in the United States by __W. F. Hall__
__Printing Co.__ at __Chicago, Illinois__ ; that this book was
(Name of establishment doing binding)  (City)  (State)
published on __June 24, 1955__ in the United States.
(Give month, day, and year when copies were first placed on sale, sold, or publicly distributed)

_____
Signature of agent

(Sign and notarize *only* on or after date of publication)

PLACE
[NOTARIAL SEAL]
HERE
(Copyright Act makes use of official seal obligatory)

Subscribed and sworn to / affirmed before me

this __29th__ day of __June__, 19__55__

_____
Signature of notary

*This affidavit is in form for use by an agent of the copyright claimant. The copyright law permits the affidavit to be made instead by the claimant himself or the printer of the book. If it is to be made by the former, cross out the words between the two single *. If it is to be made by a printer who is not an agent of the claimant, cross out these words and also the succeeding phrase "person claiming copyright in" and write in their place the words "printer of".

**See the provisions of sections 16 and 17 of Title 17 of the United States Code.

MMLLC (Shaw) 000390