UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

SAM SHAW et al.

        Plaintiffs,

  -against-                             96 Civ. 4259 (JGK)

RIZZOLI INTERNATIONAL
PUBLICATIONS, INC., et al.

        Defendants.
_____

RIZZOLI INTERNATIONAL PUBLICATIONS,
INC. et. al,

        Third-Party Plaintiffs,

  -against-

VALPA, SRL

        Third-Party Defendant.
----------------------------------------x

**SUMMARY OF PLAINTIFFS' CLAIMS TO BE DISMISSED
ON RIZZOLI DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
AND IN RESPONSE TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

For the court's convenience, the Rizzoli defendants have prepared the within chart which sets forth the names of the plaintiffs, the pages on which his or her photographic images appear, and each argument for dismissal of infringement claims with regard to each such photographic image or text.

MMLLC (Shaw) 000624

3148

| Name of Claimant | Rizzoli Cat. P. # | Public Domain | Not Owner | Summary Damages | False Regis. | No Regis. | Consent |
|---|---|---|---|---|---|---|---|
| Kelley Studios | 65 | x | | no | x | x | |
| Kelley Studios | 66 | x | | no | x | x | |
| Kelley Studios | 67 | x | | no | x | x | |
| Kelley Studios | 68 | x | | no | x | x | |
| Kelley Studios | 76 | x | | no | x | x | |
| Kelley Studios | 116 | x | | no | x | x | |
| Kelley Studios | 247 | x | | no | x | x | |
| Kelley Studios | 310 | x | | no | x | x | |
| George Barris | 278 | | x | | | | x |
| George Barris | 279 | x | | no | x | x | x |
| George Barris | 280 ten photos | | | | | | x |
| George Barris | 282-83 | x | | no | x | x | x |
| George Barris | 285 | | | | | | x |
| Greene LLC | title page and 167 | x | x | no | x | x | |
| Greene LLC | 92 | x | x | no | x | x | |
| Greene LLC | 108 | x | x | no | x | x | |
| Greene LLC | 108-9 ten photos | x | x | no | x | x | |
| Greene LLC | 167 | x | x | no | x | x | |
| Greene LLC | 168 | x | x | no | x | x | |
| Greene LLC | 171 | x | x | no | x | x | |
| Greene LLC | 182 | x | x | no | x | x | |
| Greene LLC | 187 | x | x | no | x | x | |
| Greene LLC | 262 | | x | no | | | |
| Greene LLC | 263 | | x | no | | | |
| Greene LLC | 264 | | x | no | | | |
| Greene LLC | 265 | | x | no | | | |
| Greene LLC | 266 | | x | no | | | |
| Greene LLC | 267 | | x | no | | | |
| Greene LLC | 268 | | x | no | | | |
| Greene LLC | 269 | | x | no | | | |
| Greene LLC | 270-71 | | x | no | | | |
| Sarrio/Travilla | 294 | | x | no | | x | x |

MMLLC (Shaw) 000625

| Name of Claimant | Rizzoli Cat. P. # | Public Domain | Not Owner | Statutory Damages | False Regis. | No Regis. | Consent |
|---|---|---|---|---|---|---|---|
| Sarris/Traviila | 296 six sketches | | x | no | | x | x |
| Sarris/Traviila | 296 six photos | | x | no | | x | x |
| Sam Shaw | 146 three photos | x | | no | x | x | |
| Sam Shaw | 147 six photos | x | | no | x | x | |
| Sam Shaw | 148 | x | | no | x | x | |
| Sam Shaw | 149 | x | | no | x | x | |
| Sam Shaw | 162 | | | no | x | x | |
| Sam Shaw | 184 three photos | x | | no | x | x | |
| Sam Shaw | 248 | | | no | x | x | |
| DeDienes | inside cover | | | no | x | x | |
| DeDienes | 25 two photos | x | | no | x | x | |
| DeDienes | 26 three photos | x | | no | x | x | |
| DeDienes | 28 | x | | no | x | x | |
| DeDienes | 76 | x | | no | x | x | |
| DeDienes | 107 eight photos | x | | no | x | x | |
| DeDienes | 112 | x | | no | x | x | |
| DeDienes | 113 | x | | no | x | x | |
| DeDienes | 118 two photos | x | | no | x | x | |
| DeDienes | 244 | x | | no | x | x | |
| Bert Stern | 216 sixteen photos | x | | no | x | x | |
| Bert Stern | 219 | | | no | x | x | |
| Roy Schatt | 159 six photos | x | | no | x | x | |
| Phil Stern | 196 | x | | no | x | x | |

MMLLC (Shaw) 000626

3150

| Name of Claimant | Rizzoli Cat. P. # | Public Domain | Not Owner | Statutory Damages | False Regis. | No Regis. | Consent |
|---|---|---|---|---|---|---|---|
| Quon Editions | 25 | x | | no | | x | |
| Quon Editions | 26 two photos | x | | no | | x | |
| Quon Editions | 27 two images | x | | no | | x | |
| Quon Editions | 28 | x | | no | | x | |
| Quon Editions | 30 | x | | no | | x | |
| Quon Editions | 31 | x | | no | | x | |
| Quon Editions | 33 two photos | x | | no | | x | |
| Quon Editions | 35 | x | | no | | x | |
| Quon Editions | 37 | x | | no | | x | |
| Quon Editions | 47 | x | | no | | x | |
| Quon Editions | 57 | x | | no | | x | |
| Quon Editions | 128 two photos | x | | no | | x | |
| Quon Editions | 171 | x | | no | | x | |
| Quon Editions | 207 | x | | no | | x | |
| Mickey Pederson Mickey Song | 223 | | | no | | x | x |
| Mickey Pederson Mickey Song | 310 | | | no | | x | x |
| Henri Dauman | 198 | x | | no | x | x | |
| Henri Dauman | 199 | x | | no | x | x | |
| Patricia Fox | text | | | no | | | x |
| Carl Rollyson | text | | | no | | | x |
| Sam Shaw | text | | | no | | | x |
| Villani | text | | | no | | | x |
| Welch | text | | | no | | | x |

In addition to the foregoing, the following claims of the plaintiffs should be dismissed: (1) all trademark and trademark dilution claims of all plaintiffs; (2) all Visual Artist Right's Act claims of all plaintiffs; (3) the New York Civil Rights Law claims of Shaw and Barris; (4) all state law claims of unfair competition, unjust

MMLLC (Shaw) 000627

3151

enrichment, tortious misappropriation of goodwill and unfair trade practices of all plaintiffs; and (5) all claims of all plaintiffs allegedly arising under foreign law.

Respectfully Submitted,

Weisman Celler Spett & Modlin, P.C.

By: *(signature)*
John B. Sherman (JS/0232)
445 Park Avenue
New York, NY 10022
(212) 371-5400
Attorneys for Plaintiffs

MMLLC (Shaw) 000628