UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------- x

SAM SHAW et al.,

Plaintiffs,

-against-

96 Civ. 4259 (JGK)

RIZZOLI INTERNATIONAL PUBLICATIONS, INC., et al.

Defendants.

**RULE 56.1 STATEMENT OF MATERIAL FACTS**

----------------------------------------------------

RIZZOLI INTERNATIONAL PUBLICATIONS, INC., et. ano

Third Party Plaintiffs,

-against-

VALPA, SRL

Third Party Defendant.

---------------------------------------------------- x

Pursuant to Local Rule 56.1, defendants Rizzoli International Publications, Inc. and RCS Libri & Grandi Opere SpA (collectively "Rizzoli") submit the following statement of material facts as to which there is no genuine issue to be tried.

1. Pool 4 Art World SRL ("Pool 4") created an exhibition of Marilyn Monroe photographs and memorabilia and obtained for use therein the photographs and other images which are the subject of this lawsuit. (Polito Aff. ¶4).

2. Pool 4 contracted with RCS Libri & Grandi Opere SpA to publish *Marilyn Monroe, The Life. The Myth.* a catalogue of the exhibition (the "Rizzoli Catalogue"). (Polito Aff. Ex. A). This action seeks damages for copyright infringement and related claims arising out of publication in 1995 and 1996 in Italy and the United States of the Rizzoli Catalogue. (Polito Aff ¶2.)

3. Marilyn Monroe died in August, 1962. (Polito Aff. ¶5).

4. The photographs that are the subject of this lawsuit were created prior to Ms. Monroe's death. (*Id.*).

5. The following paragraphs numbered 6 to 59 list 95 photographs which are the subject of this lawsuit, indicating for each photograph the name of the plaintiff, the page of the Rizzoli Catalogue (Exhibit A) on which the photograph or photographs appear, the name of the periodical in which the photograph appears, and a publication date for the photograph prior to January 1, 1964 (the "Public Domain Photographs").

| | Page From Rizzoli Catalogue, Polito Aff. Ex. A | Number of Photos | Name of Periodical | Evidence From Record Demonstrating Publication Date before January 1, 1964 |
|---|---|---|---|---|
| | <u>Sam Shaw</u> | | | |
| 6. | 146-147 | 8 | "Le Ore" | S. Shaw testified[1] that the photographs on pp. 146-147 and 149 of the Catalogue were published in 1954, the day after they were taken. (Shaw p.76, Ex. G). |

[1] The relevant pages of the deposition of Sam Shaw are annexed to the affidavit of Antonio Polito as Exhibit G.

| | Page From Rizzoli Catalogue, Polito Aff. Ex. A | Number of Photos | Name of Periodical | Evidence From Record Demonstrating Publication Date before January 1, 1964 |
|---|---|---|---|---|
| 7. | 147 | 1 | "Se" | The photograph was published on the cover of a magazine "Se" which states the publication date as October 1-7, 1954. See also, Shaw p. 76 Ex. G. |
| 8. | 147 | 1 | "Cahiers du Cinema" | S. Shaw testified that the photographs on pp. 146-147 and 149 of the Catalogue were published in 1954, the day after they were taken. (Shaw p.76, Ex. G). |
| 9. | 148 | 1 | "Paris-Match" | Annexed hereto, as Exhibit H, is a copy of the page on which the photograph appeared in an October, 1954 "Paris-Match" magazine, which was made from microfilm belonging to the New York Public Research Library at 42nd Street. The facts regarding the copying of this microfilm are contained in the affidavit of Kenneth Hicks, also attached as Ex. H. |
| 10. | 149 | 1 | "Visioni" | The photograph was published on the cover of a magazine, "Visioni", which states the publication date as May 14, 1955. *See also* Shaw p. 76, Ex. G. |
| 11. | 184 | 3 | "Le Ore" | The identical photographs were published in the "New York Post" on May 13, 1957. A copy of the relevant page is annexed as part of Exhibit H. |
| | <u>Shirley de Dienes</u> | | | |
| 12. | 25 | 1 | "Family Circle" | The photograph was published on the cover of a magazine, "Family Circle", which states the publication date as April 26, 1946. |
| 13. | 25 | 1 | "Votre Amie" | The photograph was published on the cover of a magazine "Votre Amie", which states the publication date as September 3, 1946. |

| | Page From Rizzoli Catalogue, Polito Aff. Ex. A | Number of Photos | Name of Periodical | Evidence From Record Demonstrating Publication Date before January 1, 1964 |
|---|---|---|---|---|
| 14. | 26 | 1 | "Wereld Kroniek" | Shirley de Dienes[2] testified that the photograph was published for the first time in 1949. De Dienes pp. 28-29, Ex. I. |
| 15. | 26 | 1 | "Pageant" | The photograph was published on the cover of a magazine, "Pageant", which was published in June 1946, according to a book published by the plaintiff, Quon Editions, p. 110, entitled *Marilyn Monroe unCovers*. Copies of the relevant pages of the Quon Editions book are annexed hereto as Exhibit N. |
| 16. | 26 | 1 | "Picture Post" | The photograph was published on the cover of a magazine, "Picture Post", which states the publication date as December 13, 1947. |
| 17. | 27 | 1 | "Picture Post" | The photograph was published on the cover of a magazine, "Picture Post", which states the publication date as March 26, 1949. |
| 18. | 27 | 1 | "Sunbathing Review" | The photograph was published on the cover of a magazine, "Sunbathing Review", which states the publication date as Fall 1958. |
| 19. | 28 | 1 | "Noir Et Blanc" | The photograph was published on the cover of a magazine, "Noir et Blanc," which states the publication date as July 16, 1952. |
| 20. | 76 | 1 | "Life | De Dienes testified that the photograph was published in the April 7, 1952 "Life" magazine. (De Dienes, pp. 48-51, Ex. I). |
| 21. | 107 | 8 | "Marilyn Monroe Pin-ups" | Copies of the cover page, Copyright page and the pages of the 1953 "Marilyn Monroe Pin-ups" magazine are annexed |

[2] The relevant pages of the deposition of Shirley De Dienes are annexed to the Polito Affidavit as Exhibit I.

| | Page From Rizzoli Catalogue, Polito Aff. Ex. A | Number of Photos | Name of Periodical | Evidence From Record Demonstrating Publication Date before January 1, 1964 |
|---|---|---|---|---|
| | | | | hereto as part of Ex. I following the pages of De Dienes deposition. |
| 22. | 112 | 1 | [Advertisement] | De Dienes testified that the photograph was published for the first time in the 1940's (De Dienes pp. 48-51, Ex. I). |
| 23. | 113 | 1 | [Advertisement] | De Dienes testified that the photograph was published for the first time in the 1940's. (De Dienes pp. 67-68, Exh. I) |
| 24. | 118 | 2 | [Unknown] | The photographs which are claimed to be protected by the copyright law were published in a magazine spread which was reproduced in the Rizzoli Catalogue. The captions accompanying the photographs refer to Ms. Monroe in the present tense and thus demonstrate that the magazine article and the photographs were published in her lifetime, and before January 1, 1964. |
| | <u>Milton Greene</u> | | | |
| 25. | 92 | 1 | "Mujer" | The photograph was published on the cover of a magazine, "Mujer," which states the publication date as February 1962. *See also* J. Greene[3] pp. 153-154 Ex. J. |
| 26. | 92 | 1 | "Se" | The photograph was published on the cover of a magazine "Se", which states the publication date as October 18, 1957; *See also* J. Greene pp. 153-154, Ex. J. |
| 27. | 108 | 1 | "Tempo" | The photograph was published on the cover of a magazine, "Tempo", which states the publication date as November 26, 1953. |

[3] The relevant pages of the deposition of Joshua Greene, the son of Milton Greene, are annexed to the Polito Affidavit as Exhibit J.

Exhibit G

MMLLC (Shaw) 000610

documentary come out, what year?
A It's been shot, but it hasn't been released yet.

PAGE 74

Q Do you know --
A Momentarily.
Q Is it going to be shown on United States television?
A Yes.
Q Or just on English television?
A World television. BBC.
Q But you don't have a date?
A I think I gave them permission every place except China. Hong Kong, China, Kuwait.
Q And you don't have a date yet when this is going to be shown?
A No.
Q Is it going to be in the near future?
A Pakistan. I wouldn't allow them to use any of my pictures in those countries.
Q Do you have the name and address--
A Because they have excepted it.
Q Do you have the name of the producer of this BBC documentary?
A The producer was Elaine Shepherd. I don't know the exact address. BBCTV London. They have asked for other photos and there is a Mr. Levy and a David Knight.

PAGE 75

David Knight, isn't it?
MS. MARCUS: Knight. They are the producers or marketers, whatever.
Q Turning now to page 147, did you take all of the photographs on page 147?
A Yes.
Q Yes?
A Yes. Plus I --
Q Yes?
A I had a book with *Cahiers du Cinema*.
Q You had a book with Cahiers du Cinema? You wrote a book for them?
A Yes. A book of my photos.
Q When --
A On John Cassavetes.
Q When did that come out?
A About two years ago.
THE WITNESS: Two years ago?
MS. MARCUS: 1992.
THE WITNESS: 92?
MS. MARCUS: Yes.
A 1992.
Q Now, I also want to skip ahead to page 149, which looks like a similar photo to the ones

PAGE 76

on pages 146 and 147. So skipping ahead to 149, did you take this photo?
A That was on the strip of my photographs, my sketches for the ad. I did the ad for the picture, for the logo of the picture. That's one of the photos in there.
Q Were these photos of Marilyn Monroe that are on pages 146, 147 and 149 taken at or about the same time and place?
A The same evening. 51st Street and Lexington Avenue.
Q What was the date?
A I haven't got the exact date.
Q How long --
A The next day it was in Life Magazine.
Q How long --
A Associated Press, worldwide.
Q How long did it take you to take these photographs?
A It could have been the evening of 1954 but it took about ten years before, during the same composition, I designed that composition.
Q Are you saying you had Marilyn pose the way she is depicted in these photographs?

PAGE 77

A Well, I didn't have her pose.
Q What do you mean by you designed it?
A She did the scene.
Q She did a scene in the movie "The Seven-Year Itch," right?
A Yes.
Q Did you design the scene?
A Yes. I designed -- I laid out the composition, the design. I was assigned to find -- I was assigned by Billy Wilder, Charlie Feldman, producers, to come up with a logo for the picture. I knew that that would become the logo.
Q So are you saying that you recommended that the skirt blowing scene be included in the movie?
A No.
Q Somebody else did?
A The scene was in the script.
Q You didn't write the script?
A I didn't write the script but I selected that moment to do the logo.
Q Were you hired by the producers to do still photography?

PAGE 78

A Yes.
Q For that --
A Special, yes. Correct.
Q Did the producers pay you for these photographs?
A Yes. Paid me for the assignment. The overall assignment.
Q At the end of the assignment when you finished the photographs, who retains the rights to the photographs, the producers or you?
A No. I retained the rights. A special photographer, that's the tradition of the special photographer. I have the rights to the picture.
Q What do you mean by a "special photographer"?
A Well, there is studio photographers, that's automatically with the union

Exhibit H

MMLLC (Shaw) 000612

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------ x

SAM SHAW et al.,

Plaintiffs,

-against-

96 Civ. 4259 (JGK)

RIZZOLI INTERNATIONAL PUBLICATIONS, INC., et al.

Defendants.

AFFIDAVIT

------------------------------------------------

RIZZOLI INTERNATIONAL PUBLICATIONS, INC., et. ano

Third Party Plaintiffs,

-against-

VALPA, SRL

Third Party Defendant.

------------------------------------------------x

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

Kenneth A. Hicks, being duly sworn, deposes and says:

1. I am associated with the firm of Weisman Celler Spett & Modlin, P.C. attorneys for Rizzoli International Publications, Inc. and RCS Libri & Grande Opere SpA (collectively "Rizzoli").

2. On December 3, 1997, I went to the New York Public Research Library on 42nd Street. I obtained the microfilm for the "Paris-Match" magazine for the time period which includes October 1954 and made a copy from the microfilm of the page

which is annexed hereto and which corresponds to the photograph reproduced for the Rizzoli Catalogue at page 148.

Kenneth A. Hicks

Sworn to before me
this 8th day of December 1997.

JESSE ALAN EPSTEIN
Notary Public, State of New York
No. 31-6194860
Qualified in New York County
Commission Expires July 31, 1998



# La Gina d'Amérique rencontre la Marilyn d'Europe

Dans l'avion qui l'emmenait à New York, où elle allait présenter son dernier film *Pain, Amour et Fantaisie*, Gina Lollobrigida avait préparé les réponses aux questions rituelles des journalistes américains. On ne lui en posa qu'une, qu'elle n'avait pas prévue : « Que pensez-vous de Marilyn Monroe ? » Gina qui n'avait jamais rencontré sa rivale, répondit : « Elle a fait beaucoup de progrès. » Dès le lendemain elle est allée lui rendre visite dans la 52e Rue, où Marilyn tournait une scène d'extérieur de son film *The Seven Year Itch*. Pour la voir, Gina franchit sans être reconnue une haie de 2.000 personnes [illegible] admiratrices de la vedette américaine. Marilyn [illegible] Gina dans le sous-sol d'un théâtre voisin, le Trans-Lux. Un instant, les deux « figures de proue » du cinéma [illegible] contemplèrent en silence. C'est la sympathique [illegible] « Savez-vous, dit la blonde Marilyn, qu'on m'a surnommée la Lollobrigida d'Amérique ? — Justement, répondit la brune Gina, on m'appelle en Europe « l'autre Monroe ! »

Photo Nick de MORGOLI.

New York Post Sports

NEW YORK, MONDAY, MAY 13, 1957

Read Singer's Sport Chatter

Break Sports On Page 84

# Hurricane Has Just Gotta Eat

# Soccer Was Never Like This

Marilyn Monroe gives fans a boot at Ebbets Field yesterday as she kicks out first ball for game between Israel's Hapoel soccer team and American Soccer League All-Stars, which featured a Salute to Israel program. The Israeli team won, 6-4.

# Robinson Filling In for Klu As Reds' Big Man...In Big Way

FRANK ROBINSON

Frank Robinson, National League "Rookie of the Year" in 1956, has replaced ailing Ted Kluszewski as the "big man" of the runaway Redlegs from Cincinnati.

While Birdie Tebbetts' Redlegs their own modern club record by winning 12 in a row, all on the road, Robinson has been busy hammering out a 12-game consecutive hitting streak.

As a result of this tumultuous road trip, the 21-year-old left fielder-first baseman now leads the league with a .326 average. During the 12-game span, he batted at a .452 clip and produced five doubles, a triple, three homers and 16 runs batted in.

Not since 1939 in the glory days of Bucky Walters, Paul Derringer, Frank McCormick, Ernie Lombardi and Co. has a Cincinnati ball club won 12 games in succession. Redleg fans won't have to be reminded that club won the pennant. You have to go way back to 1890 to find a better Cincinnati win streak of 14 games.

The Reds took two more yesterday at Chicago, 7—5 and 7—1, with Tebbetts, as usual, getting...

White Sox a half-game in front of the Yankees.

Despite Tom Brewer's two-hit shutout in the opener, 10—0, the Boston Red Sox had to settle for a split with Washington when Pedro Ramos, who beat them six times last year, scattered seven Red Sox hits for a 6—2 triumph.

Virgil Trucks, consigned to the scrap heap by many, popped up with his fifth straight victory for Kansas City, winning over Cleveland on relief in the 9-2 opener with the help of a grand-slam homer by Hal Smith. Rocky Colavito drove in four runs, three of them on a first-inning homer to give the Indians a split with a 7—1 second-game decision for rookie Don Mossi.

Three men won't forget May 12 for some time. Ed Winceniak, Cub infielder, got his first major league homer in the first game against Cincinnati and little Don Blasingame, the Cardinals' whistling second baseman, connected for his first in the second game against Milwaukee. At Chicago Bill Fischer, 26-year-old White Sox rookie, won his first big league game with a fine relief job.

...onal game, but Taylor Phillips was credited with the victory on relief in a game that saw Eddie Mathews and Aaron homer for the winners and Bobby Gene Smith and Blasingame homer for the Cards.

## Score's Eye 'Much Better'

Cleveland, May 13 (AP) — An eye specialist says he is encouraged by the progress being made by Herb Score, Cleveland Indians pitcher who was hit in the right eye by a line drive.

"Herb is responding nicely to treatment and the eye is much better," Dr. Charles I. Thomas said yesterday following an inspection of the ace southpaw's injury. "The blood clot is about half absorbed and the veil is gradually lifting. I'm very much encouraged about things."

Dr. Thomas was able to see about half the retina of the eye and said it "looks good." However, he has not had an opportunity to make a complete examination to determine whether permanent damage has been done to the eye.

The 23-year-old pitcher told Dr. Thomas Saturday that he could see better out of the eye than before.

MMLLC (Shaw) 000616

Exhibit I

MMLLC (Shaw) 000617

SAM SHAW .v. RIZZOLI INTERNATIONAL PUBLICATIONS, INC.

25

de Dienes

Angeles Superior Court.

Q. Did you use a lawyer to represent you?

A. Correct.

Q. What is his name and address?

A. David Mallen, M-a-l-l-e-n, Los Angeles, California, just a second. 333 South Rand, 33rd floor, that's Los Angeles, California, 90071.

Q. What photos were involved in this suit that led to a $250,000 judgment?

A. Well, I'm not sure of the amount so you might want to leave a blank because I'm not sure.

Q. All right, I'll leave a blank.

(Insert.)

A. I don't want you to put an exact amount if I'm not sure of the amount.

Q. What photos were involved in this particular case?

A. Well, I can't tell you what photos, my husband has such a large collection it would be impossible for me to tell you the images that were involved.

Elisa Dreier Reporting Corp., * (212) 557-5558
230 Park Avenue, Suite 650, New York, NY 10169

26

de Dienes

Q. How many images were involved?

A. I don't know because Litwak and Michaelson were two con artists and it's really difficult to know -- to find out, as you know, even getting into a lawsuit the amount that was involved because the truth is not always brought out.

Q. What had Michaelson and Litwak done; had they published a book or something else?

A. Well, they tried to publish a book and they licensed his images over television and other avenues that I'm not even aware of. They came out -- they held a big exhibit in Las Vega at the Riviera Hotel. I don't know how many images they used for that.

Q. Getting back to Edward Weston, what did he do with your husband's images?

A. Well, he -- I can't discuss that with you. I'm not even sure if I can discuss any of that case with you, so I would have to decline, and if you have any questions you would have to call my attorney here in Los Angeles because I'm not sure what I can discuss and what I can't discuss.

Elisa Dreier Reporting Corp., * (212) 557-5558
230 Park Avenue, Suite 650, New York, NY 10169

27

de Dienes

Q. Is that Mr. Mallen?

A. Correct.

Q. How about the Sports Times case, can you discuss anything about Sports Times?

A. I'm not sure so rather than say something I'm not supposed to, here, again, I direct you to Mr. Mallen.

Q. All right. Let us turn in the red book to page 26. Do you see page 26?

A. Yes.

Q. There are three covers on page 26, are any of those pictures your husband's pictures?

A. Yes.

Q. How many of them?

A. All three.

Q. Okay, let us start with the picture on the cover that is a magazine that's called Wereld-Kroniek, W-e-r-e-l-d K-r-o-n-i-e-k. Do you see that picture?

A. Yes.

Q. It's Marilyn Monroe, looks like in the middle of some snow.

A. Yes.

Elisa Dreier Reporting Corp., * (212) 557-5558
230 Park Avenue, Suite 650, New York, NY 10169

28

de Dienes

Q. What were the circumstances surrounding taking that picture?

A. That was part of their sojourn, I think that was taken in Mount Hood, Oregon.

Q. What was the year it was taken?

A. 1945.

Q. Did your husband pay Marilyn Monroe for her services as a model for the three weeks of this sojourn?

A. Yes.

Q. How much did he pay her?

A. I don't know.

Q. Do you have any records from which you can determine the answer to that question?

A. I may, I would have to check.

Q. All right, we'll leave a space.

(Insert.)

Q. When was this photo published for the first time?

A. I don't know.

Q. Do you know if it was published for the first time in Wereld-Kroniek Magazine in 1949?

A. Knowing Andre that would have been

Elisa Dreier Reporting Corp., * (212) 557-5558
230 Park Avenue, Suite 650, New York, NY 10169

MMLLC (Shaw) 000618

SAM SHAW .v. RIZZOLI INTERNATIONAL PUBLICATIONS, INC.

29

de Dienes

the first time but, here, again, I'm not sure.

Q. When you say "knowing Andre that would have been the first time," what do you know about his habits that cause you to conclude that that would have been the first time?

A. He was very protective of his photographs of Marilyn Monroe and the very -- the few that he allowed people to use would have been in the early days, in the 1940s, and because later on he buried his negatives of her and they stayed buried for quite a few number of years and he just did not have her works published, very few of them.

Q. Was this photo, the snow scene, was it ever published anywhere else?

A. Prior to this date?

Q. Right.

A. Prior to this date, not to my knowledge.

Q. How about after this date?

A. After he --

Q. After it was published in this Wereld-Kroniek in 1949 was it ever published

Elisa Dreier Reporting Corp., * (212) 557-5558
Park Avenue, Suite 650, New York, NY 10169

30

de Dienes

anywhere else?

A. Yes.

Q. Where else?

A. Marilyn Mon Amore.

Q. Anyplace else?

A. On a calendar in the United States and I know that for sure.

Q. When did that calendar come out?

A. Oh, that would have been a calendar that I had given the licensing rights to in 1993. Excuse me, let me go back. This also could be one of the pictures that has appeared in other books after this. It could have been anywhere from 19 -- in the 1970s. There's a book that Norman Mailer wrote, but there was a number of his photos, a few that was published in that book, but --

Q. Did your husband get any money from the Norman Mailer book?

A. Yes.

Q. How much money did he get?

A. I don't know. Please keep in mind not sure if these are one of the particular images that appeared in that book,

Elisa Dreier Reporting Corp., * (212) 557-5558
230 Park Avenue, Suite 650, New York, NY 10169

31

de Dienes

but I know over the years it may have been one of the images that appeared in some of the other books that have been published on her.

Q. With respect to the calendar, how much money did you receive for allowing the Marilyn Monroe in the snow picture to be in the calendar?

A. I don't know. I'd have to go back to see.

Q. Let us leave a space and you can supply that when you read through your deposition.

(Insert.)

Q. Do you remember how much money you ever got for your Marilyn Monroe in the snow picture on any occasion or any money that your husband got on any occasion?

A. Let me just say that I never received, myself, any moneys for that particular picture alone for a single usage and at first what Andre received I do not know.

Q. Do you know what copyright notices were in the magazine Wereld-Kroniek?

Elisa Dreier Reporting Corp., * (212) 557-5558
230 Park Avenue, Suite 650, New York, NY 10169

32

de Dienes

A. No, I do not.

Q. Do you know if your husband put a copyright notice on the original photo before it was sent to Wereld-Kroniek?

A. I'm not sure.

Q. Do you still have the original photo in your possession?

A. Yes.

Q. Can you check to see if it has any copyright notice on it and advise us?

A. Yes.

(Insert.)

Q. Let us now go to Picture Post Magazine, which is also on the same page. When was that photo taken?

A. 1945.

Q. Was that taken during the same three-week trip?

A. Correct.

Q. When was the first time that photo was published?

A. I don't know.

Q. Could the first time have been on

Elisa Dreier Reporting Corp., * (212) 557-5558
230 Park Avenue, Suite 650, New York, NY 10169

MMLLC (Shaw) 000619

SAM SHAW .v. RIZZOLI INTERNATIONAL PUBLICATIONS, INC.

45

de Dienes

a copy of it.

And then you say these were postcards.

A. No, collector cards.

Q. What is a collector card?

A. They're like baseball cards, you know, they collect them and trade them. People who are fans of hers.

Q. Yes. So you don't remember how much money you earned from these collector cards?

A. No, I recall that there was a $20,000 advance payment but subsequently that company folded up and went bankrupt before the end of the contract.

Q. Do you remember how many separate photos were used on these collector cards?

A. No, I do not.

Q. But you can check your records and if you have the answer to all of these questions you'll supply it, okay?

A. Uh-huh, yes.

(Insert.)

Q. We're now going to turn to page 28. Now, that is a photo that's from a magazine,

Elisa Dreier Reporting Corp., * (212) 557-5558
230 Park Avenue, Suite 650, New York, NY 10169

46

de Dienes

Noir Et Blanc, N-o-i-r E-t B-l-a-n-c. Do you see that?

A. Yes.

Q. When was that photo taken?

A. 1949, Jones Beach, New York.

Q. Was that taken on the same day as the other Jones Beach photo?

A. Yes.

Q. So the circumstances involving the taking of those two Jones Beach photos were the same?

A. Yes, same day.

Q. When was this Noir Et Blanc photo published for the first time?

A. I don't know, prior to this.

Q. Could this have been the first publication of the photo?

A. It could have been, but I'm not -- I'm not sure.

Q. Do you have any records from which you can check when the first publication of this photo occurred?

A. I don't know, not prior to this.

Q. Do you know if there was any

isa Dreier Reporting Corp., * (212) 557-5558
0 Park Avenue, Suite 650, New York, NY 10169

47

de Dienes

copyright on this photo when it was presented for the publication?

A. No, I do not.

Q. Well, can you check if you have the original of the photo and advise us?

A. Yes.

(Insert.)

Q. Also do you know if Noir Et Blanc printed any copyright notices?

A. I don't know.

Q. Where else has this photo been published?

A. I don't know, probably in some other books that they pirate -- you know, use them without permission.

Q. Have you ever licensed this photo to be published by anybody?

A. I'm not sure about this particular image.

Q. Incidentally, with respect to all the photos that we've talked about so far, were any other photographers present when your husband was doing all of these photos?

Elisa Dreier Reporting Corp., * (212) 557-5558
230 Park Avenue, Suite 650, New York, NY 101[illegible]

48

de Dienes

A. No, just Andre, Marilyn and his cat, CooCoo.

Q. Let's turn to page 76. On page 76 there is a reproduction of a Life Magazine cover, there is a reproduction of a page from Life Magazine and there is a reproduction of one of the Marilyn Monroe calendar pictures. Now, did your husband take any of these pictures?

A. Yes, the one where she has the plaid slacks on, not the nude picture .

Q. And not the Life Magazine picture either?

A. Oh, no, not that one, no.

Q. When did your husband take the picture of Marilyn with the plaid pants?

A. Either '52 or '53, I'm -- I'm not sure.

Q. What were the circumstances?

A. I'm not sure on that one.

Q. Was that picture taken on the same day as any of the other pictures we've talked about?

A. It could have been -- I don't know,

Elisa Dreier Reporting Corp., * (212) 557-5558
230 Park Avenue, Suite 650, New York, NY 10169

MMLLC (Shaw) 000620

SAM SHAW .v. RIZZOLI INTERNATIONAL PUBLICATIONS, INC.

49

de Dienes

I'm not sure.

Q. For example, the inside front cover picture you said was 1952?

A. Uh-huh.

Q. Could this picture have been done that day also?

A. I don't know if it was done that day. Excuse me, could I go back to page, the last page we were on Jones Beach, 28?

Q. Yes, let's go back to 28.

A. I just wanted to make a note that that picture also did appear in Marilyn Mon Amore.

Q. Okay, I appreciate it.

MR. EPSTEIN: In fact, Mr. Shaw has found it in Marilyn Mon Amore, so for the record we're going to say what page it is. First we have the find the page. Not all the pages are numbered. It looks like page 98. And Mr. Weingrad wants to know what page it is in the Rizzoli book.

MR. SHAW: 28.

MR. EPSTEIN: It's 28 in the Rizzoli book.

Q. All right, so, now, back to Marilyn

Elisa Dreier Reporting Corp., * (212) 557-5558
230 Park Avenue, Suite 650, New York, NY 10169

50

de Dienes

in the plaid pants on page 76.

A. Yes.

Q. Where was that taken?

A. I also think -- I think that was also taken in Bel Air.

Q. Was that in some -- in her house?

A. Apartment.

Q. Do you know how many photos your husband took on that particular day?

A. No, I do not.

Q. Do you have, like, the negatives from that day?

A. I'm sorry.

Q. Do you have, like, a set of the photos that he took that day in your possession?

A. I have some, I don't -- I have some, yes.

Q. Was this Life Magazine the first time that the page 76 photo was published?

A. Was that Life Magazine?

Q. Well, the caption -- well, I can ask that. The caption of the Rizzoli book says Life.

Elisa Dreier Reporting Corp., * (212) 557-5558
230 Park Avenue, Suite 650, New York, NY 10169

51

de Dienes

A. But that's not his picture where it says Life on it.

Q. Take a look again, both pages seem to be from Life Magazine.

A. Right, okay, okay.

Q. So was that publication in the Life Magazine the first publication of the Marilyn with the plaid pants?

A. To my knowledge it would have been.

Q. Did your husband get paid for the publication of that photo by Life Magazine?

A. I don't know.

Q. Did Life Magazine acquire all future rights to that photo when they published it?

A. No.

Q. How do you know?

A. Knowing Andre he would never have given that permission to anyone. Anyone.

Q. Were there any copyright notices in Life Magazine with respect to this photo?

A. I don't know.

Q. Do you know what copyright notices Andre put on the photo before he sent it to Life Magazine?

Elisa Dreier Reporting Corp., * (212) 557-5558
230 Park Avenue, Suite 650, New York, NY 10169

52

de Dienes

A. No, I do not.

Q. If you can determine that from looking at the original of the photo in your possession, please advise us.

A. Okay.

(Insert.)

Q. Mr. Shaw has found on page 116, 117 of Marilyn Mon Amore another picture of Marilyn in the plaid pants. It's hard to say if it's the same or a little different. Do you have any familiarity with that picture?

A. Yes.

Q. Is that the same picture or a different pose at the same time?

A. Well, it was taken the same day that the page 76 was taken.

Q. I see.

A. I'm not sure. It looks like the same image, but...

Q. Mr. Shaw is telling me to him it looks a little different, okay, but we can examine it further. So then getting back to the page 76 --

Elisa Dreier Reporting Corp., * (212) 557-5558
230 Park Avenue, Suite 650, New York, NY 10169

MMLLC (Shaw) 000621

de Dienes

picture did, but, however, I'd have to flip through the book. I don't recall that, it could have but I can take a look.

Q. Well, you don't have to do it, we'll do it as we go along. Mr. Shaw will look.

A. I don't remember that particular image.

Q. Is it possible that the camera company bought all of the rights to reproduce this photo in the future?

A. No, no, never.

Q. Let us go to page 113 in the Rizzoli book. It has several pictures of people, women mainly.

A. The one on the right with the bathing suit, white bathing suit, and her hair is up and it says "Crema" behind it.

Q. That's the only one on that page that your husband took?

A. Yes.

Q. When did he take that photo?

A. I believe the year was 1946.

Q. Was that taken during the same time as any of the other photos that we've talked

de Dienes

about?

A. No, it was a different time period. Different day, different month.

Q. What were the circumstances involved with taking that photo?

A. Well, she and Andre had a rather unique relationship. Just to preface, some of the answers basically are the same that I'm going to give you on this one. She called him up and she had just changed her name to Marilyn Monroe and they had kept in touch for over 16 years and she had called up and said she was celebrating the changing of her name to Marilyn Monroe and went on a little trip to San Juan Capistrano and that was the occasion it was taken, that led to the occasion.

Q. Do you know how many pictures your husband took on that occasion?

A. No, I do not.

Q. Did he pay Marilyn Monroe for these pictures?

A. I don't know.

Q. In fact, did he pay her for any of pictures?

de Dienes

A. Oh, yes.

Q. Which pictures did he pay her for?

A. I don't know. I have thousands in his collection. It's difficult for me to give you an answer on that.

Q. Why don't we leave a space just with respect to the pictures in the Rizzoli book, if there's any information that you have about which ones your husband paid Marilyn Monroe for and if you have any information about how much money she was paid, I'd appreciate if you would just fill that in.

A. Okay.

(Insert.)

Q. Getting back to the picture on page 113 of the Rizzoli book, when for the first time was that picture published?

A. I don't -- to my knowledge it would be whatever this magazine here we're looking at, the page from it.

Q. You mean it was first published in this ad?

de Dienes

A. Right.

Q. How much money did your husband get for giving the right to use this photo in this ad?

A. I don't know.

Q. Do you have any record from which you could determine that?

A. No, none, no.

Q. Do you know when this ad was first published?

A. I do not. From the looks of it it looks like it would in the 40s.

Q. Did the photo have a copyright notice on it when it was given to the advertiser?

A. I don't know.

Q. And if you have the original of this photo I'd like you to check as to whether it had a copyright notice on it.

A. Okay.

(Insert.)

Q. Do you know if there was any copyright notice on the ad?

MMLLC (Shaw) 000622



MARILYN MONROE
Pin-ups
MMLLC (Shaw) 000623

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------- x

SAM SHAW et al.,

Plaintiffs,

-against-

96 Civ. 4259 (JGK)

RIZZOLI INTERNATIONAL PUBLICATIONS, INC., et al.

Defendants.

RULE 56.1 STATEMENT OF MATERIAL FACTS

---------------------------------------------------

RIZZOLI INTERNATIONAL PUBLICATIONS, INC., et. ano

Third Party Plaintiffs,

-against-

VALPA, SRL

Third Party Defendant.

---------------------------------------------------x

Pursuant to Local Rule 56.1, defendants Rizzoli International Publications, Inc. and RCS Libri & Grandi Opere SpA (collectively "Rizzoli") submit the following statement of material facts as to which there is no genuine issue to be tried.

1. Pool 4 Art World SRL ("Pool 4") created an exhibition of Marilyn Monroe photographs and memorabilia and obtained for use therein the photographs and other images which are the subject of this lawsuit. (Polito Aff. ¶4).

2. Pool 4 contracted with RCS Libri & Grandi Opere SpA to publish *Marilyn Monroe, The Life. The Myth.* a catalogue of the exhibition (the "Rizzoli Catalogue"). (Polito Aff. Ex. A). This action seeks damages for copyright infringement and related claims arising out of publication in 1995 and 1996 in Italy and the United States of the Rizzoli Catalogue. (Polito Aff ¶2.)

3. Marilyn Monroe died in August, 1962. (Polito Aff. ¶5).

4. The photographs that are the subject of this lawsuit were created prior to Ms. Monroe's death. (*Id.*).

5. The following paragraphs numbered 6 to 59 list 95 photographs which are the subject of this lawsuit, indicating for each photograph the name of the plaintiff, the page of the Rizzoli Catalogue (Exhibit A) on which the photograph or photographs appear, the name of the periodical in which the photograph appears, and a publication date for the photograph prior to January 1, 1964 (the "Public Domain Photographs").

| | Page From Rizzoli Catalogue, Polito Aff. Ex. A | Number of Photos | Name of Periodical | Evidence From Record Demonstrating Publication Date before January 1, 1964 |
|---|---|---|---|---|
| | **Sam Shaw** | | | |
| 6. | 146-147 | 8 | "Le Ore" | S. Shaw testified[1] that the photographs on pp. 146-147 and 149 of the Catalogue were published in 1954, the day after they were taken. (Shaw p.76, Ex. G). |

[1] The relevant pages of the deposition of Sam Shaw are annexed to the affidavit of Antonio Polito as Exhibit G.

| | Page From Rizzoli Catalogue, Polito Aff. Ex. A | Number of Photos | Name of Periodical | Evidence From Record Demonstrating Publication Date before January 1, 1964 |
|---|---|---|---|---|
| 7. | 147 | 1 | "Se" | The photograph was published on the cover of a magazine "Se" which states the publication date as October 1-7, 1954. See also, Shaw p. 76 Ex. G. |
| 8. | 147 | 1 | "Cahiers du Cinema" | S. Shaw testified that the photographs on pp. 146-147 and 149 of the Catalogue were published in 1954, the day after they were taken. (Shaw p.76, Ex. G). |
| 9. | 148 | 1 | "Paris-Match" | Annexed hereto, as Exhibit H, is a copy of the page on which the photograph appeared in an October, 1954 "Paris-Match" magazine, which was made from microfilm belonging to the New York Public Research Library at 42nd Street. The facts regarding the copying of this microfilm are contained in the affidavit of Kenneth Hicks, also attached as Ex. H. |
| 10. | 149 | 1 | "Visioni" | The photograph was published on the cover of a magazine, "Visioni", which states the publication date as May 14, 1955. *See also* Shaw p. 76, Ex. G. |
| 11. | 184 | 3 | "Le Ore" | The identical photographs were published in the "New York Post" on May 13, 1957. A copy of the relevant page is annexed as part of Exhibit H. |
| | <u>Shirley de Dienes</u> | | | |
| 12. | 25 | 1 | "Family Circle" | The photograph was published on the cover of a magazine, "Family Circle", which states the publication date as April 26, 1946. |
| 13. | 25 | 1 | "Votre Amie" | The photograph was published on the cover of a magazine "Votre Amie", which states the publication date as September 3, 1946. |

| | Page From Rizzoli Catalogue, Polito Aff. Ex. A | Number of Photos | Name of Periodical | Evidence From Record Demonstrating Publication Date before January 1, 1964 |
|---|---|---|---|---|
| 14. | 26 | 1 | "Wereld Kroniek" | Shirley de Dienes[2] testified that the photograph was published for the first time in 1949. De Dienes pp. 28-29, Ex. I. |
| 15. | 26 | 1 | "Pageant" | The photograph was published on the cover of a magazine, "Pageant", which was published in June 1946, according to a book published by the plaintiff, Quon Editions, p. 110, entitled *Marilyn Monroe unCovers*. Copies of the relevant pages of the Quon Editions book are annexed hereto as Exhibit N. |
| 16. | 26 | 1 | "Picture Post" | The photograph was published on the cover of a magazine, "Picture Post", which states the publication date as December 13, 1947. |
| 17. | 27 | 1 | "Picture Post" | The photograph was published on the cover of a magazine, "Picture Post", which states the publication date as March 26, 1949. |
| 18. | 27 | 1 | "Sunbathing Review" | The photograph was published on the cover of a magazine, "Sunbathing Review", which states the publication date as Fall 1958. |
| 19. | 28 | 1 | "Noir Et Blanc" | The photograph was published on the cover of a magazine, "Noir et Blanc," which states the publication date as July 16, 1952. |
| 20. | 76 | 1 | "Life | De Dienes testified that the photograph was published in the April 7, 1952 "Life" magazine. (De Dienes, pp. 48-51, Ex. I). |
| 21. | 107 | 8 | "Marilyn Monroe Pin-ups" | Copies of the cover page, Copyright page and the pages of the 1953 "Marilyn Monroe Pin-ups" magazine are annexed |

[2] The relevant pages of the deposition of Shirley De Dienes are annexed to the Polito Affidavit as Exhibit I.

| | Page From Rizzoli Catalogue, Polito Aff. Ex. A | Number of Photos | Name of Periodical | Evidence From Record Demonstrating Publication Date before January 1, 1964 |
|---|---|---|---|---|
| | | | | hereto as part of Ex. I following the pages of De Dienes deposition. |
| 22. | 112 | 1 | [Advertisement] | De Dienes testified that the photograph was published for the first time in the 1940's (De Dienes pp. 48-51, Ex. I). |
| 23. | 113 | 1 | [Advertisement] | De Dienes testified that the photograph was published for the first time in the 1940's. (De Dienes pp. 67-68, Exh. I) |
| 24. | 118 | 2 | [Unknown] | The photographs which are claimed to be protected by the copyright law were published in a magazine spread which was reproduced in the Rizzoli Catalogue. The captions accompanying the photographs refer to Ms. Monroe in the present tense and thus demonstrate that the magazine article and the photographs were published in her lifetime, and before January 1, 1964. |
| | Milton Greene | | | |
| 25. | 92 | 1 | "Mujer" | The photograph was published on the cover of a magazine, "Mujer," which states the publication date as February 1962. *See also* J. Greene[3] pp. 153-154 Ex. J. |
| 26. | 92 | 1 | "Se" | The photograph was published on the cover of a magazine "Se", which states the publication date as October 18, 1957; *See also* J. Greene pp. 153-154, Ex. J. |
| 27. | 108 | 1 | "Tempo" | The photograph was published on the cover of a magazine, "Tempo", which states the publication date as November 26, 1953. |

[3] The relevant pages of the deposition of Joshua Greene, the son of Milton Greene, are annexed to the Polito Affidavit as Exhibit J.

| | Page From Rizzoli Catalogue, Polito Aff. Ex. A | Number of Photos | Name of Periodical | Evidence From Record Demonstrating Publication Date before January 1, 1964 |
|---|---|---|---|---|
| 28. | 108-09 | 10 | "Look" | Annexed hereto as Exhibit K are the cover page, copyright page, credits page, and the pages on which the photographs appeared in the November 17, 1953 "Look" magazine. |
| 29. | 167 | 1 | "Look" | The photograph was published on the cover of a magazine, "Look", which states the publication date as May 29, 1956. |
| 30. | 168 | 1 | "Cine Review" | The photograph was published on the cover of a magazine "Cine Review". which states the publication date as July 20, 1956. *See also* J. Greene p. 165, Ex. J. |
| 31. | 171 | 1 | "Elle" | The photograph was published on the cover of a magazine, "Elle", which states the publication date as July 26, 1956. *See also* J. Greene, pp. 172. Ex. J. |
| 32. | 182 | 2 | [Japanese Poster] | J. Greene testified that the photograph was published in 1957 (J. Greene pp. 183-184, Ex. J). |
| 33. | 187 | 1 | "Life" (Int. Ed.) | The photograph was published on the cover of a magazine, "Life", International Edition, which states the publication date as July 8, 1957. *See also* J. Greene, pp. 186-87, Ex. J. |
| | <u>Phil Stern</u> | | | |
| 34. | 196 | 1 | "Jours de France" | Phil Stern testified[4] that the photograph was published in the March 14, 1959 "Jours de France" and earlier in "Look" magazine. Stern pp. 27-29, Ex. L. |

[4] The relevant pages of the deposition of Phil Stern are annexed to the Polito Affidavit as Ex. L.

| | Page From Rizzoli Catalogue, Polito Aff. Ex. A | Number of Photos | Name of Periodical | Evidence From Record Demonstrating Publication Date before January 1, 1964 |
|---|---|---|---|---|
| | **Roy Schatt** | | | |
| 35. | 159 | 5 | "Modern Screen" | Copies of the cover page, credits page and the pages of the October 1955 "Modern Screen" magazine where these photos appeared are annexed hereto as Exhibit P. |
| | **Henri Dauman** | | | |
| 36. | 198-99 | 2 | "Jours de France" | Henri Dauman [5] testified that the photographs were published in 1959. H. Dauman pp. 16-19, Ex. M. |
| | **Quon Editions** | | | |
| 37. | 25 | 1 | "Family Circle" | The photograph was published on the cover of a magazine, "Family Circle", which states the publication date as April 26, 1946 (Quon's claim is barred by de Dienes' copyright claim for the same photographs, *see* pp. 5-6, above). |
| 38. | 26 | 1 | "Pageant" | The photograph was published on the cover of a magazine "Pageant", which was published in June 1946 according to Quon. Ex. N. p. 110. (Quon's claim is barred by de Dienes' copyright claim for the same photographs, *see* pp. 5-6, above). |

[5] The relevant pages of the deposition of Henri Dauman are annexed to the Polito Affidavit as Ex. M.

| | Page From Rizzoli Catalogue, Polito Aff. Ex. A | Number of Photos | Name of Periodical | Evidence From Record Demonstrating Publication Date before January 1, 1964 |
|---|---|---|---|---|
| 39. | 26 | 1 | "Picture Post" | The photograph was published on the cover of a magazine, "Picture Post", which states the publication date as December 13, 1947. (Quon's claim is barred by de Dienes' copyright claim for the same photograph, *see* pp. 5-6, above). |
| 40. | 27 | 1 | "Picture Post" | The photograph was published on the cover of a magazine, "Picture Post", which states the publication date as March 26, 1949. (Quon's claim is barred by de Dienes' copyright claim for the same photograph, *see* pp. 5-6, above). |
| 41. | 28 | 1 | "Noir et Blanc" | The photograph was published on the cover of a magazine, "Noir et Blanc", which states the publication date as July 16, 1952. (Quon's claim is barred by de Dienes' copyright claim for the same photograph, *see* pp. 5-6, above). |
| 42. | 27 | 1 | "Sunbathing Review" | The photograph was published on the cover of a magazine, "Sunbathing Review", which states the publication date as Fall 1958. (Quon's claim is barred by de Dienes' copyright claim for the same photograph, *see* pp. 5-6, above) |
| 43. | 30 | 1 | "Laff" | The photograph was published on the cover of a magazine, "Laff", which was published in June 1946, according to Quon. Ex. N. p. 96. |
| 44. | 30 | 1 | "Personal Romances" | The photograph was published on the cover of a magazine, "Personal Romances," which was published in June 1947, according to Quon. Ex. N. p. 86-87. |
| 45. | 30 | 1 | "True Experiences | The photograph was published on the cover of a magazine, "True Experiences," which was published in September 1947, according to Quon. Ex. |

| | Page From Rizzoli Catalogue, Polito Aff. Ex. A | Number of Photos | Name of Periodical | Evidence From Record Demonstrating Publication Date before January 1, 1964 |
|---|---|---|---|---|
| | | | | N. p. 21. |
| 46. | 31 | 1 | "Laff" | The photograph was published on the cover of a magazine, "Laff," which was published in August 1946, according to Quon. Ex. N. p. 94. |
| 47. | 33 | 1 | "Laff" | The photograph was published on the cover of a magazine, "Laff," which was published in January 1947, according to Quon. Ex. N. p. 94. |
| 48. | 33 | 1 | "Laff" | The photograph was published on the cover of a magazine, "Laff," which was published in September 1947, according to Quon. Ex. N. pp. 112-113). |
| 49. | 35 | 1 | "Follie" | The photograph was published on the cover of a magazine, "Follie", which states the publication date as March, 1953. |
| 50. | 37 | 1 | "Imagenes" | The photograph was published on the cover of a magazine, "Imagenes," which was published in April 1953, according to Quon. Ex. N. pp. 46-47. |
| 51. | 37 | 1 | "Garbo" | The photograph was published on the cover of a magazine "Garbo", which states the publication date as October 1953. |
| 52. | 37 | 1 | "Cinemonde" | The photograph was published on the cover of a magazine, "Cinemonde," which was published in September 1947, according to Quon. Ex. N. p. 94. |
| 53. | 47 | 1 | "True Experiences | The photograph was published on the cover of a magazine, "True Experiences," which was published in May 1950, according to Quon. Ex. N. p. 24. |

| | Page From Rizzoli Catalogue, Polito Aff. Ex. A | Number of Photos | Name of Periodical | Evidence From Record Demonstrating Publication Date before January 1, 1964 |
|---|---|---|---|---|
| 54. | 57 | 1 | "Mi Vida" | The photograph was published on the cover of a magazine, "Mi Vida," which was published in August 1962, according to Quon. Ex. N. p. 70. |
| 55. | 128 | 1 | "Tempo" | The photograph was published on the cover of a magazine "Tempo", which states the publication date as November 4, 1958. |
| 56. | 128 | 1 | "Movieland" | The photograph was published on the cover of a magazine "Movieland", which states the publication date as 1954. |
| 57. | 171 | 1 | "Elle" | The photograph was published on the cover of a magazine "Elle", which states the publication date as July 26, 1956. (Quon's claim is barred by Green's Copyright claim for the same photograph, *see* p. 7, above). |
| 58. | 171 | 1 | "Time" | The photograph was published on the cover of a magazine "Time", which states the publication date as May 14, 1956. |
| 59. | 207 | 1 | "Hayat" | The photograph was published on the cover of a magazine "Hayat", which states the publication date as August 24, 1961. |
| | <u>Bert Stern</u> | | | |
| 60. | 216 | 16 | "Eros" | Copies of the cover page of Eros Magazine and the table of contents page indicating publication in Autumn, 1962 are annexed as Ex. O. |

61. As part of the Rizzoli's discovery, Rizzoli requested that plaintiffs produce copies of all copyright renewals regarding the photographs that are subject of this lawsuit. (Second Demand for Documents, items #1, #2, #3 and #4a, Polito Aff. Exhibit E).

62. The plaintiffs have not produced any Copyright renewals applicable to the Public Domain Photographs. (Polito Aff. ¶8).

63. The defendants also employed Thomson & Thomson, a copyright search firm, to search under the name of each plaintiff for all copyright registrations and renewals. The result of that search was that there were no renewals by or in the names of the above-listed plaintiffs of any of the copyrights of the Public Domain Photographs. (Polito Aff. Exhibit F).

64. George Barris agreed to loan his 15 Marilyn Monroe photographs (Polito Aff. Ex. A, pp. 278-285) to defendant Pool 4 for use in their Italian exhibition about Ms. Monroe. (Barris Dep. pp. 11-20, Polito Aff. Ex. Q).

65. As part of his agreement, he *twice* executed, a "loan form" (Polito Aff. Ex. R) which stated as follows:

> "The lender authorizes his work to be reproduced - also in colours - either in the catalogue or in any other publication.... "

costumes appearing on pages 294 and 296 of the Rizzoli Catalogue and the 6 photographs appearing on page 297 were reproduced without permission.

67. Sarris executed three copies of the loan forms, all of which contained the language of consent to publication quoted in paragraph 65, *supra*. (Polito Aff. Ex. S). *See also* Sarris Dep. pp. 19-23, Polito Aff. Ex. T hereto.

68. Mickey Pederson a/k/a Mickey Song ("Song") has one photograph in the Rizzoli Catalogue, on page 310, a portion of which also appears on page 223. (Polito Aff. ¶14, Ex. A). Song signed a loan form with the same language of consent to publication quoted in paragraph 65, *supra* (Polito Aff. Exh. U). *See also* Song Dep. pp. 12-18, Polito Aff. Ex. V.

69. Quon Editions, Inc. obtained non-exclusive licenses to reproduce the works which are the subject of its claims. (Polito Aff. Exhibit N.)

70. Messrs. Shaw, Barris and Sarris did not create eight of the photographs which are the subject of their infringement claims. These photographs appear on (a) page 248 of the Rizzoli Catalogue (Shaw) (1 photo), (b) page 278 of the Rizzoli Catalogue (Barris) (one photo) and (c) page 297 of the Rizzoli Catalogue (Sarris) (six photos). (Polito Aff, Ex. A pp. 248, 278 and 297.). These plaintiffs could not identify or produce any writing assigning or otherwise transferring to them the copyrights with respect to those photographs. (Shaw Dep. pp. 117-119, Polito Aff. Ex. G; Barris Dep. pp. 28-29, Polito Aff. Ex. Q; Sarris Dep. pp. 63-69, Polito Aff. Ex. T.)

71. Messrs. Shaw, Barris and Sarris could not identify who had the copyright or any reproduction rights for the subject pictures. (*Id.*).

Weisman Celler Spett & Modlin, P.C.
Attorneys for Rizzoli

By: ______________________
Jesse Alan Epstein (JE2770)
445 Park Avenue
New York, New York 10022

(212) 371-5400

Exhibit A

MMLLC (Shaw) 000646

**Exhibit A, the Rizzoli Catalogue, is being submitted separately**

MMLLC (Shaw) 000647

Exhibit B

MMLLC (Shaw) 000648