

How to obtain copies of this item

**TITLE:** [Marilyn Monroe, full-length portrait, facing front, standing over grate with dress billowing up]

**CALL NUMBER:** NYWTS - BIOG--Monroe, Marilyn--Actress--Dead <item> [P&P]

**REPRODUCTION NUMBER:** LC-DIG-ppmsca-07846 (digital file from original)
LC-USZ62-118272 (b&w film copy neg.)

**RIGHTS INFORMATION:** Publication may be restricted. For information see "New York World-Telegram & ...," (http://www.loc.gov/rr/print/res/076_nyw.html)

**MEDIUM:** 1 photographic print.

**CREATED/PUBLISHED:** [1955]

**NOTES:**

ABC Photo Division Press Information photograph.

New York World-Telegram and the Sun Newspaper Photograph Collection (Library of Congress).

**SUBJECTS:**

Monroe, Marilyn, 1926-1962--Performances.

**FORMAT:**

Portrait photographs 1950-1960.
Film stills 1950-1960.
Photographic prints 1950-1960.

**REPOSITORY:** Library of Congress Prints and Photographs Division Washington, D.C. 20540 USA

**DIGITAL ID:** (digital file from original photo) ppmsca 07846 http://hdl.loc.gov/loc.pnp/ppmsca.07846
(b&w film copy neg.) cph 3c18272 http://hdl.loc.gov/loc.pnp/cph.3c18272

**CONTROL #:** 97504562

View the MARC Record for this item.

