UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SHAW FAMILY ARCHIVES, LTD., EDITH :
MARCUS and META STEVENS,

            Plaintiffs,

      -against-                 05 Civ. 3939 (CM)

                             Honorable Colleen McMahon
CMG WORLDWIDE, INC., an Indiana
Corporation and MARILYN MONROE, LLC, :
a Delaware Limited Liability Company,

           Defendants.
-----------------------------------------------------------X

## NOTICE OF DEPOSITION OF PLAINTIFF EDITH MARCUS

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant/Consolidated Plaintiff Marilyn Monroe, LLC, by its attorneys, will take the deposition upon oral examination of Edith Marcus. The testimony shall be recorded by stenographic means and will be videotaped.

The deposition shall commence at 10:00 a.m. on November 27, 2007 at the offices of Loeb & Loeb LLP, 345 Park Avenue, New York, New York, 10154, or at such other time as may be agreed upon by the parties, and shall continue from day to day until completed.

Dated: New York, New York
October 30 2007

                                LOEB & LOEB LLP

By: _____
    Barry I. Slotnick (BS-9796)
    Paula K. Colbath (PC-9895)
    Jonathan Neil Strauss (JS-1090)
    345 Park Avenue
    New York, New York 10154-1895
    (212) 407-4000

Attorneys for Defendant/Consolidated
Plaintiff Marilyn Monroe, LLC

683822.1

NY683822.1