1

# ORIGINAL

2   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK

3   ——————————————————————————

4   SHAW FAMILY ARCHIVES, LTD., EDITH
    MARCUS and META STEVENS,

5
                    Plaintiffs,
6
            vs.                    05 Civ. 3939(CM)
7
    CMG WORLDWIDE, INC., an Indiana
8   Corporation, and MARILYN MONROE, LLC,
    a Delaware Limited Liability Company,

9
                    Defendants.
10  ——————————————————————————

11

12

13

14          DEPOSITION OF MELISSA STEVENS

15              New York, New York

16          Monday, December 17, 2007

17

18

19

20

21

22

23  Reported by:

24  Adrienne M. Mignano

25  JOB NO. 199551

Melissa Stevens

1             Stevens

2      Q.    Would it be accurate to

3 characterize SFA as a family business?

4      A.    Yes.

5      Q.    And you're part of the family?

6      A.    That's correct.

7      Q.    So you have an interest in the

8 business?

9      A.    Absolutely.

10     Q.    Prior to two weeks ago, where were

11 you employed?

12     A.    Could you specify the question?

13     Q.    Sure.

14           You said you started officially

15 two weeks ago as an employee of SFA, and

16 I'm asking where you were employed before

17 two weeks ago?

18     A.    My most recent job prior to being

19 hired as the operations manager was with

20 the Sopranos television show.

21     Q.    In what capacity?

22     A.    I was a locations coordinator.

23     Q.    And were you employed by the

24 Sopranos for -- that sounds bad.

25           Were you employed by the

Melissa Stevens

Page 18

1                  Stevens

2    forming SFA.  You indicated that you know

3    who they are, and I'm asking, who they

4    are?

5        A.    Well, I know who the owners of SFA

6    are, if that's what you're asking.

7        Q.    I'm not sure if I am, but that's a

8    good enough question to answer.

9              So who are the owners of SFA?

10       A.    As of today?

11       Q.    Yes, as of today.

12       A.    The owners are myself, Melissa

13   Stevens, Meta Stevens, Cindy Conti, Robert

14   Conti, Edith Marcus, David Marcus, Rebecca

15   Marcus, the estate of Larry Shaw.

16       Q.    Do you know who the original

17   owners of SFA were?

18       A.    I'm not sure what you mean by

19   original.

20       Q.    Who were the owners in 2002?

21       A.    As of what date?

22       Q.    The date of formation.

23       A.    I would have to check my company

24   records, however, I believe it was Larry

25   Shaw, Edith Marcus, and Meta Stevens.

Melissa Stevens

1          Stevens

2          Do the images that are submitted

3     for exhibition all contain copyright

4     notices?

5          MR. SERBAGI:  Objection.  Form.

6     A.    Can you repeat the question,

7     please?

8     Q.    Do the images that you submit for

9     exhibition contain copyright notices?

10         MR. SERBAGI:  Objection.  I want

11        to make a statement for the record.

12        I have allowed you to go for

13        about an hour now with questions that

14        have nothing whatsoever to do with the

15        pending issues in the case.  We have a

16        motion for a protective order before

17        Judge Fox.  The subject of that

18        protective order is that the

19        deposition testimony be limited to the

20        pending claims that we have -- claim

21        that we have against you, namely, that

22        Marilyn Monroe was domiciled in New

23        York and your claim that the Rizzoli

24        is in the public domain.

25             Since you identified the

1          Stevens

2     Ballantine work, I allowed testimony

3     as to that.  I think I'm going to note

4     for the record to the extent that

5     anything in this deposition testimony

6     is related to issues outside those

7     works, that we object to that, and I

8     ask you to limit your questioning to

9     the pending issues in the case.

10          MR. SLOTNICK:  Number one, we

11     disagree significantly with your

12     characterization of what our claim is

13     and what our 30(b)(6) is.  I don't

14     think there is any real need to have

15     significant questioning as to whether

16     the Rizzoli works are in the public

17     domain, because a court of competent

18     jurisdiction already ruled they are in

19     the public domain.

20          I am asking this witness about

21     the nature of her business.  Frankly,

22     I suspect that the background is far

23     more significant than the specifics of

24     any photograph, whether it is limited

25     to Rizzoli or the other book or not,

Melissa Stevens

```
 1              Stevens

 2      and I'm going to continue to ask

 3      questions regarding the background of

 4      this business so I understand the

 5      business better so we can deal with

 6      the specifics.

 7           Your request for a protective

 8      order is still merely a request.  Your

 9      objection is noted.  You can note it

10      as you feel appropriate.  But I'm

11      going to ask the questions and you can

12      object to them, and we'll let the

13      judge and the magistrate address the

14      issue.

15           Is there a question pending?

16           (Record read)

17           MR. SERBAGI:  Objection.  You can

18      answer as to the Rizzoli and

19      Ballantine works.

20      A.   Could you specify what you mean by

21  contain?

22      Q.   First of all, do you know what a

23  copyright notice is?

24      A.   I'm not a copyright expert, but I

25  am aware of the term.
```

Melissa Stevens

1                   Stevens

2    your question -- let me respond this way.

3    We do our best to protect our copyrights

4    to all the images in our collection.  But

5    in response to your question, I find it a

6    little unclear.  Do images that we, that

7    SFA uses --

8       Q.    Licenses, exploits through third

9    parties?

10           MR. SERBAGI:   Objection.

11      A.    Do they contain copyright notices?

12      Q.    Yes.

13           MR. SERBAGI:   Objection.

14           You can answer as to Rizzoli and

15        Ballantine.

16      A.    I would really -- in regards to

17   Rizzoli and Ballantine, you would really

18   have to supply me with a specific example

19   with an image from those books.

20      Q.    Okay.

21           First of all, I assume that you

22   are going to abide by your counsel's

23   direction to limit your answer to Rizzoli

24   and Ballantine?

25           MR. SERBAGI:   Objection.

Melissa Stevens

1                  Stevens

2          MR. SLOTNICK:  I want to know

3      what the scope of her answer is going

4      to be.  She could ignore your advice.

5          MR. SERBAGI:  Ask her questions

6      and she'll answer them.

7          MR. SLOTNICK:  I just asked her a

8      question.

9      A.    My attorney has advised me, and

10   I'm going to take the advice of my

11   attorney.

12     Q.    Okay.

13          You stated before that you do your

14   best to protect your rights and your

15   images.

16          How do you do that; how does SFA

17   do that?

18          MR. SERBAGI:  Objection to form.

19     A.    Well, for example, we maintain

20   records that relate to issues of

21   copyright.

22     Q.    Such as?

23     A.    I have reviewed documents related

24   to copyright registrations.

25     Q.    Such as?

Melissa Stevens

Page 43

```
 1                  Stevens
 2     A.    I have seen registrations for the
 3   Ballantine and Rizzoli books.
 4     Q.    Have you seen registrations for
 5   any individual picture contained in the
 6   Ballantine or Rizzoli books?
 7          (Record read)
 8     A.    Have I seen -- can you repeat the
 9   question again, please?
10          (Record read)
11          MR. SERBAGI:   Objection to form.
12     A.    I will repeat that I have seen
13   registrations for the Ballantine book, the
14   images in the Ballantine book.  Really I
15   would have to look at the -- in order to
16   really answer that question, I would have
17   to look at the specific registrations that
18   refer to the Ballantine book and the
19   Rizzoli book.  But I have seen documents
20   that relate to copyright registrations of
21   those books.
22     Q.    And the question I'm asking is if
23   you have seen registrations of the
24   photographs in the books as individual
25   photographs.
```

Melissa Stevens

Page 58

1          Stevens

2          MR. SERBAGI:  Objection to the

3      form.

4      A.   I do not know what the court

5  ruled, but I'll happy to look at that

6  piece of paper if you have it.

7      Q.   Are you aware that certain

8  photographs of your grandfather's were

9  placed in the public domain?

10      A.   That's a legal conclusion I cannot

11  make.

12      Q.   I'm not asking you to make a legal

13  conclusion.  I'm not even asking you to

14  agree with my legal conclusion.

15          I'm just asking you to -- I'm

16  asking you a question of fact.  Are you

17  aware that the court ruled that certain of

18  your grandfather's photographs embodied in

19  the Rizzoli book are in the public domain?

20          MR. SERBAGI:  Objection to the

21      form.

22      A.   I'm aware that there was a

23  court -- you're calling it ruling.  I'm

24  not an attorney, so I'm going to stay away

25  from using legal jargon that I don't know

Melissa Stevens

```
 1              Stevens
 2    the exact meaning of, but I am aware of
 3    that situation to which you refer.
 4        Q.   So you're aware there was a
 5    lawsuit?
 6        A.   Yes, I am.
 7        Q.   And you're aware that the lawsuit
 8    ultimately ended?
 9             MR. SERBAGI:  Objection.
10        A.   I am aware that there was a
11    settlement.
12        Q.   Settlement.  What was the
13    settlement?
14        A.   I believe money exchanged hands,
15    but, once again, I would have to verify
16    that.
17        Q.   Is there a document that would
18    identify that settlement?
19        A.   There might be.
20        Q.   I'm going to ask you to produce
21    that document.
22             MR. SERBAGI:  If we have it, we
23        certainly will.
24             It's my understanding we gave
25        that to you already.
```

Melissa Stevens

1                     Stevens

2    answer your question because you have

3    asked me, you specifically said the entire

4    series.  So it's hard for me to answer

5    that question.

6        Q.   Let's ask it a different way.

7             Did you ask -- this is only

8    dealing with what you requested -- did you

9    request seeing any of the photographs in

10   the flying skirt series other than the

11   ones in the Rizzoli book?

12           MR. SERBAGI:  Objection to form.

13       A.   Well, I cannot recall specifically

14   requesting, as you have stated in your

15   question, however, in preparation for

16   today, I did review company files and

17   amongst the files I also reviewed are our

18   archive and our collection of images.

19           I believe I have been directed to

20   answer in regards to the Ballantine and

21   Rizzoli book, so I'm answering in regards

22   to this Rizzoli book right here in front

23   of me.  I have prepared for today by

24   looking at these photographs.  Perhaps

25   there are other ones that relate.  I'm

Melissa Stevens

Page 112

1              Stevens

2    reproduce any part of the series?

3              MR. SERBAGI:  Hold on.

4         (Discussion held off the record)

5              MR. SERBAGI:  You can answer as

6         to Ballantine and Rizzoli.

7              I'm directing this witness not to

8         testify about anything in her

9         complaint which is the Ballantine,

10        Rizzoli only.

11             MR. SLOTNICK:  You're directing

12        the witness to answer only with

13        respect to Ballantine and Rizzoli?

14    A.    Could you please repeat the

15   question?

16             (Record read)

17             MR. SLOTNICK:  So you're

18        directing her not to answer that

19        question?

20             MR. SERBAGI:  No, you heard what

21        I said.  It's on the record.  As to

22        Ballantine and Rizzoli.

23    Q.    I'm asking about it being

24   reproduced by the Associated Press, which

25   would seem to be something different, but

1                      Stevens

2    go ahead.

3        A.    At the advice of my attorney, I

4    will respond that with respect to the

5    images in the Ballantine and Rizzoli book,

6    I would have to see those images.  I don't

7    know anything about what arrangement may

8    or may not have existed between Sam Shaw

9    and the Associated Press.  I was not alive

10   during the time.

11            It is my understanding that I'm

12   here today as a representative of Shaw

13   Family Archives that has existed from 2002

14   until the present day.  And I am, of

15   course, a member of my family, and I'm

16   aware of certain circumstances that

17   happened prior to SFA's existence.

18   However, I do not know anything about an

19   alleged relationship between Sam Shaw and

20   the Associated Press.

21       Q.    Is there any member of SFA that

22   was alive in 1954?

23       A.    Yes.

24       Q.    Who might that be?

25       A.    Meta Stevens, Edith Shaw Marcus,

1              Stevens

2         MR. SERBAGI:  Hold on.  Don't

3    answer that question yet.

4         I direct you not to answer.

5         MR. SLOTNICK:  I have a series of

6    questions regarding Sam Shaw's

7    participation in shooting the flying

8    skirt series of photographs relating

9    to 1954.  They have nothing to do with

10   the Ballantine book or the Rizzoli

11   book.  I can ask a series of

12   questions, or are you going to direct

13   her not to answer that and then we can

14   move on?

15        MR. SERBAGI:  One second.

16        If they have nothing to do with

17   Rizzoli and Ballantine book, you

18   should move on to another topic.

19        MR. SLOTNICK:  So you're

20   directing her not to answer?

21        MR. SERBAGI:  Yes.  Based on your

22   representation that they have nothing

23   to do with the Rizzoli and Ballantine

24   book.

25        MR. SLOTNICK:  They have to do

Melissa Stevens

Page 118

1                Stevens

2      with the creation of the flying skirt

3      series, which to my knowledge took

4      place before the Ballantine or Rizzoli

5      books.  I'm trying to determine things

6      that happened in the creation of those

7      photographs, that's my line of

8      questioning.  If you want to direct

9      her not to answer those --

10        MR. SERBAGI:  Based on your

11     representation a minute ago that they

12     have nothing to do with the Rizzoli

13     and Ballantine books, I'm directing

14     the witness not to answer.

15        MR. SLOTNICK:  They have

16     something to do in that they were

17     created and they are in the books.

18        MR. SERBAGI:  To the extent that

19     they are in the books, you can ask

20     those questions.  That's not what you

21      said earlier.

22     Q.    I'm going to direct your attention

23  to paragraph 14 of the complaint.

24     A.    Okay.

25     Q.    Okay.

Melissa Stevens

Page 122

```
 1              Stevens
 2   series, yes.
 3      Q.   And I believe you testified that
 4   certain of those photographs have been
 5   published?
 6           MR. SERBAGI:  Objection.
 7      A.   I have seen photographs of Marilyn
 8   Monroe with her skirt flying in the air
 9   and they are in the Rizzoli book right
10   here.
11      Q.   Have you seen them in any other
12   book?
13           MR. SERBAGI:  Objection.  That's
14       not the subject of this deposition.
15           I direct you not to answer.
16      Q.   So you will not answer any
17   question regarding publication these
18   photograph in any other book or
19   publication; is that correct?
20      A.   My attorney has advised me to
21   answer with respect to Rizzoli and
22   Ballantine only.
23      Q.   Do you know whether your
24   grandfather left any files, notes,
25   regarding his work on the 7 Year Itch?
```

Melissa Stevens

Page 123

```
 1              Stevens
 2         MR. SERBAGI:  Objection.
 3    A.    Could you please be more specific?
 4    Q.    Within the SFA files, other than
 5   photographic material, is there anything
 6   in the files relating to the 7 Year Itch?
 7         MR. SERBAGI:  As pertaining to
 8      Rizzoli and Ballantine, you may
 9      answer.
10    A.    It's hard for me to say whether or
11   not the documents I have seen in SFA's
12   files are necessarily -- have necessarily
13   been left by Sam Shaw as you asked.  For
14   preparation today, I have seen documents
15   that relate to photographs in the Rizzoli
16   and Ballantine book.  Some of those
17   photographs are from the 7 Year Itch.
18    Q.    Are you familiar with your
19   grandfather's handwriting?
20    A.    Yes, I am.
21    Q.    Are there documents within the SFA
22   files in his handwriting written
23   contemporaneous with the filming of the 7
24   Year Itch in 1954?
25         MR. SERBAGI:  Objection to form.
```

Page 127

```
 1              Stevens

 2    _____

 3       Q.   I'm going to ask you to look at

 4    paragraphs 21 and 22 of the complaint.

 5       A.   Okay.

 6       Q.   Are you familiar with the book,

 7    Marilyn?

 8            MR. SERBAGI:  Objection.

 9            I direct you not to answer unless

10       it pertains to Rizzoli and Ballantine.

11            MR. SLOTNICK:  So any questions

12       regarding the book of Marilyn, you're

13       directing her not to answer?

14            MR. SERBAGI:  Yes.

15            Would you like to take a break?

16            MR. SLOTNICK:  We can take a

17       break now.

18            (Thereupon, a recess was taken,

19       and then the proceedings continued as

20       follows:)

21            (Defendants' Exhibit 7,

22       Authorization to File Copyright, marked

23       for identification, as of this date.)

24    BY MR. SLOTNICK:

25       Q.   The reporter just handed you
```

Melissa Stevens

1                   Stevens

2        Q.    Are you familiar with apparently a

3    lawsuit called Dalman/Shaw versus

4    Hallmark?

5        A.    I'm not.

6        Q.    So you're not familiar with what

7    copyright was involved in this litigation?

8             MR. SERBAGI:  Objection.

9             I direct you not to answer unless

10       it pertains to Rizzoli and Ballantine.

11            MR. SLOTNICK:  How would we know?

12            MR. SERBAGI:  That's why I said

13       unless.  Those are the magic words.

14       A.    If you would like to show me some

15   images that relate to this, I'm happy to

16   try to answer more thoroughly.

17       Q.    Let's do it a different way.

18            When you saw this document, did

19   you ask anyone who it referred to?

20       A.    It is my understanding that this

21   document is one page and is part of a

22   larger document.  I really cannot recall

23   right now the larger document it refers

24   to.  If you could refresh my recollection.

25       Q.    Since these documents came from

Melissa Stevens

Page 143

```
 1                    Stevens

 2   BY MR. SLOTNICK:

 3       Q.   I'm going to ask you to take a

 4   look at what's been marked as Defendants'

 5   Exhibit 12, which is the photocopy of the

 6   book entitled, Marilyn Among Friends, Sam

 7   Shaw and Norman Rosten, R-O-S-T-E-N.

 8            Have you seen this book in an

 9   actual book form before?

10       A.   The book Marilyn Among Friends?

11       Q.   Yes.

12       A.   Yes, I have.

13       Q.   Where have you seen it?

14            MR. SERBAGI:  I'm going to direct

15        you not to answer regarding this book

16        unless it pertains to Rizzoli and

17        Ballantine.

18            MR. SLOTNICK:  So you're

19        directing the witness not to answer

20        that question?

21            MR. SERBAGI:  Unless it pertains

22        to Rizzoli and Ballantine.

23            MR. SLOTNICK:  I'm trying to

24        determine if she has seen the book.

25       A.   I have seen the book.
```

Melissa Stevens

```
 1              Stevens
 2   pages 01059060, 061, 062 are not from
 3   Marilyn Among Friends; is that your
 4   understanding?
 5       A.   Which ones did you say?
 6       Q.   The ones that are -- match up to
 7   the Rizzoli book?
 8       A.   These are not pages from the book,
 9   Marilyn Among Friends.
10            MR. SLOTNICK:  And you're
11        otherwise directing the witness not to
12        answer any questions regarding Marilyn
13        Among Friends?
14            MR. SERBAGI:  Correct.  Unless it
15        somehow relates to Rizzoli and
16        Ballantine.
17       Q.   Since SFA produced this book and
18   since SFA has stated in what was its
19   second amended complaint that it includes
20   the flying skirt photograph most
21   prominently displayed, I guess I'm going
22   to have to ask the witness, are these
23   photographs in Marilyn Among Friends, and
24   if not, which ones are?
25            MR. SERBAGI:  Objection.
```

1                    Stevens

2      A.    Yes.

3      Q.    When?

4           MR. SERBAGI:   I direct you not to

5      answer the questions regarding this

6      document unless it pertains to the

7      Rizzoli and Ballantine books.

8           MR. SLOTNICK:   Let's move on.

9           MR. SERBAGI:   Get to the ones

10     that do.   We're going to have a

11     standing objection.

12          MR. SLOTNICK:   We've gotten to

13     Rizzoli and we've gotten to

14     Ballantine.   So let's just move it

15     along.

16          Why don't we take a five minute

17     break.

18          (Thereupon, a recess was taken,

19     and then the proceedings continued as

20     follows:)

21     BY MR. SLOTNICK:

22     Q.    Couple more questions and then we

23     can finish up.

24          We talked briefly, maybe not so

25     briefly, about these binders that have the

Melissa Stevens

```
 1              Stevens

 2          MR. SLOTNICK:  You can have a

 3      copy of these.  Do you want the

 4      originals to be bound in with the

 5      transcript?

 6          Why don't you do that?

 7          (Time noted:  3:41 p.m.)

 8

 9              _____
                MELISSA STEVENS

10

11      Subscribed and sworn to before me

12      this ___ day of _____, 2007.

13

14      _____

15

16

17

18

19

20

21

22

23

24

25
```

Page 155

```
 1

 2     --------------- I N D E X ---------------

 3     WITNESS        EXAMINATION BY             PAGE

 4     STEVENS     MR. SLOTNICK                   4

 5

 6     ---------- INFORMATION REQUESTS ----------

 7     REQUESTS:

 8     INSERT                              120

 9     Poster of the photograph of the
       profile flying skirt               126
10
       INSERT                             126
11
       Document                           130
12
       Copies of the actual deposit copy135
13
       Registrations that SFA has with
14     respect to Marilyn Monroe As The
       Girl, or any of the specific
15     individual photographs within
       Marilyn Monroe                     141
16
       Marilyn Among Friends              148
17
       Binders                            152
18
       Copies of books marked             153
19
       Copies of exhibits                 153
20

21
       --------------- EXHIBITS ---------------
22
       DEFENDANTS' EXHIBITS              FOR ID.
23
        1 Notice of Deposition              9
24
        2 Book entitled, Marilyn Monroe,
25        The Life, The Myth               48
```

Melissa Stevens

Page 156

1

2    ----------------- EXHIBITS ----------------

3    DEFENDANTS' EXHIBITS                    FOR ID.

4     3 Complaint                              54

5     4 Decision dated March 19, 1999          61

6     5 Rule 56.1 Statement                    64

7     6 Complaint                             100

8     7 Authorization to File Copyright       127

9     8 Certificate of Registration          132

10     9 Application for Registration         135

11    10 Marilyn Monroe As The Girl           136

12    11 Letter                               141

13    12 Photocopy of Book, Marilyn Among
        Friends                               142
14
       13 Document                            148
15

16

17

18

19

20

21

22

23

24

25

Melissa Stevens

Page 157

1

2                    C E R T I F I C A T E

3    STATE OF NEW YORK      )

4                            : ss.

5    COUNTY OF NEW YORK      )

6

7          I, Adrienne M. Mignano, a Notary

8    Public within and for the State of New

9    York, do hereby certify:

10         That MELISSA STEVENS, the witness

11   whose deposition is hereinbefore set

12   forth, was duly sworn by me and that

13   such deposition is a true record of the

14   testimony given by the witness.

15         I further certify that I am not

16   related to any of the parties to this

17   action by blood or marriage, and that I

18   am in no way interested in the outcome

19   of this matter.

20         IN WITNESS WHEREOF, I have

21   hereunto set my hand this 17th day of

22   December, 2007.

23

24                    _____
                           ADRIENNE M. MIGNANO
25

# EXHIBIT 15

# EXCERPTS FROM THE DECEMBER 27, 2007 DEPOSITION OF MELISSA STEVENS HAVE BEEN DESIGNATED CONFIDENTIAL AND WILL BE FILED UNDER SEAL PURSUANT TO THE PROTECTIVE ORDER IN THIS ACTION