

VIA FAX

September 18, 2007

Image Source International
Fax- 508-999-9499

Re:  Unauthorized Use of Shaw Family copyrighted Marilyn Monroe Images

To Whom it May Concern:

Bradford Licensing Associates, ("BLA") is the exclusive, worldwide agent for Marilyn Monroe imagery by Sam Shaw and Shaw Family Archives, owner of copyrighted Marilyn Monroe imagery. As such, BLA pursues and prosecutes all claims and causes of action arising out of, or relating to, the unauthorized use of the imagery of Marilyn Monroe owned by Sam Shaw and Shaw Family Archives.

It has come to our attention that Image Source International is offering a Marilyn Monroe picture using a Sam Shaw image. Be advised that such unauthorized use is in contravention to the aforementioned rights and will not be tolerated.

This letter therefore represents a formal demand that Image Source International immediately cease and desist any and all unauthorized use of said Marilyn Monroe image as attached in Exhibit A. Be advised that a fee will be required to absolve you for the unauthorized use of our client that has already occurred.

We will expect your acknowledgement and response within ten business days of your receipt of this letter, confirming your willingness to cease and desist all use of the Marilyn Monroe by Sam Shaw images in association with your business. We request that you provide an accounting of all transactions related to the attached images in Exhibit A in order to quantify your financial involvement with the Shaw Family property.

Please contact me to discuss this issue as I explained above. I can be reached at (973) 509-0200 or michellem@bradfordlicensing.com.

Should you fail to comply with our request, be advised the BLA is prepared to utilize all legal avenues available to ensure our client is disassociated from your company and that they are fairly compensated for any and all past use.

Nothing contained herein or omitted herefrom constitutes a waiver of any of the rights or remedies at law or in equity of Shaw Family Archives and BLA, all of which are hereby expressly reserved.

Sincerely,

*Michelle Minieri*

Michelle Minieri
President, Managing Director


cc:
David Marcus Esq., General Counsel
Larry Shaw, CEO Shaw Family Archives


7 Oak Place, Suite 1, Montclair, NJ 07042
Tel: 973-509-0200  Fax: 973-509-7419
www.bradfordlicensing.com

BC 00073

BL 00074

Exhibit A

**7 Year Itch-monroe - A0**

SKU: V 16114
Artist Name: Shaw, Sam
Paper Size: 24 x 36
Image Size: 17.5 x 30 1/4
Wholesale Price: $15.00



2