**Notice of Claimed Infringement**

Date: June 8, 2006

eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811

Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

- I am Larry Shaw, the owner, or an agent authorized to act on behalf of the owner, of certain intellectual property rights ("IP Owner");

- I have a good faith belief that the listings identified below (by item number) offer items or contain materials that are not authorized by the IP Owner, its agent, or the law, and therefore infringe the IP Owner's rights; and

- The information in this notice is accurate.

Please act expeditiously to remove the following listing.

Item Numbers:  7625531389, 7626267553, 7626268929, 7626809919, 7626811894, 7626815894, 7626817321, 7626820281, 7626821775.


This original vintage print was and is the property of Sam Shaw, now the Estate of Sam Shaw.  It has been taken from the files of Look Magazine without authority and demand is hereby made for its return to Shaw Family Archives, Ltd.

I may be contacted at:

Larry Shaw
Shaw Family Archives, LTD
225 Hudson Terrace
Piermont, New York 10968

Email address (for eBay)   larry@spc-promotions.com
Email address (for sellers) larry@spc-promotions.com
Telephone: 845-359-9528
Fax: 845-359-3176

Very truly yours,


Larry Shaw

SFA 00337

**Matching Categories**

Entertainment
Memorabilia (11)
  Movie Memorabilia (10)
  Music Memorabilia (1)
**Musical Instruments (9)**
  Sheet Music, Song Books
  (9)
Art (2)
  Photographic Images (2)
Collectibles (1)

**Search Options**

Location:
  Items within 200
  miles of
Show only:
  Items listed with PayPal
  Buy It Now items
  Get It Fast items
  Completed listings
  Gift items
  Items listed as lots
  Listings
  Ending within
  1 hour
  Items priced
  to
  Items from seller
  stopmenowplease

[Show Items]
Customize options displayed
above.

**Seller Information**

stopmenowplease ( 678 ☆ )

Feedback rating: 678
**Positive Feedback: 99.9%**
Member since Jul-20-00 in United
States
Read feedback reviews
Add seller to Favorites

---

| | COWBOY GIRL – A DEAD SHOT | | 2 | $6.38 | $2.07 | 5d 05h 56m |
|---|---|---|---|---|---|---|
|  | COCKADOODLE IM OFF MY NOODLE MY BABYS BACK 1926 | | - | $3.99 | $2.07 | 5d 06h 12m |

[Compare]  To compare items side-by-side, select the check boxes and click the **Compare** button.

Page 1 of 1

\* Items that are listed in a currency other than U.S. dollars display the converted amount in italicized text. Converted amounts shown are estimates based on Bloomberg's conversion rates. If you need to get recent exchange rates, please use the Universal Currency Converter

**Tools:**  My eBay Favorites  |  Email this search to a friend  |  Want It Now  |  [RSS]
Learn more about RSS feeds

Note: Shipping amount may not reflect all shipping options offered by the seller. Other shipping options may have a different charge. Final shipping charges will be determined during checkout.

## What else can you do?

← Back to home  |  ↑ Top of page
This page was last updated: Jun-08 04:20

eBay Pulse | eBay Reviews | eBay Stores | Half.com | Kijiji | PayPal | Popular Searches | ProStores
Rent.com | Shopping.com | Skype
Australia | Austria | China | France | Germany | India | Italy | Spain | United Kingdom

About eBay : Announcements : Security Center · Policies ! Site Map ¦ Help

Copyright © 1995-2006 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay **User Agreement** and **Privacy Policy**.

eBay official time

SFA 00338



| | | | | | |
|---|---|---|---|---|---|
| MARILYN MONROE - RARE SAM SHAW NY photo 8x10 | | - | $39.99 | $5.00 | 4d 08h 00m |
| MARILYN MONROE – THE NEW YORK YEARS by SAM SHAW | | - | $29.99 | $5.00 | 4d 08h 12m |
| BROADWAY CLASSICS FOR UKULELE vintage folio | | - | $3.99 | $2.07 | 4d 09h 43m |
| RUSSIAN GYPSY MEMORIES vintage song folio 1934 | | - | $4.99 | $2.07 | 4d 09h 51m |
| BESSIE SMITH RARE PHOTO pub Time-Life Giants of Jazz | | - | $12.99 | $5.00 | 4d 10h 00m |
| GLORIOUS SOUSE SONG featuring Yale Boola 1916 | | 2 | $4.75 | $2.07 | 5d 05h 01m |
| I WISHED ON THE MOON Dorothy Parker sheet music 1935 | | - | $4.99 | $2.07 | 5d 05h 05m |
| MEADOW BROOK FOX TROT sheet music fox hunting 1914 | | 1 | $4.99 | $2.07 | 5d 05h 14m |
| 3 VINTAGE HAWAII THEME SHEET MUSIC 1916-18-19 | | - | $3.99 | $2.07 | 5d 05h 31m |
| PROKOFIEFF – VISIONS FUGITIVES Op22 FOR PIANO | | - | $4.99 | $2.07 | 5d 05h 37m |
| 5 1980's sheets SPRINGSTEEN BROWNE JOEL CROSS JACKSON | | - | $4.99 | $2.07 | 5d 05h 47m |

1907 PHOTO POSTCARD

**SFA 00339**

eBay Seller: stopmenowplease: Movie Memorabilia, Sheet Music, Song Books items on eBay.com          Page 1 of 3



home | pay | register | site map

| | Sell | My eBay | Community | Help |

Start new search    [ Search ]
Advanced Search

Hello! Sign in or register

Text-only format

Home > All Categories

## Items for Sale by stopmenowplease ( 678 ☆ )

All Items      Auctions      Buy It Now

Sign in to save your customized search options.

Search title and description          All Categories          [ Search ] Advanced Search

**21 items found**
Show only: Items from seller stopmenowplease  Show all

Add to Favorite Searches

List View | Picture Gallery

Sort by:  Time: ending soonest  -  Customize Display

[ Compare ]  Item Title

| | Item Title | PayPal | Bids | Price* | Shipping to USA(edit) | Time Left ▲ |
|---|---|---|---|---|---|---|
| ☐ | MARILYN MONROE original photo SAM SHAW 11x14 | 🅿 | 1 | $39.99 | $4.00 | 4h 19m |
| ☐ | SAM SHAW CONTACT SHEET MARILYN MONROE w/ ARTHUR MILLER | 🅿 | 2 | $41.00 | $5.00 | 2d 11h 36m |
| ☐ | SAM SHAW CONTACT SHEET MARILYN MONROE and DIMAGGIO | 🅿 | 1 | $39.99 | $5.00 | 2d 11h 47m |
| ☐ | MARILYN MONROE-SAM SHAW CONTACT SHEET EBBETS FLD'59 | 🅿 | 1 | $39.99 | $5.00 | 4d 07h 24m |
| ☐ | MARILYN MONROE - RARE SAM SHAW NY photo 11x14 | 🅿 | - | $29.99 | $5.00 | 4d 07h 30m |
| ☐ | MARILYN MONROE - RARE SAM SHAW NY photo 11x14 | 🅿 | - | $29.99 | $5.00 | 4d 07h 42m |
| ☐ | MARILYN MONROE - RARE SAM SHAW NY photo 11x14 | 🅿 | - | $39.99 | $5.00 | 4d 07h 47m |
| ☐ | MARILYN MONROE - RARE SAM SHAW NY photo 8x10 | 🅿 | - | $39.99 | $5.00 | 4d 07h 56m |

SFA 00340

6/8/2006

**Notice of Claimed Infringement**

Date: _12 - 21 - 04_

eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811

Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

- I am _LArry SHAw_
  the owner, or an agent authorized to act on behalf of the owner, of certain intellectual
  property rights ("IP Owner");

- I have a good faith belief that the listings identified below (by item number) offer
  items or contain materials that are not authorized by the IP Owner, its agent, or the
  law, and therefore infringe the IP Owner's rights; and

- The information in this notice is accurate.

Please act expeditiously to remove the following listings.

Item Numbers: _6731257728, 2294969245, 3861323149_
_6500024526, 6731199321, 6731055105, 6730592522_
_6730176504, 3948258488, 5938966290, 3861269395_
_6730592522, 6731055484, 6731257274, 6140596546_

List (or representative list) of works infringed: _copyrighted photos of Marilyn_
_Monroe, used with out Lichnse or permission_

I may be contacted at:

Name and Title _LArry SHAw_
Company _SHAw Family Archive LTD_
Address _225 Hudson Terrace Piermont NY 10968_

email address (for eBay) _Larry @ SPC - Promotions . Com_
email address (for sellers) _"       "       "       "_
Telephone _845   359   9528_
Fax _845   359   3176_

_Thank you_
_Larry Shaw_

**SFA 00343**

I may be contacted at: [complete]
Name and Title: [complete]
Company: [complete]
Address: [complete]
email address (for eBay): [complete]
email address (for sellers): [complete]
Telephone: [complete]
Fax: [complete]

In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:

Name: _____
Name: _____
Name: _____
Name: _____

Truthfully,

/S/: [Your name here]

_____

eBay
Your Personal Trading Community (tm)

*****************************************

Important: eBay will not ask you for sensitive personal information
(such as your password, credit card and bank account numbers, Social
Security numbers, etc.) in an email. Learn more account protection tips
at:

http://www.pages.ebay.com/help/account_protection.html
_____

For our latest announcements, please check:

http://www2.ebay.com/aw/announce.shtml
_____

In order to better serve you, we'd like to occasionally request feedback
on our service. If you would rather not participate, please click on the
link below and send us an email with the word "REMOVE" in the subject
line.

If that does not work, please send an email to the email address below.
Your request will be processed within 5 days.

mailto:cssremove@ebay.com

*****************************************

SFA 00344

6/3/2003

**Notice of Claimed Infringement**

Date:

eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811

Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

- I am _LARRY SHAW_
  the owner, or an agent authorized to act on behalf of the owner, of certain intellectual property rights ("IP Owner");

- I have a good faith belief that the listings identified below (by item number) offer items or contain materials that are not authorized by the IP Owner, its agent, or the law, and therefore infringe the IP Owner's rights; and

- The information in this notice is accurate.

Please act expeditiously to remove the following listings.

Item Numbers: _3 3 6 1 7 0 9 0    1 3_

List (or representative list) of works infringed: _Tin Sign with Copyrighted + registered photo of Marilyn Monroe Not Licensed by IP owner_

I may be contacted at:

Name and Title _LARRY SHAW_
Company _SHAW FAMILY Archives, LTD_
Address _225 Hudson Terrace, Piermont NY 10968_

email address (for eBay) _Larry @ spc - promotions . com_
email address (for sellers) _"                  "                  "_
Telephone _845  359  9528_
Fax _845  359  3176_

Sincerly,
Larry Shaw

SFA 00352

eBay item 3361709013 (Ends Nov-16-03 07:14:30 PST) - MARILYN MONROE DRESS... Page 1 of 3



home | pay | register | sign in | services | site map | help ⑦

**Browse**  **Search**  **Sell**  **My eBay**  **Community**    Powered By **IBM**

← Back to list of items ——— Listed in category: Entertainment > Memorabilia > Movie Memorabilia > Other

**MARILYN MONROE DRESS TIN SIGN NEW**                     Item number: 3361709013

Seller of this item? Sign in for your status                 Watch this item (track it in My eBay) →

| | |
|---|---|
| Starting bid: | US $7.85 |
| | **Place Bid >** |
| Time left: | **1 hours 24 mins** |
| | 7-day listing |
| | Ends Nov-16-03 |
| | 07:14:30 PST |
| History: | 0 bids |
| *Buy It Now* Price: | US $8.45 |
| | **Buy It Now >** |
| Location: | FT. LAUDERDALE, FL |
| | United States /Miami |

↓ Go to larger picture

↓ Shipping and payment details

**Seller information**

angelannie20023 ( 1178 ⭐ )

Feedback rating: 1178
Positive feedback: 100%
Registered Mar-07-02 in United States

Read feedback reviews

Ask seller a question

View seller's other items

**PayPal** ✓  Buyer Protection Offered
See coverage and eligibility

**Description**

### YOU ARE BIDDING ON A BEAUTIFUL NEW TIN SIGN:

## MARILYN MONROE

**SFA 00349**

**THE SIZE IS APPROXIMATELY 17 1/2 INCHES X 12 1/2 INCHES. THIS SIGN IS BRAND NEW WITH FOUR SMALL PREDRILLED HOLES FOR MOUNTING AND ROLLED EDGES.**

**IMMEDIATE SHIPPING!**

**SHIPPING AND HANDLING United States and Canada COSTS: $6.25**

**PLEASE CHECK OUT MY OTHER AUCTIONS! EMAIL ME FOR COMBINED SHIPPING RATES FOR MULTIPLE ITEMS PAID FOR IN ONE PAYMENT.**

*(IF YOU BUY ANY ADDITIONAL SIGN, ADD $2.00 EACH FOR SHIPPING)*



00005  Get Counter Stats

-Shipping and payment details-

Shipping and handling:   US $6.25 (within United States)
                         Buyer pays for all shipping costs

Shipping insurance:      US $1.30 (Optional)

Will ship to United States, Canada

Seller's payment instructions:
I accept PAYPAL, Cashiers Checks, Money Orders. Personal Checks will be held for 7 business days so check clears. The winning bidder will pay only $6.25 Shipping and Handling. Shipping insurance is available for $1.30. Once shipped, buyer is responsible for product. ***Winning bidder: If mailing payment, please complete ?checkout? to receive my address*** If payment is not made within 10 days, item will go back on auction. THANK YOU FOR BIDDING!

-Payment methods accepted-

• **PayPal** (☐☐☐☐☐☐)
• Personal check
• Money order/Cashiers check
• See item description for payment methods accepted
Learn about payment methods.

**Ready to bid or buy?**
-MARILYN MONROE DRESS TIN SIGN NEW                          **SFA 00350**

Place a Bid                              or    Buy It Now

Starting bid:        US $7.85

                                              *Buy It Now* price:  US $8.45
Your maximum bid:  US $         (Enter US $7.85 or more)

                                              [ Buy It Now > ]

http://cgi.ebay.com/ws/eBayISAPI.dll?ViewItem&category=197&item=3361709013          11/16/2003

eBay item 3361709013 (Ends Nov-16-03 07:14:30 PST) - MARILYN MONROE DRESS...  Page 3 of 3

**Place Bid >**

Purchase this item now without bidding.
Learn about Buy It Now.

eBay automatically bids on your behalf up to your maximum bid.
Learn about bidding.

**What else can you do?**

← Back to list of items  |  Ask seller a question  |  Email this item to a friend  |  ↑ Top of page

Seller assumes all responsibility for listing this item.
Start Time: Nov-09-03 07:14:30 PST
End Time: Nov-16-03 07:14:30 PST.

_____

Announcements  |  Register  |  Safe Trading Tips  |  Policies  |  Feedback Forum  |  About eBay

Copyright © 1995-2003 eBay Inc. All Rights Reserved.
Designated trademarks and brands are the property of their respective owners.
Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

SFA 00351

**Notice of Claimed Infringement**

Date:

eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811

Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

- I am *LARRY SHAW*
  the owner, or an agent authorized to act on behalf of the owner, of certain intellectual
  property rights ("IP Owner");

- I have a good faith belief that the listings identified below (by item number) offer
  items or contain materials that are not authorized by the IP Owner, its agent, or the
  law, and therefore infringe the IP Owner's rights; and

- The information in this notice is accurate.

Please act expeditiously to remove the following listings.

Item Numbers: *3359447495     3358658048*

*3357928291*

List (or representative list) of works infringed: *copyrighted and registered*
*Photos of Marilyn Monroe taken by SAM SHAW*

I may be contacted at: *Larry SHAW, owner*
Name and Title *SHAW Family Archives, LTD*
Company
Address *225 Hudson Terrace Piermont NY 10968*

email address (for eBay) *Larry @ SPC-Promotions. Com*
email address (for sellers) *"                  "*
Telephone *845   359 - 9528*
Fax *845   359   8176*

*Larry Shaw*

**SFA 00353**

**Larry Shaw**

| | |
|---|---|
| **From:** | "eBay Customer Support" <rswebhelp@ebay.com> |
| **To:** | "Larry Shaw" <larr, _spc-promotions.com> |
| **Sent:** | Friday, October 31, 2003 9:52 PM |
| **Subject:** | eBay Notice of Claimed Infringement (KMM94538979V54573L0KM) |

Hello Larry,

Thank you for sending us ...is Notice of Claimed Infringement.

We are pleased to inform, .ou that the listings you reported have been removed by eBay. We have .otified the sellers and all participating bidders that the listing. .ere removed due to your request. I have forwarded your request : . Mr. Richter to phone you.

If you should have any c...er questions or concerns regarding this matter, please do not he. .ate to contact us again.

Best Regards,

Siennah
eBay Community Watch

eBay Your Personal Tradi.. Community (tm)

## Notice of Claimed Infringement

Date:

eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose. CA 95125
Fax Number: (408) 516-8811

Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

- I am _____ *Larry Shaw* _____
  the owner, or an agent authorized to act on behalf of the owner, of certain intellectual
  property rights ("IP Owner");

- I have a good faith belief that the listings identified below (by item number) offer
  items or contain materials that are not authorized by the IP Owner, its agent, or the
  law, and therefore infringe the IP Owner's rights; and

- The information in this notice is accurate.

Please act expeditiously to remove the following listings.

Item Numbers: *3250580870*
*325056671*

List (or representative list) of works infringed: *copyrighted & registered*
*photo of Marilyn Monroe, taken by Sam Shaw*

I may be contacted at:

Name and Title *Larry Shaw     owner*
Company *Shaw Family Archives*
Address *225 Hudson Terrace     Piermont NY 10968*

email address (for eBay) *Larry @ SPC-promotions.com*
email address (for sellers) *"  "  "*
Telephone *845  359  9528*
Fax *845  359  3176*

*Larry Shaw*

**SFA 00355**

### Notice of Claimed Infringement

Date:

eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811

Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

- I am ___LARRY SHAW___
  the owner, or an agent authorized to act on behalf of the owner, of certain intellectual
  property rights ("IP Owner");

- I have a good faith belief that the listings identified below (by item number) offer
  items or contain materials that are not authorized by the IP Owner, its agent, or the
  law, and therefore infringe the IP Owner's rights; and

- The information in this notice is accurate.

Please act expeditiously to remove the following listings.

Item Numbers:  ~~332791298~~
335865 7314
3358657051

List (or representative list) of works infringed:
PHoto's of Marilyn Monroe registered copyrighted by
San Shaw, Shaw Family Archives, LTD

I may be contacted at:

Name and Title ___SHAW, Larry    owner___
Company ___Shaw Family Archives, LTD___
Address ___225 Hudson Terrace, Piermont NY 10128___
email address (for eBay) ___Larry @ spc-promotions.com___
email address (for sellers) ___ "    "    "___
Telephone ___845  359  9528___
Fax ___845  359  3176___

Please have Michael Richter, Esq call me

Larry Shaw

SFA 00356

**SHAW FAMILY ARCHIVES, LTD.**
225 Hudson Terrace
Piermont, New York 10968

Tel: 845-359-9528
Fax: 845-359-3176

e-mail: larry@spc-promotions.com

June 3, 2003

eBay Inc.
Attn: eBay VeRO Program

FAX:  (408) 516-8811 – 3 page transmission

Dear Sir/Madam:

Yesterday morning I faxed your offices, using your downloaded form, a notice of infringed copyright.

We have in the past notified you of previous violations and those items were immediately removed.  However, as of this writing, the present infringements against our intellectual property rights are still being offered for sale on eBay.

Please immediately remove items numbers: **3225801636,  3225800770,  3226261002.**
All of these copyrighted and registered photographs of Marilyn Monroe are reproduced in the book, MARILYN AMONG FRIENDS, by Sam Shaw and Norman Roesten,
ISBN# 0-7475-0012-6.

Enclosed is the Notice of Claimed Infringement sent yesterday.


Thank you,

*Larry Shaw*

Larry Shaw

SFA 00360

**Notice of Claimed Infringement**

Date: June 3, 2003

eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811

Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

- I am    LARRY  SHAW                                ,
  the owner, or an agent authorized to act on behalf of the owner, of certain intellectual
  property rights ("IP Owner");

- I have a good faith belief that the listings identified below (by item number) offer
  items or contain materials that are not authorized by the IP Owner, its agent, or the
  law, and therefore infringe the IP Owner's rights; and

- The information in this notice is accurate.

Please act expeditiously to remove the following listings.

Item Numbers:  3226952680      3226261002

List (or representative list) of works infringed:
3226952680 - Merily Monroe Photo
3226261002 - Marilyn Monroe Photo
These are copyrighted images.

I may be contacted at:

Name and Title  LARRY  SHAW
Company  SHAW FAMILY ARCHIVES  LTD
Address 225 Hudson Terrace, Piermont, NY 10968

email address (for eBay) larry @ spc-promotions.com
email address (for sellers)  (same)
Telephone  845 - 359 - 9528
Fax        845 - 359 - 3176

**SFA 00363**

In addition to the undersigned, the following persons have the proper authority to sign future Notices of Claimed Infringement on behalf of the IP Owner:

Name: Susan Shaw          Name: Meta Shaw Stevens

Name: Edith Shaw Marcus   Name: _____

Truthfully,

_Larry Shaw_
signature

This is to advise that the vendor MAS BASE BALL WORLD is continuously offering our Pirated Photographs.

If you do not take steps to quit accepting them, I will have no choice but to take a course against eBAY as receiving + selling stolen property.

Larry Shaw

SFA 00362

**Notice of Claimed Infringement**

Date: _June 2, 2003_

eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811

Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

- I am _LARRY SHAW   (SHAW Family Archives, LTD )_
  the owner, or an agent authorized to act on behalf of the owner, of certain intellectual
  property rights ("IP Owner");

- I have a good faith belief that the listings identified below (by item number) offer
  items or contain materials that are not authorized by the IP Owner, its agent, or the
  law, and therefore infringe the IP Owner's rights; and

- The information in this notice is accurate.

Please act expeditiously to remove the following listings.

Item Numbers: _3225801636 , 3225800770_
_322 626 1002_

List (or representative list) of works infringed: _These three photos of_
_Marilyn Monroe are copyrighted and registered with_
_the U.S. copyright office_

I may be contacted at:

Name and Title _LARRY SHAW_
Company _SHAW Family Archives, LTD_
Address _225 Hudson Terrace, Piermont New York 10968_

email address (for eBay) _Larry @ spc - promotions . Com_
email address (for sellers) _Larry @ spc - Promotions . Com_
Telephone _845 - 359 9528_
Fax _845 359 3176_

_Truthfully,_
_Larry Shaw_

**SFA 00364**

**Notice of Claimed Infringement**

Date: Jan 19 2005

eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811

Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

- I am Larry Shaw
  the owner, or an agent authorized to act on behalf of the owner, of certain intellectual property rights ("IP Owner");

- I have a good faith belief that the listings identified below (by item number) offer items or contain materials that are not authorized by the IP Owner, its agent, or the law, and therefore infringe the IP Owner's rights; and

- The information in this notice is accurate.

Please act expeditiously to remove the following listings.

Item numbers: 6737325372 - 6737326069 - 6737324528 - 6737324422 -
6737324396 - 6737319818 - 6737318099 - 6737080263 - 6505987531 -
6506139015 - 6506150463 - 6506218015 - 6506840113 - 6506354164 -
6506416909 - 6506538037 - 6506551877

List (or representative list) of works infringed: Commercial products
without license using copyrighted photos of
Marilyn Monroe

I may be contacted at:

Name and Title Larry Shaw
Company Shaw Family Archives, LTD
Address 225 Hudson Terrace, Piermont NY 10968
email address (for eBay) Larry @ SPC-Promotions.com
email address (for sellers) "
Telephone 845 359 9528
Fax 845 359 3176

Yours truly,
Larry Shaw

SFA 00366

eBay item 3326440851 (Ends May-18-03 09:58:58 PDT ) - MARILYN MONROE SEVE...  Page 1 of 5

 

home | my eBay | site map | sign in

**Browse** | **Sell** | **Services** | **Search** | **Help** | **Community**

item view

Coming Soon! Preview eBay's new look for this page

| **MARILYN MONROE SEVEN YEAR ITCH POSTER RARE 1** |
| :---: |
| Item # 3326440851 |

Movies & Television:Memorabilia:Movie:Posters:Reproductions:1990-Now



| Current bid | US $9.99 | | Starting bid | US $9.99 |
| --- | --- | --- | --- | --- |
| | Buy It Now for US $12.00 This option disappears once a bid is placed. | | | |



| Quantity | 1 | | # of bids | 0  Bid history |
| --- | --- | --- | --- | --- |
| Time left | 6 days, 22 hours + | | Location | Fairhaven, WA |
| | | | Country/Region | United States /Seattle-Tacoma |
| Started | May-11-03 09:58:58 PDT | | ✉ Mail this auction to a friend | |
| Ends | May-18-03 09:58:58 PDT | | 👀 Watch this item | |

batmanwatching (44)  ☆

| Seller (rating) | Feedback rating: 44 with 100% positive feedback reviews (Read all reviews) Member since: Mar-26-03. Registered in United States |
| --- | --- |
| | View seller's other items | Ask seller a question | 🛡 Safe Trading Tips |

High bidder  --

| Payment | money order/cashiers check, personal check, Visa/MasterCard, or American Express. |
| --- | --- |
| Shipping | Buyer pays for all shipping costs. Seller ships internationally (worldwide). |
| Seller services | Revise item | Sell similar item |
| Item Revised | To review revisions made to this item by the seller, click here . |

| **Description** |
| :---: |

# MARILYN MONROE SEVEN YEAR ITCH POSTER RARE 1

SFA 00367



SFA 00368

MARILYN MONROE IN THE SEVEN YEAR ITCH SEXY RARE POSTER REPRINT! EACH DIGITAL GLOSSY POSTER MEASURES 11'X 17" AND IS SHIPPED FLAT. WE TAKE CHECKS, CREDIT CARDS AND MONEY ORDERS. Buyer pays shipping.

If you win this auction, or use the "Buy It Now" option, we respectfully request that you do not email us before we have contacted you first. Unless you have a special request (e.g., int'l shipping, multiple purchases, etc.), please allow 2 BUSINESS days for us to send payment information. THANK YOU!

No Reserve!

Payment must be received within 10 days of the end of the auction SHIPPING AND HANDLING RATES ARE AS FOLLOWS: $6 - INSURED Priority Mail within the US. (Please note that insurance is entirely optional but highly recommended. If insurance is declined, there will be no coverage in the event of loss or damage. S&H is $5 w/o insurance). $6 - UNINSURED Air Mail to Canada $10 - UNINSURED Air Mail to non-US/Canada addresses $20 - INSURED Air Mail to all international addresses We accept PayPal, Money Orders, Cashier's Checks and Personal Checks (from US customers only). Our PayPal address is: posterpage@attbi.com Our mail-in payment address is: Larry Green Productions, 4420 Harrison St., Bellingham, WA 98229, USA Thank you for bidding!

WA Residents add 7% sales tax

Please look at my other items for sale!



View and search all the items in my picture gallery



**My Service Box**

Money Orders : 

**By Auctiva**

Auctiva PowerTools. Create, Schedule, Manage your auctions **Free Trial!**

---

SFA 00369

| Payment Details | Payment Instructions |
|---|---|
| See Payment Instructions and item description, or contact seller for more information. | See item description or contact seller for more information. |

| Bidding |
|---|

| MARILYN MONROE SEVEN YEAR ITCH POSTER RARE 1<br>Item # 3326440851 | | How to Bid |
|---|---|---|
| Bid | Buy | 1. Register to bid - if you haven't already. It's free! |

eBay item 3326440851 (Ends May-18-03 09:58:58 PDT ) - MARILYN MONROE SEVE...  Page 5 of 5

Starting bid:          US $9.99

**Your maximum bid:**

( *Minimum bid: US $9.99* )

Place Bid

You will confirm on the next page

eBay will bid incrementally on your behalf up to your maximum bid, which is kept secret from other eBay users. The eBay term for this is proxy bidding.

Buy It Now for US $12.00

Buy It Now

**Buy It Now ends this listing.** This option disappears once a bid is placed. Learn more

**Your bid is a contract -** Place a bid only if you're serious about buying the item. If you are the winning bidder, you will enter into a legally binding contract to purchase the item from the seller. Seller assumes all responsibility for listing this item. You should contact the seller to resolve any questions before bidding. Auction currency is U.S. dollars ( US $ ) unless otherwise noted.

2. Learn about this seller - read feedback comments left by others.

3. Know the details - read the item description and payment & shipping terms closely.

4. If you have questions - contact the seller batmanwatching *before* you bid.

5. Place your bid!

**eBay purchases are covered by the Fraud Protection Program.**

? Need help?

Buyers: Bidding and buying tips

Sellers: Manage your listing

Announcements  |  Register  |  Safe Trading Tips  |  Policies  |  Feedback Forum  |  About eBay

Copyright © 1995-2003 eBay Inc. All Rights Reserved.
Designated trademarks and brands are the property of their respective owners.
Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.



SFA 00370

eBay item 3325491319 (Ends May-12-03 18:27:11 PDT ) - MARILYN MONROE 500 R...    Page 4 of 6

# Things4all

## *"Unique gifts and great deals!"*

## Proud Member of the eBay Powersellers Program



Use PayPal at our Checkout Page and receive Imediate Feedback



We also accept: Money Orders and Cashiers Checks





**The best e-Commerce + Auction Management Package**
**Free Trial - eBay Certified!**

See other items i'm selling in my Zoovy Gallery!

SFA 00375

 

home | my eBay | site map | sign in

Browse | Sell | Services | Search | Help | Community

item view

Coming Soon! Preview eBay's new look for this page

## MARILYN MONROE 300 Rare Photos Slideshow CD

### Item # 3325491319

Movies & Television:Memorabilia:Movie:Photos:Contemporary (1940-Now):1940-69



Descriptive

| | | | |
|---|---|---|---|
| Current bid | US $15.50 | Starting bid | US $9.95 |
| Quantity | 1 | # of bids | 4  Bid history |
| Time left | 1 days, 11 hours + | Location | Northern California |
| | | Country/Region | United States /San Francisco |



| | | |
|---|---|---|
| Started | May-05-03 18:27:11 PDT | ☒ Mail this auction to a friend |
| Ends | May-12-03 18:27:11 PDT | 🔭 Watch this item |

Seller (rating)

**things4all (3206)** ★ 🏆 Power Seller me

Feedback rating: 3206 with 99.2% positive feedback reviews (Read all reviews)
Member since: Mar-15-00. Registered in United States

View seller's other items | Ask seller a question | 🛡 Safe Trading Tips

High bidder    blackbetler (0) 👓

Payment    PayPal, money order/cashiers check, or see item description for payment methods accepted.

*~ PayPal: Fast, easy, secure payment. Learn More.*

PayPal  VISA  [card logos]

Shipping    Seller ships internationally (worldwide). See item description for shipping charges.

Seller services    Sell similar item

## Description

Click Here for Instant Checkout When the Auction is Over

Click Here To See a Gallery of Other Items I'm Selling!

Click on the image to see a larger version.

SFA 00376

eBay item 3325491319 (Ends May-12-03 18.27.11 PDT ) - MARILYN MONROE 300 R... Page 5 of 8



| Payment Details | Payment Instructions |
|---|---|
| See Payment Instructions and item description, or contact seller for more information. | Please visit http://ebayapi.zoovy.net/checkout.cgi to pay for this item. |

## Bidding

**MARILYN MONROE 300 Rare Photos Slideshow CD**
Item # 3325491319

Current bid:          US $15.50

Bid increment:        US $0.50

Your maximum bid:

( *Minimum bid: US $16.00* )

[ Place Bid ]

You will confirm on the next page

eBay will bid incrementally on your behalf up to your maximum bid, which is kept secret from other eBay users. The eBay term for this is proxy bidding.

**Your bid is a contract** - Place a bid only if you're serious about buying the item. If you are the winning bidder, you will enter into a legally binding contract to purchase the item from the seller. Seller assumes all responsibility for listing this item. You should contact the seller to resolve any questions before bidding. Auction currency is U.S. dollars ( US $ ) unless otherwise noted.

How to Bid 

1. Register to bid - if you haven't already. It's free!

2. Learn about this seller - read feedback comments left by others.

3. Know the details - read the item description and payment & shipping terms closely.

4. If you have questions - contact the seller things4all  *before* you bid.

5. Place your bid!

eBay purchases are covered by the Fraud Protection Program.

SFA 00377

**After purchasing, pay instantly with your credit card through PayPal!**



    



00017   Get Counter Stats

Free Counters powered by Andale!

Find MORE great stuff
at my eBay STORE
Visit ShirraSoft today!

**SFA 00378**

| Payment Details | | Payment Instructions |
|---|---|---|
| Australia Shipping and handling | AU $8.25 | Your Payment Options: AUSTRALIA: Paymate or Paypal ,direct deposit to bank account, bank cheque, money order. INTERNATIONAL: Paypal ONLY |
| Shipping insurance per item (not available) | -- | |

**Bidding**

| MARILYN MONROE - In Pictures and Words - BIO Item # 3519532889 | How to Bid |
|---|---|
| | 1.  Register to bid - if you haven't |

  

MARILYN MONROE 300 Rare Photos Slideshow CD

 

## MARILYN MONROE PHOTO COLLECTION
### Slideshow Screensaver CD

### Includes Playboy Cover Photos!

## Over 300 Rare & Classic Images!

**View The Images Individually Or As A Slideshow
With The Speed And Settings Of Your Choice!**

## FREE SHIPPING WITHIN
## THE UNITED STATES

**International Shipping $4 Total Whether 1 or 100 CD's**

**We Use Only The Highest Quality, High Resolution Images And
We've Always Given Positive Feedback To All Our Customers**

**Our Unique Interactive Photo Slideshow CD's Allow You To Save
The Images, Change The Slideshow Speed, Zoom, Pause, Skip,
Reverse, Randomize, Tile, Show Or Hide The Slideshow Taskbar
And Image Filenames, Change The Size, Font and Color Of The
Displayed Text, Change The Background Color And Much More.**

SFA 00379



## *No Program To Install*

**Our User-Friendly Create-Your-Own Slideshow CD's
Are A Fun And Easy Way To View The Entire Collection
Without The Hassle Of Digging Through Endless Files**

**Also Makes An Excellent Screen Saver**

**Our CD's Are Totally Self-Contained
And Do Not Require An Internet Connection**

**Click Here To Check Out Our Other Cool CD's And
Save Even More With Our Unique Selection Of 3-CD
Theme Sets For Only $19.95 Also With Free Shipping**



**AND MUCH MORE!**

© 2002 Things4all



SFA 00380



| Payment Details | Payment Instructions |
|---|---|
| See Payment Instructions and item description, or contact seller for more information. | Please visit http://ebayapi.zoovy.net/checkout.cgi to pay for this item. |

### Bidding

**MARILYN MONROE 300 Rare Photos Slideshow CD**
Item # 3325491319

Current bid:     US $15.50

Bid increment:     US $0.50

Your maximum bid:

*( Minimum bid: US $16.00 )*

Place Bid

You will confirm on the next page

eBay will bid incrementally on your behalf up to your maximum bid, which is kept secret from other eBay users. The eBay term for this is proxy bidding.

**Your bid is a contract** - Place a bid only if you're serious about buying the item. If you are the winning bidder, you will enter into a legally binding contract to purchase the item from the seller. Seller assumes all responsibility for listing this item. You should contact the seller to resolve any questions before bidding. Auction currency is U.S. dollars ( US $ ) unless otherwise noted.

**How to Bid** 

1. Register to bid - if you haven't already. It's free!

2. Learn about this seller - read feedback comments left by others.

3. Know the details - read the item description and payment & shipping terms closely.

4. If you have questions - contact the seller things4all  *before* you bid.

5. Place your bid!

eBay purchases are covered by the Fraud Protection Program.

SFA 00381

~ eBay item 3325350207 (Ends May-11-03 23:37:17 PDT ) - Photo - Marilyn Monroe in T...    Page 1 of 3

 

home | my eBay | site map | sign in

| Browse | Sell | Services | Search | Help | Community |

item view

Coming Soon! Preview eBay's new look for this page

| Photo - Marilyn Monroe in The Seven Year Itch |
| Item # 3325350207 |

Movies & Television:Memorabilia:Movie:Photos:Contemporary (1940-Now):1990-Now



| | | | |
|---|---|---|---|
| Current bid | US $5.99 | Starting bid | US $5.99 |
| Quantity | 1 | # of bids | 0  Bid history |
| Time left | 7 hours, 50 mins + | Location | Frankfort, IL |
| | | Country | United States |



| | | |
|---|---|---|
| Started | May-04-03 23:37:17 PDT | ✉ Mail this auction to a friend |
| Ends | May-11-03 23:37:17 PDT | 👁 Watch this item |

| | |
|---|---|
| Seller (rating) | trendycollectibles (20282)   ⭐ ⚡ Power Seller  me |
| | Feedback rating: 20282 with 99.9% positive feedback reviews (Read all reviews) |
| | Member since: Jul-04-98. Registered in United States |
| | View seller's other items | Ask seller a question | 🛡 Safe Trading Tips |

| | |
|---|---|
| High bidder | -- |
| Payment | money order/cashiers check, personal check, or Visa/MasterCard . |
| Shipping | Buyer pays fixed shipping charges. Seller ships internationally (worldwide). |
| Seller services | Revise item | Sell similar item |

| Description |

## Photo - Marilyn Monroe in The Seven Year Itch

### Marilyn Monroe in Seven Year Itch

### DO YOU WANT A FREE PHOTO? ASK ME HOW.
### E-mail me at wesellphotos@prodigy.net

### 8X10 Picture is on high quality glossy photo stock produced through a photo process and NOT computer generated!

SFA 00385



Winning bidder pays $2.50 for shipping & handling and 50 cents for each additional photo. IL residents include 6.75% sales tax.

Bid with confidence as our feedback rating is 19,000+. Good luck & thanks for bidding.

Win multiple auctions & save on shipping!



Hey! Click here to see other photos I am selling on ebay!

We Accept Cash, Paypal, Credit Cards, Checks & Money Orders

After Auction Ends Use the Andale Checkout for Your Final Total and Payment Information



Use the REAL selling tools a million sellers do - Andale!



SFA 00386

| Payment Details | Payment Instructions |
|---|---|
| See Payment Instructions and Item description, or contact seller for more information. | See item description or contact seller for more information. |

**Bidding**

**Photo - Marilyn Monroe in The Seven Year Itch**
Item # 3325350207

Starting bid        US $5.99

Your maximum bid:

( Minimum bid: US $5.99 )

[ Place Bid ]
You will confirm on the next page

**How to Bid**

1. Register to bid - if you haven't already. It's free!

2. Learn about this seller - read feedback comments left by others.

3. Know the details - read the item

eBay will bid incrementally on your behalf up to your maximum bid, which is kept secret from other eBay users. The eBay term for this is proxy bidding.

**Your bid is a contract** - Place a bid only if you're serious about buying the item. If you are the winning bidder, you will enter into a legally binding contract to purchase the item from the seller. Seller assumes all responsibility for listing this item. You should contact the seller to resolve any questions before bidding. Auction currency is U.S. dollars ( US $ ) unless otherwise noted.

description and payment & shipping terms closely.

4.  If you have questions - contact the seller trendycollectibles *before* you bid.

5.  Place your bid!

**eBay purchases are covered by the Fraud Protection Program.**

⑦  **Need help?**

Buyers: Bidding and buying tips

Sellers: Manage your listing

Announcements  |  Register  |  Safe Trading Tips  |  Policies  |  Feedback Forum  |  About eBay

Copyright © 1995-2003 eBay Inc. All Rights Reserved.
Designated trademarks and brands are the property of their respective owners.
Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.



SFA 00387

eBay item 3325382952 (Ends May-12-03 07:03:37 PDT ) - CLASSIC MARILYN MON...    Page 1 of 4

 

home | my eBay | site map | sign in

Browse | Sell | Services | Search | Help | Community

item view

Coming Soon! Preview eBay's new look for this page



**CLASSIC MARILYN MONROE SKIRT FLIP Pic 5x7**

Item # 3325382952

Movies & Television:Memorabilia:Movie:Photos:Contemporary (1940-Now):1940-69



| | | | |
|---|---|---|---|
| Price | Buy It Now for US $12.99 | Location | AKRON OHIO |
| Quantity | 1 available | | |
| Time left | 15 hours, 14 mins + | Country | United States |
| Started | May-05-03 07:03:37 PDT | | |
| Ends | May-12-03 07:03:37 PDT | ✉ Mail this item to a friend |
| | | 🔍 Watch this item |



ahbusafi (80)  ⭐ me

Seller (rating)   **Feedback rating:** 80 with 98.8% positive feedback reviews (Read all reviews)
Member since: May-11-02. Registered in United States

View seller's other items | Ask seller a question | 🛡 Safe Trading Tips

Payment       PayPal, money order/cashiers
check, personal check, or see
item description for payment
methods accepted.

PayPal: Fast, easy, secure payment. Learn
More.

Shipping      Seller pays for shipping. Will ship
to United States only.

PayPal   VISA

Seller        Revise item | Sell similar item
services

Item Revised  To review revisions made to this item by the seller, click here .

**Description**

A high 4800 dpi resolution picture of beautiful black and white 5x7 picture of Marilyn Monroe in her famous skirt flip
picture.

SFA 00446



SFA 00447

**Heavy duty metal gold and silver frame excellent gift for a friend for any occasion or for a collector of Marilyn Monroe.**



 Get Counter Stats

Free Counters powered by Andale!

| Payment Details | Payment Instructions |
|---|---|
| See Payment Instructions and item description, or contact seller for more information. | Please supply me with your address at auction close. Shipping is included for continental US only. All shipping is priority Mail. |

| Buy It Now |
|---|

**CLASSIC MARILYN MONROE SKIRT FLIP Pic 5x7**
Item # 3325382952

**Price: US $12.99**

[ Buy It Now ]

(You can review order details on the next step)

**You Are Viewing a Buy It Now item** - You can purchase the item right away without having to place a bid.

**Your purchase is a contract** - When you confirm your purchase on the next couple of pages, you will enter into a legally binding contract to purchase the item from the seller. Seller assumes all responsibility for listing this item. You should contact the seller to resolve any questions before

**How to Buy It Now**

1. **Register on eBay** - if you haven't already. It's free!

2. **Learn about this seller** - read feedback comments left by others.

3. **Know the details** - read the item description and payment & shipping terms closely.

4. **If you have questions** - contact the seller ahbusafi *before* you purchase.

eBay purchases are covered by the Fraud Protection Program.

**SFA 00448**





Coming Soon! Preview eBay's new look for this page

| **Marilyn Monroe by Sam Shaw, Seven Year Itch** |
|---|
| Item # 3222740511 |

Collectibles:Photographic Images:Contemporary (1940-Now):Celebrity:Movies



| Current bid | US $24.99 | | Starting bid | US $24.99 |
|---|---|---|---|---|
| | Buy It Now for US $28.99 | | | |
| | This option disappears once a bid is placed. | | | |



| Quantity | 1 | | # of bids | 0  Bid history |
|---|---|---|---|---|
| Time left | 2 days, 5 hours + | | Location | Plano, Texas |
| | | | Country/Region | United States /Dallas-Fort Worth |
| Started | May-06-03 17:11:50 PDT | | ✉ Mail this auction to a friend | |
| Ends | May-13-03 17:11:50 PDT | | 🔭 Watch this item | |



Seller (rating)    garyuniversity (108)  ⭐ me ☺☺☺☺☺

Feedback rating: 108 with 100% positive feedback reviews (Read all reviews)
Member since: Mar-06-00. Registered in United States

View seller's other items | Ask seller a question | 🛡 Safe Trading Tips

Seller's store    Visit my eBay Store: **Online Snapshots**

High bidder  --

Payment    PayPal, money order/cashiers check, personal check, or see item description for payment methods accepted.

⟩ PayPal: Fast, easy, secure payment. Learn More.

[PayPal] [VISA] [cards]

Shipping    Buyer pays for all shipping costs, which are provided in the Payment Details section below. Will ship to United States and the following regions: Australasia, Caribbean, Europe, Mexico and Central America, Canada, South America.

Seller services    Revise item | Sell similar item

| **Description** | | |
|---|---|---|
| Age: | 1940-Now | Color:  **Black & White** |
| | -- | Country/Region:  **North America** |
| Subject:  **Movies** | | Largest Dimension:  **Larger than 24"** |
| Framing:  **Unframed** | | |

SFA 00449

**Sam Shaw**
**36" x 24"**
**7 Year Itch-Marilyn Monroe**



Image Size 30.25" x 17.5"
Paper Size 36" x 24"
16114 ISI
**Sam Shaw, 7 Year Itch-Marilyn Monroe**

# Online Snapshots

At **Online Snapshots**, we offer only high-quality prints and posters from the original publishers. We specialize in providing some of the most sought out images from the best photographers in the industry. All prints and posters are **BRAND NEW** and in **MINT** condition. **WE GUARANTEE** it or we will replace it. All items are professionally printed on a variety of high-quality paper. Bid with confidence!

**For all of our items and auction details, visit our Ebay Store.**



Complete Instructions will be emailed to the winner following the auction. If you have any questions feel free to contact us.

SFA 00450

Get Counter Stats

**Free Counters powered by Andale!**

Find MORE great stuff
at my eBay

**Visit Online Snapshots today!**

| Payment Details | | Payment Instructions |
|---|---|---|
| United States Shipping and handling | US $6.50 | Online payments can be made through paypal. Use sales@onlinesnapshots.com for recipient's email address for paypal. Check or money order can be sent to: Gary Underwood 3915 San Mateo Drive Plano, Texas 75023 Personal checks can take up to 10 days to clear before item is shipped. Texas residents please include 8.25% for sales tax. |
| Shipping insurance per item (not available) | — | |
| Sales tax (8.250% in TX) | — | |

## Bidding

### Marilyn Monroe by Sam Shaw, Seven Year Itch
Item # 3222740511

|  |  |
|---|---|
| **Bid** | **Buy** |
| Starting bid: US $24.99 | Buy It Now for US $28.99 |
| Your maximum bid: | Buy It Now |
| ( Minimum bid: US $24.99 ) | |
| Place Bid | |
| You will confirm on the next page | |

eBay will bid incrementally on your behalf up to your maximum bid, which is kept secret from other eBay users. The eBay term for this is proxy bidding.

Buy It Now ends this listing. This option disappears once a bid is placed. Learn more

**Your bid is a contract -** Place a bid only if you're serious about buying the item. If you are the winning bidder, you will enter into a legally binding contract to purchase the item from the seller. Seller assumes all responsibility for listing this item. You should contact the seller to resolve any questions before bidding. Auction currency is U.S. dollars ( US $ ) unless otherwise noted.

### How to Bid 

1. Register to bid - if you haven't already. It's free!
2. Learn about this seller - read feedback comments left by others.
3. Know the details - read the item description and payment & shipping terms closely.
4. If you have questions - contact the seller garyuniversity *before* you bid.
5. Place your bid!

eBay purchases are covered by the Fraud Protection Program.

ⓘ **Need help?**
Buyers: Bidding and buying tips
Sellers: Manage your listing

**SFA 00451**

Announcements | Register | Safe Trading Tips | Policies | Feedback Forum | About eBay

Copyright © 1995-2003 eBay Inc. All Rights Reserved.
Designated trademarks and brands are the property of their respective owners.
Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

