Shaw Family Archives©

