Snaw Family Archives©



©Shaw Family Archives

Home