Shaw Family Archives©



Home