

Home