Marilyn Monroe
Shaw Family Archives ©2003 All rights reserved. Photos by Sam Shaw.

 

**Home**