Sam Shaw - Marilyn Monroe



Back