Sam Shaw - Marilyn Monroe




Back