

FL
10a

DATE:     **December 29, 1998**

Sam Shaw
143 Independence Avenue
Tappan, NY 10983

LIBRARY
OF
CONGRESS

COPYRIGHT
OFFICE

We have recorded the enclosed document(s) in the official records of the Copyright
Office:

| | |
|---|---|
| Volume | 3417 |
| Page(s) | 745 |

101 Independence
Avenue, S.E.

The recording fee has been handled as follows:

| | |
|---|---|
| Received | $ |
| Applied | $ |
| Refunded (under separate cover) | $ |
| Charged to your deposit account | $ |

Washington, D.C.
20559-6000

Sincerely yours,

REGISTER OF COPYRIGHTS

Enclosure(s):
Document(s)          1

```
*******************************************************************
*******************************************************************
** Beginning with Volume 3404, individual pages of your         **
** document will again be numbered.  In addition, a barcode is  **
** applied to the first page which bears a volume/document      **
** number which refers to the whole document.  The term 'page'  **
** used on the certificate refers to the document number.       **
*******************************************************************
```

SFA 00458



Copyright
Office
of the
United
States
THE
LIBRARY
OF
CONGRESS

# Certificate of Recordation

THIS IS TO CERTIFY THAT THE ATTACHED DOCU-
MENT WAS RECORDED IN THE COPYRIGHT OFFICE
ON THE DATE AND IN THE PLACE SHOWN BELOW.

THIS CERTIFICATE IS ISSUED UNDER THE SEAL OF THE COPYRIGHT OFFICE.

DATE OF RECORDATION

18Jun98

| VOLUME | PAGE |
|---|---|
| 3417 | 745 |

| VOLUME | PAGE |
|---|---|
| | |



OFFICIAL SEAL

*Marybeth Peters*

Register of
Copyrights and
Associate
Librarian for
Copyright
Services

SFA 00459

Certificate of Recordation
C-762 March 1998—15,000



# DOCUMENT COVER SHEET

**For Recordation of Documents**
UNITED STATES COPYRIGHT OFFICE

DATE OF RECORDATION
(Assigned by Copyright Office)      JUN 18. 1998

|       | Month | Day | Year |
|-------|-------|-----|------|

Volume _3417_     Page _745_

—Do not write above this line.—

Before you complete this form, please read the instructions on the reverse side. If additional space is needed, use white 8½ x 11 inch paper.

Volume _____     Page _____

Attachments to Cover Sheet? Yes ☐ No ☒ If so, how many?_____

REMITTANCE _____

## To the Register of Copyrights:
*Please record the accompanying original document or copy thereof.*

FUNDS RECEIVED _____

Name of the Party or Parties to the Document Spelled as They Appear in the Document

Party 1: (assignor, grantor, etc.) **Patricia Rosten**

Party 2: (assignee, grantee, etc.) **Sam Shaw**

**Description of the Document**
☒ Transfer of Copyright
☐ Security Interest
☐ Change of Name of Owner

☐ Termination of Transfer(s) [Section 304]
☐ Shareware
☐ Life, Identity, Death Statement [Section 302]

☐ Transfer of Mask Works
☐ Other _____

Title(s) of Work(s), Author(s), Registration Number(s), and Other Information to Identify Work

| Title | Author(s) | Registration Number | Registration Date/Year |
|-------|-----------|---------------------|------------------------|
| **MARILYN AMONG FRIENDS** | **Sam Shaw & Norman Rosten** | **TX 2-400-879** | **9/6/1988** |

☒ Document is complete by its own terms.
☐ Document is not complete. Record "as is."

Number of titles in Document __1__

Amount of fee enclosed or authorized to be charged to a Deposit Account **$20.00**

Deposit Account number __N/A__
Deposit Account name __N/A__

Date of execution and/or effective date of accompanying document

| December | 11 | 1997 |
|----------|-----|------|
| Month | Day | Year |

**Affirmation:** I hereby affirm to the Copyright Office that the information given on this form is a true and correct representation of the accompanying document. This affirmation will not suffice as a certification of a photocopy signature on the document. (Affirmation *must* be signed.)

Signature _~Sam Shaw~_

Date _May 1, 1998_

(914) 359-8231          (914) 359-3704
Phone Number              Fax Number

**Certification:** Complete this certification in addition to the Affirmation if a photocopy of the original signed document is submitted in lieu of a document bearing the actual signature.
I certify under penalty of perjury under the laws of the United States of America that the accompanying document is a true copy of the original document.

Signature _~Sam Shaw~_
Duly Authorized Agent of:
Date _May 1, 1998_

DAVID MARCUS
Notary Public, State of New York
No. 02MA6001123
Qualified in New York County
Commission Expires Jan. 5, 20__

Sworn to me this 1st day

• Complete all necessary spaces
• Sign your cover sheet in Space 9
**SEND ALL 3 ELEMENTS TOGETHER**
1. Two copies of the Document Cover Sheet
2. Check or money order payable to Register of Copyrights
3. Document
**MAIL TO:**
Library of Congress
Copyright Office
Documents Recordation Section, LM-462
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

RECORDATION WILL BE MAILED IN A WINDOW ENVELOPE TO THIS ADDRESS:

Name ▼
Sam Shaw

Number/Street/Apt ▼
143 Independence Avenue

City/State/ZIP ▼
Tappan, NY 10983

SFA 00460

*Knowingly and willfully falsifying material facts on this form may result in criminal liability. 18 U.S.C.§1001.



V3417 D745

LAW OFFICE                         TO

V3417 D745  Page 1
19143593704    P.01

## ASSIGNMENT OF COPYRIGHT

## REGISTRATION NO TX2-400-879

WHEREAS, hereinafter THE SUCCESSOR in interest to a published book known as "Marilyn Among Friends" hereinafter THE SUCCESSOR and

WHEREAS, the publication, "Marilyn Among Friends" was registered with the Copyright Office on or about September 6, 1988 as a collective work under Registration number TX2-400-879 for Sam Shaw and Norman Rosten and

WHEREAS, the publication of the text contained therein photographs created by Sam Shaw who is the copyright owner thereof;

NOW, in consideration of the aforesaid, THE SUCCESSOR, hereby assigns and transfers to Sam Shaw, residing at New York, his heirs, executors, administrators, successor and his assigns, all of "THE SUCCESSORS" right, title and interest in and to the photographs created by the author which appear in the aforesaid Book as may have or have not been previously registered with the United States Copyright office, including any statutory copyright, together with the right to secure renewals and extensions of such statutory copyright throughout the world, and enforce actions against any infringements, past, present and future, for the full term of said copyright or statutory copyright and any renewal or extension thereof which is or may be granted throughout the world.

IN WITNESS WHEREOF, SUCCESSOR has caused the execution of this instrument this November 1997

THE PUBLISHER

By: _Patricia Rosten_
Patricia Rosten as heir and
successor in interest to
Norman Rosten

Sworn to before me this _Dec 11 9...._

_____
NOTARY PUBLIC

SFA 00461