# THE JOY OF MARILYN

## IN THE CAMERA EYE

PHOTOGRAPHY COMMENTARY BY SAM SHAW

Copyright © 1979 by Peebles Press International, Inc.
An Exeter Book
Distributed by Bookthrift, Inc.
New York, New York
ISBN 0-89673-030-1

All rights reserved. No part
of this book may be reproduced in any
form or by any means, except for the inclusion
of brief quotations in a review, without permission
in writing from the publisher.

Entire project supervised by Sam Shaw

Cover design, title page, biography, filmography, back cover: Jacques Chazaud

Pictorial director: Marcus A. Cohen

Graphic Production by Filmar Graphics, Inc., San Diego, California

Photo Credits
Sam Shaw
Cover, title page, 6, 7, 9-131, 152, 153, back cover
UPI
132-151, 154-160

Printed and bound in the United States of America



# MARILYN
## IN THE CAMERA EYE



PHOTOGRAPHY AND COMMENTARY BY SAM SHAW



Exeter Books

NEW YORK





scene from "The Seven Year Itch"







*Victor Moore is the plumber in this bathtub scene from "The Seven Year Itch."*



...iat..., ...ducer and noted film editor...



*Director Billy Wilder (c.) discusses a scene with Marilyn during the filming of "The Seven Year Itch." Natasha Lutece (r.), Marilyn's acting coach, assists.*

110



112

