DAVID MARCUS, ESQ.
450 SEVENTH AVENUE, SUITE 2000
NEW YORK, NEW YORK 10123
TEL: (212) 268-4777
FAX: (212) 594-2518

July 14, 2001

Register of Copyrights
Library of Congress
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000
Attn:  Ms. Nannette Petruzelli
         Chief of Examining Division

Re: Special relief of deposit requirement/Sam Shaw

Dear Ms. Petruzelli:

Enclosed you will find the following materials relating to the copyright registration of the book entitled "Marilyn Monroe: In the Camera Eye," photographs and commentary by Sam Shaw:

- One (1) photocopy of said book;
- One (1) fully completed Copyright Registration Form TX; and
- A check in the amount of $30.00 made payable to the Register of Copyrights.

This book was first published in 1979 and contained never before published photographs of Marilyn Monroe.

By way of this letter, I, on behalf of Edith Shaw Marcus and Meta Shaw Stevens respectfully request that you grant said copyright applicants special relief from the deposit requirement and allow them to deliver a photocopy of said book in lieu of an actual copy.  Since there was only a limited printing of this book, and the copyright claimants have only one or two original copies in their possession, it would be onerous for them to be required to submit an actual copy as a deposit.

We would greatly appreciate your cooperation in this matter.  Mr. Sam Shaw was the photographer who took some of the most memorable photographs of this century, including the Marilyn Monroe "Flying Skirt" series, Marlon Brando with the "Torn T-Shirt" in "A Streetcar Named Desire" and hundreds of thousands of photographs as a photojournalist of America from the early 1930's to the mid 1940's.   He passed away in 1999.

SFA 00001

If you have any questions regarding this matter, please call me at the above-stated number.

Very truly yours,

David M. Marcus

cc: Peter Vankevich

SFA 00002

**EDESHAW ARTS INC.**
143 INDEPENDENCE AVE.
TAPPAN, N.Y. 10983

1018

14-538
219

DATE July 14, 01

PAY TO THE
ORDER OF  Register of Copyrights      $ 30.00

Thirty _____ 00/100 _____ DOLLARS

**CITIBANK®**
CITIBANK, N.A. #56
39-27 BOULEVARD
NEW CITY, NY 10956

FOR  Marilyn Monroe: In the Camera Eye

⑈000101811⑈ ⑆021000089⑆ 956261361⑈

SFA 00003

# FORM TX
**For a Nondramatic Literary Work**
UNITED STATES COPYRIGHT OFFICE



REGISTRATION NUMBER

_____

| TX | TXU |

EFFECTIVE DATE OF REGISTRATION

_____

Month          Day          Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

Marilyn Monroe:  In the Camera Eye

**PREVIOUS OR ALTERNATIVE TITLES ▼**

N/A

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

N/A

If published in a periodical or serial give:  **Volume ▼**      **Number ▼**          **Issue Date ▼**          **On Pages ▼**

N/A

---

## 2

**a**

**NAME OF AUTHOR ▼**

Sam Shaw

**DATES OF BIRTH AND DEATH**
Year Born ▼  1912      Year Died ▼  1999

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ☐ Citizen of ▶  U.S.A.
☐ Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP**  Briefly describe nature of material created by this author in which copyright is claimed. ▼
Photographs and Text

**b**

**NAME OF AUTHOR ▼**

N/A

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ☐ Citizen of ▶
☐ Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**NATURE OF AUTHORSHIP**  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

N/A

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ☐ Citizen of ▶
☐ Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**NATURE OF AUTHORSHIP**  Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

## 3

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**  This information must be given in all cases.
1979  ◀ Year

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month▶ May    Day▶ 1    Year▶ 1979    Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Edith Shaw Marcus, 143 Independence Avenue, Tappan, NY 10983
Meta Shaw Stevens, 838 West End Avenue, #4D, New York, NY 10025

**APPLICATION RECEIVED**

**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Ownership of of Copyright passed through Trust to the daughters of the Author.

See instructions before completing this space.

DO NOT WRITE HERE

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.                    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

SFA 00004

EXAMINED BY _____    **FORM TX**

CHECKED BY _____

☐ CORRESPONDENCE    FOR
  ☐ Yes    COPYRIGHT
         OFFICE
         USE
         ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?    **5**
☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶ _____    Year of Registration ▶ _____

**DERIVATIVE WORK OR COMPILATION**    **6**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼    **a**

N/A

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼    **b**    See instructions before completing this space.

N/A

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.    **7**
Name ▼    Account Number ▼    **a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼    **b**
Edith Shaw Marcus, 143 Independence Avenue, Tappan, NY 10983

Area code and daytime telephone number ▶ 845-359-8231    Fax number ▶ 845-359-3704
E-mail ▶ edieshaw@earthdawn.net

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the    **8**
                              ☐ author
Check only one ▶    ☑ other copyright claimant
                              ☐ owner of exclusive right(s)
of the work identified in this application and that the statements made    ☐ authorized agent of _____
by me in this application are correct to the best of my knowledge.    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Edith Shaw Marcus

Handwritten signature (X) ▼    Date ▶ 7/14/2001

☞    X ___ _Edith Shaw Marcus_ _____

**Certificate**    Name ▼    **9**
**will be**    Edith Shaw Marcus
**mailed in**
**window**    Number/Street/Apt ▼
**envelope**    143 Independence Avenue
**to this**
**address:**    City/State/ZIP ▼
       Tappan, NY 10983

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order An of
   payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—200,000
WEB REV: June 1999

☉ Printed on recycled paper    ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/49

**SFA 00005**



# THE JOY OF MARILYN

## IN THE CAMERA EYE

### PHOTOGRAPHY AND COMMENTARY BY SAM SHAW

SFA 00006

# THE JOY OF MARILYN

Conceived as a tribute to Marilyn Monroe by Sam Shaw, her friend from the beginning of her career, *THE JOY OF MARILYN* captures and preserves warm moments from Marilyn Monroe's life.

Through Sam Shaw's lens Marilyn's impish beauty, her fragile spirit and exuberant warmth appear fresh and bright. The private Marilyn is revealed on the phone, at home in her New York apartment, on a summer picnic at her Connecticut farm with Arthur Miller and in beautiful candid portraits never before published.

Shaw presents a unique collection of Marilyn's happy moments—her bittersweet romance with Joe DiMaggio, her peak years with Arthur Miller and her life on various film sets, including the filming of "The Seven Year Itch."

*THE JOY OF MARILYN* includes over 100 Shaw photographs—many of them never before in print, and those which have reached international audiences providing a unique personal glimpse of the woman inside the Hollywood goddess.

Shaw's impressions and recollections accompanying his photographs complement the visual portrait. A thorough biography and a complete filmography, illustrated by film stills and candid press shots, are appended to Shaw's vivid memoir.

JACKET DESIGN BY JACQUES CHAZAUD

SFA 00007



SFA 00008



MARILYN

PHOTOGRAPHY AND COMMENTARY BY SAM SHAW

Exeter Books

NEW YORK

SFA 00009

Copyright © 1979 by Peebles Press International, Inc.
An Exeter Book
Distributed by Bookthrift, Inc.
New York, New York
ISBN 0-89673-030-1

All rights reserved. No part
of this book may be reproduced in any
form or by any means, except for the inclusion
of brief quotations in a review, without permission
in writing from the publisher.

Entire project supervised by Sam Shaw

Cover design, title page, biography, filmography, back cover: Jacques Chazaud

Pictorial director: Marcus A. Cohen

Graphic Production by Filmar Graphics, Inc., San Diego, California

Photo Credits
Sam Shaw
Cover, title page, 6, 7, 9-131, 152, 153, back cover
UPI
132-151, 154-160

Printed and bound in the United States of America

SFA 00010

# CONTENTS

1  FOREWORD    8

2  MARILYN MONROE: IN THE CAMERA EYE    10

3  MARILYN: HER LIFE    132
   Norma Jean
   From Contract Player to Starlet
   Marilyn and Joe
   Hollywood
   Marilyn Monroe, Actress
   The Arthur Miller Years
   Valedictory

4  THE FILMS OF MARILYN MONROE    154

SFA 00011



SFA 00012



SFA 00013

# FOREWORD

She was the most photographed motion picture star ... and she loved being photographed. She gave all of herself to the camera whether the photographer was a teenage fan or a wire service staffer or one of the high fashion magazines' aces. The only photographer she ever ducked was one from Paris Match who intruded on her honeymoon with Arthur Miller.

A thorough professional, she thought of herself in the third person and studied her image with objectivity—knowing precisely what pose and which expression transformed Norma Jean into the luminous presence that was Marilyn Monroe.

This is not a Hollywood picture book. I don't think I've got one glamor shot. I just want to show this fascinating woman, with her guard down; at work, at ease off-stage, with two men during joyous moments in her life and as she often was—alone.

The complexities of Marilyn, simple as she appeared to be, were so multiple they eventually swamped her. I am showing only the joyful, hard-working, loving sides. Enough has been written—some fact, some fiction, mainly fiction masquerading as fact—about her darker sides.

She was an artist of yesterday's and today's pop culture who started out as a primitive and by dint of will, evolved out of the stereotype "calendar" image that brought her early notoriety into the genuine child-woman that was Marilyn Monroe. There was a magic about her that sensitive, well-meaning men and women in all branches of the arts recognized immediately. Sensing her hunger for knowledge, they gave of themselves to help this vulnerable untutored but authentic artist. She absorbed all that she could . . . and gave in kind in friendship and appreciation.

Above all, she gave to the public. Her magic held them in complete thrall—she was what they wanted—she knowingly created a "Satin Doll" for them, and since her death no one has come to replace her in their hearts.

SAM SHAW

8

SFA 00014



SFA 00015

Marilyn was born in a trunk; that is, backstage.

Her mother was a wardrobe department worker . . .With this little kid.

Marilyn wandered in and out of studios. People in all the wardrobe departments regarded her as their own. People in the grips regarded her as their own . . .

There's a special trade union milieu among these people . . . Like a very closed sect. It goes from father to son, from mother to daughter.

It's broadened out now with the breakup of the big studios and the growth of the independents; we have a new breed of people in films.

But at that time, when Marilyn was a kid, it was a closed shop. She was born into it. She was one of them . . .

And she never expected to be a star. She thought she would go from one studio to another . . . make a rotation of all the studios . . .

She thought she would be a pretty girl, a starlet.

10

SFA 00016



SFA 00017



*She thought she would be a pretty girl, a starlet.*

12

SFA 00018



SFA 00019





SFA 00020



SFA 00021

When I first met Marilyn, she was unknown — a young girl.

She was a contract player at Twentieth Century-Fox. On suspension . . . on the layoff period of two months or so.

A darling girl, a darling young woman. She used to drive me to location.

Some of the photographs I made of Marilyn when she wasn't known, the post office wouldn't let through the mail. I had given her one of my sport shirts, which she wore open, with her cleavage just barely showing. And she was wearing a pair of jeans with a frayed fly.

I can't get these photographs now: Edward Steichen asked for them and got them — he wanted to exhibit them at the Museum of Modern Art . . .

16

SFA 00022



SFA 00023    17



*Marilyn wanted to be a professional beauty, and we had some wonderful discussions about that.*

SFA 00024



19

SFA 00025