

SFA 00026



SFA 00027

*I did a terrible thing to Marilyn one time. Elia Kazan had taken an interest in her, and I took pictures of her when Kazan was away doing "Viva Zapata!"*

*She was a simple and beautiful blonde kid. I hardly knew her.*

*I bought a book,* The Main Streams of Literature, *and I gave her a pair of glasses. I did a twist on the dumb blonde image, but it was satirical on my part.*

*When Kazan saw the pictures, he said, "You son of a bitch! Why did you do such a satirical thing, a phoney thing?"*

*It was true. I had done it in satire.*

*Then I got to know her . . .*

*I learned that Marilyn had a tremendously sincere desire for the arts.*

22

SFA 00028



*Elia Kazan on the set of "Viva Zapata!"*

23

SFA 00029



*Photographer Milton Greene (l.), Marilyn's business advisor*

24

SFA 00030





*Marilyn talks with columnist Leonard Lyons backstage at a Broadway play.*

26

SFA 00032



SFA 00033

I have a number of pictures of Marilyn and Joe.

I'm close friends with Joe DiMaggio, and I wouldn't do anything to hurt his feelings.

I'm going to show one picture — just one photo, and a little text about it . . .

Something about a bittersweet romance, a romance between two people really destined for each other, who couldn't make it.

One picture of her most intimate relationship; it would be more pointed in a book filled with photographs of other people and things . . .

28

SFA 00034



29

SFA 00035

*I told her one time that I can't shoot with a lot of make-up. I like a little bit around the eyes and a little bit of lipstick . . . I'm not a cosmetics or a fashion photographer . . .*

*But Marilyn disagreed with me.*

*With her, it wasn't ego, it wasn't a matter of somebody wanting to be beautiful.*

*She felt she wasn't beautiful — wasn't a natural beauty like Elizabeth Taylor.*

*She said, "I have a bulbous nose." And she'd spend three hours before call time on her make-up; then her make-up man would do the rest. But she'd do things to control the shadows of her nose.*

*I explained, "Marilyn, when I'm shooting you, I don't want to shoot a pretty girl. I want to shoot a star at work. I want to show how a picture is made — with sweat, struggle, disarrayed hair . . . to show the evolution of the professional beauty, the professional actress."*

*She replied, "Sam, the world outside wants me to have glamour; my fans want me glamorous. I won't let them down."*

*I think she was terrifically honest about that.*

30

SFA 00036



*"I have a bulbous nose."*

31

SFA 00037

At the opening of "The Seven Year Itch" she was three-quarters of an hour late.

All the critics in the theater. And Joe waiting downstairs in the theater to meet her.

I went to get her, and I was furious.

There she was in her hotel room . . . Calm . . . No butterflies . . .

At a mirror, with a small amber light, a tiny light, she was putting on make-up.

"Jesus, Marilyn!" I exclaimed, "you're going to appear with that make-up — it's so heavy! Joe will be embarrassed. I myself . . . I mean, it's vulgar being made up like that."

"Sam," she countered, "I don't care about the critics. I don't care about anybody. The only people I care about are the people in Times Square, across the street from the theater, who can't get close as I come in. If I had light make-up on, they'd never see me. This make-up is for them; so that when I wave to them, it will soften out in the distance across the Square."

And she really meant it . . .

32

SFA 00038



SFA 00039



*Me with camera, in the mirror (l.)*

SFA 00040



35

SFA 00041



36

SFA 00042



37

SFA 00043



*Marilyn loved her breasts.*

SFA 00044

As I said, Marilyn thought she'd go through the whole
roster, studio after studio. Then she gradually realized that
she had talent and began to study . . .

Johnny Hyde, a very famous agent with the William
Morris Agency, had a lot of faith in her.

Everybody's written about how he felt toward her. I think,
though, what no one has published is that Hyde left all
his money to her when he died. But she felt it wasn't hers
to take. She refused it. And she was broke at the time. I
can remember. The money went back to his family.

The only present Marilyn ever accepted from Hyde was a
camel hair overcoat which went all the way down to her
ankles; she wore it all the time.

38

SFA 00045

Later on, Joe DiMaggio gave her a mink coat. Then she wore the mink coat all the time.

If I may wander off, there's an anecdote about that coat, which I was told recently — I didn't know it.

I was speaking to a lady who owns a hotel in New York, reminiscing. She asked me, "Do you remember when you were walking down Fifth Avenue with that lovely girl Marilyn, you introduced me to her?"

"Yes, I do," I said.

"You weren't paying attention," she went on, "but I took her aside and said: 'Marilyn, it's August! It's so hot out, yet you're wearing a mink coat.' Marilyn said, 'Look.' She

39

SFA 00046

opened the coat, and she had nothing underneath it.''

Well, we both laughed at that. Marilyn had that fey quality about her . . .

When death removed Johnny Hyde from the picture, Joe Schenck entered it.

Schenck was crazy about Marilyn and wanted to marry her . . . Even as he was dying he wanted to marry her!

If she had accepted him, she would have inherited a fortune. But she didn't marry him. If she ever needed advice, though, she would go to him . . . If she was broke, she could count on him for a wonderful meal . . .

40

SFA 00047

*. . . She wore the mink coat all the time . . .*



41



*I photographed Marilyn and Arthur Miller at the peak of their marriage . . . The nice part, the romantic part of their marriage . . .*

SFA 00049



43

SFA 00050