



*At Amagansett, Long Island*

SFA 00051



SFA 00052



46

SFA 00053



47







*On the beach at Amagansett, Long Island*

48

SFA 00055



SFA 00056

*Early in their marriage, Arthur took Marilyn sightseeing in Manhattan . . .*

*She was awed and delighted by the city — just like a kid.*

50

SFA 00057



51

SFA 00058



52

*Driving through the financial district*

SFA 00059



*Stopping for a snack at Battery Park*



53

SFA 00060



SFA 00061



SFA 00062



*Stretching their legs beside the East River Drive*

56

SFA 00063



57

SFA 00064



SFA 00065



SFA 00066





SFA 00067



SFA 00068



SFA 00069



... in Central Park

SFA 00070



*Rowing in Central Park*

64

SFA 00071



*. . . a pause for refreshment at the North end of Central Park . . .*
*The Millers had lived a while on a Hundredth and Twelfth Street*
*when Arthur was young; Marilyn wanted to see the neighborhood.*



SFA 00072

Marilyn made herself learn to read.

There was always a drive, a desire for knowledge, a desire for good things.

People in the arts always came to her. Tried to nurture her. Thought she had something a little more on the ball.

She would always be taken under the wing of writers, directors . . .

She had terrific admiration for a writer, a good writer — Bob Russell, a guy I never met.

Russell gave her books on art . . . After a while, she had a collection of art books that was unbelievable.

Norman Rosten, a great friend of Marilyn's, introduced her to poetry . . . Norman was understanding, a gentleman; he never made demands on her.

Arthur introduced her to the music of Beethoven.

When I went to their home in Connecticut to do a story on Arthur and Marilyn, she said, "Sam, what do you think of the quartets?"

I didn't know what the hell she meant by the quartets until later in the day, when I realized she meant Beethoven's quartets . . .

Miller introduced her into that type of world, and she took it very seriously.

66

SFA 00073



*Mr. and Mrs. Norman Rosten and daughter Pat, photographed by Marilyn*

67

SFA 00074

*Marilyn wouldn't wear a bra or panties for aesthetic reasons. She thought the panty line would break the flow of vision.*

*Once in a while it disturbs me when I see it — the crease line really does break the flow . . .*

*She didn't have the perfect legs the world thought she had. She suffered from rickets as a kid. She would pose for hours before a mirror, figuring out the camera angles, to make sure her legs looked good . . .*

*Marilyn loved her breasts. She exercised all her adult life, as she put it, "to defy gravity." She fought against gravity. One exercise she did regularly to strengthen the muscles was done with a broomstick hooked between her arms and her back . . . When she got into her 30s, gravity won . . .*

68

SFA 00075