

95

SFA 00101



*In today's atmosphere . . . she would have won hands down . . .*

96

SFA 00102



*She wanted the right to censor photographs . . .*

97

SFA 00103

Even after pushing her weight around as a tough Hollywood conglomerate, she fell for a picture like "The Prince and the Showgirl."

I guess she got tough with Laurence Olivier, for whom she had tremendous respect before she filmed the picture.

On the set, he made sly remarks at first; he was very rude to her. He considered her a joke . . . There was a real battle. The whole crew knew it; everybody on the set knew it . . .

It was only when they saw the rushes that they recognized that Marilyn's underplaying for the movie camera was better than Olivier's.

Dame Edith Evans herself told Marilyn, "When I saw you on the set, I thought you weren't even working. Then I saw the rushes in the projection room, and the scenes are all yours."

She had taken it over . . . She was a very knowledgeable film actress.

98

SFA 00104



99

SFA 00105



*With Ed Sullivan (r.) at the opening of "The Prince and the Showgirl" at Radio City Music Hall . . . Columnist Earl Wilson can be seen in the background (c.).*

100

SFA 00106



SFA 00107



SFA 00108



With co-star Tom Ewell in a scene from "The Seven Year Itch"



SFA 00109

She felt a terrific personal obligation to her public, her fans.

She made herself into a superstar, but she felt that they had helped make her, too.

Go over the reviews, now that she's a legend. The critics never raved about her acting, raved about her when she was alive. They always took the attitude that she was some sort of accident . . . the "dumb blonde" bit . . .

Darryl Zanuck, for instance, told me he didn't think she had any talent; in his view, Marilyn was a rare personality. There are actors, he said, who are great in the theater, on stage. But they lack that magnetism, that magic, which projects on the screen to the audience. Zanuck did admit that Marilyn had the magic . . .

104

SFA 00110



SFA 00111



*Victor Moore is the plumber in this bathtub scene from "The Seven Year Itch."*

106

SFA 00112



107

SFA 00113

Around the time she was doing "The Seven Year Itch," stories were breaking that she wanted to play in The Brothers Karamazov.

As a matter of fact, Marilyn did do serious drama while she was studying alone with Michael Chekov. She played Cordelia to his King Lear, which must have been breathtaking.

Whether she could sustain this kind of thing on stage or in a heavy film, I don't know. There's some doubt . . . Nevertheless, she was very serious about her acting.

But Billy Wilder, who was directing her in "The Seven Year Itch," said, "Marilyn, I've been reading about your desire to do Cordelia, to do The Brothers Karamazov. Stay with what you're doing now. You've got a feel for film comedy which no one else has. You're creating a very interesting character; and if you stay with it, you won't fall by the wayside as many actors and actresses usually do. The older you get, the better you'll get. There will be parts for you if you continue to create this character. You'll have a chance to become another Mae West. And as Mae West continued over the years, you can continue your career."

In the end, Marilyn didn't listen seriously to Billy's advice.

Her ambitions, and her discovery of what I call "Culture," victimized her . . .

108

SFA 00114



Director Billy Wilder (l.) and Doane Harrison, associate producer and noted film editor, consider changes in the script of ''The Seven Year Itch.''

109



*Director Billy Wilder (c.) discusses a scene with Marilyn during the filming of "The Seven Year Itch." Natasha Lutece (r.), Marilyn's acting coach, assists.*

110



SFA 00117



112

SFA 00118



*She was a very knowledgeable film actress.*

113

SFA 00119



*She lived on the telephone . . .*

114

SFA 00120



SFA 00121




116

SFA 00122




117

SFA 00123



118

SFA 00124



119

SFA 00125