Stop." In addition to these differences with Olivier, she felt betrayed by Milton Greene, who had promised to place her in serious, dramatic roles. (Though Marilyn belittled her part, she later received the David D. Donatello Award for her performance.)

As a result of conflicts during the filming of "The Prince and the Showgirl," Marilyn's close friendship with Milton Greene ended, and Marilyn Monroe Productions was dissolved.

Marilyn, determined to be very careful about her next movie, rejected the role of Sugar Kane in "Some Like It Hot" (1959) when the script was first brought to her attention. Sugar Kane was again a "dumb blonde," this time duped by Jack Lemmon and Tony Curtis who impersonate women in a jazz band to escape gangsters. Sugar Kane is so imperceptive she believes that Lemmon and Curtis are actually women.

On the other hand, Marilyn greatly respected Billy Wilder, the film's director, with whom she had worked on "The Seven Year Itch." Under financial pressure, she allowed Wilder to change her mind about accepting the part.

Filming "Some Like It Hot" proved difficult for Marilyn. Norman Mailer, in his biography *Marilyn*, describes her efforts: "She has to surmount such tension (personal and professional) in order to present herself to the world as that figure of immaculate tenderness, utter bewilderment, and goofy dipsomaniacal sweetness which is Sugar Kane . . . It will yet be her greatest creation and her greatest film."

Because of illness and fatigue, Marilyn had a hard time remembering her lines, which aggravated Wilder and fellow actors. She also insisted on playing Sugar Kane her way, much to Wilder's consternation. Only Paula Strasberg, who continued to be her coach and confidant, supported her interpretation. When the rough cut of the movie was shown, however, Wilder had to admit that Marilyn was instinctively correct in many of her interpretive changes.

"Some Like It Hot" was applauded by audiences and critics alike. As Mailer foresaw, it proved to be the most successful picture Marilyn would ever make.



After accidentally falling from a platform while shooting "Bus Stop" (1956). Marilyn only suffered two scraped knees.

Co-star Don Murray and Marilyn enjoy a light moment during the filming of "Bus Stop" (1956).



145

## The Arthur Miller Years

Marilyn met Arthur Miller in 1955. A successful playwright and respected East Coast intellectual, Arthur Miller was opposite in temperament to the gregarious, fun-loving Marilyn.

Marilyn described Miller as being like Abraham Lincoln: tall, stern, someone she could count on and respect.

"Arthur. It was Arthur. He was why I stayed in New York. He was going to make my life different, better, a lot better," Marilyn told her friend Lena Pepitone. The year of their courtship was one of the happiest times for Marilyn. The traumas of Hollywood seemed far behind. She was the head of her own production company and absorbed in her studies at the Actors Studio. The future was Arthur Miller — love, respect and protection.

Marilyn and Arthur were married in 1956. Although Marilyn's mother and her guardian Grace often talked about God, their faith was not rooted in any particular denomination. When Marilyn converted to Judaism (Arthur was Jewish), it did not represent a severe breaking with her own traditions. She enjoyed Arthur's parents and, to please them, tried to learn Yiddish and Jewish cooking. Her greatest hope was that she would have children who would be loved and absorbed into Arthur's family.

While working on "Some Like It Hot," Marilyn discovered she was pregnant; her return to New York with Arthur was joyous. She had longed for a child of her own, and now she looked forward to giving birth. She prepared a nursery and spent hours dreaming up names for the expected baby. Her pregnancy ended in a miscarriage, however, leaving Marilyn devastated. Later, she underwent surgery to enable her to carry a child, but unfortunately, the procedure did not produce the desired effect. Her inability to bear children tormented her for the rest of her life.

During the next three years, Marilyn and Arthur divided their time between their New York apartment and their farm in Connecticut. Arthur spent his days writing in his study; he seemed to work around the clock. Marilyn, though often frustrated by sitting home "alone," was always respectful of his need for solitude while working. When guests and business associates came to their home, she would entertain quietly so as not to disturb him.

Still under contract to Twentieth Century-Fox, Marilyn accepted a role in "Let's Make Love" (1960) opposite Yves Montand. It was a regression for Marilyn as an actress. Again, she was the brainless, sexy woman out to snag a man.

The period during the filming of "Let's Make Love" was a very difficult one for Arthur and Marilyn. Arthur had become even more reclusive since working on his new screenplay which, ironically, was written for Marilyn.



Marilyn, honeymooning in London with Arthur Miller in 1956, begins work on "The Prince and the Showgirl" (1957). Co-star Laurence Olivier is at right.

SFA 00152



With perspiring husband Arthur Miller at the premiere of "The Prince and the Showgirl" (1957).

Friendly directorial advice from Billy Wilder on the set of "Some Like It Hot" (1959).



Based on a character similar to Marilyn, it was to be a full-blown dramatic part, a vehicle for her new screen career. Marilyn, more and more upset by his inattentiveness, began to suffer from recurrent depression.

Despite the strains in their relationship, they planned to go ahead with the new movie Arthur had written.

"The Misfits" (1961) is thought to be Arthur Miller's affectionate biography of his wife. The first description of Roslyn (Marilyn's part) is of a "golden girl," beautiful but vulnerable with "A part of her . . . totally alone, like a little child in a new school, mystified as to how it got here and passionately looking for a friendly face."

Directed by John Huston, with Clark Gable, Montgomery Clift, Eli Wallach and Thelma Ritter as co-stars, "The Misfits" is about

147

SFA 00153



Marilyn relaxes with husband Arthur Miller and dialogue coach Paula Strasberg on location for "Some Like It Hot" (1959).



Marilyn rehearses a dance routine with choreographer Jack Cole in "Let's Make Love" (1960).



The cast and crew of "Let's Make Love" (1960) help Marilyn celebrate her 32nd birthday. Director George Cukor adorns her with a necklace while co-star Yves Montand looks on.

a sensitive divorcee who falls in love with one of the last American cowboys (Clark Gable).

During the filming in Nevada, Marilyn had trouble with John Huston and with her husband. She wanted to do certain scenes her way, and it was Clark Gable, not Arthur, who pushed for her and protected her.

It had often been Marilyn's childhood fantasy that Clark Gable was her real father. Playing opposite him rekindled her youthful affection and admiration for him. As she had imagined, he was someone she could count on. (Tragically, eleven days after filming, Clark Gable died of a heart attack.)

Marilyn was not happy with the script of "The Misfits." She thought it a strange, gloomy story.

There is a scene in the movie where the cowboys round up a group of wild horses they are planning to kill. Roslyn clearly identifies with the abused and soon to be annihilated animals. But she is helpless, ineffectual; her anger funneled into an attack of hysteria. She screams on the sidelines while the men fight the horses.

For a movie that was supposed to bring her dignity, "The Misfits" seemed to Marilyn shy of the mark. She began further to distrust and fight with Arthur. At times, she had the feeling that he and John Huston were conspiring against her. During one argument, she said to Arthur, "It's not *your* movie, it's *ours*. You wrote it, but you said you wrote it for *me*. Now you say it's all yours. You lied. You lied."

Later, speaking of Arthur and John Huston she said, "It's their movie. It's really about the cowboys and the horses. That's all they need. They don't need me at all. Not to act . . . just for the money. To put my name on the marquee."

When Marilyn returned to New York after filming "The Misfits," she returned alone. It was 1960; her marriage with Arthur was over.



Working on a scene from "Let's Make Love" (1960).

A moment with Arthur Miller during the filming of "The Misfits" (1961).



SFA 00155

Some of the cynicism and bitterness that Marilyn harbored in the last few years of her life was evident even in her golden years, when fame was still fresh, her dreams of love and acceptance still alive.

The tone of her autobiography, written in the year of her marriage to Joe DiMaggio (1953) — a time when she stood at the threshold of worldwide fame — is of an abused underdog. After being wildly cheered by thousands of American troops during an entertainment tour of Korea, Marilyn writes: "My travels have always been of the same kind. No matter where I've gone or why I've gone there, it ends up that I never see anything. Becoming a movie star is living on a merry-go-round."

Even as an adult, it seemed Marilyn wanted to live the fantasies of Norma Jean.



As Roslyn in "The Misfits" (1961).

Movie stars were supposed to live glamorously; the hard work and tedium of being a star was disappointing. Perhaps in the most naive center of her being she thought she could live out one of her movie plots: by being seductive, she would capture the love of a handsome millionaire . . . their lives would be happy ever after.

From her childhood, she carried the feeling of being illegitimate — a phony movie star, a sex goddess, not an actress people accepted seriously. She would fight, but never transcend her "act." In life, people treated her as though she were a blonde dimwit, someone who would always bounce back after being trampled on, someone who was more a reflection of other people's egos than a person in her own right. After returning from her honeymoon in Japan, Marilyn writes in her autobiography: "People had a habit of looking at me as if I were some kind of mirror instead of a person. They didn't see me, they saw their own lewd thoughts, then they white-masked themselves by calling me the lewd one."

The years of living with tremendous internal conflict finally took its toll. In 1960, after Clark Gable's death, her mental and physical health began to deteriorate. To gain relief from disappointment, anger, and a feeling of helplessness, she turned to barbiturates and alcohol.

After one particularly hysterical fit of smashing glass and breaking mirrors, Marilyn committed herself to New York's Payne Whitney Clinic, a treatment center for alcoholism and mental illness. She was placed on a floor designed for the most disturbed patients and put under twenty-four-hour surveillance. Interestingly, she had registered not as Marilyn Monroe, or even as Norma Jean Baker, but as Fay Miller.

After a short time in the clinic, she was transferred to the Neurological Institute of the Columbia Presbyterian Medical Center where she remained for twenty-three days. While there, it is reported, she attempted suicide.

After she was released from the hospital, she went to work on another picture, "Some-

thing's Got to Give" directed by George Cukor, with Dean Martin and Cyd Charisse co-starring. Out of thirty-two days of filming, Marilyn was only on the set twelve days. As she was too ill to meet the film's shooting schedule, Twentieth Century-Fox, the studio with which she had been most associated, fired her. The film was never completed.

A few months before her death, Marilyn began to rally. She told an interviewer, "I feel that I am just getting started: I want to do comedy, tragedy."

Her life in California was relaxed. Her masseur, Ralph Roberts, a close friend, said that she was in better shape than she had been in years. Her body was toned, her outlook optimistic. Although still taking a little chloral hydrate, she had weaned herself from heavy sedation. "They've got me back to World War I stuff," she told Roberts.

It seemed she was coming out of seclusion. She did a series of photographs for *Vogue*, *Cosmopolitan* and an extensive interview with photos with Richard Meryman for *LIFE*. She was to appear on the front and back cover of *Playboy*, but at the last minute was advised by her agents to turn down the job. Even Twentieth Century-Fox, the studio that fired her from "Something's Got to Give," wanted her back.

Whether by accident or as a suicide, Marilyn Monroe died of an overdose of Nembutal on August 5, 1962. She was thirty-six years old.

Joe DiMaggio arranged her funeral. Only close friends were allowed at the ceremony, held in Westwood, California.

Lee Strasberg, who did so much to further her career as a serious actress, delivered the eulogy: "Others were as physically beautiful as she was, but there was obviously something more in her, something that people saw and recognized in her performances and with which they identified. She had a luminous quality — a combination of wistfulness, radiance, yearning — that set her apart and yet made everyone wish to be part of it, to share in the childish naivete which was at once so shy and yet so vibrant."


Marilyn, followed by Joe DiMaggio, seeks shelter from the public eye in Florida, 1961.

Watching Joe DiMaggio coach the N.Y. Yankees in Florida, 1961.


151

SFA 00157



152

SFA 00158





153

SFA 00159



"All About Eve" (1950): (l. to r.), Anne Baxter, Bette Davis, Marilyn and George Sanders.

Marilyn's first screen test, 1947.



## The Films Of Marilyn Monroe

SCUDDA HOO! SCUDDA HAY! 1948 (Twentieth Century-Fox). The cast included June Havor and Lon McCallister. Director was F. Hugh Herbert.

DANGEROUS YEARS 1948 (Twentieth Century-Fox). The cast included Jerome Cowan and Ann Todd. Director was Arthur Pierson.

LADIES OF THE CHORUS 1948 (Columbia). The cast included Adele Jergens and Rand Brooks. Director was Phil Karlson.

LOVE HAPPY 1950 (United Artists). The cast included Harpo, Chico and Groucho Marx and Vera Ellen. Director was David Miller.

154

A TICKET TO TOMAHAWK 1950 (Twentieth Century-Fox). The cast included Walter Brennan, Dan Dailey and Anne Baxter. Director was Richard Sale.

THE ASPHALT JUNGLE 1950 (Metro-Goldwyn-Mayer). The cast included Sam Jaffe, James Whitmore and Sterling Hayden. Director was John Huston.

ALL ABOUT EVE 1950 (Twentieth Century-Fox). The cast included Bette Davis, Celeste Holm and George Sanders. Director was Joseph L. Mankiewicz.

THE FIREBALL 1950 (Twentieth Century-Fox). The cast included Mickey Rooney, Pat O'Brien and Beverly Tyler. Director was Tay Garnett.

RIGHT CROSS 1950 (Metro-Goldwyn-Mayer). The cast included June Allyson, Dick Powell, Ricardo Montalban and Lionel Barrymore. Director was John Sturges.

HOMETOWN STORY 1951 (Metro-Goldwyn-Mayer). The cast included Alan Hale, Jr. and Marjorie Reynolds. Director was Arthur Pierson.

AS YOUNG AS YOU FEEL 1951 (Twentieth Century-Fox). The cast included Jean Peters and Thelma Ritter. Director was Harmon Jones.

LOVE NEST 1951 (Twentieth Century-Fox). The cast included June Haver, Jack Paar and William Lundigan. Director was Joseph Newman.

LET'S MAKE IT LEGAL 1951 (Twentieth Century-Fox). The cast included Claudette Colbert, Macdonald Carey and Zachary Scott. Director was Richard Sale.

CLASH BY NIGHT 1952 (RKO). The cast included Barbara Stanwyck, Paul Douglas and Robert Ryan. Director was Fritz Lang.

WE'RE NOT MARRIED 1952 (Twentieth Century-Fox). The cast included Ginger Rogers, Zsa Zsa Gabor and Mitzi Gaynor. Director was Edmund Goulding.

DON'T BOTHER TO KNOCK 1952 (Twentieth Century-Fox). The cast included Richard Widmark, Anne Bancroft and Donna Corcoron. Director was Roy Baker.



In "Love Happy" (1950), with Groucho Marx.

Marilyn poses for a cheesecake shot on the set of "Love Nest" (1951).



155



Playing a daffy secretary in "Monkey Business" (1952), with Cary Grant and Ginger Rogers.

Marilyn, Betty Grable and Lauren Bacall in a scene from "How to Marry a Millionaire" (1953).



SFA 00162



Publicity pose for "Gentlemen Prefer Blondes" (1953).



Marilyn singing a torch song written for her by Irving Berlin in "There's No Business Like Show Business" (1954).

MONKEY BUSINESS 1952 (Twentieth Century-Fox). The cast included Cary Grant, Ginger Rogers and Charles Coburn. Director was Howard Hawks.

O. HENRY'S FULL HOUSE 1952 (Twentieth Century-Fox). The cast included Charles Laughton and David Wayne. Director was Henry Koster.

NIAGARA 1953 (Twentieth Century-Fox). The cast included Joseph Cotten, Jean Peters and Casey Adams. Director was Henry Hathaway.

GENTLEMEN PREFER BLONDES 1953 (Twentieth Century-Fox). The cast included Jane Russell, Charles Coburn and Elliot Reid. Director was Howard Hawks.

HOW TO MARRY A MILLIONAIRE 1953 (Twentieth Century-Fox). The cast included Betty Grable, Lauren Bacall, William Powell, Rory Calhoun and Cameron Mitchell. Director was Jean Negulesco.

RIVER OF NO RETURN 1954 (Twentieth Century-Fox). The cast included Robert Mitchum, Rory Calhoun and Tommy Rettig. Director was Otto Preminger.

THERE'S NO BUSINESS LIKE SHOW BUSINESS 1954 (Twentieth Century-Fox). The cast included Ethel Merman, Donald O'Connor, Dan Dailey and Mitzi Gaynor. Director was Walter Lang.

THE SEVEN YEAR ITCH 1955 (Twentieth Century-Fox). The cast included Tom Ewell, Evelyn Keyes and Sonny Tufts. Director was Billy Wilder.

157



Marilyn and Laurence Olivier go over a scene from "The Prince and the Showgirl" (1957).

With Arthur O'Connell in "Bus Stop" (1956).



BUS STOP 1956 (Twentieth Century-Fox). The cast included Don Murray, Arthur O'Connell and Eileen Heckart. Director was Joshua Logan.

THE PRINCE AND THE SHOWGIRL 1957 (Warner Bros.). The cast included Laurence Olivier and Sybil Thorndike. Director was Laurence Olivier.

SOME LIKE IT HOT 1959 (United Artists). The cast included Tony Curtis, Jack Lemmon, Pat O'Brien and Joe E. Brown. Director was Billy Wilder.

LET'S MAKE LOVE 1960 (Twentieth Century-Fox). The cast included Yves Montand, Tony Randall and Frankie Vaughn. Director was George Cukor.

THE MISFITS 1961 (United Artists). The cast included Clark Gable, Montgomery Clift, Eli Wallach and Thelma Ritter. Director was John Huston.

158



Marilyn chats with cast member Joe E. Brown on location for "Some Like It Hot" (1959).



With Yves Montand in "Let's Make Love" (1960).



A serious moment between Clark Gable and Marilyn on the set of "The Misfits" (1961).

159



Sam Shaw, one of the world's great photographers, was raised in New York's "Little Italy." He studied art, worked at first as a courtroom artist, then as sports and political cartoonist for The Brooklyn Eagle. He took up photojournalism after he became an art director for pictorial magazines.

As an independent, Shaw gained recognition as the first of the "special" photographers—photo-journalists on assignment both from major film studios and from major weeklies. He has photographed many of the best directors at work and practically every international film star. He also initiated photo-coverage of films by magazines, when ARGOSY hired him to do a story on Panic in the Streets.

In addition to innovative photoreportage of films and stars, Shaw has experimented with film advertisement since the 1950's (receiving international awards for his ads for A Woman Under the Influence); has co-produced and produced films (beginning with Paris Blues); and has created storyboard [drawings and photographs of scenes prior to the shooting of takes], for films by such noted directors as John Cassavetes for whom he serves as executive producer.

Shaw's photo-essays have appeared in LIFE, LOOK, PARIS MATCH, EUROPEO, THE DAILY MAIL, DER STERN, HARPER'S BAZAAR, CONNAISSANCE DES ARTS.... His photographs have been exhibited at the Museum of Modern Art in New York and at the Venice Biennial. But he is best known for his perceptive portraits of international film stars on set and off, for the candor and penetration of his work, which show the real people behind the celluloid images.

SFA 00166



SFA 00167