# COPY

1

1  UNITED STATES DISTRICT COURT

2  SOUTHERN DISTRICT OF NEW YORK

3  ------------------------------------x

4  SHAW FAMILY ARCHIVES, LTD.,
   EDITH MARCUS, and META STEVENS

5
                           Plaintiffs,
6
            - against -
7
   CMG WORLDWIDE, Inc., an Indiana
8  corporation, and MARILYN MONROE,
   Limited, a Delaware limited
9  liability company,

10                         Defendants.
   ------------------------------------x
11

12          Ellen Grauer Court Reporters
            126 East 56th Street
13          New York, New York

14

15

16          December 26, 2007
            12:01 p.m.
17

18

19          30(b)(6) deposition of MARK
   ROESLER, before Marlene Lee, CSR, CRR, a Notary
20  Public of the State of New York.

21

22

23     ELLEN GRAUER COURT REPORTING CO. LLC
        126 East 56th Street, Fifth Floor
24          New York, New York
             212-750-6434
25            Ref: 86257

23

                    ROESLER

said I said?

    Q.    Sure.  Earlier you testified that
CMG is in the business of, among other things,
managing the images of Marilyn Monroe.  I'm
asking what you meant by that.

        MR. MINCH:  Objection.

        MS. COLBATH:  Objection.

    A.    I think I said managing the various
rights of Marilyn Monroe.

    Q.    Okay.  What did you mean by that?

        MR. MINCH:  Objection.

    A.    Our job as the licensing
representative of Marilyn Monroe LLC is to
license, manage, protect the intellectual
property rights, which include the -- whatever
right of publicity rights exist, the trademark
rights, and the various copyrights of Marilyn
Monroe LLC.

    Q.    And what I'm trying to get at is
that, in addition -- in particular, when you
say manage and protect and license the
intellectual property rights of Marilyn Monroe,
in particular, on a daily basis, what does that
consist of?

31

ROESLER

1

2          A.    I'd say it's joint.   To a certain

3     extent, it's joint.

4          Q.    We'll come back to this question,

5     but I just want to get it on the record.

6     What's the basis for CMG's belief that it has

7     any rights to license images of Marilyn Monroe

8     to third parties?

9              MR. MINCH:   Objection.

10         Q.    And to charge a fee for it?

11             MR. MINCH:   Objection.

12         A.    The basis would be our

13    representation agreement with Marilyn Monroe

14    LLC.   The fact that -- the fact that we've

15    assisted in securing trademark protection for

16    the estate.   The fact that -- the fact that the

17    estate has various common-law ownership rights,

18    in our opinion, to Marilyn Monroe.   And the

19    fact that the Marilyn Monroe LLC owns certain

20    copyrights in photographs and artwork.

21             So in summary, there is a portfolio

22    of assets that the Marilyn Monroe LLC owns that

23    we manage, license, market, protect.

24         Q.    I notice you didn't mention the

25    right of publicity in that recitation.

36

```
 1                    ROESLER

 2        Q.    Sitting here today, you can't tell

 3   me whether you believe LLC has a right of

 4   publicity in Marilyn Monroe or not?

 5             MR. MINCH:  Objection.

 6             MS. COLBATH:  Objection.

 7        A.    I believe that Marilyn Monroe LLC

 8   has intellectual property rights to various

 9   aspects of Marilyn Monroe.

10        Q.    What are those intellectual

11   property rights that you're referring to?

12             MR. MINCH:  Objection.

13        A.    As I said earlier, Marilyn Monroe

14   LLC has certain copyrights that they own.  They

15   have various trademark rights.  They have what

16   we believe to be common-law rights.  They have

17   Lanham Act rights.  And we believe they have an

18   enforceable right of publicity in certain

19   jurisdictions.

20        Q.    What jurisdiction do you believe

21   MMLLC has an enforceable right of publicity?

22             MR. MINCH:  Objection.

23        A.    At least Indiana.

24        Q.    Any other states?

25        A.    California.
```

127

```
1                    ROESLER
2    collection, don't they?
3              MS. COLBATH:  Objection.
4         A.    Yes.
5         Q.    So they license actual images at
6    times; right?
7         A.    I'm confused what you mean by
8    "license images."  You mean sell images.
9    Specifically sell limited edition prints?
10        Q.    Let me rephrase the question.  With
11   respect to Marilyn Monroe, what MMLLC does is
12   license -- they have in the past and to date --
13   license a right of publicity in Marilyn Monroe;
14   correct?
15             MS. COLBATH:  Objection.
16        A.    That is not correct.  That's
17   partially -- partially correct, but standing on
18   its own would be incorrect.
19        Q.    Why don't you clarify it for me.
20        A.    Marilyn Monroe LLC has a portfolio
21   of intellectual property rights.  Those include
22   certain copyrights.  They have both film
23   footage and images that they own the copyrights
24   to.  They have artwork, illustrations that they
25   own the copyrights to.  They have various
```

128

ROESLER

trademarks around the world for Marilyn Monroe.
They have the right of publicity when and where
it exists.  They have common-law trademark
rights.  Common-law right of publicity rights.
They have Lanham Act rights.  So there's this
portfolio of intellectual property rights that
they -- that the entity owns.

    Q.    And licenses.

    A.    And licenses.  Correct.

    Q.    Has MMLLC, through CMG, ever
licensed any of the images of Marilyn Monroe
that appear in the Rizzoli book?

        MR. MINCH:  Objection.

    A.    I don't --

        MS. COLBATH:  Objection.

    A.    I don't know.  I don't know.  I
don't know.

    Q.    Did you undertake to find the
answer to that question prior to the submission
of the Third Amended Complaint in this action?

        MR. MINCH:  Objection.

    A.    I mean, there's -- I guess you'd
have to hone in on your question just a little
more, because there's two aspects to that.

253

```
1                A C K N O W L E D G M E N T

2

3    STATE OF NEW YORK    )

4                             :ss

5    COUNTY OF NEW YORK   )

6

7        I, MARK ROESLER, hereby certify that I have

8    read the transcript of my testimony taken under

9    oath in my deposition of December 26, 2007;

10   that the transcript is a true, complete and

11   correct record of my testimony, and that the

12   answers on the record as given by me are true

13   and correct.

14

15

16                    ----------------------

17                    MARK ROESLER

18

19    Signed and subscribed to before me

20   this ---- day of -------------, 2007.

21

22

23   -------------------------------------

24   Notary Public, State of New York

25
```

254

1                    C E R T I F I C A T E

2

3     STATE OF NEW YORK    )

4                                        : ss.

5     COUNTY OF NEW YORK   )

6

7          I, MARLENE LEE, a Certified Shorthand

8     Reporter, Certified Realtime Reporter and

9     Notary Public within and for the State of New

10    York, do hereby certify:

11         That MARK ROESLER, the witness whose

12    deposition is hereinbefore set forth, was duly

13    sworn by me and that such deposition is a true

14    record of the testimony given by the witness.

15         I further certify that I am not related to

16    any of the parties to this action by blood or

17    marriage, and that I am in no way interested in

18    the outcome of this matter.

19         IN WITNESS WHEREOF, I have hereunto set my

20    hand this _27_ day of _December_, 2007.

21

22    _Marlene Lee_____

23    MARLENE LEE, C.S.R, C.R.R.

24

25

255

***ERRATA***

ELLEN GRAUER COURT REPORTING  CO. LLC
126 East 56th Street, Fifth Floor
New York, New York 10022
212-750-6434

NAME OF CASE: SHAW FAMILY ARCHIVES VS. CMG
DATE OF DEPOSITION: December 26, 2007
NAME OF WITNESS: MARK ROESLER

PAGE   LINE   FROM        TO          REASON

____|___|_____|_____|_____

____|___|_____|_____|_____

____|___|_____|_____|_____

____|___|_____|_____|_____

____|___|_____|_____|_____

____|___|_____|_____|_____

____|___|_____|_____|_____

____|___|_____|_____|_____

____|___|_____|_____|_____

____|___|_____|_____|_____

____|___|_____|_____|_____

____|___|_____|_____|_____

____|___|_____|_____|_____

____|___|_____|_____|_____

                    _____

Subscribed and sworn before me

this_____day of _____, 2007.

_____      _____