ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.

1345 AVENUE OF THE AMERICAS

NEW YORK, NEW YORK 10105-0143

(212) 603-6300

TELECOPIER: (212) 956-2164

December 13, 2007

Gary Adelman
(212) 603- 6481
gpa@robinsonbrog.com

Mr. Jeong-Ho Lee, Esq.
Indiana Legal Counsel/International Licensing Executive
CMG Worldwide, Inc.
9229 W. Sunset Blvd.
Suite 820
West Hollywood, CA 90069

Dear Mr. Lee:

We are counsel to Shaw Family Archives Ltd. ("Shaw"), which is the holder of all worldwide rights, including Korea, in the photos taken by Sam Shaw or Larry Shaw during the course of their professional careers as photographers (the "Photographs"). Please be advised that the Court in both *Greene Archives, Inc. v. CMG Worldwide, Inc.* and *Shaw Family Archives Ltd. v. CMG Worldwide, Inc.* have found that CMG Worldwide, Inc. ("CMG") does not have any right of publicity to Marilyn Monroe (please see the decisions attached hereto). As such, your client's attempts to prevent our client from using, selling, licensing, marketing, promoting, and/or exhibiting the Photographs constitutes a tortuous interference with our client's right to do business in Korea. We hereby demand that you cease and desist any further attempts to restrain our clients from exercising their rights in the photographs in Korea or elsewhere. Failure to comply with the demands herein will result in such action as is necessary for our client to pursue the full scope of legal remedies available to them

The foregoing is not intended to be a complete statement of the facts or of the law relevant to this matter, nor of our client's legal and equitable rights and remedies and nothing hereinabove set forth or omitted shall be deemed a waiver or limitation of any right, remedy or cause of action of any kind whatsoever, all of which are hereby expressly reserved to our client.

Your next action will govern ours.

Best Regards,

Gary Adelman

GA/mlp
Enclosures

{00362564.DOC;1}