Message                                                                 Page 1 of 3

## Wes Zirkle

**From:** Daniel Siegel
**Sent:** Tuesday, March 09, 2004 4:38 PM
**To:** Wes Zirkle
**Subject:** FW: Marilyn Monroe Licensing: Briefly Stated

FYI:

---

**From:** Warren Schorr [mailto:Warren.Schorr@fox.com]
**Sent:** Tuesday, March 09, 2004 12:00 PM
**To:** Alexandra Richmond; Daniel Siegel
**Subject:** RE: Marilyn Monroe Licensing: Briefly Stated

DANGER WILL ROBINSON DANGER. I am copying CMG on this to get out a cease and desist letter.

Thanks-

w


Please note my new email address is warren.schorr@fox.com

-----Original Message-----
**From:** Alexandra Richmond [mailto:Arichmond@bsnyc.com]
**Sent:** Tuesday, March 09, 2004 11:49 AM
**To:** Warren Schorr
**Subject:** FW: Marilyn Monroe Licensing: Briefly Stated
**Importance:** High

HI There:

I got this e-mail and was a little confused. I thought you guys were doing this?? Is this something different?

Alex


-----Original Message-----
**From:** Len Reiter [mailto:lenr@bradfordLicensing.com]
**Sent:** Tuesday, March 09, 2004 2:18 PM
**To:** Alexandra Richmond
**Cc:** Michelle Minieri; Nicole Iozzi
**Subject:** RE: Marilyn Monroe Licensing: Briefly Stated
**Importance:** High


Dear Alexandra,

I sent this email to you recently about Marilyn Monroe and wanted to touch base to determine if you've had an opportunity to give this further thought. I look forward to hearing from you. Thanks

3/15/2004

Message                                                                 Page 2 of 3

Len

Len Reiter
Bradford Licensing Associates
209 Cooper Avenue
Upper Montclair, NJ  07043
973-509-0200
Len.Reiter@Bradfordlicensing.com

---

**From:** Len Reiter
**Sent:** Saturday, February 28, 2004 7:55 AM
**To:** 'arichmond@bsnyc.com'
**Cc:** Michelle Minieri; Nicole Iozzi; Paul Zimny
**Subject:** Marilyn Monroe Licensing: Briefly Stated
**Importance:** High

Dear Alexandra,

We are very excited to be representing the Marilyn Monroe property in which we can offer you over 500 images in all product categories. We know there is a huge consumer following for Marilyn Monroe, and we believe these images will be very appealing for daywear and loungewear. We have attached a presentation that will give you further background information on our plans for this licensing program.

Bradford Licensing has partnered with Valhalla Productions to develop a line of merchandise based both around the early years of Marilyn Monroe's life, appropriately titled **The Jim Dougherty and Norma Jeane Limited Edition Collection.** In addition, there are images from throughout her career, with famed photographer Sam Shaw, titled **Shaw Limited Edition Marilyn/Norma Jeane Collection.** The birth of these collections stem from the upcoming 92-minute documentary titled *Marilyn's Man*, a film by Schani Krug. While this film is being produced and distributed independently, we have these images available for your licensees to use.

Marilyn Monroe, who is synonymous with beauty, sophistication, and style, is one of the most recognized faces of all time. Her rise to fame began with the help of her first lover, dedicated friend, and husband Jim Dougherty. Without his support, Marilyn would never have developed into the Icon Hollywood Superstar that she became.

Now, over 500 rare and exclusive photos from their early years together and throughout her career are available for a new line of merchandise. These exceptional prints are truly worth a thousand words. Current licensing opportunities include apparel, fashion accessories, novelties, collectibles, publishing, gift items, and more.

3/15/2004

***The Jim Dougherty and Norma Jeane Limited Edition Collection*** and ***The Shaw Limited Edition Marilyn/Norma Jeane Collection*** licensing programs provide licensees with a world known brand that will feature merchandise drawn upon the beauty and timelessness of Marilyn. The images will provide men and women alike with products reminiscent of that period for consumers in all distribution channels.

Also, our client has just informed us that all of the images will need to have a copyright notice referring to the photos owned by the Shaw family archives or Valhalla productions, depending on which photos are used. He has told us that since Marilyn Monroe's name is in the public domain, we can use her name in association with these photographs, which is also excellent news.

In addition to the presentation we have attached, we can also send you the complete presentation on discs with featured photos and printed materials about the program. You should feel free to contact me by email or Michelle Minieri (Michelle.Minieri@bradfordlicensing.com) or call us at 973-509-0200 to let us know your interest.

Alexandra, we look forward to hearing from you soon and thanks for your interest to work with us.

Best Regards,

Len


Len Reiter

Bradford Licensing Associates

209 Cooper Avenue

Upper Montclair, NJ  07043

973-509-0200

Len.Reiter@Bradfordlicensing.com


3/15/2004