Shaw Family Archives©



Home

Shaw Family Archives©



Home

Shaw Family Archives©



Home

Shaw Family Archives©



Home

Shaw Family Archives©



Home



Home



Home