

Home

Shaw Family Archives©





Home



Home



Home



Home

**Marilyn Monroe**
**Shaw Family Archives ©2003 All rights reserved. Photos by Sam Shaw.**

 

**Home**