# EXHIBIT 51

# THIS EXHIBIT HAS BEEN DESIGNATED CONFIDENTIAL AND WILL BE FILED UNDER SEAL PURSUANT TO THE PROTECTIVE ORDER IN THIS ACTION