UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SHAW FAMILY ARCHIVES, LTD., EDITH
MARCUS, and META STEVENS,

                    Plaintiffs,         Index No. 05 CV 3939 (CM)

     -against-

CMG WORLDWIDE, INC., an Indiana Corporation
and MARILYN MONROE, LLC, a Delaware
Limited Liability Company,

                    Defendants.
-----------------------------------------------------------X

## NOTICE OF DEPOSITION OF DEFENDANT/CONSOLIDATED PLAINTIFF MARILYN MONROE, LLC.

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Marilyn Monroe, LLC is directed to designate one or more officers, directors, managing agents or other person(s) having the requisite knowledge to appear at the Law Offices of Christopher Serbagi, 488 Madison Avenue, New York, New York, 10022, on December 19, 2007, to testify concerning the topics listed attached hereto at Schedule A.

Dated: November 29, 2007
       New York, New York

                            LAW OFFICES OF CHRISTOPHER SERBAGI

                            By: _____
                            Christopher Serbagi
                            488 Madison Avenue, Suite 1120
                            New York, New York 10022
                            Tele: (212) 593-2112
                            Fax: (212) 308-8582

                            Attorney for the Plaintiffs

## SCHEDULE A

1) The factual basis for Count I in Defendants' Third Amended Complaint.

2) The factual basis for Defendants' contention that Marilyn Monroe died a domiciliary of California and not New York.