**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------- X
SHAW FAMILY ARCHIVES, LTD., EDITH  :
MARCUS and META STEVENS,
                                                         :
              Plaintiffs,           Case No. 05 Civ. 3939 (CM)
                                                         :
              -against-           Hon. Colleen McMahon
                                                         :
CMG WORLDWIDE, INC. and MARILYN
MONROE LLC,                                              :

              Defendants.   :
------------------------------------------------------- X

### SUPPLEMENTAL DECLARATION OF JONATHAN NEIL STRAUSS

      JONATHAN NEIL STRAUSS, pursuant to 28 U.S.C. § 1746, declares as follows:

      1.     I am associated with the firm Loeb & Loeb LLP, attorneys for defendant Marilyn Monroe LLC ("MMLLC") in this matter. I am admitted to practice before this Court and respectfully submit this supplemental declaration in support of Defendants / Consolidated Plaintiffs' cross-motion for summary judgment on their public domain claim, and in opposition to Plaintiffs / Consolidated Defendants' motion for summary judgment dismissing the public domain claim.

      2.     Attached hereto as Exhibit A are true and correct copies of pages 9, 19 and 107 of the book titled *The Joy of Marilyn: In the Camera Eye*, which were inadvertently omitted from Exhibit 34 to the Declaration of Jonathan Neil Strauss dated February 12, 2008.

      I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of February, 2008, in New York, New York.

_____
Jonathan Neil Strauss