# EXHIBIT 1

I, MARILYN MONROE, do make, publish and declare this to be my Last Will and Testament.

**FIRST:** I hereby revoke all former Wills and Codicils by me made.

**SECOND:** I direct my Executor, hereinafter named, to pay all of my just debts, funeral expenses and testamentary charges as soon after my death as can conveniently be done.

**THIRD:** I direct that all succession, estate or inheritance taxes which may be levied against my estate and/or against any legacies and/or devises hereinafter set forth shall be paid out of my residuary estate.

**FOURTH:** (a) I give and bequeath to BERNICE MIRACLE, should she survive me, the sum of $10,000.00.

(b) I give and bequeath to MAY REIS, should she survive me, the sum of $10,000.00.

(c) I give and bequeath to NORMAN and HEDDA ROSTEN, or to the survivor of them, or if they should both predecease me, then to their daughter, PATRICIA ROSTEN, the sum of $5,000.00, it being my wish that such sum be used for the education of PATRICIA ROSTEN.

(d) I give and bequeath all of my personal effects and clothing to LEE STRASBERG, or if he should predecease me, then to my Executor hereinafter named, it being my desire that he distribute these, in his sole discretion, among my friends, colleagues and those to whom I am devoted.

**FIFTH:** I give and bequeath to my Trustee, hereinafter

named, the sum of $100,000.00, in Trust, for the following uses and purposes:

    (a) To hold, manage, invest and reinvest the said property and to receive and collect the income therefrom.

    (b) To pay the net income therefrom, together with such amounts of principal as shall be necessary to provide $5,000.00 per annum, in equal quarterly installments, for the maintenance and support of my mother, GLADYS BAKER, during her lifetime.

    (c) To pay the net income therefrom, together with such amounts of principal as shall be necessary to provide $2,500.00 per annum, in equal quarterly installments, for the maintenance and support of MRS. MICHAEL CHEKHOV during her lifetime.

    (d) Upon the death of the survivor between my mother, GLADYS BAKER, and MRS. MICHAEL CHEKHOV to pay over the principal remaining in the Trust, together with any accumulated income, to DR. MARIANNE KRIS to be used by her for the furtherance of the work of such psychiatric institutions or groups as she shall elect.

SIXTH: All the rest, residue and remainder of my estate, both real and personal, of whatsoever nature and wheresoever situate, of which I shall die seized or possessed or to which I shall be in any way entitled, or over which I shall possess any power of appointment by Will at the time of my death, including any lapsed legacies, I give, devise and bequeath as follows:

    (a) to MAY REIS the sum of $40,000.00 or 25% of the total remainder of my estate, whichever shall be the lesser

-2-

(b) To DR. MARIANNE KRIS 25% of the balance thereof, to be used by her as set forth in ARTICLE FIFTH (d) of this my Last Will and Testament.

(c) To LEE STRASBERG the entire remaining balance.

SEVENTH: I nominate, constitute and appoint AARON R. FROSCH Executor of this my Last Will and Testament. In the event that he should die or fail to qualify, or resign or for any other reason be unable to act, I nominate, constitute and appoint L. ARNOLD WEISSBERGER in his place and stead.

EIGHTH: I nominate, constitute and appoint AARON R. FROSCH Trustee under this my Last Will and Testament. In the event he should die or fail to qualify, or resign or for any other reason be unable to act, I nominate, constitute and appoint L. ARNOLD WEISSBERGER in his place and stead.

_Marilyn Monroe_ (L.S.)

SIGNED, SEALED, PUBLISHED and DECLARED by MARILYN MONROE, the Testatrix above named, as and for her Last Will and Testament, in our presence and we, at her request and in her presence and in the presence of each other, have hereunto subscribed our names as witnesses this 14 day of January, One Thousand Nine Hundred Sixty-One.

_Aaron R. Frosch_ residing at _10 West 86th St. NYC_

_Louise H. White_ residing at _109 E. 56 St. New York 22_

_____ residing at _____

-3-

MM-0000383

# EXHIBIT 2

ABRAHAM MARCUS
9250 Wilshire Boulevard
Beverly Hills, California

CRestview 6-3123

Attorney for Petitioner

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

In the Matter of the Estate ) No. _____
of                           )
MARILYN MONROE,              ) PETITION FOR SPECIAL
                             ) LETTERS OF ADMINISTRATION
          Deceased.          )

Your petitioner respectfully shows:

1. The decedent died on or about August 5, 1962, a resident of either the County of Los Angeles, State of California or the County of New York, State of New York. The decedent left a will dated January 14, 1961 which purports to be the last will and testament of decedent, naming Aaron R. Frosch as the sole executor.

2. The decedent left her surviving no surviving spouse, children or grandchildren. She left surviving her a mother, Gladys Eley, also known as Gladys Baker, and a half sister, Berniece Miracle, and upon information and belief no other relatives of any degree, except an adult daughter of Mrs. Miracle.

3. The aforesaid half sister Berniece Miracle, is not a resident of the State of California; the aforesaid mother is a bona fide resident of the State of California, residing at a sanitarium in Verdugo City, California and is incompetent to handle her affairs.

SFAI 0260

4. In a proceeding in this Court entitled "In the Matter of the Conservatorship of Gladys Eley, also known as Gladys Baker", being No. 422404, your petitioner was, by Order dated December 22, 1959, appointed conservator of the person of the said Gladys Eley, also known as Gladys Baker. Petitioner is a resident of the County of Los Angeles, State of California, is over the age of majority and is competent to act.

5. Upon information and belief, the names, ages and residences of the devisees and legatees named in the will of the decedent are:

| NAME | AGE | RELATIONSHIP | RESIDENCE |
|---|---|---|---|
| Gladys Eley, also known as Gladys Baker | Over 21 | Mother | c/o petitioner, Inez C. Melson, 9110 Sunset Blvd. Los Angeles 69, Calif. |
| Berniece Miracle | Over 21 | Half Sister | 330 S. West 27 St. Gainesville, Florida |
| Lee Strassburg | Over 21 | Friend | 135 Central Park W. New York, New York |
| May Reis | Over 21 | Friend | 299 West 12 Street New York 14, N.Y. |
| Mrs. Michael Chekhov | Over 21 | Friend | 3374 Rowena Los Angeles 27, Cal. |
| Norman Rosten | Over 21 | Friend | 84 Remsen Street Brooklyn, New York |
| Hedda Rosten | Over 21 | Friend | 84 Remsen Street Brooklyn, New York |
| Dr. Marianne Kris | Over 21 | Friend | 135 Central Park W. New York, New York |

The names, ages and residences of decedent's next of kin, so far as known to petitioner are:

SFAI 0261

| | NAME | AGE | RELATIONSHIP | RESIDENCE |
|---|---|---|---|---|
| 2 | Gladys Eley, | Over 21 | Mother | c/o petitioner, |
| 3 | also known as | | | Inez C. Melson |
| 4 | Gladys Baker | | | 9110 Sunset Boulevard |
| 5 | | | | Los Angeles 69, Calif. |
| 6 | Berniece Miracle | Over 21 | Half Sister | 330 W. West 27 Street |
| 7 | | | | Gainesville, Florida |

6. Among the assets of the estate of decedent within the State of California are the following:

| | |
|---|---|
| Personal effects | Value unknown |
| Real Estate | Approximate value $77,500.00, subject to mortgage of approximately $35,000.00 |
| Cash on Hand in Bank | Approximately $4,000.00 |

7. Much of the personal estate representing various articles of clothing, jewelry, various documents and other objects are such that by reason of decedent's great reputation as an actress require protection from persons who might desire unlawfully to take same either for intrinsic value or for keepsake or notoriety value. The personal estate of decedent within the State of California, therefore require protection by storage in a safe place. Pending the appointment of a person authorized to act, the attorneys for the decedent prior to her decease are presently maintaining a guard over the premises to protect and preserve such personal property at substantial cost.

8. The personal property of the estate of decedent in the form of the aforesaid personal property is in danger of damage, waste and injury and therefore requires immediate attention and there is insufficient time to give prior notice to the persons interested in the estate of this decedent.

9. Under Probate Code Sec. 422 and Sec. 426, your

-3-

SFA1 0262

1  petitioner is the person most qualified for appointment as
2  special administratrix to act pursuant to Probate Code Sections
3  460 to 469. The executor named in the last known will and
4  testament of the decedent has consented to such appointment.
5      WHEREFORE, petitioner prays that Special Letters of
6  Administration be issued to petitioner and for all other
7  proper orders.
8      Dated: August 9, 1962

*[signature]*
INEZ C. MELSON, Petitioner

*[signature]*
ABRAHAM MARCUS
Attorney for Petitioner

-4-

JFA1 0263

THE DOCUMENT TO WHICH THIS CERTIFICATE IS ATTACHED IS A FULL, TRUE, AND CORRECT COPY OF THE ORIGINAL ON FILE AND OF RECORD IN MY OFFICE.

ATTEST _____ JAN 2 3 2008 _____

JOHN A. CLARKE, CLERK
Executive Officer/Clerk of the Superior Court of California, County of Los Angeles.

By _____ R Beechum _____ Deputy
R. BEECHUM

This is the best microfilm copy available

SFAI 0264

```
ABRAHAM MARCUS
9250 Wilshire Boulevard
Beverly Hills, California
Crestview 6-3125

Attorney for Petitioner
```

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

IN THE MATTER OF THE ESTATE ) No. 458935
OF MARILYN MONROE, ) NOMINATION BY EXECUTOR-ELECT
DECEASED. ) OF SPECIAL ADMINISTRATRIX

AARON R. FROSCH declares and says:

I am an attorney at law duly admitted to practice before the courts of record of the State of New York and am a partner in the law firm of Weissberger & Frosch, 120 East 56th Street, New York 22, New York. I have in my possession the last will and testament of the above-named decedent which was executed on January 14, 1961.

Upon information and belief no other subsequent last will and testament was executed by the said decedent and she has not revoked the aforesaid will. Said will names me as the sole executor.

Decedent Marilyn Monroe died on or about August 5, 1962, a resident of the State of New York.

The aforesaid will has not yet been filed with the Surrogate's Court of New York County, State of New York, and no order has been issued admitting said will to probate or appointing me as the executor of the estate because the affairs of the estate of the decedent required immediate attention in the State of California on her death and I have, since shortly

SFA1 0219

after her death, been in the State of California in connection with her affairs. It is expected that it will take no less than one month before the said will is admitted to probate in the Surrogate's Court of New York County.

I consider it imperative that the property of the estate of said decedent in Los Angeles County, California, be immediately secured from damage, waste and injury by the appointment of a special administratrix in Los Angeles County, California, where much of decedent's personal property is presently located.

I hereby consent to the appointment of Inez C. Melson, 9110 Sunset Boulevard, Los Angeles 69, California, to serve as Special Administratrix of the estate in California pursuant to Sections 460 to 469 of the Probate Code.

DATED: August 9, 1962.

*Aaron R. Frosch*

-2-

JFA1 0220