# EXHIBIT 17

## SUPERIOR COURT OF THE STATE OF CALIFORNIA
## FOR THE COUNTY OF LOS ANGELES

No. P 508 935

In the Matter of the Estate of

MARILYN MONROE

Deceased.

**FILED**
WILLIAM G. SHARP, County Clerk
APR 28 1967
By JO LEE CULBERTSON, DEPUTY

### NOTICE OF FILING REPORT OF INHERITANCE TAX APPRAISER

Notice is hereby given that on APR 28 1967, 19___ JAMES M. HALL the duly appointed State Inheritance Tax Appraiser in the above entitled estate, filed in the Superior Court of the State of California for the County of Los Angeles, his report of the amount of inheritance tax due to the State of California out of said estate.

Notice is also hereby given to all persons interested in said estate that at any time after the expiration of ten days from the filing of said report, if no objection is filed, the said Superior Court (in Department 4 thereof) may make an order confirming said report and fixing the tax in accordance therewith.

Said order may be signed on or after MAY 9 1967            19

Dated APR 28 1967 , 19

THE COURT IS WITHOUT JURISDICTION TO SIGN THE ORDER FIXING TAX UNTIL THE ABOVE DATE.
(Sec. 14508-9 Rev. & Tax Code)

WILLIAM G. SHARP, County Clerk and Clerk of the Superior Court of the State of California for the County of Los Angeles

By _____ Deputy

### PROOF OF POSTING AND OF MAILING NOTICE OF FILING REPORT

STATE OF CALIFORNIA, County of Los Angeles:

I, the undersigned, state: that on APR 28 1967 , 19___, at the request of the Clerk of the Superior Court of the State of California for the County of Los Angeles, I posted a notice, (a copy of which appears above), at the courthouse in the said County of Los Angeles, and in addition thereto I mailed a copy of said notice, in a sealed envelope to all persons chargeable with any tax in said report who have appeared in such proceedings, by depositing the same in the U.S. Postoffice at the City of Los Angeles, California, postage prepaid, addressed to the following-named persons entitled to such notice:

Gang, Tyre, Rudin & Brown
6400 Sunset Blvd.
Hollywood, Calif. 90028

# Report of Inheritance Tax Appraiser

IN THE SUPERIOR COURT, STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

In the matter of the Estate of   MARILYN MONROE           , deceased

No.     P 458 935                    Date of Death August 5, 1962

Dept.                                Amount of Tax, $

Additional Tax, Sec. 13441-2 Rev. and Tax. Code, $

         Total Tax Due State, $ 777.63

To the Honorable, the Superior Court above named:

  JAMES H. HALL             , the duly appointed, qualified and acting Inheritance Tax Appraiser in the county and proceedings above named, after due and regular hearing had and appraisement made, hereby reports:

  That decedent above named died   testate on or about August 5, 1962, a resident of the County New York, State of New York and left property taxable under the inheritance tax laws of the State of California in the above-entitled proceedings; which property is more particularly described in the inventory and appraisement on file herein, which said inventory and appraisement is hereby referred to and made a part hereof.

  That at the date of death of said decedent the fair market value of the property of said estate was the sum of $ 90,176.00

  The following are the items of said property and the valuations thereof:    as per Inventory and Appraisement  $ 92,781.00

Less: Item 3 per Inventory, erroneously in-
   cluded being not taxable herein, con-
   sisting of:
    Cash in bank account   2,200.00
    Cash         405.00

            $ 90,176.00

Brought forward . . . . . . . . . . . . . . $ 90,176.00

DEDUCTIONS should be made therefrom as follows:

Expenses of funeral and of last illness . . $ _____
Debts of deceased (being allowed-claims) . . $ _____
Taxes due at decedent's death . . . . . . . $ 6016.74
Executor's or administrator's commissions . $ 2485.62
Fees of attorney for same . . . . . . . . . $ 2485.62
Expenses of administration, being clerk's,
  notary's, appraisers' fees, etc. . . . . $ 1466.18
Other deductions . . . . . . . . . . . . . $ 41577.62

         Total deductions $ 54,031.78

The CLEAR MARKET VALUE of said property is therefore  $ 36,144.22

That said property passed to the following named persons, whose relationship to decedent, the character and clear market value of whose respective interests at the time of the death of decedent and the inheritance or transfer tax due thereon, are as hereinafter shown:

| Name. Relationship to deceased. | | Exemption and rates. | Tax |
|---|---|---|---|
| Character and value of interest. | | | |
| LEE STRASBERG, Stranger | | 50.00 Exempt | |
| Specific bequests | 690.00 | tax on balance | 64.00 |
| | | | |
| GLADYS ELEY, Mother | | | |
| (in will as Gladys Baker) | | 5000.00 Exempt | |
| Life Estate (Abated) | 35,454.22 | tax on balance | 713.63 |
| (44,655.87) | | | |
| | $ 36,144.22 | | $ 777.63 |

| Name. Relationship to deceased. Character and value of interest. | | Exemption and rates. | Tax |
|---|---|---|---|
| LEE STRASBERG, Stranger Specific bequests | 690.00 | 50.00 Exempt tax on balance | 64.00 |
| GLADYS ELEY, Mother (in will as Gladys Baker) Life Estate (Abated) (44,655.87) | 35,454.22 | 5000.00 Exempt tax on balance | 713.63 |
| | $ 36,144.22 | | $ 777.63 |

Dated: April 5, 1967

EXECUTOR
OR
ADMINISTRATOR Aaron R. Frosch
300 Central Park West
New York City, New York
address
Attorney Gang, Tyre, Rudin & Brown
9400 Sunset Building
Hollywood, California 90028
address

_____
Inheritance Tax Appraiser.



THE DOCUMENT TO WHICH THIS CERTIFICATE IS ATTACHED IS A FULL, TRUE, AND CORRECT COPY OF THE ORIGINAL ON FILE AND OF RECORD IN MY OFFICE.
ATTEST **FEB 0 7 2008**
JOHN A. CLARKE, CLERK
Executive Officer/Clerk of the Superior Court of California, County of Los Angeles.
By _____ Deputy
L. WHITE

# EXHIBIT 18



Received copy mailed to State Controller on

FILED
MAY - 9 ...
WILLIAM G. SHARP, County Clerk
BY S. J. ADRUZZESE, DEPUTY

## SUPERIOR COURT OF THE STATE OF CALIFORNIA
## FOR THE COUNTY OF LOS ANGELES

IN THE MATTER of the Estate

of

MARILYN MONROE

Deceased.

No. P-458 935    Dept.

**ORDER FIXING INHERITANCE TAX**

Date of Death: August 5, 1962

JAMES M. HALL, Inheritance Tax Appraiser in the above-entitled proceeding, having filed a report dated April 5, 1967, notice of the filing thereof having been given by posting and mailing as required by law, more than ten days having elapsed thereafter, and no objection thereto having been filed,

IT IS ORDERED: Said report is confirmed, and in accordance therewith, the total inheritance tax due the State of California, the persons liable therefor, and the amounts for which they are respectively liable, are fixed as follows:

| NAME AND RELATIONSHIP | AMOUNT OF TAX |
|---|---|
| LEE STRASBERG, stgr. | $ 64.00 |
| GLADYS ELEY, mother (in Will as Gladys Baker) | 713.63 |



THE DOCUMENT TO WHICH THIS CERTIFICATE IS ATTACHED IS A FULL, TRUE, AND CORRECT COPY OF THE ORIGINAL ON FILE AND OF RECORD IN MY OFFICE.

ATTEST **FEB 0 7 2008**

JOHN A. CLARKE, CLERK
Executive Officer/Clerk of the Superior
Court of California, County of Los Angeles,

By _____ Deputy

L. WHITE