# EXHIBIT 25

```
GANG, TYRE & BROWN
6400 Sunset Building
Los Angeles, California 90028                       FILED
463-4863

Attorneys for Ancillary Executor
```

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| IN THE MATTER OF THE ESTATE ) | NO. P-458,935 |
| OF ) | |
| ) | ORDER APPROVING COMPROMISE |
| MARILYN MONROE, ) | (CLAIM AGAINST ESTATE) |
| ) | |
| Deceased. ) | |
| ) | |

The verified Petition for Order Approving Compromise (Claim Against Estate) (herein called "Petition") of Aaron R. Frosch as Ancillary Executor of the above estate, by Gang, Tyre & Brown, his attorneys, coming on for hearing and settlement on January 29, 1976 in Department 11 of the above entitled Court, before the Honorable Neil A. Lake, Judge presiding, the Court, after considering the Petition and hearing the evidence and finding that due notice of the hearing on said Petition has been given as required by law, including due notice to all parties requesting Special Notice thereof, that the other matters set forth in the Petition are true and that it is for the benefit and best interests of said estate and those interested therein that the claim against the estate described therein be settled

SFA1 0251

1  upon the terms and conditions set forth in said Petition.
2       IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT
3  the claim and litigation brought by the Franchise Tax Board
4  against the executor for unpaid income taxes, interest and
5  penalties thereon, with respect to the years 1963 through 1970,
6  as set forth in the Petition, be compromised and settled in the
7  manner set forth in the Petition, and that the executor is
8  authorized to enter into that certain Stipulation for Entry of
9  Judgment attached as Exhibit B to the Petition, and upon entry
10 of such Stipulation, that the executor satisfy said Judgment by
11 paying to the State of California the sum of $52,139.73.
12
13 DATED: February 5, 1976.

                                    /s/ Neil A. Lake
                                    _____
                                         JUDGE
                                    Neil A. Lake

SE91 0252

THE DOCUMENT TO WHICH THIS CERTIFICATE IS
ATTACHED IS A FULL, TRUE, AND CORRECT COPY
OF THE ORIGINAL ON FILE AND OF RECORD IN
MY OFFICE.

ATTEST  JAN 2 3 2008

JOHN A. CLARKE, CLERK
Executive Officer/Clerk of the Superior
Court of California, County of Los Angeles.

By _____R. Beechu_____ Deputy
   R. BEECHUM  SFAZ 0253

This is the best
microfilm copy
available

# EXHIBIT 26

```
 1   GANG, TYRE & BROWN
     6400 Sunset Building
 2   Los Angeles, Calif. 90028

 3   (213) 463-4863                                    FILED
 4                                                    MAY 26 1976
 5
 6
 7
 8              SUPERIOR COURT OF THE STATE OF CALIFORNIA
 9                    FOR THE COUNTY OF LOS ANGELES
10
11   IN THE MATTER OF THE ESTATE  )   No. P-458,935
                                  )
12        OF                      )   NOTICE OF HEARING OF FIRST AND
                                  )   FINAL ACCOUNT OF ANCILLARY EXECU-
13   MARILYN MONROE,              )   TOR; REPORT; PETITION FOR ALLOW-
                                  )   ANCE OF STATUTORY AND EXTRAORDINARY
14              Deceased.         )   EXECUTOR'S COMMISSIONS AND ATTOR-
                                  )   NEYS' FEES; INCLUDING ALLOWANCE FOR
15                                )   FEES OF SPECIAL ADMINISTRATOR AND
                                  )   HER ATTORNEYS; PETITION FOR ORDER
16                                )   DIRECTING DEPOSIT OF MONEYS DUE UN-
                                  )   LOCATED CLAIMANT; AND PETITION FOR
17                                )   FINAL DISTRIBUTION TO DOMICILIARY
                                  )   EXECUTOR
18                                )
                                  )   Dept. 11   June 15, 1976   9:15 A.M.
19
20   TO:  INEZ C. MELSON and BERNIECE MIRACLE

21           NOTICE IS HEREBY GIVEN that AARON R. FROSCH, Ancillary

22   Executor of the Estate of Marilyn Monroe, Deceased, has filed

23   herein a FIRST AND FINAL ACCOUNT OF ANCILLARY EXECUTOR; REPORT;

24   PETITION FOR ALLOWANCE OF STATUTORY AND EXTRAORDINARY EXECUTOR'S

25   COMMISSIONS AND ATTORNEYS' FEES, INCLUDING ALLOWANCE FOR FEES OF

26   SPECIAL ADMINISTRATOR AND HER ATTORNEYS; PETITION FOR ORDER

27   DIRECTING DEPOSIT OF MONEYS DUE UNLOCATED CLAIMANT; AND PETITION

28   ...
```

1  FOR FINAL DISTRIBUTION TO DOMICILIARY EXECUTOR, copy of which is
2  furnished concurrently herewith, and reference to which is made
3  for further particulars, and that the time and place of hearing
4  the same has been set for June 15, 1976, at 9:15 A.M. in the
5  courtroom of Department 11 of the above entitled Court, 111 North
6  Hill Street, Los Angeles, California.
7
8      Dated: May 25, 1976
9
10                                      GANG, TYRE & BROWN
11
12                                 By _Hermione K. Brown_____
                                          Hermione K. Brown
13
14
...
28

-2-

STATE OF CALIFORNIA
County of Los Angeles } ss.

I, the undersigned (being first duly sworn) say: I am the _____ in the above entitled action or proceeding; I have read the foregoing _____ and know the contents thereof; and that the same is true of my own knowledge, except as to the matters and things which are therein stated upon my information or belief, and that as to those matters and things I believe them to be true.

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Executed on _____ at _____, California
                    (date)                                    (place)

Subscribed and sworn to before me this _____
                                                        (X) _____
day of _____ 19 _____                    (Signature)

_____
Notary Public in and for the said County and State
[SEAL]

If certification (or declaration) is used instead of a notarized affidavit, cross out "being first duly sworn" and the jurat and only notarization. Certification (or declaration) form cannot be used outside of California. If notarization is used, cross out statement of certification.

(PROOF OF SERVICE BY MAIL—1013a, and 2015.5 C.C.P.)

AFFIDAVIT OF SERVICE
BY MAIL

I, Beatrice Shapiro, say that I am, and was at all times herein mentioned, a citizen of the United States and employed in the County of Los Angeles, over the age of eighteen years and not a party to the within action or proceeding; and that:

My business address is 6400 Sunset Building, Los Angeles, Calif. 90028

On May 25, 1976 I served the within NOTICE OF HEARING OF FIRST AND FINAL ACCOUNT OF ANCILLARY EXECUTOR; REPORT; PETITION FOR ALLOWANCE OF STATUTORY AND EXTRAORDINARY EXECUTOR'S COMMISSIONS AND ATTORNEYS' FEES, INCLUDING ALLOWANCE FOR FEES OF SPECIAL ADMINISTRATOR AND HER ATTORNEYS; PETITION FOR ORDER DIRECTING DEPOSIT OF MONEYS FOR UNLOCATED CLAIMANT; AND PETITION FOR FINAL DISTRIBUTION TO DOMICILIARY EXECUTOR,

on the parties specified below by depositing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail, at Los Angeles, California addressed to said parties, as follows:

Inez C. Melson, c/o Marcus & Ezor, 9250 Wilshire Blvd., Beverly Hills, Calif. 90212

Berniece Miracle, c/o Dixon, Howell, Westmoreland & Newman, 924 Westwood Blvd., Los Angeles, Ca. 90024

Berniece Miracle, c/o James Stuart Kershaw, 212 South East First Street, Gainesville, Florida 32601

Berniece Miracle, 330 South West 27th Street, Gainesville, Florida

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Executed on May 25, 1976 at Los Angeles, California
                  (date)                    (place)

                                        Beatrice Shapiro
                                        Beatrice Shapiro (Signature)



THE DOCUMENT TO WHICH THIS CERTIFICATE IS
ATTACHED IS A FULL, TRUE, AND CORRECT COPY
OF THE ORIGINAL ON FILE AND OF RECORD IN
MY OFFICE.   **FEB 0 8 2008**

ATTEST
JOHN A. CLARKE, CLERK
Executive Officer/Clerk of the Superior
Court of California, County of Los Angeles,
By _____ Deputy
  L. WHITE

```
GANG, TYRE & BROWN
6400 Sunset Building
Hollywood, California  90028
(213) 463-4863

Attorneys for Ancillary Executor
```



FILED
MAY 21 1978
J. Corcoran, ...
BY R. J. COSTEY, Deputy

# DATE OF HEARING

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| IN THE MATTER OF THE ESTATE<br><br>OF<br><br>MARILYN MONROE,<br><br>Deceased. | NO. 458,935<br><br>FIRST AND FINAL ACCOUNT OF ANCILLARY EXECUTOR; REPORT; PETITION FOR ALLOWANCE OF STATUTORY AND EXTRAORDINARY EXECUTOR'S COMMISSIONS AND ATTORNEYS' FEES, INCLUDING ALLOWANCE FOR FEES OF SPECIAL ADMINISTRATOR AND HER ATTORNEYS; PETITION FOR ORDER DIRECTING DEPOSIT OF MONEYS DUE UNLOCATED CLAIMANT; AND PETITION FOR FINAL DISTRIBUTION TO DOMICILIARY EXECUTOR |

TO THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, FOR THE COUNTY OF LOS ANGELES:

The petition of AARON R. FROSCH, Ancillary Executor of the Estate of Marilyn Monroe, Deceased, respectfully shows:

DATE OF DEATH:

Decedent herein died on or about August 5, 1962, in Los Angeles, California, leaving estate therein.

ANCILLARY LETTERS TESTAMENTARY:

At the time of her death, decedent was a resident of the County of New York, State of New York. Ancillary Letters

-1-

SFA1 0155

1  Testamentary were issued on February 26, 1963, to petitioner
2  herein, who, ever since said date, has been and now is the duly
3  qualified and acting ancillary executor of the above estate.
4
5  SPECIAL NOTICES:
6
7      Requests for Special Notice have been filed herein by
8  the Director of Employment, 800 Capitol Avenue, Sacramento,
9  California; Inez C. Melson, c/o Marcus, Kohn & Epstein (now
10 known as Marcus & Ezor), 9250 Wilshire Boulevard, Beverly Hills,
11 California 90212; District Director of Internal Revenue,
12 Box 1431, Los Angeles, California, attention Special Procedures,
13 Room 1355, Probate Unit; and Berniece Miracle, c/o Dixon, Howell &
14 Westmoreland (now known as Dixon, Howell, Westmoreland & Newman),
15 924 Westwood Boulevard, Suite 705, Los Angeles, California 90024,
16 and also c/o James Stuart Wershow, 212 South East First Street,
17 Gainesville, Florida 32601.  The Request for Special Notice filed
18 on behalf of the District Director of Internal Revenue has been
19 withdrawn per Proof of Claim, Special Notice Withdrawal Request,
20 heretofore filed in the above estate.  The Request for Special
21 Notice heretofore filed by the Department of Employment has been
22 withdrawn per the Withdrawal of Request of Special Notice from
23 the Director of the Department of Human Resources Development
24 (formerly known as Department of Employment and now known as
25 Employment Development Department), on file in the above estate.
26 Special Notice of the hearing on the within petition will be
27
28

-2-

SFAZ 0256