1  the State of California. The names and last known addresses
2  of the beneficiaries designated in decedent's will, so far
3  as is known to petitioner, are as follows:

| Name | Address |
|---|---|
| Gladys Eley, aka Gladys Baker | c/o Berniece Miracle 330 South West 27th St. Gainesville, Florida |
| Berniece Miracle | c/o Dixon, Howell, Westmoreland & Newman 924 Westwood Blvd. Los Angeles, Calif. 90024 |
|  | c/o James Stuart Wershow, Esq. 212 South East First Street Gainesville, Florida 32601 |
|  | (Residence: 330 South West 27th St. Gainesville, Florida) |
| Lee Strassburg | 135 Central Park West New York, New York |
| May Reis | 299 West 12th Street New York, New York 10014 |
| Estate of Mrs. Xenia Julia Chekhov (Mrs. Michael Chekhov) | c/o Belcher, Henzie & Biegenzahn 333 So. Hope St., Suite 3650 Los Angeles, Calif. 90017 |
| Norman Rosten | 84 Remsen Street Brooklyn, New York 11201 |
| Hedda Rosten | 84 Remsen Street Brooklyn, New York 11201 |
| Dr. Marianne Kris | 135 Central Park West New York, New York |

All of the beneficiaries named in decedent's will are living except for Mrs. Michael Chekhov, who died in 1970.

-13-

SFAI 0266

1  Notice of hearing of the within petition will be given to all
2  beneficiaries and to the Estate of Mrs. Michael Chekhov. Since
3  the executor in New York is the same individual as the ancillary
4  executor in California, no notice will be given to the estate
5  in New York.
6
7  DISTRIBUTION:
8
9  Petitioner herein alleges: that, except for fees allowed
10 herein and expenses incidental to distribution, all obligations
11 and liabilities of decedent's estate in the State of California
12 have been determined and paid; that all creditors' claims
13 filed against decedent's estate have been paid or appropriately
14 disposed of, except for the claim of Jose Paraeo, as to which
15 a request for deposit with the County Clerk will be made as
16 requested above, and the time for filing creditors' claims has
17 expired; that all known tax liabilities of decedent's estate
18 in this jurisdiction have been determined and paid; and that
19 said estate is now in a position to be finally closed and
20 distributed.
21 The Last Will and Testament of decedent has been duly
22 admitted to probate in the Surrogate's Court of the County of
23 New York, State of New York, where decedent was domiciled at
24 the time of her death, and Aaron R. Frosch has been duly
25 appointed as executor by said Court and qualified therein. It
26 is necessary, in order that decedent's estate in California may
27 be distributed according to decedent's will, that all of the
28 assets herein be delivered to Aaron R. Frosch, as executor

-14-

SFA1 0267

1  of decedent's will under the laws of the State of New York.
2  Accordingly, subject to payment of fees allowed
3  herein and expenses of distribution, petitioner herein seeks
4  distribution of all of the assets of decedent's estate lo-
5  cated in the State of California, whether or not described
6  herein or hereafter discovered, and consisting, so far as
7  is known to petitioner, of the following:

9      (1) Clothing and personal effects
10     (2) Balance of furniture and furnishings
11     (3) Balance of cash on hand or in
12         savings accounts

14 to Aaron R. Frosch, as executor of decedent's will, appointed
15 by the Surrogate's Court, County of New York, State of New
16 York.

18     WHEREFORE, petitioner prays:

20     1. That the First and Final Account and Report of
21 petitioner herein be settled, allowed and approved,
22 showing a balance of assets on hand of $26,375.89, of which
23 $24,788.89 constitutes cash on hand or in savings accounts
24 and the balance consists of assets other than cash at the
25 appraised values thereof.
26     2. That petitioner be directed to deposit the sum
27 of $66.00, which is hereby fixed as the amount

SFA1 0168

1  of the claim of Jose Paraeo (or Jose Carareo), with the
2  County Treasurer of the County of Los Angeles, California,
3  to be receipted, accounted for and disposed of in the manner
4  provided in Probate Code § 738.
5
6      3. That there be allowed to petitioner herein
7  statutory executor's commissions in the sum
8  of $2,969.15; that, in addition, there be allowed to said
9  Aaron R. Frosch extraordinary executor's commissions in
10 the sum of $ 6,000.00 , and that, in addition, there
11 be allowed, as extraordinary commissions, to Inez C. Melson
12 for her services as Special Administratrix the sum of
13 $3,500.00.
14
15     4. That there be allowed to petitioner's attorneys,
16 and to the attorneys for the
17 Special Administrator, Abraham Marcus, the sum of $2,969.15
18 statutory legal fees, allocated $2,226.86 to Gang, Tyre &
19 Brown and $742.29 to Abraham Marcus, Esq.; in addition
20 there be allowed to Gang, Tyre & Brown extraordinary legal
21 fees in the sum of $12,000.00 .
22
23     5. That, after payment of fees and commissions
24 allowed herein and expenses incidental to
25 distribution, all of the balance of decedent's estate in
26 California, whether or not described herein or hereafter
27
28

SFA1 0269

discovered, and consisting, so far as is known, of the assets set forth under the section above captioned "DISTRIBUTION," be delivered to Aaron R. Frosch, the domiciliary executor of decedent's will appointed by the Surrogate's Court of the County of New York, State of New York; and

6. For such other and further order as to the Court may appear proper.

DATED: April 29, 1976.

*Aaron R. Frosch*
Aaron R. Frosch
Ancillary Executor
Petitioner

By *Herman R. Brown*
Attorneys for Ancillary Executor

-17-

SFA1 0170

| | | | |
|---|---|---|---|
| 1 | | Estate of Marilyn Monroe: LASC No. 458,935 | |
| 2 | | DISBURSEMENTS | |
| 4 | | Disbursements by Special Adminis- | |
| 5 | | tratrix per First and Final Account and Report of Special Administratrix | |
| 6 | | and Order Settling First and Final Account, etc., on file in the | |
| 7 | | above estate | |
| 8 | | City National Bank charge against decedent's bank account re overdue note payments (August, 1962) | 955.00 |
| 10 | 7/17/63 | Bel Air Patrol Co., guard services | 1,... |
| 11 | 7/17/63 | City National Bank creditor's claim plus interest and charges | 33,516.37 |
| 12 | 7/17/63 | Broker's commission, $4,607.50, and $1,801.79 for taxes, closing charges and escrow fees re sale of Helena Drive property | 6,409.29 |
| 15 | 7/23/63 | Harold J. Ostly, personal property tax | 1.02 |
| 16 | 7/23/63 | Appraisal Bureau, Inc., appraisal services | 200.00 |
| 17 | 7/23/63 | Norman Jeffries, labor | 360.00 |
| 19 | 7/24/63 | Cherie Redmond, wages plus $129.30 withholding due July, 1962 | 689.30 |
| 20 | 7/24/63 | Cherie Redmond, creditor's claim for wages | ... |
| 22 | 7/25/63 | West Los Angeles Patrol, guard service | 950.00 |
| 23 | 7/26/63 | Gang, Tyre & Brown, reimbursement for costs advanced to estate. (For itemization, see Schedule (1) attached.) | 544.67 |
| 25 | 8/16/63 | General Telephone Co. | 77.49 |
| 27 | 8/16/63 | Southern Counties Gas Co. | 115.11 |
| 28 | 8/16/63 | Department Water & Power | 46.49 |

SCHEDULE B

(1)

SFA1 0177

Estate of Marilyn Monroe:   LASC No. 458,935

| | | | |
|---|---|---|---|
| 8/16/63 | Appraisal Bureau, Inc., appraisal services | $ | 26.00 |
| 8/16/63 | Sam S. Tateishi, gardening services | | |
| 8/16/63 | Landon Pool Service | | |
| 10/3/63 | Edward P. Halavaty, locksmith | | |
| 11/20/63 | Department of Employment | | 36.00 |
| 12/10/63 | Bekins Van and Storage | | 54.10 |
| 2/5/64 | Behrendt-Levy Insurance Agency, renewal executor's $5,500 bond | | 27.50 |
| 9/10/64 | Gang, Tyre & Brown, reimbursement for costs advanced to estate (For itemization, see Schedule (1) attached.) | | 601.75 |
| 10/15/64 | Gang, Tyre & Brown, reimbursement for costs advanced to the estate (For itemization, see Schedule (1) attached.) | | 1,028.45 |
| 1/28/65 | Behrendt-Levy Ins. Agency, renewal executor's $5,500 bond | | 27.50 |
| 3/4/65 | Gang, Tyre & Brown, reimbursement for costs advanced to the estate (For itemization, see Schedule (1) attached.) | | 23.50 |
| 5/10/65 | Behrendt-Levy Ins. Agency, premium on executor's $50,000 bond | | 201.75 |
| 6/4/65 | Fidelity Van and Storage | | 102.00 |
| 2/?/66 | Behrendt-Levy Ins. Agency, renewal executor's $5,500 bond | | 27.50 |
| 5/9/66 | Behrendt-Levy Ins. Agency, renewal executor's $50,000 bond | | 201.75 |
| 7/18/67 | Behrendt-Levy Ins. Agency, renewal executor's $5,500 bond | | 28.00 |
| 3/4/68 | United California Bank, bank service charge | | 9.00 |

SCHEDULE B

(2)

SFA1 0172

Estate of Marilyn Monroe, LASC No. 458,935

| | | | |
|---|---|---|---|
| 3 | 5/3/68 | Behrendt-Levy Ins. Agency, renewal executor's $50,000 bond | |
| 5 | 3/10/69 | Behrendt-Levy Ins. Agency, renewal executor's $5,500 bond | |
| | 5/28/69 | Behrendt-Levy Ins. Agency, renewal executor's $50,000 bond | 202.00 |
| 8 | 1/26/70 | Franchise Tax Board, principal and interest to 2/1/70 | |
| 10 | 3/5/70 | Behrendt-Levy Ins. Agency, renewal of executor's $5,500 bond | 28.00 |
| 11 | 5/15/70 | Behrendt-Levy Ins. Agency, renewal of executor's $50,000 bond | 202.00 |
| 13 | 7/24/70 | Gang, Tyre & Brown, reimbursement of costs advanced to the estate (For itemization, see Schedule (1) attached.) | 39.65 |
| 15 | 12/70 | Department of Employment, principal amount of creditor's claim | 99.18 |
| 16 | 12/70 | Department of Employment, interest on creditor's claim - advanced by Gang, Tyre & Brown and reimbursed by estate | 40.92 |
| 19 | 12/70 | H. B. Thompson (Thompson Electric Co.), creditor's claim | 111.40 |
| 20 | 12/70 | C & J Howard, Inc., dba Landon Pool Service, creditor's claim | 37.00 |
| 22 | 12/70 | Santa Monica Dairy, dba Edgemar Farms, creditor's claim | 6.06 |
| 23 | 12/70 | Robert K. Goka, dba Frank's Nurseries, creditor's claim | 59.64 |
| 25 | 12/70 | Saks Fifth Avenue, creditor's claim | 388.32 |
| 26 | 12/70 | Raese Period Furniture, creditor's claim | 313.92 |
| 27 | 12/70 | Vicente Pharmacy, creditor's claim | 58.57 |

SCHEDULE B
(3)

SGA1 0173