Estate of Marilyn Monroe:  LASC No. 458,935

| # | Date | Description | Amount |
|---|------|-------------|--------|
| 2 |  | Pacific Telephone, creditor's claim | $ 14.66 |
| 3 | 12/70 | Agnes M. Flanagan, creditor's claim | 340.00 |
| 4 | 12/70 | Dr. Hyman Engelberg, creditor's claim | |
| 5 | 12/70 | Malone Studio Service, Inc., creditor's claim | |
| 6 | 12/70 | Magnetic Springs Water Co., creditor's claim | |
| 7 | 12/70 | | |
| 8 |  | Drs. Conti & Steinberg, creditor's claim | 25.00 |
| 9 | 12/70 | General Telephone, creditor's claim | |
| 10 | 12/70 | Sam S. Tateishi, creditor's claim | |
| 11 | 12/70 | Rand-Fields, Inc., creditor's claim | 215.41 |
| 12 | 12/70 | Don J. Briggs, Inc., creditor's claim | |
| 13 | 12/70 | James M. Attley, dba The Adair Co., creditor's claim | |
| 14 | 12/70 | | 150.00 |
| 15 |  | A. Ray Tolman, creditor's claim | |
| 16 | 12/70 | Allan Snyder, creditor's claim | 1,800.00 |
| 17 | 12/70 | Buzin News Co., creditor's claim | 94.00 |
| 18 | 12/70 | Austin A. Innes, creditor's claim | 44.17 |
| 19 | 12/70 | Dr. Ralph R. Greenson, creditor's claim | 1,400.00 |
| 20 | 12/70 | Francis-Orr Stationery Co., creditor's claim | 5.55 |
| 21 | 12/70 | | |
| 22 |  | Jack M. Ostrow, creditor's claim | 2,500.00 |
| 23 | 12/70 | Edward P. Halavaty (A-1 Lock & Safe Co.), creditor's claim | 17.28 |
| 24 | 12/70 | The Arthur P. Jacobs Co., creditor's claim | 797.85 |
| 25 | 12/70 | Mura Bright, creditor's claim | 1,050.67 |
| 26 | 12/70 | | |
| 27 | 12/70 | | |

SCHEDULE B
(4)

SFA1 0174

Estate of Marilyn Monroe, LASC No. 458,935

| # | Date | Description | Amount |
|---|------|-------------|--------|
| 3 | 12/70 | Norman Jeffries, creditor's claim | $ 180.00 |
| 4 | 6/7/72 | Fidelity Van & Storage Co. Inc. - storage charges 5/23-6/23/72 | 76.50 |
| 6 | 7/24/72 | Allied Van Lines - storage charges 6/23-8/23/72 | 51.00 |
| 7 | 7/27/72 | Bank service charges | .60 |
| 8 | 8/1/72 | Behrendt-Levy Ins. Agency - executor's bond | 202.00 |
| 10 | 8/25/72 | Bank checks | 6.32 |
| 11 | 8/25/72 | Bank service charges | .80 |
| 12 | 9/12/72 | Allied Van Lines - storage charges 8/23-9/23/72 | 25.50 |
| 13 | 10/12/72 | Bank service charges | .60 |
| 14 | | Allied Van Lines - storage charges 9/23-10/23/72 | 25.50 |
| 16 | 10/27/72 | Allied Van Lines - storage charges 10/23-11/23/72 | 25.50 |
| 17 | 10/27/72 | Bank service charges | .60 |
| 18 | 11/23/72 | Allied Van Lines - storage charges 11/23-12/23/72 | 25.50 |
| 20 | 11/29/72 | Gang, Tyre & Brown - costs (See Schedule (1) attached) | 127.01 |
| 21 | 11/29/72 | Bank service charges | .50 |
| 22 | 12/31/72 | Bank service charges | .70 |
| 24 | 1/3/73 | Allied Van Lines - storage charges 12/23/72-1/23/73 | 25.50 |
| 25 | 1/27/73 | Bank service charges | .60 |
| 26 | 1/27/73 | Allied Van Lines - storage charges 1/23-2/23/73 | 25.50 |

SCHEDULE B
(5)

SFAZ 0175

Estate of Marilyn Monroe:   LASC No. 458,935

| # | Date | Description | Amount |
|---|------|-------------|--------|
| 3 | 2/16/73 | Behrendt-Levy Ins. Agency, executor's bond | $ 29.00 |
| 4 | 2/27/73 | Bank service charges | .70 |
| 5 | 3/7/73 | Allied Van Lines - storage charges 2/23-3/23/73 | |
| 7 | 3/30/73 | Bank service charges | |
| 8 | 4/30/73 | Bank service charges | |
| 9 | 5/25/73 | Bank service charges | .50 |
| 10 | 6/4/73 | Bank charge for bounced check | 3.00 |
| 11 | 6/30/73 | Bank service charges | |
| 12 | 7/29/73 | Bank service charges | .60 |
| 13 | 8/30/73 | Bank service charges | .60 |
| 14 | 9/27/73 | Bank service charges | .60 |
| 15 | 10/28/73 | Bank service charges | |
| 16 | 11/28/73 | Bank service charges | .60 |
| 17 | 12/28/73 | Bank service charges | .60 |
| 18 | 1/27/74 | Bank service charges | .60 |
| 19 | 2/27/74 | Bank service charges | .60 |
| 20 | 3/24/74 | Bank service charges | .60 |
| 21 | 4/30/74 | Bank service charges | |
| 22 | 5/30/74 | Bank service charges | .60 |
| 23 | 6/30/74 | Bank service charges | .60 |
| 24 | 7/__/74 | Long, Tyre & Brown - costs (see Schedule (1) attached) | 45.15 |
| 25 | 7/30/74 | Bank service charge | .60 |
| 26 | 8/30/74 | Bank service charge | .70 |

SCHEDULE B

(6)

SFA1 0176

Estate of Marilyn Monroe - LASC No. 458-935

| # | Date | Description | Amount |
|---|------|-------------|--------|
| 3 | 9/30/74 | Bank service charges | $ .60 |
| 4 | 10/30/74 | Bank service charges | |
| 5 | 11/30/74 | Bank service charges | |
| 6 | 12/30/74 | Bank service charges | ... |
| 7 | 1/30/75 | Bank service charges | .60 |
| 8 | 2/30/75 | Bank service charges | .60 |
| 9 | 3/30/75 | Bank service charges | |
| 10 | 4/21/75 | Frank B. Hall & Co. - executor's bond | |
| 11 | 4/30/75 | Bank service charges | .60 |
| 12 | 5/30/75 | Bank service charges | .70 |
| 13 | 6/30/75 | Bank service charges | .60 |
| 14 | 7/30/75 | Bank service charges | .60 |
| 15 | 8/30/75 | Bank service charges | .60 |
| 16 | 9/9/75 | Franchise Tax Board - partial payment - California Income Tax | 20,000.00 |
| 17 | 9/30/75 | Bank service charges | .70 |
| 18 | 10/30/75 | Bank service charges | .60 |
| 19 | 11/30/75 | Bank service charges | .60 |
| 20 | 12/30/75 | Bank service charges | .60 |
| 21 | 1/30/76 | Bank service charges | .60 |
| 22/23 | 2/9/76 | Franchise Tax Board - balance of payment for California Income Tax | 32,119.73 |
| 24 | 3/15/76 | Bank service charges | .60 |
| 25 | | Total Disbursements | $ 124,821.18 |

SCHEDULE B
(7)

SFAI 0179

COSTS ADVANCED BY GANG, TYRE & BROWN

Statement - July 26, 1963:

| | | |
|---|---|---|
| Los Angeles City Health Department for Death Certificates | $ | 16.00 |
| Telegram 8/15/62 - New York | | 1.11 |
| Telephone - New York - Eight calls | | 71.23 |
| Los Angeles County Clerk - Filing Ancillary Letters | | ... |
| Metropolitan News - Publishing fees | | 33.00 |
| Metropolitan News - Publishing re: Sale of House | | 45.00 |
| Messengers | | 16.10 |
| Certified Order Admitting Foreign Will | | 1.00 |
| Letters Testamentary | | 5.00 |
| Bond - Behrendt-Levy Insurance Agency | | 27.50 |
| James M. Hall - Appraiser | | 96.78 |
| Additional Bond - Behrendt-Levy Insurance | | 204.50 |
| Copy of NCA claim | | 2.00 |
| Copy of Order Confirming Sale | | 2.00 |
| | $ | 544.67 |

Statement - August 10, 1964:

| | |
|---|---|
| Behrendt-Levy Insurance Agency - Bond renewal | 201.75 |
| Eunice Murray - Salary - housekeeping services August 5, 1962 to August 18, 1962 | 400.00 |
| | 601.75 |

Statement - October 15, 1964:

| | | |
|---|---|---|
| Fidelity Van & Storage - Furniture moving and storage | 1,028.47 | 1,028.47 |

SCHEDULE (1)

(1)

SFA1 0178

COSTS ADVANCED BY GANG, TYRE & BROWN

Statement - March 4, 1965:

 Copies of exhibit re: MCA Claim   $ 23.50   $ 23.50

Statement - July 1, 1970:

 Order Fixing Inheritance Tax   .30

 Photostatic copy of Court Register

 REA Express - shipping personal effects   27.35

             30.65

Statement - November 29, 1972:

 Telephone charges - 1972   27.01   27.01

Statement - July 8, 1974:

 Telephone, telegraph & messenger
 charges - 1973-74   17.35

 Frank B. Hall Insurance Agency -
 bond renewal   28.00

             45.35

SCHEDULE (1)

(2)

SFA1 0179

Estate of Marilyn Monroe:        LASC No. 458,935

### GAINS ON SALES

Sale of Helena Drive property, real and personal property sold as a unit:

| | | |
|---|---:|---:|
| Gross sale price as a unit | | $ 92,150.00 |
| Appraised value: real property | 6,87,000.00 | |
| personal property | 500.00 | 87,500.00 |
| Gain on Sale | | $ 4,650.00 |

Sale price, additional personal property:

| | |
|---|---:|
| Sale price | $ 1,558.00 |
| Appraised value | 1,089.00 |
| Gain on Sale | 469.00 |

**TOTAL GAINS ON SALES**     $ 5,119.00

SCHEDULE C

SMM 0180

Estate of Marilyn Monroe, LASC No. 458,935

### ASSETS ON HAND AT MARCH 15, 1976

| | |
|---|---:|
| Clothing and personal effects | |
| Balance of furniture and furnishings | 397.50 |
| Gibraltar Savings and Loan savings account | 4,682.23 |
| Brentwood Savings and Loan savings account | 20,081.16 |
| Cash on hand | 23.50 |
| **Total Assets on Hand** | **$ 26,373.89** |

SCHEDULE D

SFAI 0181

Estate of Marilyn Monroe:  LASC No. 458,935

## ESTATE ACCOUNTED FOR

| | |
|---|---:|
| Inventory and Appraisement | 92,781.00 |
| Income receipts (interest on savings accounts) | 19,057.39 |
| | 5,119.00 |
| **TOTAL ESTATE ACCOUNTED FOR** | **$116,957.39** |

### Computation of Statutory Fees

2% x 116,957.39 = 2,339.15
plus   630.00
      $2,969.15 ✓

EXHIBIT II

SFAI 0182

1  Estate of Marilyn Monroe:    LASC No. 458,935
2
3              STATEMENTS RE ADDITIONAL FEES
4
5         In order to assist the court in ...
6  detail and urgency of the services rendered by the ...
7  executor, the special administratrix and the attorneys for
8  the ancillary executor, in connection with the requests for
9  fees set forth below, petitioner points out the following:
10        Decedent was a world-famous motion picture actress.
11 She died suddenly and unexpectedly. At the time of her
12 death, she was in the process of remodeling a house at
13 12305 5th Helena Drive, Los Angeles, California, which she
14 had recently acquired. There was a substantial trust deed
15 encumbrance on the property. There was no cash available in
16 California. There was not sufficient cash available at her
17 domicile in New York to meet all of her obligations. There
18 were 35 creditors' claims filed in the ancillary administra-
19 tion in California alone. There were mobs of curiosity
20 seekers who came to the house, many of whom sought to buy
21 or remove curios and memorabilia. There was no family member
22 who could supply any assistance in the supervision of the
23 decedent's affairs or in taking over any of her responsi-
24 bilities.
25        It is against this background that the requests for fees
26 in this estate must be viewed.

EXHIBIT III
(1)

SFA1 0283