SERVICES RENDERED

ESTATE OF MARILYN MONROE

CALENDAR - NOVEMBER, 1962:

Week Ending 11/3/62:

Trip to house to check on everything, let pool service man in and let gardener in.

Week Ending 11/10/62:                                                      7 Hours

Telephone Conversation with City National Bank regarding Termite Report.
Met Ruth Davis of the Riviera Realty Company at the house.
Received letter from City National Bank enclosing Termite Report.
Miscellaneous correspondence and telephone calls.
Two trips to house to check everything and to let pool service man and gardener in.

Week Ending 11/17/62:                                                      8½ Hours

Telephone Conversation with Aaron Frosch.
Telephone Calls - Creditors.
Three trips to house to check on everything, to let pool service man and gardener in.

Week Ending 11/24/62:                                                      5 Hours

Two trips to house to check on everything, to let pool service man and gardener in.

Week Ending 11/30/62:                                                      6 Hours

Telephone conversation with David Sokol regarding Janice Murray's claim.
Two trips to house to check on everything and to let pool service man and gardener in. Conference with John T. Sanicora regarding the possibility of his obtaining a small piece of the property at the bottom of the hill where his property meets the Monroe property.

TOTAL HOURS FOR THE MONTH OF NOVEMBER, 1962. . . . . . . . . . . . . . . . 29 Hours

EXHIBIT III
(8)

SF9Z 0203

SERVICES RENDERED

ESTATE OF MARILYN MONROE

MONTH OF DECEMBER, 1962:

**Saturday, December 1, 1962:**  2½ Hours

Various telephone calls and correspondence.
Two trips to house to check on everything and let pool service men and gardeners in.

**Week Ending 12/8/62:**  6 Hours

Telephone Conversation with City National Bank re: setoff claims against Estate of Marilyn Monroe Account for mortgage payments on house.
Various telephone calls with creditors, with Mrs. Wright, etc.
Two trips to house to check on everything, let pool service men and gardener in.

**Week Ending 12/15/62:**  5 Hours

Two trips to house to check on everything, let pool service men and gardener in.

**Week Ending 12/22/62:**  8 Hours

Miscellaneous telephone calls and correspondence.
Two trips to house to check on everything and to let pool service men and gardener in.

**Week Ending 12/29/62 and 12/30 and 12/31/62:**  6 Hours

Two trips to house to check on everything, to let pool service men and gardener in.
Various telephone calls from creditors and various correspondence.

TOTAL HOURS FOR THE MONTH OF DECEMBER, 1962 . . . . . . . . . . . . . 27 Hours

EXHIBIT III
(9)

SFAI 0204

SERVICES RENDERED

ESTATE OF MARILYN MONROE

CALENDAR – JANUARY, 1963

<u>Week ending 1/5/63:</u> ............................................................ 5½ Hours

Telephone conversation with City National Bank regarding charges against the Marilyn Monroe account covering mortgage payments on house. This was second conversation regarding this matter.
Two trips to house to check on everything and to let pool service man and gardener in.

<u>Week ending 1/12/63:</u> 5 Hours

Two trips to house to check on everything, to let pool service man and gardener in.

<u>Week ending 1/19/63:</u> 15 Hours

Received request from Howard La Shay for tax material and data.
Preparation and assembly of data for Mr. La Shay.
Preparing and analyzing accounts payable.
Meeting with Aaron Frosch regarding house, proof of interest to use for service.
Typing copies of statements of accounts payable, etc.
Two trips to house to check on everything, to let pool, service men and gardener in.

<u>Week ending 1/26/63:</u> 7 Hours

Mailed material requested to Howard La Shay, postal charges, etc.
Two trips to house to check on everything and to let pool service man and gardener in. On this trip I also had to meet with utility men regarding the installation of a new pole.

<u>Week ending 1/31/63:</u> 2½ Hours

One trip to house to check on everything and to let pool service man and gardener in.

TOTAL HOURS FOR THE MONTH OF JANUARY, 1963 ............................ 35 Hours


SFA1 0205

EXHIBIT III
(10)

SERVICES RENDERED

ESTATE OF MARILYN MONROE

CALENDAR – MARCH, 1963:

March 1 and 2, 1963:

Telephone conversations with prospective buyers of house and with Real Estate Brokers – Leon Stein, Kingston Keats and Lavonne Fitzgerald.
Trip to house to check on everything and let pool man and gardener in.

Week Ending 3/9/63:                                                         19 hours

Telephone calls with Mrs. Murray, Aura Bright, Inches and Co.
Telephone conversation with Mr. Gordon, Real Estate Broker, regarding house.
Telephone call to Gainesville, to Mrs. Miracle.
W-2 to Howard La Shur as per request in letter of 2/21/63.
Meeting with Mr. Monicori regarding bottom of hill (see w/e 11/10/62 for further information).
Met with Leon Stein to show house.
Met with Kingston Keats and Jim Eaton to show house.
Met with Mrs. Townsend to show house.
Met with Mr. Lendel and Mr. and Mrs. Laboy to show house.

Week Ending 3/16/63:                                                        33½ hours

Open House this week. Had special appointments with following people in addition to open house – Louise Hartman with client Mr. Inssler & Mrs., Mrs. Townsend, Mr. Colonauth of J. K. Winters office, Mrs. Sheppard, Mrs. Kael, Valery Rose, Mrs. Falney, Palmer North and Company, Jack _____.
Telephone conversations regarding audit of Workmen's Compensation insurance.
Mr. Monicori regarding bottom of hill and garden walls.

Week Ending 3/23/63:                                                        45 hours

Open House this week. Had special appointments with following people in addition to open house – Lavonne Fitzgerald with client Mr. ____ and Mrs. Bunes & Elmos, Mrs. Henry Cool, Mrs. Lermugge with J. Smith, Mr. Dafco, Mr. and Mrs. Slinker thru Elvira Company, George Elkins Company, Paul Horton Company, Mr. and Mrs. Porrogo, Claire Gordon of Patricia Allan Company.
Paid water and power bill of $24.26 out of personal funds.
__ photostatic made of purchases receipts and documents.

Week Ending 3/30/63:                                                        27 hours

Open House this week. Special appointment with Lavonne Fitzgerald _____
Open house this week _____
Calls for. In addition a total of five special appointments with

SFA1 0206

EXHIBIT III
(12)

CALENDAR - MARCH, 1963, Continued:

Week Ending 3/30/63 Continued:

different loan agencies and companies.
Letter and supporting documents to Martin Jurow. Met
with Mr. Jurow during which time we went over documents, etc.

TOTAL HOURS FOR THE MONTH OF MARCH, 1963 . . . . . . . . . . . . . .125½ hours

EXHIBIT III
(13)

SFM 0207

SERVICES RENDERED

ESTATE OF MARILYN MONROE

CALENDAR — APRIL, 1963:

**Week Ending 4/5/63:**  7 hours

Letter to Gloria Lovell enclosing check for $10.85, filed on State Insurance Fund.
Letter to Gloria Lovell regarding Coff.
Letter to Perniess Miracle.
Two trips to house to check everything and let pool man and gardener in.

**Week Ending 4/13/63:**  6 hours

Letter to Mr. Taboishi, the gardener (supplies and postage $.50).
Follow up to Gloria Lovell.
Telephone conversation with Mr. Mullin regarding Coff.
Two trips to house to check on everything and let pool man and gardener in.

**Week Ending 4/20/63:**  7 hours

Telephone calls regarding rugs.
Telephone calls regarding Couch being held by Railway Express.
Two trips to house to check on everything and let pool man and gardener in. Also, on one trip, special appointment made to open gate for Railway Express people so that they could deliver couch.

**Week Ending 4/27/63 and 4/28 - 4/30/63:**  7 hours

Check on everything and let pool man and gardener in.

**TOTAL HOURS FOR THE MONTH OF APRIL, 1963**. . . . . . . . . . 27 hours

SFA1 0208

EXHIBIT III

SERVICES RENDERED

ESTATE OF [...]

CALENDAR – MAY, 1953:

Week Ending 5/4/53:

*ef*  Miscellaneous correspondence and [...]
telephone calls from brokers and people all interested [...]
sale of house, primarily when court hearing will be.
Trip to house to check on everything and let pool man and
gardener in.

Week Ending 5/11/53:

*ef*  Court hearing regarding sale of [...]
Meeting with Dr. Hunca to discuss the [...]
might be interested in.
Two trips to house to check on everything and let pool man and
gardener in. On one meeting had a [...]
also special appointment with gas company to [...]
meter out.
Preparation and typing of 4 copies of inventory. Four hours extra
time, paid extra help $10.00.

Week Ending 5/18/53:

Miscellaneous telephone calls, Pura Wright, Mrs. Hunca, etc.
Two trips to house to check on everything and let pool man and
gardener in.

Week Ending 5/25/63:

Paid Department of Water and Power bill $23.5. out of pocket.

Miscellaneous telephone calls – Pura Wright, Bill Alexander (regarding
a table he is interested in), we can [...]
longer they will have to wait for their money, etc.
Compilation of data, calendar etc, typing of calendar.
One trip to house to check on everything and let pool man and
gardener in.

Week Ending 5/31/53:

Final typing of calendar and data for Mr. [...]
Letter to Mr. [...] enclosing calendar and [...]
supporting statement for services rendered.
Telephone calls – Pura Wright and others.
Trip to house to check everything and let pool man and gardener in.

TOTAL HOURS FOR THE MONTH OF MAY, 1953 . . . . . . . . . . .

SFA1 0209

## ADDITIONAL SERVICES RENDERED
## ESTATE OF MARILYN MONROE

### CALENDAR - JUNE, 1963:

**June 4, 1963:** 1 Hour

Conference with Raymond Fohn on delivery of calendar detail on services rendered through May 31, 1963.

**June 6, 1963:** 1½ Hours

Meeting with Dr. Nunez regarding action on bid for purchase of house. Conversation with Mrs. Brown on same.

**June 7, 1963:** 2½ Hours

Met "loan" man at house so that he could make inspection and appraisal in connection with Dr. Nunez obtaining financing.

**June 13, 1963:** 1 Hour

Conference with Mr. Marcus.

**June 18, 1963:** ½ Hour

Letter and conference with Mr. Wheaton regarding claim on returned check which he had cashed for Norman Jeffries.

**June 20, 1963:** 3 Hours

Showing furniture in which Dr. Nunez was interested and discussion regarding purchase. Took place at house.

**June 22, 1963:** 3½ Hours

Meeting and conference with Dr. Nunez (from 12:30 to 4:00)

**June 25, 1963:** 1½ Hours

Meeting again with Dr. Nunez.

**June 26, 1963:** 1½ Hours

Meeting again with Dr. Nunez.

TOTAL HOURS FOR THE MONTH OF JUNE, 1963 . . . . . . . . . . . . 16½ Hours

### CALENDAR - JULY, 1963:

**July 2, 1963:** ½ Hour

Two phone calls to Appraiser (Mr. Donahue) for additional appraisal on couch.

SFA1 0210

July 3, 1963:                                                                                     1 Hour

Met Mr. Donohue at house to make appraisal.

July 16, 17 and 18, 1963:                                                                  6½ Hours

Time at house showing furniture and talking to Dr. Nunez.

TOTAL HOURS FOR THE MONTH OF JULY, 1963. . . . . . . . . . 8 Hours

CALENDAR - AUGUST, 1963:

August 29, 1963:                                                                              2 Hours

Hearing regarding approval of sale of house held in Superior Court.

TOTAL HOURS FOR THE MONTH OF AUGUST, 1963. . . . . . . . . . 2 Hours

CALENDAR - SEPTEMBER, 1963:

September 19, 1963:                                                                        2 Hours

Discharged as Special Administratrix. Court Hearing.

September 23, 1963:                                                                        1 Hour

Conference with Mrs. Brown to deliver funds received on sale of personal property. Amount: $1,558.00.

TOTAL HOURS FOR THE MONTH OF SEPTEMBER, 1963. . . . . . . . 3 Hours

CALENDAR - OCTOBER, 1963:

October 9, 1963:                                                                              3 Hours

Analysis of Creditors Claim made by Mura Bright in response to request from Mrs. Brown and reply to Mrs. Brown with analysis and summary of claim.

October 10, 1963:                                                                            2 Hours

Warehouse calls and letters.

TOTAL HOURS FOR THE MONTH OF OCTOBER, 1963. . . . . . . . . 5 Hours

EXHIBIT III
(37)

SFA1 0211

THE DOCUMENT TO WHICH THIS CERTIFICATE IS ATTACHED IS A FULL, TRUE, AND CORRECT COPY OF THE ORIGINAL ON FILE AND OF RECORD IN MY OFFICE.

ATTEST  JAN 2 3 2008

JOHN A. CLARKE, CLERK

Executive Officer/Clerk of the Superior Court of California, County of Los Angeles.

By _R. Beeder_ Deputy

This is the best microfilm copy available

SFJI 0212