# EXHIBIT 27

GANG, TYRE & BROWN
6400 Sunset Building
Los Angeles, California 90028
(213) 463-4863

**FILED**
JUL 15 1976
John J. Corcoran, County Clerk
A. Hernandez

ENTERED ..2:80 = 271
JUL 16 1976

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

IN THE MATTER OF THE ESTATE ) No. P-458,935
)
OF ) ORDER SETTLING FIRST AND FINAL
) ACCOUNT OF ANCILLARY EXECUTOR,
MARILYN MONROE, ) ALLOWING REPORT, ALLOWING STATUTORY
) AND EXTRAORDINARY EXECUTOR'S COM-
Deceased. ) MISSIONS AND ATTORNEYS' FEES,
) INCLUDING ALLOWANCE FOR FEES OF
) SPECIAL ADMINISTRATOR AND HER
) ATTORNEYS, DIRECTING DEPOSIT OF
) MONEYS DUE UNLOCATED CLAIMANT,
) AUTHORIZING PAYMENT OF ESTATE OBLI-
) GATION AND DIRECTING FINAL DISTRI-
) BUTION TO DOMICILIARY EXECUTOR
)

The verified FIRST AND FINAL ACCOUNT OF ANCILLARY EXECUTOR, REPORT, PETITION FOR ALLOWANCE OF STATUTORY AND EXTRAORDINARY EXECUTOR'S COMMISSIONS AND ATTORNEYS' FEES, INCLUDING ALLOWANCE FOR FEES OF SPECIAL ADMINISTRATOR AND HER ATTORNEYS, PETITION FOR ORDER DIRECTING DEPOSIT OF MONEYS DUE UNLOCATED CLAIMANT, AND PETITION FOR FINAL DISTRIBUTION TO DOMICILIARY EXECUTOR (the "Original Petition") of AARON R. FROSCH, ancillary Executor of the above estate, GANG, TYRE & BROWN, by Hermione K. Brown, appearing as attorneys for said Executor, coming on the 15th day of June, 1976 in Department 11 of the above entitled Court for

-1-

SFA1 0132

1  hearing and settlement by the Court, and being duly continued to
2  July 13, 1976, and the verified SUPPLEMENT AND AMENDMENT THERETO,
3  REQUESTING AUTHORITY TO PAY ESTATE OBLIGATION ("Supplement"), of
4  said Executor being filed and set for hearing concurrently there-
5  with, (the original Petition and Supplement being collectively
6  called "the Petition"), before the Honorable Neil A. Lake, Judge
7  Presiding, the Court, after examining the Petition, of
8  the evidence and finding that due notice of the hearing on the
9  Petition has been given as required by law, that the consent of
10 the Special Administrator to allocation of statutory executor's
11 commissions, and the consent of the Special Administrator's attor-
12 neys to allocation of the statutory attorneys' fees are on file,
13 that notice to creditors has been duly given as required by law,
14 that all inheritance taxes and personal property taxes due and
15 payable by said estate have been paid, that said executor has
16 been unable, after diligent search, to locate Jose Paraeo (or
17 Jose Carareo) a creditor of decedent's estate, whose claim for
18 $66.00 was duly filed, approved and allowed, that all other
19 creditors have been paid in full as set forth in the Petition,
20 that INEZ C. MELSON has rendered valuable services to the Executor,
21 for which she is entitled to compensation, that all other facts
22 set forth in the Petition are true, and that said estate is in
23 a condition to be finally closed and distributed, settles said
24 Account, approves said Report and grants said Petition as follows:
25     IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that notice
26 to creditors has been duly given as required by law, that said
27 Executor has in his possession, as at March 15, 1976 belonging to
28 said estate after deducting the credits to which he is entitled,

SFA1 0133

1  a balance of $26,375.89, of which $24,788.89 constitutes cash
2  on hand or in savings accounts and the balance consists of assets
3  other than cash at the values of the appraisement, and said
4  Account and Report are approved, settled and allowed accordingly;
5  that the Executor is directed to deposit the sum of $66.00, which
6  is hereby fixed as the amount of the claim of Jose Parago (or
7  Jose Cararco), with the County Treasurer of the County of Los
8  Angeles, California, to be receipted, accounted for and disposed
9  of in the manner provided in Probate Code Section 738; that the
10 Executor is authorized to pay as a proper obligation of the
11 estate to INEZ C. MELSON, for services rendered by her, the sum
12 of $2,800; that statutory executor's commissions in the sum of
13 $2,969.15 are hereby allowed, to be divided as follows: $700.00
14 to INEZ C. MELSON, the Special Administrator and $2,269.15 to
15 AARON R. FROSCH, the Executor; that, in addition, there is
16 allowed to AARON R. FROSCH, as extraordinary Executor's commis-
17 sions, the sum of $6,000; that there is allowed as statutory
18 attorneys' fees, the sum of $2,969.15, to be divided as follows:
19 $742.29 to ABRAHAM MARCUS, the attorney for the Special Admini-
20 strator, and $2,226.86 to GANG, TYRE & BROWN, attorneys for the
21 Executor; that, in addition, there are allowed to GANG, TYRE &
22 BROWN extraordinary legal fees in the sum of $12,000; that after
23 payment of fees and commissions and other items allowed herein,
24 and expenses incidental to distribution, all of the balance of
25 decedent's estate in California, whether or not described herein
26 or hereafter discovered and consisting so far as is known, of
27 the following:
28

SFA1 0134

1. Clothing and personal effects;
2. Balance of furniture and furnishings;
3. Balance of cash on hand or in savings accounts;

be distributed to AARON R. FROSCH, as Executor of decedent's will appointed by the Surrogate's Court of the County of New York, State of New York.

DATED: July 15, 76

NB?L A. GALE, Judge

This is the best microfilm copy available

THE DOCUMENT TO WHICH THIS CERTIFICATE IS ATTACHED IS A FULL, TRUE, AND CORRECT COPY OF THE ORIGINAL ON FILE AND OF RECORD IN MY OFFICE.

ATTEST  JAN 2 3 2008

JOHN A. CLARKE, CLERK

Executive Officer/Clerk of the Superior Court of California, County of Los Angeles.

By _____R. Beechum_____ Deputy
R. BEECHUM    SFA1 0136

# EXHIBIT 28

```
GANG, TYRE & BROWN
6400 Sunset Building
Los Angeles, Calif. 90028

463-4863
```

FILED
DEC 14 1976
John J. Corcoran, Acting County Clerk
BY HECTOR DCK [illegible]

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

IN THE MATTER OF THE ESTATE ) No. P- 458,935
) 
OF )
)
MARILYN MONROE, ) RECEIPT
)
)
Deceased. )
)
)
)
_____)

The undersigned, Aaron R. Frosch, hereby acknowledges receipt of all items distributed to him as executor of the domiciliary estate of the above decedent, in accordance with the ORDER SETTLING FIRST AND FINAL ACCOUNT OF ANCILLARY EXECUTOR, ALLOWING REPORT, ALLOWING STATUTORY AND EXTRAORDINARY EXECUTOR'S COMMISSIONS AND ATTORNEYS' FEES, INCLUDING ALLOWANCE FOR FEES OF SPECIAL ADMINISTRATOR AND HER ATTORNEY, DIRECTING DEPOSIT OF MONEYS DUE UNLOCATED CLAIMANT, AUTHORIZING PAYMENT OF ESTATE OBLIGATION AND DIRECTING FINAL DISTRIBUTION TO

DOMICILIARY EXECUTOR, dated July 15, 1976.

Dated: July 22, 1976

_Aaron R. Frosch_
Aaron R. Frosch

SFA 00676

# EXHIBIT 29

GANG, TYRE & BROWN
6400 Sunset Building
Los Angeles, Calif. 90028

463-4863

FILED
AUG 11 1976
John J. Corcoran, Acting County Clerk
P. Rico
BY P. RICO, DEPUTY

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

IN THE MATTER OF THE ESTATE ) No. P-458,935
OF )
) R E C E I P T
MARILYN MONROE, )
)
Deceased. )
)

The undersigned, Aaron R. Frosch, ancillary executor of the above estate, hereby acknowledges receipt of the sum of $2,269.15, being his share of the statutory executor's commissions, and the sum of $6,000.00, being extraordinary executor's commissions, allowed to the undersigned pursuant to the decree of final distribution made in the above estate.

Dated: July 22, 1976

Aaron R. Frosch

SFA 00658

# EXHIBIT 30

| NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S): | |
|---|---|
| GANG, TYRE & BROWN    463-4863<br>6400 Sunset Building<br>Los Angeles, Calif. 90028 | FILED<br>JAN 21 1977<br>John J. Corcoran, Acting County Clerk<br>By J. Austin<br>BY J. AUSTIN, DEPUTY |

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| ESTATE OF | CASE NUMBER |
|---|---|
| MARILYN MONROE,<br><br>DECEASED | P - 458,935<br><br>AFFIDAVIT OR DECLARATION FOR FINAL DISCHARGE AND ORDER |

State of New York, County of New York ) SS:

The undersigned as _____ancillary executor_____ _____ of the above entitled estate states that distribution has been made of all the property and assets of said estate in accordance with the decree therefor made; that all money, stocks, bonds and other personal property* have been delivered to the distributees as ordered by said decree ~~xxxxxxxxxxxxxxxxxxxxxxxxxxxxxx~~ ~~xxxxxxxxxxxxxxxxxx~~ and that all lawfully required acts as such _____ancillary executor_____ _____ have been performed.

_____21 July_____ _____1976_____ ~~California~~
(Date)

Subscribed and sworn to before me this
21 day of July, 1976.

_____
Notary Public in and for said
County and State
RICHARD M. ROSENTHAL
Notary Public, State of New York
No. 31-1340115
Qualified in New York County
Commission Expires March 30, 1977

**I certify (or declare) under the penalty of perjury that the foregoing is true and correct.

_____Aaron R. Frosch_____
Aaron R. Frosch

### ORDER OF FINAL DISCHARGE

It appearing that all acts of _____Aaron R. Frosch_____ as _____ancillary executor_____ were performed as required by law;

IT IS ORDERED, ADJUDGED AND DECREED:

That _____Aaron R. Frosch_____ as _____ancillary executor_____ be discharged as such and sureties are hereby released from liability for all acts subsequent hereto.

Dated _____JAN 21 1977_____

_____
~~Court Commissioner~~   Judge

*If there is no personal property, or the fiduciary has no distributees, the fact must be alleged.

**The signature, if executed outside the State of California, must be acknowledged before some person legally entitled to administer an oath or affirmation. (Judicial Council form of Copy do not permit the attachment of jurats and riders.)

208  PRABODY (Rev. 8/69) Cal. Ed. 11   FINAL DISCHARGE AND ORDER



THE DOCUMENT TO WHICH THIS CERTIFICATE IS ATTACHED IS A FULL, TRUE, AND CORRECT COP OF THE ORIGINAL ON FILE AND OF RECORD IN MY OFFICE.

ATTEST **FEB 0 7 2008**

JOHN A. CLARKE, CLERK
Executive Officer/Clerk of the Superior
Court of California, County of Los Angeles.
By _____ Deputy

L. WHITE