UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
SHAW FAMILY ARCHIVES, LTD., EDITH MARCUS, :
and META STEVENS,                         :         ECF CASE
                                          :
                                          :
                    Plaintiffs,           :         Index No. 05 CV 3939 (CM)
                                          :
        -against-                         :
                                          :
CMG WORLDWIDE, INC., an Indiana Corporation :
and MARILYN MONROE, LLC, a Delaware       :
Limited Liability Company,                :
                                          :
                    Defendants.           :
                                          :
------------------------------------------------------------------------X

## NOTICE OF MOTION

To:    Paula Colbath, Esq.
       Loeb & Loeb LLP
       345 Park Avenue
       New York, New York 10154
       (212) 407-4905

       Theodore J. Minch, Esq.
       Sovich Minch, LLP
       10099 Chesapeake Drive, Suite 100
       McCordsville, Indiana 46055
       (317) 335-3601

PLEASE TAKE NOTICE, that, upon the Memorandum of Law in Support of Plaintiffs' Motion For An Order that SB 771 is Unconstitutional and that the Court's May 2, 2007 Decision and Order Stands, Declaration of Christopher Serbagi, dated February 14, 2008, Plaintiffs, by their undersigned attorneys, will move this Court, in the Courtroom of the Honorable Colleen McMahon, United States District Judge, United States Courthouse, 500 Pearl Street, New York, New York, 10007, at a time and date to be determined by the Court, for an Order that 2007 Cal.

Stat. Ch. 439 ("SB 771") is Unconstitutional and that the Court's May 2, 2007 Decision and Order Stands, and for other relief that the court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that answering papers, if any, are to be served on counsel for Plaintiffs two weeks after receipt of moving papers, and reply papers, if any, are to be served five (5) business days after service of answering papers.

Dated: New York, New York
February 14, 2008

Respectfully Submitted,

By: _____
Christopher Serbagi
David Marcus
Law Offices of Christopher Serbagi
488 Madison Avenue, Suite 1120
New York, New York 11201
Tele: (212) 593-2112
Fax: (212) 308-8582

Attorneys for the Plaintiffs