# EX. E

Filed separately under seal pursuant to Protective Order