5UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHAW FAMILY ARCHIVES, LTD., EDITH       :
MARCUS and META STEVENS,                :
                                        :
            Plaintiffs,                 : Index No. O5 CV 3939 (CM)
                                        :
    -against-                           : Hon. Colleen McMahon
                                        :
                                        :
CMG WORLDWIDE, INC., an Indiana Corporation:
and MARILYN MONROE, LLC, a Delaware     :
Limited Liability Company,              :
                                        :
            Defendants.                 :
                                        :
------------------------------------------------------------X

## DECLARATION OF DAVID M. MARCUS

STATE OF NEW YORK   )
                    : ss.:
COUNTY OF NEW YORK  )

      I, DAVID MARCUS, an attorney duly licensed to practice law before this Court, declare the following facts under penalty of perjury:

    1.    I represent Shaw Family Archives, Ltd., Edith Marcus, Meta Stevens and Bradford Licensing Associates (collectively referred to as the "Shaw Family") in the above-captioned matter and am fully familiar with the facts set forth herein. This Declaration identifies a series of exhibits that are part of ECF Document No: 194, which we filed on February 14, 2008.

    2.    Attached hereto as Exhibit B, parts 1-3, is a true and correct certified copy of the honorable Margaret Morrow's Decision and Order dated May 17, 2007.

    3.    Attached hereto as Exhibit D, parts 2-3, is a true and correct copy of the Honorable Margaret Morrow's January 7, 2008 Decision and Order. Exhibit D, part 1, was previously filed.

Dated: New York, New York
February 16, 2008

                                      LAW OFFICES OF CHRISTOPHER SERBAGI

                                      By: David M. Marcus
                                      488 Madison Avenue
                                      New York, New York 10022
                                      Tel: 212-593-2112
                                      Fax: 212-308-5852

                                      Attorneys for Shaw Family Archives, Ltd.,
                                      Bradford Licensing Associates, Edith Marcus and
                                      Meta Stevens