5UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHAW FAMILY ARCHIVES, LTD., EDITH         :
MARCUS and META STEVENS,                  :
                                          :
                    Plaintiffs,           :  Index No. 05 CV 3939 (CM)
                                          :
        -against-                         :  Hon. Colleen McMahon
                                          :
                                          :
CMG WORLDWIDE, INC., an Indiana Corporation:
and MARILYN MONROE, LLC, a Delaware       :
Limited Liability Company,                :
                                          :
                    Defendants.           :
                                          :
------------------------------------------------------------X

## DECLARATION OF DAVID M. MARCUS

STATE OF NEW YORK    )
                     : ss.:
COUNTY OF NEW YORK   )

    I, DAVID MARCUS, an attorney duly licensed to practice law before this Court, declare the following facts under penalty of perjury:

    1.    I represent Shaw Family Archives, Ltd., Edith Marcus, Meta Stevens and Bradford Licensing Associates (collectively referred to as the "Shaw Family") in the above-captioned matter and am fully familiar with the facts set forth herein. This Declaration identifies a series of exhibits that are part of ECF Document No: 190, which we filed on February 14, 2008.

    2.    Attached hereto as Exhibit 26 is a true and correct certified copy of the Notice of Hearing, dated May 25, 1976, and First and Final Account of the Ancillary Executor, with exhibits, dated April 29, 1976. SFA1 0155-212

3. Attached hereto as Exhibit 40 is a true and correct certified copy of the Complaint of Nancy Miracle filed in the United States District Court in the District of Hawaii, dated September 16, 1992. SFA1 0001-0009.

4. Attached hereto as Exhibit 41 is a true and correct certified copy of Anna Strasberg's Notice of Hearing of her motion to dismiss Nancy Miracle's complaint, dated November 9, 1992.

5. Attached hereto as Exhibit 47b-d is a true and correct certified copy of Nancy Miracle's memorandum of law in opposition to Anna Strasberg's motion to dismiss, dated November 30, 1992. Exhibit 47a was previously filed.

6. Attached hereto as Exhibit 54b is a true and correct certified copy of Nancy Miracle's opening brief filed in the Ninth Circuit, dated May 14, 1993. Exhibit 54a was previously filed.

7. Attached hereto as Exhibit 60 is a true and correct copy of the petition for judicial settlement of final account of Anna Strasberg as Administratrix of the estate of Marilyn Monroe, dated October 18, 2000. MM 0002789-2799

8. Attached hereto as Exhibit 64 is a true and correct copy of a receipt and release signed by Anna Strasberg, dated July 26, 2001. MM 0003475-3476

Dated: New York, New York
February 16, 2008

LAW OFFICES OF CHRISTOPHER SERBAGI

By: David M. Marcus
488 Madison Avenue
New York, New York 10022
Tel: 212-593-2112
Fax: 212-308-5852

Attorneys for Shaw Family Archives, Ltd.,
Bradford Licensing Associates, Edith Marcus and
Meta Stevens