# EXHIBIT 26, PART D

Estate of Marilyn Monroe:   LASC No. 458,935

## DISBURSEMENTS

Disbursements by Special Administratrix per First and Final Account and Report of Special Administratrix and Order Settling First and Final Account, etc., on file in the above estate

| | Date | Description | Amount |
|---|---|---|---|
| | | City National Bank charge against decedent's bank account re overdue note payments (August, 1962) | 955.00 |
| | 7/17/63 | Bel Air Patrol Co., guard services | 1,000.00 |
| | 7/17/63 | City National Bank creditor's claim plus interest and charges | 38,516.57 |
| | 7/17/63 | Broker's commission, $4,607.50, and $1,801.79 for taxes, closing charges and escrow fees re sale of Helena Drive property | 6,409.29 |
| | 7/23/63 | Harold J. Ostly, personal property tax | 3.02 |
| | 7/23/63 | Appraisal Bureau, Inc., appraisal services | 200.00 |
| | 7/23/63 | Norman Jeffries, labor | 360.00 |
| | 7/24/63 | Cherie Redmond, wages plus $129.30 withholding due July, 1962 | 689.30 |
| | 7/24/63 | Cherie Redmond, creditor's claim for wages | 100.00 |
| | 7/25/63 | West Los Angeles Patrol, guard service | 950.00 |
| | 7/26/63 | Gang, Tyre & Brown, reimbursement for costs advanced to estate. (For itemization, see Schedule (1) attached.) | 514.67 |
| | 8/15/63 | General Telephone Co. | 77.49 |
| | 8/15/63 | Southern Counties Gas Co. | 115.11 |
| | 8/16/63 | Department Water & Power | 46.49 |

SCHEDULE B
(1)

SFA1 0171

| | | Estate of Marilyn Monroe:   LASC No. 458,935 | |
|---|---|---|---|
| 3 | 8/16/63 | Appraisal Bureau, Inc., appraisal services | $ 20.00 |
| 5 | 8/16/63 | Sam S. Tateishi, gardening services | |
| 6 | 8/16/63 | Landon Pool Service | |
| 7 | 10/3/63 | Edward P. Halavaty, locksmith | |
| 8 | 11/20/63 | Department of Employment | 36.00 |
| 9 | 12/10/63 | Bekins Van and Storage | 54.10 |
| 10 | 2/5/64 | Behrendt-Levy Insurance Agency, renewal executor's $5,500 bond | 27.50 |
| 12 | 8/10/64 | Gang, Tyre & Brown, reimbursement for costs advanced to estate (For itemization, see Schedule (1) attached.) | 601.75 |
| 14 | 10/15/64 | Gang, Tyre & Brown, reimbursement for costs advanced to the estate (For itemization, see Schedule (1) attached.) | 1,028.45 |
| 17 | 1/28/65 | Behrendt-Levy Ins. Agency, renewal executor's $5,500 bond | 27.50 |
| 18 | 3/1/65 | Gang, Tyre & Brown, reimbursement for costs advanced to the estate (For itemization, see Schedule (1) attached.) | 23.50 |
| 21 | 5/10/65 | Behrendt-Levy Ins. Agency, premium on executor's $50,000 bond | 201.75 |
| 22 | 8/4/65 | Fidelity Van and Storage | 102.00 |
| 23 | 2/5/66 | Behrendt-Levy Ins. Agency, renewal executor's $5,500 bond | 27.50 |
| 25 | 5/9/66 | Behrendt-Levy Ins. Agency, renewal executor's $50,000 bond | 201.75 |
| 26 | 1/1/66 | Behrendt-Levy Ins. Agency, renewal executor's $5,500 bond | 28.00 |
| 28 | 1/4/68 | United California Bank, bank service charge | 9.00 |

Estate of Marilyn Monroe;   LASC No. 458,935

| | | | |
|---|---|---|---|
| 3 | 5/3/68 | Behrendt-Levy Ins. Agency, renewal executor's $50,000 bond | 202.00 |
| 5 | 3/10/69 | Behrendt-Levy Ins. Agency, renewal executor's $5,500 bond | 28.00 |
| 7 | 5/28/69 | Behrendt-Levy Ins. Agency, renewal executor's $50,000 bond | 202.00 |
| 8 | 1/26/70 | Franchise Tax Board, principal and interest to 2/1/70 | 3,301.00 |
| 10 | 3/5/70 | Behrendt-Levy Ins. Agency, renewal of executor's $5,500 bond | 28.00 |
| 11 | 5/15/70 | Behrendt-Levy Ins. Agency, renewal of executor's $50,000 bond | 202.00 |
| 13 | 7/14/70 | Gang, Tyre & Brown, reimbursement of costs advanced to the estate (For itemization, see Schedule (1) attached.) | 39.65 |
| 15 | 12/70 | Department of Employment, principal amount of creditor's claim | 99.18 |
| 16 | 12/70 | Department of Employment, interest on creditor's claim - advanced by Gang, Tyre & Brown and reimbursed by estate | 40.92 |
| 19 | 12/70 | R. B. Thompson (Thompson Electric Co.), creditor's claim | 111.47 |
| 20 | 12/70 | C & J Howard, Inc., dba Landon Pool Service, creditor's claim | 37.00 |
| 22 | 12/70 | Santa Monica Dairy, dba Edgemar Farms, creditor's claim | 6.06 |
| 23 | 12/70 | Robert K. Goka, dba Frank's Nurseries, creditor's claim | 59.64 |
| 25 | 12/70 | Saks Fifth Avenue, creditor's claim | 388.32 |
| 26 | 12/70 | Raese Period Furniture, creditor's claim | 313.92 |
| 27 | 12/70 | Vicente Pharmacy, creditor's claim | 58.57 |

SCHEDULE B
(3)

SGA10173

Estate of Marilyn Monroe:        LASC No. 458,935

| | | | |
|---|---|---|---|
| 2 | | Pacific Telephone, creditor's claim | $ 14.66 |
| 3 | 12/70 | Agnes M. Flanagan, creditor's claim | 340.00 |
| 4 | 12/70 | Dr. Hyman Engelberg, creditor's claim | |
| 5 | 12/70 | Malone Studio Service, Inc., creditor's claim | |
| 6 | 12/70 | Magnetic Springs Water Co., creditor's claim | |
| 7 | 12/70 | | |
| 8 | | Drs. Conti & Steinberg, creditor's claim | 25.00 |
| 9 | 12/70 | General Telephone, creditor's claim | 27?.?? |
| 10 | | Sam S. Tateishi, creditor's claim | 45.00 |
| 11 | 12/70 | Rand-Fields, Inc., creditor's claim | 205.59 |
| 12 | 12/70 | Don J. Briggs, Inc., creditor's claim | 215.41 |
| 13 | 12/70 | James M. Attley, dba The Adair Co., creditor's claim | 29.95 |
| 14 | 12/70 | | 150.00 |
| 15 | | A. Ray Tolman, creditor's claim | |
| 16 | 12/70 | Allan Snyder, creditor's claim | 1,800.00 |
| 17 | 12/70 | Buzin News Co., creditor's claim | 94.00 |
| 18 | 12/70 | Austin A. Innes, creditor's claim | 44.17 |
| 19 | 12/70 | Dr. Ralph R. Greenson, creditor's claim | 1,400.00 |
| 20 | 12/70 | Francis-Orr Stationery Co., creditor's claim | 5.55 |
| 21 | 12/70 | | |
| 22 | | Jack Ostrov, creditor's claim | 2,500.00 |
| 23 | 12/70 | Edward P. Halavaty (A-1 Lock & Safe Co.), creditor's claim | 17.28 |
| 24 | 12/70 | The Arthur P. Jacobs Co., creditor's claim | 797.85 |
| 25 | 12/70 | Mura Bright, creditor's claim | 1,050.67 |
| 26 | | | |
| 27 | 12/70 | | |

SCHEDULE B
(4)

SFA1 0174

Estate of Marilyn Monroe        LASC No. A58,935

| | | | |
|---|---|---|---|
| 2 | | Norman Jeffries, creditor's claim | $ 180.00 |
| 3 | 12/70 | | |
| 4 | 6/7/72 | Fidelity Van & Storage Co. Inc. - storage charges 5/23-6/23/72 | 76.50 |
| 5 | | | |
| 6 | 7/24/72 | Allied Van Lines - storage charges 6/23-8/23/72 | 51.00 |
| 7 | 7/27/72 | Bank service charges | .60 |
| 8 | 8/1/72 | Behrendt-Levy Ins. Agency - executor's bond | 202.00 |
| 9 | | | 6.32 |
| 10 | 8/25/72 | Bank checks | .80 |
| 11 | 8/25/72 | Bank service charges | |
| 12 | 9/12/72 | Allied Van Lines - storage charges 8/23-9/23/72 | 25.50 |
| 13 | | | .60 |
| 14 | 10/12/72 | Bank service charges | |
| 15 | | Allied Van Lines - storage charges 9/23-10/23/72 | 25.50 |
| 16 | 10/27/72 | Allied Van Lines - storage charges 10/23-11/23/72 | 25.50 |
| 17 | | | .60 |
| 18 | 10/27/72 | Bank service charges | |
| 19 | 11/27/72 | Allied Van Lines - storage charges 11/23-12/23/72 | 25.50 |
| 20 | 11/27/72 | Gang, Tyre & Brown - costs (see Schedule (1) attached) | 27.01 |
| 21 | 11/27/72 | Bank service charges | .70 |
| 22 | 12/31/72 | Bank service charges | |
| 23 | 1/3/73 | Allied Van Lines - storage charges 12/23/72-1/23/73 | 25.50 |
| 24 | | | .60 |
| 25 | 1/27/73 | Bank service charges | |
| 26 | 1/27/73 | Allied Van Lines - storage charges 1/23-2/23/73 | 25.50 |
| 27 | | | |
| 28 | ... | | |

SCHEDULE B

(5)

SFAL 0175

| | | Estate of Marilyn Monroe: LASC No. 458,935 | |
|---|---|---|---|
| 3 | 2/16/73 | Behrendt-Levy Ins. Agency, executor's bond | $ 23.00 |
| 4 | 2/27/73 | Bank service charges | .70 |
| 5 | 3/7/73 | Allied Van Lines - storage charges 2/23-3/23/73 | |
| 7 | 3/30/73 | Bank service charges | |
| 8 | 4/30/73 | Bank service charges | |
| 9 | 5/25/73 | Bank service charges | .50 |
| 10 | 6/4/73 | Bank charge for bounced check | 3.00 |
| 11 | 6/30/73 | Bank service charges | .60 |
| 12 | 7/29/73 | Bank service charges | .60 |
| 13 | 8/30/73 | Bank service charges | .60 |
| 14 | 9/27/73 | Bank service charges | .60 |
| 15 | 10/28/73 | Bank service charges | .60 |
| 16 | 11/28/73 | Bank service charges | .60 |
| 17 | 12/28/73 | Bank service charges | .60 |
| 18 | 1/27/74 | Bank service charges | .60 |
| 19 | 2/27/74 | Bank service charges | .60 |
| 20 | 3/24/74 | Bank service charges | .60 |
| 21 | 4/30/74 | Bank service charges | .60 |
| 22 | 5/30/74 | Bank service charges | .60 |
| 23 | 6/30/74 | Bank service charges | .60 |
| 24 | 7/30/74 | Gang, Tyre & Brown - costs (see Schedule (1) attached) | 45.35 |
| 25 | 7/30/74 | Bank service charge | .60 |
| 26 | 8/30/74 | Bank service charge | .70 |

SCHEDULE B
(6)

SFA1 0176

Estate of Marilyn Monroe, LASC No. 458-935

| | | | | |
|---|---|---|---|---|
| 3 | 9/30/74 | Bank service charges | $ | .60 |
| 4 | 10/30/74 | Bank service charges | | |
| 5 | 11/30/74 | Bank service charges | | |
| 6 | 12/30/74 | Bank service charges | | ... |
| 7 | 1/30/75 | Bank service charges | | .60 |
| 8 | 2/30/75 | Bank service charges | | .60 |
| 9 | 3/30/75 | Bank service charges | | |
| 10 | 4/21/75 | Frank B. Hall & Co. - executor's bond | | |
| 11 | 4/30/75 | Bank service charges | | .60 |
| 12 | 5/30/75 | Bank service charges | | .70 |
| 13 | 6/30/75 | Bank service charges | | .60 |
| 14 | 7/30/75 | Bank service charges | | .60 |
| 15 | 8/30/75 | Bank service charges | | .60 |
| 16 | 9/9/75 | Franchise Tax Board - partial payment - California Income Tax | | 20,000.00 |
| 17 | 9/30/75 | Bank service charges | | .70 |
| 18 | 10/30/75 | Bank service charges | | .60 |
| 19 | 11/30/75 | Bank service charges | | .60 |
| 20 | 12/30/75 | Bank service charges | | .60 |
| 21 | 1/30/76 | Bank service charges | | .60 |
| 22 | 2/9/76 | Franchise Tax Board - balance of payment for California Income Tax | | 12,139.73 |
| 24 | 3/15/76 | Bank service charges | | .60 |
| 25 | | Total Disbursements | $ | 124,821.18 |

SCHEDULE B
(7)

SFAI 0177

COSTS ADVANCED BY GANG, TYRE & BROWN

Statement - July 26, 1963:

| | | |
|---|---|---|
| Los Angeles City Health Department for Death Certificates | $ 16.00 | |
| Telegram 8/15/62 - New York | 1.11 | |
| Telephone - New York - Eight calls | 71.23 | |
| Los Angeles County Clerk - Filing Ancillary Letters | ... | |
| Metropolitan News - Publishing fees | 33.10 | |
| Metropolitan News - Publishing re: Sale of House | 45.00 | |
| Messengers | 16.10 | |
| Certified Order Admitting Foreign Will | 1.33 | |
| Letters Testamentary | 5.00 | |
| Bond - Behrendt-Levy Insurance Agency | 27.50 | |
| James M. Hall - Appraiser | 96.78 | |
| Additional Bond - Behrendt-Levy Insurance | 204.50 | |
| Copy of NCA claim | 2.00 | |
| Copy of Order Confirming Sale | 2.00 | |
| | | $ 544.67 |

Statement - August 10, 1964:

| | | |
|---|---|---|
| Behrendt-Levy Insurance Agency - Bond renewal | 201.75 | |
| Eunice Murray - Salary - housekeeping services August 5, 1962 to August 18, 1962 | 400.00 | |
| | | 601.75 |

Statement - October 15, 1964:

| | | |
|---|---|---|
| Fidelity Van & Storage - Furniture moving and storage | 1,023.43 | 1,023.43 |

SCHEDULE (1)

(1)

SFA1 0178

| | | | |
|---|---|---|---|
| 1 | COSTS ADVANCED BY GANG, TYRE & BROWN | | |
| 2 | Statement - March 4, 1965: | | |
| 3 | Copies of exhibit re: MCA Claim | $ 23.50 | $ 23.50 |
| 4 | Statement - July 1, 1970: | | |
| 5 | Order Fixing Inheritance Tax | .50 | |
| 6 | Photostatic copy of Court Register | 3.00 | |
| 7 | REA Express - shipping personal effects | 27.15 | |
| 8 | | | 30.65 |
| 9 | Statement - November 29, 1972: | | |
| 10 | Telephone charges - 1972 | 27.01 | 27.01 |
| 11 | Statement - July 8, 1974: | | |
| 12,13 | Telephone, telegraph & messenger charges - 1973-74 | 17.35 | |
| 14 | Frank B. Hall Insurance Agency - bond renewal | 28.00 | |
| 15 | | | 45.35 |

SCHEDULE (1)
(2)

SFA1 0179