# EXHIBIT
# 26, PART G

Estate of Marilyn Monroe: LASC No. 458,935

Said attorneys believe, and therefore, allege that for their services in connection with all of the foregoing matters, a reasonable attorneys' fee would be not less than $15,000.00; but in view of the fact that the estate in California is relatively small (even though the domiciliary estate is substantially larger), said attorneys have requested [illegible] as an extraordinary attorneys' fee herein.

200 hrs for 12,000 = 60/hr.

EXHIBIT III

(28)

SGA1 0196

(VERIFICATION—446 and 2015.5 C.C.P.)

State of New York, County of [illegible] } ss.

I, the undersigned *(being first duly sworn)*, say: I am the petitioner in the above entitled action or proceeding; I have read the foregoing [illegible] REPORT, PETITION FOR ALLOWANCE OF STATUTORY AND EX-[illegible] COMMISSIONS AND ATTORNEYS' FEES, INCLUDING ALLOWANCE FOR FEES OF SPECIAL AD-[illegible] DIRECTING DEPOSIT OF MONEYS DUE UNLOCATED CLAIMANT; [illegible] and know the contents thereof; and that the same is true of my own knowledge, except as to the matters and things which are therein stated upon my information or belief, and that as to those matters and things I believe them to be true.

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

~~Executed on~~ ............ (date) ~~at~~ ............ (place) ~~California~~

Subscribed and sworn to before me this 29th day of April, 1976

(X) Aaron R. Frosch (Signature) Aaron R. Frosch

[signature] Notary Public in and for the said County and State. (SEAL)

[Notary stamp: [illegible] Notary Public, State of New York [illegible] Qualified in [illegible] County, Certificate filed in [illegible] County, Commission Expires [illegible] 30, 1977]

If certification (or declaration) is used instead of a notarized affidavit, cross out "being first duly sworn" and the jurat and omit notarization. Certification (or declaration) form cannot be used outside of California. If notarization is used, cross out statement of certification.

(PROOF OF SERVICE BY MAIL—1013a, and 2015.5 C.C.P.)

AFFIDAVIT OF SERVICE BY MAIL

State of California, County of Los Angeles } ss.

I, ............, *(being first duly sworn)* say that I am and was at all times herein mentioned, a citizen of the United States and employed in the County of Los Angeles, over the age of eighteen years and not a party to the within action or proceeding; and that:

My business address is ............

On ............, 19...., I served the within ............

............

on the ............ in said action, by depositing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed to the attorney(s) of record for said ............

............ at the office address of said attorney(s), as follows:

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Executed on ............ (date) at ............ (place), California

Subscribed and sworn to before me this ............ (Signature)

day of ............, 19....

............ Notary Public in and for said County and State. (SEAL)

SFA1 0197


## SERVICES RENDERED

## ESTATE OF MARILYN [illegible]

[illegible] - [illegible], 1963:

**February 1 and 2, 1963:** 3½ Hours

[illegible] conversation with Aaron Frosch regarding accounting for 1962 for [illegible].
Trip to house to check on everything and let pool man and gardener in.

**Week Ending 2/9/63:** 5 Hours

Two trips to house to check on everything and let pool man and gardener in.

**Week Ending 2/16/63:** 6 Hours

[illegible] - [illegible] 2/13/63.
Miscellaneous telephone calls.
Two trips to house to check on everything and let pool man and gardener in.

**Week Ending 2/23/63:** 15½ Hours

Meeting with [illegible], real estate broker.
Received letter from Howard La Shum regarding W-2. Necessary telephone calls to make arrangements to get W-2.
Preparation of papers covering cost of house and furnishings.
Two trips to house to check on everything and let pool man and gardener in.

**Week Ending 2/28/63:** 1[illegible] Hours

Telephone conversations with Santa Monica office of Department of [illegible] regarding [illegible]. In addition, time spent going thru files to obtain information that they requested.
Regarding item in Hollywood Reporter that 20th. Century Fox was releasing album of Marilyns, had telephone conversations with [illegible] in effort to determine whether Marilyn had any [illegible] with this and whether there would be any funds coming to her from this release.
One trip to house to check on everything and let pool man and gardener in.

TOTAL HOURS FOR THE MONTH OF FEBRUARY, 1963 . . . . . . . . . . . . . . 3[illegible] Hours

SFA1 0198

EXHIBIT III

B. **EXTRAORDINARY SERVICES OF INEZ C. MELSON, SPECIAL ADMINISTRATRIX**

SERVICES [illegible]

ESTATE OF [illegible]

By INEZ C. MELSON

[illegible]

| | |
|---|---|
| August, 1962 | 135 |
| September, 1962 | [illegible] |
| October, 1962 | 27½ |
| November, 1962 | [illegible] |
| December, 1962 | [illegible] |
| January, 1963 | 35 |
| February, 1963 | [illegible] |
| Sub-total – Hours thru February, 1963 | 31-3 |
| March, 1963 | 124[illegible] |
| April, 1963 | 23[illegible] |
| May, 1963 | [illegible] |
| [illegible] May, 1963, per [illegible] | 540-1/2 |
| Additional hours—June 1963 through October 1963, per [illegible] (16) and (17) [illegible] Exhibit III | 34-1/4 |
| TOTAL HOURS | 574-3/4 |

EXHIBIT III
(4)

SFA1 0199



CALENDAR - AUGUST, 1962:

Week ending 8/11/62: 3 [illegible]

Funeral Arrangements, time spent at both house and mortuary.
Funeral Services.
Filing of Petition for Appointment as Special Administratrix.
Initial work at house examining personal effects, etc.

Week Ending 8/18/62: 40 hours

Examining personal effects, papers, etc. Putting papers in order, etc.
Going through Leather Case with Mrs. Kirsele, Mrs. Redmond and Mr. Wolfe.
Taking Leather Case to Jenkins and making arrangements for its storage.
Appointment at the house for two days with Mr. Donohue to take inventory of furnishings, household goods and personal items for appraisal purposes.
Correspondence.
Mailing of Monroe Productions/Checkbook to Mr. Howard Le Shaw in answer to [illegible]

Week Ending 8/25/62: 46 hours

[illegible] Statements and Correspondence.
[illegible]
Conference with Telephone Company.
[illegible] of each item and supervision of Fidelity Van & Storage Packers packing and moving to warehouse for storage. This was all done in one day from 8:00 am to 8:00 pm.
[illegible] typewriter and filing cabinet from 20th Century Fox for [illegible] used in preparing statements, etc.

Week Ending 8/31/62: 20 hours

[illegible] 20th Century Fox going through [illegible]
Additional inventory typed covering items not shown on the [illegible] inventory.
[illegible]
[illegible]

TOTAL HOURS [illegible] MONTH OF AUGUST, 1962. . . . . . . . . . . . . . .

SFAI 0200

EXHIBIT III

## SERVICES RENDERED
## ESTATE OF MARILYN MONROE

CALENDAR - SEPTEMBER, 1962:

Week Ending 9/8/62:

Conversation with [illegible] regarding [illegible].
Time spent at house including travel time to and from my office to house for the purpose of checking to make sure everything was alright, to let workmen and service men in such as pool service, gardener, etc.
Letter and statements to Milton Rudin.

Week Ending 9/15/62: 2[illegible]

Conference with Mrs. Murray regarding Talleros Mexican Merchandise.
Telephone Call from Alfred Aboili, New York Daily News regarding Special Guardian.
Telephone calls from creditors and other miscellaneous telephone calls and correspondence.
Three trips to house and time spent at house checking to make sure everything was alright, to let pool service man in and gardner.

Week Ending 9/22/62: 7 [illegible]

Application for Bond completed and mailed.
Trip to Department of Water and Power to make arrangements for service to be continued under Estate of Marilyn Monroe.
Two trips to house to check on everything and to let Pool Service Man in and Gardner.

Week Ending 9/29/62: 6[illegible] hours

Discussion with Stanley Epstein regarding [illegible].
Telephone conversations regarding payroll check given to Norman Jeffries that was not cleared through bank before Miss Monroe's death.
Telephone Conversations with Mrs Bright regarding rugs and other furniture.
Two trips to house to check on everything and let pool service man in and Gardener in.

TOTAL HOURS FOR THE MONTH OF SEPTEMBER, 1962. . . . . . . . . . . . [illegible]

SERVICES RENDERED
ESTATE OF MARILYN MONROE

CALENDAR - OCTOBER, 1962:

Week Ending 10/6/62:

Petition from Stanley Epstein regarding preservation of assets.
Telephone conversation with Aaron Frosch regarding proposed activity on Marilyn (documentaries, film and tv) regarding Marilyn Monroe.
Miscellaneous telephone calls.
Two trips to house to check everything and let pool service man and gardener in.

Week Ending 10/13/62: 5 Hours

Two trips to house to check everything, to let pool service man in and to let gardener in.

Week Ending 10/20/62: 6 Hours

Received copy of letter to Abraham Marcus regarding declaration of Trust.
Two trips to house to check on everything and to let pool service man and gardener in.
Miscellaneous telephone calls and correspondence.

Week Ending 10/27/62: 7 Hours

Met with London Pool man, regarding new pool motor, at house.
Three trips to house to check on everything, to let pool service man in and gardener in and to let pool repair man in.

October 29 - 31, 1962: 2 Hours

Telephone calls regarding sale of house from various real estate brokers and interested parties.
Trip to house to let pool service man in and check everything, also to let gardener in.

TOTAL HOURS FOR THE MONTH OF OCTOBER, 1962 .................. 27 Hours

SFA1 0202

EXHIBIT III
(7)

## SERVICES RENDERED

## ESTATE OF MARILYN MONROE

CALENDAR - NOVEMBER, 1962:

Week Ending 11/3/62:

Trip to house to check on everything, let pool service man in and let gardener in.

Week Ending 11/10/62: 7 Hours

Telephone Conversation with City National Bank regarding Termite Report.
Met Ruth Davis of the Riviera Realty Company at the house.
Received letter from City National Bank enclosing Termite Report.
Miscellaneous correspondence and telephone calls.
Two trips to house to check everything and to let pool service man and gardener in.

Week Ending 11/17/62: 6½ Hours

Telephone Conversation with Aaron Frosch.
Telephone Calls - Creditors.
Three trips to house to check on everything, to let pool service man and gardener in.

Week Ending 11/24/62: 5 Hours

Two trips to house to check on everything, to let pool service man and gardener in.

Week Ending 11/30/62: 6 Hours

Telephone conversation with David Sokol regarding [illegible] claim.
Two trips to house to check on everything and to let pool service man [illegible] Kenicott regarding the possibility of his obtaining a small piece of the property at the bottom of the hill where his property meets the Monroe property.

TOTAL HOURS FOR THE MONTH OF NOVEMBER, 1962. . . . . . . . . . . . . . .29 Hours

EXHIBIT III
(8)

SPA-I 0203