# EXHIBIT 26, PART H

## SERVICES RENDERED

## ESTATE OF MARILYN MONROE

[illegible], 1962:

**Saturday, December 1, 1962:** 7½ Hours

Trip to house to check on everything and let pool service man and gardener in.

**Week Ending 12/8/62:** 6½ Hours

Telephone Conversation with City National Bank regarding charge against Estate of Marilyn Monroe Account for mortgage payments on house.
Various telephone calls with creditors, with [illegible] Bright, etc.
Two trips to house to check on everything, let pool service man and gardener in.

**Week Ending 12/15/62:** 5 Hours

Two trips to house to check on everything, let pool service man and gardener in.

**Week Ending 12/22/62:** [illegible] Hours

Miscellaneous telephone calls and correspondence.
Two trips to house to check on everything and to let pool service man and gardener in.

**Week Ending 12/29/62 and 12/30 and 12/31/62:** 6 Hours

Two trips to house to check on everything, to let pool service man and gardener in.
Various telephone calls from creditors and various correspondence.

TOTAL HOURS FOR THE MONTH OF DECEMBER, 1962. . . . . . . . . . . . . 27 Hours

SFAI 0204

EXHIBIT III

(9)

SERVICES RENDERED

ESTATE OF MARILYN MONROE

CALENDAR - JANUARY, 1962

**Week ending 1/5/62:**                                                 5½ hours

Telephone conversation with City National Bank regarding charge against Marilyn Monroe's savings account covering mortgage payments on house. This was second conversation regarding this matter.
Two trips to house to check on everything and to let pool service man and gardener in.

**Week ending 1/12/62:**                                                5 hours

Two trips to house to check on everything, to let pool service man and gardener in.

**Week ending 1/19/62:**                                                15 hours

Received request from Howard La Shaw for tax material and data. Preparation and assembly of data for Mr. La Shaw.
Conversation with Aaron Frosch regarding house, proof of interest to use as evidence.
Typing copies of statements of accounts payable, etc.
Two trips to house to check on everything, to let pool service man and gardener in.

**Week ending 1/26/62:**                                                7 hours

Mailed material requested to Howard La Shaw, rental charges, etc.
Two trips to house to check on everything and to let pool service man and gardener in. One trip I also had to meet with utility man regarding the installation of a new pole.

**Week ending 1/31/62:**                                                2½ hours

One trip to house to check on everything and to let pool service man and gardener in.

TOTAL HOURS EXPENDED DURING MONTH OF JANUARY, 1962 .............. 35 hours

EXHIBIT III
(10)

SFAZ 0205

SERVICES RENDERED

ESTATE OF MARILYN MONROE

CALENDAR - YEAR, 1963:

March 1 and 2, 1963:

Telephone Conversations with prospective buyers of house and with Real Estate Brokers - Leon Stein, Kingston Peels and Lavonne Fitzgerald.
Trip to house to check on everything and let pool man and gardener in.

Week Ending 3/9/63:                                    16 Hours

Telephone calls with Mrs. Murray, Mrs. Wright, London Tool Co.
Telephone conversation with Mr. Gordon, Real Estate Broker, regarding showing house.
Telephone call to Gainesville, to Mrs. Miracle.
M-2 to Howard La Shaw as per request in letter of 2/21/63.
Meeting with Mr. Menicori regarding bottom of hill (see w/e 11/30/62 for further information).
Met with Leon Stein to show house.
Met with Kingston Peels and Jim Eaton to show house.
Met with Mrs. Townsend to show house.
Met with Mr. Sandel and Mr. and Mrs. Duhey to show house.

Week Ending 3/16/63:                                   33½ Hours

Open House this week. Had special appointments with following people in addition to open house - Louise Hartman with client Mr. Hessler (?), Mrs. Townsend, Mr. Kavanaugh of J.K. Winters office, Mrs. Sheppard, Mrs. Kent, Investrobos, Mrs. Ralney, Johnny North and Company, Jack Thompson Company.
Telephone Conversations regarding audit of Workman's Compensation coverage.
Mr. Menicori regarding bottom of hill and garden walls.

Week Ending 3/23/63:                                   45 Hours

Open House this week. Had special appointments with following people in addition to open house - Lavonne Fitzgerald with client Mr. Homes (?), Mr. Ennis (?) Linos, Mrs. Henry Koel, Mr. Henderson (?) with (?), Mr. and Mrs. Clinker thru Rivers Company, Chorus Line Company, Paul Horton Company, Mr. and Mrs. Forrest, Claire Gordon of Patricia Allan Company.
Paid water and sewer bill of $24.26 out of personal funds.
Delivery/pick up of envelopes, packets and documents.

Week Ending 3/30/63:                                   27 Hours

Open House this week. Special appointment with Lavonne Fitzgerald (...)
(...) open house (...) Allan (...) Claire Gordon sent for. In addition a total of five special appointments with (...)

SFA1 0206

EXHIBIT III
(12)

CALENDAR - MARCH, 1963, Continued:

Week Ending 3/30/63 Continued:

different loan agencies and companies.
Letter and supporting documents to Martin Marcus. Meeting
with Mr. Marcus during which time we went over documents, etc.

TOTAL HOURS FOR THE MONTH OF MARCH, 1963 . . . . . . . . . . . . . 12½ Hours

EXHIBIT III
(13)

SFA 0207

SERVICES RENDERED

ESTATE OF MARILYN MONROE

Calendar – Month 1963:

**Week Ending 4/5/63:**                                                        7 Hours

[illegible] regarding check for
[illegible] refund on [illegible] insurance fund.
Letter to [illegible] regarding [illegible].
Letter to Fermlogo Circle.
Two trips to house to check everything and let pool man and gardener in.

**Week Ending 4/13/63:**                                                      6 Hours

Letter to Mr. Tatoishi, the Gardener (supplies and postage $.50).
Follow up to Gloria Lovell.
Telephone conversation with Mr. Rudin regarding [illegible].
[illegible] trips to house to check on everything and let pool man and gardener in.

**Week Ending 4/20/63:**                                                      7 Hours

Telephone calls regarding [illegible].
Telephone calls regarding couch being held by Bellway Express.
Two trips to house to check on everything and let pool man and gardener in. Also, on one trip, special appointment made to open gate for Bellway Express people so that they could deliver couch.

**Week Ending 4/27/63 and 4/28 – 4/30/63:**                                   7 Hours

[illegible] trips and let pool man and gardener in.

TOTAL HOURS FOR THE MONTH OF APRIL 1963 . . . . . . . . . . . 27 Hours

SFA1 0208

EXHIBIT III

SERVICES RENDERED

ESTATE OF [...]

CALENDAR – MAY, 1953:

Week Ending 5/4/53:

Miscellaneous correspondence and [...]
telephone calls from brokers and people interested in [...]
sale of house, primarily when court hearing will be.
Trip to house to check on everything and let pool man and
gardener in.

Week Ending 5/11/53:

Court Hearing regarding sale of house and [...]
Meeting with Dr. Bunce to discuss the furniture [...]
might be interested in.
Two trips to house to check on everything and let pool man and
gardner in. On one meeting had special [...]
also special appointment with gas company to had [...]
meter put [...]
Preparation and typing of 4 copies of inventory. Four hours devoted
time; paid extra help $10.00.

Week Ending 5/18/53:

Miscellaneous telephone calls, Mrs. Wright, Mrs. Bunes, etc.
Two trips to house to check on everything and let pool man and
gardener in.

Week Ending 5/25/53:

Paid Department of Water and Power bill $[...] out of personal [...]

Miscellaneous telephone calls – Mrs. Wright, Bill Alexander (regarding
a table he is interested in), various others [...]
longer they will have to wait for their money, etc.
Compilation of data, calendar etc, typing of calendar.
One trip to house to check on everything and let pool man and
gardener in.

Week Ending 5/31/53:

Final typing of calendar and data for Mr. [...]
Letter to Mr. Marcus enclosing calendar and requested [...]
supporting statement for services rendered.
Telephone calls – Mrs. Wright and others.
Trip to house to check on everything and let pool man and gardener in.

TOTAL HOURS FOR THE MONTH OF MAY, 1953. . . . . . . . . . .

SFAI 0209

## ADDITIONAL SERVICES RENDERED
### ESTATE OF MARILYN MONROE

CALENDAR - JUNE, 1963:

June 4, 1963:                                                                1 Hour

Conference with Raymond Kahn on delivery of client's
detail on services rendered through May 31, 1963.

June 6, 1963:                                                                1½ Hours

Meeting with Dr. Nunez regarding action on bid for purchase
of house. Conversation with Mrs. Brown on same.

June 7, 1963:                                                                2½ Hours

Met "loan" man at house so that he could make inspection
and appraisal in connection with Dr. Nunez obtaining financing.

June 13, 1963:                                                               1 Hour

Conference with Mr. Marcus.

June 18, 1963:                                                               ½ Hour

Letter and conference with Mr. Wheaton regarding claim on
returned check which he had cashed for Norman Jeffries.

June 20, 1963:                                                               3 Hours

Showing furniture in which Dr. Nunez was interested and
discussion regarding purchase. Took place at house.

June 22, 1963:                                                               3½ Hours

In re sale of furniture, was at house from 12:30 to 4:00

June 25, 1963:                                                               1½ Hours

Meeting again with Dr. Nunez.

June 26, 1963:                                                               1½ Hours

Meeting again with Dr. Nunez.

TOTAL HOURS FOR THE MONTH OF JUNE, 1963 . . . . . . . . . . . . 16¼ Hours

CALENDAR - JULY, 1963:

July 2, 1963:                                                                ½ Hour

Two phone calls to Appraiser (Mr. Donohue) for additional
appraisal on couch.

SFA1 0210

July 3, 1963:                                                                           1 Hour

Met Mr. Donohue at house to make appraisal.

July 16, 17 and 18, 1963:                                                               6½ Hours

Time at house showing furniture and talking to Dr. Nunez.

TOTAL HOURS FOR THE MONTH OF JULY, 1963 . . . . . . . . . . . . . 8 Hours

CALENDAR – AUGUST, 1963:

August 29, 1963:                                                                        2 Hours

Hearing regarding approval of sale of house held in Superior Court.

TOTAL HOURS FOR THE MONTH OF AUGUST, 1963 . . . . . . . . . . . 2 Hours

CALENDAR – SEPTEMBER, 1963:

September 19, 1963:                                                                     2 Hours

Discharged as Special Administratrix. Court Hearing.

September 23, 1963:                                                                     1 Hour

Conference with Mrs. Brown to deliver funds received on sale of personal property. Amount: $1,658.00.

TOTAL HOURS FOR THE MONTH OF SEPTEMBER, 1963 . . . . . . . . . 3 Hours

CALENDAR – OCTOBER, 1963:

October 9, 1963:                                                                        3 Hours

Analysis of Creditors Claim made by Mura Bright in response to request from Mrs. Brown and reply to Mrs. Brown with analysis and summary of claim.

October 15, 1963:                                                                       2 Hours

Warehouse calls and letters.

TOTAL HOURS FOR THE MONTH OF OCTOBER, 1963 . . . . . . . . . . 5 Hours

EXHIBIT III
(17)

SFA1 0211

SFJ1 0212

THE DOCUMENT TO WHICH THIS CERTIFICATE IS ATTACHED IS A FULL, TRUE, AND CORRECT COPY OF THE ORIGINAL ON FILE AND OF RECORD IN MY OFFICE.

ATTEST **JAN 2 3 2008**

JOHN A. CLARKE, CLERK

Executive Officer/Clerk of the Superior Court of California, County of Los Angeles.

By _R. Beehn_ Deputy

SFJ1 0212

This is the best microfilm copy available