# EXHIBIT 64

```
GIBSON, DUNN & CRUTCHER LLP
Randy M. Mastro, Esq.
200 Park Avenue
New York, New York  10166
Telephone: (212) 351-4000

Attorneys for Anna Strasberg, Administrator C.T.A.
```

SURROGATE'S COURT

COUNTY OF NEW YORK

| | |
|---|---|
| VOLUNTARY FINAL ACCOUNTING AND RELATED MATTERS BY<br><br>ANNA STRASBERG,<br><br>ADMINISTRATOR C.T.A. OF THE ESTATE OF MARILYN MONROE,<br><br>     Deceased | FILE NO. P2781/1962<br><br>RECEIPT AND RELEASE |

  The undersigned, being of full age, sound mind and under no disability, on behalf of the Estate of Lee Strasberg, a beneficiary of the decedent's will entitled to receive 75% of the residue of the estate, comprised of Marilyn Monroe LLC, acknowledges that Anna Strasberg has fully and satisfactorily accounted for all assets of the estate; and acknowledges receipt by assignment of a 75% interest in Marilyn Monroe LLC. The undersigned releases and discharges Anna Strasberg from all liability for any and all matters relating to or derived from the administration of the estate; and authorizes the Surrogate to fully release and discharge the fiduciary named above as to all matters in these proceedings.

Date: 7/26/01

          _____
          Anna Strasberg
          Executor of the Estate of Lee Strasberg

Gibson, Dunn & Crutcher LLP

MM-0003475

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

On July 26, 2001, before me personally appeared

ANNA Strasberg to me known and known to me to be the person described in and who executed the foregoing Receipt and Release and duly acknowledged the execution thereof.

_Patricia (signature)_
Notary Public
Commission Expires:
(Affix Notary Stamp of Seal)

PATRICIA ROSADO
Notary Public, State of New York
No. 01RO5014712
Qualified in New York County
Commission Expires July 8, 2003

Name of Attorney: Randy M. Mastro, Esq.   Tel. No: 212-351-4000

Address of Attorney: Gibson, Dunn & Crutcher LLP, 200 Park Avenue, New York, NY 10166

20121215_1.DOC

Gibson, Dunn &
Crutcher LLP

2