Clerk's Certificate of Constitutional Issue in Case—
State Statute Questioned

Christopher Serbagi, Esq.
Law Offices of Christopher Serbagi
488 Madison Avenue, 11th Floor
Tel: (212) 593-2112
Fax: (212) 308-8582
Attorneys for Shaw Family Archives, Ltd. and
Bradford Licensing Associates

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
SHAW FAMILY ARCHIVES, LTD., EDITH MARCUS
and META STEVENS,

           Plaintiffs,

-against-

CMG WORLDWIDE, INC., an Indiana Corporation and
MARILYN MONROE, LLC., a Delaware Limited
Liability Company,

           Defendants.
-----------------------------------------------------------------X

Index No.: 05 CV 3939(CM)
Index No.: 06 CV 2619(CM)

NOTICE TO COURT THAT MOTION INVOLVES CHALLENGE TO CONSTITUTIONALITY OF STATE STATUE

(FED. R. CIV. P. 5.1)

    Plaintiff/Consolidated Defendant Shaw Family Archives, Inc., Defendant Bradford Licensing, L.P., Plaintiff Edith Marcus and Plaintiff Meta Stevens (the "Shaw Family") calls to the attention of this Court, pursuant to Rule 5.1(a) of the Federal Rules of Civil Procedure and Section 2403 of Title 28 of the United States Code, that the Shaw Family has filed a motion which challenges the constitutionality of California Civil Code § 3344.1, as amended by SB 771.

    In particular, the Shaw Family claims that this statute is unconstitutional because the purported retroactive provisions violate the Shaw Family's due process rights by depriving it of vested property rights.

Dated: February 18, 2008
      New York, New York

LAW OFFICES OF CHRISTOPHER SERBAGI

By: _____
Christopher Serbagi

Attorneys for Shaw Family Archives, Ltd.,
Bradford Licensing Associates, Edith Marcus and
Meta Stevens