*M<sup>c</sup>Mahon, J.*

```
┌─────────────────────────────────┐
│ USDS SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____               │
│ DATE FILED: 2|20|08              │
└─────────────────────────────────┘
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
————————————————————————X

SHAW FAMILY ARCHIVES LTD., EDITH :
MARCUS and META STEVENS,

              Plaintiffs,         :      Case No. 05 Civ. 3939 (CM)

                :

          -against-           Hon. Colleen McMahon

                :

CMG WORLDWIDE, INC. and MARILYN    **STIPULATION**
MONROE LLC,

                :

            Defendants.

————————————————————————X

        IT IS HEREBY STIPULATED AND AGREED by and between the undersigned

counsel that the briefing schedule for Plaintiffs / Consolidated Defendants' motions for summary

judgment on their claim for a declaration that Marilyn Monroe died a domiciliary of the State of

New York, based on estoppel and on constitutionality, is as follows:

| | |
|---|---|
| Plaintiffs / Consolidated Defendants' Motions for Summary Judgment on their Domicile Claim | (filed February 14, 2008) |
| Defendants / Consolidated Plaintiffs' Opposition | March 13, 2008 |
| Plaintiffs / Consolidated Defendants' Reply | March 27, 2008 |

WHEREAS Plaintiffs / Consolidated Defendants anticipate filing a cross-motion to preclude evidence relied upon in Defendants / Consolidated Plaintiffs' cross-motion for summary judgment on their public domain claim,

IT IS FURTHER STIPULATED AND AGREED by and between the undersigned counsel that the briefing schedule for Plaintiffs / Consolidated Defendants' Cross-Motion to Preclude Evidence is as follows:

| | |
|---|---|
| Plaintiffs / Consolidated Defendants' Cross-Motion to Preclude Evidence | February 29, 2008 |
| Defendants / Consolidated Plaintiffs' Opposition | March 21, 2008 |
| Plaintiffs / Consolidated Defendants' Reply | April 4, 2008 |

IT IS FURTHER STIPULATED AND AGREED that nothing in this Stipulation shall affect the Scheduling Order dated February 7, 2008.

2

LAW OFFICES OF CHRISTOPHER SERSAGI

By: _Christopher Serbagi_

Christopher Serbagi
488 Madison Avenue, Suite 1120
New York, New York 10022
Tel: (212) 593-2112
Fax: (212) 308-8582

*Attorneys for Shaw Family Archives, Ltd., Edith Marcus and Meta Stevens*

LOEB & LOEB, LLP

By: _____

Jonathan Strauss
345 Park Avenue
New York, New York 10154-1895
Tel: (212) 407-4000
Fax: (646) 514-2887

*Attorneys for Marilyn Monroe LLC*


SOVICH MINCH, LLP

By: _Theodore Minch_

Theodore J. Minch, Esq.
10099 Chesapeake Drive, Suite 100
McCordsville, Indiana 46055
Tel: (317) 335-3601
Fax: (317) 335-3602

*Attorneys for CMG Worldwide, Inc.*

Dated: New York, New York
February 18, 2008

So Ordered.

_____
Hon. Colleen McMahon
U.S.D.J.

2-20-08

3

LAW OFFICES OF CHRISTOPHER SERBAGI

By:_____
Christopher Serbagi
488 Madison Avenue, Suite 1120
New York, New York 10022
Tel: (212) 593-2112
Fax: (212) 308-8582

*Attorneys for Shaw Family Archives, Ltd., Edith Marcus and Meta Stevens*

LOEB & LOEB, LLP

By:_____
Jonathan Strauss
345 Park Avenue
New York, New York 10154-1895
Tel: (212) 407-4000
Fax: (646) 514-2887

*Attorneys for Marilyn Monroe LLC*

SOVICH MINCH, LLP

By: _____
Theodore J. Minch, Esq.
10099 Chesapeake Drive, Suite 100
McCordsville, Indiana 46055
Tel: (317) 335-3601
Fax: (317) 335-3602

*Attorneys for CMG Worldwide, Inc.*

Dated: New York, New York
      February 18, 2008

So Ordered.

_____
Hon. Colleen McMahon
U.S.D.J.

3