# EXHIBIT 26, PART G

```
 1  Estate of Marilyn Monroe:    LASC No. 458,935
 2
 3                      Said attorneys believe, and therefore allege
 4  that for their services in connection with all of the fore-
 5  going matters, a reasonable attorneys' fee would be not less
 6  than $15,000.00; but in view of the fact that the estate in
 7  California is relatively small (even though the domiciliary
 8  estate is substantially larger), said attorneys have requested
 9  that there be allowed herein an extraordinary attorneys'
10  fee herein.
11  200 hrs for 12,000 = 60/hr.
```

EXHIBIT III
(28)

SEAL 0196

(VERIFICATION—446 and 2015.5 C.C.P.)

State of ~~California~~ New York
County or ~~Municipality~~ New York

} ss.

I, the undersigned (being first duly sworn), say: I am the **petitioner**

...that the same is true of my own knowledge, except as to the matters and things which are therein stated upon my information or belief, and that as to those matters and things I believe them to be true.

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

~~Executed on~~ _____ (date) _____ ~~at~~ _____ (place) _____

Subscribed and sworn to before me this 29th
day of April, 19 76

(X) *Aaron R. Frosch*
(Signature) Aaron R. Frosch

_____
Notary Public in and for the said County and State.
[SEAL]

If certification (or declaration) is used instead of a notarized verification, cross out "being first duly sworn" and the jurat and omit notarization. Certification (or declaration) form cannot be used outside of California. If notarization is used, cross out statement of certification.

(PROOF OF SERVICE BY MAIL—1013a, and 2015.5 C.C.P.)

**AFFIDAVIT OF SERVICE BY MAIL**

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES } ss.

I, _____, (being first duly sworn) say that I am and was at all times herein mentioned, a citizen of the United States and employed in the County of Los Angeles, over the age of eighteen years and not a party to the within action or proceeding; and that:

My business address is _____

On _____, 19___, I served the within _____

_____

on the _____

in said action, by depositing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed to the attorney(s) of record for said _____

_____ at the office address of said attorney(s), as follows:

_____

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Executed at _____ (date) _____ at _____ (place) _____, California.

_____
(Signature)

Subscribed and sworn to before me this _____

SFA1 0197

SERVICES RENDERED

ESTATE OF MARILYN MONROE

CALENDAR - FEBRUARY, 1963:

February 1 and 2, 1963: ................................................ 3 Hours

Telephone conversation with Aaron Frosch regarding accounting for 1962 for Mrs. Miller.
Trip to house to check on everything and let pool man and gardener in.

Week Ending 2/9/63: ................................................... 5 Hours

Two trips to house to check on everything and let pool man and gardener in.

Week Ending 2/16/63: .................................................. 6 Hours

TV Series of Monroe - NBC 2/13/63.
Miscellaneous telephone calls.
Two trips to house to check on everything and let pool man and gardener in.

Week Ending 2/23/63: .................................................. 15 Hours

Meeting with Al Hanson, real estate broker.
Received letter from Howard La Shaw regarding W-2. Necessary telephone calls to make arrangements to get W-2.
Preparation of papers covering cost of house and furnishings.
Two trips to house to check on everything and let pool man and gardener in.

Week Ending 3/2/63: ................................................... 11 Hours

Telephone conversations with Santa Monica office of Department of Employment regarding deductions. In addition, time spent going thru files to obtain information that they requested.
Regarding item in Hollywood Reporter that 20th Century Fox was releasing album of Marilyn, had telephone conversations with [illegible] in an effort to determine whether Marilyn had any claim regarding this and whether there would be any funds coming to her from this release.
One trip to house to check on everything and let pool man and gardener in.

TOTAL HOURS FOR THE MONTH OF FEBRUARY, 1963 . . . . . . . . . . 34 Hours

SFA1 0198

EXHIBIT III
(11)

B. **EXTRAORDINARY SERVICES OF INEZ C. MELSON,
SPECIAL ADMINISTRATRIX**

SERVICES RENDERED

ESTATE OF MARILYN MONROE

By INEZ C. MELSON

HOURS:

| | |
|---|---|
| August, 1962 | 13½ |
| September, 1962 | 54 |
| October, 1962 | 27½ |
| November, 1962 | 29 |
| December, 1962 | 27 |
| January, 1963 | 25 |
| February, 1963 | 27 |
| Sub-total – Hours thru February, 1963 | 203 |
| March, 1963 | 124½ |
| April, 1963 | 23½ |
| May, 1963 | 14 |
| | 848-1/2 |
| Additional hours – June, 1963 through October, 1963 (per pages (16) and (17) of this exhibit III) | 34-1/4 |
| **TOTAL HOURS** | **574-3/4** |

EXHIBIT III
(4)

SFA1 0199

SUMMARY OF
HOURS OF SERVICES

CALENDAR – AUGUST, 1962:

Week ending 8/11/62:

Funeral Arrangements, time spent at both house and mortuary.
Funeral Services.
Filing of Petition for Appointment as Special Administratrix.
Initial work at house examining personal effects, etc.                                    3 hours

Week ending 8/18/62:

Sorting personal effects, papers, etc. Putting papers in
order, etc.
Going through leather case with Mrs. Miracle, Mrs. Rudmond and
Mr. Rolfe.
Taking leather case to Lukins and making arrangements for its storage.
Appointment at the house for two days with Mr. Donohue to take
inventory of furnishings, household goods and personal items for
appraisal purposes.
Correspondence.
Billing of Monroe Productions/to Mr. Howard La Shan in answer to
Checkbook                                                                                 40 hours

Week ending 8/25/62:

[...] correspondence
[...]
[...] of each item and supervision of Lability Van & Storage
Packers packing and moving to warehouse for storage. This was all
done in one day from 8:00 am to 8:00 pm.
[...] in preparing statements, etc.                                                       46 hours

Week ending 8/31/62:

[...] through identification
[...]
Additional inventory typed covering items not shown on the [...]                          20 hours

TOTAL HOURS FOR THE MONTH OF AUGUST, 1962 . . . . . . . . . . . . . . . . . . . . . . .

EXHIBIT III
(5)

SFA1 0200

SERVICES RENDERED
ESTATE OF MARILYN MONROE

CALENDAR – SEPTEMBER, 1962:

Week Ending 9/8/62:

Conversation with Mrs. Murray regarding [illegible].
Time spent at house including travel time to and from my
office to house for the purpose of checking to make sure
everything was alright, to let workmen and service men
in such as pool service, painter, etc.
Letter and statements to Milton Rudin.

Week Ending 9/15/62:

Conference with Mrs. Murray regarding Talleres Fordo
Merchandise.
Telephone Call from Alfred Abolli, New York Daily News
regarding Special Guardian.
Telephone calls from creditors and other miscellaneous telephone
calls and correspondence.
Three trips to house and time spent at house checking to make sure
everything was alright, to let pool service man in and gardner.

Week Ending 9/22/62:

Application for Bond completed and mailed.
Trip to Department of Water and Power to make arrangements for
service to be continued under Estate of Marilyn Monroe.
Two trips to house to check on everything and to let Pool Service
Man in and Gardner.

Week Ending 9/29/62:

Discussion with Stanley Fontain regarding [illegible].
Telephone conversations regarding payroll check given to Norman
Jeffries that was not cleared through bank before Miss Monroe's
death.
Telephone Conversations with Mrs Bright regarding rugs and other
furniture.
Two trips to house to check on everything and let pool service man
in and Gardner in.

TOTAL HOURS FOR THE MONTH OF SEPTEMBER, 1962 . . . . . . . . .

EXHIBIT III
(6)
SFA1 0201

SERVICES RENDERED

ESTATE OF MARILYN MONROE

CALENDAR - OCTOBER, 1962:

Week Ending 10/6/62:

Petition from Stanley Epstein regarding preservation of assets.
Telephone conversation with Aaron Frosch regarding proposed
activity of Seven Arts (documentaries film and tv) regarding
Marilyn Monroe.
Miscellaneous telephone calls.
Two trips to house to check everything and let pool service man
and gardener in.

Week Ending 10/13/62:                                                5 hours

Two trips to house to check everything, to let pool service man in
and to let gardener in.

Week Ending 10/20/62:                                                6 hours

Received copy of letter to Abraham Marcus regarding declaration
of Trust.
Two trips to house to check on everything and to let pool service
man and gardener in.
Miscellaneous telephone calls and correspondence.

Week Ending 10/27/62:                                                7 hours

Met with Landon Pool man, regarding new pool motor, at house.
Three trips to house to check on everything, to let pool service
man in and gardener in and to let pool repair men in.

October 29 - 31, 1962:                                               2 hours

Telephone calls regarding sale of house from various real estate
brokers and interested parties.
Trip to house to let pool service man in and check everything, also
to let gardener in.

TOTAL HOURS FOR THE MONTH OF OCTOBER, 1962                           27 hours

EXHIBIT III
(7)

SFA1 0202

SERVICES RENDERED

ESTATE OF MARILYN MONROE

CALENDAR - NOVEMBER, 1962:

Week Ending 11/3/62:

Trip to house to check on everything, let pool service man in and let gardener in.

Week Ending 11/10/62:                                                                 7 hours

Telephone Conversation with City National Bank regarding Termite Report.
Met Ruth Davis of the Riviera Realty Company at the house.
Received letter from City National Bank enclosing Termite Report.
Miscellaneous correspondence and telephone calls.
Two trips to house to check everything and to let pool service man and gardener in.

Week Ending 11/17/62:                                                                 6½ hours

Telephone Conversation with Aaron Frosch.
Telephone Calls - Creditors.
Three trips to house to check on everything, to let pool service man and gardener in.

Week Ending 11/24/62:                                                                 5 hours

Two trips to house to check on everything, to let pool service man and gardener in.

Week Ending 11/30/62:                                                                 6 hours

Telephone conversation with David Solo regarding Eunice Murray's claim.
Two trips to house to check on everything and to let pool service man and gardener in. Conference with Mr. Melvin Roberts in which we discussed the possibility of his obtaining a small piece of the property at the bottom of the hill where his property meets the Monroe property.

TOTAL HOURS FOR THE MONTH OF NOVEMBER, 1962.................29 hours

EXHIBIT III
(8)

SFAZ 0203