# EXHIBIT
# 26, PART H



## SERVICES RENDERED

## ESTATE OF MARILYN MONROE

DECEMBER ... 1962:

**Saturday, December 1, 1962:** 7½ Hours

Trip to house to check on everything and let pool service man and gardener in.

**Week Ending 12/8/62:** 6½ Hours

Telephone Conversation with City National Bank regarding charge against Estate of Marilyn Monroe Account for mortgage payments on house.
Various telephone calls with creditors, with Inez Bright, etc.
Two trips to house to check on everything, let pool service man and gardener in.

**Week Ending 12/15/62:** 5 Hours

Two trips to house to check on everything, let pool service man and gardener in.

**Week Ending 12/22/62:** 8 Hours

Miscellaneous telephone calls and correspondence.
Two trips to house to check on everything and to let pool service man and gardener in.

**Week Ending 12/29/62 and 12/30 and 12/31/62:** 6 Hours

Two trips to house to check on everything, to let pool service man and gardener in.
Various telephone calls from creditors and various correspondence.

TOTAL HOURS FOR THE MONTH OF DECEMBER, 1962. . . . . . . . . . . . . .27 Hours

SFAI 0204

EXHIBIT III
(9)

SERVICES RENDERED

ESTATE OF MARILYN MONROE

CALENDAR – JANUARY, 1962

**Week ending 1/5/62:**                                                      5½ hours

Telephone conversation with City National Bank regarding charge
[...] conversation concerning mortgage
payments on house. This was second conversation regarding this
matter.
Two trips to house to check on everything and to let pool service
man and gardener in.

**Week ending 1/12/62:**                                                     5 hours

Two trips to house to check on everything, to let pool service
man and gardener in.

**Week ending 1/19/62:**                                                     15 hours

Received request from Howard La Shar for tax material and data.
Preparation and assembly of data for Mr. La Shar.
Preparing and analyzing accounts payable.
[...] Aaron French regarding house, proof of interest
[...]
Typing copies of statements of accounts payable, etc.
Two trips to house to check on everything, to let pool service men
and gardener in.

**Week ending 1/26/62:**                                                     7 hours

Mailed material requested to Howard La Shar, Postal charges, etc.
[...]
Two trips to house to check on everything and to let pool service
[...] also had conference with utility man
regarding the installation of a new point.

**Week ending 1/31/62:**                                                     2½ hours

[...] to check on everything and to let pool service man
[...] gardener in.

TOTAL HOURS FOR THE MONTH OF JANUARY, 1962                                   35 hours

EXHIBIT III
(00)

SFAI 0205



SERVICES RENDERED

ESTATE OF MARILYN MONROE

CALENDAR - MARCH, 1963:

March 1 and 2, 1963:

Telephone conversations with prospective buyers of house and
with Real Estate Brokers - Leon Stein, Kingston Heats and Javonne
Fitzgerald.
Trip to house to check on everything and let pool man and gardner in.

Week Ending 3/9/63:                                                    15 Hours

Telephone calls with Mrs. Murray, Mrs. Wright, Jurden Pool Co.
Telephone conversation with Mr. Gordon, Real Estate Broker,
regarding various houses.
Telephone call to Gainesville, to Mrs. Miracle.
W-2 to Howard La Shaw as per request in letter of 2/21/63.
Meeting with Mr. Zanicorl regarding bottom of hill (see w/o
11/30/62 for further information).
Met with Finnston Heats regarding house.
Met with Finnston Heats and Jim Eaton to show house.
Met with Mrs. Townsend to show house.
Met with Mr. Lundal and Mr. and Mrs. Auber to show house.

Week Ending 3/16/63:                                                   33½ Hours

Open House this week. Had special appointments with following people:
In addition to open house - Louise Hartman with client Mr. Lesher and Co.,
Mrs. Townsend, Ira Colosimah of J. K. Winters office, Mrs. Shoppard,
Ralph Kelley, Henry Ehret, Mrs. Kelney, Kraun & Worth and Company, Jack
?.
Telephone conversations regarding audit of Workmen's Compensation
coverage.
Mr. Zanicorl regarding bottom of hill and garden & Juhr.

Week Ending 3/23/63:                                                   45 Hours

Open House this week. Had special appointments with following people:
In addition to open house - Javonne Fitzgerald with client Mr. Burns
Mrs. Townsend, Black, Mr. Henry Ehret, Mrs. Fitzgerald & Herbert
Mildred, Mr. and Mrs. Blinker thru Blvlers Company, George Gibbs
Company, Paul Horton Company, Mr. and Mrs. Forwood, Claire Gordon
of Patricia Allen Company.
Paid water and sewer bill of $24.26 out of personal funds.
Maintained rode of residence, receipts and documents.

Week Ending 3/30/63:                                                   27 Hours

Open House this week. Special appointment with Javonne Fitzgerald
Mrs. Townsend and client. Called Burden Pool Co. regarding repairs
thru Snacks Company. Repair man sent to house. Showed where
parts for. In addition a total of five special appointments with

EXHIBIT III
(12)

SFA1 0206

CALENDAR – MARCH, 1963, Continued:

Week Ending 3/30/63 Continued:

different loan agencies and companies.
Letter and supporting documents to Martin Jaceson. Meeting
with Mr. Marcus during which time we went over documents, etc.

TOTAL HOURS FOR THE MONTH OF MARCH, 1963 . . . . . . . . . . . .120. Hours

EXHIBIT III
(13)

SFAF 0207



SERVICE RECORD

ESTATE OF MARILYN MONROE

CALENDAR - APRIL, 1951:

Week Ending 4/6/63:                                                7 Hours

[illegible] ...to [illegible] check for
[illegible]
[illegible] regarding staff.
Letter to Ferdinand Miracle.
Two trips to house to check everything and let pool man and
gardener in.

Week Ending 4/13/63:                                              6 Hours

Letter to Mr. Tatoishi, the Gardener (supplies and postage 3.50).
Follow up to Gloria Lovell.
Telephone conversation with Mr. Curtis regarding [illegible]
[illegible] two trips to house to check on everything and let pool man
and gardener in.

Week Ending 4/20/63:                                              7 Hours

Telephone calls regarding [illegible]
Telephone calls regarding Couch being held by Railway Express.
Two trips to house to check on everything and let pool man and
gardener in. Also, on one trip, special appointment made to open
gate for Railway Express people so that they could deliver couch.

Week Ending 4/27/63 and 4/28 - 4/30/63:                           7 Hours

[illegible] and let pool man and gardener in.

TOTAL HOURS FOR THE MONTH OF APRIL, 1963 . . . . . . . . . . . . .27½ Hours

SFA1 0208

EXHIBIT III

SERVICE RENDERED

ESTATE OF [illegible]

CALENDAR - MAY, 1953:

Week Ending: 5/4/53:

Miscellaneous correspondence and [illegible]
telephone calls from brokers and people still interested in
sale of house, primarily when court hearing will be.
Trip to house to check on everything and let pool man and
gardener in.

Week Ending: 5/11/53:

Court Hearing regarding sale of [illegible]
Meeting with Dr. Hance to discuss the functions [illegible]
might be interested in.
Two trips to house to check on everything and let pool man and
gardener in. On one meeting had a special [illegible]
also special appointment with gas company to [illegible]
meter [illegible].
Preparation and typing of 4 copies of inventory.   Four hours during
time, paid extra help $10.00.

Week Ending: 5/18/53:

Miscellaneous telephone calls, Mara Wright, [illegible]
Two trips to house to check on everything and let pool man and
gardener in.

Week Ending: 5/25/53:
[illegible]
Paid Department of Water and power bill $3.6, out of pocket [illegible]

Miscellaneous telephone calls, Mara Wright, Bill Alexander (regarding
a table he is interested in), various creditors [illegible]
longer they will have to wait for their money, etc.
Compilation of data, calendar etc, typing of calendar.
One trip to house to check on everything and let pool man and
gardener in.

Week Ending: 5/31/53:
[illegible]
Final typing of calendar and data for Dr. Hance.
Letter to Dr. Hance enclosing calendar and requested [illegible]
supporting statement for services rendered.
Telephone calls - Mara Wright and others.
[illegible] trip to house to [illegible] and let pool man and gardener in.

TOTAL HOURS FOR THE MONTH OF MAY, 1953. [illegible]

SFA1 0209

<u>ADDITIONAL SERVICES RENDERED</u>

<u>ESTATE OF MARILYN MONROE</u>

<u>CALENDAR - JUNE, 1963:</u>

<u>June 4, 1963:</u>                                                        1' Hours

Conference with Raymond Kohn on delivery of c l.nt's
detail on services rendered through May 31, 1963.

<u>June 6, 1963:</u>                                                      1½ Hours

Meeting with Dr. Nunez regarding action on bid for purchase
of house. Conversation with Mrs. Brown on same.

<u>June 7, 1963:</u>                                                      2½ Hours

Met "loan" man at house so that he could make inspection
and appraisal in connection with Dr. Nunez obtaining financing.

<u>June 13, 1963:</u>                                                      1 Hour

Conference with Mr. Marcus.

<u>June 19, 1963:</u>                                                      ½ Hour

Letter and conference with Mr. Wheaton regarding claim on
returned check which he had cashed for Norman Jeffries.

<u>June 20, 1963:</u>                                                      3 Hours

Showing furniture in which Dr. Nunez was interested and
discussion regarding purchase. Took place at house.

<u>June 22, 1963:</u>                                                      3½ Hours

<u>June 25, 1963:</u>                                                      1½ Hours

Meeting again with Dr. Nunez.

<u>June 26, 1963:</u>                                                      1½ Hours

Meeting again with Dr. Nunez.

TOTAL HOURS FOR THE MONTH OF JUNE, 1963 . . . . . . . . . 16½ Hours

<u>CALENDAR - JULY, 1963:</u>

<u>July 2, 1963:</u>                                                       ½ Hours

Two phone calls to Appraiser (Mr. Donahue) for additional
appraisal on couch.

EXHIBIT
(16)

SFA1 0210



July 3, 1963:                                                               1 Hour

Met Mr. Donohue at house to make appraisal.

July 16, 17 and 18, 1963:                                                  6½ Hours

Time at house showing furniture and talking to Dr. Nunez.

TOTAL HOURS FOR THE MONTH OF JULY, 1963. . . . . . . . . . .  8 Hours

CALENDAR - AUGUST, 1963:

August 29, 1963:                                                           2 Hours

Hearing regarding approval of sale of house held in
Superior Court.

TOTAL HOURS FOR THE MONTH OF AUGUST, 1963. . . . . . . . .  2 Hours

CALENDAR - SEPTEMBER, 1963:

September 19, 1963:                                                        2 Hours

Discharged as Special Administratrix. Court Hearing.

September 23, 1963:                                                        1 Hour

Conference with Mrs. Brown to deliver funds received on sale
of personal property. Amounts $1,500.00.

TOTAL HOURS FOR THE MONTH OF SEPTEMBER, 1963. . . . . . . .  3 Hours

CALENDAR - OCTOBER, 1963:

October 8, 1963:                                                           3 Hours

Analysis of Creditors Claim made by Mura Bright in response
to request from Mrs. Brown and reply to Mrs. Brown with
analysis and summary of claim.

October 16, 1963:                                                          2 Hours

Phrehbung calls and letters.

TOTAL HOURS FOR THE MONTH OF OCTOBER, 1963. . . . . . . . .  5 Hours

EXHIBIT III
(17)

SFA1 0211

THE DOCUMENT TO WHICH THIS CERTIFICATE IS
ATTACHED IS A FULL, TRUE, AND CORRECT COPY
OF THE ORIGINAL ON FILE AND OF RECORD IN
MY OFFICE.

ATTEST _____ **JAN 2 3 2008** _____

JOHN A. CLARKE, CLERK

Executive Officer/Clerk of the Superior
Court of California, County of Los Angeles.

By _____ Deputy

This is the best
microfilm copy
available