# EXHIBIT 64

```
 1  GIBSON, DUNN & CRUTCHER LLP
    Randy M. Mastro, Esq.
 2  200 Park Avenue
    New York, New York  10166
 3  Telephone: (212) 351-4000

 4  Attorneys for Anna Strasberg, Administrator C.T.A.

 5

 6  SURROGATE'S COURT

 7  COUNTY OF NEW YORK

 8
```

| | |
|---|---|
| VOLUNTARY FINAL ACCOUNTING AND RELATED MATTERS BY<br><br>ANNA STRASBERG,<br><br>ADMINISTRATOR C.T.A. OF THE ESTATE OF MARILYN MONROE,<br><br>           Deceased | FILE NO. P2781/1962<br><br>RECEIPT AND RELEASE |

The undersigned, being of full age, sound mind and under no disability, on behalf of the Estate of Lee Strasberg, a beneficiary of the decedent's will entitled to receive 75% of the residue of the estate, comprised of Marilyn Monroe LLC, acknowledges that Anna Strasberg has fully and satisfactorily accounted for all assets of the estate; and acknowledges receipt by assignment of a 75% interest in Marilyn Monroe LLC. The undersigned releases and discharges Anna Strasberg from all liability for any and all matters relating to or derived from the administration of the estate; and authorizes the Surrogate to fully release and discharge the fiduciary named above as to all matters in these proceedings.

Date: 7/26/01             _____
                                         Anna Strasberg
                                         Executor of the Estate of Lee Strasberg

Gibson, Dunn & Crutcher LLP

MM-0003475

```
 1 | STATE OF NEW YORK       )
   | COUNTY OF  NEW YORK     ) ss.:
 2 |
 3 |    On  July 26     , 2001, before me personally appeared
 4 | ANNA Strasberg              to me known and known to me to
 5 | be the person described in and who executed the foregoing Receipt
   | and Release and duly acknowledged the execution thereof.
 6 |
 7 | Patricia (signature)
   | Notary Public
 8 | Commission Expires:
   | (Affix Notary Stamp of Seal)
 9 |
10 | Name of Attorney: Randy M. Mastro, Esq.  Tel. No: 212-351-4000
11 |
12 | Address of Attorney: Gibson, Dunn & Crutcher LLP, 200 Park Avenue,
   | New York, NY 10166
13 |
14 | 20121215_1.DOC
```

PATRICIA ROSADO
Notary Public, State of New York
No. 01RO5014712
Qualified in New York County
Commission Expires July 6, 2003

Gibson, Dunn &
Crutcher LLP

2

MM-0003476