**COURTESY COPY**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
:
SHAW FAMILY ARCHIVES, LTD. EDITH
MARCUS and META STEVENS,                                 :

             Plaintiffs,         :   05 Civ. 3939 (CM)

      -against-                                        :   **ORDER FOR ADMISSION PRO**
                                                     **HAC VICE ON WRITTEN MOTION**
CMG WORLDWIDE, INC., an Indiana                          :
Corporation, and MARILYN MONROE, LLC,
a Delaware Limited Liability Company,                    :

             Defendants.        :
-------------------------------------------------------- X

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/08
```

       Upon the motion of Paula K. Colbath, attorney for Marilyn Monroe LLC and said sponsor's attorneys' declaration in support:

IT IS HEREBY ORDERED THAT

| | |
|---|---|
| Applicant's Name: | Douglas E. Mirell |
| Firm Name: | Loeb & Loeb LLP |
| Address: | 10100 Santa Monica Boulevard |
| City/State/Zip: | Los Angeles, California 90067 |
| Telephone/Fax: | (310) 282-2000/(310) 282-2200 |
| Email Address: | dmirell@loeb.com |

is admitted to practice pro hac vice as counsel for Marilyn Monroe LLC in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF)

NY704327.1
211146-10007

System, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: February 25th, 2008
      New York, New York

                                            United States District Judge