UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/08
```

SHAW FAMILY ARCHIVES, LTD., EDITH MARCUS, :
and META STEVENS, :
                                             :
                        Plaintiffs,          :   Index No. 05 CV 3939(CM)
                                             :
            -against-                        :   Hon. Colleen McMahon
                                             :
                                             :   STIPULATION
CMG WORLDWIDE, INC., an Indiana Corporation  :
and MARILYN MONROE, LLC, a Delaware          :
Limited Liability Company,                   :
                                             :
                        Defendants.          :
                                             :
------------------------------------------------x

AT THE REQUEST OF THE PLAINTIFFS/CONSOLIDATED DEFENDANTS, IT IS

HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the

briefing schedule for Plaintiffs/Consolidated Defendants' Motion for Summary Judgment

dismissing Defendants/Consolidated Plaintiffs' public domain claim and Defendants/

Consolidated Plaintiffs' Cross-Motion for Summary Judgment on their public domain claim, is

as follows:

| | |
|---|---|
| Plaintiffs/Consolidated Defendants' Opposition to Defendants/Consolidated Plaintiffs' Cross-Motion | March 4, 2008 |
| Plaintiffs/Consolidated Defendants' Reply to Defendants/Consolidated Plaintiffs' Opposition | March 4, 2008 |
| Defendants/Consolidated Plaintiffs' Reply To Plaintiffs/Consolidated Defendants Opposition | March 18, 2008 |

IT IS HEREBY FURTHER STIPULATED AND AGREED by and between the undersigned counsel that the briefing schedule for Plaintiffs/Consolidated Defendants' Cross-Motion to preclude evidence relied upon by Defendants/Consolidated Plaintiff's in their Cross-Motion for Summary Judgment on their public domain claim, is as follows:

| | |
|---|---|
| Plaintiffs/Consolidated Defendants'<br>Cross-Motion to Preclude Evidence | March 4, 2008 |
| Defendants/Consolidated Plaintiff's<br>Opposition | March 25, 2008 |
| Plaintiffs/Consolidated Defendants' Reply | April 9, 2008 |

LAW OFFICES OF CHRISTOPHER SERBAGI       LOEB & LOEB. LLP


By:_____
Christopher Serbagi, Esq.
488 Madison Avenue, Suite 1120
New York, New York 10022
Tel: (212) 593-2112
Fax: (212) 308-8582

Attorney for Shaw Family Archives, Ltd., Edith
Marcus, Meta Stevens and Bradford Licensing
Associates

By_____
Paula Colbath, Esq.
345 Park Avenue
New York, New York 10154-1895
Tel: (212) 407-4000
Fax: (212) 514-2887

Attorneys for Marilyn Monroe, LLC


SOVICH MINCH, LLP

By:_____
Theodore Minch, Esq.
10099 Chesapeake Drive, Suite 100
McCordsville, Indiana 46055
Tel: (317) 355-3601
Fax: (317) 335-3602

Attorneys for CMG Worldwide, Inc.

Dated: New York, New York
February 26, 2008

So Ordered:

_____
Hon. Colleen McMahon
USDJ

2-27-2008

IT IS HEREBY FURTHER STIPULATED AND AGREED by and between the undersigned counsel that the briefing schedule for Plaintiffs/Consolidated Defendants' Cross-Motion to preclude evidence relied upon by Defendants/Consolidated Plaintiff's in their Cross-Motion for Summary Judgment on their public domain claim, is as follows:

Plaintiffs/Consolidated Defendants'            March 4, 2008
Cross-Motion to Preclude Evidence

Defendants/Consolidated Plaintiffs'            March 25, 2008
Opposition

Plaintiffs/Consolidated Defendants' Reply      April 9, 2008

LAW OFFICES OF CHRISTOPHER SERBAGI        LOEB & LOEB, LLP

By: _Christopher Serbagi_                  By _____
Christopher Serbagi, Esq.                   Paula Colbath, Esq.
488 Madison Avenue, Suite 1120             345 Park Avenue
New York, New York 10022                   New York, New York 10154-1895
Tel: (212) 593-2112                        Tel: (212) 407-4000
Fax: (212) 308-8582                        Fax: (212) 514-2887

Attorney for Shaw Family Archives, Ltd., Edith     Attorneys for Marilyn Monroe, LLC
Marcus, Meta Stevens and Bradford Licensing
Associates


                                           SOVICH MINCH, LLP

                                           By: _____
                                           Theodore Minch, Esq.
                                           10099 Chesapeake Drive, Suite 100
                                           McCordsville, Indiana 46055
                                           Tel: (317) 355-3601
                                           Fax: (317) 335-3602

                                           Attorneys for CMG Worldwide, Inc.

Dated: New York, New York
        February 26, 2008

So Ordered:

                                           _____
                                           Hon. Colleen McMahon
                                           USDJ