Barry I Slotnick (BS-6234)
Paula K. Colbath (PC-9895)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154
(212) 407-4000

Attorneys For Defendant
Marilyn Monroe, LLC

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
                                                            :
SHAW FAMILY ARCHIVES, LTD. EDITH                            :
MARCUS and META STEVENS,                                    :
                                                            :
                    Plaintiffs,                             :
                                                              05 Civ. 3939 (CM)
          -against-                                         :
                                                              **NOTICE OF MOTION**
CMG WORLDWIDE, INC., an Indiana                             :
Corporation, and MARILYN MONROE, LLC,                       :
a Delaware Limited Liability Company,                       :
                                                            :
                    Defendants.                             :
------------------------------------------------------------X

PLEASE TAKE NOTICE THAT, upon the accompanying declaration of Paula K. Colbath, dated February 21, 2008, and the accompanying proposed Order, defendant Marilyn Monroe, LLC, by its counsel, Loeb & Loeb LLP, will move this Court, before the Honorable Colleen McMahon, as soon as counsel may be heard, at the United States Courthouse located at 500 Pearl Street, New York, New York, for an Order pursuant to Rule 1.3(c) of the Local Civil Rules of the Southern and Eastern Districts of New York admitting Laura Wytsma to the bar of this Court *pro hac vice*.

Dated:  New York, New York
      February 21, 2008

                                        LOEB & LOEB LLP

                                        By: _____
                                            Barry I. Slotnick (BS-6234)
                                            Paula K. Colbath (PC-9895)
                                            345 Park Avenue
                                            New York, New York 10154
                                            (212) 407-4000

                                        Attorneys for Defendant
                                        Marilyn Monroe, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
SHAW FAMILY ARCHIVES, LTD. EDITH
MARCUS and META STEVENS,                                    :

                Plaintiffs,                 :  05 Civ. 3939 (CM)

                 -against-                :  **DECLARATION OF PAULA K.**
                                                  :  **COLBATH**
CMG WORLDWIDE, INC., an Indiana
Corporation, and MARILYN MONROE, LLC,                       :
a Delaware Limited Liability Company,                       :

                Defendants.                :
------------------------------------------------------------X

       PAULA K. COLBATH, declares as follows under penalty of perjury:

       1.     I am an attorney duly admitted to practice before this Court and am a member of the law firm of Loeb & Loeb LLP, attorneys for defendant Marilyn Monroe, LLC ("Monroe") in this action.

       2.     I make this declaration in support of Monroe's motion for an Order, pursuant to Rule 1.3(c) of the Local Civil Rules of the Southern and Eastern Districts of New York admitting Laura Wytsma to the bar of this Court *pro hac vice*.

       3.     Ms. Wytsma is a member of the firm Loeb & Loeb in Los Angeles, California.

       4.     Ms. Wytsma is a member in good standing of the bar of the State of California and the United States District Court for the Central District of California. A Certificate of Good Standing, issued by the Supreme Court of California, is attached hereto as Exhibit A.

5. Ms. Wyttsma is fully familiar with the facts and issues in this case and will be involved in all aspects of the case, including, motion practice and trial.

WHEREFORE, it is respectfully requested that Monroe's motion be granted and that Laura Wytsma be admitted to the bar of this Court pro hac vice.

Dated:  New York, New York
        February 21, 2008

_____
Paula K. Colbath

**THE STATE BAR
OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639                    TELEPHONE: 888-800-3400

February 6, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, LAURA ANN WYTSMA, #189527 was admitted to the practice of law in this state by the Supreme Court of California on July 3, 1997; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )    SS.
COUNTY OF NEW YORK   )

TIMOTHY B. CUMMINS, being duly sworn, deposes and says:

1. I am not a party to this action and am over 18 years of age.

2. On February 21, 2008, I served true copies of the foregoing Notice of Motion and the accompanying proposed order by first-class mail to the below listed parties:

> Christopher Serbagi, Esq.
> Law Offices of Christopher Serbagi
> 488 Madison Avenue
> New York, New York 10022
> Attorney for Plaintiffs
>
> Theodore J. Minch, Esq.
> Sovich Minch LLP
> 10099 Chesapeake Drive
> McCordsville, Indiana 46055
> Attorneys for Defendants
> CMG Worldwide, Inc.

_____
Timothy B. Cummins

Sworn to before me this
21st Day of February, 2008

_____
Notary Public

MALKA SHAFRAN
Notary Public, State of New York
No. 41-4819954
Qualified in Queens County
Commission Expires August 31, 200_

NY704061.1
211146-10007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
                                                        :
SHAW FAMILY ARCHIVES, LTD. EDITH                        :
MARCUS and META STEVENS,                                :
                                                        :
                Plaintiffs,             : 05 Civ. 3939 (CM)
                                                        :
                -against-              : **ORDER FOR ADMISSION PRO**
                                                        : **HAC VICE ON WRITTEN MOTION**
CMG WORLDWIDE, INC., an Indiana                         :
Corporation, and MARILYN MONROE, LLC,                   :
a Delaware Limited Liability Company,                   :
                                                        :
                Defendants.             :
-------------------------------------------------------X

      Upon the motion of Paula K. Colbath, attorney for Marilyn Monroe LLC and said sponsor's attorneys' declaration in support:

IT IS HEREBY ORDERED THAT

| | |
|---|---|
| Applicant's Name: | Laura Wytsma |
| Firm Name: | Loeb & Loeb LLP |
| Address: | 10100 Santa Monica Boulevard |
| City/State/Zip: | Los Angeles, California 90067 |
| Telephone/Fax: | (310) 282-2000/(310) 282-2200 |
| Email Address: | lwytsma@loeb.com |

is admitted to practice pro hac vice as counsel for Marilyn Monroe LLC in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF)

NY699725.1
211146-10007

System, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: February ___, 2008
       New York, New York

_____
United States District Judge