UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SHAW FAMILY ARCHIVES, LTD. EDITH
MARCUS and META STEVENS,

                  Plaintiffs,

             -against-

CMG WORLDWIDE, INC., an Indiana
Corporation, and MARILYN MONROE, LLC,
a Delaware Limited Liability Company,

                  Defendants.
------------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/08

05 Civ. 3939 (CM)

**ORDER FOR ADMISSION PRO
HAC VICE ON WRITTEN MOTION**

Upon the motion of Paula K. Colbath, attorney for Marilyn Monroe LLC and said sponsor's attorneys' declaration in support:

IT IS HEREBY ORDERED THAT

| | |
|---|---|
| Applicant's Name: | Douglas E. Mirell |
| Firm Name: | Loeb & Loeb LLP |
| Address: | 10100 Santa Monica Boulevard |
| City/State/Zip: | Los Angeles, California 90067 |
| Telephone/Fax: | (310) 282-2000/(310) 282-2200 |
| Email Address: | dmirell@loeb.com |

is admitted to practice pro hac vice as counsel for Marilyn Monroe LLC in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF)

System, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: ~~February~~ March 3rd, 2008
New York, New York

_____
United States District Judge