UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
SHAW FAMILY ARCHIVES, LTD., EDITH MARCUS, :
and META STEVENS,
                                          Plaintiffs,    :  Index No. O5 CV 3939(CM)

    -against-

CMG WORLDWIDE, INC., an Indiana Corporation
and MARILYN MONROE, LLC, a Delaware
Limited Liability Company,

                                          Defendants.
------------------------------------------------------------------x

SECOND DECLARATION OF EDITH MARCUS

# Served separately under seal pursuant to protective order

# EX. A

Served separately under seal pursuant to protective order

# EX. B

Served separately under seal pursuant to protective order

# EX. C

Served separately under seal pursuant to protective order

# EX. D

Served separately under seal pursuant to protective order

# EX. E

Served separately under seal pursuant to protective order

# EX. F

Served separately under seal pursuant to protective order