UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
SHAW FAMILY ARCHIVES, LTD., EDITH MARCUS :
and META STEVENS,                        :  05 CV 3939 (CM)
                                         :
                          Plaintiffs,    :
                                         :  **Honorable Colleen McMahon**
           -against-                     :
                                         :
CMG WORLDWIDE, INC., an Indiana Corporation, :
and MARILYN MONROE, LLC, a Delaware Limited  :
Liability Company,                       :
                                         :
                          Defendants.    :
------------------------------------------------------------------x

**THE SHAW FAMILY'S COMBINED ADDITIONAL STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON PUBLIC DOMAIN CLAIM AND RESONSE TO DEFENDANTS/CONSOLIDATED PLAINTIFFS' STATEMENT OF UNDISPUTED FACTS**

# Filed separately under seal pursuant to protective order