# EX. Y, PT. 1



SFA 01043

SFA 01044



SFA 01045



SFA 01046



SFA 01047





SFA 01048



SFA 01049



SFA 01050



SFA 01052



SFA 01053

INSPIRE
PALISADES MALL 4TH FL
THANK YOU

11/25/2007  7:12PM    01
000000#0483         CLERK01

BAG (M Monroe)        TI $32.99
BAG (M.Monroe)        TI $19.99
MDSE ST               $52.98
TAX1                   $4.41

ITEMS          2Q
CHARGE      $57. 39

NO REFUND
EXCHANGE ONLY WITHIN
7DAYS WITH RECEIPT

SFA 01054