# EX. Y, PT. 2





Home :: Search
Spanish :: Portuguese :: German

| MARILYN | COMMUNITY | PRESS CENTER | BUSINESS | SHOPPING |

### IN THE NEWS

**STATEMENT FROM MARILYN MONROE LLC: VOWS TO PROTECT FILM ICON'S LEGACY AND DIGNITY**
Recent rulings in separate courts in New York and California have raised questions about the publicity and marketing rights to Marilyn Monroe. These rulings may have also affected the rights of other deceased celebrities.

Full Story >>

News
Biography
Photos
   Andre de Dienes
   Harold Lloyd
   George Barris
   CMG Collection
     Color
     Black and White
   Photo Usage
Films
Quotes
Fast Facts
Career Highlights
Music
Favorites
Timeline
TV Appearances



Browse
Gift Set
Apparel
Collectibles
Gifts
Art

**Photos Marilyn Monroe**
We have what you are looking for! Find great offers and great prices.
www.Best-Price.com
Ads by Google

**sign up**
Be the first to know the latest and greatest available on Marilyn's site!

**join in**
Become a member of the hottest fan club on the web!

**tell us**
What do you have to say about the Blond Bombshell?

**buy it**
Gotta have the latest purse? Get it here and much, much more!

**browse**
Check out our extensive library of gorgeous images.

**watch**
View our archive of Marilyn clips to see some of the latest advertisements!

### IN THIS SITE

**About Section** - Everything Marilyn! Read her intriguing biography and learn about her ascension into infamy. Just looking for the facts? Get them in the Fast Facts section.

**Community Section** - The community section is a place for fans to download original Marilyn wallpapers and banners while seeing what others are doing to keep the spirit of Marilyn Monroe alive today.



Home | Marilyn | Community | Press Center | Business | Store | Site Info
TM/© 2006 Marilyn Monroe, LLC c/o CMG Worldwide
Site designed and maintained by CMG-Solutions.com
Patent Pending

SFA 01073



The Official Online Store

Your shopping cart >> 0 Item(s)    Total: $0.00

Search

<< Main Site
Store Front
**Store Items**
Apparel
Collectibles
Novelty
Prints and Posters
Purses
Valentines Gifts
**Feature Items**
Top Sellers
New Products
**My Account**
Checkout
Edit Account
Change Password
Order Status
**Customer Service**
Contact Us
F.A.Q.

## PURSES CATALOG
Browsing in: Purses

Narrow your search



New Purses





Store Front | Feature Items | Customer Service
© MarilynMonroe.com

SFA : 01078



Home :: Search

Spanish :: Portuguese :: German

MARILYN | COMMUNITY | PRESS CENTER | BUSINESS | SHOPPING

News

Biography

Photos
  Andre de Dienes
  Harold Lloyd
  George Barris
  CMG Collection
    Color
    Black and White
  Photo Usage

Films

Quotes

Fast Facts

Career Highlights

Music

Favorites

Timeline

TV Appearances

THE CLUB

## News

**STATEMENT FROM MARILYN MONROE LLC: VOWS TO PROTECT FILM ICON'S LEGACY AND DIGNITY**

05-24-2007

Recent rulings in separate courts in New York and California have raised questions about the publicity and marketing rights to Marilyn Monroe. These rulings may have also affected the rights of other deceased celebrities.

In her life, Marilyn was ahead of her time in showing a deep concern about any future uses of her celebrity, work product and image. Marilyn's studio contracts are evidence of her interest and concern with her future reputation and rights to which she could become entitled and the language of these contracts protected those future possibilities.

We want to be very clear; we will not allow Marilyn's reputation and integrity to be trampled on by those seeking a quick profit at her expense. We will do everything at our disposal to protect the rights she so clearly sought to control in her life. In so doing, we are protecting Marilyn the person, which is our duty to her and to all her true fans.

As the entity authorized to protect Marilyn's dignity and ensure her legacy, Marilyn Monroe LLC, strongly disagrees with the judges' interpretation of the law. It is important that everyone understands that the Courts' rulings only call into question MMLLC's ownership of one type of intellectual property, the "right of publicity." In fact, claims still exist against all defendants in these cases for violations of all the other valuable intellectual property owned by MMLLC, the same intellectual property licensed to merchandisers and advertisers every day. MMLLC not only expects to prevail on those claims, but to pursue all other legal remedies to protect the rights and integrity of Marilyn. This will also include the immediate appeal of the judges' decisions to finally put to rest any argument about Marilyn's rights to control her image.

Marilyn Monroe, LLC is the entity that controls numerous rights associated with the legendary Marilyn Monroe. The brand "Marilyn Monroe" is trademarked and protected around the world, and the court rulings did nothing to undermine those valuable rights. The Marilyn Monroe "brand" remains strong, and includes ownership of www.MarilynMonroe.com.

---

**Photos Marilyn Monroe**
We have what you are looking for! Find great offers and great prices.
www.Best-Price.com

Ads by Google

**sign up**
Be the first to know the latest and greatest available on Marilyn's site!

**join in**
Become a member of the hottest fan club on the web!

**tell us**
What do you have to say about the Blond Bombshell?

**buy it**
Gotta have the latest purse? Get it here and much, much more!

**browse**
Check out our extensive library of gorgeous images.

**watch**
View our archive of Marilyn clips to see some of the latest advertisements!

Home | Marilyn | Community | Press Center | Business | Store | Site Info
TM/© 2006 Marilyn Monroe, LLC c/o CMG Worldwide
Site designed and maintained by CMG-Solutions.com
Patent Pending

SPA    01075

of 1    5/25/2007 12:27 PM



  

**Celebrity Licensed Products**
**Designer Products**
**Customized Products**
**Specials**

Below are the products found for your search criteria. To find out more information about each product, simply click on the product image for a detailed description.

Product(s) Found: 2





**HACRTM2CW**
MARLYN
MONROE
QUARTZ
ALARM CLOCK

**HACTV4MM**
MARLYN
MONROE
SNOOZE TV
ALARM CLOCK

**Back to the Top**

SFA 01077

Below are the products found for your search criteria. To find out more information about each product, simply click on the product image for a detailed description.

Product(s) Found: 2





**HMUCMMST4**
MARLYN MONROE SET OF 4 CHINA CONICAL MUGS

**HMUMMSET4**
MARLYN MONROE SET OF 4 CERAMIC MUGS

**Back to the Top**

SFA 01078

http://www.centriccorp.com/category.asp?cat=4&celeb=8          6/18/2007

