# EX. Y, pt. 3



SFA 01080

