# EX. Z



Home :: Search

Spanish :: Portuguese :: German

### Historical Photo Gallery

**Andre de Dienes**

In 1945 Andre de Dienes hired a then 19-year-old Marilyn Monroe for her first modeling job. Known then as Norma Jean, the two went out on a five week road trip through California, Nevada and New Mexico. Photographs from the trip were printed on magazine covers throughout the world. Marilyn continued to work with de Dienes until 1953. Photographs taken by him are still highly sought after by fans and admirers of Marilyn Monroe.



News
Biography
Photos
  Andre de Dienes
  Harold Lloyd
  George Barris
  CMG Collection
    Color
    Black and White
  Photo Usage
Films
Quotes
Fast Facts
Career Highlights
Music
Favorites
Timeline
TV Appearances

To enter the Andre de Dienes Gallery just click here or on any of the images below.

    

**Lindsay Lohan Scandal**
Lindsay Recreates Nude Marilyn Pics Story with Free Celebrity Toolbar
Celebrity.alottoolbars.com

**sign up**
Be the first to know the latest and greatest available on Marilyn's site!

**join in**
Become a member of the hottest fan club on the web!

**Harold Lloyd**

At one point during his photography career, Harold Lloyd took pictures of Marilyn Monroe lounging poolside in a bathing suit. These photographs were not published until after their deaths but are now in great demand by fans of Marilyn Monroe.

To enter the Harold Lloyd Gallery just click here or on any of the images below.



**tell us**
What do you have to say about the Blond Bombshell?

**buy it**
Gotta have the latest purse? Get it here and much, much more!




**browse**
Check out our extensive library of gorgeous images.

**George Barris**

George Barris was collaborating on a book with Marilyn at the time of her death. He had photographed her extensively, and many say these are some of the last photographs ever taken of her.

To enter the George Barris Gallery just click here or on any of the images below.



**watch**
View our archive of Marilyn clips to see some of the latest advertisements!

     

## CMG Collection

### Black And White Photos
To enter the Black and White Photo Gallery just <u>click here</u> or on any of the images below.



### Color Photos
To enter the Color Photo Gallery just <u>click here</u> or on any of the images below.



Home | Marilyn | Community | Press Center | Business | Store | Site Info
TM/© 2006 Marilyn Monroe, LLC c/o CMG Worldwide
Site designed and maintained by CMG-Solutions.com
Patent Pending