UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
SHAW FAMILY ARCHIVES, LTD., EDITH MARCUS, :
and META STEVENS,                         :           ECF CASE
                                          :
                                          :
                       Plaintiffs,        :  Index No. O5 CV 3939 (CM)
                                          :
     -against-                            :
                                          :
CMG WORLDWIDE, INC., an Indiana Corporation :
and MARILYN MONROE, LLC, a Delaware       :
Limited Liability Company,                :
                                          :
                       Defendants.        :
                                          :
-----------------------------------------------------------------------X

## NOTICE OF CROSS-MOTION

To:   Paula Colbath, Esq.
      Loeb & Loeb LLP
      345 Park Avenue
      New York, New York 10154
      (212) 407-4905

      Theodore J. Minch, Esq.
      Sovich Minch, LLP
      10099 Chesapeake Drive, Suite 100
      McCordsville, Indiana 46055
      (317) 335-3601

PLEASE TAKE NOTICE, that, upon the Memorandum of Law in Support of Plaintiffs' Cross-Motion for an Order of Preclusion and the Second Declaration of David Marcus, with attached exhibits, dated March 4, 2008, Plaintiffs, by their undersigned attorneys, will move this Court, in the Courtroom of the Honorable Colleen McMahon, United States District Judge, United States Courthouse, 500 Pearl Street, New York, New York, 10007, at a time and date to be determined by the Court, for an order that the Defendants are precluded from asserting Count

I of their Third Amended Complaint on summary judgment and at trial, and for sanctions pursuant to Fed. R. Civ. P. 37 and the Court's inherent authority, and for other relief that the court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that answering papers, if any, are to be served on counsel for Plaintiffs pursuant to Court Ordered Stipulation.

Dated: New York, New York
March 4, 2008

                                        Respectfully Submitted,

                              By: /s/_____
                                Christopher Serbagi
                                David Marcus
                                Law Offices of Christopher Serbagi
                                488 Madison Avenue, Suite 1120
                                New York, New York 11201
                                Tele: (212) 593-2112
                                Fax: (212) 308-8582

                                Attorneys for the Plaintiffs