*(Pennton)*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/08
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------- X
SHAW FAMILY ARCHIVES LTD., EDITH  :
MARCUS and META STEVENS,
                                                            :
         Plaintiffs,                      Case No. 05 Civ. 3939 (CM)
                                                            :
         -against-                         Hon. Colleen McMahon
                                                            :
CMG WORLDWIDE, INC. and MARILYN      **STIPULATION**
MONROE LLC,                                      :

         Defendants.
-------------------------------------------------------------- X

WHEREAS the parties have conferred in an effort to avoid spending time at trial authenticating documents about which there is no genuine dispute;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that, for purposes of this action, all documents produced in discovery prior to the January 1, 2008 discovery deadline, except (i) those documents bearing a production number with the prefix "MC" and (ii) a purported audio recording of a 1955 radio interview of Marilyn Monroe and any transcript thereof, are authentic under Federal Rules of Evidence 901, *et seq.*;

IT IS FURTHER STIPULATED AND AGREED by and between the undersigned counsel that nothing in this Stipulation shall prevent any party from objecting to any document or piece of evidence on any ground other than authenticity.

LAW OFFICES OF CHRISTOPHER SERBAGI

By: _____
Christopher Serbagi
488 Madison Avenue, Suite 1120
New York, New York 10022
Tel: (212) 593-2112
Fax: (212) 308-8582

*Attorneys for Shaw Family Archives, Ltd., Edith Marcus and Meta Stevens*

LOEB & LOEB, LLP

By: _____
Paula K. Colbath
345 Park Avenue
New York, New York 10154-1895
Tel: (212) 407-4000
Fax: (646) 514-2887

*Attorneys for Marilyn Monroe LLC*

SOVICH MINCH, LLP

By: _____
Theodore J. Minch, Esq.
10099 Chesapeake Drive, Suite 100
McCordsville, Indiana 46055
Tel: (317) 335-3601
Fax: (317) 335-3602

*Attorneys for CMG Worldwide, Inc.*

Dated: New York, New York
       March 6, 2008

So Ordered. 3/7/08

_____
Hon. Colleen McMahon
U.S.D.J.

NY706720.1

| | |
|---|---|
| LAW OFFICES OF CHRISTOPHER SERBAGI | LOEB & LOEB, LLP |
| By:_____ | By:_____ |
| Christopher Serbagi | Paula K. Colbath |
| 488 Madison Avenue, Suite 1120 | 345 Park Avenue |
| New York, New York 10022 | New York, New York 10154-1895 |
| Tel: (212) 593-2112 | Tel: (212) 407-4000 |
| Fax: (212) 308-8582 | Fax: (646) 514-2887 |
| *Attorneys for Shaw Family Archives, Ltd., Edith Marcus and Meta Stevens* | *Attorneys for Marilyn Monroe LLC* |

SOVICH MINCH, LLP

By:_____
Theodore J. Minch, Esq.
10099 Chesapeake Drive, Suite 100
McCordsville, Indiana 46055
Tel: (317) 335-3601
Fax: (317) 335-3602

*Attorneys for CMG Worldwide, Inc.*

Dated: New York, New York
       March 6, 2008

So Ordered.

_____
Hon. Colleen McMahon
U.S.D.J.

NY706720.1