UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
SHAW FAMILY ARCHIVES, LTD, EDITH :
MARCUS, and META STEVENS : Index No. 05 CV 3939 (CM)
:
:
Plaintiffs/Consolidated Defendants, : Honorable Colleen McMahon
:
-against- :
:
:
CMG WORLDWIDE, INC., an Indiana Corporation:
and MARILYN MONROE, LLC, a Delaware :
Limited Liability Company, :
:
Defendants/Consolidated Plaintiffs. :
:
-------------------------------------------------------------X

### NOTICE OF MOTION FOR A BOND PURSUANT TO LOCAL RULE 54.2

To:   Paula Colbath, Esq.
      Loeb & Loeb
      345 Park Avenue
      New York, New York 10154
      Tele: (212) 407-4000

      Theodore J. Minch
      Sovich Minch, LLP
      10099 Chesapeake Drive, Suite 100
      McCordsville, Indiana 46055
      Tele: 317-335-3601

PLEASE TAKE NOTICE, that, upon the Memorandum of Law in Support of Motion for A Bond and the Declaration of David Marcus, dated March 12, 2008, Defendant Bradford Licensing Associates and Plaintiffs/Consolidated Defendant Shaw Family Archives, Ltd., and Plaintiffs Edith Marcus and Meta Stevens, by their undersigned attorneys, will move this Court, in the Courtroom of the Honorable Colleen McMahon, United States District Judge, United

States Courthouse, 500 Pearl Street, New York, New York, 10007, at a time and date to be determined by the Court, for an Order, pursuant to Rule 54.2 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, that Defendants/Consolidated Plaintiffs Marilyn Monroe, LLC and CMG Worldwide, Inc., post a bond in the amount of $4,500,000, and for other relief that the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that answering papers, if any, are to be served two weeks after receipt of moving papers, and reply papers, if any, are to be served five (5) business days after service of answering papers.

Dated: New York, New York
        March 12, 2008

                        Respectfully Submitted,

                        By: _____
                        Christopher Serbagi, Esq.
                        David Marcus, Esq.
                        488 Madison Avenue, Suite 1120
                        New York, New York 11201
                        Tele: (212) 593-2112
                        Fax: (212) 308-8582

                        Attorneys for the Plaintiffs/Consolidated Defendants