UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SHAW FAMILY ARCHIVES, LTD., BRADFORD LICENSING, INC., JAMES E. DOUGHERTY, VALHALLA PRODUCTIONS, LLC., EDITH MARCUS, and META STEVENS,

: Index No. 05 CV 3939 (CM)

Plaintiffs/Consolidated Defendants,

: Honorable Colleen McMahon

-against-

CMG WORLDWIDE, INC., an Indiana Corporation and MARILYN MONROE, LLC, a Delaware Limited Liability Company,

Defendants/Consolidated Plaintiffs.

-----------------------------------------------------------------X

## DECLARATION OF LARRY SHAW

1. I, LARRY SHAW, declare the following facts under penalty of perjury.

2. I am one of three shareholders and owners of the Shaw Family Archives, Ltd. ("SFA"). The remaining shareholders/owners of SFA are my sisters, Plaintiffs Edith Marcus and Meta Stevens. Edith Marcus, Meta Stevens, and I are the children of the late Sam Shaw. SFA has the right to market, license and offer for commercial exploitation, the Shaw Collection, including all photographs of Marilyn Monroe taken by Sam Shaw, pursuant to a June 5, 2002 agreement between myself and my sisters.

3. I submit this affidavit in support of Plaintiffs' motion, pursuant to the Indiana Right to Publicity Statute, 32-36-1-12 (the "Indiana Statute"), for attorneys' fees, costs and expenses in this action, from April 4, 2005 to May 2, 2007, and for such other relief as the Court may deem just and proper.

4. Attached as Exhibit A is a true and correct copy of an electronic communication I received at the Internet address larry@spc-promotions.com from Mark Roesler, from the Internet address mark@cmgworldwide.com.

5. On a number of occasions, Mr. Roesler told me on the telephone and in person that should the Defendants prevail in this action, they would be entitled to their attorney's fees as a prevailing party under the Indiana Statute.

Dated: New York, New York
       May 22, 2007

_____
Larry Shaw