# Ex. A

**Larry Shaw**

| | |
|---|---|
| **From:** | "Mark Roesler" <mark@cmgworldwide.com> |
| **To:** | <larry@spc-promotions.com> |
| **Cc:** | <edieshaw@optonline.net>; <Metashaw-sam@nyc.rr.com> |
| **Sent:** | Wednesday, December 06, 2006 6:33 PM |
| **Attach:** | Nova.AlderFels.memo.order.pdf |
| **Subject:** | Nova Wines Order |

Larry....here is the order from the court on Nova Wines that we spoke about that came down this week.
I am sorry that we are so far apart.   I did report our discussions back to Anna and she concurred that future settlement discussions don't seem to be worthwhile and we are content proceeding until the end since who ever prevails will probably get their attorney fees back.    I think we really missed our opportunity last summer, but I guess it was not to be.

Anyway, I hope all else is well and we will meet up sometime soon.
Best,
Mark