

**LEGAL DEPARTMENT**

Writer's Direct Dial:
212-827-1512
Writer's E-Mail:
jbennett@sag.org
Fax No.:
212-827-1598

**MEMO ENDORSED** March 12, 2008

**VIA FACSIMILE**
Hon. Colleen McMahon
United States Courthouse
500 Pearl St., Room 640
New York, NY 10007

*Colleen Mc Mel* 3/12/08

*Re: Shaw Family Archives, Ltd. v. CMG Worldwide, Index No. 05 CV 3939*

Dear Judge McMahon:

I am writing on behalf of the Screen Actors Guild to respectfully request permission to file a brief of *amici curiae* in opposition to the Shaw Family Archive's February 14, 2008 motion for an Order that SB 771 is unconstitutional. We plan to file our motion with the corresponding brief tomorrow. Please let us know if there is a more preferable procedure for briefs of this nature.

Sincerely,

Jeffrey Bennett
Deputy General Counsel

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/08

**SCREEN ACTORS GUILD**
360 MADISON AVENUE, 12th FLOOR, NEW YORK, NEW YORK 10017 ★ Tel. 212.944.1030 ★ Fax 212.944.6774
www.sag.org
Branch of Associated Actors and Artistes of America / AFL-CIO ••• • Affiliate of International Federation of Actors