OWEN K. KUNS
RAY H. WHITAKER
 CHIEF DEPUTIES

JERRY L. BASSETT
KENT L. DECHAMBEAU
STANLEY M. LOURIMORE
EDWARD K. PURCELL
JOHN T. STUDEBAKER

JAMES L. ASHFORD
JOHN CORZINE
ROBERT CULLEN DUFFY
ROBERT D. GRONKE
SHERWIN C. MACKENZIE, JR.
ANN M. MACKEY
TRACY O. POWELL, II
JIMMIE WING
 PRINCIPAL DEPUTIES

3021 STATE CAPITOL
SACRAMENTO 95814
(916) 445-3057

8011 STATE BUILDING
107 SOUTH BROADWAY
LOS ANGELES 90012
(213) 620-2550

# Legislative Counsel
## of California

**BION M. GREGORY**

DAVID D. ALVES
MARTIN L. ANDERSON
PAUL ANTILLA
CHARLES C. ASBILL
SHARON G. BIRENBAUM
AMELIA I. BUDD
EILEEN J. BUXTON
HENRY J. CONTRERAS
BEN E. DALE
CLINTON J. DEWITT
C. DAVID DICKERSON
KATHRYN E. DONOVAN
FRANCES S. DORBIN
MAUREEN S. DUNN
LAWRENCE H. FEIN
SHARON R. FISHER
JOHN FOSSETTE
HARVEY J. FOSTER
CLAY FULLER
ALVIN D. GRESS
JOYCE E. HEE
THOMAS R. HEUER
JACK I. HORTON
SANDRA HUGHES
MICHAEL J. KERSTEN
L. DOUGLAS KINNEY
VICTOR KOZIELSKI
EVE KROTINGER
ROMULO I. LOPEZ
JAMES A. MARSALA
PETER MELNICOE
ROBERT G. MILLER
JOHN A. MOGER
VERNE L. OLIVER
EUGENE L. PAINE
ISA R. RODRIGUEZ
MARGUERITE ROTH
MICHAEL B. SALERNO
MARY SHAW
ANN ELLIOTT SHERMAN
RUSSELL L. SPARLING
WILLIAM K. STARK
MARK FRANKLIN TERRY
JEFF THOM
MICHAEL H. UPSON
RICHARD B. WEISBERG
DANIEL A. WEITZMAN
THOMAS D. WHELAN
CHRISTOPHER ZIRKLE
 DEPUTIES

Sacramento, California
September 17, 1984

Honorable George Deukmejian
Governor of California
Sacramento, CA

<u>   Senate   </u> Bill No. <u>  613  </u>

Dear Governor Deukmejian:

Pursuant to your request we have reviewed the above-numbered bill authored by <u>Senator William Campbell</u> and, in our opinion, the title and form are sufficient and the bill, if chaptered, will be constitutional. The digest on the printed bill as adopted correctly reflects the views of this office.

Very truly yours,

Bion M. Gregory
Legislative Counsel

By
James L. Ashford
Principal Deputy

JLA:wld

Two copies to Honorable <u>William Campbell</u>,
pursuant to Joint Rule 34.

