JUL 25 2007

July 23, 2007

Honorable Sheila Kuehl
Attention: Tam M. Ma, Consultant
State Capitol
Room 5108
Sacramento CA 95814

Re: SB 771

Dear Senator Kuehl:

As the author of landmark legislation that was enacted as California's civil code section 3344.1 in 1985, I wanted to write and commend you for your introduction of legislation to clarify that law's intent. At no time did I or any of the bill's supporters anticipate only prospective application of this important right of publicity for deceased celebrities. In point of fact, the overwhelming testimony on my bill throughout the legislative process came from heirs or representatives of celebrities who had already past, such as, the widow of Elvis Presley, the son of John Wayne, and the grandson of WC Fields. There was even written testimony from the widow of the great American General, Omar Bradley.

Had I known about the litigation involving Marilyn Monroe LLC, I would have gladly filed an amicus brief to state the **unequivocal** intent of my 1984 legislation.

If I, or my former chief of staff, Jerry Haleva, who worked on the legislation with me can be of any assistance to you as you pursue this statutory clarification, please don't hesitate to contact us.

Sincerely,

*Bill Campbell*

Senator Bill Campbell (Retired)

cc: Jerry M. Haleva