**FILED**

UNITED STATES COURT OF APPEALS

FEB 21 2008

FOR THE NINTH CIRCUIT

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: MILTON H. GREENE ARCHIVES, INC.; TOM KELLEY STUDIOS, INC. | No. 08-70405 |
| | D.C. No. CV-05-02200-MMM<br>Central District of California,<br>Los Angeles |
| MILTON H. GREENE ARCHIVES, INC.; et al., | |
| Petitioners, | ORDER |
| v. | |
| UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, | |
| Respondent, | |
| CMG WORLDWIDE INC.; et al., | |
| Real Parties in Interest. | |

Before: WALLACE, LEAVY and RYMER, Circuit Judges.

Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. United States Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied.

08-70405

No motions for reconsideration, modification, or clarification of this order shall be filed or entertained.