

LEGISLATIVE COUNSEL
Diane F. Boyer-Vine

CHIEF DEPUTIES
Jeff A. DeLand
D.       Weitzman

PRINCIPAL DEPUTIES
Alvin D. Gress
Michael J. Kersten
Kirk S. Louie
John T. Studebaker

Joe Ayala
Cindy M. Cardullo
Edward Ned Cohen
Ben E. Dale
Debra Zidich Gibbons
Patricia Hart Jorgensen
Michael R. Kelly
Diana G. Lim
Romulo I. Lopez
Robert A. Pratt
William K. Stark
Jeff Thom
Richard B. Weisberg

DEPUTIES
Stephanie L. Abel
Paul Antilla
Scott A. Baxter
Vanessa S. Bedford
Ann M. Burnstern
Gwynnae L. Byrd
Sergio E. Carpio
William Chan
Emilia Cutrer
Byron D. Damiani, Jr.
J. Christopher Dawson
Stephen G. Dehrer
Linda B. Dozier
Krista M. Ferris
Sharon R. Fisher
L.       Feldkuhl
Je       M. Green
Mari C. Guzman
Maria Hilakos Hanke
Charlotte L. Hasee
Amy J. Haydt
Baldev S. Heir
Thomas R. Heuer
Russell H. Holder
Oksana G. Jaffe
Marian M. Johnston
Valerie R. Jones
Lori Ann Joseph
Thomas J. Kerbs
Michael J. Kerns
Jacqueline R. Kinney
Jennifer R. Klein
Eve B. Krotinger
L. Erik Lange
Felicia A. Lee
Mira A. Macias
Mariana Marin
Anthony P. Marquez
Francisco A. Martin
Christine N. Maruccia
Fred A. Messerer
William E. Moddelmog
Sheila R. Mohan
Abel Muñoz
Rachelle M. Niedzwiecki
Gerardo Partida
Sue-Ann Peterson
Michael Pinkerton
Lisa M. Plummer
Patricia Gates Rhodes
Deborah J. Rotenberg
Michelle L. Samore
Aaron D. Silva
Je       . Steele
N        ard
Mark Franklin Terry
Bradley N. Webb
Armin G. Yazdi
Jenny C. Yup
Jack Zorman

OFFICE OF LEGISLATIVE COUNSEL
State Capitol, Suite 3021
Sacramento, California 95814

TELEPHONE (916) 341-8000
FACSIMILE (916) 341-8020
INTERNET www.legislativecounsel.ca.gov
EMAIL administration@legislativecounsel.ca.gov

# WORKING COPY

Legislative Counsel of California

September 13, 2007

Honorable Arnold Schwarzenegger
Governor of California
Sacramento, CA 95814


RECEIVED
SEP 2 4 2007
DEM

## SENATE BILL NO. 771

Dear Governor Schwarzenegger:

Pursuant to your request, we have reviewed the above-numbered bill authored by Senator Kuehl and, in our opinion, the title and form are sufficient and the bill, if chaptered, will be constitutional. The digest on the printed bill as adopted correctly reflects the views of this office.

Very truly yours,

Diane F. Boyer-Vine
Legislative Counsel



By
Michael R. Kelly
Principal Deputy

MRK:slp

Two copies to Honorable Sheila James Kuehl,
pursuant to Joint Rule 34.