# Exhibit B

Case 1:05-cv-03939-CM    Document 230-3    Filed 03/13/2008    Page 1 of 4

```
 1  Douglas E. Mirell (State Bar No. 094169)
    Lance N. Jurich (State Bar No. 132695)
 2  Laura A. Wytsma (State Bar No. 189527)
    Benjamin R. King (State Bar No. 205447)
 3  LOEB & LOEB LLP
    10100 Santa Monica Boulevard, Suite 2200
 4  Los Angeles, California 90067-4120
    Telephone:  (310) 282-2000
 5  Facsimile:  (310) 282-2200

 6  Attorneys for Plaintiff
    MARILYN MONROE, LLC
 7
```

ORIGINAL FILED
OCT 26 2007
LOS ANGELES SUPERIOR COURT

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| MARILYN MONROE, LLC, a Delaware limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> MILLINGTON CONROY, an individual; and DOES 1 through 25, inclusive, <br><br> Defendants. | Case No. BC 379732   "BY FAX" <br><br> Judge: Hon. David Yaffe <br> Dept.: 86 <br><br> STIPULATION AND [PROPOSED] ORDER MODIFYING TEMPORARY RESTRAINING ORDER |

ALL PARTIES IN THIS MATTER HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. Subparagraph (1) of the paragraph headed "Temporary Restraining Order" of this Court's "Order to Show Cause Re Appointment of Receiver and Temporary Restraining Order and Order to Show Cause Re Preliminary Injunction," dated October 25, 2007 (the "Order") is modified so as to permit Defendant Conroy, strictly under the direct supervision and observation of a representative of Plaintiff Marilyn Monroe, LLC, to move and/or transfer any and all "Marilyn Monroe Properties," as that term is defined in the Order, to a reputable national financial institution in Los Angeles County. The Marilyn Monroe Properties shall be housed in an undisclosed secure vault at the financial

STIPULATION AND [PROPOSED] ORDER

1 institution, with authorized access only with Marilyn Monroe, LLC's express, written
2 consent. The Marilyn Monroe Properties will be maintained in a temperature controlled
3 environment with 24-hour armed security, including camera surveillance. The Marilyn
4 Monroe Properties will be moved by independent armed investigators and escorted by a
5 third-party for chain of custody verification.
6     2.    All other dates, terms, limitations, and provisions of the Order remain in full
7 force and effect.
8 Dated: October 26, 2007    By: *[signature]*
    BENJAMIN R. KING
9     Loeb & Loeb LLP
    Attorneys for Plaintiff Marilyn Monroe,
10     LLC
11
12 Dated: October 26, 2007    By: *[signature]*
    MILLINGTON CONROY, Pro Se
13
14 IT IS SO ORDERED.
15 OCT 2 6 2007    DAVID P. YAFFE
    JUDGE OF THE SUPERIOR COURT

STIPULATION AND [PROPOSED] ORDER

# PROOF OF SERVICE

I, Kathryn M. Presson, the undersigned, declare that:

I am employed in the County of Los Angeles, State of California, over the age of 18, and not a party to this cause. My business address is 10100 Santa Monica Boulevard, Suite 2200, Los Angeles, California 90067-4120.

On October 26, 2007, I served a true copy of the STIPULATION AND [PROPOSED] ORDER MODIFYING TEMPORARY RESTRAINING ORDER on the parties in this cause as follows:

[X]   (VIA U.S. MAIL) by placing the above named document in a sealed envelope addressed as set forth below, or on the attached service list and by then placing such sealed envelope for collection and mailing with the United States Postal Service in accordance with Loeb & Loeb LLP's ordinary business practices.

Millington Conroy
17936 Crimson Crest Drive
Rowland Heights, CA  91748

I am readily familiar with Loeb & Loeb LLP's practice for collecting and processing correspondence for mailing with the United States Postal Service and Overnight Delivery Service. That practice includes the deposit of all correspondence with the United States Postal Service and/or Overnight Delivery Service the same day it is collected and processed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 26, 2007, at Los Angeles, California.

Kathryn M. Presson