JAMES M. MURPHY (JM3097)
SPIVAK LIPTON LLP
1700 Broadway – Suite 2100
New York, New York 10019
Phone:       (212) 765-2100
Facsimile:   (212) 541-5429
Email:       jmurphy@spivaklipton.com

DUNCAN W. CRABTREE-IRELAND (CA SBN 196878)
DANIELLE S. VAN LIER (CA SBN 200435)
SCREEN ACTORS GUILD, INC.
5757 Wilshire Blvd., 7th Floor
Los Angeles, CA 90036
Telephone: (323) 549-6627
Facsimile: (323) 549-6624

Attorneys for Screen Actors Guild, Inc.


**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
                                                       )
SHAW FAMILY ARCHIVES, LTD.,         )
EDITH MARCUS and META STEVENS,  )
                                                       )   05 Civ. 3939 (CM)
                       Plaintiffs,                 )
                                                       )
            -against-                              )
                                                       )
CMG WORLDWIDE, INC., an Indiana  )
Corporation, and MARILYN MONROE, )
LLC, a Delaware Limited Liability      )
Company,                                        )
                                                       )
                       Defendants.              )
-------------------------------------------------------X

**NOTICE OF MOTION BY SCREEN ACTORS GUILD, INC. TO FILE
A MEMORANDUM OF LAW AS <u>AMICUS CURIAE</u>
IN SUPPORT OF DEFENDANTS
CMG WORLDWIDE, INC. AND MARILYN MONROE, LLC**

- 2 -

PLEASE TAKE NOICE that, upon the annexed declaration of James M. Murphy sworn to March 13, 2008 and the proposed memorandum of law ("Amicus Brief") by Screen Actors Guild, Inc., as <u>amicus curiae</u>, the undersigned will move this Court before the Honorable Colleen McMahon at the United States Court House, Courtroom 21B, 500 Pearl Street, New York, NY, at a date and time determined by the Court for leave to file the proposed Amicus Brief.

Dated: New York, New York
       March 13, 2008

                                       SPIVAK LIPTON LLP
                                       Attorneys for Screen Actors Guild, Inc.
                                       1700 Broadway – Suite 2100
                                       New York, New York 10019
                                       Phone:     (212) 765-2100
                                       Facsimile:  (212) 541-5429
                                       Email:      jmurphy@spivaklipton.com

                                       BY:  /s/James M. Murphy_____
                                            JAMES M. MURPHY (JM3097)

TO:    Christopher Serbagi, Esq
        488 Madison Avenue, Suite 1120
        New York, NY 10022
        212-593-2112
        Fax: 212-593-2112
        Email: madis48@earthlink.net

        David Michael Marcus, Esq.
        Marcus & Greben
        1650 Broadway
        New York, NY 10019
        (917) 686-9465
        Fax: (212) 765-2210
        Email: dmmlitigates@yahoo.com

- 3 -

Marci A. Hamilton, Esq.
The Law Office of Marci Hamilton
36 Timber Knoll Drive
Washington Crossing, PA 18977
(212) 353-8984

David Marcus, Esq.
Law Offices of Christopher Servagi
488 Madison Avenue, Suite 1120
New York, NY 10022
(212) 593-2112

James M. Hinshaw, Esq.
Bingham, Mchale, L.L.P.
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204-2982
317-968-5385

Amy L. Wright, Esq.
Dann, Pecar, Newman & Kleiman
One American Square, Suite 2300
P.O. Box 82008
Indianapolis, IN 46282
317-632-3232

J. Lee McNeeley, Esq.
McNeely, Stephenson Thopy & Harrold
30 E. Washington Street, Suite 400
Shelbyville, IN 46176
317-392-3619

Jonathan Garland Polak, Esq.
Sommer Barnard PC
One Indiana Square, Suite 3500
Indianapolis, IN 46204
(317)-713-3532
Fax: (317)-713-3699
Email: jpolak@sommerbarnard.com

Orin Snyder, Esq.
Gibson, Dunn & Crutcher LLP (NYC)
200 Park Avenue, 48th Floor
New York, NY 10166
(212)351-2400
Fax: (212)3531-6355
Email: osnyder@gibsondunn.com

Howard Sean Hogan, Esq.
Gibson, Dunn and Crutcher (DC)
1050 Connecticut Avenue, North West
New York, NY 10166-0193
(212) 351-4000
Fax: (212) 351-4035
Email: hhogan@gibsondunn.com

Michelle Marie Craven. Esq.
Gibson, Dunn & Crutcher LLP (NYC)
200 Park Avenue, 48th Floor
New York, NY 10166
(212) 351-2480
Fax: 2123516288
Email: mcraven@gibsondunn.com

Barry Isaac Slotnick, Esq.
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154
(212) 407-4162
Fax: (212) 407-4990
Email: bslotnick@loeb.com

Douglas E. Mirell, Esq.
Loeb & Loeb LLP
10100 Santa Monica Boulevard
Los Angeles, CA 90067
310-282-2151
Fax: 310-919-3898
Email: dmirell@loeb.com

Paula Kae Colbath, Esq.
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154
(212) 407-4000
Fax: (212) 407-4990
Email: pcolbath@loeb.com

- 5 -

Tracy Nicole Betz, Esq.
Sommer Barnard PC
One Indiana Square, Suite 3500
Indianapolis, IN 46204
(317)-713-3544
Fax: (317)-713-3699
Email: tbetz@sommerbarnard.com

Laura Wytsma, Esq.
Loeb & Loeb LLP
10100 Santa Monica Boulevard
Los Angeles, CA 90067
(310) 282-2000
Fax: (310) 282-2200