# Exhibit F

## ASSIGNMENT OF MEMBER'S INTEREST

## MARILYN MONROE LLC

### a Delaware Limited Liability Company

Anna Strasberg, as Administrator C.T.A. of the Estate of Marilyn Monroe, Deceased (the "Estate"), hereby assigns the Member's Interest of the Estate in Marilyn Monroe LLC, as follows:

75% to Anna Strasberg, as Executor of the Estate of Lee Strasberg, Deceased

25% to the Anna Freud Centre

The aforesaid assignment is authorized by the order of the Surrogate's Court for the County of New York, State of New York, entered on June 19, 2001.

IN WITNESS WHEREOF, the undersigned has executed this Assignment as of July 5th, 2001.

ANNA STRASBERG, Administrator C.T.A.
of the Estate of Marilyn Monroe, Deceased

## CONSENT TO ASSIGNMENT

The undersigned, as Members of Marilyn Monroe LLC, hereby consent, in accordance with the provisions of Section 2.1 of the Limited Liability Company Agreement of Marilyn Monroe LLC, to the above assignment.

IN WITNESS WHEREOF, the undersigned have executed this Consent to Assignment as of the dates set forth below:

Dated: July 5th, 2001

ANNA STRASBERG, Administrator C.T.A.
of the Estate of Marilyn Monroe, Deceased

Dated: July 5th, 2001

ANNA STRASBERG, Executor of the
Estate of Lee Strasberg, Deceased

Dated: _____, 2001

THE ANNA FREUD CENTRE

By: _____
Its: _____

## ASSIGNMENT OF MEMBER'S INTEREST

## MARILYN MONROE LLC

### a Delaware Limited Liability Company

Anna Strasberg, as Administrator C.T.A. of the Estate of Marilyn Monroe, Deceased (the "Estate"), hereby assigns the Member's Interest of the Estate in Marilyn Monroe LLC, as follows:

75% to Anna Strasberg, as Executor of the Estate of Lee Strasberg, Deceased

25% to the Anna Freud Centre

The aforesaid assignment is authorized by the order of the Surrogate's Court for the County of New York, State of New York, entered on June 19, 2001.

IN WITNESS WHEREOF, the undersigned has executed this Assignment as of _____, 2001.


ANNA STRASBERG, Administrator C.T.A.
of the Estate of Marilyn Monroe, Deceased


## CONSENT TO ASSIGNMENT

The undersigned, as Members of Marilyn Monroe LLC, hereby consent, in accordance with the provisions of Section 2.1 of the Limited Liability Company Agreement of Marilyn Monroe LLC, to the above assignment.

IN WITNESS WHEREOF, the undersigned have executed this Consent to Assignment as of the dates set forth below:

Dated: _____, 2001

ANNA STRASBERG, Administrator C.T.A.
of the Estate of Marilyn Monroe, Deceased

Dated: _____, 2001

ANNA STRASBERG, Executor of the
Estate of Lee Strasberg, Deceased

Dated: ___July 10___, 2001    THE ANNA FREUD CENTRE

By: _Steven B. Rosenfeld_
Its: _Attorney in Fact_

## ACKNOWLEDGMENT OF RECEIPT OF ASSIGNMENT

### AND

### CONSENT TO ASSIGNMENT

The undersigned, as Manager of Marilyn Monroe LLC, hereby acknowledges receipt of the above Assignment and Consent to Assignment.

IN WITNESS WHEREOF, the undersigned has executed this Acknowledgement of Receipt of Assignment and Consent to Assignment as of _____ July 5th _____, 2001.

_____
ANNA STRASBERG, Manager of
Marilyn Monroe LLC