UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
SHAW FAMILY ARCHIVES, LTD., EDITH  :
MARCUS and META STEVENS,
                                                          :
                 Plaintiffs,                Case No. 05 Civ. 3939 (CM)
                                                          :
              -against-                Honorable Colleen McMahon
                                                          :
CMG WORLDWIDE, INC., an Indiana
Corporation and MARILYN MONROE, LLC,  :
a Delaware Limited Liability Company,

               Defendants.
------------------------------------------------------- X

## NOTICE OF CROSS-MOTION TO STRIKE EVIDENCE

      PLEASE TAKE NOTICE THAT upon the accompanying Memorandum of Law in Support of Cross-Motion to Strike Evidence in Plaintiffs' Estoppel Summary Judgment Motion, dated March 13, 2008 ("Memorandum of Law"), the accompanying Declarations of Mark Roesler, Christine Sovich and Jonathan Neil Strauss, dated March 13, 2008, Defendants / Consolidated Plaintiffs Marilyn Monroe LLC and CMG Worldwide, Inc., by and through their undersigned attorneys, will move this Honorable Court, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, at a time an date to be determined by the Court, for an Order pursuant to Federal Rule of Civil Procedure 56(e) striking certain documents and information relied upon in Plaintiffs' Estoppel Summary Judgment Motion and identified in MMLLC's accompanying Memorandum of Law.

      PLEASE TAKE FURTHER NOTICE THAT pursuant the Court's Individual Practices, Plaintiffs / Consolidated Defendants' opposition, if any, must be served within two (2) weeks of receipt hereof, and Defendants' reply, if any, must be served within five (5) business days later.

Dated: New York, New York
      March 13, 2008

                LOEB & LOEB LLP

                By: ___/s/ Paula Colbath_____
                   Paula K. Colbath
                   Barry I. Slotnick
                   Jonathan Neil Strauss
                   345 Park Avenue
                   New York, New York 10154-1895
                   (212) 407-4000

                   *Attorneys for Defendant/Consolidated*
                   *Plaintiff Marilyn Monroe, LLC*
                   *Marilyn Monroe, LLC*

                SOVICH MINCH, LLP

                By: ____/s/__Thoedore J. Minch_____
                   Theodore J. Minch, Esq.
                   10099 Chesapeake Drive, Suite 100
                   McCordsville, Indiana 46055
                   Tel: (317) 335-3601
                   Fax: (317) 335-3602

                *Attorneys for CMG Worldwide, Inc.*