

## CURTIS
MANAGEMENT GROUP

May 2, 1995

Ms. Anna Strasberg
Administratrix, c.t.a. of the Estate of Marilyn Monroe
115 East 15th Street
New York, New York 10003

Dear Ms. Strasberg:

I hope you are well. Congratulations on your recent legal victory on the west coast.

In follow up to my recent letters and correspondence to you and my meeting a few days ago with Mr. Seidman and Mr. Starr, I have enclosed a brief summary of our position.

I would be happy to meet with you or anyone else again to discuss any questions you may have or to discuss any additional refinements. We are hopeful that a decision can be made soon so that if we are selected, we can take advantage of the annual International Licensing Show, which is held in June of each year in New York.

I look forward to discussing matters with you soon and I look forward to the pleasure of working for you.

Cordially,

Mark A. Roesler
President / CEO

MAR/jl

cc:   Irving P. Seidman, Esq.
      Mr. Ken Starr

Enc.

1000 Waterway Boulevard, Indianapolis, Indiana 46202 U.S.A.
Telephone 317-633-2050 Telefax 317-633-2047

CONFIDENTIAL CMG v. Shaw Family Archives
Subject to Protective Order

MM-0013310

## GLOBAL PRESENCE

Curtis has the expertise (both marketing and legal), the contacts, the structure and the specialized services that our internationally acclaimed clients deserve. Our current licensee base consists of nearly 1,700 total active licenses, of which 45% are international (see attached Schedule C for listing of companies who currently have active licenses).

Our international marketing strategies for Marilyn will target the Pacific Rim, EEC, and South America in an effort to explore the untapped reservoir of opportunities available in these territories. This work will be handled directly by our expert and professional staff. Unlike all other agents, who universally use a network of sub-agents for this international work, Curtis will directly develop these international markets, just as we do for our existing clients.

We expect that the international licensing introduced to the estate will increase consistently each year and that by the year 2000 we expect 75% of the revenues to be generated from these international licenses.

CONFIDENTIAL CMG v. Shaw Family Archives
Subject to Protective Order

MM-0013311

# LICENSING IN EXISTING & NEW TECHNOLOGY AREAS

This licensing program programs for the name and likeness of Marilyn Monroe will focus on three particular areas: advertising and promotional opportunities, merchandising and the emerging multi-media type uses.

Curtis Management Group has a database of 40,000 worldwide contacts in these areas. This database is refined daily in order to update, maintain and expand our networking capabilities and enhance our marketing abilities. A monthly newsletter is also sent to all 40,000 contacts.

- *Advertising and Promotional Licensing*
  Advertising and promotional licensing for our clients involves all media, including television, print, outdoor, radio and premiums with companies such as Nestle, Dayton-Hudson, Intel, Lee, General Mills, Carolee, Levis, Nike, Microsoft, General Motors, Panasonic and Ameritech.

- *Merchandise Licensing*
  Curtis works with manufacturers and companies throughout the world in developing, producing, and distributing products that utilize the name and likeness of our clients in all industries, such as apparel, accessories, health and beauty, electronics, toy, gift, collectibles, and paper.

CONFIDENTIAL CMG v. Shaw Family Archives
Subject to Protective Order

MM-0013312

- *New Technology Opportunities*

    New technology opportunities for Marilyn are immense:

    <u>Interactive multimedia entertainment products</u>
    We currently work with numerous multimedia software companies including, but not limited to, Sega of America, Inc., Microsoft and Mindscape. Curtis Management Group has finalized approximately 125 various licensing agreements covering the expansive range of platforms such as IBM and MacIntosh compatible CD-Rom, Sega Genesis, Sega Saturn, Nintendo Ultra 64, 3DO, and Philips CD-I. We envision the development of a "Virtual Marilyn" that provides the viewer with an opportunity to walk in Marilyn's footsteps.

    <u>Promotion on the World Wide Web</u>
    Curtis would develop a Marilyn Monroe Home Page, along with Marilyn included in the Curtis Management Group Home Page which is now currently under development, scheduled to be on-line by May 31, 1995.

    <u>Digital Interaction and 'Marilyn Morphing' in cinema productions</u>
    New technology now allows icons such as Marilyn to be optically scanned into a computer. Optical scanning converts preexisting visual material (including direct camera input, video and motion pictures) into a series of digits that computers can process and reuse in new visual works. Visual sampling technologies also can recreate

**CONFIDENTIAL CMG v. Shaw Family Archives**
**Subject to Protective Order**

MM-0013313

the legends for use in new motion pictures, television programs, advertising, as well as CD-ROM and video games. One example of such technology is the recent Coca-Cola commercial which used visually sampled footage of such Curtis clients as Humphrey Bogart and James Cagney. This technology will also be able to create computer-generated performers, together with digitally revived celebrities, in a manner indistinguishable from that of real actors.

### Marilyn Monroe Interactive Theme Parks

Curtis would cultivate opportunities for Marilyn interactive theme parks (particularly in Asia) and Marilyn Monroe Boutiques with worldwide franchise and expansion opportunities that showcase the Marilyn Monroe brand equity.

CONFIDENTIAL CMG v. Shaw Family Archives
Subject to Protective Order

MM-0013314

# INFRINGEMENT CONTROL AND PROTECTION

Our clients benefit greatly from the lobbying efforts of Curtis Management Group's legislation division. In July of 1994, Indiana passed the most comprehensive Right of Publicity statute in the world. The Indiana statute benefits our clients with the following attributes:

- Encompasses protection of names, voices, signatures, photographs, images, likenesses, or distinctive appearances, gestures, or mannerisms.
- Provides a specific statutory framework by requiring third parties to obtain written consent from the celebrity, his or her transferees or heirs before using the person's Right of Publicity for a commercial purpose.
- Allows prevailing parties to collect attorney fees
- Is only the second state to explicitly defines the conduct by which an out-of-state infringer submits to the jurisdiction of Indiana courts and provides important guidance on choice of law (no domicile requirement-which case law shows the courts generally apply the law of the state where the person was domiciled at death, here, New York which does not recognize a deceased's rights.
- The Act provides protection for 100 years following the death of a personality which assures his or her family or assignees a reasonable period of control, the most extensive protection of all statutes.
- This statute, combined with the Curtis Management Group Legal Department's achievements and abilities as covered in the three ring binder previously distributed to you, will provide a "strong arm" approach to stopping unauthorized uses of Marilyn as never before.

CONFIDENTIAL CMG v. Shaw Family Archives
Subject to Protective Order

MM-0013315

## FOCUS AND ATTENTION

*Curtis Management Group's* success has been achieved through our ability to be directly involved in all facets of creating, developing, and maintaining licensing programs for our clients. Our personal involvement and hands-on philosophy with our clients and our licensees has positioned us as the leader in the licensing industry. Our dedication and loyalty to our clients is first and foremost in our philosophy.

Mark Roesler is the chairman and founder of Curtis Management Group. Roesler has a masters in business administration and is an internationally recognized legal expert on intellectual property rights. Roesler, also an attorney, is considered by the U.S. Trade Representative as a pioneer in the extension of intellectual property rights abroad (see attached Schedule D for current issue of *BusinessWeek*).

CONFIDENTIAL CMG v. Shaw Family Archives
Subject to Protective Order

MM-0013316

# CURTIS' INTERNATIONAL AND DOMESTIC COOPERATIVE EDUCATION PROGRAMS

*Curtis Management Group* participates in international and domestic cooperative education programs with universities and colleges throughout the world. Curtis is dedicated to offering students an on-the-job intensive, learning experience and the opportunity to provide them with a "real world" introduction to that individuals' career field, while earning academic credits, while greatly benefitting Curtis with energetic and competent international marketing assistance.

Currently, Curtis' cooperative program consists of 25 students from international countries including Japan, China, Korean, Latin America, France, Germany and the United States. Our programs range from a brief internship program of 3 months to long term mentorship programs lasting up to a 12 month period.

Our students not only gain from the Curtis experience, but also bring a fresh perspective to our organization. We feel that cooperative education is the building block that provides students the competitive advantage they must have in order to be successful in today's work force.

CONFIDENTIAL CMG v. Shaw Family Archives
Subject to Protective Order

MM-0013317

## CURTIS MANAGEMENT GROUP INTERNATIONAL AND DOMESTIC LICENSING NOMINATIONS & AWARDS

- 1995 Mark A. Roesler- Nomination for Entrepreneur of the Year award

- 1994 Curtis nominated for LIMA Licensing Agency of the Year Award

- 1994 Curtis nominated for LIMA License of the Year Award- Babe Ruth 100th Anniversary

- 1992 Curtis nominated for LIMA License of the Year Award- Malcolm X

- 1992 Curtis nominated for LIMA Licensing Agency of the Year Award

- 1991 Curtis was awarded the LIMA Award for Most Creative Use of Licensed Property

CONFIDENTIAL CMG v. Shaw Family Archives
Subject to Protective Order

MM-0013318

# MARILYN MONROE REVENUE PROJECTIONS

|  | 1996 | 1997 | 1998 | 1999 | 2000 |
|---|---|---|---|---|---|
| Retail Sales | 80M | 120M | 160M | 220M | 300M |
| Wholesale Sales | 40M | 60M | 80M | 110M | 150M |
| Total Royalties at 10% average | 4M | 6M | 8M | 11M | 15M |
| **Revenue Source:** | | | | | |
| United States | 2.4M | 3M | 3.5M | 3.75M | 4M |
| International | 1.6M | 3M | 4.5M | 7.25M | 11M |
| **Commissions** | | | | | |
| United States (35%) | 840,000 | 1,050,000 | 1,225,000 | 1,312,500 | 1,400,000 |
| International (40%) | 640,000 | 1,200,000 | 1,800,000 | 2,900,000 | 4,400,000 |
| *Total expense* | 1,480,000 | 2,250,000 | 3,025,000 | 4,212,500 | 5,800,000 |
| **REVENUE TO ESTATE** | $ 2.5M | $ 3.8M | $ 5M | $ 6.8M | $ 9.2M |
| Number of Licensees | 300 | 400 | 600 | 800 | 1,000 |

*Curtis Management Group* does not pass any marketing and legal expenses to the estate (except out of pocket legal expenses) and all normal operating expenses will be borne by Curtis.

**CONFIDENTIAL CMG v. Shaw Family Archives**
**Subject to Protective Order**

MM-0013319