# EXHIBIT
# 1

COUNTY OF LOS ANGELES REGISTRAR-RECORDER/COUNTY CLERK

**CERTIFICATE OF DEATH**
STATE OF CALIFORNIA—DEPARTMENT OF PUBLIC HEALTH

12-093857 7063 17716

| | | | |
|---|---|---|---|
| Marilyn | Monroe | August 5, 1962 | 3:40 |
| Female | Cauc. | Los Angeles, Calif. | June 1, 1926 | 36 |

Gladys Pearl Baker-Mortenson · United States · 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

Actress · 30 · 20th Century-Fox · Motion Pictures

Home · Divorced

12305 -5th Helena Drive

Los Angeles · Los Angeles

12305 -5th Helena Drive · Los Angeles · Calif. · Mrs. Inez C. Melson · 4130 Sunset Blvd.

autopsy · HALL OF JUSTICE, LOS ANGELES · 8/13-28-62

Entombment · Aug.8,1962 · Westwood Memorial Park

Westwood Village Mortuary · SEP 17 1962

9762

**CAUSE OF DEATH**
ACUTE BARBITURATE POISONING
INGESTION OF OVERDOSE

Probable Suicide

8-5-62 · Home · Los Angeles

This is to certify that this document is a true copy of the official record filed with the Registrar-Recorder/County Clerk.

CONNY B. McCORMACK
Registrar-Recorder/County Clerk

JUL 02 2002

19-355626

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

MMLLC (Shaw) 000538