# Exhibit 2

**Norma Jean Mortenson's (Marilyn Monroe's) birth certificate**

# FILED UNDER SEAL