# EXHIBIT 3



SONGSTRESS—Patricia Morison, who quit movies after a series of unsuccessful roles...

## SO MOVIES FINALLY DISCOVER PATRICIA MORISON CAN SING

BY JOHN L. SCOTT

## Wolves Howl for 'Niece' Just Like Marilyn Monroe

BY PHILIP K. SCHEUER

ORPHAN NO LONGER—Marilyn Monroe, raised by guardians...

## Martyrdom Real in 'Quo Vadis'

ACTOR TURNS 'DOCTOR'—Ronald Reagan...

## Ronald Reagan 'S to Prescribe Cure

BY HEDDA HOPPER



MM-0036247

Wolves Howl for 'Niece' Just Like Marilyn Monroe
PHILIP K. SCHEUER
Los Angeles Times (1886-Current File); Aug 27, 1950; ProQuest Historical Newspapers Los Angeles Times (1881 - 1985)
pg. D1



Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

MM-0036248



Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

MM-0036249