# EXHIBIT 6



**Library of Congress Cataloging-in-Publication Data**

Riese, Randall.
  The unabridged Marilyn.

  1. Monroe, Marilyn, 1926-1962—Dictionaries, indexes, etc.   2. Moving-picture actors and actresses—United States—Biography—Dictionaries.   I. Hichens, Neal. II. Title.
PN2287.M69R54    1987    791.43'028'0924 [B]    86-29269
ISBN 0-86553-176-5

The authors and publishers apologize to those photographers and photograph owners who have not, despite our efforts, been traced, and who therefore are not credited in this book.

Copyright © 1987 by RGA Publishing Group
Library of Congress Catalog Card Number: 86-29269
International Standard Book Number: 0-86553-176-5

Published Congdon & Weed, Inc.
198 Fifth Avenue, New York, New York 10001
Distributed by Contemporary Books, Inc.
180 North Michigan Avenue, Chicago, Illinois 60601

Published simultaneously in Canada by Beaverbooks, Ltd.
195 Allstate Parkway, Valleywood Business Park
Markham, Ontario L3R 4T8 Canada

All rights reserved
Printed in the United States of America

## HOMES

"Someday I want to have a house of my own with trees and grass and hedges all around, but never trim them at all—just let them grow any old the way they want."

MM, 1951

"I thought I could never buy a home alone, but I've done it. It's like being married and not having a husband."

MM, 1962

"I could never imagine buying a home alone. But, I've always been alone, so why couldn't I imagine it?"

MM, 1962

**The Homes that MM Lived In**
Listed chronologically, these were Marilyn Monroe's residences.



THE ROBERT SLATZER COLLECTION

508 North Palm Drive, 1954.

| | | | |
|---|---|---|---|
| 1. | 5454 Wilshire Blvd. | Los Angeles, CA | 1926 (12 days) |
| 2. | 459 East Rhode Island St. | Hawthorne, CA | 1926–1932 |
| 3. | Unnamed street* | Hollywood, CA | 1932–1934 |
| 4. | Arbol Street | Hollywood, CA | 1934–1935 |
| 5. | Unnamed street** | Hollywood, CA | 1935 |
| 6. | Los Angeles Orphans Home 815 North El Centro Ave. | Hollywood, CA | 1935–1937 |
| 7. | Unnamed street*** | Compton, CA | 1937 |
| 8. | 6707 Odessa Ave. | Van Nuys, CA | 1937 |
| 9. | 14743 Archwood St. | Van Nuys, CA | 1937 |
| 10. | 6707 Odessa Ave. | Van Nuys, CA | 1938 |

*For a brief period in 1933, in Hollywood, Norma Jeane lived with a foster family (an English couple) before moving in with Gladys Baker.
**For a brief period in 1935 after Gladys Baker was admitted to Norwalk State Hospital, Norma Jeane moved in with a neighbor family named Giffen.
***For a brief period in 1937 Norma Jeane lived with a foster family in Compton before moving in with Ana Lower in Van Nuys.

| | | | |
|---|---|---|---|
| 11. | 11348 Nebraska Ave. | Sawtelle, CA | 1938–1941 |
| 12. | 6707 Odessa Ave. | Van Nuys, CA | 1941–1942 |
| 13. | 11348 Nebraska Ave. | Sawtelle, CA | 1942 |
| 14. | 4524 Vista Del Monte St. | Sherman Oaks, CA | 1942 |
| 15. | Bessemer Street | Van Nuys, CA | 1943 |
| 16. | 14747 Archwood St. | Van Nuys, CA | 1943 |
| 17. | Unnamed street | Catalina Island, CA | 1943–1944 |
| 18. | Hermitage Street | North Hollywood, CA | 1944–1945 |
| 19. | 11348 Nebraska Ave. | Sawtelle, CA | 1945–1946 |
| 20. | Studio Club 1215 North Lodi St. | Hollywood, CA | 1946–1947 |
| 21. | 131 South Avon St. | Burbank, CA | 1947 |
| 22. | El Palaccio Apts. 8491–8499 Fountain Ave. | West Hollywood, CA | 1947–1948 |
| 23. | Franklin Avenue | Hollywood, CA | 1948 |
| 24. | Bel Air Hotel 701 Stone Canyon Rd. | Beverly Hills, CA | 1948 |
| 25. | Beverly Carlton Hotel 9400 West Olympic Blvd. | Beverly Hills, CA | 1948 |
| 26. | Studio Club 1215 North Lodi St. | Hollywood, CA | 1948–1949 |
| 27. | 141 South Carolwood Dr. | Holmby Hills, CA | 1949 |
| 28. | 718 North Palm Dr. | Beverly Hills, CA | 1950 |
| 29. | 1309 Harper Ave. | West Hollywood, CA | 1950–1951 |
| 30. | Beverly Carlton Hotel 9400 West Olympic Blvd. | Beverly Hills, CA | 1951 |
| 31. | 3539 Kelton Way | West Los Angeles, CA | 1951 |
| 32. | 611 North Crescent Dr. | Beverly Hills, CA | 1951–1952 |
| 33. | 1121 Hilldale Ave. | West Hollywood, CA | 1952 |
| 34. | Beverly Carlton Hotel 9400 West Olympic Blvd. | Beverly Hills, CA | 1952 |
| 35. | Bel Air Hotel 701 Stone Canyon Rd. | Beverly Hills, CA | 1952 |
| 36. | Unnamed street | Brentwood, CA | 1952 |
| 37. | Outpost Estates 2393 Castilian Dr. | Hollywood Hills, CA | 1952 |
| 38. | Beverly Hills Hotel 9641 West Sunset Blvd. | Beverly Hills, CA | 1952–1953 |
| 39. | 882 North Doheny Dr. | Beverly Hills, CA | 1953–54 |
| 40. | 2150 Beach St. | San Francisco, CA | 1954 |
| 41. | 508 North Palm Dr. | Beverly Hills, CA | 1954 |
| 42. | 8336 Delongpre Ave. | Hollywood, CA | 1954 |
| 43. | Voltaire Apartments 1424 N. Crescent Heights | West Hollywood, CA | 1954 |
| 44. | The Milton Greene Home Fanton Hill Rd. | Weston, CT | 1954–1955 |
| 45. | Waldorf Astoria Hotel 301 Park Ave. | New York, NY | 1955 |
| 46. | Sutton Place Apartment 2 Sutton Pl. | New York, NY | 1955–1956 |
| 47. | Beverly Glen Blvd. | West Los Angeles, CA | 1956 |
| 48. | Roxbury Farm Home | Roxbury, CT | 1956–1960 |
| 49. | Parkside House Estate | Egham, England | 1956 |

1962, between 9:00 and 10:00 A.M. at her Brentwood home.

Nonetheless, over the next two decades, Marilyn Monroe would remain an integral part of Lawrence Schiller's life. In the early 1970s, Schiller produced an exhibition of MM photographs entitled "Marilyn Monroe: The Legend and The Truth." The exhibition, which toured the country, was so successful that a book was planned. The photo book evolved into Norman Mailer's *Marilyn: A Biography* (Grosset and Dunlap, 1973). The book was produced and designed by Lawrence Schiller.

Then, in 1980, Schiller produced the fine telefilm *Marilyn: The Untold Story* for ABC. It was based, predictably, on the Norman Mailer book.

Today, several years later, it is not yet certain whether or not Lawrence Schiller has gotten Marilyn Monroe out of his system. Surely, his life would have been different without her. Regardless, Schiller has gone on to produce such television projects as *The Executioner's Song* (1981), which was based, of course, on Normal Mailer's award-winning book.

## GEORGE SCHLEE

In 1955, Aristotle Onassis reportedly approached George Schlee with the proposition that Marilyn Monroe marry Prince Rainier of Monaco. Schlee, in turn, contacted Gardner Cowles, who discussed the possibility with MM.

## CHARLES SCHNEE

Charles Schnee wrote the screenplay for the 1950 film *Right Cross*, which featured Marilyn Monroe in a small part. Among Schnee's other credits are *I Walk Alone* (1947), *The Bad and the Beautiful* (for which he won a 1952 Oscar), and *Butterfield 8* (1960).

## SCHOOLS

The following is a chronological listing of the Los Angeles–area schools that Norma Jeane/Marilyn Monroe attended:

| SCHOOL | YEAR | GRADE | AGE |
|---|---|---|---|
| 1. Ballona Elementary and Kindergarten | Sept. 1931–June 1932 | Kindergarten | 5–6 |
| 2. Vine Street | Sept. 1932–June 1934 | 1st Grade | 6–7 |
| | | 2nd Grade | 7–8 |
| 3. Selma Street | Sept. 1934–June 1935 | 3rd Grade | 8–9 |
| 4. Vine Street | Sept. 1935–June 1937 | 4th Grade | 9–10 |
| | | 5th Grade | 10–11 |
| 5. Lankershim | Sept. 1937–June 1938 | 6th Grade | 11–12 |
| 6. Sawtelle Blvd. | Sept. 1938–June 1939 | 7th Grade | 12–13 |
| 7. Emerson Jr. High | Sept. 1939–June 1941 | 8th Grade | 13–14 |
| | | 9th Grade | 14–15 |
| 8. Van Nuys High | Sept. 1941–Feb. 1942 | 10th Grade | 15 |
| 9. University High* | Feb. 1942 | 10th Grade | 15 |
| 10. University of Cal. at Los Angeles (UCLA)** | Feb. 1951 | Extension | 24 |

*Norma Jeane Baker dropped out of University High in the spring of 1942 to marry Jim Dougherty.

**Marilyn Monroe took extension evening courses in Art Appreciation and Literature in February 1951.