# Exhibit 7

June 25, 1953 letter from Loyd Wright, Jr. to Marilyn Monroe on her residence at 882 No. Doheny Drive, Los Angeles, California

# FILED UNDER SEAL