# Exhibit 8

A Deeco, Inc. Delivery Memo, Delivery to J. DiMaggio (Marilyn Monroe), 508 N. Palm Drive, Beverly Hills

**FILED UNDER SEAL**