# Exhibit 9

An April 29, 1954 lease agreement between Cecil C. Hutchens and Charlotte Hutchens and Marilyn Monroe DiMaggio for a residence at 508 North Palm, Beverly Hills, California

## FILED UNDER SEAL