# Exhibit 10

A June 24, 1954 Letter from Loyd Wright, Jr. to Marilyn DiMaggio at her Beverly Hills, California address

# FILED UNDER SEAL