# EXHIBIT 12

# Duncan Trio in 11th-Hour Fight to Live

**You Can Win Up to $1000 in Social Security Game—See A-18**

# HUNT MYSTERY FRIEND IN LAST MARILYN PHONE CALL

SPORTS LATEST NEWS

LOS ANGELES EVENING AND SUNDAY HERALD-EXAMINER

United Press International - Associated Press - Dow Jones

VOL. XCII 10 CENTS TUESDAY, AUGUST 7, 1962 NO. 134

## 'Ma' on Way to Execution Chamber

ELIZABETH A. DUNCAN In 11th Hour Fight to Escape Execution

Mrs. Elizabeth Ann Duncan, who is scheduled to die in San Quentin's gas chamber tomorrow for the hired murder of her pregnant daughter-in-law, waged an 11th hour fight for her life today.

Also hopeful that some last minute legal maneuver will stay the execution are Luis Moya, 23, and Augustine Baldonado, 25, the two men Mrs. Duncan paid to slay Olga Kupczyk Duncan in 1958.

The two men are slated to die just three hours after the 58-year-old "Ma" Duncan breathes her last.

IN SAN QUENTIN

Mrs. Duncan was transported from Corona Women's Prison here to San Quentin near San Francisco this morning.

The journey began as her lawyer [illegible] ... Atty. S. Ward Sullivan sought [illegible]

(Continued on Page 8, Col. 1)

*Senate Hearings*

## Brown To Testify on Cal. Dope

Gov. Edmund G. Brown was scheduled to testify today before a U.S. Senate Subcommittee conducting hearings on juvenile delinquency, in the wake of a declaration that the governments of the United States and Mexico could stop border narcotics traffic "overnight."

This outright statement was made by Sen. Thomas J. Dodd, D-Conn., yesterday during testimony by Aaron W. Quick, state senator from El Centro and onetime U.S. Customs agent on the border.

"Nobody can tell me that if they (the United States and Mexico) really wanted to put a halt to the smuggling of narcotics across the border they couldn't stop it overnight," Dodd declared.

"There is a failure on the part of both governments.

"It is a wide open scandal."

SUPPLY AND DEMAND

Quick said the smuggling of marijuana and heroin from Mexico into Southern California is a matter of supply and demand.

"The only solution is to eliminate the supply," he said.

"If you want to get rid of a weed you don't cut off the top. You pull it out by the roots."

Quick also testified that there has been no follow-up to the United States offer to assist Mexico in eliminating opium poppy fields that have [illegible]

(Continued on Page 4, Col. 5)

*2 Steaks, 2 Lobsters, Etc.*

## Huge Last Meals for 2 Duncan Killers

[illegible]

## Del Mar RACES Late Scratches

*Seek to Avoid Israel Return*

## Britain May Deport Spy Soblen to U.S.

By RICHARD H. GROWALD

LONDON, Aug. 7 (UPI)—Government sources hinted today that Britain would deport Soviet spy Dr. Robert A. Soblen to the United States rather than let the bail-jumping fugitive slip back to Israel.

Reports flooded London that development was imminent in the case and that Soblen might be flown back to the United States today. One report said El Al Israel Airlines had agreed to take Soblen on its 3:15 p.m. (7:15 a.m. PDT) flight to New York.

There was no official confirmation of any of the reports, and officials denied that Soblen would be on the 3:15 flight.

ISRAELI REFUSES

But according to reports, some sort of agreement had been reached between the British home office and the Israeli government [illegible]

(Continued on Page 4, Col. 1)

## L.A. Mercury Heads for 90

Oldtimer's Weather A-10

Temperatures increased again today slightly, with the mercury moving toward a high of 90 degrees downtown after a low of 68.

Skies were mostly sunny and there was some smog in the basin.

[illegible]

## Herald-Examiner Special Features

[illegible]

## Angels, Dodgers Turn Back Opponents

[illegible]

## Daily Double At Del Mar Pays $3505.40

[illegible]

*Stars Uninvited*

## Simple Rites for Marilyn

Marilyn Monroe, tempestuous and tormented blonde symbol of filmland glamor, will be buried at 1 p.m. tomorrow with only her few relatives and closest friends in attendance.

Non-denominational services for the 36-year-old star, whose death early Sunday from an overdose of barbiturates stunned Hollywood and the nation, will be held at Westwood Village Mortuary chapel. Burial will be in Westwood Memorial Park.

"Only those closest to Marilyn will be invited," a spokesman said. "There won't be any movie stars present."

SANDBURG INVITED

[illegible]

JOE DiMAGGIO LEAVES FUNERAL HOME Marilyn's Second Husband Aided in Funeral Arrangements. Will Be Among Few Invited to Services

MARILYN MONROE'S HALF SISTER [illegible]

## Final Talk Tied to Overdose Of Pills

[illegible]

New mystery today shadowed Marilyn Monroe's tragic death as investigators attempting to determine whether she died by suicide or by accident learned of a strange telephone call on the night before.

[illegible]

"I don't remember just what time it was and I don't know who called her," Mrs. Murray said, "but Marilyn seemed disturbed by it.

[illegible]

(Continued on Page 4, Col. 1)

## How Industry Helped Stock Market Rally

[illegible]

MMLLC (Shaw) 000553

# Tells Inside Story When Marilyn Became Model

## Had 'Girl Next Door' Appearance at First

[illegible]

as we [illegible] said and puts every thing we needs for a [illegible] looking for love [illegible] for a [illegible]

That's what it was with her and it came out in a [illegible] 'starved little girl next door' That's [illegible] girl next door looking for somebody to [illegible] and somebody to love [illegible] because she had never [illegible] as [illegible] human being [illegible]

[illegible]

"But all we saw was a [illegible] she had the looks and the will to take direction and she was always trying [illegible] as hard as anyone else

"Of course she was in demand from all the photographers around town, almost at once. They liked to take pictures of her, and they liked to work with her because she was cooperative and didn't mind long hours.

"And she was always on time. At least in those days. For any job she ever did out of this agency, she was punctual as a timeclock.

"So that's how it was when she started working at the studios.

"I began to lose contact with her then.

WORKED HARD

"She worked hard on those early 'starlet' contracts, with options every [illegible] months. You know, the studio will provide free dancing, singing and acting lessons for contract players. She took all the courses they'd give her.

"Nobody ever worked harder. That's the word, I always got.

"I suppose it wasn't until she was [illegible] the movies for 'good'—that [illegible]

[illegible]

You see the [illegible] that [illegible] Norma Jean. That's what we called her then. It's [illegible] in these pictures. But maybe she was really Marilyn Monroe inside—all this time.

"I don't know."

[illegible]

[illegible]

"The first time I ever saw her," said Miss Snively, "she was wearing a sweater. It was a good picture all right, but the girl in it [illegible] kind of funny, really.

"She had frizzy, dark, [illegible] hair, and the background was the Radioplane plant out in San Fernando Valley where she worked. [illegible] entered a beauty contest out there and hadn't won.

"But the photographer thought she had something special—so he showed me the shot he'd made of her.

"I agreed with him. The girl had something."

ACTED SCARED

So Miss Snively told the photographer to ask the girl to come in for an interview at the modeling school, which was then located at the Ambassador Hotel.

"You know," Miss Snively said, "I don't think that kid had ever been inside a first class hotel before in her life. She kept glancing around at things, out of the corner of her eye, like it was a new world.

"She was wearing this little cotton dress—all freshly laundered and shiny. Just exactly the wrong thing to wear to a model school, you know."

"But the girl in it was right.

WANTED TO LEARN

"And she wanted to learn—wanted to be somebody, worse than anyone I ever saw before in my life. I told her it would be tough work, especially in the beginning. So much to learn, and not much time to learn it.

"But she wanted to go ahead, and you could see she had what the photographers were looking for."

"Don't laugh now. What she had was a 'girl next door' look. All right, so you never saw a girl next door who looked like Marilyn Monroe. But that's how she looked the day she came in. And, for me at least, that's how she always stayed."

BLEACHED HAIR

There was a picture of Marilyn looking through a life preserver ring with the words 'Blue Book Modeling, Hollywood' painted on it.

"This was one of the first pictures we took," said Miss Snively. "We'd had her bleach her hair by then—she never hesitated when we told her—because she was a perfect natural blonde who'd been born with dark hair.

"I had her straighten the hair too. It was naturally curly, but that looks too 'busy' in a photograph.

"And she did it immediately. That was one thing about Norma Jean—excuse me, Marilyn—she always did exactly what you told her. If you had told her jump off a cliff, she'd have done it.

LIVING ON BEANS

"We didn't know it at the time, but the kid was living on beans or something all the time she'd quit her job at the factory to concentrate on learning. That's how bad she wanted to be somebody.

"I guess that should have warned us.

"We should have known—everybody should have known—that a person who

WHEN SHE WAS UNKNOWN MODEL NAMED NORMA JEAN DAUGHERTY
Those for Whom Marilyn Posed Said the Minute She Walked In, 'She Had Something Special'—the World Was Soon to See It, Too

ANOTHER 1946 PHOTO FROM NORMA JEAN FILE
This One Was an Ad for an Airline. She Worked Very Hard, Was Cooperative and Took Instructions

## Seek Cause of 2 So. Cal. Brush Fires

Sheriff's arson investigators today probed for the causes of two brush fires that scarred 310 acres of brush in two separate fires.

[illegible] ... Dalm, which ... De Anza Heights ... of La Verne [illegible]

Avenues north of the ... [illegible]

Asst. Div. Chief J. B. Barton of the county fire department directed eight ... camp crews during the battle. [illegible]

[illegible] 310 acres before it was controlled.

County Fire Chief Keith Klinger directed 300 men, six engines, ... a helicopter and ... camp crews from the State Forestry Department, [illegible]

Continued on Page [illegible]

## Rural Letter Carriers Open Conclave in L.A.

The four-day 55th annual convention of the National Rural Letter Carriers' Association is underway today in the Statler Hilton Hotel.

More than 2000 members of the association from all parts of the United States will attend according to Jake M. Fast of Dinuba, Calif., general chairman of the convention at a reception held last night in the hotel.

Fast said the convention will be presided over by the Association president Tommy Martin of Gray Court, South Carolina. The organization consists of the letter carriers who deliver the mail in the rural areas of the United States.

Program highlights of the convention include the annual banquet tomorrow night at 7 p.m. where the members and guests will hear a speech by J. Edward Day, postmaster general. Friday, the final day, the main order of business will be the election and installation of the Association's new officers.

## USC Guard Aids

## 4 Nabbed By Alert Police

[illegible]

WROTE CITATION

While they were writing a citation, their [illegible] the vehicle [illegible] It was on the [illegible] plates.

Booked on suspicion of burglary were James Robinson, 20, [illegible]; Thomas Browne, 24, [illegible]; Castille Rove, 27, [illegible]; and Eddie Walker, 22, [illegible].

PROFIT BY BURNING

MIAMI BEACH, Aug. 7 (UPI)—Many respectable businessmen are becoming arsonists in attempts to get out of financial trouble, a seminar on arson detection and investigation was told yesterday.

Bullock's August Clearance
DOWNTOWN
Sherwyn's Great
Cashmere extravaganza
$49
Plush cashmere coats ... Milium satin lined ... featuring many hand-detailed features ... at our lowest price of the year
• Black • Wild Rice • Beige
• Sizes 8 to 16
Sherwyn Coats, Air Conditioned Third Floor, Bullock's Hill Street Building
Chinese cashmere coats special $68
Use Bullock's Personalized Budget Account. No down payment. Reasonable service charge. Six months to pay

BULLOCK'S DOWNTOWN — BROADWAY, HILL AND SEVENTH, MA 2 [illegible] STORE HOURS, MONDAY, [illegible] A.M. TO [illegible] P.M., TUESDAY



## Mrs. Duncan Aides Are Set to Die

[illegible]

## Names Marilyn in Note, Ends Life With Pills

"I never followed Marilyn Monroe's career but I doubt that her death was any more accidental than mine will be."

Jess Little, 23, of 1015 S. Burlington Ave., penned these words early today shortly before he committed suicide by taking an overdose of some type of drug, police said.

Included in his note was this observation: "Fifty capsules should do it."

Miss Monroe reportedly gulped 47 to 50 barbital capsules.

Detectives Vincent Fallon and R. T. Rabb said Little had been despondent in recent months over the lack of employment and estrangement from his wife and children.

[illegible]

## Tell Last Day Marilyn's Life

(Continued from Page 1)

[illegible], told the last hours in the life of the glamorous star in an exclusive interview with the Herald-Examiner.

"I never saw Marilyn cry," she said. "Only her end expression revealed her feelings. She never mentioned death. She was so young, so vital and so very beautiful."

Mrs. Murray said Marilyn remained at home all day Saturday, the last day she lived.

The housekeeper remembered that Marilyn wore a white terry cloth robe that last day. The star spent most of her day resting in the bedroom.

"Marilyn had pieces of various kinds and we talked of household things," Mrs. Murray said. "We were expecting three shipments of furnishings from Mexico. A carpet for the house was being woven there. And there were to be tin ornaments for the ceiling. We kept everything Mexican.

"The development of her house was so important to her," Mrs. Murray said, in the living room of her own apartment, [illegible] Ocean Ave., Santa Monica.

"In the past few weeks Marilyn had everything to live for. The plans we made were so wonderful. We went to Mexico in the latter part of February," Mrs. Murray recalled, "and found tiles to decorate the house."

### PLANNED DRIVE

Mrs. Murray said Marilyn and she had planned to drive to the beach and visit Santa Monica Pier Saturday afternoon after the star had spoken over the phone with a psychiatrist, Dr. Ralph Greenson, who reportedly told her to go for a ride.

But then Marilyn changed her mind, Mrs. Murray said. "Marilyn went to her bedroom, and at the door she turned and said, 'I think we'll not go to the beach.'"

[illegible]

### NOT FRIGHTENED

The housekeeper said she had stayed over at Marilyn's home about three other nights during the past ten weeks. She noted that Marilyn's physician didn't want her to be alone, though Marilyn was not frightened of remaining by herself, overnight in her Brentwood home.

She said that Marilyn was a late sleeper, and had not slept well Friday night. She recalled that when she and Marilyn spoke about her sleeping difficulties, Marilyn [illegible]

"The phone company said no long distance calls were placed last night. Apparently Marilyn just lifted the receiver. She generally kept the phone under a cushion in another room to keep its ring from disturbing her at night."

Mrs. Murray said she thought Marilyn may have been phoning someone when she saw that the light was on in Marilyn's bedroom as she went to bed at midnight.

[illegible]

"Her head ached. Mostly it was sinus difficulties. She had picked up some sort of virus when she visited New York earlier and saw dramatic coach Lee Strasberg.

"I was with her after the picture started and she'd say, 'Remember, tomorrow morning call me at 5.' And I'd get everything ready in the morning, but she just couldn't make it."

## William Joyce, Surety Pioneer, Rites Thursday

[illegible]

## Gunmen Rob San Diego Bank Of $32,000

[illegible]

Cocoanut Grove

CAN-CAN — LILO

RUSSELL ARMS

COMMENCING TUESDAY, AUGUST 14

DAVID WAYNE

"FINIAN'S RAINBOW"

MAKE RESERVATIONS NOW

| | |
|---|---|
| Natural Blu Fox 3 tier Capes | 165 |
| Dyed Japanese Mink Capes | 250 |
| Dyed sheared Muskrat Flank Jackets with natural Mink trim | 265 |
| Natural Let-out Autumn Haze Mink conventional box Stoles | 345 |
| Natural Let-out Autumn Haze Mink Portrait Stole Stoles | 395 |
| Natural Let-out Palomino Mink Portrait Stole Stoles | 450 |
| Oyster Dyed Beaver Jackets, with natural Mink trim | 495 |
| Natural Autumn Haze Mink Portrait long Stoles | 575 |
| Natural Ranch Mink straight Stoles | 595 |
| Natural Bell Autumn Haze Mink straight Stoles | 850 |

248 E. FOOTHILL

MONROVIA

STORAGE • REMODELING • REPAIRING • CLEANING • BLENDING

Every suit at sale prices

[illegible]

our men's suit prices:

Dorman's

A NEW YOU!

- Wardrobe and Fashion
- Hair Styling and Makeup
- Figure Control
- Voice and Diction
- Walking and Posture
- Personality Development
- Modeling Techniques

JOHN ROBERT POWERS

Summer Classes Still Available

Enroll Now For September Classes

Now in LONG BEACH

4242 Atlantic Ave. . . . GA. 6-6401

Feet Hurt??

"BLISS" FOOT BATH

THRIFTY



MOSS DRAPERY
WHITE SALE!
RI9-6411
Marilyn Got Start By Working Hard
the akron
Masai Ebony Sculpture from Africa
1.99
Porcelain Dinnerware from Japan
19.99
Dripless Designer Candles
Canned Fruit
RCA-Camden Hi-Fi & Stereo Albums
Chestnut Monkeys
59c
Danish Sheepskin Rugs
10.99
Foam-Backed Carpet Runner
1.99
Johnny-Collar Sweatshirts
1.69
Charles Goren Bridge Team Still Unbeaten
Probe Cause of Man's Death; Suspect Dope
Brown Raps Nixon All-Out Support of GOP
Eleanor Powell
RIP TAYLOR
Dunes
ITCHING EARS?
GUILTY OF DENTURE BREATH?
D.O.C.
65c
LOS ANGELES
ANAHEIM
EASTLAND
SOUTH BAY
BURBANK

MMLLC (Shaw) 000553C

A-8 Los Angeles Herald-Examiner ✦ Tuesday, Aug. 7 1962

*Friend Tells of Depression*

# Marilyn 'Loneliest Girl in the World'

By Pat Barham

Marilyn Monroe whose strange suicide or possible accidental overdose of some 40 Nembutal pills [illegible] strange when you consider that she was at the time of her death [illegible] loneliest girl in the world [illegible]

This writer just learned from a close friend of the late Miss Monroe, one who has been dating her quite often [illegible] that "Marilyn was just [illegible] depressed" [illegible]

[illegible]

**[illegible]**

We also learned that Miss Monroe because of her inability [illegible] the problems with [illegible] temporary solace [illegible] would [illegible] have been able [illegible] any other [illegible] such as slashing her [illegible] putting poison [illegible] coffee [illegible] or [illegible] herself [illegible] her twisted way of think[illegible]

[illegible] the pi[illegible] with the simplest [illegible]

When this writer was in Korea covering the "police action," I saw Marilyn's picture countless times smiling at me [illegible] and then from the turret of a tank [illegible] again over a [illegible] cot or hammock [illegible] anyplace where it could be pinned to a wall or a [illegible] or even a tent flap [illegible] Marilyn Monroe's pinup pictures were as profuse in Korea as the UN flags.

And what did she do the last weeks of her life??? In these last few days she sought to mask her loneliness with a simple pursuit of pleasure [illegible] like any kid in a neighborhood movie [illegible] huge hamburgers with lots of onions [illegible] drives to Santa Monica beach [illegible] long walks along the shoreline [illegible] wearing slacks, capri pants, old sweaters, sweat shirts too big for her [illegible] certainly anything but garb for a glamour queen . . .

**QUIET FINALE**

No cocktails [illegible] not even a cigarette [illegible] just coffee [illegible] cokes [illegible] sandwiches [illegible] seeing lots of double features . . . her beautiful blonde hair worn tight in a pony tail [illegible] In fact, she was unrecognized every place she went [illegible] and thus too was what she wanted [illegible] a comfortable anonymity . . .

Back in her Brentwood home she reverted to her oppressive sense of loneliness . . . She would telephone acquaintances just to talk to them . . . with inconsequential chatter . . . She pleaded with one acquaintance the morning before she died "to come on over . . . in case he had nothing to do" . . .

**FELT DESERTED**

Marilyn felt her publicized popularity was a pseudo-popularity maintained by self-seeking opportunists . . . My friend said Marilyn told him . . . "All others actors wanted of me was publicity . . . like a fan magazine layout . . . They wanted to be seen with me as a glamourous piece for their own careers . . . They didn't want to date me . . . JUST MY CAREER" . . .

To my friend it was no secret that she thought she had been deserted by most of her friends.

And what of those who would have willingly helped this paper doll of Hollywood's magic cinema??? At least we now know that she was a very sick girl . . . which even a cynical Hollywood didn't believe, or failed to realize . . .

And so that sad little girl of the photoplays felt she had no friends . . .

Could it be that Miss Monroe rejected those who might have been her friends?

At least for this actress, there was no screen writer to make a happy ending.

## Bat Swinging To Cost Money

LOUISVILLE, Ky. (AP)—Hunter Look has this sign posted in his sporting goods store:

"Bat inspection free. Bat swinging, $25 per swing."

Look put up the sign after numerous customers broke his plate glass windows while trying out the feel of a baseball bat before buying it.

*Can You Read Fast?*

A noted publisher in Chicago reports there is a simple technique of rapid reading which should enable you to double your reading speed by this simple, proven method and yet retain much more. Most people do not realize how much they could increase their pleasure, success and income through reading faster, easier, more accurately.

According to this publisher, anyone, regardless of his present reading habits and reading speed, can use this simple technique to improve his reading ability and develop it to a remarkable degree. Whether reading stories, textbooks, technical matter, it becomes possible to read sentences at a glance and entire pages in seconds by following this method.

To acquaint the readers of this newspaper with the easy-to-follow rules for developing rapid reading skill, the company has printed full details of their interesting self-training method in a new booklet, "Adventures in Reading Improvement," which will be mailed free to anyone who requests it. No obligation. Simply send your request to: Reading Improvement Program, 835 Diversey Parkway, Dept. [illegible], Chicago 14, Illinois. A postcard will do. Adv.

IF YOU HEAR But Don't UNDERSTAND

Modern electronic research has created a tiny aid for YOU! Worn entirely within your ear. So small, you carry it for a "hearing lift" when needed.

Not an old fashioned hearing aid with cords or buttons or tubes. Not for deaf people. Uses the natural shape of your ear to help you understand better.

Write or Visit

BARACH HEARING AIDS

[illegible]

## Ponytail

"You left out to a cream-colored convertible."

## City Will Appeal Hefty Bill for Prisoners' Keep

A long feud between the city and county over sending city prisoners to the county jail has been climaxed by a decision that Los Angeles owes the county $324,032.32 for prisoners' room and board but it was announced today the decision will be appealed.

Dept. City Atty. Spencer L. Halverson said that Los Angeles has been protesting to municipal judges for years against the practice of sending those convicted of municipal crimes to the county jail, with a bill forthcoming to the city.

Year after year the city has been refusing to pay the bill. But then a suit was brought and Superior Judge Harold W. Schweitzer ruled the city is liable. Municipal courts are really county and state courts by law, so the judges have been taking the position that after conviction prisoners belong in the care of the Sheriff, who administers the county jail.

The big judgment for the prisoners' keep goes back eight years, under Judge Schweitzer's decision. Halverson said it definitely will be challenged on appeal, and further efforts will be made to induce the judges to send all municipal violators to the city jail.

## Hit Snag on Little Theater Licensing

After hearing accusations that the police and other departments are looking for a "bogey man" in everything, City Council referred a little theater group licensing amendment back to committee.

The amendment to the city's theater licensing ordinance would have exempted non-profit little theater groups from the permit laws if they had eight performances or less per month.

The groups would have to obtain a non-profit tax exemption certificate from the city's Social Service Commission and supply an agenda each quarter of what plays they are to produce.

Application for an exemption came from George L. Garrigues, 7107 Grove Ave., Tujunga, president of Foothill Community Theater Inc., who said the $15 permit fee would "make or break" most little theater groups who usually do not take in that much per performance.

Sgt. L. A. Beiner of the Police Commission, said, "Chief Parker feels that we ought to get a chance to take a good look at the people in these groups and the kind of organizations they represent."

However, said Beiner, the commission would [illegible] [illegible] which [illegible] Rodlund [illegible] [illegible]

if we had more fine groups like little theater."

Councilman Karl Rundberg said

"I think they're fine, even though they let me play the bishop in one back in St. Louis and it closed the first night."

Councilman John C. Holland objected that his police and fire committee had not had a chance to look at the amendment and sought further examination of the provision. This request was granted.

## Cuts Gas Price To Keep Cool

TUCSON, Ariz. (AP)—Service station operator Al Sahbein reduced the price one cent a gallon for customers who pulled up to a certain row of gasoline pumps — the row nearest the office where he sits to keep cool in summer, warm in winter.

## Right Chambers Wrong Jurist

TUCSON, Ariz. (AP) — A man walked into Justice Court, glanced at a door marked "Chambers" and asked Judge Chambers in[illegible].

Suppressing a chuckle, Clerk Eddie Akers explained that the door led to the chambers of Judge [illegible] Johnson.

WILL YOU HAVE A SLIM LINE— FOR SWIM TIME?

ONE LEEN A DAY

AN AID TO APPETITE CONTROL

SEE [illegible] MOVIE [illegible]

SAVE HUNDREDS of DOLLARS!

PAINT YOUR HOME BUILDING APARTMENT HOUSE

"OUTSIDE" PAINTED 1,000 Sq. Ft.

DUPONT

ONLY $129.50 Labor and Paint Included

5-YEAR UNCONDITIONAL GUARANTEE

NEVER BEFORE AT THIS LOW PRICE

LOWEST BANK TERMS, UP TO 10 YEARS TO PAY!

NEVER AGAIN!

FACTORY TRAINED ESTIMATORS TO GIVE YOU FREE ESTIMATES ON

We have painted some of the largest structures in the Southland. Ask to see a National job in your area!

• Du Pont Painting
• Newlan Textured Coating

YOUR H[illegible]

DON'T LOS[illegible]

Not a Beauty Shop

KRIESIEN

WOODBURY COLL[illegible]

REGISTER NOW

• BUSINESS MANAGEMENT
• ACCOUNTING
• SALES MANAGEMENT
• ADVERTISING
• MERCHANDISING
• FOREIGN TRADE

• JOURNALI[illegible]
• EXECUTIVE
• COMMERCI[illegible]
• FASHION
• INTERIOR

1027 WILSHIRE BLVD.

"American" savers get 4.75% AND MORE

"DAILY INTEREST" GIVES YOU UP TO 31 EXTRA INTEREST DAYS!

FREE GIFTS...NOW..."THE GETTYSBURG ADDRESS"

AMERICAN SAVINGS

THIRTEEN CONVENIENT LOCATIONS TO SERVE YOU BETTER

MMLLC (Shaw) 000553D

Lonely Girl Desired Most to Be Loved

[illegible]

[illegible] wanted diamonds

It wouldn't be diamonds because I don't care [illegible] jewelry. Or furs or clothes or automobiles because I can get along without them [illegible]. I guess the thing I would miss most would be a great big comfortable bed.

"When I was poor, I always had to sleep with a female relative in a bed too small and too uncomfortable."

At [illegible] she was [illegible] truth which had [illegible] to be self-centered, self-assertive and always [illegible] protective, has brought [illegible] a freshness that was [illegible] often taken for hardness.

LOVE DESIRE

One thing is certain—and [illegible] Marilyn told me — she [illegible] a fierce desire to be [illegible]. Having known so little [illegible], she was anxious [illegible] visible signs that someone cared for her.

In addition she had spent [illegible] entirely with [illegible] and girls. And now [illegible]

[illegible] and during [illegible] was [illegible] to be [illegible]

Finally she was given a small part in a picture—and the part was cut from the film.

And the studio dropped her contract. She was out of work for eight months — a grim period. She had saved very little money and that went fairly quickly. She did occasional modeling jobs—then she was signed by Columbia.

Here too, she had a boost[illegible]. This time it was Natasha [illegible], the drama coach.

I suppose that Marilyn has always sought substitutes for the parents she never had. This is hardly surprising. To my mind it explains her relationship through the years with so many older men and women.

But, at Columbia, she did more than find a mother substitute. She also fell in love.

TOMORROW — Marilyn Monroe's early times

VEGETABLE PEAK

WASHINGTON, Aug 1 (UP) —The Agriculture Department said today supplies of fresh vegetables will be at or near their seasonal peak during the next four to six weeks.

BROADWAY OPENS NEW STORE IN WEST COVINA

Beach Guards To Hold Tourney

Real Estate Loan Bill Gets House OK

Amazing Discovery Tightens Plates Like "Living Tissue"

THRIFTY Cut Rate DRUG STORES

ANDREWS

How To Use Water To
END YOUR CONSTIPATION WORRIES

Here's how to get to the basic root of your constipation problem. Bring enough moisture to your lower colon every day. As soon as food wastes are normally moistened, they will "move" as they should and you will enjoy daily elimination.

So do this to end your constipation worries: Take SARUTAN every day with plenty of water. SARUTAN is a pure vegetable gel which carries twenty times its weight in water to your lower digestive tract where it is needed to promote more normal regularity.

SARUTAN provides the proper moisture, bulk and [illegible] you [illegible] different [illegible] forcing your system [illegible] laxatives which cause diarrhea and [illegible]

[illegible] System

You [illegible] laxative and [illegible] vegetable [illegible] no harsh roughage, no [illegible] chemical laxatives which may be irritating to your system. Get SARUTAN today. Use it faithfully as directed for at least one week. You must enjoy daily regularity or your money back from its maker.

THRIFTY Cut Rate DRUG STORES

Dynachrome beats the high cost of color film!

UNMATCHED ELEGANCE SALE UNMATCHED ECONOMY

Custom Made Traveres Draperies

UP TO 40% OFF • SATISFACTION GUARANTEED

ANY STYLE

$1.87 per yd.

EASY TERMS!

7-DAY DELIVERY

UPRIGHT Drapery Studios 2813 CRENSHAW BLVD.

RE 3-0163

Tide Table

MMLLC (Shaw) 000553E