# Exhibit 13

**December 3, 1946 Letter Agreement between Twentieth Century Fox Film Corporation and Norma Jean Dougherty, indicating that Norma Jeane's professional name would be Marilyn Monroe**

# FILED UNDER SEAL