# EXHIBIT 14



MM-0036201



TIPPED-OFF MOB of reporters and fans waited for the couple at city hall. Later one newsman peered over judge's transom to give crowd kiss-by-kiss report of progress inside.

# MERGER OF TWO WORLDS

### Marilyn and Joe find a secret wedding is not for them

The bedlam *(above)* and the national recognition of a hitherto unknown judge *(below)* was caused by the marriage of a macaroni company vice president and an orphan girl named Norma Jeane Mortenson. This does not sound like an event of national interest, but a glance at the other pictures shows why two huge fan clubs found their differing interests focused, for the moment, on the same event. The bridegroom was Joe DiMaggio, 39, the perfect baseball player of only yesterday, the bride was Marilyn Monroe, the inheritor today of a sexy movie tradition founded by Jean Harlow. They had hoped to get married in secret but ever since Marilyn failed to show up in Hollywood for her part in a movie called *Pink Tights*, rumors spread that the couple had eloped everywhere from Reno to Istanbul. But finally last week, veiling their plans with the secrecy of an atomic test, they slipped into San Francisco's city hall unnoticed—they thought. After having been besieged, battered and befriended by scores of riled reporters, Judge Perry *(below)* made a remarkable comment: "Sometimes I'm glad I'm not Joe."



EYEWITNESS ACCOUNT of the vow-taking is given over national hookup by Judge Charles Peery *(left)*, who was first shoved aside, then made much of by excited reporters.

EAGER EXIT from city hall is made by the newly married DiMaggios. Ruffled by unexpected crowd, Joe yelled out, "I've had enough of this mob. Let's call the reception off." →

32



MM-0036202



**MOONING COUPLE** wait in the judge's office for misplaced license. Edgy from the delay, Joe pleaded, "I don't want to rush you but we've got to get on with the ceremony."

**VANISHING BRIDE** jumps into Joe's car for a fast honeymoon getaway. Only by intense sleuthing reporters later learned they stopped for the night in a Paso Robles motel.

33

MM-0036203