# EXHIBIT 15



# Los Angeles Examiner

VOL. LI—NO. 55 — LOS ANGELES, FRIDAY, JANUARY 15, 1954

## WIFE KILLED IN MARKET AS 75 LOOK ON

**Estranged Mate Walks Away, Takes Own Life at Home**

*(Photos on Page 5)*

Before any of the 75 shoppers in a Studio City supermarket could stop him, a stony-faced defense worker shot and killed his estranged wife last night. He later took his own life.

The victim of what a witness described as a "cold-blooded killing" was Mrs. Jean Weaver, 30, an attractive brunette of 4735½ Fulton avenue, Sherman Oaks.

About two hours later, police found her husband, Guy Weaver, 33, a technician in a Burbank defense plant, dead in his apartment at 11115 Agua Vista street, North Hollywood.

Mrs. Weaver was a checker at the No. 1 stand at a market at 12053 Ventura boulevard, at the corner of Coldwater Canyon.

**SEEN AT MARKET—**

The checker at the No. 2 stand, Lois Grant, of 2846 West Chandler boulevard, Burbank, a close friend of the slain woman, said she noticed Mrs. Weaver's husband, Guy, 33, standing at the door of the market shortly before 8 p. m.

## Marilyn Monroe, Di Maggio Married

## DRAFT OF LAW TO VACCINATE DOGS ORDERED

Tumult Halts Council Hearing on Anti-Rabies Program

*(Full page of pictures on Page 3)*

Drafting of an ordinance which would compel anti-rabies vaccination of every dog in Los Angeles was voted by the City Council following a stormy public hearing yesterday.

Council President John S. Gibson told 600 pro and con jammers the chamber to expect opposition the measure was nothing to get final, however.

Gibson said the ordinance to be prepared by City Attorney Roger Arnebergh will be subject to a full-scale Council debate and probably another public hearing before a final vote is taken.

The battle launched by a public health and welfare committee report recommending that the ordinance be prepared was one of the most tumultuous in recent Council history.

**ARRIVE EARLY—**

## INDIA TO PUT P.O.W.S BACK WITH CAPTORS

UN, Reds Warned of Jan. 20 Deadline by Gen. Thimayya

PAN MUN JOM, Jan. 15 (Friday).— (UP) — India decided yesterday on its own to start turning back nearly 23,000 disputed prisoners to their captors January 20, three days ahead of the deadline, and said if either side freed them it would violate the armistice.

In Washington, the United States Army Chief of Staff, Gen. Matthew B. Ridgway, told a Senate committee "I would think that before one moment would free them such an action on the part of custodial force of Indians would be improper." Ridgway also, 78, is concerned by the Congressional meeting to add a release.

## President Urges Greater Security

### Dividend Tax Cut Voted by House Unit

**Enactment Would Aid Stockholders**

WASHINGTON, Jan. 14 (UP)—The House ways and means committee voted today to grant stockholders partial relief from so-called double taxation on dividends...

## S. F. City Hall Crowd Chases DiMagg[io]

*Los Angeles Examiner*
2—Sec. 1  Fri., Jan. 15, 1954

### 'BLIND DATE' BEGAN AFFAIR

**Girl Out of Orphanage Taken to Bosom by Joe's Family**

(Continued from Page One)

only to her studio, but to her friends as well.

She and Joe will honeymoon for a week.

I predicted this marriage would take place this month because our No. 1 beautiful girl and her Joe went house-hunting in Burlingame, the fashionable suburb of San Francisco. This I had straight and not only printed it in my column but told it on the radio.

Marilyn, who has been living with Joe's sister in San Francisco, had her telephone disconnected so that reporters could not reach her. Not that she minds publicity, but Joe who had plenty of it when he was a baseball star with the Yankees, hates it. That was probably the reason for the secrecy of their marriage.

**METEORIC RISE—**

We were all alerted a week ago by reports that Marilyn and Joe were going to be married in Las Vegas. I have no doubt they did plan to be married there, but were frightened off when it was known they had reservations in the gambling city.

Marilyn's meteoric rise to fame is one of the stories that make Hollywood such a fabulous place. She started out as an airport worker on the assembly line, and it was Joseph Schenck who gave her her start at 20th Century-Fox.

Later she was let out at that studio and her first success came at M-G-M when she made "Asphalt Jungle." Curvaceous Marilyn first attracted attention with her swinging hips and her walk, which has been described as the most sexy one on the screen.

Later she was signed again by 20th, and Darryl Zanuck gave her such pictures as "Gentlemen Prefer Blondes" and "How to Marry a Millionaire," and so started her on the career that made her the most giddy individual atheist of our day.

**BLIND DATE—**

Marilyn met Joe on a blind date about two years ago and much to the surprise of everyone, they fell in love. Since Marilyn had never seen a baseball game in her life, and Joe was not interested in motion pictures, no one expected them to be interested in each other.

Joe took Marilyn right into the bosom of his family and to this girl brought up in an orphanage, it was the most perfect thing that could have happened. She had never had any family but Joe and Joe, too, the Italians, loves his family.

At the time of the death of her agent, Johnny Hyde, Marilyn came to see me and said she had been bitterly criticized for not paying Johnny.

**GRATEFUL—**



**RADIANT** smile from Marilyn Monroe is her response to embrace from Joe DiMaggio as they face newsmen in San Francisco before marriage.



**EXIT**—With Best Man Reno Barsocchini leading way, Marilyn Monroe, appearing slightly flustered, and Joe | DiMaggio leave Judge after wedding. Said Joe to kiss the bride, and

### Joe Says Honeymoon to Be Brief; Both Must Get to Jobs Again

(Continued from Page One)

can apartment that," he said, grinning.

But his curvaceous bride, generally referred to as the hottest property on the 20th Century-Fox lot was more positive on this point.

"I'd like to have six," she gurgled.

As though trying to steal home in the ninth inning, DiMaggio, his bride-to-be and a small wedding party slipped into the City Hall by the basement entrance at exactly 1 p.m.

Joe, tall, broad-shouldered and graying, wore a tie with a blue shirt, white, third and blue polka dot tie. He is 39.

Marilyn, 25, was wearing a cloth, black ensemble and a small ermine collar. Her rain-hat and natural pearls.

**FORD LEAKS OUT—**

With them were Mr. and Mrs. Frank "Lefty" O'Doul, DiMaggio's old baseball managers, and Mr. and Mrs. Reno Barsocchini.

The party had hardly entered the City Hall when word leaked out that something was coming off in the matrimonial department, and reporters, city editors as well as hikers began gathering to the third floor.

Thereafter, all was confusion, with autograph hunters, photographers and reporters vied for space with the wedding party in Judge Perry's chamber.

Marilyn held a large white orchid in her left hand as she explained to the press that she would be glad to love, honor and obey the new Yankee...

[second marriage—]

popped questions at his fiancee.

"All right, fellows," he said at last, "I don't want to rush you, but we've got to get on with the ceremony."

The actress, who was raised in an orphanage and had 11 sets of foster parents, seemed stunned by reporters asking whether she planned to give up moviemaking for homemaking.

"What difference does it make?" the suspended she snapped, giving a little kick to one of her pretty legs.

"This is no time to talk about suspensions," DiMaggio interrupted. "Let's get out of here." He had to put a lot of hands behind her.

When were they going on their honeymoon?

DiMaggio smiled.

"North, South, East and West" he said.

The judge's chambers finally cleared and the pair emerged itself into the curious just outside. Beyond the chambers was the hall where 100 persons jammed in for a glimpse of the happy couple.

**CITY RESOUNDS—**

A reporter standing on a desk was able to look over the frantic...

"They're out getting married. They're drinking champagne," he reported back to the anxious crowd.

Then a cry went up for the man with the marriage license. He entered the bride and groom and the judge and wedding party were literally tripped by the judge's chambers, without marriage license.

A man identified as David Dukes, deputy county clerk, forced his way through the crowd with a handful of blank marriage licenses.

He went into the room where Marilyn and Joe were waiting and emerged again a minute later. A reader he handed to typewriter, and, up a grin broke...

**Lad Seeks Lost Cocker Spaniel**

Twelve-year-old Ronald Robbins yesterday appealed to the Sheriff's office for help in finding his...

went up from the crowd calling for a machine.

Once these details had been squared away, Marilyn gave her name as Norma Jean Dougherty, 25. She first husband, whom she divorced in 1946 was James Dougherty.

Joe listed himself on the license as Joseph Paul DiMaggio, 39.

"The wedding went off smoothly—in a space of three minutes between 1:46 p.m. and 1:49 p.m. After that, the couple rushed into Judge Perry's court where they kissed for photographers. In a manner rarely photographed for Hollywood.

**LET'S GO, SIGHS JOE—**

Finally, breathing tired of the hysterical chaos, the trio broke into a blanketed exit and simply growled, "Let's go."

They raced down the City Hall corridor pursued by throng and public and made the entire trip running at breakneck speed down the stairs.

Awaiting Mrs. DiMaggio married once previously at the age of 16, rose rapidly in film about after it became known that she had posed in the nude for picture calendars.

She explained at the time that she had no compunction about doing this because "I was lonely and hungry."

"Besides," she added, "I had the radio on."

**COMMUTERS—**

DiMaggio said their honeymoon will be relatively short, because Marilyn will have to return to Hollywood and he has to go to New York for a television sports show.

"We'll probably be doing a lot of commuting," he said. "But San Francisco will be...

### Ton of Money Buys This Thief 1 to 10 in Prison

Selling a ton of money is a difficult job. Harold K. Berthiaume admitted yesterday to Superior Judge Harold W. Schweitzer.

Especially when it is sixty-nine silver (for the 2000 pounds of coins) in question, stolen last August from a San Bernardino coin collector.

Bertiahume said... the "ticket" gave of it be a "fly-by-night" plan, to make it look aided and abetted, those avoid suspicion.

But his travels about the state with a carload of the stuff, trying to change it into currency, quickly put police on his tail...

### Oil Must Halted by Roofing Plants

Advisory Memo[s?] maintenance of a roofing saying contractors have been brought under complete compliance through installation of effective devices to control oil and emissions, it was announced yesterday.

Assistant Air Pollution Control Officer R. L. Code said all the roofing firms in the county, operating 11 asphalt roofing plants which once emitted seven barrels of old asphalt into the air daily, have installed controls.

### Ford New Test

DETROIT. Ford Motor reports sales of...

### Lena H. Unht

ROSARIO, Lena Horne Leach, Harris-Smith where Robbins and pavement, at was demolished, riding was behind.

**Sad Gander**



**Singer Says He'll Wed Doris**

...sad that the two years ago on a blind date in Los Angeles," she said, "and a couple of days ago we started talking about God."

By "this" she was referring to the rumors and laughing marriage ceremony...

### Cinema Editors Elect Officers

William Murphy, 20th Century Fox film editor, is the new president of American Cinema Editors, Inc.

George Amy was elected vice president, and Rita Sloane was elected secretary treasurer.

[Newspaper page image too degraded for reliable OCR. Visible headlines include: "Joe Says Honeymoon to Be Brief; Both Must Get to Jobs Again", "Ton of Money Buys This Thief 1 to 10 in Prison", "Riverside Drive Bypass Proposed", "Oil Mist Halted by Roofing Plants", with sections "BLIND DATE", "SECOND MARRIAGES", "WORD LEAKS OUT", "CRY RESOUNDS", "'LET'S GO,' SAYS JOE", "GRATEFUL".]



MM-0036207