# EXHIBIT 16

Today's Weather

Warmer, a few clouds.
See details on page 6.

THE TRUTH WELL TOLD

# Independent

Carter Blew

Chance to make history.
See William Safire column, page 2.

NUMBER 228    VOLUME 89    GALLUP, NEW MEXICO 87301, TUESDAY, SEPTEMBER 28, 1976    PHONE (505) 863-6811    15¢

# BIA Commissioner Thompson Resigns

By BILL DONOVAN

ALBUQUERQUE (UPI) — Commissioner of Indian Affairs Morris Thompson has submitted his resignation and plans to become a vice president of a private company in the valley area.

Thompson's resignation was made public Monday by officials of the National Indian Education Assn. (NIEAA) which is conducting its annual convention here this week.

Thompson plans to continue on as commissioner until Nov. 1, at which time he will go to work for Al-Con, a subsidiary of another company helping to construct the Alaskan pipeline.





Morris Thompson

## Reunited after 20 Months



ERLINDA AND JAMES Griffin greet their daughter, Elaine, 2, as they were reunited Monday night at Boston's Logan International Airport. (AP)

## Skeet Heads Ford Committee

WINDOW ROCK, Ariz. — Navajo Vice Chairman Wilson Skeet was named chairman of the Navajo for Ford Committee.

## Mexican Springs Hears Montoya

ROSWELL (AP) — From a cattle auction on the Navajo Reservation near Gallup to an exclusive dinner party in Roswell, Democratic Sen. Joseph M. Montoya travels far for campaign votes.

## State Approves Gas Bill Increase

SANTA FE (AP) — New Mexico will be paying more for their gas in October following the Public Service Commission's unanimous approval of an increase in cost of gas from New Mexico's cost of adjustment factor.

Death Notice
Fred Carbajal, Page 4

## Navajo County Vote Contested

HOLBROOK, Ariz. (AP) — Navajo County Supervisor Mike O'Hara has challenged the outcome of the recent primary election.

## Imprisoned 21 Years, Not Bitter

WALLINGFORD, Conn. (AP) — John T. Downey, who spent 21 years in a Chinese prison as a U.S. spy, says he doesn't feel embittered toward either his captors or U.S. officials, because he was "caught in an enormous clash of opposing policies."





John T. Downey

### Around the World

**Ford Fears for Arab Policy**

WASHINGTON (AP) — The Ford administration is concerned that two proposals in Congress may antagonize Saudi Arabia, an American ally in the Middle East.

**Lebanese Fighting 'Savage'**

BEIRUT, Lebanon (AP) — Savage fighting was reported today as Syrian troops and tanks launched a new offensive to dislodge Palestinian guerrillas from mountain strongholds overlooking Beirut.

**Anti-Hijacking Co-op Sought**

UNITED NATIONS, N.Y. (AP) — West Germany launched a major diplomatic initiative in the U.N. General Assembly today for a global convention against terrorist hijackings.

# Joltin' Joe DiMaggio; No Longer A Loner

The Gallup NM Independent—Tuesday, September 28, 1976—Page 7

## Bowling Scores

NEW YORK (AP) — The tall, straight-backed man with silver hair had managed to penetrate only a small portion of the hotel lobby when he was besieged by a cluster of middle-aged women.

"Oh, Mr. DiMaggio, may I have your autograph?" a motherly type with short-lens spectacles gushed. "I drink your coffee all the time."

"Thank you, ma'am," Joe DiMaggio responded politely. "Where are you ladies from?"

"Vancouver."

"That's a very nice city," DiMaggio said in a low voice.

A moment later DiMaggio and a couple of friends were wending their way toward the coffee shop when they encountered another barrier: a cordon of conventioneers wearing name tags on their coat lapels.

"Hey, Joe," barked one of the men. "My brother and I admired your career all the way. We saw every game we could. Will you sign one for my brother? He'll go out of his mind." DiMaggio reacted graciously. "What's his name?" he asked. "Tommy."

Withdrawal, bald striking, Joe orched. "Best regards, Tommy, Joe DiMaggio," and returned the pad.

"You're the greatest, Clipper," the man said, giving DiMaggio a slap on the back. There he reached up to squeeze Joe's left arm. "Still muscle, you maybe still be hitting 'em, Clipper." DiMaggio winced but said nothing.

"How do you stand all this all the time, Joe?" a friend asked. "People stopping you, interrupting you at dinner, hanging you on the back?"

"The elegance are the worst, where you have a lot of things to attend to," DiMaggio replied. "It takes the tick out of traveling. But you can't slough anybody off. After all, you have to be glad they remember you."

They still remember Joe DiMaggio, a quarter of a century after he took his last clean single of the bat for the New York Yankees. He is one of the last of America's classic sports hero, in hospitable, dignified contrast to the conference, with their agents, presidential salaries and contract suits, now are populating the world of sports.

Older generations recall the rhythm and effortless grace that made him perhaps the greatest baseball center fielder of all time and the homering that often helped propel the Yankees to 11 American League titles and nine World Series championships between 1936 and 1951.

In it tag recent around the country, however it was to him in their talented arenas as a pleasant and personally minded aged man in a conservative business suit entering the merits of an electric coffee maker called Mr. Coffee.

If DiMaggio was impressive in Yankee pinstripes — Hank Pa tackerthi, a lean 190 pounds who he starred like living extra — he is much more handsome and striking as a man approaching his 62nd birthday.

He has retained his slender figure, paying close attention to diet and exercise. He is flat-bellied, straight as a palm, less than 10 pounds over his playing weight.

Silver-gray hair has softened his strong Italian features. Dark eyebrows frame his dark brown, expressive eyes. His face is deeply tanned, reflecting hours on the golf course, and is virtually unlined.

Off the screen as well as on it, he exudes a warmth and open friendliness that make foreign to him as a player. He has come to like people. He enjoys being around them.

His closest friends are people he met over the years — a business man who lives him around in a private plane, a shirt maker, a pub keeper, a publicist. He has fewer hangers-on.

In his playing days, DiMaggio was timid and retiring. He was known as a loner even among his teammates. He was not a party guy. He avoided controversy and hecklers. He guarded his private life studiously.

Today he is an attractive bachelor, twice wed to men in uniforms in marriages that didn't work out, a restless man apparently torn between conflicting desires.

On the one hand, as a heritage from his baseball days, he has an urge to travel, see new things and meet new people. On the other, there is the temptation to perch up and retire into the of the case in San Francisco's Fisherman's Wharf where he grew up among the silvery-piped springs of an insignificant Italian fisherman.

"I find it a happy spot to get home and rest," he said. "But after a while, I get edgy and out of it again."

While the past few weeks, DiMaggio's odyssey has taken him from San Francisco to New York, Boston, Los Angeles, Las Vegas, Toronto and a trio of cities in Pennsylvania: Erie, Harrisburg and Williamsport.

He attended the Little League baseball finals in Williamsport. He enacted a Lum-O-Rama as a favor to a boyhood friend. He attended a sports carnival in Toronto. Most of his appearances are made in the interest of good will.

"I see cutting down on old timers games," DiMaggio said. "This year, I went to the one in New York and also the Angels' game in Los Angeles. I went to Los Angeles as a favor to my old friend, Red Patterson (Angels' president), but there was another reason, too. I got a chance to take my granddaughters to Disneyland."

Joe's granddaughters — Kathy, 14, and Paula, 12 — have brought fresh enthusiasm to the ex-ball player's life. They are the daughters of his son, Joe Jr., by the Clipper's first wife, Dorothy Arnold. Joe Jr. is a successful trucking executive in Northern California.

Home for DiMaggio is a brownstone home in the Marine section of San Francisco which he purchased for his parents nearly 45 years ago, after their death, shared for a brief time with his second wife, the late Marilyn Monroe.

Now the house is cared for by Joe's sister, Marie, who also handles a big part of Joe's correspondence and appointments. Marie's maid is voluminous, having much marked with his bookkeepers on commercials. He doesn't have an agent or a secretary.

"Sometimes I am pretty hard to catch up with," Joe said with an amused smile. "All my mail and telephone calls go to the restaurant. I pick it up when I return to the Coast."

The restaurant is DiMaggio's Restaurant, a familiar eatery on Fisherman's Wharf, built in 1937, formerly jointly owned by Joe and brother Dom but now run by Joe's elder brothers, Tom and Vincent.

It is a regular hangout for the former Yankee star when he is home. There he hobnobs with old cronies and fishermen, who refer to him as "The Clipper" and treat him as one of the hometown folks, not as a hero. DiMaggio likes that.

## Sport Shorts

PHILADELPHIA (AP) — The first two games of the National League baseball playoffs between the Philadelphia Phillies and the Cincinnati...



'JOLTIN' JOE,' THE 'YANKEE CLIPPER' — Former New York Yankee superstar Joe DiMaggio looks out to explosion of crowd at New York's Shea Stadium in 1974 before the start of the annual Old-Timers Game. The man acclaimed as the greatest baseball centerfielder of all time whose graceful fielding and homering helped the Yankees to 10 American League titles and 9 World Series championships has even a larger group of admirers today. (AP LASERPHOTO)



California Home Red
TOKAY GRAPES
59¢ LB.
Piggly Wiggly
1400 South Second St.



"GALLUP'S ONLY HOME-OWNED DISCOUNT STORE"
Trade Mart
DISCOUNT CENTER

**NOTICE**
OPEN 8 a.m. to 11 p.m.
EVERYDAY
Express Lane Open Everyday
Something's always on sale at
**ALBERTSONS**

**PROFESSIONAL**
**LUBE AND OIL CHANGE**
$13.95
...
**GOODYEAR SERVICE STORES**



TIRE PROTECTION
CALL MEL BRUNNER
CARNEY INSURANCE AGENCY



ART SUPPLIES



COORS BEER
12 Oz. Cans
Reg. 1.49
6 Pak





$1.39

## Close-Out
## 4-wheel drive
## spirits of '76



'76 F-150 4x4 runs on any gasoline. And it's the toughest 1/2-ton Ford ever built. More frame strength, new axle strength, new higher GVW's. Four-speed shift and power disc/drum brakes are standard.

'76 Bronco, the lean 4x4 machine. Optimum width lets Bronco snake through where bulky converted pickups can't. High clearance. Short front and rear overhangs. Tight turning. Built for keeps.

See the Spirit of '76 Celebration now at

# Gurley Motor Co.

"NEW MEXICO'S OLDEST FORD DEALERSHIP"

701 WEST COAL AVE.  PHONE 863-3851

MMLLC (Shaw) 000721