# EXHIBIT 19

# Fran Bera Again Wins Air Derby

## Miller Love Came Even Before Joe In Marilyn's Life



MOONSTRUCK MARILYN MONROE AND ARTHUR MILLER IN THE MILLER HOME AT ROXBURY, CONN.

PART 1

(Just a few weeks ago, the world was startled by the puzzling report that Marilyn Monroe, whom everybody knows, would marry Arthur Miller, whom practically nobody knew.

"Who's Miller?" they demanded.

How did this lanky intellectual playwright tangle with the possessor of the world's most famous wiggle?

Miller is amazingly anonymous, considering the weight of his work. His play, "Death of a Salesman," ranked him easily among the greatest living American playwrights. He has written others just as brilliant. But like the father of a famous child, Miller has in the background while his literary offspring lured fame.

This is the first of five articles which tell how the strangest of romances grew.)

By JIM COOK

That brief exchange of "I do's" up in Connecticut voiced the realization of a dream that Marilyn Monroe had nursed for five long years.

She has been in love with Arthur Miller since 1951—two years before she met and married Joe DiMaggio.

Miller had visited the cast that year with his then close friend, Director Elia Kazan. They were looking for someone to produce a film they had in mind. The producer wasn't found, but Marilyn was.

### Met At Cocktails

They met at a cocktail party in Hollywood. One person who attended the party is believed Kazan introduced them. Another guest said the encounter had become such formal trappings.

"Who needs an introduction around this town?" the thirty-year explained. "You see somebody you like, you go start talking."

Miller is a superb talker. Marilyn is a superb listener. By evening's end, a community of interest had been established by American's foremost representatives of the body and the mind.

They were together only a few times in the days before he returned to Brooklyn — and to the first Mrs. Miller. Friendly friends were close at hand when they saw each other in Hollywood. There was no hint then that what happened last week would ever happen.

### Affection Showed

"But I could tell Marilyn was in love with him even then," says Natasha Lytess, movie drama coach. "It wasn't anything big, but it showed in the way she acted."

Marilyn lived in Natasha's house at the time. Marilyn was still just a "starlet" — a shapely-bodied nobody. The explosion of publicity which was destined to make her an international figure was just beginning to mushroom in 1951.

Said Natasha: "Marilyn knew he was married. I think he too was already having trouble with his wife. Marilyn didn't contribute to that. She figured he was married and that was that.

"But she felt something for him, I know."

There is no evidence that Miller, back in New York, let his thoughts dwell on Marilyn any more than the thoughts of other men dwell on her. He went back to writing plays and going through the motions of a marriage while long since had fallen on dark days.

### Not Much Time

He had a house full of wife and two children and a head full of ideas that he had to get down on paper. Not much time was left to him for mooning about a blonde who lived three thousand miles away.

A friend of Marilyn recalls a visit to the star's apartment late in 1951.

"Over her bed were two framed pictures," the friend remembers. "One was of Eleanor Duse, the actress. The other was a snapshot of a tall guy in sun glasses.

"Somehow I recognized the guy as Arthur Miller. When I asked Marilyn if it was Miller, she screamed. She said other people who had been in the room had never recognized him."

"Marilyn gave the impression that there was a great attraction between them," the friend recalls. "But she said he was married and she didn't think anything would come of it."

### Flame Dies

Miller's absence however, naturally made the fire in Marilyn grow cooler as the months passed. Too

(Turn to Page 23, Column 1)



**VISITING FIREMEN IN TOWN?**

You're assured of a warm reception at the Villa, one of the chief attractions for visiting firemen, relatives and old friend Take them to the Villa for lunch, tea or cocktails. Open day from noon!

reservations
calls 3-5717

VILLA Chartier

---

## MIDGET BANDIT PAIR SOUGHT IN MILLBRAE

### Gravediggers Vote to Accept 3-Year Pact

Burials May Be Limited, However, By S.F. Embalmers' Strike

Colma's gravediggers this morning voted unanimously to accept a new contract reached by union negotiators with the Associated Cemeteries late yesterday to end the 64-day strike-lockout in 11 north county cemeteries.

But how many of San Francisco's 890 unburied dead will be interred when the cemetery workers return to their jobs tomorrow morning, was still a big question mark.

**May Cut Burials**

There were indications that the concurrent strike of San Francisco's "union embalmers" hard stymie more than half the bay city's funeral homes from arranging for interments.

Spokesmen for the gravediggers' union were quoted in San Francisco as stating "that union members will refuse to bury bodies from 21 mortuaries which have not yet signed contracts with the embalmer's union—now on strike for 60 days.

That would leave only 14 San Francisco mortuaries who have signed with the embalmers able to arrange for burials. Of the backlog of 890 bodies, the cemetery workers would bury only about one-third if they carry out this policy.

An employers' group spokesman offered the opinion that such action by the gravediggers might be "an illegal boycott under the Taft-Hartley law."

### Take Month or Longer

A month or two months will be needed to complete the burials, it was estimated. Some 68 bodies are being stored in San Mateo county mortuaries awaiting burial. However, the Peninsula's union embalmers are not involved in the San Francisco strike.

Approximately 150 members of the cemetery workers' union local 293 voted approval of the new contract which provides for a 25-cent hourly wage increase, retroactive to March 1, and additional 5 cents the second year, and 5 cents the third year. They will begin work in the morning.

Fringe benefits include another 10 cents hourly in 1958 for a pension fund, unemployment and disability pay at the sectarian cemeteries (Holy Cross and Home of Peace) in 1959, and employer payment of Leahi premiums for a worker's wife.

The union is its initial demands

(Turn to Page 2, Column 1)

### SHOWDOWN VOTE DUE ON AID PROGRAM

WASHINGTON (UP) — The House headed today into a showdown vote on how much cash it will give the administration for foreign aid this year.

President Eisenhower told GOP congressional leaders he would be contented with a $1 billion — $200 million less than he originally requested. Congress authorized that much earlier this week.

But the appropriations bill before the House would provide only $3.4 billion.

House Republican Leader Joseph W. Martin Jr. hinted strongly his administration forces would fight for more money. Earlier, he had placed all hopes on the Senate.

Chairman Otto E. Passman (D-La.) of the House Appropriations Subcommittee that made the cuts predicted the House wouldn't add

### L.A. Woman Wins Air Derby For Third Time

Flint Decision Made Today; Phoenix Flier Second

The California sisters flying team of Mrs. Frances Bera and Mrs. Edna Bower today were declared the winners of the cross-country Powder Puff Derby at Flint, Mich. Mrs. Bera, 31, Los Angeles, and Mrs. Bower, 33, Long Beach, also won last year. Mrs. Bera became the winningest pilot in Powder Puff annals, since she piloted the winning plane in 1951 and was the co-pilot of the winner in 1953.

The Bera-Bower plane was the 15th to finish the San Mateo to Flint course, getting in at 4:45 p.m. Monday. The race itself Saturday and the speeds were computed on the basis of time in the air between specified landing points compared to rated plane and engine performance.

Second place went to Mrs. Alice Roberts, Phoenix, and co-pilot Mrs. Eris Critchell, Palos Verdes Estates, Calif., while Mrs. Marian Graver, San Diego, and co-pilot Mrs. Betty Lamberg, also of San Diego, finished third.

Among other finishers Mrs. Darline Sanders, Lemon Grove, Calif., and co-pilot Mrs. Ruby Potter, San Diego, were sixth.

The first of the 49 planes to reach the finish line was piloted by Mrs. Joyce Failing, Apple Valley, Calif., with Mrs. Lauretta Foy, also of Apple Valley, as co-pilot. They ended as seventh in the final standings.

Mrs. Bera completed the 2366-mile race course from the San Mateo county airport at San Carlos to Flint in 12 hours, 53 minutes elapsed time in her Beechcraft Bonanza.

Marian Burke of San Antonio, Texas, fifth place winner last year, moved up to fourth place. Her plane was a Piper Super Cub. Local entries were:

Geri Hill of San Carlos and Ruth Brucket of San Francisco, sponsored by the Villa hotel and the Villa Chartier, 36th in a Piper Tri-Pacer;

Patricia Gladney of Los Altos and Margaret Stadish of Burbank, twenty-third place in Mrs. Gladney's Cessna 170;

Linky Boyes of Piedmont and Rosemarie Gehling of San Carlos

(Turn to Page 2, Column 6)

### Plaza Quarry Permit Granted

(Times Redwood City Bureau)

REDWOOD CITY, July 11 — A use permit for quarrying operations in the Baywood Plaza subdivision west of San Mateo was approved by the board of supervisors yesterday after agreement was reached on a long list of restrictions.

Residents of the area, represented by the Baywood Park Improvement association, had opposed the application in previous hearings.

### Agree on Restrictions

At the outset of the meeting however, William Gately, representing the association, said he "assured" the board interested to grant the permit and offered a list of restrictions on the quarry operation.

Ed and Gerard Wagstaffe, attorney for the applicant, Irving Feldman, reached agreement on most of the items on the list. Feldman will now apply to the county planning commission for a quarry permit, to which the restrictions will be attached.

The purpose of the quarry operation is to prepare two parcels of land for subdivision development.

### Had Read Planned

Unqualified agreement was reached on these points: The quarry operation will not come closer than 200 feet to existing residences; lower Parrott drive will be maintained so that it will be usable for cars, an all-weather haul road will be maintained; so that the project will not be delayed, no more than 400,000 yards of dirt will be taken from the bed sited, the job is to be completed in 150 working days, a flagman will be stationed at a path where school children walk to and from school, there will be no "blasting unless a special permit is secured, liability insurance will be provided."

**Farrell Drive Question**

Gately asked that the haul trucks be restricted from Parrott drive, Wagstaffe said the applicant is seeking permission from San Francisco to use its property for a haul road. If permission is granted, Parrott drive will not be needed. If permission is not granted, he said, the trucks will use only the southern undedicated portion of the drive.

---



FLINT, Mich., July 11—Mrs. Frances Bera, left, won her third all-woman transcontinental air race here Monday. The race began Saturday at San Carlos and ended 2356 miles later at Flint. With her is her sister Mrs. Edna Bower, who flew the race but is not a pilot. Mrs. Bera is from Los Angeles and has more than 14 years and 6800 hours of flying. She was in 1953 and 1955, and co-piloted in the winning plane in 1951. This was her sixth Powder Puff Derby.

### Pair Escape Here After S.F. Robbery

Bloody Handkerchief Gives Indication One Wounded

A house-to-house search in Ray Park and along Millbrae avenue was conducted this morning by Burlingame and Millbrae police after the largest manhunt in the Peninsula's history failed to net two midget gunmen who escaped on foot in the Mills estate last night after a running gun battle with police down Skyline boulevard from San Francisco.

The house-to-house search began shortly after dawn on orders from Millbrae Police Lt. George Albright when the first daylight search of the Mills estate turned up a blood-stained handkerchief apparently dropped in a gully west of Murchison drive by one of the gunmen.

Albright said it might have been possible for the desperate pair, who waited to ambush in an attempt to kill pursuing officers last night, to have holed up in a nearby house and to be keeping a family captive. The search failed to locate the pair, however.

### 200 in Search

More than 200 police officers and reserves from San Francisco, San Bruno, Millbrae, Burlingame, Hillsborough, San Mateo, the sheriff's office and highway patrol searched the hills last night after the two gunmen abandoned the car they had stolen on July 4 in Burbank and headed into the brush along Skyline boulevard.

During the height of the search a special lighting unit from the Burlingame fire department was called to the area to light up dark gullies where the robbers might have hidden themselves. An earlier request to the coast guard for a helicopter to light up the area was turned down when coast guard officials said that old magnesium flares might touch off a grass fire.

### Says Alarmed

The search throughout the night was not without its humorous incidents, however. False alarms sent police cars scurrying from one location to another. Perhaps the most startled of all by the excitement were 15-year-

(Turn to Page 2, Column 8)

### STRIKE HALTS WORK ON THREE S. M. SCHOOLS

San Mateo elementary schools will have 1006 additional students on double sessions if the carpenters' strike delays completion of three schools more than a week, Supt. Walter A. Jack disclosed today.

Jack said that despite efforts of the district to keep work going on 22 rooms to be added to the Parkside, Alison, Horrall and George Hall schools here, work had stopped on the three projects. The stoppage involves 13 rooms at Parkside, six rooms at Horrall and four at Hall.

### No Deal in Sight

There was no deal for the five-day strike in sight today. No negotiations were scheduled or anticipated. Earl Honerish, business agent for San Mateo carpenters local 162, said that the advisory committee of the bay area district council of carpenters met yesterday to discuss the situation and heard employees repeat their offer of a 12½ cents per hour raise.

He said the contractors' association told them it was a "firm offer." The carpenters are asking a 25-cent package pay hike. Honerish said, however, that while work has halted at all projects under construction by members of the Peninsula General Contractors' and Builders' Association

(Turn to Page 2, Column 4)

### New Grocery List Contest Opens Today

Here's your chance to fill your kitchen shelves with groceries and add extra spending money to your pocketbook by entering the exciting "Your Grocery List" contest in today's Times.

The official entry blank and rules are printed on Page 18. You can win up to $50 in cash and $25 in groceries.

The contestants' who wins this week's prize will receive $25 in cash. If he or she is a regular home-delivered subscriber to The Times, an extra cash bonus of $25 will be given. The total cash prize will be $50 to a subscriber.

In addition interested merchants have donated merchandise awards to supplement the cash prizes. This week's winner will receive $10 worth of groceries at each of the following Lloyd's Groceries in Foster City, Broadway Market, and the Shore View Food Center.

For a story and picture of last week's winner, Mrs. M. Sawyer, 425 Odel avenue, San Mateo, turn to Page 2.

---

### Dulles Urges Free Satellites

WASHINGTON — Secretary of State Dulles said today Russia should return full independence to the Communist satellite nations to prove the reality of its new policy of "decentralization of power."

Within the Soviet system, he told a news conference, "only the reality of vigorous democratic institutions will genuinely insure against the corrupting power of despotism."

"The whole world will therefore watch," Dulles said, "to see what will actually come of the present developments."

He then added:

"If they dependably alter the domestic and foreign policies and practices of the Soviet state, it would beneficially transform the world scene. We hopefully await the coming of that day."

Dulles had a prepared statement which he read concerning the Soviet Union.

### Late Race Results

JAMAICA

[race results text unreadable]

### Steel Men Meet U.S. Mediator

WASHINGTON (AP) — Federal mediators conferred with steel industry officials today in an effort to set up new management-union talks in the 11-day-old steel strike.

A four-man delegation of industry representatives, headed by U. S. Steel Vice President John A. Stephens, met with Federal Mediator Chief Joseph F. Finnegan and his aides.

The steel men were expected to refuse to resume talks with the steelworkers union in Pittsburgh Thursday afternoon. But there was no indication of any settlement would be forthcoming.

### Nixon in Azores, Heads for Home

ANGRA DO HEROISMO, Terceira (AP) — Vice-President Richard M. Nixon headed across the Atlantic today, homeward from a globe-girdling tour on which he reaffirmed United States support for its allies. Nixon stopped over briefly on this island in the Azores before continuing on to Washington.

Nixon visited seven countries this month in the Philippines, early in the whirlwind tour which began in the Philippines early this month. The Azores was his last stop before Washington.

---

### Index

| | Page |
|---|---|
| Classified | 24, 25, 26, 27 |
| Comics | 23 |
| Editorial | 22 |
| Obituaries | 24 |
| Peninsula News | 18 |
| Radio, Television | 19 |
| Society | 9, 10, 11 |
| Sports | 20, 21 |
| Theatre | 19 |



Your account insured up to $10,000

San Mateo Mutual Savings

MMLLC (Shaw) 000712



# MARILYN LOVED MILLER BEFORE SHE MET JOE

Wednesday, July 11, 1956    San Mateo Times—39

**No Vacation — Continuous Service**

# 4 HOUR SERVICE

Open 6 Days A Week

Call-For and Delivery Service

## Wardrobe Cleaners

222 East 4th Avenue     DI 2-1112
Also 344 Lorton Ave., Burlingame

Now... as featured in the July Ladies' Home JOURNAL

# Fabulous Formula Diet

### Developed by the Rockefeller Institute for Medical Research

A reducing diet... a complete food mixture, nourishing and tasty... easy to prepare and use.
Ideal for part-time dieters... serious dieters.



★ You make this diet formula with
**Mazola...**
the only leading oil made entirely from golden corn

★ And delicious
**Karo Syrup,**
readily available in all grocery stores, may be used instead of dextrose

### Here it is! The Complete FABULOUS FORMULA DIET

A typical day's reducing diet...20 ounces, approximately 900 calories.

### Read And Remember Before You Begin!

## Corn Products REFINING COMPANY
*Makers of Mazola Oil and Karo Syrup!*



## MISSION
Automatic
Gas
Water
Heaters
Phone
FI 5-1691
24-HOUR PLUMBING SERVICE

**McCLENAHAN COMPANY**
2301 Palm Avenue



Get the LOAN you need
IN JUST 1-TRIP

**Beneficial** FINANCE CO.

407 SOUTH B STREET, SAN MATEO