# EXHIBIT 20

# THE POST-STANDARD

Radio-TV on Page 8

ONE HUNDRED AND TWENTY-SEVENTH YEAR   SYRACUSE, N.Y., TUESDAY, JULY 3, 1956   FINAL EDITION—FIVE CENTS

## PHONE RATES WILL GO UP THURSDAY



ALL WITH ONE ARM—Michael J. Mangine, 4½, as he looked over family automobile at Schenectady yesterday after he backed it from a curb. It pushed a parked car and a tree, shifted gears and drove it over three lawns, through a hedge and finally onto porch steps of his own home. He wasn't hurt. Michael's left arm, in cast and sling, was broken last month. You might say Michael is accident-prone. Also last month: His nose was broken in a mishap with a toy mechanical horse; he was bitten by a dog; he was stung by a bee. (AP Wirephoto).

### Hunted 12 Days
## Triple Slayer Trapped And Shot Out of Tree

### U.S. Officials to Try To Revive Steel Talks

## U.S. Denies Revolt Role
### Russian Charges 'Wholly False;' Reprisal Blasted

RECOVER CRASH VICTIMS—Bodies of persons who perished in crash Saturday of a TWA Super-Constellation are carried in a rubber bag by Army officials from a helicopter at Grand Canyon, Ariz. (AP Wirephoto).

## Recovery of Bodies Halted by Winds At Grisly Scene of Aviation Disaster

### Poland Seals Border; Revolt Dead Near 1,000

### Prayed After Slaying Girl
## 'Just Had Urge to Kill,' Says Victim's Cousin

### Fellow Roomer Admits Slaying

### CRUSHED TO DEATH

### New Twist in Case of Lost Professor
## Half Million Dollars Missing Too

### Baseball Scores

### Comic Dictionary

## N.Y. Telephone Wins Increase Of $15,745,000
### Boosts Range From 10 to 50 Cents a Month

### Cooler Again And No Rain

### Briggs Sworn In As Envoy to Brazil

### Inside Today

## Syracuse Headlines

MMLLC (Shaw) 000714

THE POST-STANDARD, Syracuse, N. Y., Tuesday, July 3, 1956    2

## Campaigning Harriman Rakes 'Eisenhower Farm Depression'

CAVALIER, N. D., July 2 (AP)—Gov. Averell Harriman came into a predominantly Republican sector of North Dakota today to deliver another blistering personal attack on President Eisenhower for what he called the "Eisenhower farm depression."

Harriman has been touring the state, both in an Air Force coach for delegates in his effort to win the Democratic presidential nomination.

[article continues]



**FREE!**
KAMP-KOOK STOVE,
one of the 1,500 famous brand gifts absolutely FREE when you save TRIPLE-$ Blue STAMPS.



BLUE CROSS BLUE SHIELD
helps meet hospital bills!
for doctor bills!



TRAVEL BARGAINS

**YOU CAN SAVE UP TO 25% ON THE LACKAWANNA**
when you choose one of these money-saving Lackawanna Bargain Fare Plans

1. LOW FARE Family Round Trip: Husband and wife can buy round trip railroad tickets—in coaches or Pullman—for trips over 100 miles at a saving of approximately 25%. Pullman accommodations extra. Even greater reductions for children ages 5 to 21, when traveling with one or both parents. No charge for children under 5.

2. LOW FARE Group Travel: Three or more adults traveling together—in coaches can each save 25% of regular round trip fare! (Trip length over 120 miles.)

*Get complete information from your nearest Lackawanna Ticket Agent.*

**Lackawanna Railroad**

---



ARTHUR AND HIS BRIDE—Actress Marilyn Monroe smiles at the glances of her new husband, playwright Arthur Miller, after their marriage in a religious ceremony at Lewisboro. (AP Wirephoto).

## Marilyn Married to Miller Second Time in Jewish Rites

NEW HAVEN, Conn., July 2 (AP)—The rabbi who officiated at the second marriage of Marilyn Monroe and Arthur Miller said today they were wed "in accordance with the laws and traditions of Israel."

[article continues]

## Weather Study Extension Voted

WASHINGTON, July 2 (AP)—The House voted today to authorize two more years' study of human control of the weather.

[article continues]

## Girl Friend Watches Youth Kill Himself After Quarrel

BINGHAMTON, July 2 (AP)—Leo Abbott, 19, of Lisle, killed himself with a bullet through the heart tonight as he sat with a girlfriend in an automobile parked in front of the nurses' quarters at City Hospital, police reported.

[article continues]

## Secret Indictments In Suffolk Probe

RIVERHEAD, July 2 (AP)—Secret indictments were handed up today in a broad grand jury investigation of alleged official corruption and gambling operations in Suffolk County.

[article continues]

## Steep Cornices Pigeon Proof

BALTIMORE (AP)—While hundreds of pigeons continue to invade Baltimore's War Memorial Plaza, the People's Court building remains birdless, as it has been for years.

[article continues]

## Floods Don't Help Water Shortage

BETHANY, Mo., July 2 (AP)—Bethany, desperately short of water for many weeks, today had floods in the two streams supplying the city.

[article continues]

**THIRD GIRL FOR ASHBURNS**
PHILADELPHIA, July 2 (AP)—Mrs. Richie Ashburn, wife of the defending National League batting champion, gave birth to an 8-pound baby girl here today. It was the third child and third girl for the Philadelphia Phillies outfielder and his wife. Herber...

---



## New Sabotage In Guatemala

GUATEMALA, July 2 (AP)—The locomotive of a passenger train owned by U.S. interests was derailed by rocks today and police blamed it on a new wave of Communist sabotage.

[article continues]

## Senate Approves Military Benefits

WASHINGTON, July 2 (AP)—The Senate today passed the military survivors benefits bill asked by President Eisenhower to increase compensation to dependents of servicemen who die on active duty.

[article continues]

**REDS PARDON 9 PRIESTS**
VIENNA, Austria, July 2 (AP)—In compliance with a request by Roman Catholic Church authorities, the Hungarian government has released nine Roman Catholic priests, sentenced to long prison terms, Radio Budapest said today.

## Residence in U. S. Voted Korean Pilot

WASHINGTON, July 2 (AP)—The Senate today passed and sent to the House a bill to grant permanent U. S. residence to the North Korean pilot who got a $100,000 reward for defecting in the West with his MIG fighter plane in the Korean War.

[article continues]

## Drownings Laid To Firecracker

TACOMA, Wash., July 2 (AP)—A firecracker explosion was blamed by officers for the drowning of two sisters here yesterday.

[article continues]





**3%** PAID ON SAVINGS
All Savings Accounts Insured Up to $10,000
ASSETS OVER $23,000,000

**4%** PAID ON SYSTEMATIC SAVINGS ACCOUNTS

**BALDWINSVILLE FEDERAL SAVINGS AND LOAN ASSOCIATION**
35 Oswego Street, Baldwinsville, N. Y.
107 S. Main Street, North Syracuse, N. Y.

We'll "Build" a Shelter for Your Home...

The home that shelters you needs shelter... in the form of fire insurance coverage, commensurate with today's higher property values. Check with us... soon.

**BOWEN, PERRY and FOBES**
472 S. Salina

---

## Two American Soldiers Jailed by Italian Court

VICENZA, Italy, July 2 (AP)—An Italian court has sentenced two American soldiers serving with a North Atlantic Treaty Organization unit to terms in Italian prisons.

[article continues]



All Watches, including Automatics and Chronographs, Diamond Setting
At Julius - Jewelers
*Where Old World Craftsmanship Meets Modern Technique Since 1877*

**JULIUS Jewelers**
Certified Watch Masters
*Between the Strand Theater and Times Hotel*
120 Harrison Street

---



"Quick" and "Constant," the Gas Range Twins, say it's fun to feed their hungry friends!

"We're too young to do the cooking but we sure love the taste"—that's what these twins feel about what Mom turns out with her new Natural Gas range.

You'll love the taste, too, when you find out how Natural Gas—in a modern range—flatters your own cooking skill. You'll know very soon the full-flavor meaning of the nicknames we've given the twins.

**Quick**—a Natural Gas range gives you instant cooking heat. Your food starts to cook the instant you turn the knob to let full Natural Gas energy get right to work... on Baby's breakfast or on dinner for Dad.

**Constant**—a Natural Gas range gives you the slow, constant, dependable heat you need for baking party pastries or roasting "company-style" meals. Set it and forget it—the modern ranges make automation come true even on top of the stove!

Quick... for searing a steak. Constant... for baking a cake. There are over 300,000 families in upstate New York that enjoy the benefits of Niagara Mohawk Natural Gas.. why not join them?

Cook the modern NATURAL GAS way.

**Clean, dependable NIAGARA MOHAWK Natural Gas**

---





**Your Partner in Pleasure for the HOLIDAY AHEAD**

...ending the holiday with congenial company? Better include Bellows Partners Choice... your Partner in Pleasure at home or away. And as you enjoy it... you might remember this: the Bellows partners had 53 whiskies to choose from. This is the one they chose for themselves.

Why not check your supply right now.

*Only the best is labeled*
**BELLOWS**

**PARTNERS CHOICE**
$4.50 4/5 Qt.

BELLOWS & COMPANY, DIVISION OF NATIONAL DISTILLERS PRODUCTS CORP., NEW YORK, N.Y. • PARTNERS CHOICE, WHISKEY—A BLEND—40% STRAIGHT WHISKEY, 6 YEARS OR MORE OLD—60% GRAIN NEUTRAL SPIRITS—86.8 PROOF

MMLLC (Shaw) 000715