# EXHIBIT 21



"I guess I'd say I have love light in my eyes," says Marilyn of this picture, taken on East River Drive near their first home, a sublet Manhattan apartment

# Marilyn's new life

*After a year of marriage, beset by misfortunes, Marilyn Monroe and her husband say they are "getting organized for a long honeymoon."*

IT HAS BEEN over a year since the world's most buoyant platinum blonde married the serious playwright Arthur Miller. Both admit they have "changed." Marilyn, as a completely doting wife, has adopted her husband's city (New York), his faith, his future and his family as her own.

Marilyn says, "When Arthur's parents told me, 'Darling, at last you have a father and a mother,' this was the wonderful moment of my life—next to marrying their son." And Miller professes to be "a new man at 41. . . . This has been the most learning year of my life. I've learned about living from her."

Their first year together was studded with trouble. The Millers say they are now only beginning to have the time to enjoy their "real honeymoon." On these pages is the first extensive group of pictures of the couple at leisure since their marriage. Following a passion for the privacy of her home, Marilyn didn't want to be photographed inside—"I'll do anything outside"—an attitude that prompted Miller to call his wife "the girl from outer space" and "the great American outdoor girl."

Produced by JACK HAMILTON Photographed by SAM SHAW



MMLLC (Shaw) 000419

LOOK-Job __-__, Surrogate of Look, __-__-__, p.__. LC-P&P



She eats a hot dog in Central Park—but throws the roll away. She fights weight by concentrating on steak, liver, vegetables. She has a set of bar bells, says, "I don't lift them, I just exercise with them."

LC-2917-57-7297 #2

LC-2917-57-7297 (No neg.)



In country, she feeds daisies to her basset hound, Hugo. This summer, she and Miller lived alone on a Long Island farm, except for occasional visits from Miller's young son and daughter. "His son respects me," she says. "I can hit home runs."

continued

She gives husband a "till later" kiss, as she leaves to shop. In the city, they are always recognized and hailed, unless they adopt her favorite disguise. She primly wears his horn-rimmed glasses.

LC-29-57-7297-A,#17



MMLLC (Shaw) 000420



Surf-casting Miller keeps his mind on his work. He says that he has gained 25 pounds since marriage



## Marilyn has nicknames but "comes running to anything"

"We live on the 13th floor in our apartment house," Marilyn says, "and that's exactly our attitude toward life."

Those closest to Marilyn say that she is not likely to dwell on the bitterness of losing her first baby after a short pregnancy. She will instead calmly plan to have another. As for her husband's legal problems, these may soon be resolved. Miller is appealing his contempt-of-Congress conviction after receiving a suspended one-month jail sentence. He says, "I am fighting for my life," and is determined to clear his name if he can.

All summer, except for Marilyn's ten-day hospitalization, the Millers lived in a farmhouse in Amagansett, a village on the tip of Long Island. They went fishing and swimming, driving along the deserted beaches and the back-country roads in their jeep. "We even get along in a car," Marilyn says, "He drives, but doesn't have any sense of direction. I do. I remember the way we came from, and that's how we go back. He calls me 'Hey, Direction Finder!' among other things. His other names for me are 'Penny Dreadful,' 'Gramercy 5' and 'Sugar Finney'—all very literary. Actually, I come running to anything. I call him 'Art' or 'Poppy'. If I'm mad, I call him 'Arthur'."

"When she calls me 'Arthur', I know I haven't been working hard enough," Miller says. "She's a demon about my work, and expects me to put in regular hours." For his writing (his new play will

LC-L9-57-7297, #1



They enjoy life most in the country, alone. Everybody speculated on how Miller might change Marilyn during marriage. Now his friends say she's changed him—into a fun-loving human being.



Wife shops for her husband's clothes (size 44), he hates to go shopping. "He has long legs that go on forever," she says. "He has only two suits—the one he got married in, and the other one."



MMLLC (Shaw) 000421

LOOK-Job - , Surrogate of Look. ... LC-P&P

Absorbed father, walking the baby, gets a New Yorker's treat: catching one of the sights of the town strolling along with her husband

he produced this fall), Marilyn prepared a Spartan all-white work cottage, adjoining their country house—"everything white except the typewriter." She made one wifely concession: a cot for a nap after exhausting labor. "His work will always be the center of our lives," she says. "But I'll keep on working too. I'm not retired yet."

Most of their plans at present are concerned with their next home. It will be a 200-acre farm near Roxbury, Conn. Marilyn says they will build "an absolutely modern, stark raving mad house, with a view of mountain ridges that would make you faint. And private! Not even an airplane goes by." And Miller adds soberly, "It's the place where we hope to live until we die."

LC-L9l9-57-7297,#5



LC-L9l9-57-7297 (No neg)



continued

MMLLC (Shaw) 000422

LOOK-Job ___-___, Surrogate of Look, ___, p. ___ LC-P&P



Cooling off in the Plaza fountain, she invited everybody to join her, but they were too astonished to do anything but watch. Then she sat at water's edge.

# Marilyn enjoyed capering like a frisky beginner again

From the security of her marriage, Marilyn has regained the sense of fun that once made her the most quoted pin-up girl in the world. The pictures on these pages were taken the night before her English-made movie, *The Prince and the Showgirl*, opened in New York. The following night, she was the guest of honor of the city's notables at a high-society charity benefit. But now she walked in and around Central Park with all the friskiness of a newly discovered actress, followed by immense throngs of people. She even wanted to saunter down Times Square, wearing a sandwich sign reading: "Don't eat at Sam's Diner. Come and see me at Radio City Music Hall." Then she paused and said: "But that might make Sir Laurence Olivier drop his monocle."

Marilyn now says of her life, "If I'd observed all the rules, I'd never have got anywhere." She has shown that acting can't spoil Marilyn Monroe, and that her marriage to an intellectual playwright has every chance of being an enduring one, in spite of all predictions of disaster.

What does it feel like to be married to Marilyn Monroe? "Well, now kids in the streets and newspaper photographers call me 'Arthur'," says Miller. "It's impossible to have a superficial relationship with her. She's too honest and earthy for anything phony. She has an enormous sense of play, inventiveness—and unexpectedness—not only as a wife but as an actress. She could never be dull. I took her as a serious actress even before I met her. I think she's an adroit comedienne, but I also think she might turn into the greatest tragic actress than can be imagined. But let me add: She can be a bad actress so far as I'm concerned, and I can still love her."

Marilyn says her new husband is the first man who hasn't become exasperated with her for being late. ("At least I was on time for the wedding.") While Marilyn goes through her four-hour ritual for getting ready to go out, Miller will wait comfortably, reading and puffing on his pipe. He once told her mildly that if she didn't wear any make-up, she would still look good to him. But Marilyn, like most famous beauties, feels insecure about her looks. She has a slight bump on the tip of her nose, for instance, that she takes endless pains in erasing with make-up.

Her next movie may be a remake of the German film *The Blue Angel*, an early Marlene Dietrich role. But she must go slowly. When she was filming her movie in England, she was urged by the Queen's physician to take a year's complete rest. That's another reason why their new house in Connecticut and a "long honeymoon" are so important to them.





MMLLC (Shaw) 000423

MARILYN'S NEW LIFE continued





Rowing on Central Park lake, she maneuvers boat as deftly as a sailor. She and husband also go bicycling in the park.



"Late again!" says Marilyn, trying to get into Tiffany's. Her only jewelry is her wedding ring, this favorite dress of hers cost $5.98

lge, ...lking and signing autographs



"Yes, we knew who she was," said this couple in Central Park. "We didn't intrude because she was reading her newspaper."

END



MMLLC (Shaw) 000424

LOOK-Job ..., Surrogate of Look, ... LC-P&P




MMLLC (Shaw) 000557






America's Family Magazine

REG U S PAT OFF

## Contents for October 1, 1957 • Vol. 21, No. 20

THE NATIONAL SCENE
The Coming Death of the Flying Air Force, By Fletcher Knebel ... 25
Fraud, Graft and Folly in the Farm Program ... 36
How Can We Know Our Children Will Live Better?
By H. Brewster Jennings ... 95
Marilyn's New Life ... 110

THE WORLD
Red China Clings to Ancient Medicine ... 75

HUMAN RELATIONS
Father and Daughter ... 30
Norman Vincent Peale Answers Your Questions ... 52

ART
The Story Behind the Painting, 20: Titian ... 106

SPORTS
Bud Wilkinson Discusses Oklahoma Football ... 62
Baseball All America ... 81

ENTERTAINMENT
Susan's Show ... 66
Hollywood Explores the Suburbs (Movie Review) ... 70
Tennessee Ernie Ford: TV's Amiable Pea Picker ... 88

HUMOR
Sport ... 101
Look on the Light Side ... 109

FASHIONS
6 Extremes in the New Pant Fashions ... 47

FOOD
A Diet for "That Tired Feeling" ... 51

OTHER DEPARTMENTS
What They Are Saying ... 16
Letters to the Editor ... 19
For Women Only ... 56
Photoquiz ... 61

Cover Photograph: Jet Propulsion Laboratories, California Institute of Technology, Pasadena

GARDNER COWLES, Editor
DANIEL D. MICH, Editorial Director
WILLIAM B. ARTHUR, Managing Editor [illegible], Assistant Managing Editor
ALLEN HURLBURT, Art Director [illegible] WICKERSHAM, Picture Editor
WILLIAM ATTWOOD, National Affairs Editor [illegible], Special Editorial Adviser
[illegible] COWLES, Foreign Correspondent

[illegible]

[illegible] WHATMORE, General Manager [illegible], Publisher

## In the Next Issue . . .

Most of his critics, and some of his friends, thought Billy Graham had taken too big a bite when he opened a scheduled six-week crusade in Madison Square Garden, New York City. Fifteen weeks and



four days later, the crusade ended—extended three times. But what did it accomplish? Billy Graham's own New York story appears in the next issue.

For forty years, the United States has been attempting to cope with a growing problem of dope addiction. Roland Berg, Look's medical editor, takes a hard look at the results and offers some suggestions for improving the situation.

## picture credits

[illegible]

Address all Editorial Mail to
488 Madison Ave., N. Y. 22, N. Y.

Address all Subscription Mail to
LOOK Building, Des Moines 4, Iowa

[illegible]



"I guess I'd say I have love light in my eyes," says Marilyn of this picture, taken on East River Drive near their first home, a sublet Manhattan apartment

# Marilyn's new life

*After a year of marriage, beset by misfortunes, Marilyn Monroe and her husband say they are "getting organized for a long honeymoon."*

It has been over a year since the world's most buoyant platinum blonde married the serious playwright Arthur Miller. Both admit they have "changed." Marilyn, as a completely doting wife, has adopted her husband's city (New York), his faith, his future and his family as her own.

Marilyn says, "When Arthur's parents told me, 'Darling, at last you have a father and a mother,' this was the wonderful moment of my life—next to marrying their son." And Miller professes to be "a new man at 41. . . . This has been the most learning year of my life. I've learned about living from her."

Their first year together was studded with trouble. The Millers say they are now only beginning to have the time to enjoy their "real honeymoon." On these pages is the first extensive group of pictures of the couple at leisure since their marriage. Following a passion for the privacy of her home, Marilyn didn't want to be photographed inside—"I'll do anything outside"—an attitude that prompted Miller to call his wife "the girl from outer space" and "the great American outdoor girl."

Produced by JACK HAMILTON Photographed by SAM SHAW



MMLLC (Shaw) 000559