

She eats a hot dog in Central Park—but throws the roll away. She fights weight by concentrating on steak, liver, vegetables. She has a set of bar bells, says, "I don't lift them. I just exercise with them."

In country, she feeds daisies to her basset hound, Hugo. This summer, she and Miller lived alone on a Long Island farm except for occasional visits from Miller's young son and daughter. "His son respects me," she says. "I can hit home run-

continued

She gives husband a "till later" kiss as she leaves to shop. In the city, they are always recognized and hailed, unless they adopt her favorite disguise: She primly wears his horn-rimmed glasses.

MMLLC (Shaw) 000560



**She eats a hot dog in Central Park**—but throws the roll away. She fights weight by concentrating on steak, liver, vegetables. She has a set of bar bells, says "I don't lift them. I just exercise with them."

**She gives husband** a "full later" kiss, as she leaves to shop. In the city, they are always recognized and hailed, unless they adopt her favorite disguise. She primly wears his horn-rimmed glasses.

**In country,** she feeds daisies to her basset hound Hugo. This summer she and Miller lived alone on a Long Island farm, except for occasional visits from Miller's young son and daughter. "His son respects me," she says. "I can hit home runs."

continued

MMLLC (Shaw) 000561

**In country,** she feeds daisies to her basset hound Hugo. This summer, she and Miller lived alone on a Long Island farm except for occasional visits from Miller's young son and daughter. "His son respects me," she says. "I can hit home runs."

continued

he gives husband a "till later" kiss, as she leaves to shop. In e city, they are always recognized and hailed unless they adopt r favorite disguise: She primly wears his horn-rimmed glasses.

MMLLC (Shaw) 000562

**Surf-casting** Miller keeps his mind on his work. He says that he has gained 25 pounds since marriage.

# Marilyn has nicknames but "comes running to anything"

"We live on the 13th floor in our apartment house," Marilyn says, "and that's exactly our attitude toward life."

Those closest to Marilyn say that she is not likely to dwell on the bitterness of losing her first baby after a short pregnancy. She will instead calmly plan to have another. As for her husband's legal problems, these may soon be resolved. Miller is appealing his contempt-of-Congress conviction after receiving a suspended one-month jail sentence. He says "I am fighting for my life," and is determined to clear his name if he can.

All summer, except for Marilyn's ten-day hospitalization, the Millers lived in a farmhouse in Amagansett, a village on the tip of Long Island. They went fishing and swimming, driving along the deserted beaches and the back-country roads in their jeep. "We even get along in a car," Marilyn says. "He drives, but doesn't have any sense of direction. I do. I remember the way we came from, and that's how we go back. He calls me 'Hey, Direction Finder!' among other things. His other names for me are 'Penny Dreadful,' 'Gramercy 5' and 'Sugar Finney'—all very literary. Actually, I come running to anything. I call him 'Art' or 'Poppy.' If I'm mad I call him 'Arthur.'"

"When she calls me 'Arthur', I know I haven't been working hard enough," Miller says. "She's a demon about my work, and expects me to put in regular hours." For his writing this new play will

he produced th
all-white work
house—"everyt
She made one
after exhaustin
the center of o
on working too

Most of th
with their next
near Roxbury,
"an absolutely
with a view of
you faint. And
ly." And Mil
where we hope





VOL. 22, OCTOBER 1, 1957

**They enjoy life** most in the country, alone. Everybody speculated on how Miller might change Marilyn during marriage. Now his friends say she's changed *him*—into a fun-loving human being.

**Wife shops** for her husband's clothes (size 44). He hates to go shopping. "He has long legs that go on forever," she says. "He has only two suits—the one he got married in, and the other one."

MMLLC (Shaw) 000564



**Absorbed father,** walking the baby, gets a New Yorker's treat, catching one of the sights of the town strolling along with her husband.

be produced this fall). Marilyn prepared a Spartan all-white work cottage, adjoining their country house—"everything white except the typewriter." She made one wifely concession: a cot for a nap after exhausting labor. "His work will always be the center of our lives," she says. "But I'll keep on working too. I'm not retired yet."

Most of their plans at present are concerned with their next home. It will be a 200-acre farm near Roxbury, Conn. Marilyn says they will build an absolutely modern, stark-raving-mad house, with a view of mountain ridges that would make you faint. And private! Not even an airplane goes by." And Miller adds soberly, "It's the place where we hope to live until we die."

**Absorbed father,** walking the baby, gets a New Yorker's treat: catching one of the sights of the town strolling along with her husband.

he produced this fall). Marilyn prepared a Spartan all-white work cottage adjoining their country house—"everything white except the typewriter." She made one wifely concession, a cot for a nap after exhausting labor. "His work will always be the center of our lives," she says. "But I'll keep on working too. I'm not retired yet."

Most of their plans at present are concerned with their next home. It will be a 200-acre farm near Roxbury, Conn. Marilyn says they will build "an absolutely modern, stock-raising farmhouse, with a view of mountain ridges that would make you faint. And private! Not even an airplane goes in." And Miller adds soberly, "It's the place where we hope to live until we die."

...ng and signing autographs

Rowing on Central Park lake, she maneuvers boat as deftly as a sailor. She and husband also go bicycling in the park.

"I ate again!" says Marilyn, trying to get into Tiffany's. Her only jewelry is her wedding ring, this favorite dress of hers cost $5.98

"Yes, we knew who she was," said this couple in Central Park. "We didn't intrude because she was reading her newspaper."

END



Cooling off in the Plaza fountain, she invited everybody to join her, but they were too astonished to do anything but watch. Then she sat at water's edge

# Marilyn enjoyed capering like a frisky beginner again

From the security of her marriage, Marilyn has regained the sense of fun that once made her the most quoted pinup girl in the world. The pictures on these pages were taken the night before her English-made movie, *The Prince and the Showgirl*, opened in New York. The following night, she was the guest of honor of the city's notables at a high-society charity benefit. But now she walked in and around Central Park with all the friskiness of a newly discovered actress, followed by immense throngs of people. She even wanted to saunter down Times Square, wearing a sandwich sign reading: "Don't eat at Sam's Diner. Come and see me at Radio City Music Hall." Then she paused and said: "But that might make Sir Laurence Olivier drop his monocle."

Marilyn now says of her life, "If I'd observed all the rules, I'd never have got anywhere." She has shown that acting can't spoil Marilyn Monroe, and that her marriage to an intellectual playwright has every chance of being an enduring one, in spite of all predictions of disaster.

What does it feel like to be married to Marilyn Monroe? "Well, now kids in the streets and newspaper photographers call me 'Arthur,'" says Miller. "It's impossible to have a superficial relationship with her. She's too honest and earthy for anything phony. She has an enormous sense of play, inventiveness—and unexpectedness—not only as a wife but as an actress. She could never be dull. I took her as a serious actress even before I met her. I think she's an adroit comedienne, but I also think she might turn into the greatest tragic actress than can be imagined. But let me add: She can be a bad actress so far as I'm concerned, and I can still love her."

Marilyn says her new husband is the first man who hasn't become exasperated with her for being late. ("At least I was on time for the wedding.") While Marilyn goes through her four-hour ritual for getting ready to go out, Miller will wait comfortably, reading and puffing on his pipe. He once told her mildly that if she didn't wear *any* make-up, she would still look good to him. But Marilyn, like most famous beauties, feels insecure about her looks. She has a slight bump on the tip of her nose, for instance, that she takes endless pains in erasing with make-up.

Her next movie may be a remake of the German film *The Blue Angel*, an early Marlene Dietrich role. But she must go slowly. When she was filming her movie in England, she was urged by the Queen's physician to take a year's complete rest. That's another reason why their new house in Connecticut and a "long honeymoon" are so important to them.