# Exhibit 22

**A collection of phone bills addressed to Marilyn Monroe at her Roxbury, Connecticut residence**

# FILED UNDER SEAL