# Exhibit 23

A June 3, 1958 Receipt from Torrington Supply Co. to Mr. Arthur Miller, Roxbury, Connecticut

# FILED UNDER SEAL