# Exhibit 24

An August 29, 1958 Receipt from Bridgeport Specialties, Inc. to Mr. Arthur Miller, Roxbury, Connecticut

# FILED UNDER SEAL