# Exhibit 25

**A November 22, 1958 Receipt from Meadowview Nursery to Mr. Arthur Miller, Roxbury, Connecticut**

# FILED UNDER SEAL