# Exhibit 26

A September 27, 1961 letter from Elliot J. Lefkowitz to Marjorie Stengel, attaching a February 24, 1958 letter agreement and rider to lease between 444 Management and Arthur Miller

## FILED UNDER SEAL