# Exhibit 28

**Marilyn Monroe's Statement of Receipts, Disbursements and Withholds, City National Bank of Beverly Hills and Irving Trust Company, February 1962**

# FILED UNDER SEAL