# Exhibit 29

**Marilyn Monroe's Statement of Receipts, Disbursements and Withholds, City National Bank of Beverly Hills and Irving Trust Company, March 1962**

## FILED UNDER SEAL