# Exhibit 35

**A February 9, 1962 letter from Cherie Redmond to Milton Rudin**

# FILED UNDER SEAL