# EXHIBIT 37



STATE OF NEW YORK  APR 2 1963 INCOME TAX BUREAU

# DEPARTMENT OF TAXATION AND FINANCE

EDWARD D. IGOE
DIRECTOR

**STATE TAX COMMISSION**
JOSEPH H. MURPHY, PRESIDENT
IRA J. PALESTIN
JAMES R. MACDUFF

ALBANY 1, N. Y.

ADDRESS YOUR REPLY TO

APR 1  1963

Aaron R. Frosch
c/o Weissberger & Frosch
120 E. 56th St.
New York 22, N. Y.

RE: Marilyn Monroe, Dec'd.

Dear Mr. Frosch:

The decedent's 1961 New York State income tax resident return has been received.

As the only other return on file is a 1957 nonresident return, will you please furnish the following information in order that a correct audit for all years may be made:

1. Is the estate a resident estate?

2. Were New York State income tax returns filed for 1959 and 1960?

3. If yes to No. 2 question please indicate type of form (resident or nonresident) and name and address as appearing on each return.

4. When did the decedent become a resident of New York State.

When replying, please refer to Division 44-F, File 2-8286049.

Very truly yours,

Jacob Bodian
Income Tax Audit Supervisor
Income Tax Bureau

CAH:JJB

**CONFIDENTIAL CMG v. Greene Archives**
**Subject to Protective Order**

MM-0056962