# EXHIBIT 40

## To all People to whom these Presents shall come, Greetings:

KNOW YE, That I, MARILYN MONROE MILLER, of the Town of Roxbury, County of Litchfield and State of Connecticut,

for the consideration of One (1) Dollar and other valuable considerations,

received to my full satisfaction of ARTHUR MILLER, of the Town of Roxbury, County of Litchfield and State of Connecticut,

Do GIVE, GRANT, BARGAIN, SELL AND CONFIRM, unto the said ARTHUR MILLER, his heirs and assigns forever, six (6) certain pieces or parcels of land with the buildings thereon, the first four of which are situated in the Town of Roxbury, County of Litchfield and State of Connecticut, the fifth of which is situated partly in said Town of Roxbury and partly in the Town of Woodbury in said County of Litchfield and State of Connecticut, and the sixth of which is situated in said Town of Woodbury.

First piece containing about eighty (80) acres of land, second piece containing about twenty (20) acres of land, and the third piece containing about one-eighth (1/8) acre of land, said first three pieces being the same premises conveyed to Arthur Miller and Marilyn Monroe Miller by deed of Raymond R. Leavenworth, dated October 5, 1957 and recorded in the Land Records of said Town of Roxbury in volume 29 at page 261.

Fourth piece situated in the rear of the easterly side of Schoolhouse Road, also known as Blackberry Lane, and being about six hundred seventy-five (675) feet easterly thereof and shown on a map entitled "Map of Ten Acre Tract to be conveyed to Arthur & Marilyn Monroe Miller by Helen A. Meyer Roxbury, Conn. Scale 1" = 100' January, 1958 Certified 'Substantially correct' J. T. Rogers, Surveyor" on file in the Town Clerk's Office of said Town of Roxbury, said fourth piece being the same premises conveyed to Arthur Miller and Marilyn Monroe Miller by deed of Helen A. Meyer dated March 24, 1958, and recorded in the Land Records of said Town of Roxbury in volume 29 at page 305.

Fifth piece shown on a map entitled "Map of Property conveyed to Clifford A. & Gertrude B. Brownell by Wilson D & Ludella Whittlesey December 23, 1940 Towns of Roxbury & Woodbury Scale 1" = 100' December 1940 J.T.Rogers, Surveyor" on file in the Town Clerk's Office in said Town of Roxbury, said fifth piece being the same premises conveyed to Arthur Miller and Marilyn Monroe Miller by deed of Gertrude B. Brownell et al, Trustees, dated December 20, 1957 and recorded in the Land Records of said Town of Roxbury in volume 29 at page 283, and in the Land Records of said Town of Woodbury in volume 57 at page 301.

Sixth piece containing about seventy-one (71) acres of land, said sixth piece being the same premises conveyed to Arthur Miller and Marilyn Monroe Miller by deed of Danbury National Bank, Administrator C.T.A. of the estate of Raymond R. Leavenworth, dated June 18, 1959, and recorded in the Land Records of said Town of Woodbury.

MM-0011898

To HAVE AND TO HOLD the above granted and bargained premises with the privileges and appurtenances thereof unto     him     the said Grantee, his heirs     and assigns forever, to     his     and their own proper use and behoof     AND ALSO, I     the said grantor     do     for myself     , my heirs, executors and administrators covenant with the said Grantee     his heirs     and assigns, that at and until the ensealing of these presents     I am     well seized of the premises as a good indefeasible estate in fee simple, and have     good right to bargain and sell the same in manner and form as is above written, and that the same is free from all encumbrances whatsoever.

AND FURTHERMORE, I     the said Grantor     do     by these presents bind     myself     and my heirs     forever to WARRANT AND DEFEND the above granted and bargained premises to     him     the said Grantee and assigns against all claims and demands whatsoever.

IN WITNESS WHEREOF, I have hereunto set my hand and seal,

this 19th day of January, 1961

Signed, Sealed and Delivered
in the presence of

_Marilyn Monroe Miller_ [L. S.]

............................................. [L. S.]
............................................. [L. S.]
............................................. [L. S.]
............................................. [L. S.]

State of New York
County of New York } ss.     Hartford,

On this 19th day of January 1961
Personally appeared MARILYN MONROE MILLER
signer and sealer of the foregoing instrument, and acknowledged the same to be her free act and deed,

before me

_____
Notary Public

**WARRANTEE DEED**

MARILYN MONROE MILLER

TO

ARTHUR MILLER

Law Offices
GILMAN & MARKS
49 Pearl Street, Hartford, Conn.

MM-0011899