# EXHIBIT 41

STATE OF CONNECTICUT
MOTOR VEHICLE OPERATOR'S LICENSE

DATE JUL 11 '62

VOID UNLESS VALIDATED WITH
OF INSPECTOR'S SEAL

WRITTEN SIGNATURE OF OPERATOR MUST APPEAR IN INK OR LOW LICENSE IS VOID BY STATE STATUTE

COMMISSIONER | TYPE BLOOD

Marilyn Monroe

12305 - 5th Helena Dr.

Los Angeles 49, Calif.

$ 6 00 | 181034533 | 5 05
FEE PAID | OPERATOR NUMBER | HEIGHT
06 30 64 | 06 01 26 | 1 A / 5
EXPIRATION DATE | DATE OF BIRTH | TYPE OF LIC.

WRITTEN SIGNATURE OF OPERATOR

DEPT. OF MOTOR VEHICLES
165 CAPITOL AVENUE
HARTFORD 15, CONN.



HARTFORD JUL 13 '62 CONN.
U.S. POSTAGE 04
PB METER 162572

**CONFIDENTIAL CMG v. Greene Archives**
**Subject to Protective Order**

MM-0010378