# Exhibit 42

**A June 13, 1962 letter from Marilyn Monroe's secretary to Connecticut Department of Motor Vehicles**

# FILED UNDER SEAL