# Exhibit 44

A June 4, 1962 letter from Cherie Redmond to Jack Ostrow

# FILED UNDER SEAL