# Exhibit 45

**Marilyn Monroe's Schedule of Rental Payments for 882 No.Doheny Drive from August 1961 through July 1962**

# FILED UNDER SEAL