# Exhibit 46

Receipts for furniture purchases addressed to Marilyn Monroe at her 882 No. Doheny, Los Angeles, California address

# FILED UNDER SEAL