# Exhibit 47

**A November 6, 1961 letter from Aaron Frosch to Milton Rudin, indicating that Monroe paid approximately $13,000 for furnishings for her Beverly Hills apartment**

# FILED UNDER SEAL