# Exhibit 48

A November 6, 1961 letter from Aaron Frosch to Rovins & West, Inc. indicating that Monroe obtained insurance for her apartment at 882 No. Doheny Drive, Beverly Hills, California

# FILED UNDER SEAL