# Exhibit 49

A November 13, 1961 letter from Aaron Frosch to Milton Rudin, confirming fire insurance on Monroe's Beverly Hills apartment

# FILED UNDER SEAL