# Exhibit 50

**Invoices from TWL Designs, Inc. to Marilyn Monroe at her Beverly Hills apartment**

# FILED UNDER SEAL