**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
SHAW FAMILY ARCHIVES, LTD., EDITH   :
MARCUS and META STEVENS,
                                    :
        Plaintiffs,        Case No. 05 Civ. 3939 (CM)
                                    :
   -against-                       Hon. Colleen McMahon
                                    :
CMG WORLDWIDE, INC. and MARILYN
MONROE LLC,                         :

        Defendants.       :
------------------------------------------------------------X

**ADDITIONAL EXHIBITS IN SUPPORT OF THE DECLARATION OF**
**JONATHAN NEIL STRAUSS DATED 3/13/2008**