# Exhibit 51

A February 5, 1962 agreement between Marilyn Monroe and TWL Designs, Inc. related to interior decorating of Monroe's California apartment

# FILED UNDER SEAL