# Exhibit 53

A February 9, 1962 letter from Aaron Frosch to Rovins & West, Inc. indicating that Cherie Redmond was Monroe's secretary

## FILED UNDER SEAL