# Exhibit 54

February 25, 1962 letter from Cherie Redmond, Marilyn Monroe's secretary, to Hedda Rosten

# FILED UNDER SEAL