# Exhibit 55

April 3, 1956 Agreement between Marilyn Monroe Productionsand Inez Melson, addressed to her in Los Angeles, California

# FILED UNDER SEAL