# Exhibit 56

**A September 18, 1958 letter from Inez Melson at her Los Angeles, California address to Marilyn Monroe**

# FILED UNDER SEAL