# Exhibit 57

**Transcript of an interview with Inez Melson**

# FILED UNDER SEAL