# Exhibit 58

**Documents, dated January through March 1962 relating to the transfer of Marilyn Monroe's 1956 Ford Thunderbird**

## FILED UNDER SEAL