# Exhibit 59

**An April 16, 1962 letter from Ebenstein & Company to Marilyn Monroe at her California address regarding auto insurance for Monroe**

# FILED UNDER SEAL