# EXHIBIT 60

536

RECORDING REQUESTED BY
CITY NATIONAL BANK OF BEVERLY HILLS

BK D1506 PG 115

AND WHEN RECORDED MAIL TO

Name: Marilyn Monroe
Street Address: c/o Gang, Tyre, Rudin & Brown
            6400 Sunset Boulevard
City & State: Los Angeles 28, California

RECORDED IN OFFICIAL RECORDS
OF LOS ANGELES COUNTY, CALIF.
FOR TITLE INSURANCE & TRUST CO.
FEB 8 1962 AT 8 A.M.
RAY E. LEE, County Recorder

FEE $2.00

SPACE ABOVE THIS LINE FOR RECORDER'S USE

Affix I.R.S. $ 63.25 in This Space

## Grant Deed

THIS FORM FURNISHED BY TITLE INSURANCE AND TRUST COMPANY

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

WILLIAM R. PAGEN and DORIS AILEEN PAGEN, husband and wife

hereby GRANT(S) to

MARILYN MONROE, an unmarried woman

the following described real property in the
county of         Los Angeles         , state of California:

Lot 20 of Tract 5462, Sheets 1 and 2, as per map recorded in
Book 58 Pages 71 and 72 of Maps, in the office of the county
recorder of said county.

Dated: January 22, 1962

William R. Pagen
Doris Aileen Pagen

STATE OF CALIFORNIA
COUNTY OF Los Angeles } SS.
On January 29, 1962, before me, the undersigned, a Notary Public in and for said County and State, personally appeared William R. Pagen and Doris Aileen Pagen
, known to me to be the person_S_ whose name_S_ _are_ subscribed to the within instrument and acknowledged that _they_ executed the same.
WITNESS my hand and official seal.
(Seal)
Signature: ORRIS R. HEDGES

My Commission Expires My _____ Name (Typed or Printed)
Notary Public in and for said County and State
If executed by a Corporation the Corporation Form of
Acknowledgment must be used.

Title Order No. _____
Escrow No. 3694

MM-0036192