# Exhibit 61

A City National Bank of Beverly Hills, spreadsheet regarding payment of principal and interest due on the mortgage for Marilyn Monroe's house at 12305 5th Helena Drive, Los Angeles, California

# FILED UNDER SEAL