# EXHIBIT 62





RECORDING REQUESTED BY

537

BOOK T2221 PAGE 296

AND WHEN RECORDED MAIL TO

CITY NATIONAL BANK OF BEVERLY HILLS
400 North Roxbury Drive
Beverly Hills, California
Donald C. Savage, Ass't Vice Pres.
R. E. Loan Dept.

RECORDED IN OFFICIAL RECORDS OF LOS ANGELES COUNTY, CALIF. FOR TITLE INSURANCE & TRUST CO.
FEB 8 1962 AT 8 A.M.
RAY E. LEE, County Recorder

FEE $2.80 20

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## LONG FORM DEED OF TRUST AND ASSIGNMENT OF RENTS

**This Deed of Trust,** made this 30th day of January, 1962, between MARILYN MONROE, an unmarried woman - - - -, whose address is 12305 5th Helena Drive, Los Angeles, California (number and street) (city) (zone) (state), herein called TRUSTOR, TITLE INSURANCE AND TRUST COMPANY, a California corporation, herein called TRUSTEE, and CITY NATIONAL BANK OF BEVERLY HILLS, a National Banking Association - - - -, herein called BENEFICIARY,

**Witnesseth:** That Trustor IRREVOCABLY GRANTS, TRANSFERS AND ASSIGNS to TRUSTEE IN TRUST, WITH POWER OF SALE, that property in Los Angeles County, California, described as:

Lot 20 of Tract 5462, Sheets 1 and 2, as per map recorded in Book 58, Pages 71 and 72 of Maps, in the office of the county recorder of said county.

Should the Trustor or his successor in interest without the consent in writing of the Beneficiary sell, transfer, or convey, or permit to be sold, transferred or conveyed, his interest in the property (or any part thereof), then Beneficiary may at its election declare all sums secured hereby immediately due and payable. This provision shall apply to each and every sale, transfer, or conveyance, regardless whether or not Beneficiary has consented to, or waived, its right hereunder, whether by action or non-action, in connection with any previous sale, transfer, or conveyance, whether one or more.

TOGETHER WITH the rents, issues and profits thereof, SUBJECT, HOWEVER, to the right, power and authority hereinafter given to and conferred upon Beneficiary to collect and apply such rents, issues and profits.

**For the Purpose of Securing:**

1. Performance of each agreement of Trustor herein contained. 2. Payment of the indebtedness evidenced by one promissory note of even date herewith, and any extension or renewal thereof, in the principal sum of $37,500.00 executed by Trustor in favor of Beneficiary or order.

**To Protect the Security of This Deed of Trust, Trustor Agrees:**

(1) To keep said property in good condition and repair [illegible]

(2) To provide, maintain and deliver to Beneficiary fire insurance satisfactory to and with loss payable to Beneficiary. [illegible]

(3) To appear in and defend any action or proceeding purporting to affect the security hereof or the rights or powers of Beneficiary or Trustee; [illegible]

(4) To pay: at least ten days before delinquency all taxes and assessments affecting said property, [illegible]

[illegible]

(5) To pay [illegible]

BOOK 12221 PAGE 297

(6) [illegible]

(7) [illegible]

(8) [illegible]

(9) [illegible]

(10) [illegible]

(11) That upon default by Trustor in payment of any [illegible]

After the lapse of such time as may then be required by law following [illegible] Trustee, without demand on Trustor, shall [illegible] either as a whole or in separate parcels, and in such order as it may [illegible] Trustee may postpone sale of [illegible] and place of sale, and from time to time thereafter may postpone such [illegible] Trustee shall deliver to such purchaser its deed conveying the property [illegible] The recitals in such deed of any matters or facts shall be conclusive proof [illegible] Beneficiary as hereinafter defined, may purchase at such sale.

After deducting all costs, fees and expenses of Trustee and of this Trust, [illegible] apply the proceeds of sale to payment of: all sums expended under the terms [illegible] by law in effect at the date hereof; all other sums then secured hereby; and the [illegible]

(12) Beneficiary, or any successor in ownership of any indebtedness secured [illegible] successor or successors to any Trustee named herein or acting hereunder, which [illegible] recorded in the office of the recorder of the county or counties where said property [illegible] such successor Trustee or Trustees, who shall, without conveyance from the Trustee [illegible] Said instrument must contain the name of the original Trustor, Trustee [illegible]

(13) [illegible]

(14) [illegible]

The undersigned Trustor requests that a copy of any Notice of Default and of any Notice of Sale hereunder be mailed to him at his address hereinbefore set forth.

Signature of Trustor

Marilyn Monroe

STATE OF CALIFORNIA,
COUNTY OF Los Angeles } SS.

On February 1, 1962 before me, the undersigned, a Notary Public in and for said County and State, personally appeared Marilyn Monroe known to me to be the person whose name is subscribed to the within instrument and acknowledged that she executed the same.

WITNESS my hand and official seal.

(Seal)

Signature [signature]

JEAN R[illegible]

Name (Typewritten or Printed) [illegible] 27, 19[illegible]

Notary Public in and for said County and State

If executed by a Corporation the Corporation Form of Acknowledgment must be used.

Title Order No. 5765247

Escrow or Loan No.

**Deed of Trust**

WITH POWER OF SALE

(Individual)

**Title Insurance and Trust Company**

AS TRUSTEE

[illegible]

DO NOT RECORD

FOR RECONVEYANCE OR FORECLOSURE SEND TO THE NEAREST OFFICE OF THE TITLE INSURANCE AND TRUST COMPANY

**REQUEST FOR FULL RECONVEYANCE**

To be used only when note has been paid.

Dated

TO TITLE INSURANCE AND TRUST COMPANY, TRUSTEE:

[illegible]

MAIL RECONVEYANCE TO:

By

By

[illegible]