# EXHIBIT 64

Chicago Tribune
THE WORLD'S GREATEST NEWSPAPER
Tuesday, September 11, 1973

# 34% water rate h

## Congress: partners

e of greater crea- than a cause of

G what he term- essional renais- said he believes Congress as well Presidency and

be no monopoly either end of Avenue — and be no monopoly

in which Nixon action included rize the Alaska the building of anker ports, de- natural gas prices. strip mining, a vironmental pro-

posals, anticrime bills, greater local control for community development funds, and what he considers adequate defense and foreign aid appropriations.

BESIDES focusing attention on the legislation he wants, Nixon also spotlighted actions he opposes—red ink spending, any tax increase, major defense cutbacks, and busing of public school children to achieve racial balance.

Nixon said that if Congress votes more money than he wants, he will not hesitate to veto spending measures or impound appropriations.

He also said he would "continue to oppose all efforts to strip the Presidency of the powers it must have to be effective"—an obvious threat to veto any legislation that would restrict his war-making powers.

MIXING COMPLIMENTS with criticism, the President said Congress has made "commendable progress" in some areas this year but that action on his own initiatives "has been far less than I had expected."

Nixon said "the battle against inflation must be our first priority for the remainder of this year" and called on Congress to hold appropriations to his spending ceiling of $268.7 billion for the fiscal year that began July 1.

"In our joint efforts, however, I continue to be adamantly opposed to attempts at

## opes is ist

### nalysis

rs and aides to ers as a good t the budget-cut-

if his committee to the lawmak-

## Ali beats Norton

Muhammad Ali crashes a right to the side of Ken Norton's head during their 12-round rematch last night in the Forum in Inglewood. Ali won the fight on a split decision. See Dave Condon's story in Sec. 3.

## Braasch's share of payoff

## Daley 1st in 3 y

By Edward Schreiber

AN INCREASE of ... water department's ... in 87 suburbs ... Daley yesterday ...

lar, and her attire, her neatly-groomed, short hairstyle, her intent blue eyes, her look-you-straight-in-the-eye approach, and the somewhat guarded expression that cracks into smiles when you joke or talk

Dr. Rowine Hayes Brown, chief of Cook County Children's Hospital, still finds time to visit patients. Children have been the center of her life for the last 25 years.

Marilyn: A woman with nesting instincts.

## Marilyn's confidante

# The woman M

*Norman Mailer, while writing his best-selling biography "Marilyn," never attempted to talk with Eunice Murray, probably the person closest to Marilyn Monroe during her last months. In this third of a series written for the Tribune, Maurice Zolotow talks to the easily accessible Mrs. Murray, who corrects some of the most shocking statements made in Mailer's book.*

By Maurice Zolotow

*Third of a series*

I INTERVIEWED Eunice Murray—and was the first writer who had done so since August, 1962—in her small cottage behind a larger ranch-style house at 1331 Pearl St. in Santa Monica. [Her grandson, Norman Jeffries, was present during the interview.]

She did not want me to use a tape-recorder, so I made handwritten notes which I transcribed as soon as I returned home.

Mrs. Murray, 71, looks about 50. She is a smiling warm and gentle person. She spoke simply and directly during the interview. Fred Guiles described her in his "Norma Jean" biography as Marilyn's "companion-housekeeper . . . tall and matronly." Mrs. Murray, at 5 foot 2, is hardly tall, nor is she matronly.

"Now this man Guiles," she murmured, smiling, "he has conversations in his book between me and Marilyn when there was nobody there but the two of us and he never spoke to me and she was dead. So how could he know what we said to each other? And Mr. Mailer, who writes so beautifully I may say, he repeats some of Mr. Guiles stories. Well, Marilyn and I had gone on this trip to Mexico in March. And things he printed about that Mexican trip, why it just wasn't so, you know."

## Tomorrow in Tempo

- How do you design a room where pets can live comfortably with people? June Hill shows how to cater to critters.
- On the movie set Marilyn Monroe was glamorous and unattainable but in real life her friends saw her longing for a happy family life, reports Maurice Zolotow in the fourth of a series.

# Mailer forgot to interview

se'- d to rson last r the asily ne of iler's

e first - small 1 St. in present

I made eturned

; warm ing the Jean" tall and ner is

'he has n when r spoke we said :ifully I l, Mari- :h. And : wasn't

## The last days of Marilyn Monroe

"Like what?" I asked. Well, like the "red material," she said.

Guiles wrote: "They [Mrs. Murray and Marilyn] found some stuff, heavy, red, hand-loomed material. 'This would make fine sofa upholstery,' Mrs. Murray told Marilyn. The color appealed to Marilyn and she bought 15 yards on her friend's advice. Then tables of a rough trestle variety were purchased and tagged for shipment. Mexican Indian masks of tin were cheap enough to give Marilyn the satisfaction she had found at least one bargain."

MRS. MURRAY shook her head. "We did not buy any red cloth in Mexico. We did not have the conversation about red cloth that he writes, or any other conversations he says we had. We did not buy any tin masks," she said. "That's the sort of junk you buy on Olvera Street." [An area in downtown Los Angeles where tourist shops sell Mexican souvenirs.]

Eunice Murray: "I was her cook, decorator and secretary. I was her friend." Associated Press photo

Mailer also speaks about the tin masks and adds Mexican lighting fixtures. Mrs. Murray says what they bought were beautiful blue Mexican tiles for the kitchen and several chairs and coffee tables which were "lovely hand-crafted peasant pieces."

Mrs. Murray is irked at being described as a "housekeeper." She was not. She had been a friend of Dr. Ralph R. Greenson, Marilyn's psychoanalyst. Dr. Greenson thought it was unwise for Marilyn to be alone during the day. He suggested to both women that Mrs. Murray spend the days with Marilyn, and their relationship began in November, 1961, when Marilyn still lived in an apartment.

"I was never Marilyn's housekeeper," Mrs. Murray says. "I guess there's no word in the dictionary to exactly describe what I was. I was her chauffeur, her cook, her real estate agent, her interior decorator, her social secretary." She paused and sighed. "What I was, I was her friend. She trusted me absolutely. She was a very sick child at that time . . . exhausted physically and emotionally. She should not have gone to work on that last picture." ["Something's Got To Give," which started rolling in April 1962, at 20th-Century Fox studio and was never completed.]

Jet Fore, a 20th-Century Fox publicity man, told me that Bobby Kennedy had never visited the set of this movie nor had he telephoned Fox on her behalf when she was fired for chronic absence on the lot in June, 1962, as has been reported. Guiles has Mrs. Murray entering Marilyn's life after she bought the Brentwood home. Actually, Mrs. Murray had helped her select the house and been her friend for several months previously.

Marilyn's new home—the first she had owned—was located at 12305 Fifth Helena Drive, one of two houses at the end

Continued on following page

Good M

'r rom the ~terr here after ~om the Univ- ~ens Medical ~d patient re- ~ in my hands. ~more impor-

~t being the ~dical director ~al" "My wom- ~s that women ~al opportunity ~equally quali- ~r credentials ~in the same ~Whatever the ~want to do — ~to operating a ~the highway ~qualified, they ~considered for

~nt in two pro- ~she says so ~and have to ~ing ditches ~to the hard ~can scrub a ~and they are

~ents out she is ~man at County ~rtant post. She ~Dr. Massu- ~irector of the

baby station. She shows her visitors a pa-

up and his seven-month-old brother."

for everyone. She first checks a child ad-

days to do perhaps a bigger, more important job.

Drugs found at Marilyn's bedside: Was Robert Kennedy behind the overdose?

## M.M.'s friend

# *The woman Mailer forgot to talk with*

Continued from 1st Tempo page

of a quiet little lane. It is remote and country like, yet a few moments from the Brentwood shopping center. It is California Spanish style with two high walls of whitewashed brick. Marilyn paid $77,5000 for it, with a $35,000 cash down payment. Dr. Greenson believed it would psychologically benefit her to be in her own home, and that she had a powerful nesting instinct which had long been thwarted because she always lived in hotels, rented houses, or houses already owned by previous wives as in Arthur Miller's case.

He felt she should put down roots. It was his hope that Mrs. Murray, in whom the nesting and family instinct was strong, would strengthen this side of Marilyn, relieving her of obsessions and guilts about her failing career and her troubled marriages.

"Marilyn was bursting with plans and ideas about furnishing and decorating her house," Mrs. Murray recalls. "She was so proud of it. Plans for making a special guest-room for Carl Sandburg, whom she loved. Plans about the movies she would make. She was getting better. Dr. Greenson once said to me, 'I don't know what you are doing, but keep on; Marilyn is making real progress.' She had plans for rebuilding her social life."

I asked her about the dinner party reported by Mailer. Was Bobby Kennedy in the house that Saturday night?

"No," she said.

"Peter Lawford?"

"No."

"Pat Newcomb."

"No. Absolutely not. There was nobody in the house that night except me and Marilyn. The doors were locked. The gate was shut. The windows locked. The French window in her room locked. She always closed the drapes in a room when she went to sleep. Where did Mr. Mailer get the notion that she stapled the drapes? She wouldn't have done that; she never stapled the drapes shut."

I asked whether she knew about a love affair between Frank Sinatra and Marilyn, which some writers have described at length. As far as she knew—and she said there was a situation of complete confidence between her and Marilyn—"she was not having a love affair with Frank Sinatra, tho she considered him a good and kind friend. During the five months she lived in the Brentwood house, Sinatra was there only one time."

And Bobby Kennedy?

"That was the most evil gossip of all," Mrs. Murray said. "It is not true that Marilyn had a secret love affair with Mr. Kennedy. Marilyn opened her heart to me and I would tell you if it were so. Mr. Kennedy came to her house maybe two or three times, that is all, I mean during the time I was Marilyn's friend. He came once during the day with a group of people to see the house. Marilyn loved showing off the house. It was like it was her baby. She was so proud of it. But she didn't go sneaking around with Mr. Kennedy or have a love affair with him."

Mailer acknowledges that he draws much of the factual data about the last two years of Marilyn's life from [illegible] Guiles biography. Guiles accepts the romance with [illegible] Kennedy as a matter of historical fact. Mailer, however, [illegible] not believe that there was a love affair with Kennedy [illegible].

Kennedy had come to Hollywood in [illegible]. Veteran producer, Jerry Wald, was [illegible] of his book about labor racketeers. [illegible] 20th Century-Fox, and Budd Schulberg [illegible] Kennedy came to discuss the movie.

© Copyright 1973 by [illegible]

Tomorrow: the "other side" of the [illegible]

# ~asy on the mayo

~ each: lemon ~e wine ~alt ~ic, minced ~ll ~oil ~chopped. ~sted pine nuts

~nder container ~n juice, vine- ~d garlic and ~seconds. With ~, slowly pour ~Add nuts and ~econds. Empty ~ner, cover and

~Jay Blech's ~to Cheese", a ~mer" published ~y at $1.50, is ~nformation and ~se recipes. But ~s incorrect on ~states or page ~factory-mades ~available, ex- ~o factories in ~nty, N. Y. . ." ~is not a single ~y in Herkimer ~Go look for ~re is a compa- ~itself after the ~many years ago ~cheese—but the ~County Cheese ~not in Herkimer County.

Mediterranean Lemon Cake made with yogurt and ground nuts is good. It is from "The Portable Feast" [101 Productions, $3.95]. Author is Diane D. MacMillan and the book is illustrated by Erni Young.

**MEDITERRANEAN LEMON CAKE**
[Serves six to eight]

- ½ pound softened butter
- 1½ cups sugar
- 4 eggs, room temperature
- 1 tablespoon grated lemon peel
- 2¾ cups unbleached flour
- ½ teaspoon salt
- 1 teaspoon each: soda, baking powder
- ½ pint yogurt, room temperature
- ⅔ cup finely ground nuts
- ⅓ cup lemon juice

Cream softened butter and 1 cup of the sugar until light and fluffy. Add eggs and lemon peel, blend thoroly. Sift flour, salt, soda, and baking powder. Add dry ingredients alternately with yogurt. Fold in nuts. Bake in well greased 9 inch tube pan at 350 degrees for 1 hour or until done. Combine the ½ cup sugar and lemon juice in a saucepan. Heat until sugar has dissolved and pour over cake while still warm. Cool in the pan.

## $5 favorite

**THRIFTY ONE-DISH MEAL**
[12 servings]

- 4 cups cooked rice
- 3 cups diced cooked pork, beef, or chicken
- 1 can [16 ounces] peas, drained
- 1 can [28 ounces] tomatoes
- 1 can [8 ounces] tomato sauce
- 1 can [4 ounces] mushroom stems and pieces, drained [optional]
- 1 cup choped celery
- 2 small onions, minced
- ½ cup grated sharp cheese
- 1 teaspoon salt
- ¼ teaspoon pepper

Combine ingredients. Turn into a 3-quart shallow baking dish. Bake at 350 degrees for 60 minutes.

—Mrs. Jennie Minar
Antioch

Send your favorite recipe to: Recipe Editor, Chicago Tribune. It may bring you $5.

SEP 11

MM-0036236