# Exhibit 66

A May 9, 1962 letter and receipts from Edgardo Acosta Gallery to Marilyn Monroe at 12305 Fifth Helena Drive, Los Angeles, California

# FILED UNDER SEAL