# EXHIBIT 67

Los Angeles Times — TUESDAY FINAL

TUESDAY MORNING, AUGUST 7, 1962 — 74 PAGES — DAILY 10c

# Housekeeper Discloses:

# MYSTERY PHONE CALL RECEIVED BY MARILYN

## May Have Caused Her to Take Additional Dose of Sleep Pills

BY FRANK LARO and BILL BEEBE

Marilyn Monroe got a mysterious telephone call not long before she was found dead from an overdose of barbiturates, The Times was told Monday night.

Mrs. Eunice Murray, the blond beauty's housekeeper, said the call came sometime after the actress retired to her bedroom Saturday night.

"I don't remember what time the call came in," she said, "and I don't know who it was from.

"But knowing Marilyn as I do, I think that if this call waked her up she might have taken some more sleeping pills."

This, Mrs. Murray said, might account for the fact that the telephone was found clutched in the dead actress' hand.

More news and pictures of Marilyn Monroe on Pages 2, 3, 16, 17, 18 and 19, Part 1.

Mrs. Murray also offered a glimpse into the complicated personality of the glamorous star as she talked about Marilyn's last days.

Marilyn alternated between periods of depression over her career and a happy interest in the only home she ever owned.

### Often Moody

She was a woman tormented by insomnia, which led to massive doses of sleeping pills, but otherwise she was a happy-go-lucky type.

She was often a moody woman, easily affected by criticism and the things she read about herself, but usually accepted personal misfortunes philosophically.

It was Mrs. Murray who called for help when she spotted the light on in the actress' bedroom at 3 a.m. Sunday and failed to get a response from Marilyn.

"She was usually very philosophical about the things that happened to her," said Mrs. Murray, "and the things I remember about her best were her beautiful smile and musical laugh."

Marilyn, she said, never once discussed death during the time she knew her.

Mrs. Murray said she went to work in November for Miss Monroe originally as a decorator to help the actress convert her house at 12305 5th Helena Dr., Brentwood, into a Mexican hacienda.

"We went to Mexico in February to buy tiles and metal work to be used in the remaining part of the house."

### Hard to Take

As for her depression: "The firing at 20th Century-Fox from the picture 'Something's Got to Give' was hard for her to take.

"I was with her when she was ill during this period," the housekeeper said. "She had a sinus infection . . . the first time she ever had one, and couldn't seem to get rid of it."

The housekeeper described the pattern of Marilyn's last months.

"We'd get up," Mrs. Murray continued, "and Marilyn would get ready to go to the studio and then she just couldn't make it. She would develop a severe headache. She complained it was an awful hour to go to work. [illegible]

Please Turn to Pg. 18, Col. 1

TELLS OF STAR'S LAST DAYS—Mrs. Eunice Murray, housekeeper for Marilyn Monroe, relates how the blond actress spent the last days before death. Times photo

## News Summary

### THE WORLD

[illegible]

### THE NATION

[illegible]

### THE CITY AND THE STATE

[illegible]

### BUSINESS AND FINANCE

[illegible]

## Rusk Backs Private Firm Satellite Bill

BY ROBERT C. ALBRIGHT

Exclusive to The Times from The Washington Post

WASHINGTON — Secretary of State Rusk Monday supported the administration's Senate-slowed communications satellite bill as a deliberate extension of the private communications system in this country. He termed early passage of the legislation desirable.

Like President Kennedy and Atty. Gen. Kennedy before him, he called it a good bill, with fully adequate authority to safeguard and promote U.S. foreign policy interests.

Rusk followed U.S. Information Agency director Edward R. Murrow before the hard-pushed Senate Foreign Relations Committee, which is holding hurry-up hearings under Senate instructions to report back the bill no later than Friday noon. A liberal-led talkathon against the bill was interrupted last week to provide time for the hearings.

### Same Apprehension

Murrow supported the bill as a bill "in general." But he told the committee "with some apprehension" that his agency may not be able to afford use of the satellite [illegible]

Please Turn to Pg. 6, Col. 2

## PANAMA 'FIRE BRIGADE' TO WATCH LATINS

Exclusive to The Times from The Washington Post

WASHINGTON—The United States is building a small but highly mobile "fire brigade" in the Panama Canal Zone available for swift intervention in case of trouble in Latin America.

Troops there are being expanded by 1,600 men and organized into mixed combat teams of airborne, infantry and mechanized units with their own airlift and sealift.

Pentagon spokesmen Monday confirmed reports of the changes in the Caribbean command, said to have been worked out during recent visits of Defense Secretary McNamara to that area.

## 2 Congressmen, 69 Others Safe in Plane Crash

KNOXVILLE, Tenn. (UPI) — An American Airlines Lockheed Electra crashed and partly burned Monday when a violent gust of wind flipped it out of control during landing but all 71 persons aboard escaped. Two congressmen were among the passengers.

[illegible]

## Red Skelton's Wife in Hospital

[illegible]

## Kennedy Rejects Yorty's Customs House Appeal

### President's Aide Says Building Will Go Up in Long Beach Area as Soon as Possible

The White House has rejected Los Angeles' plea to intervene and will go along with a federal recommendation to build a $2.2 million customs house in the Long Beach area, Mayor Yorty said Monday.

Yorty said his personal appeal to President Kennedy was answered by T. J. Reardon Jr., special assistant to the President.

Reardon wrote that the General Services Administration plans "to construct the customs house in the Long Beach area as soon as possible."

Reardon said other use will be made of space in a new Federal Office Building to be built in the Los Angeles Civic Center.

### To Donate Site

The Customs Bureau, [illegible] Reardon added, [illegible]

[illegible] off the record, to move the customs house to Long Beach. This letter definitely confirms this. They've never really openly admitted this before.

"Long Beach officials have very cleverly tried to play the harbor area of Los Angeles against the central area to get the customs house to Long Beach."

The mayor-[illegible] appealed

Please Turn to Pg. 18, Col. 1

## THE WEATHER

[illegible]

## Few Relatives, Friends to Attend Marilyn Rites

Illustrated on Page 2, Part 1.

Marilyn Monroe will be buried at 1 p.m. Wednesday at Westwood Memorial Park with only a handful of relatives and her closest friends invited to attend.

Services for the world's most glamorous star will be [illegible]

Those invited to the private services and mausoleum interment will include only such persons as drama figures Paula and Lee Strasberg, Joe DiMaggio, second of Miss Monroe's three husbands; her half-sister, Mrs. Berniece Miracle, who flew here Monday from her home in Gainesville, Fla., and her [illegible]

[illegible]

Please Turn to Pg. 18, Col. 1

# News Summary

## THE WORLD

## THE NATION

## THE CITY AND THE STATE

## BUSINESS AND FINANCE

## SPORTS

# National Bar Chief Blasts High Court

Rulings Threaten Federal System, S.F. Parley Told

BY JAMES E. CLAYTON

SAN FRANCISCO—

EARLY MORNING WEDDING—Actress Mona McDonald and Edward P. Callahan, a Los Angeles ... were married at ... a.m. Monday in Las Vegas. They kept a ... of the ... airplane flight

# THE CALIFORNIA POLL

# Voters Cite Nixon's Strong, Weak Points

BY MERVIN D. FIELD, Director, The California Poll

# Ex-Press Agent Recalls Monroe's Magic Appeal

Now a Country Publisher, He Was Her Publicity Man for Five Years

# MARILYN BORN IN WEDLOCK, UNCLE INSISTS

# Doctor Backs Kenndy Plea for Drug Curb

WASHINGTON —Testimony Monday by Dr. Frances Kelsey apparently strengthened President Kennedy's chances of getting at least some added governmental powers to police the use of new drugs.

# Katanga Sees Pressure in Closing of Airport

ELISABETHVILLE

# Brother of Bob Hope Dies in Boston Hospital

BEFORE THE SHOW—

7 AUG 7

MMLLC (Shaw) 000572

Los Angeles Times Tues., Aug. 7, 1962—Part I 3

# Marilyn in Two Moods—Serious and Gay

CONTRASTS—Marilyn Monroe presented a serious study and a vivacious one when the pictures above were taken by a magazine photographer about a month ago during interview. Right, Marilyn as she appeared in childhood, date of photo isn't known.

DEPARTURE — The body of Marilyn Monroe is wheeled from county coroner's office by attendants to be taken to Westwood Village Mortuary where final rites for the Hollywood film star will be held.

DIMAGGIO AT MORTUARY—Marilyn Monroe's ex-husband, Joe DiMaggio, leaves Westwood Village Mortuary where he met her relatives. DiMaggio flew in Sunday after learning of star's death.

Story on Page 1, Part I

# Cost Great; So Is Love for Baby

BY MARY ANN CALLAN

Parents of the only living American baby born with deformities because the mother took thalidomide were assured Monday that part of their medical costs can be assumed by the county.

But what specialists call their greatest burden—the emotional agony of rearing such a child—does not concern Mr. and Mrs. William Webb, both 23, of 1628 W 166th St., Gardena.

The parents of seven-weeks-old William Jr., born with deformities of both arms, were happily surrounding the boy with love Monday—their own, that of both maternal and paternal grandparents and their other child, Christine, 2½.

But hanging over this picture is the inevitable series of operations and possible artificial limbs that physicians at Harbor General Hospital will start in six weeks.

**Cost Is $4,000**

According to the young father, who met his bride-to-be in Germany while he was in the U.S. Army, the estimated cost is [illegible] over a period of years.

Dr. [illegible] Brooks, medical director of the Child Amputee Prosthetics Project at UCLA Medical Center, who appeared with the couple on Paul Coates show over KTTV (11) Monday night, told The Times that [illegible] funds are available in cases involving physically handicapped children.

[illegible] state crippled children's [illegible] officer of the physically handicapped children's program with the Dept. of Charities, also ex-

Please Turn to Pg. 18, Col. [illegible]

LOTS OF LOVE—[illegible] William [illegible] Webb Jr. and daughter, Christine, 2½, [illegible] William Jr. [illegible] Mrs. Webb had taken thalidomide.

# Ballerinas Outside Whi

MMLLC (Shaw) 000573

ENTERTAINMENT OUTDOORS—Girls of National Music Camp Ballet Group dance on White House grounds during music program sponsored by First Lady. National High School Symphony took part.

SIR BAGBY

By R. & B. Hackney

# MYSTERY CALL

Continued from First Page

[illegible]

The housekeeper [illegible]

[illegible]

After her discharge from [illegible] Mrs. Murray said, Miss Monroe appeared to be somewhat moody.

[illegible]

The housekeeper [illegible] Miss Monroe took sleeping pills.

"But as to drinking that is simply not true. She liked a glass of champagne before dinner. It made her relax. She had plenty of liquor available in the house but the liquor was for her friends.

"She always had lots of pills on her bedstand. For the most part she only used a few on some of the [illegible]. If I asked her if I could move them she would say 'No, just leave them there.' There was always a great deal of stuff piled around the table.

Mrs. Murray said the actress did not [illegible] a car.

"She used many [illegible] of the time and I did the driving," she said. "She had confidence in my driving.

"Marilyn loved the beach and the pier at Santa Monica. She didn't go there too much but she liked to take rides down to the pier.

**Talk of Last Night**

"On Saturday she and her close friend, Pat Newcomb, [illegible], were in the house. They had been out to dinner Friday night.

"Marilyn mostly rested during the day and lunched mostly on fresh fruit juices. We talked about the house and shipments that were due from Mexico in the next day or so. Marilyn loved Mexico, and she loved her home. It was the only home she ever owned."

Mrs. Murray said Marilyn wore a white terry cloth robe during all Saturday.

"Pat slept late Saturday but stayed with Marilyn, talking during the afternoon, and left at about 6 o'clock. They were very close and had been friends for [illegible]

[illegible]

Miss Monroe had had an hour's conversation with her psychiatrist, Dr. Ralph Greenson, and was told to go for a ride when she complained she could not sleep.

"The doctor asked me to stay with her that night," Mrs. Murray said.

The last words Marilyn said to me were, "I think I'll not go to the beach tomorrow for a ride. Then she closed the door and retired for the night."

Mrs. Murray said she went to Miss Monroe's room at midnight and found the light on but did not consider it unusual.

"Usually Marilyn would put the telephone out in the hall and cover it with pillows. This time the phone was in the room and I thought she might be talking."

Mrs. Murray said she got up again at 3 a.m. and noticed the light in the actress' bedroom was still on.

**Light Caused Alarm**

"I became alarmed and called Dr. Greenson and Dr. Hyman Engelberg."

Mrs. Murray said Miss Monroe was always a little sleepy because she found it so difficult to sleep at night and that this was the reason she had consulted Dr. Greenson.

Miss Monroe usually had only two meals a day, Mrs. Murray said.

Mrs. Murray refuted some reports that Miss Monroe was losing her looks.

"She had been 17 but was in good health when she died," said Mrs. Murray. "After all she was not a [illegible] person. She was a delicate sort of person. Lately her color was good and her eyes sparkled.

"She had everything to live for. Her plans for her home were unusually good and sound. I didn't listen too closely, but she had many offers, television and lots of movie offers."

From other sources, however, a different picture emerged.

Jeanne Carmen, a neighbor who saw the actress [illegible]

8 CARLOADS TO GO!

LATE MODEL—USED

FRIGIDAIRE REFRIGERATORS

[illegible]

48.88

OPEN DAILY AND SAT. 9 to 6

WERTZ BROTHERS

11879 Santa Monica Blvd.

W. LOS ANGELES

IKE SAYS PRESIDENT WANTS TOO MUCH POWER

[illegible]

POST

For all around enjoyment...

CORBY'S Reserve

Smoothest whiskey this side of Canada

$4.49 4/5 qt.

DELTA'S "missile express" to

ORLANDO /Cape Canaveral

the only jets...only one-stop!

DELTA

august notions SALE

at all seven MAY CO stores

wardrobe closet

8.99

plastic shoe boxes

4/2.29

padded hangers

4/1.79

plastic hat box

2/4.39

lycra spandex panty brief

3.99

storage chest on wheels

3.99

wooden trouser hangers

6/99c

shoe tote bag

1.29

golden heritage fashion closets

2.59, 2/5.00

2.59, 2/5.00

1.79, 2/3.50

2.99

MMLLC (Shaw) 000574

7 AUG 7

# Marilyn Couldn't Take Happiness for Granted

## It Was Something She Never Got Used To, She Said in Recent Interview

[illegible]

**Now Human Nature**

[illegible]

**All-Day Movies**

[illegible]

**Actor Not Machine**

[illegible]

**FREE REPLICA**

THE AMAZING NEW MIDGET SIZE "Peanut" MARK IV HEARING AID

WORN IN THE EAR! NO WIRES • NO CORDS • NO BULKY BATTERIES

Acousticon

1709 W. 8th St., Los Angeles 17, Calif.

CHICAGO $85* YOU SAVE EACH WAY!

CONTINENTAL AIRLINES

RENT FOR YOUR GARDEN PARTY!

ABBEY RENTS

REGISTER NOW! AUG. & SEPT. CLASSES

DALE CARNEGIE COURSE

In Effective Speaking and Human Relations

Inquire Early to Be Sure of a Place in a Class

Los Angeles Times

MAY CO

MMLLC (Shaw) 000575

**sale . . . lavishly hand-beaded sweaters luxurious quality, fully-lined . . . 22.00**

We've been lucky to secure this exceptional group of beautiful sweaters of wool, fur fibre, nylon blend, painstakingly handbeaded in Hong Kong. Sketched here are just three from the collection in white, grey, blue and beige. Sizes 36 to 44 in the group, but not all colors in all sizes and styles.

A. White sweater with pastel color and chalk bead floral motif front and back

B. Floral motif front and back; gun metal on heather grey, bronze on beige, gold on black

C. White sweaters with pastel color beads, ribbon motif front and back

Sorry, no mail or phone orders

may co. sportswear 72—all seven stores

MARILYN'S HALF SISTER—Leaving the Westwood Village Mortuary are Marilyn Monroe's half-sister, Mrs. Berniece Miracle, at left, and Mrs. Inez Melson, guardian of the mother of the late star.

# MONROE FUNERAL

Continued from First Page

released to the Westwood Village Mortuary late Monday after Coroner Theodore J. Curphey announced that it was established that the cause of death was a massive overdose of barbiturates.

He reported chief toxicologist R. J. Abernethy found 4.5 milligrams of barbiturate poisoning per 100cc of blood — about twice the amount usually considered a lethal dosage.

No alcohol was found in the blood.

The type of barbiturate drug ingested by Miss Monroe has not been determined, said Dr. Curphey. This should be completed today.

The ruling still left unanswered whether the tormented actress took her own life deliberately or accidentally.

Next Await Study

The official ruling will have to await a study of Miss Monroe's last days by psychologists and psychiatrists of a special suicide squad. Such a study may take anywhere from several days to three months.

Dr. Curphey revealed seven containers of drugs were found near Miss Monroe's bed where she was discovered dead about 3:30 a.m. at her Brentwood home at [illegible]

—One of the containers was an empty prescription bottle which only two days earlier had contained 50 Nembutal capsules.

[illegible]

Guards stem several hundred telephone calls reached Monday from curiosity seekers.

The callers asked permission to view the body. It was sternly denied.

While Miss Monroe's body was being driven to the mortuary arrangements were being concluded by mortuary director Guy R. Hockett.

DiMaggio Arrives

Nearly three hours earlier former baseball star DiMaggio, Mrs. Miracle and Mrs. Inez Melson had arrived at the mortuary with authority to make the funeral arrangements.

DiMaggio, divorced in 1954 by Miss Monroe, flew here Sunday from San Francisco upon learning of the actress' death.

Mrs. Melson, onetime business manager of Miss Monroe, is the guardian for her mother, Mrs. Gladys Baker Eley, a mental patient.

Mrs. Melson received a telegram from Aaron Frosch, Miss Monroe's New York attorney and executor of her estate giving her permission to handle arrangements as she saw fit.

# Hollywood Killed Marilyn, Izvestia Says

MOSCOW (P) — The government newspaper Izvestia said Monday night "Marilyn Monroe was a victim of Hollywood. It gave birth to her and it killed her."

The Soviet government organ, in a report from New York published an extensive commentary on the famed actress' life and death. Its New York correspondent, E. Kondrashov, said her death "transcended the limits of personal tragedy and acquired social repercussions."

The event, he said, represented a condemnation of "that appalling monster that mocks art, kindness, sincerity, naturalness. The name of this monster is Hollywood."

Sympathetic Terms

In the most sympathetic terms ever used in the Soviet press in connection with the Hollywood star, Kondrashov said Miss Monroe's true personality did not match her public image as "the blond goddess of sex."

"No matter how much talent Monroe had, in recent years she aspired to serious creative work, to the drama, to the stage, and even tried to [illegible] in the [illegible] studio in a New York artists' studio" the report said.

In almost emotional terms the Soviet writer denounced 20th Century-Fox studios for its recent decision to fire her for malingering. He insisted Miss Monroe was "tormented by a serious nervous disorder, a severe illness," that had been medically documented.

# MONROE'S MAGIC

Continued from Second Page

[illegible] Many metropolitan papers played it full-page.

Vivacious, "funny," with a rich sense of humor Marilyn had little time for men when her career was first budding, said Craft.

Then she met Joe DiMaggio. "She told us she'd met a real interesting man," he recalled, "and we had to sit around playing '20 questions' with her to guess who."

The Marilyn Monroe "image was carefully, methodically invented by her," he said. "With physical beauty she had such magnetism that if 15 men were in a room with her, in 15 minutes each of the 15 would be convinced he was the one she'd been waiting for after the others left."

Craft, who found what he wanted in a "Bliss county with 5,000 people, knew that Marilyn never found similar success."

He said he had a "reluctance to get one—a tribute to Marilyn — and the phone interview was over.

# Two Ordered to Trial in Slaying

Charles Andrews, 24, and Andrew G. Tarr, 18, were held for trial on murder charges in the July 14 robbery-slaying of Peter D. Folis, 63, following preliminary hearings Monday.

Municipal Judge pro tem M. J. Yelkovich held them without bail for Superior Court arraignment Aug. 21 but dismissed similar charges against Andrews' brother, Ronald Andrews, 22. Evidence indicated that Ronald was not present when Folis was strangled in the parking lot of a Hollywood night club.

ADVERTISEMENT

# ARE YOU A BORE?

A noted publisher in Chicago reports there is a simple technique of everyday conversation which can pay you real dividends in both social and business advancement and works like magic to give you added poise, self confidence and greater popularity.

According to this publisher, many people do not realize how much they could influence others simply by what they say and how they say it. Whether in business, at social functions, or even in casual conversations with new acquaintances, there are ways in which you can make a good impression every time you talk.

To acquaint the readers of this paper with the easy-to-follow rules for developing skill in everyday conversation, the publishers have printed full details of their interesting self-training method in a 24-page booklet, "Adventures in Conversation," which will be mailed free to anyone who requests it. Simply send a three-cent postage and handling, send to Conversation Studies, 835 Diversey Parkway, Dept. [illegible] Chicago 14, Ill.

# YOU CAN SAVE YOUR HEARING!

The Good Samaritan Public Health Service has published a booklet [illegible]

[illegible]

FREE BOOKLET

[illegible]

# Yorty Dedicates Police Station

Mayor Yorty dedicated a $1,000,000 Harbor Division police station Monday at 2175 [illegible] San Pedro. Rd. in San Pedro. It will replace [illegible] in the San Pedro City Hall and a one-man [illegible] in Wilmington.

thread your way back to school...

**specially priced merrimack corduroy**

**89c yd.**

**pinwale cotton corduroy**

Reg. 1.29 yd. Just in time for back to school sewing... sixteen rib pinwale cotton corduroy at big savings. Seventeen marvelous young colors to choose from, all machine washable. Beige, orange, sapphire blue, bittersweet, moss green, kelly green, olympic blue, pink, bermuda blue, antelope, cinnamon, purple, gold, cocoa, red, tiger lily, jack-o-lantern and black. 36" wide

**1.69 yd.**

**wide wale cotton corduroy**

Reg. 1.98 yd. Save on lustrous water repellent cotton corduroy. Just the fabric to add spice to a back to school wardrobe or casual wear. Choose from our collection of bright, new colors. Camel, sapphire blue, cognac, kelly green, gold, loden, red, orange, brown and black. 36" wide. may co. fashion yardage—all seven stores

**3-day sale blind stitch attachment 2.95**

4.95 value. Blind stitch attachment makes invisible hems in a jiffy, eliminates hand sewing, fits most Singer straight needle models. Quantity limited. All sales final. may co. singer sewing center—all seven stores

**lay-away sale**

**pure wool coats from england**

**23.00** sizes 3 to 6x

**26.00** sizes 7 to 14

Exclusively at May Co. for a limited time... the English princess regally collared in crushed velvet, with a little belt reigning over a inverted pleated back. Fully lined in rayon. Sizes 3 to 6x ... solid royal or flame, royal or brown tweed 23.00 - may co. peach and judy shop—all seven stores

sizes 7 to 14 ... solid flame, royal, beige, royal or brown tweed

may co. girls shop—all seven stores

choose now, pay later ... Only 1.00 down and hold until lay-away until October 1, or use a convenient May Time charge plan, pay no money down, take 10 months to pay.

MAY C[illegible]

MMLLC (Shaw) 000576

24 Los Angeles Times Tues., Aug 7, 1962—Part I

7 AUG 7

# Marilyn's Death Points Up Suicide Squad Work

## Team of Psychological Sleuths Under Coroner Investigates Questionable Deaths

**Selection of a "suicide squad" to determine whether the tragic death of Marilyn Monroe was suicide has focused attention on the widespread problem of self-destruction. Why is suicide committed and what kind of people do it? The following is the first of three articles on suicide and the work of the "suicide squad."**

BY DON NEFF

The 17-year-old high school student was found in his home dead of a gunshot wound.

The gun was in his hand and a [illegible] by.

His grief-stricken mother was certain it was an accident. Her son had no reason to kill himself, she said. He was a straight-A student and happy at home.

There was no suicide note.

The coroner's office tentatively listed the death as accidental and then turned it over for further study to a group of psychological sleuths called the "suicide squad"—the same group that is probing the death of Marilyn Monroe.

**Psychiatric Background**

In short order the squad discovered the boy had been [illegible] dominated by his mother and recently had talked of death.

The clincher was that he had been fascinated by guns and was practically an expert in handling them.

With this and more detailed information, the squad convinced even the objections of the mother that the boy had committed suicide and the coroner so listed the death.

The case was only one of more than 100 the squad has investigated since its creation last year by Dr. Theodore Curphey, coroner.

The squad is comprised of members of the Los Angeles Suicide Prevention Center which works to save lives by understanding the nature of self-destruction.

**Questionable Cases**

As part of their research, the psychologists, psychiatrists and social workers of the government supported center delve into the questionable cases each year that may be suicide, accident or murder.

They operate just like detectives questioning friends and trying to find everything about the victim's last weeks of life which might indicate the mental condition. No formal hearings are held.

Dr. Robert E. Litman, psychiatrist-director of the center, said some hangings which appeared to be suicides turned out to be accidents resulting from an erotic ritual performed by deviates while some apparent accidents were actually suicides disguised by relatives.

Three cases which looked like suicide last year began taking on characteristics of murder and were turned over to the police.

He noted there is a temptation to hold [illegible] social [illegible] to make some relatives claim a suicide is an accident—it frequently is an attempt to collect double indemnity insurance.

**Remove Evidence**

"Relatives will destroy notes, remove evidence or lie in some cases to disguise suicide," he said.

Insurance companies generally have only a two-year clause against suicide. Afterward, [illegible] after that is treated as a natural death.

If a double indemnity clause is involved, the insurance company must pay off twice the policy's value for accidental deaths.

Statistics currently show the Pacific states lead the rest of the nation in suicide. [illegible] claimed 17,150 lives in the United States in 1960.

[illegible] 10.6 persons out of every 100,000 killed themselves as against a rate of 13.2 on the Pacific Coast.

San Francisco, Seattle and San Diego annually lead all U.S. cities with a rate varying from [illegible] to [illegible].

Los Angeles averages [illegible]—about 1,000 suicide deaths last year.

**Most Accurate Data**

Because of Coroner Curphey's use of the center as his "suicide squad," Los Angeles probably has the most accurate suicide data of any area in the world.

Statistics that the center has gathered and verified show:

Californians kill themselves mostly by guns. Other favorite means are pills, hanging, fumes from a car and jumping.

Persons between the ages of 15 and [illegible] make most of the suicide attempts, with women outnumbering men three to one.

Suicides are committed mostly by older persons, their average age being [illegible]. Men succeed in taking their own lives three times as often as women.

**Increase in Spring**

Suicides here rise about 5 or 10% in the spring. But the center failed to find any favorite day of the week or hour of the day for the act.

Suicides increase during times of depression and decrease during wars.

All three major religions seem proportionately represented in the number of suicides, as are economic groups and married and single people.

(Wednesday: The Frequency of Suicide.)

Dr. Andre... Sing Out! ... "Lavish, Lively, Colorful" ... TONITE

HOW I WAS SAVED FROM DEAFNESS

[illegible]

august toiletries
SALE
at all seven MAY CO stores

**perfume trays**

A. 11x16 [illegible] oval
B. 11x17" French [illegible]
C. 12x17" oval
D. 12x18" rectangle
Gold tone, white/gold or silvertone Reg. 10.00-11.00 7.99

**dresser sets**

Matching ensemble includes comb, brush and mirror in a superb array of dainty to dramatic designs to enhance your boudoir. Reg. 10.00-14.00 Set 7.99

**decanters**

Decorative imported Italian glass decanters in an assortment of decorative designs and colors. They make a colorful accent in bath or boudoir. Pair, [illegible] 2.49 to 2.49

**save on glycerine and rosewater**

Trilan, original Rosewater and Glycerine formula in a tube. It soothes hands and chapped skin. Not greasy, and it is softly scented. Two tubes, a 1.30 value 99c

**perfumed soap**

Choose delightful rose, violet, lavender, lily of the valley or carnation fragrances. Regular 1.00 box of three cakes, sale priced 79c. Three boxes for just 2.25

**bristle brushes**

Imported natural bristle hair brush with handsome hardwood backs. Wide selection of attractive shapes and styles for both men and women. Regular 1.00 [illegible] 3.39

**brush bargain**

[illegible] Rose, [illegible] bath and nail ensemble, beautifully hand painted. Your choice of several [illegible], [illegible] shades. Regular 3.95, now just 3.39

MMLLC (Shaw) 000577

[illegible]

**duracrest dryer**

Deluxe portable in a slim carrying case . . . gentle air flow circulated through flexible tube. Handy and dries your nails. Fans large [illegible]

**treatment cap**

[illegible] hair and scalp for a beautiful, healthy [illegible] . . . especially good for bleached or dyed hair. [illegible]

**save on endocreme for hand beauty**

This special Endocreme hand beauty and contour treatment is recommended for hands, arms, elbows, legs, brown spots. Regular 4.75 Endocreme hand cream, [illegible] 2.95*

*prices plus 10% federal tax; [illegible] may on, [illegible]—all seven stores