# Exhibit 68

**A March 8, 1962 letter from Cherie Redmond to Hedda Rosten**

# FILED UNDER SEAL