# Exhibit 70

A February 2, 1962 letter from Marilyn Monroe to Bobby Miller

# FILED UNDER SEAL