# Exhibit 71

**A February 2, 1962 letter from Marilyn Monroe to Isidore Miller**

# FILED UNDER SEAL