# Exhibit 72

**A March 26, 1962 letter from Cherie Redmond to the Actors' Studio**

# FILED UNDER SEAL