# Exhibit
# 73

**An April 4, 1962 letter from Cherie Redmond to the Actors' Studio**

# FILED UNDER
# SEAL