# Exhibit 74

**An April 5, 1962 letter from Marilyn Monroe's secretary to the Screen Actors Guild**

# FILED UNDER SEAL