# Exhibit 75

**A May 21, 1962 letter from Marilyn Monroe's secretary to Lillian Klein**

# FILED UNDER SEAL