# Exhibit 76

**A March 12, 1962 letter from Martin Gang to Julius Winokur**

# FILED UNDER SEAL