# Exhibit 77

**A May 11, 1962 letter from Cherie Redmond to Hedda Rosten**

# FILED UNDER SEAL