# Exhibit 78

**A May 14, 1962 memo from Cherie Redmond to Mickey Rudin**

# FILED UNDER SEAL