# Exhibit 79

A June 13, 1962 memo from Cherie Redmond to Milton A. Rudin

# FILED UNDER SEAL