# Exhibit 80

A May 25, 1962 memo from Cherie Redmond to Jack Ostrow

# FILED UNDER SEAL