# EXHIBIT 81

AUG 23 1962

**GANG, TYRE, RUDIN & BROWN**
FORMERLY GANG, KOPP & TYRE
ATTORNEYS AT LAW

MARTIN GANG
NORMAN R. TYRE
HERMIONE K. BROWN
MILTON A. RUDIN
PAYSON WOLFF
STANLEY L. KELLER
FRANK G. WELLS

ROBERT E. KOPP (1912-1953)

6400 SUNSET BUILDING
HOLLYWOOD 28
HOLLYWOOD 3-4863
CABLE: GANKOT

August 21, 1962

Mr. Jack Ostrow
980 North LaCienega
Los Angeles 69, California

Re: MARILYN MONROE

Dear Jack:

Enclosed herewith, please find an original and copy of additional extension of time granted by the New York State Department of Taxation and Finance with respect to the New York State Income Tax return for Marilyn Monroe for the calendar year 1961.

The time for filing the return has been extended to October 15, 1962.

Kindest regards.

Sincerely,

GANG, TYRE, RUDIN & BROWN

By
    Milton A. Rudin.

MAR:hm
enc.
cc: Aaron Frosch
    Abraham Marcus

CONFIDENTIAL CMG v. Greene Archives
Subject to Protective Order

MM-0056960