# Exhibit 83

A letter from Hedda Rosten to Cherie Redmond

# FILED UNDER SEAL