# Exhibit 84

A letter from Cherie Redmond to Hedda Rosten

## FILED UNDER SEAL