# Exhibit 85

A March 7, 1962 letter from Cherie Redmond to Martin Gang

# FILED UNDER SEAL