# Exhibit 86

An April 25, 1962 letter from Julius Winokur to Cherie Redmond

# FILED UNDER SEAL