# Exhibit 87

A December 19, 1961 letter from Marilyn Monroe to Lee Strasberg

# FILED UNDER SEAL