# Exhibit 88

An April 27, 1962 letter from Cherie Redmond to Hedda Rosten

# FILED UNDER SEAL