# Exhibit 91

**Marilyn Monroe's 1962 itinerary**

# FILED UNDER SEAL