# EXHIBIT
# 93

# Duncan Trio in 11th-Hour Fight to Live

## You Can Win Up to $1000 in Social Security Game—See A-18

# HUNT MYSTERY FRIEND IN
# LAST MARILYN PHONE CALL

## 'Ma' on Way to Execution Chamber



**ELIZABETH A. DUNCAN**
In 11th Hour Fight to Escape Execution

Mrs. Elizabeth Ann Duncan, who is scheduled to die in San Quentin's gas chamber tomorrow for the hired murder of her pregnant daughter-in-law, waged an 11th hour fight for her life today.

Also reported that some last-minute legal maneuver will stay the execution are Luis Moya Jr. and Augustine Baldonado, 23 the two men Mrs. Duncan paid to slay Olga Kupszyk Duncan in 1962.

The two men are slated to die just three hours after the 59-year-old "Ma" Duncan breathes her last.

**In SAN QUENTIN**

Mrs. Duncan was transported from Corona Women's Prison here to San Quentin near San Francisco this morning.

The journey began as her lawyer, Frank B. and Atty S Ward Sullivan sought

*(Continued on Page 6, Col. 1)*

## Huge Last Meals for 2 Duncan Killers

SAN QUENTIN Calif, Aug 7 (UPI)—Two killers condemned to die tomorrow in the gas chamber yesterday ordered enormous last meals.

...in Moya and Augustine Baldonado called for a supper of two shrimp salads, four whole tomatoes and avocados toasted garlic bread, two lobsters thermidor, five top sirloin steaks a green fried oysters with tartar sauce, two dozen Louisiana fried frogs legs, two large potatoes, sour cream, two orders of refried beans with cheese...

---

## SPORTS LATEST NEWS

# HERALD EXAMINER
**United Press International – Associated Press – Dow Jones**

VOL. XCII     10 CENTS     TUESDAY, AUGUST 7, 1962     NO. 134

### Senate Hearings
## Brown To Testify on Cal. Dope

Gov Edmund G Brown was scheduled to testify today before a U.S. Senate subcommittee conducting hearings in the wake of declaration that the governments of the United States and Mexico could stop border narcotics traffic "overnight."

### Del Mar RACES Late Scratches

### Seek to Avoid Israel Return
## Britain May Deport Spy Soblen to U.S.

**By RICHARD H. GROWALD**

LONDON, Aug 7 (UPI) — Government sources hinted today that Britain would deport Soviet spy Dr Robert A. Soblen to the United States rather than let the bail-jumping fugitive slip back to Israel.

### L.A. Mercury Heads for 90

### Stars Uninvited
## Simple Rites for Marilyn

Marilyn Monroe, tragic symbol of thwarted glamour, will be buried at 1 p.m. tomorrow with only her few relatives and closest friends in attendance.

Non-demonstrational services for the private star, whose death early Sunday ...



JOE DiMAGGIO LEAVES FUNERAL HOME
Marilyn's Second Husband Aided in Funeral Arrangements. Will Be Among Few Invited to Services



MARILYN MONROE ... Alas Norma Jeane ...

## Final Talk Tied to Overdose Of Pills

## How Industry Helped Stock Market Rally

### Herald-Examiner
## Special Features

Ann Adams Patters ..... A-11
Aviation News ..... D-4
Bridge ..... A-11
Business ..... A-13
Classified ..... C-1
Comics ..... C-9
...

## Daily Double At Del Mar Pays $3505.40

---

## 2 Steaks, 2 Lobsters, Etc.

## Angels, Dodgers Turn Back Opponents

MMLLC (Shaw) 000553