# Exhibit 94

A list of individuals invited to attend Marilyn Monroe's Funeral Service

**FILED UNDER SEAL**