# Exhibit 95

A letter from Marilyn Monroe to Joe DiMaggio together with a January 26, 1988 statement of provenance by Fred Lawrence Guiles

## FILED UNDER SEAL