# Exhibit 97

**An August 8, 1962 Notice regarding Services for Marilyn Monroe's Funeral**

# FILED UNDER SEAL