# EXHIBIT 101

Form 37

Official Form of Account recommended by Commission on Estates

## ACCOUNT OF EXECUTORS AND ADMINISTRATORS

**SURROGATE'S COURT
COUNTY OF NEW YORK**

COPY

ACCOUNTING OF

Anna Strasberg

as Administrator C.T.A.

ESTATE OF

Marilyn Monroe

Deceased.

File No. P2781  1962

SURROGATE'S COURT
NEW YORK COUNTY
00 DEC 11 PM 4:01
ACCOUNTING
FILED Rec'd

TO THE SURROGATE'S COURT OF THE COUNTY OF NEW YORK:

The undersigned does hereby render the account of proceedings as follows:
Period of account from   July 20, 1989

to   October 3, 2000

This is     a final     account.
   an intermediate

The instructions concerning the schedules need not be stated at the head of each schedule. It will be sufficient to set forth only the schedule letter and heading.
For convenience of reference, the schedule letter and page number of the schedule should be shown at the bottom of each sheet of the account.

### Schedule A
### Statement of Principal Received

Instructions. This schedule must contain an itemized statement of all the moneys and other personal property constituting principal for which each accounting party is charged, together with the date of receipt or acquisition of such money or property. If real property has been sold by the fiduciary, this schedule must set forth the proceeds of sale of such property.

### Schedule A-1
### Statement of Increases on Sales, Liquidation or Distribution

Instructions. This schedule must contain a full and complete statement of all realized increases derived from principal assets whether due to sale, liquidation, or distribution or any other reason. It should also show realized increases on new investments or exchanges. In each instance, the date of realization of the increase must be shown and the property from which said increase was derived must be identified.

### Schedule A-2
### Statement of All Income Collected

Instructions. This schedule must contain a full and complete statement of all interest, dividends, rents and other income received, and the date of each receipt. Each receipt must be separately accounted for and identified, except that where a security has been held for an entire year, the interest or ordinary dividends may be reported on a calendar year basis.

### Schedule B
### Statement of Decreases Due to Sales, Liquidation, Collection, Distribution or Uncollectibility

Instructions. This schedule must contain a full and complete statement of all realized decreases on principal assets whether due to sale, liquidation, collection or distribution, or any other reason. It should also show decreases on new investments or exchanges and also sales, liquidations or distributions that result in neither gain nor loss. In each instance, the date of realization of the decrease must be shown and the property from which said decrease was incurred must be identified. It should also report any asset which the fiduciary intends to abandon as worthless, together with a full statement of the reasons for abandoning it.

### Schedule C
### Statement of Funeral and Administration Expenses

Instructions. This schedule must contain an itemized statement of all moneys chargeable and paid for funeral, administration and other necessary expenses, together with the date and the reason for each expenditure. Where the will directs that all inheritance and death taxes are to be paid out of the estate, credit for payment of same should be taken in this schedule.

Official Form of Account recommended by Commission on Estates                                                                Form 3

## ACCOUNT OF EXECUTORS AND ADMINISTRATORS

### SURROGATE'S COURT
### COUNTY OF NEW YORK

ACCOUNTING OF

Anna Strasberg

as Administrator C.T.A.

ESTATE OF

Marilyn Monroe
                                            Deceased.

File No. P2781         19 62

TO THE SURROGATE'S COURT OF THE COUNTY OF NEW YORK:

The undersigned does hereby render the account of proceedings as follows:
Period of account from   July 20, 1989

to   October 3, 2000

This is        a final        account.
          ~~an intermediate~~

The instructions concerning the schedules need not be stated at the head of each schedule. It will be sufficient to set forth only the schedule letter and heading.
For convenience of reference, the schedule letter and page number of the schedule should be shown at the bottom of each sheet of the account.

### Schedule A
### Statement of Principal Received

Instructions. This schedule must contain an itemized statement of all the moneys and other personal property constituting principal for which each accounting party is charged, together with the date of receipt or acquisition of such money or property. If real property has been sold by the fiduciary, this schedule must set forth the proceeds of sale of such property.

### Schedule A-1
### Statement of Increases on Sales, Liquidation or Distribution

Instructions. This schedule must contain a full and complete statement of all realized increases derived from principal assets whether due to sale, liquidation, or distribution or any other reason. It should also show realized increases on new investments or exchanges. In each instance, the date of realization of the increase must be shown and the property from which said increase was derived must be identified.

### Schedule A-2
### Statement of All Income Collected

Instructions. This schedule must contain a full and complete statement of all interest, dividends, rents and other income received, and the date of each receipt. Each receipt must be separately accounted for and identified, except that where a security has been held for an entire year, the interest or ordinary dividends may be reported on a calendar year basis.

### Schedule B
### Statement of Decreases Due to Sales, Liquidation, Collection,
### Distribution or Uncollectibility

Instructions. This schedule must contain a full and complete statement of all realized decreases on principal assets whether due to sale, liquidation, collection or distribution, or any other reason. It should also show decreases on new investments or exchanges and also sales, liquidations or distributions that result in neither gain nor loss. In each instance, the date of realization of the decrease must be shown and the property from which said decrease was incurred must be identified. It should also report any asset which the fiduciary intends to abandon as worthless, together with a full statement of the reasons for abandoning it.

### Schedule C
### Statement of Funeral and Administration Expenses

Instructions. This schedule must contain an itemized statement of all moneys chargeable and paid for funeral, administration and other necessary expenses, together with the date and the reason for each expenditure. Where the will directs that all inheritance and death taxes are to be paid out of the estate, credit for payment of same should be taken in this schedule.

Form 37 page 2

### Schedule C-1
### Statement of Unpaid Administration Expenses

Instructions. This schedule must contain an itemized statement of all unpaid claims for administration and other necessary expenses, together with a statement of the basis for each such claim.

### Schedule D
### Statement of All Creditors' Claims

Instructions. This schedule must contain an itemized statement of all creditors' claims sub-divided to show:

1. Claims presented, allowed, paid and credited and appearing in the Summary Statement, together with the date of payment.
2. Claims presented and allowed but not paid.
3. Claims presented but rejected, the date of and the reason for such rejection.
4. Contingent and possible claims.
5. Personal claims requiring approval by the court, pursuant to S C P A 1805.

In the event of insolvency, preference allowed various claims should be stated and the order of their priority.

### Schedule E
### Statement of Distributions Made

Instructions. This schedule must contain an itemized statement of all moneys paid and all property delivered to the legatees, trustees, surviving spouse or distributees of the deceased, the date of payment or delivery thereof, and the name of the person to whom payment or delivery was actually made. Where estate taxes are required to be apportioned and payments have been made on account of said taxes, the amounts apportioned in Schedule H against beneficiaries of the testamentary estate shall be charged in this schedule against the respective individual's share.

### Schedule F
### Statement of All Personal Property Remaining on Hand

Instructions. This schedule must contain an itemized statement showing all personal property remaining on hand, including a statement of all uncollected receivables and property rights due to the estate. The schedule must further show the date and cost of all such property that was acquired by purchase, exchange or transfers made or received, together with the date of acquisition and the cost thereof.

### Schedule G
### Statement of Interested Parties

Instructions. This schedule must contain the names of all persons entitled as legatee, devisee, trustee, surviving spouse, distributee or otherwise to a share of the estate or fund, with their post-office addresses and the degree of relationship, if any, of each of the deceased, a statement showing the nature of and the VALUE or approximate VALUE of the interest of each such person.

Also a statement that the records of this court have been searched for powers of attorney and assignments and encumbrances made and executed by any of the persons interested in or entitled to a share of the estate and a list detailing each power of attorney, assignment and encumbrance, disclosed by such search, with the date of its recording and the name and address of each attorney in fact and of each assignee and of each person beneficially interested under the encumbrance referred to in the respective instruments, and also whether the accounting party has any knowledge of the execution of any such power of attorney or assignment not so filed and recorded.

### Schedule H
### Statement of Estate Taxes Paid and Allocation thereof

Instructions. This schedule must contain a statement showing all estate taxes assessed and paid in respect of any property required to be included in the gross estate of the decedent under the provisions of the Tax Law or under the laws of the United States. Final New York Estate Tax receipt or an order of exemption from tax must be presented with the decree settling the final account unless the accounting party proceeds under S C P A 1804(3). This schedule must also contain a computation setting forth the proposed allocation of taxes paid and to be paid and the amounts due the estate from each person in whose behalf a tax payment has been made and also the proportionate amount of the tax paid by each of the named persons interested in this estate or charged against their respective interest, as provided in E P T L 2-1.8.

Where an allocation of taxes is required, the method of computing the allocation of said taxes must be shown in this schedule.

### Schedule I
### Statement of Computation of Commissions

Instructions. This schedule must contain a computation of the amount of commissions due upon this accounting.

### Schedule J
### Statement of Other Pertinent Facts and of Cash Reconciliation

Instructions. This schedule must contain a statement of all other pertinent facts affecting the administration of the estate and the rights of those interested therein. It must also contain a statement of any real property left by the decedent which it is not necessary to include as an estate asset to be accounted for, a brief description thereof, the gross value and the amount of mortgages or liens thereon at the date of death of the deceased. A cash reconciliation must also be set forth in this schedule so that verification with bank statements and cash on hand may be readily made.

THE FOLLOWING IS A SUMMARY STATEMENT OF THIS ACCOUNT:

**CHARGES:**

Amount shown by Schedule "A"
(Principal received) ............................................................. $ 34,373.66

Amount shown by Schedule "A-1"
(Realized Increases on principal) ....................................... $ 0

Amount shown by Schedule "A-2"
(Income Collected) ............................................................. $ 15,956,520.01

Total charges .................................................................................................. $ 15,990,893.67

**CREDITS:**

Amount shown by Schedule "B"
(Realized decreases on principal) ....................................... $ 0

Amount shown by Schedule "C"
(Funeral and administration expenses) ............................... $ 636,180.06

Amount shown by Schedule "D"
(Creditors' claims actually paid) .......................................... $ 0

Amount shown by Schedule "E"
(Distributions to legatees, distributees, etc.) ...................... $ 15,353,243.17

Total credits ................................................................................................... $ 15,989,423.23

Balance on hand shown by Schedule "F" ..................................................... $ 1,470.44

The foregoing balance of $ 1,470.44 consists of $ 1,470.44 in cash and $ 0 in other property on hand as of the 3rd day of October 2000. It is subject to deduction of estimated principal commissions amounting to $ 0 shown in Schedule I and to the proper charge to principal of expenses of this accounting.

The attached schedules are part of this account.

_____

_____
Executor Administrator

Gross Estate or Fund $ ____1,470.44____

File No. _____P2781_____ 1962

Surrogate's Court
County of New York

In the Matter of the Judicial Settlement
of the
Account of Proceedings
of

Anna Strasberg

as

Administrator C.T.A.

of

Estate of Marilyn Monroe
Deceased

Filed,

**ACCOUNT OF EXECUTORS**

Gibson, Dunn & Crutcher LLP
Randy M. Mastro, Esq.
Attorney for Petitioner
200 Park Avenue
New York City
212-351-4000

## AFFIDAVIT OF ACCOUNTING PARTY

STATE OF NEW YORK } ss.:
COUNTY OF

being duly sworn, says: that the foregoing account contains according to the best of my/our knowledge an belief a true statement of all my/our receipts and disbursements on account of the estate and of all moneys o other property belonging to the estate which have come into my/our hands or been received by any othe person by my/our order or authority for my/our use and that I/we do not know of any error or omission i the account to the prejudice of any creditor of, or person interested in, the estate.

Sworn to before me this _____18_____
day of _____October_____, 2000

_Patricia Rosado_ (signature)

PATRICIA ROSADO
Notary Public, State of New York
No. 01RO5014712
Qualified in New York County
Commission Expires July 6, 2001

_Anna Strasberg_ (signature)
Anna Strasberg

ESTATE OF MARILYN MONROE
CASE NO. P2781
SCHEDULE A
STATEMENT OF PRINCIPAL RECEIVED

| Item | Description | Carry Value | Market Value |
|---|---|---|---|
| 1 | Cash Received from Prior Executor | | |
| | Cash on Hand per prior executor's accounting ending 4/29/89 | 33,904.18 | 33,904.18 |
| | Accrued Interest | 469.48 | 469.48 |
| 2 | Miscellaneous Royalty Interests (Intellectual Property Rights) | 0.00 | Undetermined |
| | TOTAL | 34,373.66 | 34,373.66 |

SCHEDULE A

ESTATE OF MARILYN MONROE
CASE NO. P2781
SCHEDULE A-1
STATEMENT OF INCREASES ON SALES, LIQUIDATION OR DISTRIBUTION

NONE

SCHEDULE A-1

ESTATE OF MARILYN MON...

Schedule A-2

CASH RECEIPTS

| DATE | NAME | AMOUNT | DESCRIPTION |
|---|---|---|---|
| Jul-89 | | | |
| 07/31/89 | BANK | 223.41 | INTEREST |
| 08/31/89 | BANK | 237.86 | INTEREST |
| 09/29/89 | BANK | 224.08 | INTEREST |
| 10/31/89 | BANK | 224.52 | INTEREST |
| 11/30/89 | BANK | 224.63 | INTEREST |
| 12/29/89 | BANK | 212.20 | INTEREST |
| | Total 1989 | 1,346.70 | |
| 01/19/90 | MGM/UA | 20,942.26 | FILM PARTICIPATION "MISFITS" |
| 01/19/90 | MGM/UA | 48,688.03 | FILM PARTICIPATION "SOME LIKE IT HOT" |
| 01/24/90 | ROGER RICHMAN AGENCY | 8,214.00 | LEGAL FEE REIMBURSEMENT |
| 01/24/90 | ROGER RICHMAN AGENCY | 93,888.05 | 4TH QUARTER 1989 ROYALTIES |
| 01/30/90 | ROGER RICHMAN AGENCY | 29,705.53 | ADDITIONAL ROYALTIES (AUDIT OF ROYALTY STATEMENTS) |
| 01/31/90 | BANK | 252.01 | INTEREST |
| 02/02/90 | ROGER RICHMAN AGENCY | 9,298.97 | ADDITIONAL ROYALTIES (AUDIT OF ROYALTY STATEMENTS) |
| 02/28/90 | BANK | 448.94 | INTEREST |
| 03/22/90 | ROGER RICHMAN AGENCY | 3,959.11 | ADDITIONAL ROYALTIES (AUDIT OF ROYALTY STATEMENTS) |
| 03/31/90 | BANK | 34.31 | INTEREST |
| 04/16/90 | MGM/UA | 56,418.29 | FILM PARTICIPATION "SOME LIKE IT HOT" |
| 04/20/90 | ROGER RICHMAN AGENCY | 112,203.41 | 1ST QUARTER 1990 ROYALTIES |
| 04/20/90 | ROGER RICHMAN AGENCY | 6,000.00 | LEGAL FEE REIMBURSEMENT |
| 04/30/90 | BANK | 300.03 | INTEREST |
| 05/31/90 | BANK | 86.45 | INTEREST |
| 06/04/90 | THE BRADFORD EXCHANGE | 33,150.00 | MERCHANDISE LICENSE ROYALTY |
| 06/15/90 | FRANKLIN MINT | 76,500.00 | MERCHANDISE LICENSE ROYALTY |
| 06/30/90 | BANK | 418.95 | INTEREST |
| 07/18/90 | ROGER RICHMAN AGENCY | 107,551.00 | 2ND QUARTER 1990 ROYALTIES |
| 07/24/90 | ROGER RICHMAN AGENCY | 6,000.00 | LEGAL FEE REIMBURSEMENT |
| 07/31/90 | BANK | 1,084.80 | INTEREST |
| 08/31/90 | BANK | 797.19 | INTEREST |
| 09/30/90 | BANK | 719.62 | INTEREST |
| 10/05/90 | ROGER RICHMAN AGENCY | 97,571.60 | 3RD QUARTER 1990 ROYALTIES |
| 10/26/90 | THE BRADFORD EXCHANGE | 8,825.37 | MERCHANDISE LICENSE ROYALTY |
| 10/31/90 | ROGER RICHMAN AGENCY | 6,000.00 | LEGAL FEE REIMBURSEMENT |
| 10/31/90 | BANK | 972.85 | INTEREST |
| 11/30/90 | BANK | 856.85 | INTEREST |
| 12/07/90 | FOX ENTERTAINMENT | 50,000.00 | FILM USE OF "SOMETHING'S GOT TO GIVE |
| 12/17/90 | BMG MUSIC | 10,122.10 | 1990 ROYALTIES |
| 12/31/90 | BANK | 932.84 | INTEREST |
| | Total 1990 | 787,938.66 | |

Schedule A-2

ESTATE OF MARILYN MO[NROE]

**CASH RECEIPTS**

| DATE | NAME | AMOUNT | DESCRIPTION |
|---|---|---|---|
| 01/15/91 | ROGER RICHMAN AGENCY | 110,683.45 | ROYALTIES |
| 01/15/91 | ROGER RICHMAN AGENCY | 6,000.00 | LEGAL FEE REIMBURSEMENT |
| 01/22/91 | THE BRADFORD EXCHANGE | 64,954.13 | MERCHANDISE LICENSE ROYALTY |
| 02/08/91 | BANK | 435.51 | INTEREST |
| 02/19/91 | ROGER RICHMAN AGENCY | 2,100.01 | ROYALTIES |
| 02/20/91 | MGM/UA | 79,686.67 | FILM PARTICIPATION ROYALTIES |
| 03/08/91 | BANK | 279.05 | INTEREST |
| 04/08/91 | BANK | 71.53 | INTEREST |
| 04/08/91 | ROGER RICHMAN AGENCY | 156,479.19 | ROYALTIES |
| 04/08/91 | ROGER RICHMAN AGENCY | 6,000.00 | LEGAL FEE REIMBURSEMENT |
| 04/25/91 | THE BRADFORD EXCHANGE | 20,529.48 | MERCHANDISE LICENSE ROYALTY |
| 05/08/91 | BANK | 263.77 | INTEREST |
| 05/17/91 | BMG MUSIC | 1,161.37 | ROYALTIES |
| 05/31/91 | BANK | 60.98 | INTEREST |
| 06/28/91 | BANK | 18.72 | INTEREST |
| 07/16/91 | ROGER RICHMAN AGENCY | 192,023.04 | ROYALTIES |
| 07/16/91 | ROGER RICHMAN AGENCY | 6,000.00 | LEGAL FEE REIMBURSEMENT |
| 07/19/91 | THE BRADFORD EXCHANGE | 8,971.57 | MERCHANDISE LICENSE ROYALTY |
| 07/31/91 | BANK | 120.18 | INTEREST |
| 08/30/91 | BANK | 185.54 | INTEREST |
| 09/30/91 | BANK | 13.99 | INTEREST |
| 10/08/91 | ROGER RICHMAN AGENCY | 131,378.68 | ROYALTIES |
| 10/08/91 | ROGER RICHMAN AGENCY | 6,000.00 | LEGAL FEE REIMBURSEMENT |
| 10/08/91 | ROGER RICHMAN AGENCY | 856.83 | ROYALTIES |
| 10/31/91 | BANK | 153.51 | INTEREST |
| 11/05/91 | THE BRADFORD EXCHANGE | 7,990.37 | MERCHANDISE LICENSE ROYALTY |
| 11/14/91 | BMG MUSIC | 331.83 | ROYALTIES |
| 11/29/91 | BANK | 65.21 | INTEREST |
| 12/13/91 | BANK | 22.56 | INTEREST |
| | Total 1991 | 802,836.87 | |
| 01/10/92 | MGM | 60,718.56 | FILM PARTICIPATION ROYALTIES |
| 01/21/92 | ROGER RICHMAN AGENCY | 118,218.08 | ROYALTIES |
| 01/31/92 | BANK | 19.88 | INTEREST |
| 01/31/92 | BANK | 124.81 | INTEREST |
| 02/04/92 | THE BRADFORD EXCHANGE | 35,792.56 | MERCHANDISE LICENSE ROYALTY |
| 02/18/92 | ROGER RICHMAN AGENCY | 35,294.89 | ROYALTIES |
| 02/28/92 | BANK | 79.90 | INTEREST |
| 02/28/92 | BANK | 70.19 | INTEREST |
| 03/31/92 | BANK | 83.42 | INTEREST |
| 03/31/92 | BANK | 0.83 | INTEREST |
| 04/07/92 | ROGER RICHMAN AGENCY | 150,000.00 | ROYALTIES |
| 04/16/92 | ROGER RICHMAN AGENCY | 171,623.97 | ROYALTIES |
| 04/30/92 | BANK | 83.48 | INTEREST |
| 04/30/92 | BANK | 194.40 | INTEREST |
| 05/04/92 | FRANKLIN MINT | 6,441.32 | MERCHANDISE LICENSE ROYALTY |
| 05/04/92 | THE BRADFORD EXCHANGE | 55,140.91 | MERCHANDISE LICENSE ROYALTY |
| 05/12/92 | BMG MUSIC | 1,668.15 | ROYALTIES |
| 05/29/92 | BANK | 165.32 | INTEREST |

ESTATE OF MARILYN MO[N]R[OE]

**CASH RECEIPTS**

| DATE | NAME | AMOUNT | DESCRIPTION |
|---|---|---|---|
| 05/29/92 | BANK | 13.14 | INTEREST |
| 06/30/92 | BANK | 28.55 | INTEREST |
| 06/30/92 | BANK | 2.43 | INTEREST |
| 07/15/92 | ROGER RICHMAN AGENCY | 127,300.85 | ROYALTIES |
| 07/31/92 | BANK | 52.83 | INTEREST |
| 07/31/92 | BANK | 52.70 | INTEREST |
| 08/04/92 | THE BRADFORD EXCHANGE | 24,887.28 | MERCHANDISE LICENSE ROYALTY |
| 08/07/92 | FRANKLIN MINT | 7,094.55 | MERCHANDISE LICENSE ROYALTY |
| 08/27/92 | FOX VIDEO | 10,000.00 | FILM PARTICIPATION ROYALTIES |
| 08/31/92 | BANK | 50.70 | INTEREST |
| 08/31/92 | BANK | 32.29 | INTEREST |
| 09/30/92 | BANK | 13.98 | INTEREST |
| 09/30/92 | BANK | 1.72 | INTEREST |
| 10/14/92 | ROGER RICHMAN AGENCY | 120,986.97 | ROYALTIES |
| 10/30/92 | BANK | 3.00 | INTEREST |
| 10/30/92 | BANK | 129.88 | INTEREST |
| 11/02/92 | THE BRADFORD EXCHANGE | 36,692.05 | MERCHANDISE LICENSE ROYALTY |
| 11/03/92 | FRANKLIN MINT | 16,671.38 | MERCHANDISE LICENSE ROYALTY |
| 11/16/92 | BMG MUSIC | 3,104.33 | ROYALTIES |
| 11/30/92 | BANK | 150.66 | INTEREST |
| 11/30/92 | BANK | 46.47 | INTEREST |
| 12/04/92 | ROGER RICHMAN AGENCY | 42,250.00 | ROYALTIES |
| 12/31/92 | BANK | 149.75 | INTEREST |
| 12/31/92 | BANK | 8.48 | INTEREST |
| | Total 1992 | 1,025,800.44 | |
| 01/08/93 | MGM | 91,082.40 | FILM PARTICIPATION ROYALTIES |
| 01/18/93 | ROGER RICHMAN AGENCY | 182,654.94 | ROYALTIES |
| 01/29/93 | BANK | 185.16 | INTEREST |
| 01/29/93 | BANK | 70.04 | INTEREST |
| 02/01/92 | FRANKLIN MINT | 17,088.54 | MERCHANDISE LICENSE ROYALTY |
| 02/02/93 | THE BRADFORD EXCHANGE | 29,317.15 | MERCHANDISE LICENSE ROYALTY |
| 02/10/93 | FOX VIDEO | 11,049.00 | FILM PARTICIPATION ROYALTIES |
| 02/26/93 | BANK | 156.75 | INTEREST |
| 02/26/93 | BANK | 6.14 | INTEREST |
| 03/31/93 | BANK | 65.24 | INTEREST |
| 03/31/93 | BANK | 1.07 | INTEREST |
| 04/16/93 | ROGER RICHMAN AGENCY | 104,107.50 | ROYALTIES |
| 04/27/93 | THE BRADFORD EXCHANGE | 29,734.69 | MERCHANDISE LICENSE ROYALTY |
| 04/30/93 | BANK | 17.49 | INTEREST |
| 04/30/93 | BANK | 74.11 | INTEREST |
| 05/06/93 | FRANKLIN MINT | 8,859.07 | MERCHANDISE LICENSE ROYALTY |
| 05/24/93 | FOX VIDEO | 19,325.00 | FILM PARTICIPATION ROYALTIES |
| 05/28/93 | BANK | 35.67 | INTEREST |
| 05/28/93 | BANK | 46.49 | INTEREST |
| 06/02/93 | BMG MUSIC | 7,316.43 | ROYALTIES |
| 06/30/93 | BANK | 14.76 | INTEREST |
| 06/30/93 | BANK | 2.76 | INTEREST |
| 07/15/93 | ROGER RICHMAN AGENCY | 342,319.23 | ROYALTIES |

ESTATE OF MARILYN MO[NROE]

CASH RECEIPTS

| DATE | NAME | AMOUNT | DESCRIPTION |
|---|---|---|---|
| 07/30/93 | BANK | 142.04 | INTEREST |
| 07/30/93 | BANK | 112.49 | INTEREST |
| 08/03/93 | THE BRADFORD EXCHANGE | 7,701.58 | MERCHANDISE LICENSE ROYALTY |
| 08/04/93 | FRANKLIN MINT | 8,444.39 | MERCHANDISE LICENSE ROYALTY |
| 08/17/93 | FOX VIDEO | 4,609.00 | FILM PARTICIPATION ROYALTIES |
| 08/31/93 | BANK | 463.75 | INTEREST |
| 08/31/93 | BANK | 6.81 | INTEREST |
| 09/28/93 | ROGER RICHMAN AGENCY | 2,500.00 | AUDIT FEES |
| 09/30/93 | BANK | 273.91 | INTEREST |
| 09/30/93 | BANK | 1.36 | INTEREST |
| 10/22/93 | ROGER RICHMAN AGENCY | 169,398.84 | ROYALTIES |
| 10/29/93 | BANK | 142.72 | INTEREST |
| 10/29/93 | BANK | 55.51 | INTEREST |
| 11/02/93 | THE BRADFORD EXCHANGE | 2,089.33 | MERCHANDISE LICENSE ROYALTY |
| 11/03/93 | FRANKLIN MINT | 18,385.74 | MERCHANDISE LICENSE ROYALTY |
| 11/30/93 | BANK | 281.62 | INTEREST |
| 11/30/93 | BANK | 77.38 | INTEREST |
| 12/31/93 | BANK | 235.33 | INTEREST |
| 12/31/93 | BANK | 1.26 | INTEREST |
| | Total 1993 | 1,059,522.51 | |
| 01/11/94 | MGM | 74,806.90 | FILM PARTICIPATION ROYALTIES |
| 01/18/94 | MGM | 82,839.60 | FILM PARTICIPATION ROYALTIES |
| 01/25/94 | ROGER RICHMAN AGENCY | 158,810.73 | ROYALTIES |
| 01/27/94 | BMG MUSIC | 1,503.59 | ROYALTIES |
| 01/31/94 | BANK | 175.60 | INTEREST |
| 01/31/94 | BANK | 51.40 | INTEREST |
| 02/01/94 | FRANKLIN MINT | 13,712.15 | MERCHANDISE LICENSE ROYALTY |
| 02/04/94 | THE BRADFORD EXCHANGE | 5,678.04 | MERCHANDISE LICENSE ROYALTY |
| 02/28/94 | BANK | 12.96 | INTEREST |
| 02/28/94 | BANK | 220.57 | INTEREST |
| 03/31/94 | BANK | 1.40 | INTEREST |
| 03/31/94 | BANK | 42.46 | INTEREST |
| 04/18/94 | ROGER RICHMAN AGENCY | 200,667.57 | ROYALTIES |
| 04/30/94 | BANK | 63.36 | INTEREST |
| 04/30/94 | BANK | 25.23 | INTEREST |
| 05/06/94 | THE BRADFORD EXCHANGE | 2,552.67 | MERCHANDISE LICENSE ROYALTY |
| 05/10/94 | TWENTIETH CENTURY FOX | 45,051.00 | FILM PARTICIPATION ROYALTIES |
| 05/12/94 | BMG MUSIC | 786.34 | ROYALTIES |
| 05/16/94 | FRANKLIN MINT | 6,216.19 | MERCHANDISE LICENSE ROYALTY |
| 05/31/94 | BANK | 14.33 | INTEREST |
| 05/31/94 | BANK | 27.82 | INTEREST |
| 06/30/94 | BANK | 1.36 | INTEREST |
| 06/30/94 | BANK | 5.18 | INTEREST |
| 07/19/94 | ROGER RICHMAN AGENCY | 254,361.24 | ROYALTIES |
| 07/31/94 | BANK | 84.60 | INTEREST |
| 07/31/94 | BANK | 14.17 | INTEREST |
| 08/01/94 | THE BRADFORD EXCHANGE | 816.21 | MERCHANDISE LICENSE ROYALTY |
| 08/05/94 | FRANKLIN MINT | 6,183.60 | MERCHANDISE LICENSE ROYALTY |

ESTATE OF MARILYN MO[NROE]

## CASH RECEIPTS

| DATE | NAME | AMOUNT | DESCRIPTION |
|---|---|---|---|
| 08/31/94 | BANK | 2.00 | INTEREST |
| 08/31/94 | BANK | 26.23 | INTEREST |
| 09/30/94 | BANK | 1.60 | INTEREST |
| 09/30/94 | BANK | 1.10 | INTEREST |
| 10/19/94 | ROGER RICHMAN AGENCY | 455,253.11 | ROYALTIES |
| 10/31/94 | BANK | 184.47 | INTEREST |
| 10/31/94 | BANK | 24.66 | INTEREST |
| 11/02/94 | BMG MUSIC | 719.06 | ROYALTIES |
| 11/04/94 | THE BRADFORD EXCHANGE | 19,046.16 | MERCHANDISE LICENSE ROYALTY |
| 11/18/94 | FRANKLIN MINT | 6,809.67 | MERCHANDISE LICENSE ROYALTY |
| 11/28/94 | ROGER RICHMAN AGENCY | 664.67 | ROYALTIES |
| 11/30/94 | BANK | 20.65 | INTEREST |
| 11/30/94 | BANK | 63.76 | INTEREST |
| 12/06/94 | FOX VIDEO | 1,025.00 | ROYALTIES |
| 12/14/94 | TWENTIETH CENTURY FOX | 15,395.00 | FILM PARTICIPATION ROYALTIES |
| 12/30/94 | BANK | 2.00 | INTEREST |
| 12/30/94 | BANK | 8.92 | INTEREST |
| | Total 1994 | 1,353,871.84 | |
| 01/13/95 | MGM | 64,377.02 | FILM PARTICIPATION ROYALTIES |
| 01/13/95 | ROGER RICHMAN AGENCY | 228,872.03 | ROYALTIES |
| 01/31/95 | BANK | 44.21 | INTEREST |
| 01/31/95 | BANK | 46.61 | INTEREST |
| 02/03/95 | THE BRADFORD EXCHANGE | 12,242.81 | MERCHANDISE LICENSE ROYALTY |
| 02/27/95 | FRANKLIN MINT | 14,466.11 | MERCHANDISE LICENSE ROYALTY |
| 02/28/95 | BANK | 2.20 | INTEREST |
| 02/28/95 | BANK | 43.91 | INTEREST |
| 03/06/95 | ROGER RICHMAN AGENCY | 130,000.00 | ROYALTIES |
| 03/31/95 | BANK | 14.09 | INTEREST |
| 03/31/95 | BANK | 25.14 | INTEREST |
| 04/14/95 | ROGER RICHMAN AGENCY | 100,267.84 | ROYALTIES |
| 04/28/95 | BANK | 2.09 | INTEREST |
| 04/28/95 | BANK | 18.88 | INTEREST |
| 05/08/95 | FRANKLIN MINT | 9,601.70 | MERCHANDISE LICENSE ROYALTY |
| 05/08/95 | THE BRADFORD EXCHANGE | 5,552.82 | MERCHANDISE LICENSE ROYALTY |
| 05/08/95 | BMG MUSIC | 594.28 | ROYALTIES |
| 05/08/95 | FOX VIDEO | 1,068.00 | ROYALTIES |
| 05/26/95 | ROGER RICHMAN AGENCY | 50,000.00 | ROYALTIES |
| 05/31/95 | BANK | 5.06 | INTEREST |
| 05/31/95 | BANK | 9.04 | INTEREST |
| 06/30/95 | BANK | 2.11 | INTEREST |
| 06/30/95 | BANK | 5.05 | INTEREST |
| 07/31/95 | BANK | 2.01 | INTEREST |
| 07/31/95 | BANK | 0.89 | INTEREST |
| 08/03/95 | THE BRADFORD EXCHANGE | 5,528.02 | MERCHANDISE LICENSE ROYALTY |
| 08/04/95 | ROGER RICHMAN AGENCY | 52,688.42 | ROYALTIES |
| 08/11/95 | FRANKLIN MINT | 10,787.37 | MERCHANDISE LICENSE ROYALTY |
| 08/22/95 | ROGER RICHMAN AGENCY | 208,764.34 | ROYALTIES |
| 08/31/95 | BANK | 1.06 | INTEREST |
| 08/31/95 | BANK | 44.24 | INTEREST |
| 09/29/95 | BANK | 1.53 | INTEREST |

ESTATE OF MARILYN MO[NROE]

**CASH RECEIPTS**

| DATE | NAME | AMOUNT | DESCRIPTION |
|---|---|---|---|
| 09/29/95 | BANK | 24.25 | INTEREST |
| 10/19/95 | ROGER RICHMAN AGENCY | 159,531.75 | ROYALTIES |
| 10/31/95 | BANK | 55.34 | INTEREST |
| 10/31/95 | BANK | 13.85 | INTEREST |
| 11/02/95 | FRANKLIN MINT | 10,064.54 | MERCHANDISE LICENSE ROYALTY |
| 11/08/95 | BMG MUSIC | 342.46 | ROYALTIES |
| 11/08/95 | THE BRADFORD EXCHANGE | 9,180.88 | MERCHANDISE LICENSE ROYALTY |
| 11/30/95 | BANK | 12.11 | INTEREST |
| 11/30/95 | BANK | 16.26 | INTEREST |
| 12/01/95 | CMG WORLDWIDE | 55,198.00 | ROYALTIES |
| 12/12/95 | TWENTIETH CENTURY FOX | 712.00 | FILM PARTICIPATION ROYALTIES |
| 12/18/95 | WARNACO | 250,000.00 | ROYALTIES |
|  | Total 1995 | 1,376,280.54 |  |
| 01/11/96 | CMG WORLDWIDE | 25,050.00 | ROYALTIES |
| 01/16/96 | CMG WORLDWIDE | 4,000.00 | ROYALTIES |
| 01/17/96 | MGM | 44,961.19 | FILM PARTICIPATION ROYALTIES |
| 01/22/96 | ROGER RICHMAN AGENCY | 50,719.32 | ROYALTIES |
| 02/07/96 | CMG WORLDWIDE | 138,457.48 | ROYALTIES |
| 02/09/96 | THE BRADFORD EXCHANGE | 17,847.66 | MERCHANDISE LICENSE ROYALTY |
| 03/07/96 | CMG WORLDWIDE | 52,491.11 | ROYALTIES |
| 03/15/96 | DT & S ENTERPRISES | 10,000.00 | ROYALTIES |
| 03/15/96 | THE BRADFORD EXCHANGE | 15,000.00 | MERCHANDISE LICENSE ROYALTY |
| 03/22/96 | FRANKLIN MINT | 16,594.10 | MERCHANDISE LICENSE ROYALTY |
| 03/26/96 | TWENTIETH CENTURY FOX | 59.00 | FILM PARTICIPATION ROYALTIES |
| 04/09/96 | CMG WORLDWIDE | 64,834.20 | ROYALTIES |
| 04/23/96 | ROGER RICHMAN AGENCY | 115,548.25 | ROYALTIES |
| 05/03/96 | BMG MUSIC | 2,050.29 | ROYALTIES |
| 05/06/96 | THE BRADFORD EXCHANGE | 7,971.79 | MERCHANDISE LICENSE ROYALTY |
| 05/09/96 | FRANKLIN MINT | 7,532.67 | MERCHANDISE LICENSE ROYALTY |
| 05/17/96 | CMG WORLDWIDE | 37,154.91 | ROYALTIES |
| 06/25/96 | CMG WORLDWIDE | 35,487.50 | ROYALTIES |
| 07/22/96 | CMG WORLDWIDE | 51,425.24 | ROYALTIES |
| 07/22/96 | SPE CORP RESIDUALS | 522.00 | ROYALTIES |
| 08/02/96 | FRANKLIN MINT | 7,971.99 | MERCHANDISE LICENSE ROYALTY |
| 08/02/96 | STAMP CREATIONS | 2,500.00 | ROYALTIES |
| 08/02/96 | THE BRADFORD EXCHANGE | 4,030.52 | MERCHANDISE LICENSE ROYALTY |
| 09/04/96 | CMG WORLDWIDE | 87,020.65 | ROYALTIES |
| 09/17/96 | ROGER RICHMAN AGENCY | 83,367.10 | ROYALTIES |
| 09/18/96 | CMG WORLDWIDE | 50,246.57 | ROYALTIES |
| 09/18/96 | ROGER RICHMAN AGENCY | 7,519.30 | ROYALTIES |
| 10/07/96 | TWENTIETH CENTURY FOX | 2,022.00 | FILM PARTICIPATION ROYALTIES |
| 10/30/96 | BMG MUSIC | 460.50 | ROYALTIES |
| 11/05/96 | THE BRADFORD EXCHANGE | 6,617.88 | MERCHANDISE LICENSE ROYALTY |
| 11/07/96 | FRANKLIN MINT | 24,156.36 | MERCHANDISE LICENSE ROYALTY |
| 11/12/96 | CMG WORLDWIDE | 23,614.43 | ROYALTIES |
| 11/13/96 | SPE CORP RESIDUALS | 78.30 | ROYALTIES |
| 11/20/96 | DSI TOYS | 182,800.00 | ROYALTIES |
| 11/27/96 | TWENTIETH CENTURY FOX | 329.00 | FILM PARTICIPATION ROYALTIES |
| 12/10/96 | CMG WORLDWIDE | 51,739.02 | ROYALTIES |
| 12/12/96 | CMG WORLDWIDE | 50,722.47 | ROYALTIES |

ESTATE OF MARILYN MO[NROE]

**CASH RECEIPTS**

| DATE | NAME | AMOUNT | DESCRIPTION |
|---|---|---|---|
| 12/18/96 | ROGER RICHMAN AGENCY | 15,797.89 | ROYALTIES |
| | Total 1996 | 1,296,651.69 | |
| 01/03/97 | NORTH AMERICAN BEAR | 311.40 | ROYALTIES |
| 01/03/97 | WARNACO | 62,500.00 | ROYALTIES |
| 01/16/97 | MGM | 37,379.83 | FILM PARTICIPATION ROYALTIES |
| 01/29/97 | CMG WORLDWIDE | 14,023.46 | ROYALTIES |
| 02/11/97 | CMG WORLDWIDE | 233,013.01 | ROYALTIES |
| 02/11/97 | MGM | 19,085.18 | FILM PARTICIPATION ROYALTIES |
| 02/12/97 | WARNACO | 16,571.00 | ROYALTIES |
| 02/20/97 | TWENTIETH CENTURY FOX | 469.00 | FILM PARTICIPATION ROYALTIES |
| 02/20/97 | SPE CORP | 52.20 | ROYALTIES |
| 03/06/97 | CMG WORLDWIDE | 75,811.39 | ROYALTIES |
| 04/03/97 | WARNACO | 62,500.00 | ROYALTIES |
| 04/09/97 | CMG WORLDWIDE | 80,335.68 | ROYALTIES |
| 04/16/97 | TWENTIETH CENTURY FOX | 3,692.00 | FILM PARTICIPATION ROYALTIES |
| 04/25/97 | TWENTIETH CENTURY FOX | 835.00 | FILM PARTICIPATION ROYALTIES |
| 05/01/97 | WARNACO | 76,104.98 | ROYALTIES |
| 05/01/97 | BMG MUSIC | 407.57 | ROYALTIES |
| 05/08/97 | CMG WORLDWIDE | 94,996.10 | ROYALTIES |
| 05/13/97 | CMG WORLDWIDE | 40,514.12 | ROYALTIES |
| 05/19/97 | SPE CORP | 52.20 | ROYALTIES |
| 06/06/97 | CMG WORLDWIDE | 91,924.26 | ROYALTIES |
| 07/02/97 | WARNACO | 62,500.00 | ROYALTIES |
| 07/11/97 | CMG WORLDWIDE | 28,736.97 | ROYALTIES |
| 08/13/97 | WARNACO | 136,943.27 | ROYALTIES |
| 08/15/97 | CMG WORLDWIDE | 122,440.02 | ROYALTIES |
| 08/20/97 | CMG WORLDWIDE | 75,000.00 | ROYALTIES |
| 09/12/97 | CMG WORLDWIDE | 63,599.41 | ROYALTIES |
| 10/01/97 | TWENTIETH CENTURY FOX | 37.00 | FILM PARTICIPATION ROYALTIES |
| 10/02/97 | WARNACO | 62,500.00 | ROYALTIES |
| 10/07/97 | CMG WORLDWIDE | 47,070.17 | ROYALTIES |
| 11/03/97 | BMG MUSIC | 474.29 | ROYALTIES |
| 11/05/97 | WARNACO | 172,446.11 | ROYALTIES |
| 11/12/97 | CMG WORLDWIDE | 107,514.33 | ROYALTIES |
| 11/13/97 | ROGER RICHMAN AGENCY | 25,034.06 | ROYALTIES |
| 12/11/97 | CMG WORLDWIDE | 93,631.24 | ROYALTIES |
| | Total 1997 | 1,906,404.27 | |
| 01/07/98 | WARNACO | 62,500.00 | ROYALTIES |
| 01/09/98 | MGM | 10,224.82 | FILM PARTICIPATION ROYALTIES |
| 01/16/98 | CMG WORLDWIDE | 226,177.73 | ROYALTIES |
| 01/21/98 | MGM | 30,802.38 | FILM PARTICIPATION ROYALTIES |
| 02/06/98 | WARNACO | 238,098.29 | ROYALTIES |
| 02/18/98 | CMG WORLDWIDE | 286,289.47 | ROYALTIES |
| 03/05/98 | CMG WORLDWIDE | 245,918.70 | ROYALTIES |
| 03/25/98 | TWENTIETH CENTURY FOX | 302.00 | FILM PARTICIPATION ROYALTIES |
| 04/02/98 | WARNACO | 62,500.00 | ROYALTIES |

ESTATE OF MARILYN MONROE

**CASH RECEIPTS**

| DATE | NAME | AMOUNT | DESCRIPTION |
|---|---|---|---|
| 04/24/98 | CMG WORLDWIDE | 105,812.09 | ROYALTIES |
| 05/04/98 | WARNACO | 171,947.31 | ROYALTIES |
| 05/11/98 | BMG MUSIC | 199.00 | ROYALTIES |
| 05/20/98 | CMG WORLDWIDE | 83,633.43 | ROYALTIES |
| 06/19/98 | CMG WORLDWIDE | 103,613.59 | ROYALTIES |
| 07/01/98 | WARNACO | 62,500.00 | ROYALTIES |
| 07/07/98 | TWENTIETH CENTURY FOX | 485.00 | FILM PARTICIPATION ROYALTIES |
| 07/20/98 | CMG WORLDWIDE | 116,262.28 | ROYALTIES |
| 08/05/98 | CMG WORLDWIDE | 52,801.98 | ROYALTIES |
| 08/05/98 | WARNACO | 11,685.26 | ROYALTIES |
| 08/27/98 | CMG WORLDWIDE | 135,541.88 | ROYALTIES |
| 09/18/98 | CMG WORLDWIDE | 238,716.50 | ROYALTIES |
| 09/23/98 | TWENTIETH CENTURY FOX | 597.00 | FILM PARTICIPATION ROYALTIES |
| 10/05/98 | WARNACO | 62,500.00 | ROYALTIES |
| 10/30/98 | CMG WORLDWIDE | 77,072.38 | ROYALTIES |
| 10/30/98 | WARNACO | 69,441.88 | ROYALTIES |
| 11/03/98 | BMG MUSIC | 165.02 | ROYALTIES |
| 11/14/98 | TWENTIETH CENTURY FOX | 330.00 | FILM PARTICIPATION ROYALTIES |
| 11/25/98 | CMG WORLDWIDE | 74,694.45 | ROYALTIES |
| 12/09/98 | CMG WORLDWIDE | 57,459.14 | ROYALTIES |
| | Total 1998 | 2,597,605.38 | |
| 01/06/99 | WARNACO | 62,500.00 | ROYALTIES |
| 01/19/99 | CMG WORLDWIDE | 140,121.11 | ROYALTIES |
| 02/09/99 | CMG WORLDWIDE | 329,794.90 | ROYALTIES |
| 02/26/99 | WARNACO | 111,171.24 | ROYALTIES |
| 03/05/99 | MGM | 47,937.21 | FILM PARTICIPATION ROYALTIES |
| 03/12/99 | ESTATE OF LEE STRASBERG | 446.00 | REIMBURSEMENT OF EXPENSES |
| 03/24/99 | CMG WORLDWIDE | 205,608.38 | ROYALTIES |
| 03/31/99 | WARNACO | 62,853.00 | ROYALTIES |
| 04/29/99 | CMG WORLDWIDE | 82,071.43 | ROYALTIES |
| 05/27/99 | CMG WORLDWIDE | 157,105.49 | ROYALTIES |
| 06/04/99 | BMG ENTERTAINMENT | 180.73 | ROYALTIES |
| 06/20/99 | TWENTIETH CENTURY FOX | 344.00 | FILM PARTICIPATION ROYALTIES |
| 07/01/99 | WARNACO | 62,500.00 | ROYALTIES |
| 07/08/99 | CMG WORLDWIDE | 44,480.30 | ROYALTIES |
| 07/23/99 | CMG WORLDWIDE | 87,186.64 | ROYALTIES |
| 09/03/99 | TWENTIETH CENTURY FOX | 493.00 | FILM PARTICIPATION ROYALTIES |
| 09/08/99 | CMG WORLDWIDE | 138,390.19 | ROYALTIES |
| 09/22/99 | TWENTIETH CENTURY FOX | 506.00 | FILM PARTICIPATION ROYALTIES |
| 09/29/99 | ESTATE OF LEE STRASBERG | 13,071.36 | REIMBURSEMENT OF EXPENSES |
| 10/01/99 | WARNACO | 62,500.00 | ROYALTIES |
| 10/04/99 | CMG WORLDWIDE | 118,789.67 | ROYALTIES |
| 10/08/99 | ANNA FRUED CENTRE | 917.84 | REIMBURSEMENT OF EXPENSES |
| 11/03/99 | BMG ENTERTAINMENT | 191.82 | ROYALTIES |
| 11/10/99 | CMG WORLDWIDE | 111,068.58 | ROYALTIES |
| 11/22/99 | CMG WORLDWIDE | 146,448.56 | ROYALTIES |
| 12/08/99 | TWENTIETH CENTURY FOX | 70.00 | FILM PARTICIPATION ROYALTIES |
| 12/31/99 | WARNACO | 62,500.00 | ROYALTIES |
| 12/31/99 | CMG WORLDWIDE | 109,088.73 | ROYALTIES |
| | Total 1999 | 2,136,324.26 | |

ESTATE OF MARILYN MC  E

CASH RECEIPTS

| DATE | NAME | AMOUNT | DESCRIPTION |
|---|---|---|---|
| 02/04/00 | CMG WORLDWIDE | 73,221.88 | ROYALTIES |
| 03/03/00 | TWENTIETH CENTURY FOX | 3,076.00 | FILM PARTICIPATION ROYALTIES |
| 03/07/00 | CMG WORLDWIDE | 176,773.77 | ROYALTIES |
| 03/21/00 | CMG WORLDWIDE | 387,920.33 | ROYALTIES |
| 03/30/00 | WARNACO | 62,500.00 | ROYALTIES |
| 04/20/00 | RYKODISC INC. | 75.93 | ROYALTIES |
| 04/28/00 | CMG WORLDWIDE | 100,020.60 | ROYALTIES |
| 05/04/00 | BMG ENTERTAINMENT | 848.97 | ROYALTIES |
| 06/06/00 | CMG WORLDWIDE | 223,162.53 | ROYALTIES |
| 07/06/00 | CMG WORLDWIDE | 61,036.84 | ROYALTIES |
| 07/08/00 | WARNACO | 62,500.00 | ROYALTIES |
| 07/14/00 | TWENTIETH CENTURY FOX | 326.00 | FILM PARTICIPATION ROYALTIES |
| 08/08/00 | CMG WORLDWIDE | 138,318.18 | ROYALTIES |
| 09/21/00 | CMG WORLDWIDE | 245,849.28 | ROYALTIES |
| 09/21/00 | CMG WORLDWIDE | 4,968.48 | ROYALTIES |
| 09/21/00 | TWENTIETH CENTURY FOX | 256.00 | FILM PARTICIPATION ROYALTIES |
| 10/03/00 | WARNACO | 62,500.00 | ROYALTIES |
| | | 1,605,156.57 | |

TOTAL RECEIPTS    $15,956,520.01

Schedule A-2