# Exhibit 106

A letter from Eliot J. Lefkowitz to Ralph Roberts, dated January 27, 1966

# FILED UNDER SEAL