# Exhibit 108

**A September 21, 1966 letter from Hermione K. Brown to Inez Melson**

# FILED UNDER SEAL