1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32

EXHIBIT A

MM-0009228

**FIDUCIARY RETURN — 1963**

N. Y. State Department of Taxation and Finance

or other Taxable Year Beginning _____ 19___ Ending _____ 19___

Name of estate or trust  Check whether estate □, Simple trust □, Complex trust □

**ESTATE OF MARILYN MONROE**

Employer identification number of estate or trust

**13-6129486**

Name, address and title of fiduciary

**AARON R. FROSCH, Executor**

**120 East 56th St., New York, N.Y. 10022**

Postal ZIP code

A. Check box if resident estate or trust ☒ and complete this form only; however, if there are nonresident beneficiaries, too Instructions)

Check box if nonresident estate or trust □ and complete required schedules on this form and Form IT-205-A. (see instructions)

B. Date trust was created or, if an estate, date of decedent's death _____ **August 5, 1952**

C. If estate was closed, or trust terminated, state the date _____

D. Was a New York State fiduciary return filed for 1961? **N/A** 1962? **No** If "Yes," give complete title under which it was filed _____

If "No," state reasons **No income** _____

E. If return is for a trust, check whether Testamentary □ or Inter Vivos □ and, if Inter Vivos, enter name and address of grantor _____

**SCHEDULE 1 — Names and addresses of beneficiaries (List all beneficiaries, whether resident or nonresident)**

| 1. Name of each beneficiary (check box if beneficiary is a nonresident) | 2. Address of each beneficiary (if mailing address differs from home address, give both) | 3. Social security number of each beneficiary |
|---|---|---|
| (a) | □ | |
| (b) | □ | |
| (c) | □ | |
| (d) | □ | |

**SCHEDULE 2 — Computation of New York taxable income of resident estate or trust (Use Sch. 8 of Form IT-205-A to compute New York taxable income of a nonresident estate or trust)**

| | |
|---|---|
| 1. Federal taxable income of fiduciary, item 5, line 24, page 2, this form) | 179,884.42 |
| 2. Exemption claimed on Federal return (Sch. 5, line 22, page 2, this form) | 600.00 |
| 3. Line 1 plus line 2 | 180,484.42 |
| 4. New York exemption | 600.00 |
| 5. Line 3 less line 4 | 179,884.42 |
| 6. New York modifications relating to gains allocated to principal (see instructions) | 0 |
| 7. Line 5 less line 6 | 0 |
| 8. Fiduciary's share of New York Fiduciary Adjustment (from Sch. 4, Col. 3 below) | 0 |
| 9. New York taxable income of fiduciary (line 7 plus or minus line 8) Enter on line 1, Sch. 3 below | 179,884.42 |

**SCHEDULE 3 — Computation of tax (To be completed for resident and nonresident estates and trusts)**

| | |
|---|---|
| 1. New York taxable income of fiduciary (from line 9, Sch. 2 above or line 12, Sch. 8 of Form IT-205-A) | 179,884.42 |
| 2. TAX on amount on line 1 (from New York tax rate schedule — see instructions) | 17,368.44 |

Attach remittance for full amount of Tax Due (line 2 above) payable to New York State Income Tax Bureau

**SCHEDULE 4 — Shares of New York Fiduciary Adjustment (To be completed by (1) resident estate or trust or (2) nonresident estate or trust having any resident beneficiaries)**

| Beneficiary-same as in Sch. 1 above | Shares of Federal distributable net income (see instructions) | | 3. Shares of New York Fiduciary Adjustment | The Total of Col. 3, this schedule, should be the same as line 8, Sch. 7 page 2. If the New York Fiduciary Adjustment is a plus amount, ADD the Fiduciary's share at line 8, Sch. 2 above and ADD a resident beneficiary's share to the total Federal income on his New York return. If the Fiduciary Adjustment is a minus amount, SUBTRACT their respective shares. |
|---|---|---|---|---|
| | 1. Amount | 2. Percentage | | |
| (a) | | | | |
| (b) | | | | |
| (c) | | | | Do not write in space below |
| (d) | | | | |
| Fiduciary | | | | |
| Totals | | 100 % | | |

Signature of fiduciary or officer representing fiduciary _____ date

**EXHIBIT A – Item 1**

Signature of preparer other than fiduciary _____

**CONFIDENTIAL CMG v. Greene Archives**
**Subject to Protective Order**

MM-0009229

1965 — NEW YORK STATE FIDUCIARY RETURN — 1965    IT-205

n lieu of completing Schedules 5 and 6 below, attach a copy of the Federal Fiduciary Income Tax Return (Form 1041) marked "N. Y. Copy." Schedule 7 must be completed even though a copy of Form 1041 is submitted.

### SCHEDULE 5 — Details of Federal taxable income of fiduciary (Enter items of income and deductions as reported for Federal tax purposes) (To be completed by resident estate or trust only)

**INCOME**

| | | |
|---|---|---|
| 1. Dividends (Enter full amount before exclusion) | | |
| 2. Interest on bank deposits, notes, corporation bonds, etc. | 1,037 50 | |
| 3. Interest on tax-free covenant bonds upon which a Federal income tax was paid at source | | |
| 4. Interest on Government obligations, etc. | | |
| 5. Income from partnerships and other fiduciaries | | |
| 6. Gross rents and royalties | | |
| 7. Gross profit (or loss) from trade or business | | |
| 8. a) Net gain (or loss) from sale or exchange of capital assets | | |
| b) Net gain (or loss) from sale or exchange of property other than capital assets | | |
| 9. Other income | 200,629 57 | |
| 10. Total income (lines 1 to 9, inclusive) | | 201,667 07 |

**DEDUCTIONS**

| | | |
|---|---|---|
| 11. Interest | 686 47 | |
| 12. Taxes | 104 83 | |
| 13. Fiduciary's portion of depreciation and depletion | | |
| 14. Charitable deduction | | |
| 15. Other deductions authorized by law | 20,391 35 | |
| 16. Total (lines 11 to 15, inclusive) | | 21,182 65 |
| 17. Line 10 minus line 16 | | 180,484 42 |
| 18. Deduction for distributions to beneficiaries | | |
| 19. Adjustment of dividend exclusion (not to exceed $50) | | |
| 20. Federal estate tax attributable to income in respect of a decedent (Fiduciary's share) | | |
| 21. Long-term capital gain deduction | | |
| 22. Exemption (Federal) | 600 00 | |
| 23. Total (lines 13 to 22, inclusive) | | 600 00 |
| 24. Taxable income of fiduciary (line 17 minus line 23) (Enter on line 1, Sch. 2, page 1) | | 179,884 42 |

### SCHEDULE 6 — Resident beneficiaries' shares of income and deduction items from federal return (Form 1041, Schedule C) (Enter shares of resident beneficiaries as reportable for federal tax purposes)

| Beneficiary—name as listed in Sch. 3, page 1 of tax form | 4. Amount of income received to be distributed currently | 5. Other amounts paid, credited, or otherwise required to be distributed | 6. Domestic dividends qualifying for Federal credit | 7. Income taxable to beneficiaries less portion reportable in cols. 8, 9 and 10 |
|---|---|---|---|---|
| a) | | | | |
| b) | | | | |
| c) | | | | |

**Continuation of Schedule 6**

| | 8. Net short-term capital gain | 9. Net long-term capital gain (100%) | 10. Tax-exempt income, and foreign income of a foreign trust | 11. Deprecial on and depletion |
|---|---|---|---|---|
| a) | | | Enter total for all beneficiaries as reported on Federal Form 1041 | |
| b) | | | | |
| c) | | | | |

NOTE—Use Schedule 10 on page 1 of Form IT-205-A to report shares of nonresident beneficiaries.

### SCHEDULE 7 — New York Fiduciary Adjustment (see instructions) (To be completed by (1) resident estate or trust or (2) nonresident estate or trust with a resident beneficiary)

**ADDITIONS:**

| | | |
|---|---|---|
| 1. Interest income on state and local bonds, other than New York (gross amount) | | |
| 2. Income taxes deducted on Federal Fiduciary return | | |
| 3. Other additions | | |
| 4. Total additions | | |

**SUBTRACTIONS:**

| | | |
|---|---|---|
| 5. Interest income on United States obligations included in Federal income | | |
| 6. Other subtractions | | |
| 7. Total subtractions | | |
| 8. New York Fiduciary Adjustment—Difference between lines 4 and 7 to be entered as total of Col. 3, Sch. 4, page 1 | | |

CONFIDENTIAL CMG v. Greene Archives
Subject to Protective Order

MM-0009230

NEW YORK STATE INCOME TAX

**IT-205**

N. Y. State Department
of Taxation and Finance

# FIDUCIARY RETURN — 1964

or taxable year beginning ............... 19...... ending ............... 19......

Employer identification number of estate or trust

Name of estate or trust  Check whether Estate ☒, Simple trust ☐, Complex trust ☐
ESTATE OF MARILYN MONROE

Name, address and title of fiduciary
AARON R. FROSCH    EXECUTOR

120 E 56 ST

N Y    N Y    20    Postal ZIP code  10022

Check box if resident estate or trust ☒ and complete this form only; however, if there are nonresident beneficiaries, see instructions.

Check box if nonresident estate or trust ☐ and complete required schedules on this form and Form IT-205-A. (see instructions)

Date trust was created or, if an estate, date of decedent's death  August 5, 1962

If estate was closed, or trust terminated, state the date ........................................  some

Was a New York State fiduciary return filed for 1962? No 1963? Yes  If "Yes," give complete title under which it was filed ....same

If "No", state reasons  No income

Return is for a trust, check whether Testamentary ☐ or Inter Vivos ☐ and, if Inter Vivos, enter name and address of grantor ....................

### SCHEDULE 1 — Names and addresses of beneficiaries (List all beneficiaries, whether resident or nonresident)

| 1. Name of each beneficiary (check box if beneficiary is a nonresident) | 2. Address of each beneficiary (if mailing address differs from home address, give both) | 3. Social Security number of each beneficiary |
|---|---|---|
| ☐ | | |
| ☐ | | |
| ☐ | | |
| ☐ | | |

### SCHEDULE 2 — Computation of New York taxable income of resident estate or trust (Use Sch. 8 of Form IT-205-A to compute New York taxable income of a nonresident estate or trust)

| | |
|---|---|
| Federal taxable income of fiduciary (Sch. 5, line 24, page 2, this form) | 174,914 15 / 6001. |
| Exemption claimed on Federal return (Sch. 5, line 22, page 2, this form) | 174,514 15 |
| Line 1 plus line 2 | 600 00 |
| New York exemption | 174,914 15 |
| Line 3 less line 4 | |
| New York modifications relating to gains allocated to principal (see instructions) | - 1 |
| Line 5 less line 6 | |
| Fiduciary's share of New York Fiduciary Adjustment (from Sch. 4, Col. 3 below) | 174,914 15 |
| New York taxable income of fiduciary (line 7 plus or minus line 8) Enter on line 1, Sch. 3 below | |

### SCHEDULE 3 — Computation of tax (To be completed for resident and nonresident estates and trusts)

| | |
|---|---|
| New York taxable income of fiduciary (from line 9, Sch. 2 above or line 12, Sch. 8 of Form IT-205-A) | 174,914 15 |
| TAX on amount on line 1 (from New York tax rate schedule — see instructions) | 14,511 91 |

Make remittance payable to New York State Income Tax Bureau

### SCHEDULE 4 — Shares of New York Fiduciary Adjustment (To be completed by (1) resident estate or trust or (2) nonresident estate or trust having any resident beneficiaries)

| Beneficiaries — same as in Sch. 3 above | Shares of Federal distributable net income (see instructions) | | 3. Shares of New York Fiduciary Adjustment | |
|---|---|---|---|---|
| | 1. Amount | 2. Percentage | | |
| | | | | The Total of Col. 3, this schedule, should be the same as line 8, Sch. 7, page 2. If the New York Fiduciary Adjustment is a plus amount, ADD the Fiduciary's share at line 8, Sch. 2 above and ADD a resident beneficiary's share to the total Federal income on his New York return. If the Fiduciary Adjustment is a minus amount, SUBTRACT their respective shares. |
| | | | | |
| | | | | |
| Fiduciary | | 100 % | | |

Do not write in space below

Signature of fiduciary or officer representing fiduciary ........................  date ........................

**EXHIBIT A - Item 2**

fr.65.

CONFIDENTIAL CMG v. Greene Archives
Subject to Protective Order

MM-0009231

In lieu of completing Schedules 5 and 6 below, attach a copy of the Federal Fiduciary Income Tax Return (Form 1041) marked "N. Y. Copy."
Schedule 7 must be completed even though a copy of Form 1041 is attached.

## SCHEDULE 5 — Details of Federal taxable income of fiduciary (Enter items of income and deductions as reported for Federal tax purposes) (To be completed by resident estate or trust only)

| INCOME | | | |
|---|---|---|---|
| 1. Dividends (Enter full amount before exclusion) | | 7503 | 66 |
| 2. Interest on bank deposits, notes, corporation bonds, etc. | | | |
| 3. Interest on tax-free covenant bonds upon which a Federal income tax was paid at source | | | |
| 4. Interest on Government obligations, etc. | | | |
| 5. Income from partnerships and other fiduciaries | | | |
| 6. Gross rents and royalties | | | |
| 7. Gross profit (or loss) from trade or business | | | |
| 8. (a) Net gain (or loss) from sale or exchange of capital assets | | | |
| (b) Net gain (or loss) from sale or exchange of property other than capital assets | | 178534 | 74 |
| 9. Other income | | | 186443 40 |
| 10. Total income (lines 1 to 9, inclusive) | | | |
| DEDUCTIONS | | | |
| 11. Interest | | 7369 | 73 |
| 12. Taxes | | | |
| 13. Fiduciary's portion of depreciation and depletion | | | |
| 14. Charitable deduction | | 3554 | 52 |
| 15. Other deductions authorized by law | | | 1092F 25 |
| 16. Total (lines 11 to 15, inclusive) | | | 175519 15 |
| 17. Line 10 minus line 16 | | | |
| 18. Deduction for distributions to beneficiaries | | | |
| 19. Adjustment of dividend exclusion (not to exceed $100) | | | |
| 20. Federal estate tax attributable to income in respect of a decedent (Fiduciary's share) | | | |
| 21. Long-term capital gain deduction | | 600 — | 600 — |
| 22. Exemption (Federal) | | | |
| 23. Total (lines 18 to 22, inclusive) | | | 174919 15 |
| 24. Taxable income of fiduciary (line 17 minus line 23) (Enter on line 1, Sch. 2, page 1) | | | |

## SCHEDULE 6 — Resident beneficiaries' shares of income and deduction items from federal return (Form 1041, Schedule C) (Enter shares of resident beneficiaries as reportable for Federal purposes)

| Beneficiary—name as listed in Sch. 1, page 1 of this form | 4. Amount of income required to be distributed currently | 5. Other amounts paid, credited, or otherwise required to be distributed | 6. Domestic dividends qualifying for Federal credit | 7. Income taxable to beneficiaries less portion reportable in cols. 8, 9 and 10 |
|---|---|---|---|---|
| (a) | | | | |
| (b) | | | | |
| (c) | | | | |
| (d) | | | | |

NOTE—Use Schedule 10 on page 1 of Form IT-205-A to report shares of nonresident beneficiaries.

### Continuation of Schedule 6

| | 2. Net short-term capital gain | 9. Net long-term capital gain (100%) | 10. Tax-exempt income, and for-sign income of a foreign trust | 12. Depreciation and depletion |
|---|---|---|---|---|
| | | | Enter total for all beneficiaries as reported on Federal Form 1041 | |
| (a) | | | | |
| (b) | | | | |
| (c) | | | | |
| (d) | | | | |

## SCHEDULE 7 — New York Fiduciary Adjustment (see instructions) (To be completed by (1) resident estate or trust or (2) non-resident estate or trust with a resident beneficiary)

| ADDITIONS: | | | |
|---|---|---|---|
| 1. Interest income on state and local bonds, other than New York (gross amount) | | | |
| 2. Income taxes deducted on Federal Fiduciary return | | | |
| 3. Other additions | | | |
| | | | -0- |
| 4. Total additions | | | |
| SUBTRACTIONS: | | | |
| 5. Interest income on United States obligations included in Federal income | | | |
| 6. Other subtractions | | | -0- |
| 7. Total subtractions | | | NONE |
| 8. New York fiduciary Adjustment—Difference between lines 4 and 7 to be entered as total of Col. 3, Sch. 4, page 1 | | | |

CONFIDENTIAL CMG v. Greene Archives
Subject to Protective Order

MM-0009232

IT-205

NY State Department
of Taxation and Finance

# FIDUCIARY RETURN — 1965

or taxable year beginning ................ 19...... ending ................ 19 ......

Name of estate or trust
ESTATE OF MARILYN MONROE

Name, address and title of fiduciary
Aaron R. Frosch, Executor

120 East 56th Street
New York, New York 10022

Postal ZIP code

Employer identification number of estate or trust
13-6129486

. Check box if resident estate or trust ☒ and complete this form only; however, if there are nonresident beneficiaries, see instructions.
. Check box if nonresident estate or trust ☐ and complete required schedules on this form and Form IT-205-A (see instructions)
. Date trust was created or, if an estate, date of decedent's death ...... August 5, 1962 ............................
. If estate was closed, or trust terminated, state the date ............................................. Name
. Was a New York State fiduciary return filed for 1963? ...... Yes ...... 1964? ...... Yes ...... If "Yes", give complete title under which it was filed ............

. If "No", state reasons ............................................................................
. Check whether return is for an Estate ☒, Simple trust ☐, or Complex trust ☐. If return is for a trust, check whether Testamentary ☐ or Inter Vivos ☐
. and if Inter Vivos, enter name and address of grantor ............................................

## Schedule 1 — Names and addresses of beneficiaries (List all beneficiaries, whether resident or nonresident)

| 1. Name of each beneficiary (check box if beneficiary is nonresident) | 2. Address of each beneficiary (if mailing address differs from home address, give both) | 3. Social Security number of each beneficiary |
|---|---|---|
| a) ................................ ☐ | | |
| b) ................................ ☐ | | |
| c) ................................ ☐ | | |
| d) ................................ ☐ | | |

## Schedule 2 — Computation of New York taxable income of resident estate or trust (Use Sch. 8 of Form IT-205-A to compute New York taxable income of a nonresident estate or trust)

| | |
|---|---|
| . Federal taxable income of fiduciary (Sch. 5, line 24, page 2, this form) | 108461 20 |
| . Exemption claimed on Federal return (Sch. 5, line 22, page 2, this form) | 600 00 |
| . Line 1 plus line 2 | 109061 20 |
| . New York exemption | 600 00 |
| . Line 3 less line 4 | 108461 20 |
| . New York modifications relating to gains allocated to principal (see instructions) | |
| . Line 5 less line 6 | 108461 20 |
| . Fiduciary's share of New York Fiduciary Adjustment (from Sch. 4, Col. 3 below) | 34200 35 |
| . New York taxable income of fiduciary (line 7 plus or minus line 8) Enter on line 1, Sch. 3 below | 142661 55 |

## Schedule 3 — Computation of tax (To be completed for resident and nonresident estates and trusts)

| | |
|---|---|
| . New York taxable income of fiduciary (from line 9, Sch. 2 above or line 12, Sch. 8 of Form IT-205-A) | 142661 55 |
| . TAX on amount on line 1 (from New York tax rate schedule — see instructions) | 12800 21 |

Make remittance payable to New York State Income Tax Bureau

## Schedule 4 — Share of New York Fiduciary Adjustment (To be completed by (1) resident estate or trust or (2) nonresident estate or trust having any resident beneficiaries)

| Beneficiary — same as in Sch. 1 above | Shares of Federal distributable net income (see instructions) | | 3. Share of New York Fiduciary Adjustment | |
|---|---|---|---|---|
| | 1. Amount | 2. Percentage | | The Total of Col. 3, this schedule, should be the same as line 8, Sch. 7, page 2. If the New York Fiduciary Adjustment at line 8, Sch. 2 above is a plus amount, ADD the Fiduciary's share to the total Federal income on his New York return. If the Fiduciary Adjustment is a minus amount, SUBTRACT their respective share. |
| a) | | | | |
| b) | | | | |
| c) | | | | |
| d) | | | | |
| Fiduciary | | 100% | 34200 35 | Do not write in space below |
| Total | | 100 % | 34200 35 | |

Sign here
Mr. Howard U. Leshaw
Lapidea & Wolf
New York, N. Y. 10016

Signature of person representing fiduciary

9 E. 40th St., NYC 16

CLIENT'S COPY

$\pm$-1366

CONFIDENTIAL CMG v. Greene Archives
Subject to Protective Order

MM-0009233

... of completing Schedules 5 and 6 below, attach a copy of the Federal Fiduciary Income Tax Return (Form 1041).
...dule 7 must be completed even though a copy of Form 1041 is submitted.

**Schedule 5 — Details of Federal taxable income of fiduciary** (Enter items of income and deductions as reported for Federal tax purposes) (To be completed by resident estate or trust only)

### INCOME

| | | |
|---|---:|---:|
| Dividends (Enter full amount before exclusion) | 2738 41 | |
| Interest on bank deposits, notes, corporation bonds, etc. | | |
| Interest on tax-free covenant bonds upon which a Federal income tax was paid at source | | |
| Interest on Government obligations, etc. | | |
| Income from partnerships and other fiduciaries | | |
| Gross rents and royalties | | |
| Gross profit (or loss) from trade or business | | |
| (a) Net gain (or loss) from sale or exchange of capital assets | | |
| (b) Net gain (or loss) from sale or exchange of property other than capital assets | 171239 06 | |
| Other income | | 173977 42 |
| Total income (lines 1 to 9, inclusive) | | |

### DEDUCTIONS

| | | |
|---|---:|---:|
| Interest | 14207 44 | |
| Taxes | 34200 35 | |
| Fiduciary's portion of depreciation and depletion | | |
| Charitable deduction | 1941 88 | |
| Other deductions authorized by law | | |
| Total (lines 11 to 15, inclusive) | | 50349 67 |
| Line 10 minus line 16 | | 123627 62 |
| Deduction for distributions to beneficiaries | | |
| Adjustment of dividend exclusion (not to exceed $100) | | |
| Federal estate tax attributable to income in respect of a decedent (Fiduciary's share) | 14466 12 | |
| Long-term capital gain deduction | | |
| Exemption (Federal) | 600 00 | |
| Total (lines 18 to 22, inclusive) | | 15166 12 |
| Taxable income of fiduciary (line 17 minus line 23) (Enter on line 1, Sch 2, page 1) | | 108461 70 |

**Schedule 6 — Resident beneficiaries' shares of income and deduction items from federal return** (Form 1041, Schedule C) (Enter shares of resident beneficiaries as reportable for Federal tax purposes)

| Beneficiary—name as listed in Sch. 1, page 1 of this form | 4. Amount of income required to be distributed currently | 5. Other amounts paid, credited, or otherwise required to be distributed | 6. Domestic dividends qualifying for Federal exclusion | 7. Income taxable to beneficiaries less amount reportable in co. 4, 5, 6 and 19 |
|---|---|---|---|---|
| ) | | | | |
| ) | | | | |
| ) | | | | |
| )) | | | | |

NOTE—Use Schedule 10 on page 1 of Form IT-205-A to report shares of nonresident beneficiaries.

**Continuation of Schedule 6**

| | C. Net short-term capital gain | 8. Net long-term capital gain (100%) | 10. Tax-exempt income, and foreign income of a foreign trust | 12. Depreciation and depletion |
|---|---|---|---|---|
| a) | | | Enter total for all beneficiaries as reported on Federal Form 1041 | |
| b) | | | | |
| c) | | | | |
| d)) | | | | |

**Schedule 7 — New York Fiduciary Adjustment** (see instructions) (To be completed by (1) resident estate or trust or (2) nonresident estate or trust with a resident beneficiary)

| ADDITIONS: | | | |
|---|---:|---:|---:|
| 1. Interest income on state and local bonds, other than New York (gross amount) | | 34200 35 | |
| 2. Income taxes deducted on Federal Fiduciary return | | | |
| 3. Other additions | | | |
| 4. Total additions | | | 34200 35 |
| SUBTRACTIONS: | | | |
| 5. Interest income on United States obligations included in Federal income | | | |
| 6. Other subtractions | | | |
| 7. Total subtractions | | | 34... |

**CONFIDENTIAL CMG v. Greene Archives**
**Subject to Protective Order**

MM-0009234

# 205 Fiduciary Return 1966 (fiscal year ended)

**N.Y. State Department of Taxation and Finance**

Name of estate or trust: ESTATE OF MARILYN MONROE

Name and title of fiduciary: AARON R FROSCH EXECUTOR

Address of fiduciary (Number and street or rural route): 120 EAST 56 ST

City, village or post office and State: NY NY   ZIP code: 10022

Employer identification number of estate or trust: 13-6129486

B. Date trust was created or, if an estate, date of decedent's death: Aug 5 1962

C. If estate closed, or trust terminated, state the date

D. Was a New York State fiduciary return filed for 1964? Yes   1965? Yes   If "Yes," give complete title under which it was filed.

Check whether return is for an Estate ☒, Simple trust ☐, or Complex trust ☐. If return is for a trust, check whether Testamentary ☐ or Inter Vivos ☐.

## Schedule 1 — Names and addresses of beneficiaries.

| 1. Name of each beneficiary. Check box if beneficiary is a nonresident. | 2. Address of each beneficiary. If mailing address differs from home address, give both. | 3. Social Security number of each beneficiary |
|---|---|---|
| (a) | | |
| (b) | | |
| (c) | | |
| (d) | | |

## Schedule 2 — Computation of New York taxable income of resident estate or trust.

| | |
|---|---|
| 1. Federal taxable income of fiduciary (Sch. 5, line 24, page 2, this form) | 135,812.20 |
| 2. Exemption claimed on Federal return (Sch. 5, line 22, page 2, this form) | 600 00 |
| 3. Line 1 plus line 2 | 13,412.20 |
| 4. New York exemption | 600 00 |
| 5. Line 3 less line 4 | 135,412.20 |
| 6. New York modifications relating to gains allocated to principal | |
| 7. Line 5 plus line 6 | 135,412.20 |
| 8. Fiduciary's share of New York Fiduciary Adjustment (from Sch. 4, Col. 3 below) | 14,037 93 |
| 9. New York taxable income of fiduciary | 149,451.13 |

## Schedule 3 — Computation of tax.

| | |
|---|---|
| 1. New York taxable income of fiduciary (from line 9, Sch. 2 above or line 12, Sch. 8 of Form IT-205-A) | 149,451.13 |
| 2. TAX on amount on line 1 | 14,305.61 |

Make remittance payable to New York State Income Tax Bureau.

## Schedule 4 — Shares of New York Fiduciary Adjustment.

| Beneficiary same as Sch. 1 above | 1. Amount | 2. Percentage | 3. Shares of New York Fiduciary Adjustment |
|---|---|---|---|
| (a) | | | |
| (b) | | | |
| (c) | | | |
| (d) | | | |
| Fiduciary | | | 14,037 93 |
| Totals | | 100% | 14,037 93 |

Signature: Date 2/9/67

CONFIDENTIAL CMG v. Greene Archives
Subject to Protective Order

MM-0009235

Schedule ... be completed even though a copy of Form 1041 is submitted.

**Schedule 5 — Details of Federal taxable income of fiduciary. Enter items of income and deductions as reported for Federal tax purposes. To be completed by resident estate or trust only.**

INCOME

| | | |
|---|---|---|
| 1. Dividends (Enter full amount before exclusion) | | |
| 2. Interest on bank deposits, notes, corporation bonds, etc. | 5270 | 71 |
| 3. Interest on tax-free covenant bonds upon which a Federal income tax was paid at source | | |
| 4. Interest on Government obligations, etc. | | |
| 5. Income from partnerships and other fiduciaries | | |
| 6. Gross rents and royalties | | |
| 7. Gross profit (or loss) from trade or business | | |
| 8. (a) Net gain (or loss) from sale or exchange of capital assets | | |
| (b) Net gain (or loss) from sale or exchange of property other than capital assets | | |
| 9. Other income | 180 131 | 22 |
| 10. Total income (lines 1 to 9, inclusive) | 185 401 | 93 |

DEDUCTIONS

| | | |
|---|---|---|
| 11. Interest | | |
| 12. Taxes | 14 037 | 93 |
| 13. Fiduciary's portion of depreciation and depletion | | |
| 14. Charitable deduction | | |
| 15. Other deductions authorized by law | 11 416 | 35 |
| 16. Total (lines 11 to 15, inclusive) | 25 454 | 28 |
| 17. Line 10 minus 16 | 159 947 | 65 |
| 18. Deduction for distributions to beneficiaries | | |
| 19. Amount of dividend exclusion (not to exceed $100) | | |
| 20. Federal estate tax attributable to income in respect of a decedent (Fiduciary's share) | 23 929 | 45 |
| 21. Long-term capital gain deduction | | |
| 22. Exemption (Federal) | 600 | - |
| 23. Total (lines 18 to 22, inclusive) | 24 529 | 45 |
| 24. Taxable income of fiduciary (line 17 minus line 23). Enter on line 1, Sch. 2, page 1. | 135 418 | 20 |

**Schedule 6 — Resident beneficiaries' shares of income and deduction items from Federal Return Form 1041, Schedule C. Enter shares of resident beneficiaries as reportable for Federal tax purposes.**

| 3. Name and address of each of these beneficiaries | 4. Amount of income required to be distributed currently | 5. Other amounts paid, credited, or otherwise required to be distributed | 6. Domestic dividends qualifying for Federal exclusion | 7. Income taxable to beneficiaries less portion reportable in cols. 5, 8, 9 and 10 |
|---|---|---|---|---|
| (a) | | | | |
| (b) | | | | |
| (c) | | | | |

NOTE—Use Schedule 10 on page 1 of Form IT-205-A to report shares of nonresident beneficiaries.

Continuation of Schedule 6

| | 8. Net short-term capital gain | 9. Net long-term capital gain (100%) | 10. Tax-exempt income, and foreign income of a foreign trust | 12. Depreciation and depletion |
|---|---|---|---|---|
| (a) | | | Enter total for all beneficiaries as reported on Federal Form 1041 | |
| (b) | | | | |
| (c) | | | | |

**Schedule 7 — New York Fiduciary Adjustment—see instructions. To be completed by (1) resident estate or trust or (2) nonresident estate or trust with a resident beneficiary.**

ADDITIONS

| | | |
|---|---|---|
| 1. Interest income on state and local bonds, other than New York (gross amount) | | |
| 2. Income taxes deducted on Federal Fiduciary Return | 14 037 | 93 |
| 3. Other additions | | |
| 4. Total additions | 14 037 | 93 |

SUBTRACTIONS

| | | |
|---|---|---|
| 5. Interest income on United States obligations included in Federal income | | |
| 6. Other deductions | | |
| 7. Total subtractions | | - |
| 8. New York Fiduciary Adjustment—Difference between lines 4 and 7 to be entered as total of Col. 3, Sch. 4, page 1 | 14 037 | 93 |

(10/66) (6359 12216)

CONFIDENTIAL CMG v. Greene Archives
Subject to Protective Order

MM-0009236

# IT-205 Fiduciary Return 1967 (Fiscal year ended_____)

NY State Department of Taxation and Finance

**Name of estate or trust** ESTATE OF MARILYN MONROE

**Employer identification number** 13-6129486

**Name and title of fiduciary** AARON R. FROSCH EXECUTOR

**Address of fiduciary (Number and street or rural route)** 120 EAST 56 STREET

**City, village or post office and State** NY NY **ZIP code** 10022

A) Check box if resident estate or trust ☑ and complete this form only; however, if there are nonresident beneficiaries, see instructions.

Check box if nonresident estate or trust ☐ and complete required schedules on this form and Form IT-205-A. (see instructions)

B) Date trust was created or, if an estate, date of decedent's death. 8/5/62

C) If estate was closed, or trust terminated, state the date

D) Was a New York State fiduciary return filed for 1966? Yes 1966? Yes
   If "Yes," give complete title under which it was filed SAME
   If "No," state reasons

E) Check whether return is for an Estate ☑, Simple trust ☐, or Complex trust ☐ If return is for a trust, check whether Testamentary ☐ or Inter Vivos ☐ and, if Inter Vivos, enter name and address of grantor

## Schedule 1 — Names and addresses of beneficiaries. List all beneficiaries, whether resident or nonresident.

| 1 Name of each beneficiary. Check box if beneficiary is a nonresident. | | 2 Address of each beneficiary. If mailing address differs from home address, give both. | 3 Social security number of each beneficiary |
|---|---|---|---|
| a) | ☐ | | |
| b) | ☐ | | |
| c) | ☐ | | |
| d) | ☐ | | |

## Schedule 2 — Computation of New York taxable income of resident estate or trust. Use Sch. 8 of Form IT-205-A to compute New York taxable income of a nonresident estate or trust.

| | | |
|---|---|---|
| 1 Federal taxable income of fiduciary (Sch. 5, line 24, page 2, this form) | 134 450 83 |
| 2 Exemption claimed on Federal return (Sch. 5, line 22, page 2, this form) | 600 - |
| 3 Line 1 plus line 2 | 135 050 83 |
| 4 New York exemption | 600 00 |
| 5 Line 3 less line 4 | 134 450 83 |
| 6 New York modifications relating to gains allocated to principal (see instructions) | |
| 7 Line 5 less line 6 | 134 450 83 |
| 8 Fiduciary's share of New York Fiduciary Adjustment (from Sch. 4, Col. 3 below) | 32 678 68 |
| 9 New York taxable income of fiduciary (line 7 plus or minus line 8) Enter on line 1, Sch. 3 below | 167 129 51 |

## Schedule 3 — Computation of tax. To be completed for resident and nonresident estates and trusts.

| | | |
|---|---|---|
| 1 New York taxable income of fiduciary (from line 9, Sch. 2 above or line 12, Sch. 8 of Form IT-205-A) | 167 129 51 |
| 2 TAX on amount on line 1 (from New York tax rate schedule — see instructions) | 16 072 95 |
| LESS PAYMENT DEC 1,1967 | 14 000 - |
| | |
| Make remittance payable to New York State Income Tax Bureau | 2 072 95 |

## Schedule 4 — Shares of New York Fiduciary Adjustment. To be completed by (1) resident estate or trust or (2) nonresident estate or trust having any resident beneficiaries.

| Beneficiary—same as in Sch. 1 above | Shares of Federal distributable net income (see instructions) | | 3 Shares of New York Fiduciary Adjustment | |
|---|---|---|---|---|
| | 1 Amount | 2 Percentage | | |
| a) | | | | The Total of Col. 3, this schedule, should be the same as line 8, Sch. 7, page 2. If the New York Fiduciary Adjustment is a plus amount, ADD the Fiduciary's share at line 8, Sch. 2 above and ADD a resident beneficiary's share to the total Federal income on his New York return. If the Fiduciary Adjustment is a minus amount, SUBTRACT their respective shares. |
| b) | | | | |
| c) | | | | |
| d) | | | | |
| Fiduciary | | | 32 678.68 | For office use only |
| Totals | | 100% | 32 678 68 | |

Sign here ►

Signature of fiduciary or officer representing fiduciary | Date

___ in fiduciary | Address | Date

CONFIDENTIAL CMG v. Greene Archives
Subject to Protective Order

MM-0009237

... 7 must be completed even though a copy of Form 1041 is submitted.

## ... 5 — Details of Federal taxable income of fiduciary. Enter items of income and deductions as reported for Federal tax purposes. To be completed by resident estate or trust only.

| | | |
|---|---|---|
| ONE | | |
| Dividends (Enter full amount before exclusion) | 10,797 | 31 |
| Interest in bank deposits, notes, corporation bonds, etc. | | |
| Interest on tax-free covenant bonds upon which a Federal income tax was paid at source | 6,852 | 61 |
| Interest on Government obligations   STATE TAX REFUNDS | | |
| Income from partnerships and other fiduciaries | 857 | 20 |
| Gross rents and royalties | | |
| Gross profit (or loss) from trade or business | | |
| a) Net gain (or loss) from sale or exchange of capital assets | | |
| b) Net gain (or loss) from sale or exchange of property other than capital assets | 154,021 | 99 |
| Other income | | |
| Total income (lines 1 to 9, inclusive) | | 172,529 11 |
| DUCTIONS | | |
| Interest | 310 | 65 |
| Taxes | 32,678 | 68 |
| Fiduciary's portion of depreciation and depletion | | |
| Charitable deduction | 4,548 | 95 |
| Other deductions authorized by law | | 37,538 28 |
| Total (lines 11 to 15, inclusive) | | 135,050 83 |
| Line 10 minus line 16 | | |
| Deduction for distributions to beneficiaries | | |
| Adjustment of dividend exclusion (not to exceed $100) | | |
| Federal estate tax attributable to income in respect of a decedent (Fiduciary's share) | | |
| Long-term capital gain deduction | 600 | — |
| Exemption (Federal) | | 600 — |
| Total (lines 18 to 22, inclusive) | | |
| Taxable income of fiduciary (line 17 minus line 23) Enter on line 1, Sch. 2, page 1. | | 134,450 83 |

hedule 6 — Resident beneficiaries' shares of income and deduction items from Federal Return Form 1041, Schedule C. Enter shares of resident beneficiaries as reportable for Federal tax purposes.

| ...ficiary— as listed in ..., page 1 of form | 4 Amount of income required to be distributed currently | 5 Other amounts paid, credited, or otherwise required to be distributed | 6 Domestic dividends qualifying for Federal exclusion | 7 Income taxable to beneficiaries less portion reportable in cols. 8, 9, 9 and 10 | NOTE — Use Schedule 10 on page 1 of Form IT-205-A to report shares of nonresident beneficiaries. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

ntinuation of Schedule 6

| | 8 Net short-term capital gain | 9 Net long-term capital gain (100%) | 10 Tax-exempt income | 13 Depreciation and depletion |
|---|---|---|---|---|
| | | | Enter total for all beneficiaries as reported on Federal Form 1041 | |

hedule 7 — New York Fiduciary Adjustment — see instructions. To be completed by (1) resident estate or trust or (2) non-resident estate or trust with a resident beneficiary.

| | | |
|---|---|---|
| ditions | | |
| Interest income on state and local bonds, other than New York (gross amount) | 32,678 | 68 |
| Income taxes deducted on Federal Fiduciary Return | | |
| Other additions | | |
| Total additions | | 32,678 68 |
| btractions | | |
| Interest income on United States obligations included in Federal income | | |
| Other subtractions | | |
| Total subtractions | | 32,678 68 |
| New York Fiduciary Adjustment — Difference between lines 4 and 7 to be entered as total of Col. 3, Sch. 4, page 1 | | |

CONFIDENTIAL CMG v. Greene Archives
Subject to Protective Order

MM-0009238

**IT-205** Fiduciary Return 1968 (fiscal year ended _____) a

NY State Department
of Taxation and Finance

Use this preaddressed
form. Make any
necessary changes in
name and address.

MONROE, MARILYN EST          3147
AARON R FROSCH EXEC
120 E 56TH ST
NEW YORK N Y 10022

*COPY*        *CLIENT'S COPY*

Employer identification number

13-627426

A) Check box if resident estate or trust ☐ and complete this form only; however, if there are nonresident beneficiaries, see instructions.
   Check box if nonresident estate or trust ☐ and complete required schedules on this form and Form IT-205-A. (see instructions)
B) Late trust was created or, if an estate, date of decedent's death _____
C) If estate was closed, or trust terminated, state the date _____
D) Was a New York State fiduciary return filed for 1968? Yes _____ 1967? Yes _____
   ("Yes," give complete title under which it was filed _____
   If "No," state reasons _____
E) Check whether return is for an Estate ☑, Simple trust ☐, or Complex trust ☐. If return is for a trust, check whether Testamentary ☐ or Inter
   Vivos ☐ and, if Inter Vivos, enter name and address of grantor _____

**Schedule 1 — Names and addresses of beneficiaries.** List all beneficiaries, whether resident or nonresident.

| 1 Name of each beneficiary. Check box if beneficiary is a nonresident. | 2 Address of each beneficiary. If mailing address differs from home address, give both. | 3 Identifying number of each beneficiary |
|---|---|---|
| a) | ☐ | |
| b) | ☐ | |
| c) | ☐ | |
| d) | ☐ | |

**Schedule 2 — Computation of New York taxable income of resident estate or trust.** Use Sch. 8 of Form IT-205-A to compute New York taxable income of a nonresident estate or trust.

| | | |
|---|---|---|
| 1 Federal taxable income of fiduciary (Sch. 5, line 23, page 2, this form) | | |
| 2 Exemption claimed on Federal return (Sch. 5, line 21, page 2, this form) | | 600 |
| 3 Line 1 plus line 2 | | |
| 4 New York exemption | | 600 00 |
| 5 Line 3 less line 4 | | |
| 6 New York modifications relating to gains allocated to principal (see instructions) | | |
| 7 Line 5 less line 6 | | |
| 8 Fiduciary's share of New York Fiduciary Adjustment (from Sch. 4, Col. 3 below) | | |
| 9 New York taxable income of fiduciary (line 7 plus or minus line 8) Enter on line 1, Sch. 3 below | | |

**Schedule 3 — Computation of tax. To be completed for resident and nonresident estates and trusts.**

| | | |
|---|---|---|
| 1 New York taxable income of fiduciary (from line 9, Sch. 2 above or line 12, Sch. 8 of Form IT-205-A) | | |
| 2 TAX on amount on line 1 (from New York tax rate schedule — see instructions) | | |
| | | |
| Make remittance payable to New York State Income Tax Bureau | | 73 |

**Schedule 4 — Shares of New York Fiduciary Adjustment. To be completed by (1) resident estate or trust or (2) nonresident estate or trust having any resident beneficiaries.**

| beneficiary — same as in Sch. 1 above | Shares of Federal distributable net income (see instructions) | | 3 Shares of New York Fiduciary Adjustment | The Total of Col. 3, this schedule, should be the same as line 8, Sch. 7, page 2. If the New York Fiduciary Adjustment is a plus amount, ADD the Fiduciary's share at line 8, Sch. 2 above and ADD a resident beneficiary's share to the total Federal income on his New York return. If the Fiduciary Adjustment is a minus amount, SUBTRACT their respective shares. | For office use only |
|---|---|---|---|---|---|
| | 1 Amount | 2 Percentage | | | |
| a) | | | | | |
| b) | | | | | |
| c) | | | | | |
| d) | | | | | |
| Fiduciary | | | | | |
| Totals | | 100% | | | |

Signature of fiduciary or officer representing fiduciary _____ Date _____
        6E 39 ST  NY NY 10016     Address

CONFIDENTIAL CMG v. Greene Archives
Subject to Protective Order

MM-0009239

... of completing Schedule 6 and 6 below, attach copies of Federal Fiduciary Income Tax Return
(Form 1041) and Federal Schedule E (Form 1041).
Schedule 7 must be completed even though copies of Form 1041 and Schedule E (Form 1041) are submitted.
Schedule 5 — Details of Federal taxable income of fiduciary. Enter items of income and deductions as reported for Federal tax purposes. To be completed by resident estate or trust only.

| INCOME | | | |
|---|---|---|---|
| 1 Dividends (Enter full amount before exclusion) | | | |
| 2 Interest | 8177 | | |
| 3 Income from partnerships and other fiduciaries   STATE TAX REFUND | )925 | | |
| 4 Gross rents and royalties | (671) | | |
| 5 Gross profit (loss) from trade or business | | | |
| 6 Net gain (loss) capital assets | | | |
| 7 Net gain (loss) property other than capital assets | | | |
| 8 Other income | 44803 | | 54803 |
| 9 Total income (lines 1 to 8, inclusive) | | | |
| DEDUCTIONS | | | |
| 10 Interest | | | |
| 11 Taxes | 9696 | — | |
| 12 Fiduciary's portion of depreciation and depletion | | | |
| 13 Charitable deduction | | | |
| 14 Other deductions | 2550 | | 12246 |
| 15 Total (lines 10 to 14, inclusive) | | | |
| 16 Line 9 minus line 15 | | | |
| 17 Deduction for distributions to beneficiaries | | | |
| 18 Adjustment of dividend exclusion | | | |
| 19 Federal estate tax attributable to income in respect of a decedent (Fiduciary's share) | | | |
| 20 Long-term capital gain deduction | | | |
| 21 Exemption (Federal) | 600 | | 600 |
| 22 Total (lines 17 to 21, inclusive) | | | |
| 23 Taxable income of fiduciary (line 16 minus line 22) Enter on line 1, Sch. 2, page 3. | | | |

Schedule 6 — Resident beneficiary's share of income and deduction items from Federal Schedule E (Form 1041)
Enter shares of resident beneficiaries as reportable for Federal tax purposes.

| Beneficiary—name as listed in Sch. 1, page 1 of this form | 1 Dividends qualifying for Federal exclusion | 2 Short-term capital gain | 3 Long-term capital gain | NOTE — Use Schedule 10 on page 1 of Form IT-205-A to report shares of nonresident beneficiaries. |
|---|---|---|---|---|
| a) | | | | |
| b) | | | | |
| c) | | | | |
| d) | | | | |

Continuation of Schedule 6

| | 4 Other taxable income | 5 Depreciation and depletion | 7 Other deductions |
|---|---|---|---|
| a) | | | |
| b) | | | |
| c) | | | |
| d) | | | |

Schedule 7 — New York Fiduciary Adjustment — see instructions. To be completed by (1) resident estate or trust or (2) nonresident estate or trust with a resident beneficiary.

| Additions | | | |
|---|---|---|---|
| 1 Interest income on state and local bonds, other than New York (gross amount) | | | |
| 2 Income taxes deducted on Federal Fiduciary Return | 9696 | | |
| 3 Other additions | | | |
| 4 Total additions | | | 9696 |
| Subtractions | | | |
| 5 Interest income on United States obligations included in Federal income | | | |
| 6 Other subtractions — INCOME TAX REFUND INCLUDED ON Federal Rtn | 1056 | | |
| 7 Total subtractions | | | 1056 |
| 8 New York Fiduciary Adjustment — Difference between lines 4 and 7 to be entered as total of Col. 3, Sch. 4, page 1 | | | |

CONFIDENTIAL CMG v. Greene Archives
Subject to Protective Order

MM-0009240

**IT-205** NEW YORK STATE INCOME TAX
**Fiduciary Return 1969** (fiscal year ended _____) | A

NY State Department of Taxation and Finance

Name of estate or trust
ESTATE OF MARILYN MONROE

Name and title of fiduciary
AARON R. FROSCH, EXECUTOR

Employer Identification number
13-6129486

Address of fiduciary (Number and street of rural route)
120 EAST 56TH STREET

City, village or post office and State __ NEW YORK, NEW YORK __ ZIP code 10022

A) Check box if resident estate or trust ✓ and complete this form only; however, if there are nonresident beneficiaries, see instructions.

Check box if nonresident estate or trust ☐ and complete required schedules on this form and Form IT-205-A. (See instructions)

If revocable trust which changed residence during the year, state the date, (see instructions)

B) Date trust was created or, if an estate, date of decedent's death AUG 5, 19 C) If estate was closed, or trust terminated, state the date

D) Was a New York State fiduciary return filed for 1967? YES, 1968? YES

If "Yes," give complete title under which it was filed ___ SAME

If "No," state reasons

E) Check whether return is for an Estate ✓ Simple trust ☐, or Complex trust ☐ If return is for a trust, check whether Testamentary ☐ or Inter Vivos ☐ and, if Inter Vivos, enter name and address of grantor

### Schedule 1 — Names and addresses of beneficiaries. List all beneficiaries, whether resident or nonresident.

| 1 Name of each beneficiary. Check box if beneficiary is a nonresident. | 2 Address of each beneficiary. If mailing address differs from home address, give both. | 3 Identifying number of each beneficiary |
|---|---|---|
| a) | ☐ | |
| b) | ☐ | |
| c) | ☐ | |
| d) | ☐ | |

### Schedule 2 — Computation of New York taxable income of resident estate or trust. Use Sch. 8 of Form IT-205-A to compute New York taxable income of a nonresident estate or trust.

| | |
|---|---|
| 1 Federal taxable income of fiduciary (Sch. 5, line 23, page 2, this form) | 6929.34 |
| 2 Exemption claimed on Federal return (Sch. 5, line 21, page 2, this form) | 600.00 |
| 3 Line 1 plus line 2 | 7529.34 |
| 4 New York exemption | 600.00 |
| 5 Line 3 less line 4 | 6929.34 |
| 6 New York modifications relating to gains allocated to principal (see instructions) | |
| 7 Line 5 less line 6 | 6929.34 |
| 8 Fiduciary's share of New York Fiduciary Adjustment (from Sch. 4, Col. 3 below) | 2989.00 |
| 9 New York taxable income of fiduciary (line 7 plus or minus line 8) Enter on line 1, Sch. 3 below | 9918.34 |

### Schedule 3 — Computation of tax. To be completed for resident and nonresident estates and trusts.

| | |
|---|---|
| 1 New York taxable income of fiduciary (from line 9, Sch. 2 above or line 12, Sch. 8 of Form IT-205-A) | 9918.34 |
| 2 TAX on amount on line 1 (from New York tax rate schedule — see instructions) | 443.93 |
| 3 LESS: TAX PREPAID DECEMBER 24, 1969 | 1700.00 |
| TAX OVERPAYMENT TO BE REFUNDED | (1256.07) |

Make remittance payable to New York State Income Tax Bureau

### Schedule 4 — Shares of New York Fiduciary Adjustment. To be completed by (1) resident estate or trust or (2) nonresident estate or trust having a resident beneficiaries.

| Beneficiary name as in Sch. 3 above | Shares of Federal distributable net income (see instructions) | | 3 Shares of New York Fiduciary Adjustment | |
|---|---|---|---|---|
| | 1 Amount | 2 Percentage | | The Total of Col. 3, this schedule, should be the same as line 8, Sch. 7, page 2. If the New York Fiduciary Adjustment is a plus amount, ADD the Fiduciary's share at line 8, Sch. 2 above and ADD a resident beneficiary's share to the total Federal income on his New York return. If the Fiduciary Adjustment is a minus amount, SUBTRACT their respective shares. |
| a) | | | | |
| b) | | | | |
| c) | | | | |
| d) | | | | |
| Fiduciary | 6929.34 | 100.% | 2989.00 | For office use only |
| Totals | 6929.34 | 100% | 2989.00 | |

Sign here ► _____

Signature of fiduciary or officer representing fiduciary

CLIENT'S COPY

CONFIDENTIAL CMG v. Greene Archives
Subject to Protective Order

MM-0009241

In lieu of completing Schedules 5 and 6 below, attach copies of Federal Fiduciary Income Tax Return (Form 1041) and Federal Schedule E (Form 1041). Schedule 7 must be completed even though copies of Form 1041 and Schedule E (Form 1041) are submitted.

## Schedule 5 — Details of Federal taxable income of fiduciary. Enter items of income and deductions as reported for Federal tax purposes. To be completed by resident estate or trust only.

**INCOME**

| | | |
|---|---|---|
| 1 Dividends (Enter full amount before exclusion) | 1662 04 | |
| 2 Interest | | |
| 3 Income from partnerships and other fiduciaries | | |
| 4 Gross rents and royalties | | |
| 5 Gross profit (loss) from trade or business | | |
| 6 Net gain (loss) capital assets | | |
| 7 Net gain (loss) property other than capital assets | | |
| 8 Other income | 20956 83 | |
| 9 Total income (lines 1 to 8, inclusive) | | 28618 87 |

**DEDUCTIONS**

| | | |
|---|---|---|
| 10 Interest | 15149 35 | |
| 11 Taxes | 2989 00 | |
| 12 Fiduciary's portion of depreciation and depletion | | |
| 13 Charitable deduction | | |
| 14 Other deductions | 2956 18 | |
| 15 Total (lines 10 to 14, inclusive) | | 21094 53 |
| 16 Line 9 minus line 15 | | 7524 34 |
| 17 Deduction for distributions to beneficiaries | | |
| 18 Adjustment of dividend exclusion | | |
| 19 Federal estate tax attributable to income in respect of a decedent (Fiduciary's share) | | |
| 20 Long-term capital gain deduction | | |
| 21 Exemption (Federal) | 600 00 | 600 00 |
| 22 Total (lines 17 to 21, inclusive) | | |
| 23 Taxable income of fiduciary (line 16 minus line 22) Enter on line 1, Sch. 2, page 1. | | 6924 34 |

## Schedule 6 — Resident beneficiary's share of income and deduction items from Federal Schedule E (Form 1041)
### Enter shares of resident beneficiaries as reportable for Federal tax purposes.

| Beneficiaries — same as listed in Sch. 1, page 1 of this form | 1 Dividends qualifying for Federal exclusion | 2 Short-term capital gain | 3 Long-term capital gain | NOTE — Use Schedule 10 on page 1 of Form IT-205-A to report shares of nonresident beneficiaries. |
|---|---|---|---|---|
| a) | | | | |
| b) | | | | |
| c) | | | | |
| d) | | | | |

**Continuation of Schedule 6**

| | 4 Other taxable income | 5 Depreciation and depletion | 7 Other deductions |
|---|---|---|---|
| a) | | | |
| b) | | | |
| c) | | | |
| d) | | | |

## Schedule 7 — New York Fiduciary Adjustment — see instructions. To be completed by (1) resident estate or trust or (2) nonresident estate or trust with a resident beneficiary.

**Additions**

| | | |
|---|---|---|
| 1 Interest income on state and local bonds, other than New York (gross amount) | | |
| 2 Income taxes deducted on Federal Fiduciary Return | 2989 00 | |
| 3 Other additions | | |
| 4 Total additions | | 2989 00 |

**Subtractions**

| | | |
|---|---|---|
| 5 Interest income on United States obligations included in Federal income | | |
| 6 Other subtractions | | |
| 7 Total subtractions | | |
| 8 New York Fiduciary Adjustment — Difference between lines 4 and 7 to be entered as total of Col. 3, Sch. 4, page 1 | | 2989 00 |

CONFIDENTIAL CMG v. Greene Archives
Subject to Protective Order

MM-0009242

# IT-205 Fiduciary Return 1970

(fiscal year ended _____)    R.

**Employer Identification number**
13-6129486

NY State Department of Taxation and Finance

**Name of estate or trust**
ESTATE OF MARILYN MONROE

**Name and title of fiduciary**
AARON R. FROSCH, EXECUTOR

**Address of fiduciary (Number and street or rural route)**
120 EAST 56TH STREET

**City, village or post office and State**                    ZIP code
NEW YORK, NEW YORK

A) Check box if resident estate or trust ☑ and complete this form only; however, if there are nonresident beneficiaries, see instructions.

Check box if nonresident estate or trust ☐ and complete required schedules on this form and Form IT-205-A. (see instructions)

If revocable trust which changed residence during the year, state the date. (see instructions)

B) Date trust was created or, if an estate, date of decedent's death AUG. 5, 1962 ☑. If estate was closed, or trust terminated, state the date

D) Was a New York State fiduciary return filed for 1969? YES    1969? YES

If "Yes," give complete title under which it was filed  / SAME

If "No," state reasons

E) Check whether return is for an Estate ☑, Simple trust ☐, or Complex trust ☐. If return is for a trust, check whether Testamentary ☐ or Inter Vivos ☐ and, if Inter Vivos, enter name and address of grantor. Also check whether Pooled income fund ☐

## Schedule 1 — Names and addresses of beneficiaries. List all beneficiaries, whether resident or nonresident.

| 1 Name of each beneficiary. Check box if beneficiary is a nonresident. | 2 Address of each beneficiary. If mailing address differs from home address, give both. | 3 Identifying number of each beneficiary |
|---|---|---|
| a) | ☐ | |
| b) | ☐ | |
| c) | ☐ | |
| d) | ☐ | |

## Schedule 2 — Computation of New York taxable income of resident estate or trust. Use Sch. 8 of Form IT-205-A to compute New York taxable income of a nonresident estate or trust.

| | | |
|---|---|---|
| 1 Federal taxable income of fiduciary (Sch. 5, line 23, page 2, this form) | 49397 | 30 |
| 2 Exemption claimed on Federal return (Sch. 5, line 21, page 2, this form) | 600 | 00 |
| 3 Line 1 plus line 2 | 49997 | 30 |
| 4 New York exemption | 600 | 00 |
| 5 Line 3 less line 4 | 49397 | 30 |
| 6 New York modifications relating to gains allocated to principal (see instructions) | -49397 | 30 |
| 7 Line 5 less line 6 | 2112 | 57 |
| 8 Fiduciary's share of New York Fiduciary Adjustment (from Sch. 4, Col. 3 below). Add Sec. 618(5) modification (see instructions) | | |
| 9 New York taxable income of fiduciary (line 7 plus or minus line 8) Enter on line 1, Sch. 3 below | 5150987 | |

## Schedule 3 — Computation of tax. To be completed for resident and nonresident estates and trusts.

| | | |
|---|---|---|
| 1 New York taxable income of fiduciary (from line 9, Sch. 2 above or line 12, Sch. 8 of Form IT-205-A) | 5150987 | |
| 2 TAX on amount on line 1 (from New York tax rate schedule — see instructions) | 577138 | |
| 3 LESS: CLAIM FOR TAX CREDIT (FORM IT-112 R ATTACHED) | (189271) | |
| LESS: TAX PREPAID DECEMBER 30, 1970 | (700000) | |
| TAX OVERPAYMENT TO BE REFUNDED | 312133 | |

Make remittance payable to New York State Income Tax Bureau

## Schedule 4 — Shares of New York Fiduciary Adjustment. To be completed by (1) resident estate or trust or (2) nonresident estate or trust having any resident beneficiaries.

| Beneficiary—same as in Sch. 1 above | Shares of Federal distributable net income (see instructions) | | 3 Shares of New York Fiduciary Adjustment | |
|---|---|---|---|---|
| | 1 Amount | 2 Percentage | | The Total of Col. 3, this schedule, should be the same as line 8, Sch. 7, page 2. If the New York Fiduciary Adjustment is a plus amount, ADD the Fiduciary's share at line 8, Sch. 2 above and ADD a resident beneficiary's share to the total Federal income on his New York return. If the Fiduciary Adjustment is a minus amount, SUBTRACT their respective shares. |
| a) | | | | |
| b) | | | | For office use only |
| c) | | | | |
| d) | | | | |
| Fiduciary | 49397.30 | 100 | 2112.57 | |
| Totals | 49397.30 | 100% | 2112.57 | |

Sign here ▷ _____
Signature of fiduciary or officer representing fiduciary          Date

**CONFIDENTIAL CMG v. Greene Archives**
**Subject to Protective Order**

MM-0009243

In lie of completing Schedules 5 and 6 below, attach copies of Federal Fiduciary Income Tax Return
(Form 1041) and Federal Schedule E (Form 1041), however, complete Col. 9 of Schedule 6 below if applicable.
Schedule 7 must be completed even though copies of Form 1041 and Schedule E (Form 1041) are submitted.

**Schedule 5 — Details of Federal taxable income of fiduciary. Enter items of income and deductions as reported for Federal tax purposes. To be completed by resident estate or trust only.**

| INCOME | | |
|---|---|---|
| 1 Dividends (Enter full amount before exclusion) | | |
| 2 Interest | 12139 88 | |
| 3 Income from partnerships and other fiduciaries | | |
| 4 Gross rents and royalties | 1057 76 | |
| 5 Gross profit (loss) from trade or business | | |
| 6 Net gain (loss) capital assets | | |
| 7 Net gain (loss) property other than capital assets | | |
| 8 Other income | 97035 49 | |
| 9 Total income (lines 1 to 8, inclusive) | | 110233 13 |
| **DEDUCTIONS** | | |
| 10 Interest | 5777 87 | |
| 11 Taxes | 8000 00 | |
| 12 Fiduciary's portion of depreciation and depletion | | |
| 13 Charitable deduction | | |
| 14 Other deductions | 46457 96 | |
| 15 Total (lines 10 to 14, inclusive) | | 60235 23 |
| 16 Line 9 minus line 15 | | 49997 30 |
| 17 Deduction for distributions to beneficiaries | NONE | |
| 18 Adjustment of dividend exclusion | | |
| 19 Federal estate tax attributable to income in respect of a decedent (Fiduciary's share) | | |
| 20 Long-term capital gain deduction | | |
| 21 Exemption (Federal) | 600 00 | |
| 22 Total (lines 17 to 21, inclusive) | | 600 00 |
| 23 Taxable income of fiduciary (line 16 minus line 22) Enter on line 1, Sch. 2, page 1 | | 49397 30 |

**Schedule 6 — Resident beneficiary's share of income, deduction and tax preference items from Federal Schedule E (Form 1041). Enter shares of resident beneficiaries as reportable for Federal tax purposes.**

| Beneficiary—names listed in Sch. I, page 1 of this item | 1 Dividends qualifying for Federal exclusion | 2 Short-term capital gain | 3 Long-term capital gain | NOTE — Use Schedule 10 on page 1 of Form IT-205-A to report shares of nonresident beneficiaries. |
|---|---|---|---|---|
| a) | | | | |
| b) | | | | |
| c) | | | | |
| d) | | | | |

| Continuation of Schedule 6 | | | | Shares of tax preference items | |
|---|---|---|---|---|---|
| | 4 Other taxable income | 5 Depreciation and depletion | 7 Other deductions | 8 Total Federal amount | 9 Total modified Federal amount (see instructions) |
| e) | | | | | |
| b) | | | | | |
| c) | | | | | |
| d) | | | | | |

**Schedule 7 — New York Fiduciary Adjustment — see instructions. To be completed by (1) resident estate or trust or (2) nonresident estate or trust with a resident beneficiary.**

| Additions | | |
|---|---|---|
| 1 Interest income on state and local bonds, other than New York (gross amount not included in Federal income) | | |
| 2 Income taxes deducted on Federal Fiduciary Return | 8000 00 | |
| 3 Other additions | | |
| 4 Total additions | | 8000 00 |
| **Subtractions** | | |
| 5 Interest income on United States obligations included in Federal income | 4631 36 | |
| 6 Other subtractions  NEW YORK STATE INCOME TAX REFUND | 1256 07 | |
| 7 Total subtractions | | 5887 4 |
| 8 New York Fiduciary Adjustment — Difference between lines 4 and 7 to be entered as total of Col. 3, Sch. 4, page 1 | | 2112 5 |

(8/70) 1500M11

CONFIDENTIAL CMG v. Greene Archives
Subject to Protective Order

MM-0009244

DEPARTMENT OF TAXATION AND FINANCE · INCOME TAX BUREAU

CLAIM FOR RESIDENT TAX CREDIT

CLAIM FOR CREDIT AGAINST PERSONAL INCOME TAX DUE TO STATE OF NEW YORK BY A RESIDENT
FOR INCOME TAXES PAID OR DUE TO ANOTHER STATE, OR POLITICAL SUBDIVISION
THEREOF, OR TO THE DISTRICT OF COLUMBIA

| ATTACH THIS FORM TO THE RETURN ON WHICH CREDIT IS CLAIMED | First name and initial  ESTATE OF MARILYN | Last name  MONROE | Your social security no.  13-6129186 |
|---|---|---|---|
| | Home Address 120 EAST 56TH STREET  Number and street or rural route | AARON R. FROSCH, EXECUTOR  Apt. No. | TAX YEAR INVOLVED 1970 |
| | NEW YORK, NEW YORK  City, village or post office and State | 10022  Postal ZIP Code | |

## NEW YORK STATE TAX LAW RELATING TO CREDIT
## TO RESIDENTS FOR INCOME TAXES

**Section 620. Credit for income tax of another state.** (a) General. A resident shall be allowed a credit against the tax otherwise due under this article for any income tax imposed for the taxable year by another state of the United States, a political subdivision of such state or by the District of Columbia, upon income both derived therefrom and subject to tax under this article.

(b) Limitations.

(1) The credit under this section shall not exceed the percentage of the tax otherwise due under this article determined by dividing the portion of the taxpayer's New York income subject to taxation by such other jurisdiction by the total amount of the taxpayer's New York income.

(2) The credit under this section shall not reduce the tax otherwise due under this article to an amount less than would have been due if the income subject to taxation by such other jurisdiction were excluded from the taxpayer's New York income.

(c) Definition. For purposes of this section New York income means:

(1) the New York adjusted gross income of an individual, or

(2) the amount of the income of an estate or trust, determined as if the estate or trust were an individual computing his New York adjusted gross income under section six hundred twelve.

1. Indicate name of state, political subdivision (including state in which located) or District of Columbia to which income tax was payable  CALIFORNIA

2. Enter the amount of income tax imposed by such jurisdiction $ 1,892.71 . The amount to be shown here is the tax required to be paid after subtracting any credit against the tax (other than prepayments made through withholding or on an estimated tax declaration) allowed by the laws of the other jurisdiction allocable to income derived from such other jurisdiction which is also subject to New York State personal income tax. Attach a copy of the income tax return filed with the other state, political subdivision or District of Columbia. If the amount is based upon income tax withheld by a political subdivision of a state and the tax liability to such political subdivision is satisfied by withholding without the necessity of filing a return, adequate substantiation of payment must be attached.

3. Resident tax credit claimed (compute credit on other side) $ 1,892.71 .

I certify that I am a resident of (or executor or administrator of the above described estate or trust which has resident situs in) the State of New York and that to the best of my knowledge and belief the statements made herein in support of this claim for credit are true and complete.

_____          _____
Taxpayer's Signature                  Date

**CONFIDENTIAL CMG v. Greene Archives**
**Subject to Protective Order**

**MM-0009245**

IT-201 (11/67)                                                                        Page 2

C.  Computation of Credit-Complete schedule and formula below.

> As used below, the term "total Federal income" means Federal adjusted gross income as defined in the Internal Revenue Code of the United States and its applicable regulations.  The term "total New York income" means New York adjusted gross income which is total Federal income as adjusted by the applicable additions and subtractions required by New York Tax Law and described in the Instructions for Resident Returns (Forms IT-201-I and IT-201-P).

COLUMN A - The amount of income, gain or loss to be entered in Column A is the amount of the item included in total New York income on your New York State return.

    If Short Form IT-200 is being filed for New York tax purposes, enter in Column A the total amounts of wages, dividends and interest reported on the Form IT-200.

COLUMN B - The amount of credit is computed on an adjusted gross income basis.  Therefore, the amount of an item taxable by the other jurisdiction to be entered in Column B is the gross amount thereof less applicable expenses and losses which would be deductible in computing Federal Adjusted Gross Income.  In determining the expenses and losses deductible from items of gross income, the Federal rules covering deductions allowable in computing Federal Adjusted Gross Income should be followed.  Expenses and losses of a nature which for Federal tax purposes would be deductible only from Adjusted Gross Income cannot be used in determining the amount to be entered in Column B.

    Do not enter in Column B any amount of income, gain, loss or deduction arising from dividends or interest or from intangible assets, except to the extent that it is derived from an asset connected with a business carried on in the other jurisdiction.

    If an item of income is taxable by the other jurisdiction but is not taxable for New York tax purposes and, therefore, not included in Column A, such item of income (and applicable expenses and losses) should not be entered in Column B.

| Description of income | A. Amount reported on New York return | B. Portion taxable in other jurisdiction |
|---|---|---|
| Wages, salaries, tips, etc. | | |
| Dividends | 7.508.52 | |
| Interest income | | |
| Pensions and annuities, rents and royalties, partnerships and estates or trusts | 1.057.76 | |
| Business income | | |
| Sale or exchange of property | | |
| Farm income | | |
| Other sources | 95.779.42 | 60.280.84 |
| Total | | |
| Adjustments | | |
| Total income | (A) 104.345.70 | (B) 60.280.84 |

(B) (Total of Column B) 60.280.84 _____ = 5771.38 _____ Equals $ 3,334.13
(A) (Total of Column A) 104.345.70         New York Tax payable*                Credit allowable subject to limitations below

* New York tax payable is the New York personal income tax computed before the allowance of this credit and any percentage reduction of tax authorized for the taxable year.

Limitations:  (1) The credit allowed may not exceed the amount of tax imposed by such other jurisdiction (See Item 3, page 1) and (2) the credit may not reduce the tax payable to New York State to an amount less than would be payable if the income from the other jurisdiction had been excluded in computing total New York income.

CONFIDENTIAL CMG v. Greene Archives
Subject to Protective Order

MM-0009246



**CALIFORNIA**

**FIDUCIARY INCOME TAX RETURN**
**(FOR ESTATES AND TRUSTS)**

TAXABLE **1970** YEAR

For Calendar Year 1970 or Fiscal Year begun ............................... 1970 and Ended ............................... 1971

Check whether:
☑ Estate
☐ Trust

If trust check whether:
☐ Testamentary
☐ Inter vivos
☐ Irrevocable
☐ Revocable

Name of estate or trust



ESTATE OF MARILYN MONROE

Name, address and title of fiduciary
AARON R. FROSCH, EXECUTOR
120 EAST 56 STREET
NEW YORK, NEW YORK 10022

Name and address of grantor of trust (this MUST be completed for all trusts)

Federal Employer Identification Number
13-6129486

Postal ZIP code

Postal ZIP code

a. Date estate or trust was created ..AUGUST 5, 1962..
b. Is the fiduciary a resident of this State? ..No..
c. If an estate, was decedent a California resident? ..No..
d. Was a State fiduciary return filed for the prior year? ..YES..
    If not, state reason ..........................
e. If final return, enter date property was distributed ..........

If this is the initial return, please refer to instruction G.

f. Enter total income shown on page 1 of the Federal Form 1041 for 1970 or the fiscal year stated hereon $..110,233.13.. Explain below, or in separate schedule, difference between this amount and line 9, below ..........................

g. If an estate, have any of the administration expenses shown on line 14, below, been claimed for inheritance tax purposes? ..No..

| INCOME | | $ |
|---|---|---|
| 1 Dividends (Enter full amount before exclusion) ........................ | | |
| 2 Interest on bonds, bank deposits, notes, etc. (see instruction 2 on taxability of state and municipal bonds) ... | | |
| 3 Income from partnerships and other fiduciaries (list names and addresses in Schedule A) ................... | | |
| 4 Gross rents and royalties ........................ | | |
| 5 Gross profit (or loss) from trade or business ........................ | | |
| 6 Net gain (or loss) from capital assets (line 11, column 3 of Schedule D, Form 541) ........ | | |
| 7 Ordinary gains and losses (line 28, Schedule D, Form 541) ........................ | | |
| 8 Other income (explain in Schedule B) SUMS RECEIVED IN CONNECTION WITH "SOME LIKE IT HOT" | | 60,280.84 |
| 9 Total income (add lines 1 to 8, inclusive) | | $ 60,280.84 |

| DEDUCTIONS | | | $ |
|---|---|---|---|
| 10 Interest (explain in Schedule C) NEW YORK STATE TAX COMMISSION 5,717.27 SEE SCH/05 $ 3,196.32 | | | |
| 11 Taxes (explain in Schedule C) | | | |
| 12 Fiduciary's portion of depreciation (Schedule E) and depletion. Explain depletion ... | | | |
| 13 Charitable deduction (line 9, Schedule G) | | | |
| 14 Other deductions authorized by law (explain in Schedule C) | 30,857.43 | | |
| 15 Total (add lines 10 to 14, inclusive) | | | 34,053.75 |
| 16 Subtract line 15 from line 9. (Complex trusts and estates enter amount shown here on line 1 in Schedule H). | | | $ 26,227.09 |
| 17 Deduction for distributions to beneficiaries | | $ NONE | |
| 18 Long-term capital gain deduction. Enter 50% of line 12(e), Schedule D, Form 541 ... | | | NONE |
| 19 Total (add lines 17 and 18) | | | |
| 20 Taxable income of fiduciary (subtract line 19 from line 16) | | | $ 26,227.09 |

| TAX | | $ |
|---|---|---|
| 21 TAX on amount on line 20 (see tax rate schedule on page 3) ........................ | | $ 1,902.71 |
| 22 Exemption credit ($10.00 for an estate; $1.00 for a trust) ........................ | | 10.00 |
| 23 Tax Due (subtract line 22 from line 21) | | 1,892.71 |
| 24 Less Credit for net income taxes paid to states listed in instruction 23 (State..........................) | | |
| 25 Balance of tax (subtract line 24 from line 23).  PAY IN FULL WITH RETURN ($1.00 or less waived) | | $ 1,892.71 |

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief it is true, correct, and complete. If prepared by a person other than taxpayer, his declaration is based on all information of which he has any knowledge.

Sign here ▷ _____
(Signature of fiduciary or officer representing fiduciary)                    (Date)

_____
(Signature of preparer other than fiduciary)                    (Address)                    (Date)

CONFIDENTIAL CMG v. Greene Archives
Subject to Protective Order

MM-0009247

**Schedule A.—LIST NAMES AND ADDRESSES OF PARTNERSHIPS AND OTHER FIDUCIARIES (see line 3, page 1)**

| Name | Address |
|---|---|
| (a) | |
| (b) | |
| (c) | |
| (d) | |

**Schedule B.—EXPLANATION OF OTHER INCOME REPORTED ON LINE 8, PAGE 1**

| Line No. | Explanation | Amount | Line No. (cont.) | Explanation (continued) | Amount (continued) |
|---|---|---|---|---|---|
| | | | | | |

**Schedule C.—EXPLANATION OF DEDUCTIONS CLAIMED IN LINES 10, 11 and 14, PAGE 1**

| Line No. | Explanation | Amount | Line No. (cont.) | Explanation (continued) | Amount (continued) |
|---|---|---|---|---|---|
| 14 | ADMINISTRATION EXPENSES | | | COMMISSIONS (ATTRIBUTABLE TO CALIF ACCT'G INCOME) | 18,065.34 |
| | V.373.80 × 55.32 % | 2,419.55 | | TOTAL | 30,857.13 |
| | LEGAL AND ACCOUNTING | | | TOTAL CALIFORNIA INCOME 60,280.34 | |
| | 12,750.00 × 55.32 % | 10,378.50 | | TOTAL STATE INCOME 108,977.06 = 55.32% | |

**Schedule D.—ATTACH SCHEDULE D (Form 541) TO REPORT SALES OR EXCHANGES OF PROPERTY**

**Schedule E.—DEPRECIATION**

| 1. Group and Guideline Class (Federal) or description of property | 2. Date acquired | 3. Cost or other basis | 4. Depreciation allowed (or allowable) in prior years | 5. Method of computing depreciation | 6. Rate (%) or life (years) | 7. Depreciation for this year |
|---|---|---|---|---|---|---|
| 1. Total additional first-year depreciation—estates only (do not include in items below) | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

2. Totals ...........
3. Less: Amount of depreciation claimed elsewhere on this return..............
4. Balance (subtract line 3 from line 2)..............
5. Fiduciary's portion of line 4. Enter here and on line 12, page 1..............

**Schedule F.—BENEFICIARIES' SHARES OF INCOME (see instructions)**

| 1. Name of each beneficiary (designate nonresident beneficiaries) If beneficiary is a married woman, also enter husband's first name | 2. Social Security number | 3. Address | 4. Single (S) or Married (M) | 5. State relationship to grantor |
|---|---|---|---|---|
| (a) | | | | |
| (b) | | | | |
| (c) | | | | |
| (d) | | | | |

**Schedule F.—(cont.)—RESIDENT AND NONRESIDENT BENEFICIARIES**

| | 6. Amount of income required to be distributed currently | 7. Other amounts paid, credited, or otherwise required to be distributed | 8. Income taxable to beneficiaries less portion reportable in cols. 9, 10 & 11 | 9. Net short-term capital gain | 10. Net long-term capital gain (100%) | 11. Tax-exempt income | 12. Depreciation and depletion |
|---|---|---|---|---|---|---|---|
| (a) | | | | | | | |
| (b) | | | | | | | |
| (c) | | | | | | | |
| (d) | | | | | | | |
| Totals | | | | | | | |

**Schedule F.—(cont.)—NONRESIDENT BENEFICIARIES**   Enter the portion of each amount shown above derived from sources within California which is allocated to nonresident beneficiaries. Submit separate schedules supporting allocation of income to sources with and without this State.

| | 6(a). Amount of income required to be distributed currently | 7(a). Other amounts paid, credited, or otherwise required to be distributed | 8(a). Income taxable to beneficiaries less portion reportable in cols. 9(a), 10(a) & 11(a) | 9(a). Net short-term capital gain | 10(a). Net long-term capital gain (100%) | 11(a). Tax-exempt income | 12(a). Depreciation and depletion |
|---|---|---|---|---|---|---|---|
| (a) | | | | | | | |
| (b) | | | | | | | |
| (c) | | | | | | | |
| (d) | | | | | | | |
| Totals | | | | | | | |

* Fiduciaries must also complete and file with Form 541 a Schedule F-1 (Form 541) for each beneficiary. See instructions.

CONFIDENTIAL CMG v. Greene Archives
Subject to Protective Order

MM-0009248

**Schedule G.—COMPUTATION OF CHARITABLE DEDUCTION (see instructions)**  
Submit statement giving name and address of charitable organization.

Attach copy of trust instrument if not previously submitted

1. Amounts paid or permanently set aside for charitable purposes from current year's income.........................
2. Tax-exempt interest allocable to charitable distribution. ..................................
   (Complete lines 3 and 4 below only if gain on line 10, column 2, Schedule D, exceeds loss on line 9, column 2, Schedule D)
3. (a) Long term capital gain included on line 1 . . . . . . . . . . . . . . . . . . . . .
   (Do not complete lines (b) and (c) if such amounts are greater than line (a))
   (b) Enter gain on line 10, column 2, Schedule D, minus loss on line 9, column 2, Schedule D..............................
   (c) Enter gain on line 10, column 3, Schedule D, minus loss on line 9, column 3, Schedule D...........................
4. Enter 50% of the smallest of line 3(a), line 3(b) or line 3(c).................................
5. Enter sum of line 2 and line 4.......................................
6. Balance (subtract line 5 from line 1)....................................
7. Enter short-term capital gains and 50% of the long-term capital gains of the current taxable year allocable to corpus, paid or permanently set aside for charitable purposes.....................
8. Amounts paid or permanently set aside for charitable purposes other than from income of the current year......
9. Total (add lines 6, 7 and 8). Enter here and one line 13, page 1....................

**Schedule H.—COMPUTATION OF DISTRIBUTABLE NET INCOME (see instructions)**

| | |
|---|---|
| 1. Enter amount from line 16, page 1................................. | 26,227.09 |
| 2. Add: (a) Tax-exempt interest (as adjusted) ................................. | |
| (b) Net gain shown on line 11, column 1, Schedule D. If net loss, enter zero................. | |
| (c) Lines 4 and 7, Schedule G................................. | |
| (d) Short-term capital gain included on line 1, Schedule G........................ | |
| (e) If amount on line 6, page 1, is a loss, enter amount here..................... | 26,227.09 |
| 3. Total (add lines 1 through 2(e)) ................................. | |
| 4. If amount on line 6, page 1, is a gain, enter amount here..................... | 26,227.09 |
| 5. Distributable net income (subtract line 4 from line 3)....................... | |

**Schedule I.—COMPUTATION OF DISTRIBUTIONS DEDUCTION (see instructions)**

| | |
|---|---|
| 1. Amount of income required to be distributed currently (from column 6, Schedule F)............... | NONE |
| 2. Other amounts paid, credited or otherwise required to be distributed (from column 7, Schedule F)....... | NONE |
| 3. Total (add lines 1 and 2)................................. | NONE |
| 4. Enter the total of tax exempt income (column 11, Schedule F)..................... | NONE |
| 5. Balance (subtract line 4 from 3)................................. | 26,227.09 |
| 6. Enter distributable net income (from line 5, Schedule H above)..................... | |
| 7. Enter amount of tax exempt interest from line 2(a), Schedule H, above................. | 26,227.09 |
| 8. Balance (subtract line 7 from line 6)................................. | |
| 9. Distributions deduction. (Enter here and on line 17, page 1, the lesser of line 5 or line 8 above)........ | NONE |

During the taxable year did you make an accumulation distribution as defined in Sec. 17771? See general instruction N. ☐ Yes ☑ No. If "Yes," attach Schedule J (Form 541).

## TAX RATE SCHEDULE

| TAXABLE INCOME (line 20, page 1) | | AMOUNTS AND RATES OF TAX | |
|---|---|---|---|
| $0 to $2,000 | | 1% | |
| 2,000 to 3,500 | $20 plus | 2% of amount over | $2,000 |
| 3,500 to 5,000 | 50 plus | 3% of amount over | 3,500 |
| 5,000 to 6,500 | 95 plus | 4% of amount over | 5,000 |
| 6,500 to 8,000 | 155 plus | 5% of amount over | 6,500 |
| 8,000 to 9,500 | 230 plus | 6% of amount over | 8,000 |
| 9,500 to 11,000 | 320 plus | 7% of amount over | 9,500 |
| 11,000 to 12,500 | 425 plus | 8% of amount over | 11,000 |
| 12,500 to 14,000 | 545 plus | 9% of amount over | 12,500 |
| 14,000 and over | 680 plus | 10% of amount over | 14,000 |

Taxpayer must complete fully all schedules where required. If space provided is inadequate attach separate schedule

**CONFIDENTIAL CMG v. Greene Archives**
**Subject to Protective Order**

MM-0009249

The personal income tax is imposed at graduated rates. The
rates of tax, for taxable years beginning on and after January
1, 1968, are as follows:

Role of Tax

| | | New York Taxable Income | | Tax Rate On Income Over in Col. |
|---|---|---|---|---|
| Over | Not Over | | Pay | |
| | $1,000 | | | 2% |
| | 3,000 | | $ 20 | 3% |
| $1,000 | 5,000 | | 80 | 4% |
| 3,000 | 7,000 | | 160 | 5% |
| 5,000 | 9,000 | | 260 | 6% |
| 7,000 | 11,000 | | 380 | 7% |
| 9,000 | 13,000 | | 520 | 8% |
| 11,000 | 15,000 | | 680 | 9% |
| 13,000 | 17,000 | | 860 | 10% |
| 15,000 | 19,000 | | 1,060 | 11% |
| 17,000 | 21,000 | | 1,280 | 12% |
| 19,000 | 23,000 | | 1,520 | 13% |
| 21,000 | 25,000 | | 1,780 | 14% |
| 23,000 | | | 1,780 | 14% |
| 23,000 | | | 2,060 | 15% |
| 25,000 | ..... | | | |

*Note: The 15% bracket applies to taxable years ending after December
31, 1971.*

THE TAX RATES FOR YEAR 1967 AND PRIOR ARE AS FOLLOWS:

Tax Rate Schedule

If amount on line 9, page 1 is:

| over | but not over | enter on line 10, page 1 | | |
|---|---|---|---|---|
| $ 0 | $1,000 | 2% of amount on line 9 | | |
| 1,000 | 3,000 | $20 plus 3% of excess over $1,000 | | |
| 3,000 | 5,000 | 80 plus 4% " " " 3,000 | | |
| 5,000 | 7,000 | 160 plus 5% " " " 5,000 | | |
| 7,000 | 9,000 | 260 plus 6% " " " 7,000 | | |
| 9,000 | 11,000 | 380 plus 7% " " " 9,000 | | |
| 11,000 | 13,000 | 520 plus 8% " " " 11,000 | | |
| 13,000 | 15,000 | 680 plus 9% " " " 13,000 | | |
| 15,000 | | 860 plus 10% " " " 15,000 | | |

EXHIBIT B

CONFIDENTIAL CMG v. Greene Archives
Subject to Protective Order

MM-0009250

<u>EXHIBIT B</u>

The proration provisions of R&T § 18004(a) may perhaps be most easily illustrated with a specific example. A simplified example of the Percentage Payments to the estate will be used for convenience: Assume the New York estate received a $100 Percentage Payment in a particular year, of which 10% ($10.00) was taxed in California at a 5% rate. ($.50 tax) and of which 100% ($100) was taxed in New York at a 6% rate ($6.00 tax). The California tax credit under § 18004(a) would, under these circumstances, be equal to the proportion of the taxes paid to the State of New York that:

1.   The income taxable in both California and New York ($10.00) bears to

2.   The income taxable only in New York ($100.00), or $10.00/$100.00 (1/10).

Accordingly, the tax credit would be one-tenth of the $6.00 taxes paid to the State of New York, or $.60. Because the California tax in such year was only $.50, the tax credit would exceed the assessment and no California tax would be due.

To illustrate this principle with the specific figures of the instant case, let us consider, for example, the year 1964. In that year, the FTB asserts that a portion of the Percentage Payments equal to $151,893.97 was taxable in California, and this entire amount was included in the taxable income of the New York Estate (which totalled $174,919.15).[*] California seeks to impose a tax of $10,107.58 on this income, while New York imposed a tax of $16,851.91 on the $174,919.15.

---

[*] See Affidavit of Frosch, ¶ 3, and Exhibit A thereto, Item 2.

- 1 -
<u>EXHIBIT B</u>

CONFIDENTIAL CMG v. Greene Archives
Subject to Protective Order

MM-0009251

Applying the formula of § 18004(a), the California
tax credit for 1964 would be equal to the proportion that:

    1.   The income taxable both in California
and New York ($151,893.97) bears to

    2.   The total income taxable in New York
($174,919.15), or approximately 150/175
(six-sevenths).

Accordingly the credit would equal 6/7 of $16,861.91
or $14,453.07, and, because this exceeds the $10,107.58
assessed by California, no tax is due for the year 1964.

In each of the years in the instant case, the tax
rates were higher in New York than in California, and the
entire income which California seeks to tax was taxed in
New York. As illustrated in the examples, these two factors
mean that the tax credit will always exceed the taxes imposed
by the State of California.

- 2 -
EXHIBIT B

CONFIDENTIAL CMG v. Greene Archives
Subject to Protective Order

MM-0009252