# EXHIBIT 111

# Surrogate's Court

COUNTY OF __New York__

In the Matter of the Application to Determine Estate Tax Upon the Estate of

__Marilyn Monroe__

Deceased.

Petition for Designation of Appraiser

File No. __P 2781/1962__

To the Surrogate's Court of the County of __New York__

The petition of __Aaron R. Frosch__ respectfully shows:

FIRST. That your Petitioner is the __Executor of the Estate of Marilyn Monroe__ deceased, and as such is a person interested in the estate of said deceased.

SECOND. That the said decedent departed this life on the __5th__ day of __August__, at __Los Angeles, California__; that the said deceased was a resident of __444 East 57th Street, New York, N.Y.__

THIRD. That letters __Testamentary__ on the estate of said deceased were on the __30th__ day of __October, 1962__, issued to your petitioner by the Surrogate's Court of the County of __New York__ and that h__is__ post office address is __120 East 56th Street, City, County and State of New York__

FOURTH. That the approximate gross estate of said decedent is $ __846,150.00__

FIFTH. That as your Petitioner is informed and believes the estate of said decedent is or may be subject to the payment of the tax imposed by law on the estates of deceased persons.

SIXTH. That all persons who are interested in said estate and who are entitled to notice of all proceedings herein, and their post office addresses, are as follows:

STATE TAX COMMISSION.
Norman and Hedda Rosten, 84 Remsen Street, Brooklyn, New York.
May Reiss, 299 West 12th Street, New York, N.Y.
Mrs. Michael Chekhov, 3374 Rowena, Los Angeles, Calif.
Dr. Marianne Kris, 135 Central Park West, New York, N.Y.
Lee Strasberg, 135 Central Park West, New York, N.Y.
Bernice Miracle, 330 S. West 27th Street, Gainesville, Florida.
Gladys Eley, also known as Gladys Baker, c/o Inez Melson, 9110 Sunset Boulevard, Los Angeles, Calif.
Attorney General of the State of New York, 80 Centre Street, New York, N.Y.

That all of the above are of full age and sound mind, except:
Gladys Eley, also known as Gladys Baker, c/o Inez Melson. Inez Melson was, by order of the Superior Court of the State of California, for the County of Los Angeles, dated December 22, 1959, appointed Conservator of the said Gladys Eley, also known as Gladys Baker.

That no previous application has been made for an order designating an appraiser in this proceeding.

WHEREFORE, your petitioner prays that you will designate an appraiser as provided by the law.

Dated, __July 27, 1964.__

__Aaron R. Frosch__
Petitioner.



**Surrogate's Court**

COUNTY OF _____

IN THE MATTER OF THE
APPLICATION TO DETERMINE
THE ESTATE TAX UPON
THE ESTATE OF

MARILYN MONROE,

Deceased.

PETITION FOR APPRAISER
AND DESIGNATION

Weissberger & Frosch
Attorney for Petitioner
120 East 56th Street,
New York, New York
PL 8-0800

STATE OF NEW YORK
COUNTY OF NEW YORK } ss.:

Aaron R. Frosch, being duly sworn, deposes and says: That _____ he is the petitioner herein; that _____ he read the foregoing petition subscribed by h__ and knows the contents thereof; that the same is true to h__ own knowledge except as to matters herein stated to be alleged upon information and belief, and as to those matters _____ he believes it to be true.

Sworn to before me this ____ day of JULY 19 64.

ELLIOT J. LEFKOWITZ
Notary Public, State of New York
No. 03-7474775
Qualified in Bronx County
Certificate filed in New York County
Commission expires March 30, 1966