# Exhibit 116

Excerpted pages of the deposition transcript of Anna Strasberg, dated January 4, 2008

# FILED UNDER SEAL