# EXHIBIT 122

COPY

1

1  UNITED STATES DISTRICT COURT
2  SOUTHERN DISTRICT OF NEW YORK
3  ------------------------------------x
4  SHAW FAMILY ARCHIVES, LTD.,
   EDITH MARCUS, and META STEVENS
5
6              Plaintiffs,
7      - against -
   CMG WORLDWIDE, Inc., an Indiana
8  corporation, and MARILYN MONROE,
   Limited, a Delaware limited
9  liability company,
10             Defendants.
   ------------------------------------x
11

12         Ellen Grauer Court Reporters
           126 East 56th Street
13         New York, New York

14

15

16         December 26, 2007
           12:01 p.m.
17

18

19         30(b)(6) deposition of MARK
   ROESLER, before Marlene Lee, CSR, CRR, a Notary
20 Public of the State of New York.

21

22

23   ELLEN GRAUER COURT REPORTING CO. LLC
      126 East 56th Street, Fifth Floor
24          New York, New York
               212-750-6434
25           Ref: 86257

1               ROESLER
2      Q.    That's your signature on page 1?
3      A.    It is.
4      Q.    Dated May 2nd, 1995; correct?
5      A.    Yes.
6      Q.    What was the gist of what you were
7   trying to say in the first page of this
8   document to Ms. Strasberg?
9            MS. COLBATH:   Objection.
10     A.    I don't -- I don't recall.  I don't
11  know what --
12     Q.    If you could just read the first
13  page to yourself.  Maybe it will refresh your
14  recollection.
15           MR. MINCH:  I'm sorry.  What
16     page --
17     A.    You're asking what the recent legal
18  victory on the West Coast was?
19     Q.    I'm just asking you to read the
20  cover page, this letter that you sent to
21  Ms. Strasberg, and tell me what the purpose of
22  this letter was.
23     A.    Well, it was right before -- we
24  started representing the -- officially
25  representing the estate 90 days later, so it

                    ROESLER

was probably in our lead-up to representing --

Q.   It says in the second paragraph, "In a follow-up to my recent letters and correspondence to you and my meetings a few days ago with Mr. Seidman and Mr. Starr, I have enclosed a brief summary of our position."  Do you see that?

A.   Yes.

Q.   By the way, is that the Ken Starr that you are referring to there?  It says "Ken Starr" on the bottom of the page, cc'd.

A.   What do you mean, "the Ken Starr"?

Q.   Kenneth Starr.

A.   You mean the one on the news a lot?

Q.   Yes.

A.   It's a different Ken Starr.  But a lot of people get him confused.  He's a well known financial adviser in New York.

        MS. COLBATH:  He thinks he's the Ken Starr.

Q.   When you say, "I have enclosed a brief summary of our position," what did you mean?

A.   I guess it's what's right here,