



Case 2:05-cv-02200-MMM-E  Document 416-89  Filed 02/15/2008  Page 16 of

41*  **Marilyn Monroe Signed Photo.** A beautiful and sexy 8x10 photo of Marilyn in a swimsuit boldly inscribed "To Larry - it's a pleasure to work with you Marilyn Monroe". Signed swimsuit photos of Marilyn are seldom encountered on any market. Minor surface creases do not detract. A breathtaking example.
$5,000-6,000



Lots 418, 420, 422 & 424

**Marilyn Monroe's Earrings And Necklace.** A beautiful consisting of faux diamond encrusted earrings and necklace, which exude the essence that was Marilyn. $900-1,000



Lots 419, 421 & 423

**Marilyn Monroe's Gold Pumps.** A nice pair of gold lamé owned and worn by Monroe. $700-800

420. **Marilyn Monroe's Cigarette Holder.** A nice piece engraved "Marilyn" on the silver barrel. Included is a hank that belonged to Marilyn. $300-400

421. **Marilyn Monroe's Pumps And Purse.** An exceptional lot consisting of a pair of gold-studded black leather pumps from Saks Fifth Avenue and a black faux alligator purse featuring a stamp inside which reads "Property of 20th Century Fox Wardrobe Department. Also included is a hankie. $800-1,000

422. **Marilyn Monroe's Pin and Pillbox.** A nice 14-karat gold pillbox-necklace bearing the initials "MM" and a beautiful ornate silver pin featuring her carved-in initials. $500-600

423. **Marilyn Monroe's Hat And Purses.** Three black purses and a nice veiled hat. A nice lot. $600-700

424. **Marilyn Monroe's Compacts.** Two nice compacts formerly owned by Marilyn. One is black enamel and gold with two separate compartments, the other, sterling silver art deco design bearing her monogram. $400-500



425. **Marilyn Monroe Signed Book.** A copy of Willa Cather's "A Lost Lady" boldly signed to Marilyn's nurse at the psychiatric unit at New York Presbyterian Hospital in 1961. Boldly inscribed in Marilyn's hand: "Dear Miss Filenschmidt "Sunny", I shall always remember your wonderful spirit. Thank you, Marilyn Monroe". A description on the book's inside cover, accurately characterizes Marilyn's situation at the time: "... A Lost Lady tells the story of a woman driven downward and destroyed.". It is interesting and important to note that Marilyn, shortly after reading this book and being discharged from the hospital, approached 20th Century Fox with the hope of this book being adapted to a film in which she would star. A



15

provision in Cather's will, however, prohibited any of her novels being made into movies until 50 years after his death. Marilyn's dreams of starring in "A Lost Lady" were dashed. This piece, in extremely fine condition, is the first Monroe signed book we have ever seen. $2,500-3,000

426  **Marilyn Monroe's Dress.** A nice black below-the-knee dress featuring black netting at top. The dress was originally submitted by wardrobe at 20th Century Fox to be worn in "Something's Got To Give" and rejected. Marilyn took it home and it became a part of her personal wardrobe.   $2,500-3,000




427  **Marilyn Monroe's Dress.** A fabulous velvet dress ornamented with hand-sewn faux pearls, rhinestones and glass beads. One of the most attractive pieces of Marilyn wardrobe to come to auction.   $4,000-5,000

16



## THE MARILYN MONROE COLLECTION

The legend of Marilyn Monroe is without doubt the most intriguing of any entertainer in history. No other figure has generated as much interest, adulation and speculation as this screen goddess has.

This speculation spills over into many different areas. Just who was Marilyn Monroe? Was she just a breathless, shallow actress who captured the interest of the American public based solely on her sex appeal, or a brilliant lady who knew exactly how to captivate her lovers, associates and millions of fans?

· The fabulous archive offered here reveals a Marilyn heretofore known only to the very few who were close to her. It introduces us to Gladys Baker, the mother Marilyn kept hidden away in a sanitarium; her very existence denied by her daughter. Included here are the letters Gladys wrote - confiscated by Marilyn before they reached their intended destination and relegated to a file, never to be read until now.

This archive represents the ultimate offering of Marilyn Monroe material ever to be offered anywhere, at any time. The collection, which belonged to a close Monroe associate, has been stored away for over thirty years and never before viewed by the public.

Here are the documents which established the star, changed the name and ended the marriages. The letters from the famous friends, the critics, the family members, the peers, the famous husband and even the sister of a President.

We are proud to have the distinction of being chosen to handle the disposition of the historical items which follow.

17





...a Jeane Dougherty's U.S. Savings Bond. An official $25.00 Series E Savings Bond dated April 23, 1943. The bond is payable to Mrs. Anna E. Lower (Marilyn's guardian) or Norma Jeane Dougherty. Accompanied by a note from Opal Clark which reads "Here is your bond. Norma - please sign the enclosed receipt & return to me Hope all is well with you. With love, Opal". Very unusual and in fine condition. $400-600

431. **Group of Unsigned Marilyn Monroe Contracts.** Several unsigned contracts from Marilyn's films including "All About Eve", "A Ticket To Tomahawk" and "Dark Challenge". Also included is an Agency contract with MCA Artists and a copy of a contract with Artists Alliance for personal appearances. Many of the documents are accompanied by original letters to Marilyn from the William Morris Agency. $250-300





429. **Norma Jeane Dougherty's Divorce Decree From Her First Husband.** Marilyn's copy of the Decree of Divorce filed against her first husband, James Dougherty. Dated September 13, 1945, young Norma Jeane is granted her freedom from Dougherty. A very historic document. $1,200-1,500

432. **Marilyn Monroe Signed Check Payable To Her Acting Coach.** A check, filled out entirely in Marilyn's hand, drawn on the Bank of America, Oct. 17, 1952, payable to Natasha Lytess in the amount of $300. Lytess was Marilyn's acting coach for a number of years, always within view while she was filming. The check bears a bold, dark signature and is in excellent condition. $2,000-2,200



*"... The said Norma Jeane Mortenson is authorized to assume the name of Marilyn Monroe ..."*

430. **Marilyn Monroe's Certified Copy Of The Court Ruling Which Allowed Her To Change Her Name.** One of the most significant entertainment documents ever to come to auction. The official court decision, bearing the embossed Court seal, which formally approved the name change from Norma Jeane Mortenson to Marilyn Monroe. The document is dated February 23, 1956 and was obtained by Marilyn as her copy. In part, the order states: "... it is ordered that upon compliance with this Order, the said NORMA JEANE MORTENSON be and she hereby is authorized to assume the name of MARILYN MONROE ...". The document is housed in the original court folio and is in fine condition. $4,000-5,000



Lot 430

18

## The Documents That Made Marilyn Monroe A Star.

The five lots which follow are perhaps the most important to ever be offered relating to Marilyn Monroe.

In 1949, Marilyn came to the attention of one of the nation's most powerful and revered agents, Johnny Hyde, who worked for William Morris. Up to this point, Marilyn had been little more than a swimsuit model and a minor actress who had a few bit parts in minor films. Hyde told Marilyn that he'd make her a star, and this he did. He promised and got Marilyn a role in a major film. The date was March 2, 1949. Marilyn executed the following documents and forever changed her life. Among the items included here is the first William Morris film representation contract. The first film was "Asphalt Jungle"; the rest is history.

Here is your opportunity to own an extremely important part of that history.



435. **Marilyn Monroe's First William Morris Radio Contract.** The original American Federation of Radio Artists contract granting exclusive representation rights to Morris for Marilyn's radio performances and appearances. Dated March 2, 1949 and boldly signed by Marilyn on the fourth page.
$2,500-3,000



**Marilyn Monroe's Original William Morris Agency** ...tract. The historic document that led to Marilyn's becoming ...jor star. Dated March 2, 1949, Marilyn employs the agency ...ny sole and exclusive agent, representative, manager, and ...er in all branches of the entertainment industry throughout ...orld...". The document establishes the agency as Marilyn's ...sive representative for a period of six years in return for ...of her gross earning from all projects booked for her. The ...nent exhibits minor edge wear but is in overall very fine ...ion. Boldly signed "Marilyn Monroe" in green fountain ...n extremely important piece.
$5,000-7,000

**Marilyn Monroe's First William Morris Motion Pic-** 'ontract. Dated March 2, 1949, Marilyn enters into the ...ient which employs the Morris Agency as her agent "in ...tion picture industry ...". The document consists of eight ...: pages, one initialled "MM"; the final page beautifully ...in green fountain pen "Marilyn Monroe". Appropriately, ...ract is a pleasant shade of pink. Accompanied by a letter ...mittal from the William Morris Agency addressed to ... In excellent condition.
$3,000-3,500

436. **Marilyn Monroe's First William Morris Television Contract.** Dated March 2, 1949, the agency is granted exclusive rights for Marilyn's personal representation as it relates to appearances in television shows and commercials. Boldly signed by Marilyn in green fountain pen. In excellent condition.
$2,500-3,000



437. **Marilyn Monroe's First William Morris AGVA Contract.** The original document relating to the agency's representation of Marilyn in the American Guild of Variety Artists. The two-page document has been boldly signed by Marilyn on the verso, and she has also filled in her street address. Dated March 2, 1949 and in fine condition.
$2,500-3,000



438. **Marilyn Monroe Signed Document Terminating Her Agency.** A letter dated February 5, 1959 in which the Cukor-Lipton Agency agrees to terminate its relationship as Marilyn's agency. Written on behalf of Marilyn by the William Morris Agency and signed by her at the conclusion. Two pages.
$2,500-3,000

19





442. **Marilyn Monroe's Bank Passbook.** Marilyn's original bank book from City National Bank, Beverly Hills, showing the $40,000 deposit she made into her account, no. 107-050 on November 17, 1961. In excellent condition.   $200-300



39. **Marilyn Monroe's Pontiac Pink Slip And Bill of Sale.** A nice lot of documents relating to the purchase of Marilyn's 1950 Pontiac Sedan Coupe Deluxe, including the original Bill of Sale, Service Policy, letter from the dealer and the State of California Certificate of Ownership (pink slip). The car is registered to Marilyn Monroe and lists her address as 1301 N. Harper Ave., Los Angeles. The ultimate prize for automobiliana collectors. The collection is in excellent condition.   $500-700

443. **Marilyn Monroe Signed Check.** A unique counter check drawn on Bank of America, dated March 8, 1952, payable to the Beverly Carlton Hotel in the amount of $30.00. The check is filled out entirely in Marilyn's hand. Marilyn resided at the Carlton during this period in her life and the check was most likely for cash. In excellent condition.   $1,700-1,900





40. **Marilyn Monroe's Tax Returns.** Several file folders housing Marilyn's copies of her tax returns from the 50's and 60's. Included are earnings statements, state and federal forms, supporting documentations and various memos and documents relating to her taxes, earning and expenses. A fascinating stack of documents detailing Marilyn's finances from early in her career through the end.   $500-700



41. **Marilyn Monroe's Bank Card** The Colonial Trust Company card embossed "Marilyn Monroe Productions" and bearing the account number.   $50-200

444. **Elia Kazan Letter To Marilyn Monroe.** A typed letter dated June 1, 1959 discussing Marilyn's attempts to give (and get) financial assistance for Lee Strasberg's acting school. In part: "That was a fine thing you did for Lee Strasberg. Since Lee already has 10, I thought I'd give whatever help I can to the studio .... However, since I told you I would give $500 to Lee, I didn't want to make any change without telling you ...". Signed "Gadge" (the name he was called by his close friends).   $200-300

20

485

445  **Sammy Cahn Letter To Marilyn Monroe.** A nice note dated June 14, 1960 from Cahn thanking Marilyn for inviting him to a party she gave. In part: "I had a marvellous time and if you ever give parties again no matter where, don't forget your chum."  $100-150



Case 2:05-cv-... MM-E   Document 416-89   Filed 02/15/2008   Page 22 of

448  **Marilyn Monroe's AFTRA Card.** Marilyn's official 1960 American Federation of Television and Radio Artists union membership card. The unsigned card is attached to the receipt which indicates that Marilyn's dues were $32.00. Also included is a copy of the AFTRA National constitution.   $200-300



Lots 445 & 446

"All Hollywood's Talking About A Romance Between Frank (Sinatra) and Marilyn"
— Earl Wilson

446.  **Letter To Marilyn Monroe From Gossip Columnist Earl Wilson Regarding a Monroe/Sinatra Affair.** A handwritten note dated June 13, 1961, in which the columnist encloses a newspaper clipping from France in which an affair between Sinatra and Monroe is alleged. The note reads: "Dear Marilyn - My goodness, what is This? I thought you'd like to see it - France Soir - Page one. Earl Wilson". The clipping is annotated in Wilson's hand "all Hollywood's talking about a Romance Between Frank and Marilyn". Also included is another typed note from Wilson congratulating her on "The Misfits".   $250-350



449.  **Marilyn Monroe's AFTRA Cards.** Two American Federation of Television and Radio Artists membership cards issued to Marilyn. One card is for the period ending 5/1/60; the other 11/1/61. Both are imprinted with Marilyn's name and address.   $300-400

447.  **Josephine Baker Letter To Marilyn Monroe.** A nice typewritten letter, on "Gala De L'Union Des Artistes" stationery, inviting Marilyn to participate in the 30th Annual Festival of Artists awards ceremony as a Presenter. Written in French. Baker, who was President of the actor's union, extends the invitation to Marilyn and also sends her best wishes to Arthur Miller. Boldly signed. Also included is Marilyn's dictated reply (in the hand of her secretary): "My most sincere regrets - unable to attend Gala des Artistes March 4th, since I shall be working in film here. All best wishes for success (with) your worthwhile benefit. Marilyn Monroe". The letter and the dictated reply have file punch holes at top, otherwise in excellent condition.   $400-600



450.  **Marilyn Monroe's Screen Actor's Guild Card.** Marilyn's 1960 membership card along with the receipt indicating that she paid dues of $80.00. In fine condition.   $400-500

21

> "I'd better wrap this up as I feel
> mushiness coming on ..."
> — Joe Di Maggio.



451  **Joe Di Maggio Handwritten Letter to Marilyn Monroe.** An incredibly rare, handwritten letter, three separate pages, no date. Hotel Lexington, New York. The "Joe" referred to in the letter is Joe Di Maggio, Jr. While their marriage lasted only nine months, it is believed that Di Maggio's love for Monroe continued to her death.

The letter is quoted in full. "Dearest. Had an early dinner at the Colony with George. Was able to relax and enjoy our boiled chicken as we were the only two people in the place. It's always nice to hear your voice and I well realize your phone bill runs into astronomical figures. I'd like to be able to tear mine up without opening the envelope this month - as I have talked to Joe quite a bit this month, trying to help resolve some of his present problems. You have been quite a help to me in so much as discussing Joe's affairs. After talking with you today, I called him to tell him what I planned to do - which I did - sent him the two thousand dollars to pay for his car in full. With the understanding of the $150 he gets monthly, to put most of it in the bank - and after he accumulates $1,000, to pay back his obligation as per conversations. I would like your view point on this matter that coincided with my thinking. And dear, I want to thank you beyond words for helping relieve my mind. Incidentally, Joe's reaction was one of happiness - and I can't help but feel after our lengthy talk that he is sincere in what he is setting out to do. I'm sure you're not interested about my every day activities, such as lawyers, accountant, tailor, work, etc. - so I'll dispense of the boring details. However, I'm always interested in your activities. And I do hope that your picture deal is working out satisfactorily - and that the reports from your doctor are of upward strides. It was nice to hear you say "you are gaining weight and are slowly but surely rounding into form" (WOW!!!!) Now I hope that the happiness we all seek comes to you soon - so that friends who give a damn will relish right along with you. I'd better wrap this up as I feel mushiness coming on. And so my dearest, good night! My love, Joe". The letter needs no further description. It is very simply marvelous. In fine condition.                                           $2,000-2,500





452.  **Marilyn Monroe's Final Judgement of Divorce From Joe Di Maggio.** The final decree of divorce in the matter of "Norma Jeane Di Maggio, Plaintiff, vs. Joseph Paul Di Maggio, Defendant". An important piece of history, signed by Elmer D. Doyle, Judge.
$1,500-2,000

22





453. **Marilyn Monroe's Personal Phone And Address Book.** Marilyn's personal book containing the names, phone numbers and addresses of some of the biggest personalities of all time including Desi Arnaz, Jack Benny, Monty Clift, Joe Di Maggio, Rex Harrison, Gene Kelly, Peter Lawford, Arthur Miller, Yves Montand, Carl Sandburg, Frank Sinatra, Jean Kennedy Smith, Shelley Winters and more. The typewritten book contains several additions in a secretary's hand. A "who's who" of Marilyn friends, acquaintances and associates. Interesting reading. Over 90 pages. $800-1,000

456. **Unpublished Photos From The Set of "Let's Make Love".** A wonderful set of 15 unreleased color photos, previously unseen by the public, from Marilyn Monroe's personal collection. The photos show Marilyn on the set rehearsing with her co-stars, including Yves Montand, taking direction, and posing for some fantastic portraits. A gem of a lot. $200-300





454. **Marilyn Monroe's Stamp Collection.** The actual collection of stamps maintained by Marilyn, heretofore not known as a philatelist! A metal, locking box contains various United States commemorative stamps, many cancelled, many in mint condition, including blocks and coils, and a leatherette book containing additional stamps. Worthy of addition to a philatelist who thought he or she "had it all". $400-600

457. **Extremely Rare Contact Sheets From "Something's Got To Give".** Marilyn's copies of four oversized contact sheets showing her, Dean Martin and others acting, clowning and receiving direction on the set of the ill-fated film which would be the last Marilyn would ever do. Her behavior led to her dismissal, and a month later she was dead. These proof sheets give an extremely rare glimpse into the film Marilyn never completed. $300-500





455. **Marilyn Monroe's Award Certificates.** Two Motion Picture Herald Award certificates given to Marilyn for being "one of the top ten Money Making Stars" of 1953 and 1956. Some creasing at right sides, otherwise excellent. Awards to Marilyn are

458. **Marilyn Monroe And Arthur Miller's Hotel Bills.** The actual Beverly Hills Hotel bills complete with itemized charges. The bills are for the period January, February and March of 1960

488

459  **Marilyn Monroe And Arthur Miller's Hotel Bills.** Similar to the last lot, there are three groups of bills from January and February of 1960.  $200-300



460. **Marilyn Monroe's Connecticut Driver's License.** The original Motor Vehicle Operator's License issued to Marilyn while she was with Arthur Miller in Connecticut. The license lists Marilyn's birth date and height. An exceptional piece. $400-500



461. **Letters From Arthur Miller's Children To Marilyn Monroe.** A nice collection of cards and letters written to Marilyn by Jane and Robert Miller. Six pieces with pleasant content, some addressed to Marilyn and others addressed to "Daddy & Marilyn." Great association. $100-200



462. **Isidore Miller Letters To Marilyn Monroe.** A nice lot comprised of two letters to Marilyn from her father-in-law (Arthur Miller's father) Isidore Miller. The content is warm and friendly; the letters are signed "Dad". Included is an original photo of Marilyn and Mr. Miller on the set. $200-300



463  **Marilyn Monroe And Arthur Miller's Dog Tags.** The original tags issued for Marilyn's pet dog, Maf, and Miller's dog, Hugo, together with the official licenses and receipts for vaccination. Also included is a carbon copy of a letter written by Monroe's secretary forwarding a copy of the rabies vaccination for Monroe's dog, referred to in the letter as "Mafia". Six pieces  $200-300

464  **Telegram From Marilyn Monroe Referring To Complications With Her Pregnancy.** A telegram declining an invitation due to complications with the baby she and Arthur Miller later lost. In part: "Nature intervened and I am expecting a baby. Because of some recent complications in regards to the pregnancy, my doctor has forbidden any travel...". Dated November 26, 1958.  $150-200





465. **Marilyn Monroe's Prescription Receipts.** A collection of various receipts from several pharmacies dated 1958 and 1961. Some are in the name of Marilyn Monroe; others "Mrs. Arthur Miller". $200-300

*"As I started to write this letter about four quiet tears had fallen. I don't know quite why."*
— Marilyn Monroe





*Lots 467 & 468*

467. **Marilyn Monroe's 1960 Academy Membership Card.** The original card issued to Marilyn as an "Active Member" by the Academy of Motion Picture Arts and Sciences for 1960. In fine condition. $300-400

468. **Marilyn Monroe's 1961 Academy Membership Card.** The original card issued to Marilyn as an "Active Member" by the Academy of Motion Picture Arts and Sciences for 1961. In fine condition. $300-400

466. **Incredibly Revealing Letter Written By Marilyn Monroe To Her Psychiatrist.** Marilyn's own file copy of a letter written to Dr. Ralph Greenson, the Hollywood Psychiatrist who treated and befriended Marilyn in her last years. The seven-page typewritten letter begins on March 1, 1961, and concludes on March the 2, 1961.

The letter was written by Marilyn regarding her stay at the Payne Whitney Psychiatric Unit at New York Hospital-Cornell Medical Center.

The lengthy, unsigned personal copy of the letter is extremely revealing and gives the reader an entirely different view of the Marilyn Monroe legend as it has been presented for years. A deep, thoughtful, disturbed, happy, unhappy, spiteful, lovable, pitiful Marilyn emerges in a new light. Some of Marilyn's topics include a recent talk with Joe Di Maggio, her views on "The Misfits", a startling revelation on suicide and much more.

The contents will undoubtedly shock, intrigue, and forever change the public's image of Marilyn Monroe. The most revealing passages from the letter will be reserved for the purchaser. Here, however, are a few selected passages.

"Just now when I looked out the hospital window where the snow had covered everything, suddenly everything is kind of a muted green ... though the trees give me little hope - the desolate bare branches promise hope ... As I started to write this letter about four quiet tears had fallen. I don't know quite why. Last night I was awake all night again. Sometimes I wonder what the nighttime is for ...".

"I told you Kazan said I was the gayest girl he knew and believe me he has known many! But he <u>loved</u> me for one year and once rocked me to sleep one night when I was in great anguish."

Regarding her interview with the clinic administrator, she writes" He told me I was a very, very sick girl and had been a very, very sick girl for many years."

The letter is in excellent condition. $2,500-3,000

*"Understand that you and Bobby are the hot item!"*
— Jean Kennedy Smith



469. **Jean Kennedy Smith Handwritten Letter to Marilyn Monroe.** On North Ocean Boulevard Palm Beach, Florida stationery, two pages, front and back, no date. The letter was written in response to a get-well note Marilyn had sent to Joseph Kennedy as he was recuperating from a stroke. In full: "Dear Marilyn - Mother asked me to write and thank you for your sweet note to Daddy - He really enjoyed it and you were so very cute to send it - Understand that you and Bobby are the new item! We all think you should come with him when he comes back East! Again, thanks for the note. Love, Jean Smith". Jean Smith is the sister of Robert and John Kennedy. The letter contains thoughtful and revealing content with very interesting association. An important, one-of-a-kind letter.



470. **Check Made Payable To And Signed By Marilyn Monroe For $10,000.** A bank check drawn on the Marilyn Monroe Productions, Inc. account, dated November 30, 1959, payable to Marilyn Monroe on the face and has been endorsed by a secretary on the verso. A very unique item. $2000-3000



471. **Mrs. Clark (Kay) Gable Letter To Marilyn Monroe.** A very poignant, insightful letter, written entirely in the hand of Clark Gable's widow, Kay, less than six months after his death. The letter clearly dispels the widely circulated gossip that Kay Gable had little love lost for Marilyn and held her partially responsible for Gable's fatal heart attack during the filming of "The Misfits". Although Marilyn's antics on the set irritated Gable to no end, the relationship between "The King", his wife and Marilyn remained friendly and close. Gable mentions the birth of the son Clark Gable never knew, John Clark, and expresses her feelings on the loss of her husband.

The letter, dated April 1, 1961 is on Kay Gable's monogrammed stationery and is quoted in full: "Dearest Marilyn, How about our little 'carbon copy lover boy' - I am certain you have seen his press pictures. Just exactly like Clark - the ears are too close to his dear little head - I'll fix that dept. later. Do let me know when you plan to return to California - I'll let you be second Nanny in charge - later you may take him fishing. Guess I will be the one to teach him to shoot ducks. My work is really cut out for me. I feel certain his dearest father is watching his every move from heaven - I miss Clark each day more, will never ever get over this great loss - but god has blessed me with three dear children and precious memories Clark and I shared together. Went to confession after 24 years - (Nope the priest did not call the cops) seriously you can't imagine how much this has helped me - prayer helps, when I start to fly apart. I plan to spend the summer at our ranch with John Clark. Joan and Bunker will be off to summer camp. It would be pleasant if you could spend some time with us, bring Joe too if you wish. Very private at our happy home. I loved the beautiful plant you sent to the hospital. Have seen pictures of you in the paper. Was pleased to see you looking very well. Do take care of yourself. I should talk. I broke three stitches, lost my voice, My Dr. gave me hell for overdoing. Then to top it all, he keeps reminding of my age - John Clark doesn't seem to mind my age - Give my best to Mae. I hope this letter finds your heart full of happiness. Love, Kay". Written on three separate pages and in excellent condition. $700-900



472. **Remodeling Plans For Marilyn's House.** A loose leaf binder containing original sketches, notes, drawings, business cards of contractors and subcontractors relating to the remodel of her house at 12305 Fifth Helena Drive in Brentwood. Included are sketches of the rooms, designs for furniture and landscaping and budgets. Marilyn was residing at the house while this remodel was taking place, but never lived to see its completion. $300-400



473. **Marilyn Monroe's Eyeglasses.** A pair of brown "cat-eye" glasses featuring a lens tint, owned and used by Marilyn Monroe when she worked at her office. $400-500

Lots 473 & 474

474. **Marilyn Monroe's Eyeglasses.** A pair of black "cat-eye" glasses owned and used by Marilyn when she worked at her office. $400-500



475. **Marilyn Monroe's Christmas Card From Her Mother.** The actual card sent to Marilyn by her mother on Christmas of 1960. The card is addressed to "Mrs. Norma Jeane Miller" and is marked "Eley File" on the envelope. The card is imprinted "Best Wishes for Christmas and the New Year" and has been inscribed "Loving good wishes, Gladys Pearl Eley". The only card or letter sent to Marilyn by her mother known to exist. A rare and unique item. $500-600



Lots 476 & 477

476. **Lot Of Gladys Eley Letters.** Four letters written by the mysterious mother of Marilyn Monroe, Gladys. These letters were written by Gladys and intended for each respective addressee. The letters written by Gladys during her stay at the Rockhaven Sanitarium, however, were forwarded to Marilyn's office where they were relegated to a file, never to reach their intended destination. These letters give keen insight into the disturbed state of Marilyn's mother who eventually died in an insane asylum. Included in this lot are four letters, one written to "The President Of The United States" (none mentioning Marilyn).   $300-400

477. **Lot Of Gladys Eley Letters.** Four letters, similar to the last lot, including another addressed to the President.   $300-400



Goodbye,
Norma Jeane.

478. **Gladys Eley Letter To Inez Nelson Referring To Marilyn's Death.** A handwritten letter to Marilyn's former business manager, Inez Nelson, entirely in Gladys' hand. Dated August 22, 1962, Marilyn's mother writes, in part: "I am very greatfull for your kind and gracious help toward Bernice and myself and to dear Norma Jeane. She is at peace and at rest now and may our god bless her and help her always ...". She goes on to write that she gave Norma "Christian Science Treatments for approximately a year. Wanted her to be happy and joyous ...". An incredible letter. Also included is Mrs. Eley's official notification of the Probate of Marilyn's estate in its original envelope.   $500-600



479. **Gladys Eley's Conservator Files.** The original files (some 4 inches thick) relating to the care of Marilyn's mother while she was in the sanitarium. This comprehensive archive contains original documents and letters maintained by Gladys' conservator during her life. Included are bills for the sanitarium, court documents, letters and hundreds of pieces pertaining to Marilyn's mother. A historically important collection.   $400-600



480. **The Final Check Written On The Estate Of Marilyn Monroe.** The last check written on the "Estate of Marilyn Monroe, Decease" account. The check, dated October 15, 1963, is payable to "Cash" in the amount of $16.97 with the typed notation "To close account and deliver balance to executor". A unique and desirable item.   $250-300

481. **Marilyn Monroe Estate Archive.** A comprehensive file of documents relating to Marilyn's estate. Included are financial statements of the estate, inventory listings, creditor demands, letters from Marilyn's associates regarding the estate, as well as a copy of the Probate Papers, Will and numerous other documents. A fascinating archive revealing the most intimate details of Marilyn's personal and business affairs.   $400-600

## VERIFICATION OF COMPLAINT

I, ANNA STRASBERG, am the Plaintiff is the above-entitled action. I have read the forgoing SECOND AMENDED COMPLAINT and know the contents thereof; the allegations are true of my knowledge except as to the matters which are therein stated on my information or belief, and as to those matters I believe them to be true.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and was executed on September 27, 1994 at LOS ANGELES, CA.

*/s/ Anna Strasberg*
Anna Strasberg

28

Gibson, Dunn & Crutcher

493