# EXHIBIT 1

# CERTIFICATE OF DEATH

STATE OF CALIFORNIA — DEPARTMENT OF PUBLIC HEALTH

No. 62-096857   Local Registration No. 7053 17716

| Field | Entry |
|---|---|
| Name of Deceased | Marilyn Monroe |
| Sex | Female |
| Color or Race | Caucasian |
| Birthplace | Los Angeles, Calif. |
| Date of Birth | June 1, 1926 |
| Date of Death | August 5, 1962, 3:40 a.m. |
| Age | 36 |
| Citizen of | United States |
| Social Security No. | 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 |
| Father | unk unk |
| Mother | Gladys Pearl Baker Monroe |
| Last Occupation | Actress — 20 — 20th Century Fox — Motion Pictures |
| Present Spouse | none — Divorced |
| Place of Death | 12305 5th Helena Drive |
| City | Los Angeles |
| County | Los Angeles |
| Informant | Mrs. Inez C. Melson, 9120 Sunset Blvd. |
| Last Usual Residence | 12305 5th Helena Drive, Los Angeles, Calif. |
| Physician's Certification | Theodore J. Curphey, M.D., Coroner — Hall of Justice, Los Angeles — 8-28-62 |
| Funeral Director / Local Registregistrar | Westwood Village Mortuary — Entombment Aug. 8, 1962 — Westwood Memorial Park |
| Cause of Death | ACUTE BARBITURATE POISONING — INGESTION OF OVERDOSE |
| Injury Information | Probable Suicide — 3:40 — 8-5-62 — Home — Los Angeles |

This is to certify that this document is a true copy of the official record filed with the Registrar-Recorder/County Clerk.

CONNY B. McCORMACK
Registrar-Recorder/County Clerk

JUL 02 2002
19-355626

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

MMLLC (Shaw) 000538