# EXHIBIT
# 3



SONGSTRESS—Patricia Morison, who got movies after a series of successful roles...

## SO MOVIES FINALLY DISCOVER PATRICIA MORISON CAN SING

BY JOHN L. SCOTT

## Wolves Howl for 'Niece' Just Like Marilyn Monroe

BY PHILIP K. SCHEUER

CAPTIVE NO LONGER—Marilyn Monroe, raised by guardians here, has been "adopted" by 20th Century-Fox...

### Ronald Reagan 'S to Prescribe Cure

BY HEDDA HOPPER

MM-0036246



# Drama

Los Angeles Times, Sun, AUGUST 27, 1950—Part IV

## Wolves Howl for 'Niece' Like Marilyn

## Reagan Offers His Cure for Ailing Film Industry

## Patricia Can Sing; Films Finally Find

'Passage to Cairo'

## Musical May Follow Poe's Science Films

YOU CAN'T BEAT A FALL
## CARIBBEAN CRUISE

BERLITZ

HAWAII

SPANISH

EUROPE

MEXICO

FREIGHT  BOAT  TRAVEL  SERVICE

*Wolves Howl for 'Niece' Just Like Marilyn Monroe*
PHILIP K SCHEUER
*Los Angeles Times (1886-Current File),* Aug 27, 1950; ProQuest Historical Newspapers Los Angeles Times (1881 - 1985)
pg. D1



# Drama-Arts

## SO MOVIES FINALLY DISCOVER PATRICIA MORISON CAN SING

## Martyrdom Real in 'Quo Vadis'

### Times on Overseas Phone Told About Troupe's Trials

## Wolves Howl for 'Niece' Just Like Marilyn Monroe

## Ronald Reagan 'Sticks His Neck Out' to Prescribe Cure for Ailing Filmdom

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

MM-0036248

# Drama

## Wolves Howl for 'Niece' Like Marilyn

## Early Fall Air Tours to Caribbean Planned

## Stars Tell 'Quo Vadis' Film Woes

## Reagan Offers His Cure for Ailing Film Industry

## Patricia Can Sing, Films Finally Find

### Passage to Cairo Was for Rob Maya

### Musical May Follow Public Science Films

## SIR COOK'S
### for Travel in
## MEXICO
## GUATEMALA

## BRITAIN and EUROPE

## MEXICO

## MEXICO

## SPANISH

## BERLITZ

## EUROPE

## MEXICO

## HAWAII

## MEXICO

## FREIGHT BOAT TRAVEL SERVICE

## MEXICO

### Enjoy a Delightful Ocean Voyage to Famous
## CATALINA

### YOU CAN'T BEAT A FALL
## CARIBBEAN CRUISE

## ALCOA

### RESERVATIONS

## APPLE VALLEY INN

## KELSO HAWAII CRUISE

## hemphill

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.