# EXHIBIT 4

## Picture of the Month

Tingling with a sense of timeliness and sparked by the always-topical motivation of a man's love for a beautiful girl, M-G-M has conceived a real excitement-exciter in "Never Let Me Go".

It's lusty, gusty adventure, Gable-style, with all the unexpected twists and sudden turns of a skill suspense thriller.



Clark Gable has never been more the man of action... sailing on a mission of danger... battling a storm at sea..., and finally winding up with a breakneck climax in which to save himself and his sweetheart he drives his car off the pier into the sea!

So real it seems to be happening on top of you, "Never Let Me Go" introduces Gable, as a hardened, hard-hitting foreign correspondent. After his first tantalizing encounter with the bewitching ballerina, Gene Tierney, they both know love will never let them go.

They marry, honeymoon happily at a Baltic Sea resort, and then... Gable is ordered back to the U. S. His bride is wrenched from him at the airport and held captive in a maze of red tape and intrigue. From here on, it's Gable against a whole government. And he dedicates himself to a daring plan to get her back.

Remembering an off-shore raft they used at the honeymoon resort, he cleverly arranges to meet Gene there on a night her ballet troupe is due to dance at the resort. His journey across the intervening expanse of sea is fraught with peril. At last, he reaches the rendezvous but the plan backfires. He must swim ashore after her. Thus begins a terror-taut sequence of suspense seldom matched for tenseness of pace and wildness of chase.

We can't tell you more about "Never Let Me Go" without taking the edge off a great adventure. We'd rather keep you on the edge of your seat.

\* \* \*

M-G-M presents CLARK GABLE and GENE TIERNEY in "NEVER LET ME GO" with Richard Haydn. Screen play by Ronald Millar and George Froeschel. Adapted from the novel "Come the Dawn" by Roger Bax. Directed by Delmer Daves. Produced by Clarence Brown.

2

# COSMOPOLITAN

**JOHN J. O'CONNELL**
*Editor*

ROBERT C. ATHERTON  LEWIS W. GILLENSON
*Executive Editor—Art*  *Executive Editor—Photos*

KATHRYN BOURNE  SHIRLEY BARDEN  ANTHONY C. LA SALA
*Fiction Editor*  *Copy Editor*  *Layout*

ANTHONY D. GUZZARDO, JR.  HARRIET LA BARRE, JAMES H. STREET, JR.
*Production*  *Associate Editors*

RICHARD E. BERLIN  HARRY M. DUNLAP
*President*  *Publisher*

### MAY, 1953

**STORIES**

THREE CHAMPIONS  *Mel Heimer*  58
AN ACT OF FAITH  *W. L. Heath*  74
THE FAT GIRL  *Stanley Ellin*  80
THE BABY SITTER  *Emily Neff*  88
CAST THE FIRST SHADOW  *Mara Brandel*  92
FEVER OF LOVE  *Vera Hyes*  96

**ARTICLES**

MEDICAL HYPNOSIS  *Ann Cutler*  14
MARILYN MONROE  *Robert L. Heilbroner*  38
WHY MEN PICK THE WRONG WOMEN  *Amram Scheinfeld*  50
THE HOTELKEEPER AND THE MADONNA  *Joan and David Landman*  64
BIRDMAN OF ALCATRAZ  *Thomas E. Gaddis*  68
THE TWO RED BARBERS  *W. C. Heinz*  104
WHAT MAKES A WOMAN ATTRACTIVE?  *Maggi McNellis*  122

**PICTURE ESSAY**

FLIGHT ANGEL  *Photos by Genevieve Naylor*  112

**SERVICE**

WHAT'S NEW IN MEDICINE  *Lawrence Galton*  22
PRACTICAL TRAVEL GUIDE  *Edward R. Dooling*  28
THE COSMOPOLITAN LOOK  *Virginia C. Williams*  32
DIRECTORY OF SCHOOLS, COLLEGES, AND CAMPS  124

**FEATURES**

WHAT GOES ON AT COSMOPOLITAN  4
MOVIE CITATIONS  *Louella O. Parsons*  6
LOOKING INTO PEOPLE  *Amram Scheinfeld*  12
THE CHAMP  *Paul Gardner and John Friedkin*  24
JON WHITCOMB'S PAGE  80
THE LAST WORD  152
LOOKING INTO JUNE  152

**COMPLETE MYSTERY NOVEL**

SUSPICION ISLAND  *John D. MacDonald*  129

Vol. 134, No. 5

**COVER** *A girl with a background like old-time melodrama, Marilyn Monroe was an orphan, a child bride, and a teen-ager who in high-school plays frequently had to play boys' roles because she was a string bean. Here she is today.*

PUBLISHED MONTHLY BY THE HEARST CORPORATION, 57TH STREET AT EIGHTH AVENUE, NEW YORK 19, N. Y. YEARLY SUBSCRIPTION PRICE IN UNITED STATES AND POSSESSIONS AND CANADA $3.50 ...


MM-0036238

## Marilyn Monroe (continued)

## Question: Dumb blonde or bluntly honest?

Doctrine than ballyhoo. There's the terrific wallop that Marilyn herself packs. "Everything that girl does is sexy," says Joseph Cotten, her co-star in "Niagara." "She can't even light a cigarette without being sexy. A lot of people—the ones that haven't met Marilyn—will tell you it's all just publicity. That's malarky. They've tried to give the same publicity build-up to a hundred girls. None of them took. This girl's really got it."

### A Flair for Doing Things Wrong

Part of "it" is a natural flair for doing or saying precisely the wrong thing at the right time. When a press agent posed her with four servicewomen for a routine picture, Marilyn managed to lean over distractingly. Result: officials refused the picture. Marilyn quipped, "Why, I thought everybody was looking at my grand marshal's badge."

Asked casually what she wore to bed, Marilyn answered, "Chanel Number Five."

Asked if she liked sun-bathing, she replied, "No, I like to feel blonde all over."

Asked about sex, she said, "Sex is part of nature. I'd rather go along with nature."

"She's all in character," explained one publicity man. "When the calendar story came out, she didn't pussyfoot or deny it. She said, 'Sure I posed. I was hungry.' And what could have been a black eye turned into a terrific publicity boost. This girl's a natural, not a phony. She doesn't put on sexiness like a slinky dress. She is sexiness. All these wise remarks and all this cheesecake wouldn't mean a thing if the girl herself didn't just ooze it."

But the institutional Monroe is only part of the Monroe story. Behind the face and figure is a Cinderella script so downright improbable that even Hollywood would reject it as corn.

The script begins nearly twenty-seven years ago (making Marilyn four years older than her studio admits), when one Norma Jean Mortenson was born to Edward Mortenson, a baker who was shortly thereafter killed in an automobile crash, and Gladys Pearl Mortenson, onetime film cutter for RKO. The mother was unable to care for the child, and in a dozen years Marilyn was handed over to as many foster parents, as well as to an orphanage.

One family made her recite, "I promise, God helping me, not to buy, drink, sell, or give alcoholic liquor while I live; from all tobaccos I'll abstain, and never take God's name in vain." The next family gave her empty liquor bottles to play with. Another set of foster parents forbade her to go to the movies. "If the world came to an end with you sitting in the movies, do you know what would happen?" they asked her. "You'd burn along with all the bad people." But when Norma Jean went to her next "home," her new parents played bit parts in the movies, dressed her up in a hula skirt, and gave her lessons in knife-throwing and juggling.

At nine, she entered the Los Angeles Orphans' Home. Here she got her first job, helping in the pantry for five cents a month. After a while, she got a raise; she started washing dishes for ten cents a month.

### A Real Home with "Aunt Anna"

After the orphanage came more moves —Marilyn was in and out of so many families she finds it a little confusing to sort them out—and then the one break that may well have prevented tragedy. She was taken in by Mrs E. Anna Lower,

*(continued)*



**THIS WILLING BUT TOO SEXY POSE** caused gasps, was refused by recruiting bureaus.

MM-0036239

WOMEN
IN 75
COUNTRIES
USE TAMPAX

Tampax is the kind of monthly sanitary protection that does appeal to millions of modern, progressive American women ...that's to be expected. But all those other countries .. ruled more firmly by tradition... what's the secret of its success there?

Well, what could be more traditional than for a lady to be ladylike...dainty ...feminine? With Tampax you can feel serene, perfectly poised, on "those difficult days." For Tampax does away with bulky, external pads...does away with chafing and irritation...even prevents odor from forming. Worn internally, there are no belt-lines or ridge-lines to "show."

Doctor-invented Tampax is made of pure white surgical cotton in throw-away applicators. Your hands need never touch the Tampax. And it's so small a month's supply fits in your purse.

Join the millions who get easily disposable Tampax regularly. It's on sale at drug and notion counters everywhere. Three absorbencies: Regular, Super or Junior. Tampax Incorporated, Palmer, Massachusetts.

*Regular* TAMPAX

Accepted for Advertising by the Journal of the American Medical Association

42



**AT LOS ANGELES COLISEUM** *football game, Marilyn got more eyes than the game as she was rushed across the field by a publicity man.*

of West Los Angeles, a warm understanding woman. Living with "Aunt Anna," the frightened, stuttering, fantasy-absorbed little girl began to emerge as a person. She took part in high-school plays —boys' parts because she was a string bean—and conceived a devotion for Mrs. Lower that never diminished.

But the shuttle was not yet over. Mrs. Lower was taken ill, and Marilyn—Norma Jean, that is—was forced to make two more moves. She ended up with Mr and Mrs. Goddard and their two daughters, in the San Fernando Valley. But until Aunt Anna died, Marilyn constantly visited her and sought her guidance.

At fifteen, Marilyn was just a good-looking kid who wore too much make-up. She got a crush on Jim Dougherty, the president of the student body at Van Nuys High School. "She was sweet and innocent," he writes. "She had a typical adolescent crush on me, things like liking me in white shirts and being fascinated by my mustache." But what might have been only a high school romance took a more serious turn when the Goddards decided to move to West Virginia. Grace Goddard put Norma Jean's fate squarely up to Dougherty. "We can't take her with us," she told him, "and Aunt Anna hasn't the money to keep her

(continued)



## ENJOY A QUÉBEC VACATION

**IT IS DIFFERENT!**

Tour the rugged picturesque Gaspé Peninsula, the mighty St. Lawrence river, the deep swift-flowing Saguenay, the beautiful Laurentian Mountains, and the Eastern Townships, with their countless sparkling lakes and rivers. Visit the famous shrines and churches of French-Canada and enjoy old-time hospitality in comfortable modern inns and hotels.



LA PROVINCE DE **Québec**

*To help plan your vacation, write for free road maps and booklets to: Provincial Publicity Bureau, Parliament Buildings, Québec City, Canada; or 48 Rockefeller Plaza, New York 20, N.Y.*
-44

---

**Marilyn Monroe** *(continued)*



"GENTLEMEN PREFER BLONDES," with Charles Coburn, stars her.

## Current loves—DiMaggio, Tolstoy, and Emerson

now. Unless you marry her, she'll have to go back to the orphanage."

Thus on June 19, 1942, three weeks after Norma Jean had turned sixteen, Jim Dougherty took for his lawful wedded wife the girl who was to become America's number-one sex institution.

But Norma Jean was not yet Marilyn Monroe. She asked Grace Goddard before the wedding if she could be "just friends" with her husband. She had read a book on marriage and "was shaking so she could hardly stand," Dougherty recalls. (They were divorced in 1946, and he has since remarried. He is now on the Van Nuys police force.)

Except for her days with Aunt Anna, marriage was the first security Norma Jean had ever known. Dougherty says she used to call him "Daddy" and would talk for hours about her forlorn early life.

When Dougherty shipped off in the merchant marine, Norma Jean got a job inspecting parachutes. She began to do some photography modeling, too. In one month, she appeared on the covers of four magazines. Twentieth Century Fox gave her a screen test. Leon Shamroy, an Academy Award cameraman who made her color test, says, "When I first watched her, I thought, This girl will be another Harlow. I still think so. Her natural beauty plus her inferiority complex gave her a look of mystery." Twentieth Century-Fox signed her for a year at $125 a week.

### Broke, She Posed for That Calendar

Like a thousand other hopefuls, Norma Jean Mortenson—now officially Marilyn Monroe—found there was a lot more to getting into the movies than just getting inside a studio. After a year, Twentieth Century-Fox dropped her. Then she got a tiny part—one minute on the screen—in a Marx Brothers picture. She toured for the Marx Brothers and returned to Hollywood, broke.

To make ends meet, she returned to

*(continued)*

MM-0036241