# EXHIBIT 5

# THE JOY OF MARILYN

## IN THE CAMERA EYE

PHOTOGRAPHY COMMENTARY BY SAM SHAW

Copyright © 1979 by Peebles Press International, Inc.
An Exeter Book
Distributed by Bookthrift, Inc.
New York, New York
ISBN 0-89673-030-1

All rights reserved. No part
of this book may be reproduced in any
form or by any means, except for the inclusion
of brief quotations in a review, without permission
in writing from the publisher.

Entire project supervised by Sam Shaw

Cover design, title page, biography, filmography, back cover: Jacques Chazaud

Pictorial director: Marcus A. Cohen

Graphic Production by Filmar Graphics, Inc., San Diego, California

Photo Credits
Sam Shaw
Cover, title page, 6, 7, 9-131, 152, 153, back cover
UPI
132-151, 154-160

Printed and bound in the United States of America



# MARILYN
## IN THE CAMERA EYE



OTOGRAPHY AND COMMENTARY BY SAM SHAW



Exeter Books

NEW YORK

## Norma Jean

Marilyn Monroe was born Norma Jean Baker in Los Angeles, California, on June 1, 1926. Her mother, Gladys Baker, had two children before Norma Jean, but these her divorced husband raised, so Norma's life was virtually that of an only child. Gladys never married Norma Jean's father, Stanley Gifford, whom Norma knew only as the man looking very much like Clark Gable in the framed picture on her mother's bedroom wall.

Gladys, who worked on and off as a film cutter for the Hollywood studios, was far from an ideal mother. Mentally unstable, she sent Norma Jean to live with one set of foster parents after another, households where Norma Jean was treated more like a maid than like a daughter. To comfort herself, Norma spent a great deal of time daydreaming about a better life, and about how one day her father would appear and take her away.

At one point, Gladys did attempt to create a home for herself and Norma. She worked double time at Columbia Studios and finally saved enough to build a small house. She even purchased a white piano (originally owned by the actor Fredric March) and promised Norma lessons.

The Bakers' settled life was short-lived, however. Gladys was abruptly institutionalized; the house, furniture, and piano were sold. (Years later, Marilyn tracked down the old Fredric March piano, restored it, and kept it in her Hollywood home.) Gladys' best friend, Grace McKee Goddard, became Norma Jean's legal guardian.

In her autobiography, *My Story*, Marilyn describes the insecurity and pain of her childhood. She recalls one particularly horrible night lying in bed listening to Grace talk to friends about adopting her. The conversation was about her "heritage" (her grandfather and grandmother had also been hospitalized because of mental illness) and how Norma Jean would eventually become a problem.

"I lay in bed shivering as I listened," Marilyn recounts. "I held my breath waiting to hear whether Aunt Grace would let me become a state orphan or adopt me as her own. After a few evenings of argument, Aunt Grace adopted me, heritage and all, and I fell asleep happy."

Grace, however, had no money. She arranged for Norma Jean to enter an orphan asylum — the Los Angeles Children's Home Society. With the knowledge that she legally belonged to Grace, Norma found the orphanage tolerable. Worse were the families she was sent to live with, people only interested in the five dollars a day they earned for keeping her. Norma Jean lived with nine such families before she was sixteen and on her own.

In her teens, Norma Jean went as often as possible to the movies, where she was transported into a world of love, happiness, and glamour.

In *My Story*, Marilyn describes how movies affected her: "There was this secret in me — acting. It was like being in jail and looking at a door that said 'This Way Out.' Acting was something golden and beautiful. It was like the bright colors Norma Jean used to see in her daydreams. It wasn't art. It was like a game you played that enabled you to step out of the dull world you knew into worlds so bright they made your heart leap just to think of them."

But at fifteen, movies were a distant dream. The sensible course of action, her guardian Grace insisted, was to get married. Norma was reluctant, especially as she had no one in mind, but marriage seemed better than going back to an orphanage or another foster home.



Already photogenic at age 4.

## From Contract Player To Starlet

At age 16, Marilyn married Jim Dougherty, a nineteen-year-old factory worker with good looks and a car. Marilyn enjoyed the security of domesticity, but she also wanted a taste of the freedom that she realized was now at hand. Dougherty wanted Marilyn to tend to his home.

During World War II, Dougherty went overseas. Marilyn acted on this opportunity to take a job as a paint sprayer in a factory. Later, when the chance presented itself, she took a job as a model. With the physical separation from her husband and the differences in view about her role as a wife, her marriage soon broke up, and she found it fairly easy to reject the support of a male for the freedom of leading her own life. She expressed regret in dropping a man who showed genuine affection for her, yet she felt it was unfair to maintain a relationship that was loveless on her part.

As soon as Marilyn began modeling, she spent a part of each day exercising. She heeded a suggestion to dye her hair a brighter blonde. She devoted herself to her presentation — an accomplishment in which she could take pride.

Because photographs of her had begun to appear on the covers of such magazines as *Pageant* and *Family Circle*, Marilyn's modeling agency was able to get her a screen test at Twentieth Century-Fox. To her amazement, she was awarded a contract for $75 a week, at which point her name was changed to Marilyn Monroe. Now she had her foot in the door. She preened her body and her looks even more and hoped for the big break.

At Fox, Marilyn met and was befriended by Joe Schenck, one of the founders of the studio. Although she was counting on him in a big way to help push her career forward, his influence had apparently lessened, and he was only able to offer limited help.

In her first film, "Scudda Hoo! Scudda Hay!" (1948), Marilyn appears in just one scene. It is a long shot of Marilyn and another girl in a canoe. She had a bit part in her second film, "Dangerous Years" (1948). Here she played a waitress, the first in a series of roles


In the early stage of her career, 1946.

casting Marilyn as a voluptuous working class female.

Fox did not renew her contract, but her friend Schenck had introduced her to Harry Cohn, then studio head at Columbia, who hired her for "Ladies of the Chorus" (1948). Marilyn played the second lead, daughter of the lead Adele Jergens. Mother and daughter were both chorus girls, and the plot centered on whether wealthy men and their families would accept chorus girls as wives. Moral: There was hope that even a poor chorus girl could land a rich husband.

The film gave Marilyn her first real chance to do some acting. She sang and danced, too. "Ladies" brought her before the public eye, and best of all for her, it put her name in lights.

133








Marilyn, the babysitter — Twentieth Century-Fox released this series of publicity shots in 1947.

She admitted to driving past the movie theatre again and again to view her name on the marquee, and she even wished once or twice that it read Norma Jean Baker, so her childhood acquaintances would know of her success.

After this film, Columbia dropped Marilyn. Happily, though, Groucho Marx had spotted her and asked her to do a part in his next film, "Love Happy" (1950), produced by United Artists. It was in this film that she introduced her famous undulating walk.

Marilyn's role called for a single gag with Groucho, but she enjoyed working on "Love Happy." One anecdote concerning their on-set relationship tells of Groucho remarking that Marilyn was "suffering from a case of arrested development." With a development like hers, he quipped, "someone was bound to get arrested." His humor helped her to relax, and the two developed a lasting friendship.

After "Love Happy," Marilyn took a small role in "A Ticket to Tomahawk" (1950). Again she played a chorus girl, and her only line was "Hmmm," although she sang. Her role in "Love Happy" had brought her to the attention of Johnny Hyde, an extremely successful Hollywood agent. Among Hyde's clients were Mickey Rooney, Mae West, Lana Turner, Bob Hope and Rita Hayworth. Hyde, as her manager, took an immediate and active interest in Marilyn's career. He is the person credited as being most directly responsible for Marilyn's rise to stardom. He took her everywhere — to all the Hollywood clubs and parties, and just being seen with Hyde, who was the executive vice president of the William Morris Agency, made all the "right people" want to know her.

Most important, it was with Hyde's aid that Marilyn landed her two biggest screen roles to date: Angela in "The Asphalt Jungle" (1950) and Miss Caswell in "All About Eve" (1950). These two roles helped establish Marilyn as a starlet, but they also helped to stereotype her as a "dumb blonde."

In "The Asphalt Jungle," a crime drama directed by John Huston, Marilyn played the mistress of a shady lawyer. She was an innocuous young woman whose mental abilities are taxed in deciding which outfit to wear. In the film's climax, she betrays her lover to the police, almost unwittingly.

Her role in "All About Eve" was similar, if perhaps a little more developed. Here she played an ambitious young would-be actress and the mistress of critic Addison DeWitt. He calls her his "protege" and introduces her to his theater friends as a graduate of the "Copacabana School of Dramatic Arts," a slur which eludes her. In fact, Miss Caswell does well enough in destroying her own credibility. Not only is Miss Caswell not a talented actress, but she also is a ridiculous creature.

This role in particular did a great deal to deny Marilyn's credibility as a serious actress and person; Hollywood felt Marilyn was playing herself and, therefore, offered her no fuller parts.

135



Working with drama coach, Helena Sorell, 1947.



Another factor in stereotyping Marilyn was the morality of the 50's. A virtuous woman was expected to be elegant, not brassy, demure to the point of subservience, and dependent on males. A woman's life supposedly revolved around the men in her life. Marilyn's screen image as an alluring sexual creature embodied lust more than it did virtue; she was, symbolically, the forbidden fruit. And she was constantly cast in roles opposite sweet, plain or humble women. Often her role served to accentuate the "goodness" of the other female character.

Johnny Hyde, who had become Marilyn's best friend in Hollywood, died in 1950. Marilyn felt lost and miserable. Before his death, however, Hyde had managed to get Marilyn a seven-year contract with Twentieth Century-Fox. For some time afterward, Fox did not cast her in any films. With "Asphalt Jungle" and "All About Eve" to her credit, and both out the same year, one can only wonder why.

On loan to MGM, Marilyn was given bit parts in "Right Cross" (1950) and "Hometown Story" (1951). In "Right Cross," Marilyn was not even billed. In "Hometown Story," she played a secretary in a newspaper office.

Back at Twentieth Century-Fox, she was cast in a series of small parts in mostly insignificant films. This series, lasting for nearly three years, included "The Fireball" (1950), "As Young as You Feel" (1951), "Love Nest" (1951), "Let's Make It Legal" (1951), "We're Not Married" (1952), "Don't Bother to Knock" (1952), "Monkey Business" (1952), "O. Henry's Full House" (1952) and "Niagara" (1953).

The studio bosses evidently had taken a dislike to her and cast her in this seemingly endless succession of grade B films.

In "As Young as You Feel," Marilyn plays a secretary — a part in which she was at the same time simple, efficient and rather sweet, as well as sexy-voiced and alluringly dressed. But her role was again a shallow one.

In "Love Nest," Marilyn played a former WAC friend of star William Lundigan. When Marilyn comes to rent a room in his New York brownstone, his wife is not at all pleased. It is woman against woman, and Marilyn, because of her inherent seductive appeal, is on the los-



**Cheesecake! — 1951, 1951, 1956.**

ing end. This film is of interest for mirroring a particular aspect of Marilyn's personal life — the absence of close female friends.

In "Let's Make It Legal," Marilyn is one man's passing fancy, while she is desirous of another man for his money.

In her next film, "Clash By Night" (1952), produced by RKO, she was given a chance to play a role of greater depth than any she had had previously. The film's star was Barbara Stanwyck, who played Mae, a woman in her late 30's who's led an independent but lonely life. Marilyn plays Peg, the girlfriend of Mae's younger brother Joe. Following Mae's example, she makes several verbal forays into the world of feminine freedom, but the thrust of the picture is that a woman is best off as wife and mother, male-dependent and male-dominated. Eventually, Peg becomes engaged to Joe, yet she retains a sense of independent thinking, as evidenced by a remark she makes to Joe. When an adulterous affair of Mae's becomes common knowledge, Peg tells Joe that he doesn't "have the right to judge her."

In this film, Marilyn was able to combine her overt sensuality with a strength of character quite unusual for her roles at this time.

Back at Twentieth Century-Fox, Marilyn was again thrown into a stereotyped part — "a body accompanied by an empty head." "We're Not Married" is about six couples who discover that the Justice of the Peace who had married them some years earlier was not at the time authorized to do so, and they are, therefore, not legally married. Focusing on one of these couples — Marilyn and her "husband" David Wayne — the movie takes us to a "Mrs. Mississippi" contest, the ebullient winner of which is Marilyn. As we later discover, her life is meaningful only because she is beautiful. Seeking recognition for her beauty and being rewarded for it are the goals of her existence. The movie is sheer puff, although Marilyn portrays her role with vivacity.

137



Striking a sultry pose, 1947.

"Don't Bother to Knock" gave Marilyn her first starring dramatic role. This rather melodramatic film focused on Marilyn as a psychotic young woman. Her derangement, it seems, happened some time after her fiance was killed in the war. Unfortunately, the film gives little background for her illness, and so her actions often appear unprovoked and disjointed.

The drama takes place while Marilyn is on a baby-sitting job. A few clues to her instability are given, but just a few. She tells the parents that she never eats candy, but as soon as they step out, she devours it. She wears a vacant expression throughout the film. Later, we have a glimpse of deep scars on her wrists. Through a window, she attracts a young man (Richard Widmark), who then phones her, sensing that something is amiss.

He, then, visits her at the apartment. Upon learning that he is a pilot, Marilyn confuses him with her dead fiance, returning in her mind to the bliss of that relationship. She is no longer in the present. Her performance in these scenes carries an eerie quality appropriate for the part, but the lack of background for her behavior limits credibility.

The film drew terrible reviews, and Fox used them as a further excuse to resume typecasting Marilyn in "dumb blonde" roles.

Marilyn filmed "Monkey Business" next, a comedy which starred Cary Grant and Ginger Rogers. Marilyn played an exceptionally brainless secretary to Grant's boss. The plot revolves around a return to boisterous youth when Grant, Rogers and later Grant's boss imbibe a "youth serum." In her role, Marilyn is the silly sidekick who serves as the butt of most of the film's jokes.

Following "Monkey Business," Marilyn was cast in a brief role as a streetwalker in "O. Henry's Full House." Charles Laughton plays a vagrant who is looking for a way to get into jail for the winter. After stopping Marilyn and realizing her profession, he backs off. She is offended, and in the manner of a gentleman, he offers his cane as a gift. Marilyn is honestly touched by his gallantry and, in her reaction, sincerely projects the guilelessness she much later fully developed.

In 1953, Marilyn's role in "Niagara" carried her to stardom. She received top billing over he co-star Joseph Cotton, yet even in this film, she didn't have the opportunity to play a fully-rounded character. She did, however, play a woman totally different from any of her other roles. Rose Loomis is a woman devoid of sensitivity; she is cruel and selfish. She is a "shameless woman" who plots with her lover to kill her husband. Her husband (Cotton) kills the lover instead and finally kills her. Both husband and wife are bursting with passion and violence. He, of course, is to be sympathized with, while she is the provocative demon.

Marilyn's portrayal of Rose is admirable, although the part did nothing to further her screen image.