# EXHIBIT 12





# HUNT MYSTERY FRIEND IN LAST MARILYN PHONE CALL

**Duncan Trio in 11th-Hour Fight to Live**

You Can Win Up to $1000 in Social Security Game—See A-18

*Herald-Examiner* — Tuesday, August 7, 1962 — No. 134

'Ma' on Way to Execution Chamber

Final Talk Tied to Overdose Of Pills

Joe DiMaggio Leaves Funeral Home — Marilyn's Second Husband Aided in Funeral Arrangements. Will Be Among Few Invited to Services

Marilyn Monroe's Half Sister — Mrs. Berniece Miracle Fields Back Tears as she Rides Away From the Westwood Mortuary

MMLLC (Shaw) 000553

# Tells Inside Story When Marilyn Became Model

## Had 'Girl Next Door' Appearance at First




WHEN SHE WAS UNKNOWN MODEL NAMED NORMA JEAN DAUGHERTY — Those for Whom Marilyn Posed Said the Minute She Walked In, She Had Something Special—the World Was Soon to See It, Too

ANOTHER 1946 PHOTO FROM NORMA JEAN FILE — This One Was an Ad for an Airline. She Worked Very Hard, Was Cooperative and Took Instructions

## USC Guard Aids 4 Nabbed By Alert Police

## Seek Cause of 2 So. Cal. Brush Fires

## Rural Letter Carriers Open Conclave in L.A.



Bullock's Clearance DOWNTOWN

Cashmere extravaganza $49

Plush cashmere coats ... Milium satin lined ... featuring many hand detailed features ... at our lowest price of the year
• Black  • Wild Rice  • Beige
• Sizes 8 to 16

Sherwyn Coats, Air Conditioned Third Floor, Bullock's Hill Street Building

Chinese cashmere coats special $68

MMLLC (Shaw) 000553A

Case 1:05-cv-03939-CM   Document 248-16   Filed 03/17/2008   Page 4 of 7





MMLLC (Shaw) 000553B



MMLLC (Shaw) 000553C






Newspaper page (Los Angeles Herald-Examiner, Tuesday, Aug. 7, 1962) containing articles including "Marilyn 'Loneliest Girl in the World'" by Pat Barham, "City Will Appeal Hefty Bill for Prisoners' Keep," "Hit Snag on Little Theater Licensing," "Right Chambers Wrong Jurist," "Cuts Gas Price To Keep Cool," "Bat Swinging To Cost Money," "Can You Read Fast?," and advertisements for Barach Hearing Aids, DuPont paint, Woodbury College, Kriesien Beauty Shop, and American Savings ("'American' savers get 4.75% AND MORE").

MMLLC (Shaw) 000553D



MMLLC (Shaw) 000553E