# EXHIBIT 15



Los Angeles Examiner

LOS ANGELES, FRIDAY, JANUARY 15, 1954

# Marilyn Monroe, Di Maggio Married

WIFE KILLED IN MARKET AS 75 LOOK ON

DRAFT OF LAW TO VACCINATE DOGS ORDERED

INDIA TO PUT POWS BACK WITH CAPTORS

President ... Greater Security

Dividend Tax Cut Voted by House Unit

Enactment Would Aid Stockholders

MM-0036204

Los Angeles Examiner * 2—Sec. I Fri., Jan. 15, 1954

# S. F. City Hall Crowd Chases DiMagg

## 'BLIND DATE' BEGAN AFFAIR

### Girl Out of Orphanage Taken to Bosom by Joe's Family

(Continued from Page One)

only to her studio, but to her friends as well.

She and Joe will honeymoon for a week.

I predicted this marriage would take place this month because our No. 1 boxoffice girl and her Joe went house-hunting in Burlingame, the fashionable suburb of San Francisco. This I had straight and not only printed it in my column but told it on the radio.

Marilyn, who has been living with Joe's sister in San Francisco, had her telephone disconnected so that reporters could not reach her. Not that she minds publicity, but Joe who had plenty of it when he was a baseball star with the Yankees, hates it. That was probably the reason for the secrecy on their marriage.

*METEORIC RISE*——

We were all alerted a week ago by reports that Marilyn and Joe were going to be married in Las Vegas. I have no doubt they did plan to be married there, but were frightened off when it was known they had reservations in the gambling city.

Marilyn's meteoric rise to fame is one of the stories that make Hollywood such a fabulous place. She started out as an aircraft worker on the assembly line, and it was Joseph Schenck who gave her her start at 20th Century-Fox.

*SECOND MARRIAGES*——

*BLIND DATE*——

*GRATEFUL*——

**RADIANT** smile from Marilyn Monroe is her response to embrace from Joe DiMaggio as they face newsmen in San Francisco before marriage. —International News soundphoto.

**EXIT**—With Best Man Reno Barsocchini leading way, Marilyn Monroe, appearing slightly flustered, and Joe DiMaggio leave Judge after wedding. Said Joe ... to kiss the bride, an...

## Joe Says Honeymoon to Be Brief; Both Must Get to Jobs Again

(Continued from Page One)

can guarantee that," he said, grinning.

But his curvaceous bride, generally referred to as the hottest property on the 20th Century-Fox lot was more positive on this point.

"I'd like to have six," she giggled.

As though trying to steal home in the ninth inning, DiMaggio, his bride-to-be and a small wedding party slipped into the City Hall by the basement entrance at exactly 1 p. m.

popped questions at his fiancee.

"All right, fellows," he said at last, "I don't want to rush you, but we've got to get on with the ceremony."

The actress, who was raised in an orphanage and had 11 sets of foster parents, seemed amused by reporters asking whether she planned to give up moviemaking for homemaking.

"What difference does it make? I'm suspended," she quipped, giving a little kick to one of her pretty legs.

went up from the crowd calling for a machine.

Once these details had been squared away, Marilyn gave her name as Norma Jeane Dougherty, 25. Her first husband, whom she divorced in 1946, was James Dougherty.

Joe listed himself on the license as Joseph Paul DiMaggio, 39.

The wedding went off smoothly in a space of three minutes between 1:25 p. m. and 1:28 p. m. After that, the couple walked into Judge Peery's court where they kissed for photographers.

*WORD LEAKS OUT*——

*CITY RESOUNDS*——

*"LET'S GO," SAYS JOE*——

*COMMUTERS*——

## Riverside Drive Bypass Proposed

## Cinema Editors Elect Officers

## Lad Seeks Lost Cocker Spaniel

## Ton of Money Buys This Thief 1 to 10 in Prison

## Oil Mist Halted by Roofing Plants

## Ford New Test

## Lena H... Unh...

## Sad Gander

## Singer Says He'll Wed Doris

they did plan to be married there, but were frightened off when it was known they had reservations in the gambling city.

Marilyn's meteoric rise to fame is one of the stories that make Hollywood such a fabulous place. She started out as an aircraft worker on the assembly line, and it was Joseph Schenck who gave her her start at 20th Century-Fox.

Later she was let out at that studio and her first success came at M-G-M when she made "Asphalt Jungle." Curvaceous Marilyn first attracted attention with her swinging hips and her walk, which has been described as the most sexy one on the screen.

Later she was signed again by 20th, and Darryl Zanuck gave her such pictures as "Gentlemen Prefer Blondes" and "How to Marry a Millionaire," and so started her on the career that made her the most [illegible] publicized actress of our day.

*BLIND DATE*—

Marilyn met Joe on a blind date about two years ago and, much to the surprise of everyone, they fell in love. Since Marilyn had never seen a baseball game in her life, and Joe was not interested in motion pictures, no one expected them to be interested in each other.

Joe took Marilyn right into the bosom of his family and to this girl brought up in an orphanage, it was the most perfect thing that could have happened. She had never had any family life and Joe, like all Italians, loves his family.

At the time of the death of her agent, Johnny Hyde, Marilyn came to see me and said she had been bitterly criticized for not marrying Johnny.

*GRATEFUL*—

"I'd never marry a man I didn't love," she told me. [illegible]

[illegible] Monroe is her response to embrace [illegible] men in San Francisco before marriage. —International News soundphoto.

she is reading and wants to read.

I think that everyone who knows this girl, who has risen against such enormous odds, wishes her great happiness.

I believe they will make their home in San Francisco except for such times as she is working in Hollywood. San Francisco is Joe's home town and his sisters and brothers live there. Marilyn has already given up her apartment in Beverly Hills.

*SECOND MARRIAGES*—

It is the second marriage for both. Marilyn was married to Jim Dougherty in 1942 and divorced him in Las Vegas in 1946. She was just a youngster when they were married, and they were divorced when he came out of the service.

Joe was formerly married to Dorothy Arnold, by whom he has a son, and I might add that the little boy adores Marilyn, as do all males, regardless of age.

## Riverside Drive Bypass Proposed

Construction of a bypass road to ease traffic congestion at Riverside drive and Los Feliz boulevard, adjoining the entrance of Griffith Park, was recommended by the City Traffic Commission yesterday.

The plan, suggested by Traffic Engineer Ralph T. Dorsey, calls for building an [illegible] road from Riverside drive south of the intersection and curving eastward, around the [illegible] of Griffith Park to join Los Feliz [illegible] the bridge over the Los Angeles River.

## Cinema Editors [illegible]

[illegible]

# Joe Says Honeymoon to Be Brief; Both Must Get to Jobs Again

(Continued from Page One)

can guarantee that," he said, grinning.

But his curvaceous bride, generally referred to as the hottest property on the 20th Century-Fox lot, was more positive on this point.

"I'd like to have six," she giggled.

As though trying to steal home in the ninth inning, DiMaggio, his bride-to-be and a small wedding party slipped into the City Hall by the basement entrance at exactly 1 p. m.

Joe, tall, broad-shouldered and graying, was wearing a trim blue suit, white shirt and blue polka dot tie. He is 39.

Marilyn, 27, was wearing her smile, false eyelashes and a smart broadcloth suit with a part ermine collar. Her nails had natural polish.

*WORD LEAKS OUT*—

With them were Mr. and Mrs. Frank "Lefty" O'Doul, DiMaggio's first baseball manager; Mr. and Mrs. Tom DiMaggio and Mr. and Mrs. Reno Barsocchini.

The party had hardly entered the City Hall when word leaked out that something was cooking in the matrimonial department and reporters, city clerks and well wishers began gravitating to the third floor.

Thereafter, all was confusion as autograph hunters, photographers and reporters vied for space with the wedding party in Judge Peery's chambers.

Marilyn held a [illegible] white [illegible] in her left hand as she explained to the press that she would be glad to [illegible] [illegible]

popped questions at his fiancee.

"All right, fellows," he said at last, "I don't want to rush you, but we've got to get on with the ceremony."

The actress, who was reared in an orphanage and had 11 sets of foster parents, seemed amused by reporters asking whether she planned to give up moviemaking for homemaking.

"What difference does it make? I'm suspended," she quipped, giving a little kick to one of her pretty legs.

"This is no time to talk about suspensions," DiMaggio interrupted, "we got to get going. We got to put a lot of miles behind us."

Where were they going on their honeymoon?

DiMaggio smiled.

"North, South, East and West," he said.

The judge's chambers were finally cleared and the press removed itself to a tiny office just outside. Beyond the office was the hall where 200 persons pressed in for a glimpse of the happy couple.

*CRY RESOUNDS*—

[illegible] reporter standing on a [illegible] was able to look over the transom.

"They're not getting married. They're drinking, mostly," he reported back to the anxious crowd.

Then a cry went up for the man with the marriage license. It seemed the bride and groom and the judge and wedding party were literally trapped in the judge's chambers without a marriage license.

[illegible]

appearing slightly flustered, and Joe [illegible] to kiss the bride

went up from the crowd calling for a machine.

Once these details had been squared away, Marilyn gave her name as Norma Jeane Dougherty, 25. Her first husband, whom she divorced in 1946, was James Dougherty.

Joe listed himself on the license as Joseph Paul DiMaggio, 39.

The wedding went off smoothly in a space of three minutes between 1:45 p. m. and 1:48 p. m. After that, the couple moved into Judge Peery's court where they kissed for photographers in a manner rarely photographed in Hollywood.

*'LET'S GO,' SAYS JOE*

Finally, becoming tired of this sort of thing, Joe gave his blonde bride a playful pat and almost growled, "Let's go."

They raced down the City Hall corridors pursued by press and public and made the mistake of heading for the Real Estate Department which leads to exactly nowhere.

When they were forced to double back through the pressing crowds and run for the elevator. Scores of persons tried to beat them downstairs by running at breakneck speeds down the stairs.

The new Mrs. Di Maggio, married once previously at the age of 16, rose rapidly to film stardom after it became known that she had posed in the nude for picture calendars.

She explained at the time that she had no compunctions about being [illegible] "I was [illegible]

[illegible]

## Ton of Money Buys This Thief 1 to 10 in Prison

Selling a ton of money is a difficult job, Harold F. Barthiaume admitted yesterday to Superior Judge Harold W. Schweitzer.

Especially when it is shiny, mint-new silver, like the 2000 pounds of coins in question, stolen last August from a San Bernardino coin collector.

Barthiaume said he even "cooked" some of it in a frying pan, to make it look used and thus avoid suspicion.

But his travels about the state with a carload of the stuff, trying to change it into currency, quickly put police on his trail, Barthiaume said.

Judge Schweitzer sentenced him to a prison term of 1 to 10 years for grand theft.

The three burglars who actually stole the coins are awaiting sentence.

## Oil Mist Halted by Roofing Plants

Another industry—manufacture of roofing using asphalt—has been brought under complete smog control through installation of expensive devices to control oil mist emissions, it was announced yesterday.

Assistant Smog Control Chief Robert L. Chass said all the roofing firms in the county operating 11 asphalt roofing [illegible] had [illegible]

[illegible]

Fo[illegible] N[illegible] T[illegible]

[illegible]

Le[illegible]



# Crowd Chases DiMaggios

[illegible] DiMaggio as they face news- [illegible] Francisco before marriage. —International News [illegible].

[illegible]—With Best Man Reno Bar- [illegible] leading way, Marilyn Monroe, appearing slightly flustered, and Joe DiMaggio leave judge's chambers after wedding. Said judge: "I forgot to kiss the bride, and I'm sorry."

## [Ho]neymoon to Be Brief; Both Get to Jobs Again

[illegible] questions at his fiancee. "All right, fellows," he said at last, "I don't want to rush you, but we've got to get on with the ceremony."

The actress, who was raised in an orphanage and had 11 sets of foster parents, seemed amused by reporters asking whether she planned to give up moviemaking for homemaking.

"What difference does it make? I'm suspended," she quipped, giving a little kick to one of her pretty legs.

"This is no time to talk about suspensions," DiMaggio interrupted, "we got to [illegible] ..."

Where were they going on their honeymoon?

DiMaggio smiled.

"North, South, East and West," he said.

The judge's chambers were finally cleared and the press [illegible] ... [illegible]

[illegible] went up from the crowd calling for a machine.

Once these details had been squared away, Marilyn gave her name as Norma Jeane Dougherty, 25. Her first husband, whom she divorced in 1946, was James Dougherty.

Joe listed himself on the license as Joseph Paul DiMaggio, 39.

The wedding went off smoothly in a space of three minutes between 1:46 p.m. and 1:49 p.m. After that, the couple rushed into Judge Peery's court where they kissed for photographers in a manner rarely photographed in Hollywood.

[illegible]

[illegible]

## Ton of Money Buys This Thief 1 to 10 in Prison

[illegible]

## Ford Plans New Arizona Test Ground

[illegible]

## Oil Mist Halted by Robbing Plants

[illegible]

## [illegible]

[illegible]

# NASH, HUDSON MERGER OK'D

### Auto, Kelvinator Divisions to Keep Separate Identities

DETROIT, Jan. 14.—(UP)—Consolidation of Nash-Kelvinator Corporation and Hudson Motor Car Company was approved today by directors of the companies subject to stockholder approval. Stockholder meetings will be held in March.

The resulting corporation will be known as American Motors Corporation with combined assets of more than $355,000,000.

Under the plan, Nash, Hudson and Kelvinator will operate as separate divisions of American Motors. The dealer and sales organizations will retain their separate identities.

It was contemplated that A. E. Barit, president of Hudson, will serve as a director and consultant and George W. Mason, president and board chairman of Nash-Kelvinator, as president and board chairman of American Motors.

Under the agreement, three shares of Hudson stock will be converted into two shares of American Motors stock and each share of Nash-Kelvinator stock will continue as one share of American Motors.

CAPITAL [illegible]

[illegible]

# Sad Gander Stays North

MM-0036207