# EXHIBIT 16

# EXHIBIT 16



**THE TRUTH WELL TOLD**

# Independent

Today's Weather — Warmer, a few clouds. See details on page 6.

Carter Blew — Chance to make history. See William Safire column, page 2.

GALLUP, NEW MEXICO 87301, TUESDAY, SEPTEMBER 28, 1976

# BIA Commissioner Thompson Resigns

By BILL DONOVAN

ALBUQUERQUE (UPI) — Commissioner of Indian Affairs Morris Thompson has submitted his resignation and plans to become a vice president of a private company in the oil industry. Thompson's resignation was made public Monday by officials of the National Indian Education Assn. (NIEA), which is conducting its annual convention here this week.

Thompson plans to continue on as commissioner until Nov. 3, at which time he will go to work for Al-Con, a subsidiary of another company helping to construct the Alaskan pipeline.



Morris Thompson

SENATOR JOSEPH MONTOYA was greeted at the Gallup airport Monday afternoon by Charles Esparza (shaking hands), Wayne Roberdevich, and Pete Defonte. Gallup Democratic helpers greeted him on his way to Mexican Springs Monday.

## Mexican Springs Hears Montoya

ROSWELL (AP) — From a cattle auction on the Navajo Reservation near Gallup to an exclusive dinner party in Roswell, the largest foreign supplier of oil to the United States...

### Skeet Heads Ford Committee

WINDOW ROCK, Ariz. — Navajo Vice Chairman Wilson Skeet was named chairman of the Navajos for Ford Committee.

## Reunited after 20 Months

BOSTON (AP) — Two-year-old Elaine Griffin survived a typhoon and a mountain of government paperwork before she could rejoin her parents — 20 months after they had to leave her behind in The Philippines.



ERLINDA AND JAMES Griffin greet their daughter, Elaina, 2, as they were reunited Monday night at Boston's Logan International Airport. (AP)

## State Approves Gas Bill Increase

SANTA FE (AP) — New Mexico will be paying more for their gas in October following the Public Service Commission's unanimous approval of an increase...

**Death Notice**
Fred Carbajal, Page 4

## Imprisoned 21 Years, Not Bitter

WALLINGFORD, Conn. (AP) — John T. Downey, who spent 21 years in a Chinese prison as a U.S. spy, says he doesn't feel embittered toward either his captors or U.S. officials, because he was "caught in an enormous clash of opposing politics."





John T. Downey

### Navajo County Vote Contested

HOLBROOK, Ariz. (AP) — Navajo County Supervisor Mike O'Hara has challenged the outcome of the recent primary election.

---

## Around the World

### Ford Fears for Arab Policy

WASHINGTON (AP) — The Ford administration is concerned that two projects in Congress may antagonize Saudi Arabia, an American ally in the Middle East...

### Lebanese Fighting 'Savage'

BEIRUT, Lebanon (AP) — Savage fighting was reported today on Syrian troops and tanks launched a new offensive to dislodge Palestinian guerrillas from mountain strongholds overlooking Beirut.

### Anti-Hijacking Co-op Sought

UNITED NATIONS, N.Y. (AP) — West Germany launched a major diplomatic initiative in the U.N. General Assembly today for a global convention against terrorist hijackings.

MMLLC (Shaw) 000720

# Joltin' Joe DiMaggio; No Longer A Loner

*The Clovis NM Independent—Tuesday, September 28, 1976—Page 7*

## Bowling Scores

[bowling score listings illegible]

NEW YORK (AP) — The tall, straight-backed man with silver hair had managed to penetrate only a small portion of the hotel lobby when he was besieged by a cluster of middle-aged women.

"Oh, Mr. DiMaggio, may I have your autograph?" a motherly type with thick-lens spectacles gushed. "I drink your coffee all the time."

"Thank you, ma'am," Joe DiMaggio responded politely. "Where are you folks from?"

"Vancouver."

"That's a very nice city," DiMaggio said in a low voice.

A moment later DiMaggio and a couple of friends were wending their way toward the coffee shop when they encountered another barrier: a cordon of conventioneers wearing name tags on their coat lapels.

"Hey, Joe," barked one of the men. "My brother and I admired your career all the way. We saw every game we could. Will you sign one for my brother? He'll be out of his mind."

DiMaggio scribbled graciously. "What's his name?" he asked.

"Tommy."

With that, he held out his hand. Joe Smiled. "Best regards, Tommy, Joe DiMaggio," and returned the pad.

"You're the greatest, Clipper," the man said, giving DiMaggio a slap on the back. Then he reached up to squeeze Joe's lean arm. "Still smooth, you oughta still be hitting 'em, Clipper."

DiMaggio winced but said nothing.





'JOLTIN' JOE,' THE 'YANKEE CLIPPER' — Former New York Yankee superstar Joe DiMaggio trots out to applause of crowd at New York's Shea Stadium, in 1974 before the start of the annual Old-Timers Game. The man acclaimed as the greatest baseball centerfielder of all time whose graceful fielding and booming bat helped the Yankees to 10 American League titles and 9 World Series championships has even a larger group of admirers today. (AP LASERPHOTO)

[Piggly Wiggly ad — Tokay Grapes 59¢ LB — 1400 South Second St.]



[Trade Mart Discount Center ad]



## Close-Out
## 4-wheel drive
## spirits of '76



'76 F-150 4 x 4 runs on any gasoline. And it's the toughest ½-ton Ford ever built. More frame strength, new axle strength, new higher GVW's. Four-speed shift and power disc/drum brakes are standard.

'76 Bronco, the lean 4 x 4 machine. Optimum width lets Bronco snake through where bulky converted pickups can't. High clearance. Short front and rear overhangs. Tight turning. Built for keeps.

See the Spirit of '76 Celebration now at

# Gurley Motor Co.

"NEW MEXICO'S OLDEST FORD DEALERSHIP"

701 WEST COAL AVE.  |  FORD TRUCKS  |  PHONE 863-3851

[NOTICE — OPEN 8 a.m. to 11 p.m. EVERYDAY — Express Lane Open Everyday — Something's always on sale at ALBERTSONS]

[PROFESSIONAL LUBE AND OIL CHANGE $13.95 — GOODYEAR SERVICE STORES]

### Sport Shorts

PHILADELPHIA (AP) — The first two games of the National League baseball playoffs between the Philadelphia Phillies and the Cincinnati [Reds...]

[Coors Beer ad — 12 Oz. Cans — 6 Pak — Thrifty — $1.39]


[FIRE PROTECTION — CALL MEL BRUNNER — CARNEY INSURANCE AGENCY]


[ART SUPPLIES]





MMLLC (Shaw) 000721