MM-0000077



MM-0000078

such party the right to refuse to render any ser-
vices hereunder to the Borrower;

(1) If the Party is required to render
services to a Borrower as hereinabove provided, he
shall render the same to the best of his ability.

THIRTIETH: In the event that any term, condition,
covenant, agreement, requirement or provision herein contained
shall be held by any court of competent jurisdiction to be un-
enforceable, illegal, void or contrary to public policy, such
term, condition, covenant, agreement, requirement or provision
shall be of no force or effect during any period in which such
unenforceability, illegality, invalidity or contrariety to public
policy shall exist, but such unenforceability, illegality, in-
validity or contrariety to public policy shall have no effect
whatsoever upon the binding force or effectiveness of any of
the other terms, conditions, covenants, agreements, requirements
and provisions hereof, it being the intention and declaration of
Productions and the Parties hereto that had they or either of
them known of such unenforceability, illegality, invalidity or
contrariety to public policy, they would have entered into a
contract with the other containing all of the other valid
terms, conditions, covenants, agreements, requirements and
provisions hereof.

THIRTY-FIRST: Productions and the Parties, firms
and corporations for whichever of the Parties shall be required
to render services hereunder rather than a major motion picture
production company, shall keep proper financial records and
such records during all business hours shall be open to inspec-
tion by either of the Parties or his duly authorized attorney
and accountant.

THIRTY-SECOND: Any notice required to be given pur-
suant to the provisions of this agreement shall be in writing
and by registered mail and mailed to Productions, and to the
Parties at the following addresses, unless notice of a different



notices shall have been given by registered mail:

PRODUCTION           - 444 Lexington Avenue, New York, NY
FIRST PARTY          - Fanhem El___, Atwells Harbor, Hartford,
                       Connecticut
SECOND PARTY         - Fanhem El___, Weston, Connecticut

TWENTY(ALEVEN): Wherever in this agreement words of the masculine gender shall be used they shall be deemed to include the feminine when the sense so indicates and words in the single number include the plural and in the plural number include the singular when the sense so indicates.

TWENTY(TWELVE): This agreement shall be interpreted in accordance with the laws of the State of New York.

IN WITNESS WHEREOF, the parties hereto have caused this agreement to be duly executed on the 27th day of January, 1956.

                              MARILYN MONROE PRODUCTIONS, INC.

                              BY: _____
                                          President
                              BY: _____
                                          Vice-President

ATTEST READ:

_____
    Secretary


MM-0000080



STATE OF NEW YORK ) ss.:
COUNTY OF NEW YORK )

On this 3rd day of FEBRUARY, 1956 before me personally appeared MARILYN MONROE, MILTON H. GREENE and JOSEPH CARR, who stated that they were President, Vice-President and Secretary, respectively, of MARILYN MONROE PRODUCTIONS, INC., the corporation named in and which executed the foregoing instrument; that they know the seal of said corporation and that the seal affixed to the foregoing instrument is said seal, and it was so affixed by authority of the Board of Directors of MARILYN MONROE PRODUCTIONS, INC.

STATE OF NEW YORK ) ss.:
COUNTY OF NEW YORK )

On this 3rd day of February, 1956, personally appeared before me MARILYN MONROE and MILTON H. GREENE, individually, known to me and to me known, to be the persons described in and who executed the foregoing instrument and acknowledged that they executed the same.

MM-0000081