# EXHIBIT 19

# Fran Bera Again Wins Air Derby

(Story at Column Five)

THE PENINSULA'S LEADING NEWSPAPER

San Mateo Times

DEVOTED TO THE INTEREST OF SAN MATEO COUNTY

A HOME-OWNED NEWSPAPER — UNITED AND ASSOCIATED PRESS DIRECT WIRES

Vol. 56—No. 164 FOUR SECTIONS—44 PAGES SAN MATEO, CALIFORNIA, WEDNESDAY, JULY 11, 1956 ★ 5c PER COPY—$1.25 PER MONTH

WEATHER

Fair tonight and Thursday. Continued mild. Low temperature tonight 58 degrees; high Thursday 68. Westerly winds, 8 to 18 miles per hour, in the afternoon.

# MIDGET BANDIT PAIR SOUGHT IN MILLBRAE

## Miller Love Came Even Before Joe In Marilyn's Life

(Exclusive Photo)

MOONSTRUCK MARILYN MONROE AND ARTHUR MILLER IN THE MILLER HOME AT ROXBURY, CONN.

PART I

*(Just a few weeks ago, the world was startled by the puzzling report that Marilyn Monroe, whom everybody knows, would marry Arthur Miller, whom practically nobody knows.*

*"Who's Miller?" they demanded.*

*How did this lanky intellectual playwright tangle with the possessor of the world's most famous wiggle?*

*Miller is amazingly anonymous, considering the weight of his work. His play, "Death of a Salesman," ranked him easily among the greatest living American playwrights. He has written others just as brilliant.*

*But like the father of a famous child, Miller has been in the background while his literary offspring … fame.*

*This is the first of five articles which tell how the romance grew.)*

By JIM COOK

(Copyright, 1956, New York Post …) That brief exchange of "I do's" up in Connecticut voiced the realization of a dream that Marilyn Monroe had nursed for five long years.

She has been in love with Arthur Miller since 1951—two years before she met and married Joe DiMaggio.

Miller had visited the coast that year with his then close friend, Director Elia Kazan. They were looking for someone to produce a film they had in mind. The producer wasn't found, but Marilyn was.

Met At Cocktails

They met at a cocktail party in Hollywood. One person who attended the party said he believed Kazan introduced them. Another guest said the encounter had no such formal trappings.

"She needs no introduction around this town!" the party-goer explained. "You see somebody you like, you go start talking."

Miller is a superb talker. Marilyn is a superb listener. By evening's end, a community of interest had been established by America's foremost representatives of the body and the mind.

They were together only a few times in the days before he returned to Brooklyn — and to the first Mrs. Miller. Usually friends were close at hand when they saw each other in Hollywood. There was no hint then that what happened last week would ever happen.

Affection Showed

"But I could tell Marilyn was in love with him even then," says Natasha Lytess, movie drama coach. "It wasn't anything big, but it showed in the way she acted."

Marilyn lived in Natasha's home at the time. Marilyn was still just a "starlet" — a shapely-bodied nobody. The explosion of publicity which was destined to make her an international figure was just beginning to mushroom in 1951.

Said Natasha: "Marilyn knew he was married. I think he then was already having trouble with his wife. Marilyn didn't contribute to that. She figured he was married and that was that.

"But she felt something for him, I know."

There is no evidence that Miller, back in New York, let his thoughts dwell on Marilyn any more than the thoughts of other men dwell on her. He went back to writing plays and going through the motions of a marriage which long since had fallen on drab days.

Not Much Time

He had a house full of wife and two children and a head full of ideas that he had to get down on paper. Not much time was left him for mooning about a blonde who lived three thousand miles away.

A friend of Marilyn recalls a visit to the star's apartment late in 1951.

"Over her bed were two framed pictures," the friend remembers. "One was of Eleonora Duse, the actress. The other was a snapshot of a tall guy in glasses.

"Somehow I recognized the guy as Arthur Miller. When I asked Marilyn if it was Miller, she screamed. She said other people who had been in the room had never recognized him."

"Marilyn gave the impression that there was a great attraction between them," the friend recalls. "But she said he was married and she didn't think anything would come of it."

Flame Dies

Miller's absence however, naturally made the fire in Marilyn grow cooler as the months passed. Too

(Turn to Page 23, Column 1)

## Gravediggers Vote to Accept 3-Year Pact

### Burials May Be Limited, However, By S.F. Embalmers' Strike

Colma's gravediggers this morning voted unanimously to accept a new contract reached by union negotiators with the Associated Cemeteries late yesterday to end the 64-day strike-lockout in 11 north county cemeteries.

But how many of San Francisco's 890 unburied dead will be interred when the cemetery workers return to their jobs tomorrow morning, was still a big question mark.

May Cut Burials

There were indications that the concurrent strike of San Francisco's union embalmers may stymie more than half the bay city's funeral homes from arranging for interments.

Spokesmen for the gravediggers' union were quoted in San Francisco as stating that union members will refuse to bury bodies from 21 mortuaries which have not yet signed contracts with the embalmer's union—now on strike for 60 days.

That would leave only 14 San Francisco mortuaries who have signed with the embalmers able to arrange for burials. Of the backlog of 890 bodies, the cemetery workers would bury only about one-third if they carry out this policy.

An employers' group spokesman offered the opinion that such action by the gravediggers might be "an illegal boycott under the Taft-Hartley law."

Take Month or Longer

A month or two months will be needed to complete the burials, it was estimated. Some 68 bodies are being stored in San Mateo county mortuaries awaiting burial. However, the Peninsula's union embalmers are not involved in the San Francisco strike.

Approximately 150 members of the cemetery workers' union local 265 voted approval of the new contract which provides for a 15-cent hourly wage increase, retroactive to March 1, and additional 5 cents the second year, and 6 cents the third year. They will begin work in the morning.

Fringe benefits include another 10 cents hourly in 1958 for a pension fund, unemployment and disability pay at the sectarian cemeteries (Holy Cross and Home of Peace) in 1956, and employer payment of health premiums for a worker's wife.

The union in its initial demands

(Turn to Page 2, Column 3)

## SHOWDOWN VOTE DUE ON AID PROGRAM

WASHINGTON (UP) — The House headed today into a showdown vote on how much cash it will give the administration for foreign aid this year.

President Eisenhower told GOP congressional leaders he would be contented with $4 billion — $900 million less than he originally requested. Congress authorized that much earlier this week.

But the appropriations bill before the House would provide only $3.4 billion.

House Republican Leader Joseph W. Martin Jr. hinted strongly his administration forces would fight for more money. Earlier, he had pinned all hope on the Senate.

Chairman Otto E. Passman (D-La) of the House Appropriations Subcommittee that made the cuts predicted the House wouldn't add …

## Plaza Quarry Permit Granted

(Times Redwood City Bureau)

REDWOOD CITY, July 11 — A use permit for quarrying operations in the Baywood Plaza subdivision west of San Mateo was approved by the board of supervisors yesterday after agreement was reached on a long list of restrictions.

Residents of the area, represented by the Baywood Park Improvement association, had opposed the application in previous hearings.

Agree on Restrictions

At the outset of the meeting before the board yesterday, however, William Gately, representing the association, said he "assumed" the board intended to grant the permit and offered a list of restrictions on the quarry operation.

He and Gerard Wagstaffe, attorney for the applicant, Irving Feldman, reached agreement on most of the items on the list. Feldman's firm will now apply to the county planning commission for a quarry permit, to which the restrictions will be attached.

The purpose of the quarry operation is to prepare two parcels of land for subdivision development.

Haul Road Planned

Unqualified agreement was reached on these points: The quarry operation will not come closer than 300 feet to existing residences; lower Parrott drive will be maintained so that it will be usable for cars, an all-weather haul road will be maintained so that the project will not be delayed; no more than 400,000 yards of dirt will be taken from the two sites, the job is to be completed in 150 working days, a flagman will be stationed at a point where school children walk to and from school; there will be no blasting unless a special permit is secured, liability insurance will be provided.

Parrott Drive Question

Gately asked that the haul trucks be restricted from Parrott drive. Wagstaffe said the applicant is seeking permission from San Francisco to use its property for a haul road. If permission is granted, Parrott drive will not be needed. If permission is not granted, he said, the trucks will use only the southern, undedicated portion of the drive.

## L. A. Woman Wins Air Derby For Third Time

### Flint Decision Made Today; Phoenix Flier Second

The California sisters flying team of Mrs. Frances Bera and Mrs. Edna Bower today were declared the winners of the cross-country Powder Puff Derby at Flint, Mich. Mrs. Bera, 31, Los Angeles, and Mrs. Bower, 35, Long Beach, also won last year. Mrs. Bera became the winningest pilot in Powder Puff annals, since she piloted the winning plane in 1953 and was the co-pilot of the winner in 1951.

The Bera-Bower plane was the 15th to finish the San Mateo to Flint course, getting in at 4:45 p.m. Monday. The race started Saturday and the speeds were computed on the basis of time in the air between specified landing points as compared to rated plane and engine performance.

Second place went to Mrs. Alice Roberts, Phoenix, and co-pilot Mrs. Iris Critchell, Palos Verdes Estates, Calif., while Mrs. Marian Craver, San Diego, and co-pilot Mrs. Betty Lamberg, also of San Diego, finished third.

Among other finishers Mrs. Darline Sanders, Lemon Grove, Calif., and co-pilot Mrs. Ruby Potter, San Diego, were sixth.

The first of the 49 planes to reach the finish line was piloted by Mrs. Joyce Failing, Apple Valley, Calif., with Mrs. Lauretta Foy, also of Apple Valley, as co-pilot. They ended as seventh in the final standings.

Mrs. Bera completed the 2358-mile race course from the San Mateo county airport at San Carlos to Flint in 12 hours, 53 minutes elapsed time in her Beechcraft Bonanza.

Marian Burke of San Antonio, Texas, fifth place winner last year, moved up to fourth place. Her plane was a Piper Super Cub.

Local entries were:

Ceil Hill of San Carlos and Ruth Rueckert of San Francisco, sponsored by the Villa hotel and the Villa Chartier, 35th in a Piper Tri-Pacer;

Patricia Gladney of Los Altos and Margaret Standish of Burbank, twenty-third place in Mrs. Gladney's Cessna 170;

Lindy Boyes of Piedmont and Rosemarie Gohling of San Carlos

(Turn to Page 2, Column 6)

FLINT, Mich., July 11—Mrs. Frances Bera, left, who won her third all-woman transcontinental air race here Monday. The race began Saturday at San Carlos and ended 2358 miles later at Flint. With her is her sister Mrs. Edna Bower, who flew the race but is not a pilot. Mrs. Bera is from Los Angeles and has more than 18 years and 6400 hours of flying. She won in 1953 and 1955, and was co-pilot in the winning plane in 1951. This was her sixth Powder Puff Derby.

## Pair Escape Here After S.F. Robbery

### Bloody Handkerchief Gives Indication One Wounded

A house-to-house search in Ray Park and along Millbrae avenue was conducted this morning by Burlingame and Millbrae police after the largest manhunt in the Peninsula's history failed to net two midget gunmen who escaped on foot in the Mills estate last night after a running gun battle with police down Skyline boulevard from San Francisco.

The house-to-house canvas began shortly after dawn on orders from Millbrae Police Lt. George Albright when the first daylight search of the Mills estate turned up a blood-stained handkerchief apparently dropped in a gully west of Murchison drive by one of the gunmen.

Albright said it might have been possible for the desperate pair, who waited in ambush in an attempt to kill pursuing officers last night, to have holed up in a nearby house and to be keeping a family captured. The search failed to locate the pair, however.

200 in Search

More than 200 police officers and reserves from San Francisco, San Bruno, Millbrae, Burlingame, Hillsborough, San Mateo, the sheriff's office and highway patrol searched the hills last night after the two gunmen abandoned the car they had stolen on July 4 in Burbank and headed into the brush along Skyline boulevard.

During the height of the search a special lighting unit from the Burlingame fire department was called to the area to light up dark gullies where the robbers might have hidden themselves. An earlier request to the coast guard for a helicopter to light up the area was turned down when coast guard officials pointed out magnesium flares might touch off a grass fire.

Boys Alarmed

The search throughout the night was not without its humorous incidents, however. False alarms sent police cars scurrying from one location to another. Perhaps the most startled of all by the excitement were 13-year-

(Turn to Page 2, Column 5)

## STRIKE HALTS WORK ON THREE S. M. SCHOOLS

San Mateo elementary schools will have 1800 additional students on double sessions if the carpenters' strike delays completion of three schools more than a week, Supt. Walter A. Jack disclosed today.

Jack said that despite efforts of the district to keep work going on 22 rooms to be added to the Parkside, Albion, Horrall and George Hall schools here, work had stopped on the three projects.

The stoppage involves 12 rooms at Parkside, six rooms at Horrall and four at Hall.

No Deal in Sight

There was no end to the five-day strike in sight today. No negotiations were scheduled or anticipated.

Earl Honerlah, business agent for San Mateo carpenters local 162, said that the advisory committee of the bay area district council of carpenters met yesterday to discuss the situation and heard employers repeat their offer of a 12½ cents per hour raise.

He said the contractors' association told them it was a "firm offer." The carpenters are asking a 25-cent package pay hike.

Honerlah said, however, that while work has halted at all projects under construction by members of the Peninsula General Contractors' and Builders' Association

(Turn to Page 2, Column 4)

## New Grocery List Contest Opens Today

Here's your chance to fill your kitchen shelves with groceries and add extra spending money to your pocketbook by entering the exciting "Your Grocery List" contest in today's Times.

The official entry blank and rules are printed on Page 13. You can win up to $50 in cash and $10 in groceries.

The contestant who wins this week's prize will receive $25 in cash. If he or she is a regular home-delivered subscriber to The Times, an extra cash bonus of $25 will be given. The total cash prize will be $50 to a subscriber.

In addition interested merchants have donated merchandise awards to supplement the cash prizes. This week's winner will receive $10 worth of groceries of his or her own choosing at each of the following: Lloyd's Groceteria in Farmers Market, Broadway Market, and the Shore View Food Center.

For a story and picture of last week's winner, Mrs. M. Sawyer, 312 Oak avenue, San Bruno, turn to Page 2.

## Dulles Urges Free Satellites

WASHINGTON (UP) — Secretary of State Dulles said today Russia should restore full independence to the Communist satellite nations to prove the reality of its new policy of "decentralization of power."

Within the Soviet system, he told a news conference, "only the reality of vigorous democratic institutions will genuinely insure against the corrupting power of despotism."

"The whole world will therefore watch," Dulles said, "to see what will actually come of the present developments."

He then added:

"If they dependably alter the domestic and foreign policies and practices of the Soviet state, it would beneficially transform the world scene. We hopefully await the coming of that day."

Dulles had a prepared statement which he read concerning the Soviet Union.

## Late Race Results

JAMAICA

## Steel Men Meet U.S. Mediator

WASHINGTON (UP) — Federal mediators conferred with steel industry officials today in an effort to set up new management-union talks in the 11-day-old steel strike.

A four-man delegation of industry representatives, headed by U. S. Steel Vice President John A. Stephens, met with Federal Mediator Chief Joseph F. Finnegan and his aides.

The steel men were expected to agree to resume talks with the steelworkers union in Pittsburgh Thursday afternoon. But there was no indication an early settlement would be forthcoming.

## Nixon in Azores, Heads for Home

ANGRA DO HEROISMO, Terceira (UP) — Vice-President Richard M. Nixon headed across the Atlantic today, homeward from a globe-girdling tour on which he reaffirmed United States support for its allies.

Nixon stopped over briefly on this island in the Azores before continuing on to Washington.

Nixon visited seven countries in the whirlwind tour which began in the Philippines early this month. The Azores was his last stop before Washington.

VISITING FIREMEN IN TOWN?

You're assured of a warm reception at the Villa, one of the chief attractions for visiting firemen, relatives and old friends! Take them to the Villa for lunch, dinner, or cocktails. Open day from noon!

Villa Chartier

Index

| | Page |
|---|---|
| Classified | 24, 25, 26, 27 |
| Comics | 23 |
| Editorial | 22 |
| Obituaries | 24 |
| Peninsula News | 15, 16 |
| Radio, Television | 23 |
| Society | 9, 10, 11 |
| Sports | 20, 21 |
| Theatre | 19 |

INSURED
Your account insured up to $10,000
San Mateo
Mutual Savings

MMLLC (Shaw) 000712

# MARILYN LOVED MILLER BEFORE SHE MET JOE

(Continued From Page 1)

much of her emotional energy was devoted to making a dozen second-rate movies and becoming a first-rate national sex symbol.

The possibility of an eventual conjunction of body and mind dwindled even more when she married Joe DiMaggio early in 1954.

But the old Miller embers in Marilyn's memory began glowing again soon after she released the outfielder from his marriage contract and stole away to New York from Twentieth Century-Fox early last year.

Establishing her headquarters in a Waldorf Towers apartment, she opened campaigns on two flanks. One was to make a business break from Hollywood and set up a movie company of her own, Marilyn Monroe Productions. The other was to attempt to learn to act.

### Into His Arms

The latter pursuit took her to the Stanislavsky-haunted world of Actors' Studio and, very soon thereafter, to the arms of Arthur Miller.

Through 1955 they ran into each other again and again at the homes of mutual acquaintances who had volunteered their help in adding some culture to Marilyn's more noticeable possessions. Their most frequent meeting place was at the home of Poet Norman Rosten, Miller's close friend since their days at the U. of Michigan. The rekindling of the 1951 blaze was a slow process. Their friends, moreover, kept the developments hidden in deepest secrecy.

Even Peter Leonardi, Marilyn's around-the-clock hairdresser—secretary-confidant through the spring and summer of last year, admits that he had no suspicions that anything was brewing between his enticing employer and the playwright.

### Never Heard Of Him

"I was with her morning, noon and night for weeks," says Leonardi, "and I never even heard the name 'Miller.'"

The fact that their interest in each other remained unpublicized so long was not merely because of their friends' agreement to keep it secret.

More important were the truths that both Marilyn and Miller have always preferred home gatherings to night clubs. Enjoyed dining in obscure little restaurants rather than in fashionable cafes and had more fun out of bike rides in Brooklyn than out of noisy opening nights. The romance developed along paths not much frequented by columnists and Broadway gossips.

By Christmas there was fruit on the love tree.

Miller and his wife of 15 years, the former Mary Grace Slattery, had long realized that hope for their marriage was lost. Close friends insist that their divorce would have come when it did even had Marilyn not entered his life.

### No One Proposed

At any rate, on one chill midwinter evening after the divorce had been decided upon, Miller and Marilyn made up their minds to get married. Neither claims to have been the proposer.

"We both talked at once," says Miller.

"Well, I guess he sort of initiated it," Marilyn says. "But you could say it was simultaneous."

When the official word of the Miller-Monroe intent was made public a few days ago, a reporter in Hollywood broke the news to a cameraman who had known Marilyn and Miller well for several years. The cameraman pressed his palm to his forehead and moaned in despair. "Oh, Oh, the poor guy."

Others professed less pessimism, but it is true that in certain aspects they considered the match a most surprising one indeed. Any marriage counselor might be tempted to give them less than 100 per cent on the future prospects chart.

### Different Worlds

There is a substantial difference in their ages — she is 30 and he is 40. Their past years were spent in different worlds — his the world of Jewish middle-class Brooklyn and hers a disorganized foster-home world in Southern California.

He is a college graduate; she made it only through high school. He is deeply involved in the politics and sociology of our time; she has never publicly indicated the remotest interest in, or understanding of, such matters. One associate of several years called her a "political neuter."

The basic difference is in their mentality. Miller is a powerful logician, and even in casual conversation he speaks in clear—frequently brilliant — sentences and paragraphs. On the intellectual side, Marilyn's style is a bit different from this.

### Under Water Talk

"When I talk with her I feel like we're talking under water," a Hollywood producer recently said.

"When I asked her questions," a New York reporter observed after an interview, "I felt like my words had to go miles and miles before they reached her."

Another writer said her thought patterns seemed "misty, very misty."

But those who emphasize the differences sometimes fail to note certain ones which have made the mating of Miller and Marilyn possible, if not inevitable.

From her viewpoint, Miller is the intelligently dominant male whom she has sought for years. Abraham Lincoln has always served as a sort of father-hero for Marilyn, who never knew her own father. Lincoln's picture used to hang in her bedroom. And Miller, except for the chin whiskers, looks strikingly like Lincoln.

### Glamor For Miller

For Miller, Marilyn is glamor replacing Flatbush, she is a robust companion for a man who swims and plays tennis and is a carpenter, mechanic and mason as well as a writer. She is, for a man who enjoys talking, a listener who can look attentive.

"Besides," a man from Brooklyn said the other day, "Miller may write and all but he's still just a guy from Brooklyn. And do you know one guy in Brooklyn who wouldn't like to have Marilyn Monroe around?"

Although fully smitten by love, Miller and Marilyn kept their bent for marriage a secret even after his plan to get a divorce had been confirmed to the press. There was speculation in print that he would wed Marilyn after the divorce came through.

"But this report is absurd," Miller said in early February. "I often see her at the homes of friends, but we've never been alone and there is definitely no romance."

### He's Married

"But how can they say we're having a romance?" Marilyn purred. "He's married. I haven't been dating. I have no romance, period."

However, before Marilyn left New York late in February to star in the still-to-be-released film "Bus Stop" intimates of the couple knew their protestations were not the whole truth.

"A few months before he left for Reno, he was really like a kid about Marilyn — a 'kid in love,'" said a close Broadway acquaintance. "No one who'd ever known him had ever seen this kind of ebullience in him. It was almost as if we were dancing a jig.

"He couldn't contain himself—he was so happy, so full of love. But he and Marilyn were very secretive about their meetings. Though they must have met often, only people very close to them knew anything about it.

"Miller is a very private kind of guy, really a lone wolf. He makes all the important decisions himself."

### Indian Runner

The playwright followed his fiancee's westward trail a month and a half after she reached Hollywood. He made it only as far as Nevada. There he camped out in a rustic cabin at Pyramid Lake, 45 miles from Reno. He lived there eight weeks, six of them necessary to fulfill the residence requirements for a divorce. He ran up a formidable telephone bill during those weeks.

With no phone in his cabin, Miller had to take the calls from Marilyn at the Pyramid Lake ranch lodge. An Indian runner would go to his cabin and tell him "Mrs. Leslie" was on the line.

Their code names for each other, "Mr." and "Mrs. Leslie," were obviously derived from the Vina Delmar novel, "About Mrs. Leslie." There was the story of the homey nightclub singer (played by Shirley Booth in the movie) who lived with a married Washington celebrity as man and wife six weeks a year.

### New Novel

Neither Miller nor Marilyn had any mention-worthy social life while they were apart.

Miller spent most of his time in his cabin, writing three-fourths of a new novel. He took part in only a few of the ranch outings, one a wild horse hunt.

Marilyn moved from Hollywood to Phoenix to Sun Valley while "Bus Stop" was being filmed. But a dawn-to-bedtime-schedule of acting and of script study with her new drama coach, Mrs. Lee Strasberg, wife of the director of Actors' Studio, kept her too busy for any fun-making.

Moreover, she was afflicted with bronchitis throughout most of her stay in the West. At one point, after working in bad weather while dressed in a skimpy costume, she was forced to go to a hospital for a couple of weeks.

In the hospital, although she was under doctors' orders to use her voice as little as possible, Marilyn had telephone cooings and billings with Miller which sometimes lasted almost an hour.

As soon as her work in "Bus Stop" was completed, Marilyn returned to Manhattan and her new apartment at 2 Sutton Place.

It is common knowledge among all who have worked with Marilyn or interviewed her that she always can be expected to be at least 30 minutes late for any appointment. But on June 2, the day she flew from Hollywood to New York, she was an hour early for her plane.

As Marilyn was tidying her apartment for Miller's return, a subpoena was being delivered to him in Reno by a representative of the House Committee on Un-American Activities.

It was clear to Miller that he would have to interrupt his reunion time with Marilyn to go to Washington and publicly discuss his past associations with Communist-dominated organizations.

### Urged to Quit

This was also clear to several of Marilyn's close publicity and business associates, and they quietly urged her to reconsider her plan to marry Miller. They were not at all sure how the public would cotton to the idea of having their All-American Venus married to a fellow whose mind had been touched by complicated thoughts and whose name was linked with groups deemed untrustworthy by certain congressmen and attorneys general.

But Marilyn steadfastly ignored her advisers.

On June 11 Miller was granted a divorce after a routine five-minute hearing in a Reno court. Two days later he was back in New York with Marilyn.

During the next week they were together almost constantly. Although every newspaper in town had reporters after them, they managed to carry on their reunion courtship without publicity.

They dined several times in cozy little restaurants, took drives in the country, attended a play, and one night visited Miller's parents in Flatbush, Mr. and Mrs. Isadore Miller. Even though they were the "hottest" news personalities in the city, reporters learned of none of these activities. Between dates with Miller, Marilyn was busy buying new things for her one-bedroom apartment. Miller's country house near Roxbury, Conn., and the apartment at 2 Sutton Pl. will be their homes whenever they are in the New York area.

### Two Questions

The hounding by reporters increased enormously just before Miller went to Washington for the hearing. Miller had a long visit with Marilyn at her apartment before he made the trip to Washington. And while at the capital, they exchanged many more telephone calls.

There were two questions-and-answers in the hearings which made more news than all the other politico - philosophical questions combined.

Arens (Richard Arens, Committee counsel): Now, your present application for a passport pending in the Department of State is for the purpose of traveling to England. Is that correct?

Miller: To England, yes.

Arens: What is the objective?

Miller: The objective is double. I have a production which is in the talking stage in England of "A View From The Bridge," and I will be there to be with the woman who will then be my wife. That is my aim.

### They All Knew

Everybody knew he was talking about Marilyn Monroe.

Returning from Washington, Miller drove to Roxbury with four passengers in his car — his mother, Mrs. Augusta Miller; his daughter, 11; his son, 6; and the most famous passenger, Marilyn.

Until the wedding day they alternately fought off reporters and played in the sun. They occasionally visited Miller's cousin, Morton Miller, who lives just down the road and occasionally drove to a rural Connecticut restaurant for dinner.

But most of their hours were spent getting the pool in the back yard ready for swimming and seeing that the lawns and hedges were properly trimmed. They were making a home.

"I've never been happier in my life," Miller said once during those days just before the marriage.

Five years had been a long time for Marilyn.

(TOMORROW: Miller's boyhood in a middle-class New York family. Marilyn's tragic early life is a succession of foster homes. Miller's graduation from football and girls to university and literary ambitions.)

### Japan Shipping Rises

TOKYO (UP)— Japan has climbed to second place in the world's shipbuilding industry, second only to Great Britain, the Japanese Transportation Ministry claimed today. The ministry said Japanese shipbuilders are enjoying an unprecedented boom and now have a backlog of orders totaling 2,300,000 gross tons.

No Vacation — Continuous Service

4 HOUR SERVICE

Open 6 Days A Week

Call-For and Delivery Service

Wardrobe Cleaners

333 East 4th Avenue DI 2-1112

Also 344 Lorton Ave., Burlingame

MISSION

Automatic Gas Water Heaters

Phone FI 5-1691

24-HOUR PLUMBING SERVICE

McCLENAHAN COMPANY

2301 Palm Avenue

Beneficial FINANCE CO. of San Mateo

407 SOUTH B STREET, SAN MATEO

Now... as featured in the July Ladies' Home JOURNAL

# Fabulous Formula Diet

Developed by the Rockefeller Institute for Medical Research

A reducing diet... a complete food mixture, nourishing and tasty... easy to prepare and use. Ideal for part-time dieters... serious dieters.

★ You make this diet formula with **Mazola...** the only leading oil made entirely from golden corn

★ And delicious **Karo Syrup,** readily available in all grocery stores, may be used instead of dextrose

Here it is! The Complete FABULOUS FORMULA DIET

A typical day's reducing diet—20 ounces, approximately 900 calories.

Dextrose ... 6 level tablespoons (3 tablespoons of Karo® Syrup may be used...see below)
Evaporated Milk ... 10 ounces
Corn Oil (Mazola® Oil) ... 1 ounce (2 tablespoons)
Water ... 8 ounces

Combine milk and water, stir in dextrose until it is dissolved. Then add corn oil and beat (or blend in an electric mixer) until the oil is thoroughly mixed with other ingredients. The formula can be stored in the refrigerator, in any clean, quart-sized jar. As a rule, the formula should be made daily and stored like fresh milk. If the mixture is well homogenized, it is possible to make up a week's supply and store it in a freezer.

About Karo Syrup: It is a mixture of dextrose, maltose and dextrins. Medical authorities state that 8 tablespoons of Karo Syrup have the same caloric value as 6 tablespoons of dextrose, and may be used instead of dextrose in this formula diet. Any one of the three kinds of Karo Syrup may be used.

Mazola Oil is the only leading vegetable oil completely made from golden corn. It was the oil specifically used in the formula diet tests.

Read And Remember Before You Begin!

For Part-time Dieters

Corn Products REFINING COMPANY

Makers of Mazola Oil and Karo Syrup!