# EXHIBIT 20

Radio-TV on Page 8

# THE POST-STANDARD

Weather

ONE HUNDRED AND TWENTY-SEVENTH YEAR   SYRACUSE, N.Y., TUESDAY, JULY 3, 1956   FINAL EDITION—FIVE CENTS

# PHONE RATES WILL GO UP THURSDAY



ALL WITH ONE ARM—Michael J. Mangine, 4½, as he looked over family automobile at Schenectady yesterday after he backed it from a curb, hit a parked car and a tree, shifted gears and drove it over three lawns, through a hedge and finally onto porch steps of his own home. He wasn't hurt. Michael's left arm, in cast and sling, was broken last month. You might say Michael is accident-prone. Also last month: His nose was broken in a mishap with a toy mechanical horse; he was bitten by a dog; he was stung by a bee. (AP Wirephoto).

### Hunted 12 Days

## Triple Slayer Trapped And Shot Out of Tree

WARREN, Ohio, July 2 — [text continues]

## U.S. Officials to Try To Revive Steel Talks

PITTSBURGH, July 2 — [text continues]

## U.S. Denies Revolt Role

### Russian Charges 'Wholly False;' Reprisal Blasted

WASHINGTON, July 2 (AP) — The State Department today denounced as "wholly false" Russian Communist charges that the United States financed and instigated the rebellion of Polish workers at Poznan. [text continues]

### Poland Seals Border; Revolt Dead Near 1,000

BERLIN, July 2 — [text continues]

RECOVER CRASH VICTIMS—Bodies of persons who perished in crash Saturday of a TWA Super-Constellation are carried in a rubber bag by Army officials from a helicopter at Grand Canyon, Ariz. (AP Wirephoto).

## Recovery of Bodies Halted by Winds At Grisly Scene of Aviation Disaster

GRAND CANYON, Ariz., July 2 — [text continues]

### Prayed After Slaying Girl

## 'Just Had Urge to Kill,' Says Victim's Cousin

SPRINGFIELD, Mo., July 2 — [text continues]

### Fellow Roomer Admits Slaying

ALBANY, July 2 — [text continues]

### CRUSHED TO DEATH

TONAWANDA, July 2 — [text continues]

### New Twist in Case of Lost Professor

## Half Million Dollars Missing Too

WASHINGTON, July 2 — [text continues]

**Baseball Scores**

EASTERN LEAGUE
Binghamton 3, Syracuse 2
Schenectady 4, Albany 3
Allentown 5, Reading 4
AMERICAN LEAGUE
Chicago 4, Detroit 3
Boston 3, Washington 2
NATIONAL LEAGUE
Chicago 6, St. Louis 5
Cincinnati 3, Milwaukee 1
New York 6, Brooklyn 2

### Comic Dictionary

TOTAL ABSTAINER — A man with enough will power to give up drinking but not smoking, but without enough to stop talking about it.

## N.Y. Telephone Wins Increase Of $15,745,000

### Boosts Range From 10 to 50 Cents a Month

ALBANY, July 2 (AP) — The Public Service Commission today authorized the New York Telephone Co. to increase its rates by $15,745,000 a year.

[text continues]

### Cooler Again And No Rain

[text continues]

### Briggs Sworn In As Envoy to Brazil

WASHINGTON, July 2 — [text continues]

### Inside Today

| | Page |
|---|---|
| Corrie Pager | 11-S |
| Crossword Puzzle | 23 |
| Grace Lewis | |
| Death Record | 5 |
| Editorial | 4 |
| Markets | 20-21 |
| Onondaga County Page | 4 |
| Radio—TV Program | 8 |
| Sports | 16-17-18 |
| Syracuse News | 4-14-15-16 |
| Theatres | |
| Women's Features | 11 |
| Women—Social | 11-13 |
| Your Horoscope | 23 |

**COLUMNISTS**

| | |
|---|---|
| Blackwood on Bridge | 24 |
| Grace Lewis | |
| Leonard Lyons | 4 |
| Drew Pearson | 4 |
| Westbrook Pegler | 15 |
| Bill Reddy | 16 |
| Victor Riesel | 4 |
| Roy Simpson | 4 |
| George E. Sokolsky | 4 |
| Strength for the Day | 23 |
| What's the Good Word? | 23 |

AUTO KILLS BOY, 4
NIAGARA FALLS, July 2 — [text continues]

## Syracuse Headlines

A TEEN AGE CAR THIEF WITH THE TOUCH OF A PROFESSIONAL [text continues]—Page M.

A MASSIVE CLEAN-UP OPERATION IS EXPECTED TO be completed today [text continues]—Page 14.

AN ESTIMATED SIX-MONTH REPAIR JOB ON Field's leaky water system got under way yesterday [text continues]

THERE'LL BE NO MORE COFFEE BREAKS [text continues]—Page 14.

MMLLC (Shaw) 000714

2     THE POST-STANDARD, Syracuse, N. Y., Tuesday, July 3, 1956

## Campaigning Harriman Rakes Eisenhower Farm Depression'

CAVALIER, N. D., July 2 () — Gov. Averell Harriman came into a predominantly Republican sector of North Dakota today to deliver another blistering personal attack on President Eisenhower for what he called the "Eisenhower farm depression."

Harriman has been touring the state, left in an accident (reach) for delegates in his effort to win the Democratic presidential nomination.

The New Yorker centered most of his fire today on the President. "Eisenhower has not cut on his promises to the farmers," Harriman said in a prepared speech. "Eisenhower just surrendered to and his policies are dominated by Big business."

Everyone "Got Blaster" — This criticism, made in the park at Cavalier, drew frequent bursts of applause. Harriman has been campaigning under difficulties, Harriman said they are in a "major depression."

Speaks Before 2,000 — Harriman spoke before some 2,000 persons at ceremonies marking Volcano Day and in celebration of the completion of a street having marked in Cavalier some time ago.

The fact that he came as far as little North Dakota has only eight Democratic convention votes (two as holdovers of four men Harriman is working for the nomination).

Local Democrats said he was invited, not so much as a political candidate, but as "an important public figure who was available for the celebration."

Anyway, Harriman tore into the President on several different grounds. He said farm income in North Dakota dropped by 160 million dollars two years ago, double that figure in 1953, and you've been losing more this year. Farmers "Plowed Under" — He said 3,000 "farm families" have been plowed under" in this state. Here, as elsewhere, he emphasized the importance of preserving what he calls "the family farm" and contrasting the position of the smaller farmer with "big business."

In Cavalier he repeated his ideas of a farm program which he set forth in numerous other talks on the subject. He also, he said, "should be a fair share of the national income for farm families—parity of income." He also said that the "tight money policy" should be reversed and he called for more support for rural electric and rural telephone co-ops.

FREE!

KAMP-KOOK STOVE,

one of the 1,500 famous brand gifts absolutely FREE when you save TRIPLE-S Blue STAMPS.

helps meet hospital bills!

BLUE CROSS BLUE SHIELD

Telephone 74-3321

for doctor bills!





ARTHUR AND HIS BRIDE—Actress Marilyn Monroe smiles at the glance at her new husband, playwright Arthur Miller, after their marriage in a religious ceremony at Lewisboro. (AP Wirephoto).

## Marilyn Married to Miller Second Time in Jewish Rites

NEW HAVEN, Conn., July 2 () — Isn't only comment was that the second marriage of Marilyn Monroe and Arthur Miller said today they were wed "in accordance with the laws and traditions of Israel."

The couple were first married Friday in White Plains, N.Y. by City Court Judge Seymour Rabinowitz.

Yesterday they repeated their vows in a religious ceremony which they managed to keep secret as the first—at Lewisboro, N.Y., at the home of friends.

Rabbi Robert E. Goldburg of New Haven performed the ceremony. He said he was "satisfied that they met my requirements as a liberal Rabbi."

He would not say if the movie queen, who is not Jewish, took any special religious instructions before the wedding. He suggested Miller might have something to say on that matter.

But at his Roxbury home, Miller hopes to complete work on his latest play.

The rabbi who officiated at the statement would be made at some time in the future.

Rabbi Goldburg said two weeks ago he agreed to perform the ceremony in Miller's home July 1, and was surprised when he heard they had been married Friday.

Enl he said Miller, who won a Pulitzer Prize for his play "Death of a Salesman," changed his mind after degrees of reporters showed up at his home for a press conference Friday to hear when and where the marriage would take place.

So the couple decided on a quick civil ceremony, as the rabbi said, "on the impulse of the moment" and is put everybody except the immediate family off the track. "It's easy to understand."

The newlyweds will stay at Roxbury for about 19 days. Then they plan to sail for England where Miss Monroe will make a movie with Sir Lawrence Olivier and Miller hopes to complete work on his latest play.






### Weather Study Extension Voted

WASHINGTON, July 2 ()—The House voted today to authorize two more year's study of human control of the weather.

It passed by voice vote and sent to the President a bill to extend the life of the Advisory Committee on Weather Control. At $100,000, request for financial aid to the committee is pending in separate legislation.

### Secret Indictments In Suffolk Probe

RIVERHEAD, July 2 ()—Secret indictments were handed up today in a broad grand jury investigation of alleged official corruption and gambling operations in Suffolk County.

Just what phase of the probe the indictments concerned was not disclosed.

Dist. Atty. George W. Percy Jr. said at least five persons were named in the indictments, handed up to Supreme Court Justice George Tilzer of the Bronx. Tilzer is directing the special inquiry, which resumes July 11. "It is looking into purported 'land grab' deals said to have involved high profits on property seized for back taxes and sold.

FALL OFF DAM FATAL
LAKE WALLENPAUPACK, Pa., July 2 ()—David Williams, 2, of Plymouth Meeting, was killed last night when he fell 30 feet high profits on property seized from the top of a lake dam to for back taxes and sold.
the rocks below.

## Girl Friend Watches Youth Kill Himself After Quarrel

BINGHAMTON, July 2 ()—Leo Abbott, 19, of Lisle, killed himself with a bullet through the heart tonight as he sat with a girl friend, Miss Seel because "incoherent," they reported.

Authorities said Abbott and Miss Seel had been dating for about two years.

She is a student nurse at Binghamton State Hospital, police reports said.

Abbott and Miss Seel drove to City Hospital tonight to attend a meeting in the nurses' quarters. Abbott met her outside the nurses' home, police said. Investigators reported that Miss Seel struggled with Abbott and attempted to prevent him from shooting himself, but that he pushed her away and fired one bullet from a .22-caliber target pistol.

Dr. Vincent M. Madel, Broome County coroner issued a verdict of suicide.

### Steep Cornices Pigeon Proof

BALTIMORE ()—While hundreds of pigeons continue to "revere Baltimore's War Memorial Plaza, the People's Court building remains birdless, as it has been for years.

Associate Judge William T. Tippett Jr. says he suggested that the corners of the building be constructed in such a way as to be uncomfortable for pigeons. He was greeted with smiles from all except the architect, the late James E. Edmunds.

"He liked the idea and designed the corners at a steep slant to discourage roosting. Hence, the building remains undefiled. The judge explained.

### Floods Don't Help Water Shortage

BETHANY, Mo., July 2 ()—Bethany, desperately short of water for many weeks, today had floods in the two streams supplying the city.

A downpour of rain, 1.56 inches in the past 24 hours, flooded the bottoms of East and West Big Creeks.

A temporary dam on West Big Creek, being used to impound water for pumping to a temporary reservoir, was washed out.

City officials said the present high water is not relieving the shortage since it is bypassing the main reservoir.

### THIRD GIRL FOR ASHBURN

PHILADELPHIA, July 2 ()—Mrs. Richie Ashburn, wife of the defending National League batting champion, gave birth to an 8-pound baby girl here today. It was the third child and third girl for the Philadelphia Phillies' outfielder and his wife, Herbert. The others are Jean, 4, and Jan, 2.

## New Sabotage In Guatemala

GUATEMALA, July 2 ()—The locomotive of a passenger train owned by U.S. interests was derailed by rocks today and police blamed a new wave of Communist sabotage.

They reported that two bombs were found unexploded last night at a power substation, also owned by a U.S. firm, and that bombs had been placed in a rail spur leading to gasoline storage tanks of Shell and Standard of California oil companies last Friday.

The alleged sabotage came on the eve of the second anniversary of the revolution in which President Carlos Castillo Armas overthrew the Communist-influenced government of Jacobo Arbenz.

## Senate Approves Military Benefits

WASHINGTON, July 2 ()—The Senate today passed the military survivors benefit bill asked by President Eisenhower to increase compensation to dependents of servicemen who die on active duty.

The bill also will put all of the 2,250,000 military personnel under the Social Security System on a permanent, contributory basis. This will mean both survivor and added retirement benefits for service families.

The House passed the measure a year ago after three years of study. It now goes to conference to reconcile relatively minor changes made by the Senate.

The measure increases Veterans Administration death compensation from the present flat $120 a month in peacetime for widows to a sliding scale of $122 to $266 based on the earnings of the husband.

It also eliminates a provision of present law under which dependents of a reservist killed on active duty receive much more than dependents of a man in the regular military service.

Another provision eliminates the free indemnity exacted a few years ago as the equivalent of a free $10,000 life insurance policy. Sponsors explained the new bill acted by the increase of the death compensation rates.

### REDS PARDON 9 PRIESTS

VIENNA, Austria, July 2 ()—In compliance with a request by Roman Catholic Church authorities, the Hungarian government has released nine Roman Catholic priests, sentenced to long prison terms, Radio Budapest said today.

## Two American Soldiers Jailed by Italian Court

VICENZA, Italy, July 2 ()—An Italian court has sentenced two American soldiers serving with a North Atlantic Treaty Organization unit to terms in Italian prisons.

It was the first time such sentences here have been handed out since American servicemen came to Italy with NATO.

The sentences were made Saturday and announced today.

The cases attracted considerable attention in view of the controversy in the United States over the status of forces agreements. Under these agreements U.S. authorities have American soldiers in foreign courts tried when offenses are committed in the foreign country and the country requests it.

The Vicenza court found Pfc. Harry Richard, 24, of Cleveland, Ohio, guilty of running down Angelo Pinton and April 2, badly injuring the Italian workman, and fleeing from the scene. The judge sentenced Richard to 12 months in prison and fined him 10,000 lire (Q16). His attorney appealed.

Before the appeal is heard, Richard must begin serving his term.

The same court found Pvt. Herbert Darnell, of Frankfort, Ill., guilty of robbery without intent to steal, a crime under Italian law but not in the United States. He was sentenced to two years in jail and fined 30,000 lire ($48).

The court found mitigating circumstances. Witnesses testified that money Darnell took from the wallet of a 16-year-old girl in a hotel bedroom originally had been given her by the defendant. Darnell's attorney argued that the court was incompetent to try an American citizen serving in NATO. The court ruled it had jurisdiction.

The court absolved a third American soldier, Pvt. Paul Lafton of Brookhaven, Miss., when the plaintiff refused to press charges. Lafton was arrested after police reported he broke into the bedroom of a charred couple, who awoke to find him sitting on the bed.

All Watches, Including Automatics and Chronographs Diamond Setting

At Julius — Jewelers

Where Old World Craftsmanship Meets Modern Technique Since 1877

JULIUS Jewelers

Certified Watch Masters

Believe the Strand Theater and Pease Hotel

120 Harrison Street



TRAVEL BARGAINS

YOU CAN SAVE UP TO 25% ON THE LACKAWANNA

when you choose one of these money-saving Lackawanna Bargain Fare Plans

1. LOW FARE Family Round Trip: Husband and wife can buy round trip railroad tickets—in coaches or Pullman—for trips over 150 miles at a saving of approximately 25%. Pullman accommodations extra. Even greater reductions for children ages 5 to 11, when traveling with one or both parents. No charge for children under 5.

2. LOW FARE Group Travel: Three or more adults traveling together—in coaches can each save 25% of regular round trip fare! (Trip length over 120 miles.)

Get complete information from your nearest Lackawanna Ticket Agent.

Lackawanna Railroad

### Residence in U. S. Voted Korean Pilot

WASHINGTON, July 2 ()—The Senate today passed and sent to the House a bill to grant permanent U.S. residence to the North Korean pilot who got a $100,000 reward for defecting in the West with his MIG fighter plane in the Korean War.

The young pilot, No Kum Sok, also known as Kenneth No., is a student at the University of Delaware. He has been living in this country on a temporary permit.

### Drownings Laid To Firecracker

TACOMA, Wash., July 2 ()—A firecracker explosion was blamed by officers for the drowning of two sisters here yesterday.

Witnesses said Arlene Mendoza, 4, fell from a partly submerged plank when she was startled by the firecracker. Eleanor Mendoza, 8, fell in and drowned while trying to reach for her small sister. Their father, T. S. Mendoza, is a U.S. naval station chief steward.



BALDWINSVILLE FEDERAL SAVINGS AND LOAN ASSOCIATION

35 Oswego Street Baldwinsville, N. Y.
107 S. Main Street North Syracuse, N. Y.

Current Rate of Earnings

**3%** PAID ON SAVINGS

All Savings Insured Up to $10,000

ASSETS OVER $23,000,000




We'll "Build" a Shelter for Your Home...

The home that shelters you needs shelter... in the form of fire insurance coverage, commensurate with today's higher property values. Check with us... soon.

BOWEN, PERRY and FOBES —

472 S. Salina   2-2321



**4%** PAID ON SYSTEMATIC SAVINGS ACCOUNTS

Systematic Savings Account Dividends from 1st of month

BALDWINSVILLE FEDERAL





"Quick" and "Constant"... the Gas Range Twins... say it's fun to feed their hungry friends!



"We're too young to do the cooking but we sure love the taste"—that's what these twins feel about what Mom turns out with her new Natural Gas range.

You'll love the taste, too, when you find out how Natural Gas—in a modern range—flatters your own cooking skill. You'll know very soon the full flavor meaning of the nicknames we've given the twins.

**Quick**—a Natural Gas range gives you instant cooking heat. Your food starts to cook the instant you turn the knob to let full Natural Gas energy get right to work... on Baby's breakfast or on dinner for Dad.

**Constant**—a Natural Gas range gives you the slow, constant, dependable heat you need for baking party pastries or roasting "company-style" meals. Set it and forget it—the modern ranges make automation come true even on top of the stove!

**Quick**... for searing a steak. **Constant**... for baking a cake. There are over 300,000 families in upstate New York that enjoy the benefits of Niagara Mohawk Natural Gas... why not join them? Cook the modern NATURAL GAS way.

Clean, dependable NIAGARA MOHAWK Natural Gas



Your Partner in Pleasure for the HOLIDAY AHEAD

BELLOWS PARTNERS CHOICE  $4.50 U.S. Qt.

...ending the holiday with congenial company? Better include Bellows Partners Choice...your Partner in Pleasure at your home. And as you enjoy it...you might remember this: the Bellows partners had 55 whiskies to choose from. This is the one they chose for themselves.

Why not check your supply right now.

Only the best is labeled BELLOWS

BELLOWS & COMPANY, DIVISION OF NATIONAL DISTILLERS PRODUCTS CORP., NEW YORK, N.Y. • PARTNERS CHOICE, WHISKEY—A BLEND—60% STRAIGHT WHISKIES, 6 YEARS OR MORE OLD—40% GRAIN NEUTRAL SPIRITS—86.8 PROOF

MMLLC (Shaw) 000715