

She eats a hot dog in Central Park—but throws the roll away. She fights weight by concentrating on steak, liver, vegetable. She has a set of bar bells, says, "I don't lift them, I just exercise with them."



In country, she feeds daisies to her beloved hound, Hugo. This summer, she and Miller lived alone on a Long Island farm except for occasional visits from Miller's young son and daughter ("His son respects me," she says. "I can hit home run—

*continued*

She gives husband a "till later" kiss as she leaves to sleep. In the city, they are always recognized and hailed, unless they adopt her favorite disguise. She plainly wears his horn-rimmed glasses.



MMLLC (Shaw) 000560







MMLLC (Shaw) 000561



MMLLC (Shaw) 000562

MARILYN'S NEW LIFE continued

## Marilyn has nicknames but "comes running to anything"

"We live on the 14th floor in our apartment house," Marilyn says, "and that's exactly our attitude toward life.

Those closest to Marilyn say that she is not likely to dwell on the bitterness of losing her first baby after a short pregnancy. She will instead calmly plan to have another. As for her husband's legal problems, these may soon be resolved. Miller is appealing his contempt-of-Congress conviction after receiving a suspended one-month jail sentence. He says: "I am fighting for my life," and is determined to clear his name if he can.

All summer, except for Marilyn's brief hospitalization, the Millers lived in a farmhouse in Amagansett, a village on the tip of Long Island.

They went fishing and swimming, driving along the deserted beaches and the back-country roads in their jeep. "He even got along in a car," Marilyn says. "He drives, but doesn't have any sense of direction. I do. I remember the way we came from, and that's how we go back. He calls me 'Hey, Pu,' and that's among other things. His other names for me are 'Pima Dreadful,' 'Ferocious,' and 'Sugar Finny'—all very flattery. Actually, I come running to anything. I call him 'Poppy.' If I'm mad I call him 'Arthur.'

"When she calls me 'Arthur,' I know I haven't been working hard enough," Miller says. She's a demon about his work, and expects him to put in regular hours. For his writing (the new play will...)

[text continues in right column, faded]







Surf-casting, Miller keeps in trim while his work. He says that he has gained 25 pounds since marriage.

MMLLC (Shaw) 000563



 

They enjoy life most in the country, alone. Excrebacle spent-lated in love Miller might change Marilyn during marriage. Now his friends say she's changed too—into a fun-loving human being.

Wife shops for her husband's clothes (size 42). She hates to go shopping. "He has long legs that go on forever," she says. "He has only two suits—the one he got married in, and the other one."

112

MMLLC (Shaw) 000564



Absorbed father, walking the baby, gets a New Yorker's reaction, catching one of the sights of the town strolling along with her husband.

MMLLC (Shaw) 000565

be produced this fall. Marilyn prepared a Spartan all-white work cottage, adjoining their country house—"everything white except the typewriter." She made one wifely concession: a cot for a nap after exhausting labor. "His work will always be the center of our lives," she says. "But I'll keep on working too, I'm not retired yet."

Most of their plans at present are concerned with their next home. It will be a 200-acre farm near Roxbury, Conn. Marilyn says they will build an absolutely modern, stark-staring-mad house, with a view of mountain ridges that would make you faint. And private? "Not even an airplane goes by." And Miller adds soberly. "It's the place where we hope to live until we die."

**Absorbed father, walking the baby, gets a New Yorker's treat: catching one of the splendid of the town strolling along with her husband.**

be produced this fall). Marilyn prepared a Spartan all-white work cottage adjoining their country house—everything white except the typewriter. She made one wifely concession, a cot for a nap after exhausting labor. "His work will always be the center of our lives," she says. "But I'll keep on working too. I'm not retired yet."

Most of their plans at present are concerned with their next home. It will be a 200-acre farm near Roxbury, Conn. Marilyn says they will build an absolutely modern, stark-raving mad house, with a view of mountain ridges that would make an aunt. And present? Not even an airplane porch." And Miller adds soberly, "It is the place where we hope to live until we die."



MMLLC (Shaw) 000566

**MARILYN'S NEW LIFE** continued





Rowing on Central Park lake, she maneuvers boat as deftly as a sailor. She and husband also go bicycling in the park.



"Late again!" says Marilyn, trying to get into Tiffany's. Her only jewelry is her wedding ring, this favorite dress of hers cost $5.98



"Yes, we knew who she was," said this couple in Central Park. "We didn't intrude because she was reading her newspaper."

END

MMLLC (Shaw) 000567



Cooling off in the Plaza fountain, she invited everybody to join her, but they were too a-tom-bed to do anything but watch. Then she sat at water's edge

## Marilyn enjoyed capering like a frisky beginner again



From the security of her marriage Marilyn has regained the sense of fun that once made her the most quoted pin-up girl in the world. The pictures on these pages were taken the night before her English-made movie, *The Prince and the Showgirl*, opened in New York. The following night, she was the guest of honor at the city's model-est at a high-society charity benefit. But now she walked in and around Central Park with all the frisk-ness of a newly discovered actress, followed by im-mense throngs of people. She even wanted to saunter down Times Square, wearing a sandwich sign reading: "Don't eat at Sam's. Don't come and see me at Radio City Music Hall." Then she paused and said: "But that might make Sir Lau-rence Olivier drop his monocle."

Marilyn now says of her life, "I'd observed all the rules, I'd never have gone anywhere." She lies down that acting can expand Marilyn Monroe, and that her marriage to so industrious playwright has every chance of being an enduring one in spite of all predictions of disaster.

What does it feel like to be married to Mar-ilyn Monroe? "Well, now kids in the street and newspaper photographers call me 'Arthur'," says Miller. "It's impossible to have a superficial re-lationship with her. She's too honest and earthy for anything phony. She has an enormous sense of play, inventiveness—and unexpectedness—not only as a wife but as an actress. She could never be dull. I took her as a serious actress even before I met her. I think she's an adroit comedienne, but I also think she might turn into the greatest tragic actress than can be imagined. But let me add: She can be a lund actress so far as I'm concerned, and I can still love her."

Marilyn says her new husband is the first man who hasn't become exasperated with her for being late. ("At least I was on time for the wedding.") While Marilyn goes through her four hour ritual for getting ready to go out, Miller will wait com-fortably, reading and pulling on his pipe. He once told her mildly that if she didn't wear any make-up, she would still look good to him. But Marilyn, like most famous beauties, feels insecure about her looks. She has a slight bump on the tip of her nose, for instance, that she takes endless pains in erasing with make-up.

Her next movie may be a remake of the Ger-man film *The Blue Angel*, an early Marlene Diet-rich role. But she must go slowly. When she was filming her movie in England, she was urged by the Queen's physician to take a year's complete rest. That's another reason why their new house in Connecticut and a "long honeymoon" are so important to them.

114

MMLLC (Shaw) 000568