# EXHIBIT 38



April 3, 1963

Income Tax Bureau
Department of Taxation and Finance
State of New York
Albany 1, New York

                re: Marilyn Monroe, Dec'd.
                    <u>Your Ref. Div. 44-F, File #2-8286049</u>

Gentlemen:

Reference is made to your letter of April 1, 1963.

1. The estate is a resident estate.

2. No New York State Income Tax Returns were filed for 1959 and 1960 since Miss Monroe was married to Arthur Miller and was a resident of Connecticut.

3. See no. 2.

4. The decedent became a resident of New York State during the latter part of 1960 and no Return was filed since the decedent did not receive any income during the period she was a resident of New York.

                              Very truly yours,

                              Howard O. LeShaw

HOL:jh

CONFIDENTIAL CMG v. Greene Archives
Subject to Protective Order

MM-0056963