# EXHIBIT 41

**STATE OF CONNECTICUT**
**MOTOR VEHICLE OPERATOR'S LICENSE**

DATE  JUL 11 '62  VOID UNLESS VALIDATED WITH

COMMISSIONER   TYPE BLOOD

Marilyn Monroe

12305 - 5th Helena Dr.

Los Angeles 49, Calif.

| $ 6 00 | 181034533 | 5 05 |
| FEE PAID | OPERATOR NUMBER | HEIGHT |
| 06 30 64 | 06 01 26 | 1 |
| EXPIRATION DATE | DATE OF BIRTH | TYPE OF LIC. |

DEPT. OF MOTOR VEHICLES
165 CAPITOL AVENUE
HARTFORD 15, CONN.



HARTFORD JUL 13 '62 CONN — U.S. POSTAGE 04 — PB METER 162572

**CONFIDENTIAL CMG v. Greene Archives**
**Subject to Protective Order**

MM-0010378