# EXHIBIT 43

# JUZGADO CIVIL DEL DISTRITO BRAVOS

1º  DISTRITO JUDICIAL            ESTADO DE CHIHUAHUA

REPUBLICA MEXICANA

## SENTENCIA DE DIVORCIO

### COPIA CERTIFICADA

ACTOR      MARILYN MONROE MILLER

DEMANDADO      ARTHUR MILLER

MM-0011889



**PODER JUDICIAL DEL ESTADO DE CHIHUAHUA**
COPIA CERTIFICADA DE SENTENCIA DE DIVORCIO
——LIC. AURELIANO GONZALEZ VARGAS

ACTA Nº 67665

EL CIUDADANO RODOLFO SILVA, SECRETARIO DEL JUZGADO PRIMERO DE LO CIVIL DEL DISTRITO BRAVOS, ESTADO DE CHIHUAHUA, REPUBLICA MEXICANA, C E R T I F I --

C A: Que en el juicio de divorcio necesario promovido por la señora - - -- MARILYN MONROE MILLER, en contra de su esposo el señor ARTHUR MILLER, se - dictó sentencia final del tenor literal siguiente: - - - - - - - - - - --

S E N T E N C I A:

" Ciudad Juárez, Distrito Bravos, Estado de Chihuahua, a vein titrés de enero de mil novecientos sesenta y uno. V I S T O para resolver- en definitiva el juicio de divorcio necesario promovido por la señora MARI_ LYN MONROE MILLER en contra de su esposo el señor ARTHUR MILLER (Expedien- te número 406/961); y, R E S U L T A N D O: 1.- Que por escrito fechado- en esta Ciudad el día veinte de enero del año en curso, la señora MARILYN- MONROE MILLER, quién compareció en persona ante este Juzgado acompañada de su abogado el señor Licenciado Arturo Sosa Aguilar y sometiéndose expresa- mente a esta jurisdicción, promovió juicio de divorcio necesario en contra de su esposo el señor ARTHUR MILLER, alegando como causales del divorcio - la incompatibilidad de caracteres que existe entre ambos, misma que les h hecho imposible la continuación de su vida matrimonial, al grado que desd noviembre de mil novecientos sesenta se encuentran separados el uno de la otra; y, E X P O N I E N D O: Que el matrimonio fué contraído el treinta de junio de mil novecientos cincuenta y seis en White Plains, Nueva York, Estados Unidos de Norteamérica, según lo acreditó debidamente conforme a la Ley; que de su matrimonio con el demandado no fueron procreados hijos;-- que no hay bienes en esta jurisdicción en los cuales hacer división y res- pecto de los existentes en los Estados Unidos de Norteamérica, tiene la -- actora celebrado un convenio con el demandado de fecha diecinueve de enero de mil novecientos sesenta y uno, finiquitando todos sus derechos patrimo- niales; que se le restituya su nombre anterior. 2.- Por acuerdo del día -- veinte de los corrientes, este Juzgado admitió la demanda y ordenó que se- recibiera la información testimonial ofrecida y que el demandado fuera no- tificado y emplazado en los términos de Ley. 3.- Al presentar la demanda,- la actora compareció en persona ante este Juzgado acompañada de su abogado y ratificó su demanda y se dió por notificada del acuerdo anterior. 4.-Por escrito fechado en esta Ciudad el día veinte del actual, el señor Licencia do Aureliano González Vargas se apersonó en este juicio en nombre y repre- sentación del demandado señor ARTHUR MILLER, exhibiendo el poder que dicho demandado le otorgó; este Juzgado examinó dicho poder y lo encontró ajusta do a derecho, por lo que tuvo al Licenciado González Vargas como apoderado especial del demandado y admitió la contestación a la demanda presentada -- por dicho apoderado, por la cual se admiten como ciertos los hechos expues tos en la misma y se pide se dicte sentencia en los términos de Ley. 5.-En virtud de que han sido satisfechos todos los requisitos legales, inclusive el pago de los derechos para la publicación de esta sentencia en el Perió- dico Oficial del Estado, según certificado número 000252 de la Recaudación de Rentas; y, C O N S I D E R A N D O: I.- Es competente este Juzgado para conocer y resolver en el presente caso, de acuerdo con lo dispuesto por -- los artículos 22 y 23 de la Ley del Divorcio, ya que la actora compareció - en persona ante este Juzgado y el demandado lo hizo por conducto de su apo derado debidamente nombrado, y ambos se sometieron expresamente a esta ju_ risdicción y que, conforme lo ordena el artículo 29 del mismo Cuerpo de Le yes, la existencia del matrimonio fué acreditada debidamente conforme a la Ley. II.- Como causales del divorcio, la actora señaló la incompatibilidad de caracteres que existe entre ambos cónyuges y la separación desde Noviem

términos del artículo 370 del Código de Procedimientos Civiles aplcado su pletoriamente por lo que, según lo ordena el artículo 37 de la Ley del Divorcio, debe dictarse la correspondiente resolución en el presente caso.- III.-Habiéndose manifestado por la actora que de su matrimonio con el demandado no fueron procreados hijos, esta sentencia nada resolverá sobre tal particular. IV.-Habiéndose manifestado por la actora que no hay bienes en esta jurisdicción en los cuales hacer división y respecto de los existentes en los Estados Unidos de Norteamérica, tiene celebrado con el demandado un convenio finiquitando todos sus derechos matrimoniales; se tienen por hechas dichas manifestaciones para todos los efectos legales del caso. Por todo lo expuesto y con apoyo, además, en los artículos 1,2, 43, 44 y 45 de la Ley del Divorcio, se falla: PRIMERO: Se declara disuelto, con todas sus consecuencias legales, el matrimonio contraído por la señora MARILYN MONROE MILLER con el señor ARTHUR MILLER, el treinta de junio de mil novecientos cincuenta y seis en White Plains, Nueva York, Estados Unidos de Norteamérica, quedando ambas partes en aptitud legal de contraer nuevo matrimonio. SEGUNDO: Se restituye a la actora su nombre anterior de: MARILYN MONROE.- TERCERO: Regístrese la presente resolución, publíquese, dénse a los interesados las copias certificadas que de la misma soliciten y, en su oportunidad, archívese el expediente por tratarse de asunto concluido. ASI, definitivamente juzgando, lo sentenció y firma el C. Lic. Miguel Gómez Guerra M., Juez Primero de lo ;civil del Distrito Bravos, actuando con elSecretario que da Fe.----------------

EN CUMPLIMIENTO A LO ORDENADO EN EL PUNTO RESOLUTIVO TERCERO DE LA ANTERIOR SENTENCIA, SE EXPIDE LA PRESENTE COPIA FIEL Y EXACTA DE SU ORIGINAL QUE SE COMPULSA EN ESTA FOJA UTIL, DEBIDAMENTE COTEJADA Y SELLADA Y SE AUTORIZA Y FIRMA EN CIUDAD JUAREZ, CHIHUAHUA, MEXICO, A LOS VEINTICUATRO DIAS DE ENERO DE MIL NOVECIENTOS SESENTA Y UNO. - DOY FE.- ---------

EL SECRETARIO:

RODOLFO SILVA.

CVM.

THE UNDERSIGNED RODOLFO SILVA, CLERK OF THE FIRST CIVIL COURT OF BRAVOS DISTRICT, STATE OF CHIHUAHUA, REPUBLIC OF MEXICO, - C E R T I F I E S: That in the suit for necessary divorce instituted by MARILYN MONROE MILLER against her husband, ARTHUR MILLER, there is a final decree which to the letter, says: -

D E C R E E:

" City of Juarez, Bravos District, State of Chihuahua on the twenty third of January of nineteen hundred and sixty one. HAVING BEFORE ME FOR READING and passing final resolution on the suit for necessary divorce instituted by MARILYN MONROE MILLER against her husband, ARTHUR MILLER (File number, 406/961); and, R E S U L T I N G  T H E R E F R O M: 1. That by written complaint dated in this City on the twentieth of January of this year, MARILYN MONROE MILLER, who personally appeared before this Court, accompanied by her Counsel Arturo Sosa Aguilar, and expressly submitting to this jurisdiction, instituted action for necessary divorce against her husband, ARTHUR MILLER, giving as grounds for the divorce -- the incompatibility of temperaments that exists between both spouses, which makes impossible the continuation of their -- married life, to the extent that they have been separated -- since November of nineteen hundred and sixty; and, SHE STATED: That the marriage was performed on the thirtieth of June of nineteen hundred and fifty six in White Plains, New York, -- United States of America, as was duly accredited according - to Law; that there is no issue of this marriage; that there is no community property within this jurisdiction to be divided between them, and regarding such properties as exist - in the United States of America, the parties have settled -- their property rights as per the agreement entered into by - them on the nineteenth of January of nineteen hundred and -- sixty one. 2.- By resolution of the twentieth instant, this Court admitted the complaint and ordered that the testimony-

T. cvm.

offered be received and service be made on the defendant according to Law. 3.- Upon filing her complaint, plaintiff appeared in person before this Court accompanied by her Counsel and ratified said complaint and was duly notified of the above resolution. 4.- By written instrument dated in this City on the twentieth instant, Attorney Aureliano González Vargas put in a personal appearance in this suit, in the name and representation of the defendant, ARTHUR MILLER, submitting the Special Power of Attorney that said defendant granted to him; this Court examined said Power of Attorney and found it adjusted to Law, and so held Aureliano González Vargas, as Special Attorney for the defendant and accepted the appearance entered, whereby defendant acknowledges as true the material facts set forth in the complaint and prays that sentence be handed down in this case. 5.- In view that all legal requisites have been fulfilled, including payment for the publication of this decree in the Official Gazette of the State, as per receipt number 000252 of the Office of the Tax Collector; and, C O N- S I D E R I N G: I.- That this Court is competent to hear and try this case, according to Articles 22 and 23 of the Law of Divorce, since plaintiff appeared in person before this Court and defendant did so through his duly constituted Attorney, and both of them expressly submitted to this jurisdiction and pursuant to Article 29 of the same Body of Laws, the existence of the marriage was duly accredited according to Law. - II.- That plaintiff gave as grounds for the divorce the incompatibility of temperaments that exists between both spouses and their separation since November of nineteen hundred and sixty; grounds set forth in Section XIX of Article 3 of the Law of Divorce; and defendant having confessed the complaint in all its parts, said confession makes full proof under the terms of Article 370 of the Code of Civil Procedure, supple--

MM-0011893

torily applied, and so as is ordered by Article 37 of the Law of Divorce, the corresponding resolution must be handed down in this case. III.- Plaintiff having stated that there is no issue of her marriage with the defendant, this sentence shall not pass on such particular. IV.- Plaintiff having stated that there is no community property within this jurisdiction to be divided between them and regarding such properties as exist in the United States of America, the parties have settled their property rights as per the agreement entered into by them, let such statements be entered in the record for all legal effects thereof. N O W, thereby, and basing ourselves further on Articles 1, 2, 43, 44 and 45 of the Law of Divorce, it is resolved: FIRST: The marriage of MARILYN MONROE MILLER with ARTHUR MILLER, performed on the thirtieth of June of nineteen hundred and fifty six in White Plains, New York, United States of America, is hereby declared dissolved together with all its legal consequences and both parties thereto are legally free to enter into new matrimony. SECOND: Plaintiff's former name of: MARILYN MONROE is restored to her. THIRD: Register the present resolution, publish it, issue the certified copies hereof that the parties may request; and, in due time, file away this record as a closed case. T H U S, definitively judging, it was sentenced and signed by the Honorable Miguel Gómez Guerra M., Judge of the First Civil Court of Bravos District, acting with the Clerk that attests thereto. ------------------------------

IN FULFILLMENT OF WHAT IS ORDERED IN THE THIRD DECRETAL POINT OF THE ABOVE DECREE, THIS FAITHFUL AND EXACT COPY OF ITS ORIGINAL IS ISSUED IN ONE SHEET WHICH, DULY COMPARED AND SEALED, IS AUTHORIZED AND SIGNED IN THE CITY OF JUAREZ, CHIHUAHUA, MEXICO, ON THE TWENTY FOURTH OF JANUARY OF NINETEEN HUNDRED AND SIXTY ONE. ATTEST. THE CLERK: RODOLFO SILVA (SIGNED).- THE SEAL OF THE COURT. ------------------------------

```
UNITED MEXICAN STATES        )
STATE OF CHIHUAHUA           )
CONSULATE OF THE UNITED      )  ss:
STATES OF AMERICA            )
AT CIUDAD JUAREZ             )
```

I, C. Carey White, Consul of the United States of America at Ciudad Juarez, Chihuahua, Mexico, duly commissioned and qualified, do hereby certify that Rodolfo Silva, whose true signature and official seal are, respectively, subscribed and affixed to the annexed document was, on the 24th day of JANUARY 1961 the date thereof, Secretary of the First Civil Court, (Secretario del Juzgado Primero de lo Civil) Bravos District, Ciudad Juarez, Chihuahua, Mexico, duly commissioned and qualified, to whose official acts faith and credit are due.

For the contents of the annexed document, the Consulate assumes no responsibility.

IN WITNESS THEREOF I have hereunto set my hand and affixed the seal of this Consulate at Ciudad Juarez, Chihuahua, Mexico, this 26th day of JANUARY 61.

C. Carey White
Consul of the United States
of America

Ser. No. 796
Item No. 48
Fee $2.50

sixty one. 2.- By resolution of the twentieth instant, this- Court admitted the complaint and ordered that the testimony-