# EXHIBIT 60

RECORDING REQUESTED BY
CITY NATIONAL BANK OF BEVERLY HILLS

AND WHEN RECORDED MAIL TO

Name: Marilyn Monroe
Address: c/o Gang, Tyre, Rudin & Brown
6400 Sunset Boulevard
City & State: Los Angeles 28, California

RECORDED IN OFFICIAL RECORDS
OF LOS ANGELES COUNTY, CALIF.
FOR TITLE INSURANCE & TRUST CO.
FEB 8 1962 AT 8 A.M.
RAY E. LEE, County Recorder

SPACE ABOVE THIS LINE FOR RECORDER'S USE

Affix I.R.S. $ 63.25 In This Space

## Grant Deed

THIS FORM FURNISHED BY TITLE INSURANCE AND TRUST COMPANY

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

WILLIAM R. PAGEN and DORIS AILEEN PAGEN, husband and wife

hereby GRANT(S) to

MARILYN MONROE, an unmarried woman

the following described real property in the
county of                Los Angeles           , state of California:

Lot 20 of Tract 5462, Sheets 1 and 2, as per map recorded in
Book 58 Pages 71 and 72 of Maps, in the office of the county
recorder of said county.

Dated: January 22, 1962

William R. Pagen
Doris Aileen Pagen

STATE OF CALIFORNIA } ss.
COUNTY OF Los Angeles

On January 29, 1962 before me, the undersigned, a Notary Public in and for said County and State, personally appeared William R. Pagen and Doris Aileen Pagen
known to me to be the person_s whose name_s ARE subscribed to the within instrument and acknowledged that they executed the same.
WITNESS my hand and official seal.
(Seal)
Signature: ORRIS R. HEDGES

My Commission Expires May _____ Typed or Printed
Notary Public in and for said County and State
If executed by a Corporation the Corporation Form of Acknowledgment must be used.

Title Order No. _____
Escrow No. 3694

MM-0036192