# EXHIBIT 62



Jan. 23. 2008 4:35PM Civic Center Title Services No. 5260 P. 2

RECORDING REQUESTED BY

537

BOOK T2221 PAGE 296

AND WHEN RECORDED MAIL TO

CITY NATIONAL BANK OF BEVERLY HILLS
400 North Roxbury Drive
Beverly Hills, California
Donald C. Savage, Ass't Vice Pres.
R. E. Loan Dept.

RECORDED IN OFFICIAL RECORDS OF LOS ANGELES COUNTY, CALIF. FOR TITLE INSURANCE & TRUST CO.
FEB 8 1962 AT 8 A.M.
RAY E. LEE, County Recorder

FEE $2.80 20

SPACE ABOVE THIS LINE FOR RECORDER'S USE

LONG FORM DEED OF TRUST AND ASSIGNMENT OF RENTS

**This Deed of Trust**, made this 30th day of January, 1962 between MARILYN MONROE, an unmarried woman - - - -

whose address is 12305 5th Helena Drive, Los Angeles, California, herein called TRUSTOR,
(number and street) (city) (zone) (state)

TITLE INSURANCE AND TRUST COMPANY, a California corporation, herein called TRUSTEE, and CITY NATIONAL BANK OF BEVERLY HILLS, a National Banking Association - - - - herein called BENEFICIARY,

**Witnesseth:** That Trustor IRREVOCABLY GRANTS, TRANSFERS AND ASSIGNS to TRUSTEE IN TRUST, WITH POWER OF SALE, that property in Los Angeles County, California, described as:

Lot 20 of Tract 5462, Sheets 1 and 2, as per map recorded in Book 58, Pages 71 and 72 of Maps, in the office of the county recorder of said county.

Should the Trustor or his successor in interest without the consent in writing of the Beneficiary sell, transfer, or convey, or permit to be sold, transferred or conveyed, his interest in the property (or any part thereof), then Beneficiary may at its election declare all sums secured hereby immediately due and payable. This provision shall apply to each and every sale, transfer, or conveyance, regardless whether or not Beneficiary has consented to, or waived, its right hereunder, whether by action or non-action, in connection with any previous sale, transfer, or conveyance, whether one or more.

TOGETHER WITH the rents, issues and profits thereof, SUBJECT, HOWEVER, to the right, power and authority hereinafter given to and conferred upon Beneficiary to collect and apply such rents, issues and profits.

**For the Purpose of Securing:**

1. Performance of each agreement of Trustor herein contained. 2. Payment of the indebtedness evidenced by one promissory note of even date herewith, and any extension or renewal thereof, in the principal sum of $37,500.00 executed by Trustor in favor of Beneficiary or order.

**To Protect the Security of This Deed of Trust, Trustor Agrees:**

(1) To keep said property in good condition and repair [illegible]

(2) [illegible]

(3) [illegible]

(4) [illegible]

[illegible]

(5) [illegible]

BOOK 12221 PAGE 297

(6) That any award of damages in connection with any condemnation for public use of or injury to said property or any part thereof [illegible] assigned and shall be paid to Beneficiary [illegible]

(7) That by accepting payment of any sum secured hereby after its due date, Beneficiary does not waive his right either to require prompt payment [illegible] of all other sums so secured or to declare default for failure so to pay.

(8) That at any time or from time to time, without liability therefor and without notice, upon written request of Beneficiary and presentation of this Deed and said note for endorsement, and without affecting the personal liability of any person for payment of the indebtedness secured hereby, Trustee may: [illegible]

(9) That upon written request of Beneficiary stating that all sums secured hereby have been paid, and upon surrender of this Deed and said note to Trustee for cancellation and retention and upon payment of its fees, Trustee shall reconvey, without warranty, the property then held hereunder. [illegible] Five years after issuance of such full reconveyance, Trustee may destroy said note and this Deed (unless directed in such request to retain them).

(10) That as additional security, Trustor hereby gives to and confers upon Beneficiary the right, power and authority, during the continuance of these Trusts, to collect the rents, issues and profits of said property, [illegible]

(11) [illegible]

(12) [illegible]

(13) [illegible]

(14) That Trustee accepts this Trust when this Deed, duly executed and acknowledged, is made a public record as provided by law. [illegible]

The undersigned Trustor requests that a copy of any Notice of Default and of any Notice of Sale hereunder be mailed to him at his address hereinbefore set forth.

Signature of Trustor

Marilyn Monroe

STATE OF CALIFORNIA, COUNTY OF Los Angeles } SS.

On February 1, 1962 before me, the undersigned, a Notary Public in and for said County and State, personally appeared Marilyn Monroe known to me to be the person whose name is subscribed to the within instrument and acknowledged that she executed the same.

WITNESS my hand and official seal.

(Seal)

Signature

JEAN R[illegible]

Notary Public in and for said County and State

← If executed by a Corporation the Corporation Form of Acknowledgment must be used.

Title Order No. 5765247

Escrow or Loan No.

**Deed of Trust**

WITH POWER OF SALE

Title Insurance and Trust Company

AS TRUSTEE

DO NOT RECORD

FOR RECONVEYANCE OR FORECLOSURE SEND TO THE NEAREST OFFICE OF THE TITLE INSURANCE AND TRUST COMPANY

**REQUEST FOR FULL RECONVEYANCE**

Dated

TO TITLE INSURANCE AND TRUST COMPANY, Trustee:

[illegible]

MAIL RECONVEYANCE TO:

(By)

(By)

[illegible]