# EXHIBIT 63



MM-0036212



# LIFE

## STORY OF THE WEEK

Science finds new clues to the mysteries of lightning's fearsome bolts — 20

## EDITORIALS

Now Congress should take lead in lawmaking — 4
Stand against featherbedding

## NEWSFRONTS OF THE WORLD — 28

## COLOR SPECTACLE

Mantegna: impassioned and irascible pioneer of Renaissance art. Photographed for LIFE by Dmitri Kessel — 48

## ARTICLES OF THE WEEK

Last talk with a lonely girl. By Richard Meryman — 32
The antic magic of Central Park. By Robert Wallace. Photographed for LIFE by Leonard McCombe — 72

## PHOTOGRAPHIC ESSAY

Remember Marilyn — 63

## SPOTLIGHT

A bouquet of blossoming blondes. Photographed for LIFE by Peter Stackpole — 85

## DEPARTMENTS

Sports: a lure fish can't pass up — 39
Special Report: a Mt. Million Miami missed. By David Nevin — 13
LIFE GUIDE to industrial tours, books, festivals, movies, records — 19
Letters to the Editors — 15
Miscellany: double ducks of distinction — 92

© 1963 TIME INC. ALL RIGHTS RESERVED. REPRODUCTION IN WHOLE OR PART WITHOUT WRITTEN PERMISSION IS STRICTLY PROHIBITED



COVER—LAWRENCE SCHILLER
2, 3—A.F.P. from PICTORIAL PARADE
13—JOHN BEVERLY for the JACKSON DAILY
15—bottom DE JOHN BRENNECANTE
20, 21—JOHN L. KIMBALL
24—STAN FELSAN from PAPERGRAPHOLOGISTS
32—bottom RIGHT PIX; RIGHT—CENTER PICTURES
34, 35—6 PETE TURNER except RECORD by the GREENE ELECTRIC CORPORATION Co.
                      FIRST NORTH FROM—CLEVELAND HL.—BOT
26, 37—DR. JOHN VANCE LABORATORIES—RESEARCH LABORATORIES
28, 39—CARL B. SCHNEIDER for WESTERN FREE-MAN. HENRY BURHEYMAN from A.P.
20, 31—EVERETT SHRUG—RAFAEL, CASTELL-ANOS, DR. D.P.L.J. FL. FRANCES MILLER

31, 32—LAWRENCE SCHILLER & DON CRAVENS
36—JOHN HELD from A.P.
37—PETE KOPP
39—JOHN WAYMAN
44—JIM PITTMAN for the MINNEAPOLIS TRIBUNE
48, 49, 56—51 MEDIEVI CITY century METROPOLITAN IMPERIAL of ART
62—AMONI DE DANIS
63—73 PHILLIP HALSMAN
85—bottom PETER STACKPOLE
85, 86—TEL. R. RED BEYEAM—LEE LOCKWOOD
86—AMPANE AVENON
86—THOMAS STERN
72—SLIM E. SHREIMANN for the HARTFORD TIMES

Credits are separated from left to right by commas; top to bottom by dashes.
The Associated Press is exclusively credited in the remediation within the U.S. of the pictures herein originated or obtained from the Associated Press.

August 19 1963                                                                Volume '53 Number 7
LIFE is published weekly, except two issues at year end, by Time Inc., 540 N. Michigan Ave., Chicago II, Illinois; principal office Rockefeller Center, New York 20, N.Y. James A. Linen, President; D. W. Brumbaugh, Treasurer; Bernard Barnes, Secretary. Second-class postage paid at Chicago, Ill. and at additional mailing offices. Authorized as second-class mail by the Post Office Department at Ottawa, Canada, and for payment of postage in cash. U.S. and Canadian subscriptions $5.95 a year. This issue published in national and regional editions. Additional copies of separate editions numbered or obtained for as follows: National news 2, 3a and 12, 4I 43b Regions In, 36, 5, 7a, 8a, 13 and 20a 40-50c Regions 2a, 4a, 6, 7b, 10b, 9, 9c, 11, 13, 17, 20a, 22, 24, 25 and 26a—20 30c Regions 4b, 14, 15, 18, 21, 22, 25 and 26b: 18-26b; Region 19: 18-60c.

## PICTURE OF THE WEEK

On a human ocean of acclaim bobbed the portrait of Ahmed Ben Bella. Algeria's leftist vice-premier returned to Algiers after an absence of six years to dictate terms to his rivals for leadership of the new government. With the threat of a civil war seemingly removed, the city welcomed him in a paroxysm of joy and relief. But there was little jubilation in Paris or elsewhere in the West, where it had been hoped that the more moderate Benyoussef Ben Khedda might take power. At the mo-

# A LAST LONG TALK WIT

*Only a few weeks before her death Marilyn Monroe talked at length to* LIFE *Associate Editor Richard Meryman about the effects of fame on her life. Her story was published in the August 3 issue. Here he recalls what Marilyn was like as she talked to him.*

## by RICHARD MERYMAN

If Marilyn Monroe was glad to see you, her "hello" will sound in your mind all of your life—the breathless warmth of the emphasis on the "lo," her well-deep eyes turned up toward you and her face radiantly crinkled in a wonderfully girlish smile.

I first experienced this when, after two get-acquainted meetings in New York, I came in the late afternoon several weeks ago to her Brentwood, Calif. home to begin a series of conversations on fame. Expecting one of the famous vamps for Marilyn, I sat on the soft wall-to-wall carpet of the living room and began struggling to set up my tape recorder. Suddenly I became aware of a pair of brilliant yellow slacks upright beside me. In the slacks was Marilyn, silently watching me with a solicitous grin, very straight and slender with delicately narrow shoulders. She seemed shorter than I remembered and she looked spectacular in a loose-fitting blouse. I stood up and we greeted and she said, "Do you want my tape recorder? I bought one to play the poems of a friend of mine."

Before starting what was to be no less than a six-hour talk, she wanted to show me her house which she had personally searched out and bought. Describing it earlier she exclaimed, ". . . and it has *walls*." She had refused LIFE any pictures of it, saying, "I don't want *everybody* to see exactly where I live, what my sofa or my fireplace looks like. Do you know the book *Everyman*? Well, I want to stay just in the fantasy of Everyman."

It was a small, three-bedroom house built in Mexican style, the first home entirely her own she had ever had. She exulted in it. On a special trip to Mexico she had carefully searched in roadside stands and shops and even factories to find just the right things to put in it. The large items had not arrived—nor was she ever to see them installed. As she led me through the rooms, bare and makeshift as though someone lived there only temporarily, she described with loving excitement each couch and table and dresser, where it would go and what was special about it. The few small Mexican things—a tin candelabra, folding stools ingeniously carved from single pieces of wood, a leather-covered coffee table, tiles on the kitchen walls—revealed her impetuous, charming taste. Separate from the house, attached to her two-car garage, was a large room being converted to an apartment which would be, she explained, "a place for any friends of mine who are in some kind of trouble,

ered till things are OK for them."

Back in the house I remarked on the profusion of flowers outside. Her face grew bright and she said, "I don't know why, but I've always been able to make anything grow." She went on: "When I was married to Mr. Miller, we celebrated Hanukkah and I felt, well, we should have also a Christmas tree. But I couldn't stand the idea of going out and chopping off a Christmas tree."

In the living room, seated on a nondescript chair and sofa, we went on talking—after Marilyn poured herself a glass of champagne. At each question she paused thoughtfully. "I'm trying to find the nailhead, not just strike a blow," she said. Then a deep breath and out her thoughts would tumble, breathless words falling over breathless words. Once she said, "One way basically to handle fame is with honesty and I mean it and the other way to handle it when something happens—as things have happened recently, and I've had other things happen to me, suddenly, my goodness, the things they try to do to you, it's hard to take—I handle with silence."

Her inflections came as surprising

twists and every emotion was in full bravura, acted out with exuberant gestures. Across her face flashed anger, wistfulness, bravado, tenderness, ruefulness, high humor and deep sadness. And each idea usually ended in a startling turn of thought, with her laugh rising to a delighted squeak. "I think I have always had a little humor," said Marilyn. "I guess sometimes people just sort of questioned 'does she know what she's saying,' and sometimes you do all of a sudden think about something else and you didn't mean to say it exactly. I'm pointing at me. I don't digest things with my mind. If I did, the whole thing wouldn't work. Then I'd just be kind of an intellectual and that I'm not interested in."

At this point I began to see that Marilyn did nothing by halves. Of her millions of fans she said, "The least I can do is give them the best they can get from me. What's the good of drawing in the next breath if all you do is let it out and draw in another?" I could also see how important it was to her to feel that the person she talked to "understood."

Understanding apparently me[...] being very sympathetic, taking side in everything, recognizing nuances of her meanings and val[...] all that she valued, especially s[...] things. When I showed genuine e[...] thusiasm for her house, she said, "Good, anybody who likes my ho[...] I'm sure I'll get along with."

But I had the constant, uneasy fe[...] ing that my status with her was p[...] carious, that if I grew the least [...] careless she might suddenly dec[...] that I, like many others she felt [...] let her down, did not understa[...] Once I stangily asked her how [...] "cranked up" to do a scene. I was [...] stanily confronted with queenly c[...] rage: "I don't crank anything. I'm not a Model T. I think that's kind [...] disrespectful to refer to it that w[...]

But I could not feel impatient w[...] her impatience. It was all so und[...] standable as she talked about the p[...] ple who wrote columns and stor[...] about her: "They go around and g[...] mouth your enemies. Friends al[...] say, 'Let's check and see if this is [...] right with her.'" And then the ad[...] wistfully: "You know, most peo[...] really don't know me." There [...] grief in her eyes when she descri[...]



*Only a few weeks before her death Marilyn Monroe talked at length to LIFE Associate Editor Richard Meryman about the effects of fame on her life. Her story was published in the August 3 issue. Here he recalls what Marilyn was like as she talked to him.*

## by RICHARD MERYMAN

If Marilyn Monroe was glad to see you, her "hello" will sound in your mind all of your life—the breathless warmth of the emphasis on the "lo," her well-deep eyes turned up toward you and her face radiantly crinkled in a wonderfully girlish smile.

I first experienced this when, after two get-acquainted meetings in New York, I came in the late afternoon several weeks ago to her Brentwood, Calif. home to begin a series of conversations on fame. Expecting one of the famous waits for Marilyn, I sat on the soft wall-to-wall carpet of the living room and began struggling to set up my tape recorder. Suddenly I became aware of a pair of brilliant yellow slacks upright beside me. In the slacks was Marilyn, silently watching me with a solicitous grin, very straight and slender with delicately narrow shoulders. She seemed shorter than I remembered and she looked spectacular in a loose-fitting blouse. I stood up and we greeted and she said, "Do you want my tape recorder? I bought one to play the poems of a friend of mine.'"

Before starting what was to be no less than a six-hour talk, she wanted to show me her house which she had personally searched out and bought. Describing it earlier she exclaimed, ". . . and it has *walls*." She had refused LIFE any pictures of it, saying, "I don't want *everybody* to see exactly where I live, what my sofa or my fireplace looks like. Do you know the book *Everyman*? Well, I want to stay just in the fantasy of Everyman."

It was a small, three-bedroom house built in Mexican style, the first home entirely her own she had ever had. She exulted in it. On a special trip to Mexico she had carefully searched in roadside stands and shops and even factories to find just the right things to put in it. The large items had not arrived—nor was she ever to see them installed. As she led me through the rooms, bare and makeshift as though someone lived there only temporarily, she described with loving excitement each couch and table and dresser, where it would go and what was special about it. The few small Mexican things—a tin candelabra, folding stools ingeniously carved from single pieces of wood, a leather-covered coffee table, tiles on the kitchen walls—revealed her impetuous, charming taste. Separate from the house, attached to her two-car garage, was a large room being converted to an apartment which would be, she explained, "a place for any friends of mine who are in some kind of trouble, you know, and maybe they'll want to live here where they won't be both-

ered till things are OK for them."

Back in the house I remarked on the profusion of flowers outside. Her face grew bright and she said, "I don't know why, but I've always been able to make anything grow." She went on: "When I was married to Mr. Miller, we celebrated Hanukkah and I felt, well, we should have also a Christmas tree. But I couldn't stand the idea of going out and chopping off a Christmas tree."

In the living room, seated on a non-descript chair and sofa, we went on talking—after Marilyn poured herself a glass of champagne. At each question she paused thoughtfully "I'm trying to find the nailhead, not just strike a blow," she said. Then a deep breath and out her thoughts would tumble, breathless words falling over breathless words. Once she said, "One way basically to handle fame is with honesty and I mean it and the other way to handle it when something happens—as things have happened recently, and I've had other things happen to me, suddenly, my goodness, the things they try to do to you, it's hard to take—I handle with silence."

Her inflections came as surprising

twists and every emotion was in full bravura, acted out with exuberant gestures Across her face flashed anger, wistfulness, bravado, tenderness, ruefulness, high humor and deep sadness. And each idea usually ended in a startling turn of thought, with her laugh rising to a delighted squeak. "I think I have always had a little humor," said Marilyn. "I guess sometimes people just sort of questioned 'does she know what she's saying,' and sometimes you do all of a sudden think about something else and you didn't mean to say it exactly. I'm pointing at me. I don't digest things with my mind. If I did, the whole thing wouldn't work Then I'd just be kind of an intellectual and that I'm not interested in."

At this point I began to see that Marilyn did nothing by halves Of her millions of fans she said, "The least I can do is give them the best they can get from me. What's the good of drawing in the next breath if all you do is let it out and draw in another?" I could also see how important it was to her to feel that the person she talked to "understood."

Understanding apparently [...] being very sympathetic, [...] side in everything, recognizing [...] nuances of her meanings and val[...] all that she valued, especially [...] things. When I showed genuine en[...] thusiasm for her house, she [...] "*Good*, anybody who likes my hou[...] I'm sure I'll get along with."

But I had the constant, uneasy [...] ing that my status with her was [...] cautious, that if I grew the least [...] careless she might suddenly dec[...] that I, like many others she felt [...] let her down, did not understand[...] Once I slangily asked her how [...] "cranked up" to do a scene. I wa[...] standly confronted by queenly a[...] rage: "I don't crank anything. I'm not a Model T. I think that's kind[...] disrespectful to refer to it that w[...]

But I could not feel impatient wi[...] her impatience. It was all so unde[...] standable as she talked about the pu[...] pic who wrote columns and storie[...] about her: "They go around and as[...] mostly your enemies. Friends alwa[...] say, 'Let's check and see if this is [...] right with her.'" And then she add[...] wistfully: "You know, most peop[...] really don't know me." There [...] grief in her eyes when she describe[...]



# A LONELY GIRL

Her legacy of beauty:
Marilyn on pages 63-71

...ow she had once found her stepson ...obby Miller hiding a magazine con-...aining a lurid article about her, and ...ow Joe DiMaggio Jr used to be ...unted at school because of her ..."You know, ha, ha, your stepmother ...Marilyn Monroe, ha, ha, ha. All ...at kind of stuff." And there was ...arning in her voice as she returned ...er and over again to "kids, and ...er people and workingmen" as a ...urce of warmth in her life, as the ...threatening people who treated her ...turally, whom she could meet spon-...eously. I felt a rush of protective-...ss for her, a wish—perhaps the sort ...at was at the root of the public's ...nderness for Marilyn—to keep her ...om anything ugly and hurtful.

Before I left late that night she ...ted to be sent a transcript of the ...erview "I often wake up in the ...ht," she explained, "and I like to ...ve something to think about."

When I arrived the next afternoon ...a second session she immediately ...ed to postpone our talk. She was ...ed out, she said, from negotiations ...th 20th Century-Fox over resump-...n of *Something's Got to Give* But ...e hospitably offered me a drink and ...atted. She was obviously upset.

But there was no hint of morose de-spair. She was electric with indigna-tion and began talking angrily about how studios treat their stars. Then she paused, said she needed some-thing to help overcome her tiredness and got a glass of champagne. I asked if she had ever wished that she were tougher. She answered, "Yes—but I don't think it would be very feminine to be tough. Guess I'll settle for the way I am."

**W**e were interrupted when her doc-tor arrived. Marilyn bounded out to the kitchen, returned with a little ampule, and holding it up to me said, "No kidding, they're making me take liver shots. Here, I'll prove it to you." By then she was willing to talk on, and it was nearly midnight when Marilyn jumped up and announced she was going to throw a steak on the grill. She came back to say there was no steak and no food at all. Be-fore I left one of the last things she said was, "With fame. you know, you can read about yourself, some-body else's ideas about you, but what's important is how you feel about yourself—for survival and liv-

ing day to day with what comes up."

Over the weekend Marilyn was scheduled to pose for pictures so I suggested we eat breakfast before her noon appointment She agreed and I arrived on Saturday at 10. I rang the doorbell repeatedly. No answer. But through the window I could see a man sitting in her little glassed-in porch, reading a magazine with the bored patience of somebody who had been there a long time. I waited and rang for 10 minutes, then went away for an hour. At 11 my ring was an-swered by Marilyn's housekeeper, Mrs. Murray, who took me to wait in a guest room just off a tiny hall from Marilyn's bedroom. At noon Mrs. Murray took a tray of break-fast in to her. Shortly afterward Mari-lyn came out and said hello.

I then became a witness to the fabled process of Marilyn preparing for an appointment—and being four hours late for it. The patient gentle-man was her hairdresser, Mr. Ken-neth. While he worked on her and she sat under the dryer I could hear up-roarious laughter. Then, in her curl-ers, she made little barefooted er-rands about the house and in and out of her room, phone calls, visits to me

to ask if I was comfortable, all busy bustling, getting nothing done. There was none of the fearful moping and preening in front of mirrors I had heard so much about. She was entire-ly cheerful and utterly disorganized. I could not help feeling that what some people blamed on stagefright might partly be her endless debt to time. The necessary mechanics of dai-ly living were beyond her grasp; she always started out behind and never caught up.

Finally she was almost ready and she came trippingly into the room where I sat. She wore high heels, orange slacks, a brassiere, and held an orange blouse carelessly across her bosom. "Do I look like a pumpkin in this outfit?" she asked. She looked wonderful. "You'll set the fashion industry ahead 10 years," I said. She was very pleased and answered, "You think so? Good!"

**T**wo days later I called Marilyn for another appointment to talk over the final draft of her story. She said, "Come anytime, like, you know, for breakfast." There was in her voice a note which I had come to recognize —an appealing eagerness to please. I came again at 10 and once again she slept till noon. Finally we sat down together on a tiny sofa. She was barefooted, wearing a robe, and had not yet washed off last night's mascara. Her delicate hair was in a sleep-tumbled whirl But she had made me feel this was a compliment. "Friends," she had said, "accept you the way you are." As was usual, her face was very pale. She held the man-uscript high in front of her eyes and carefully read it aloud, listening to every phrase to be sure it sounded exactly like her.

She kept the manuscript and I re-turned for it late that afternoon. On the steps of the house she showed me changes she had penciled in, all of them small She asked me to take out a remark about quietly giving money to needy individuals. And then we said goodby. As I walked away she suddenly called after me, "Hey, thanks." I turned to look back and there she stood, very still and strange-ly forlorn. I thought then of her re-action earlier when I had asked if many friends had called up to rally round when she was fired by Fox. There was silence, and sitting very straight, eyes wide and hurt, she had answered with a tiny "No."



THE QUIET ONES. In stony grief Joe DiMaggio and his 21-year-old Marine son Joe Jr. leave her funeral in Westwood. Her second husband and a beloved star in his own right, DiMaggio seized command of all arrange-

MM-0036216

# A LONELY GIRL

Marilyn on pages 68-71

...he had once found her stepson ...by Miller hiding a magazine con-...ing a lurid article about her, and ...Joe DiMaggio Jr. used to be ...led at school because of her. ...you know, ha, ha, your stepmother ...Marilyn Monroe, ha, ha, ha, ha. All ...kind of stuff." And there was ...ing in her voice as she returned ...and over again to "kids, and ...people and workingmen" as a ...re of warmth in her life, as the ...reatening people who treated her ...ally, whom she could meet spon-...ly. I felt a rush of protective-...for her; a wish—perhaps the sort ...was at the root of the public's ...ness for Marilyn—to keep her ...anything ugly and hurtful.

...fore I left late that night she ...ed to be sent a transcript of the ...view. "I often wake up in the ...t," she explained, "and I like to ...something to think about."

...hen I arrived the next afternoon ...second session she immediately ...ed to postpone our talk. She was ...out, she said, from negotiations ...20th Century Fox over resump-...of Something's Got to Give. But ...hospitably offered me a drink and ...hatted. She was obviously upset.

But there was no hint of morose despair. She was electric with indignation and began talking angrily about how studios treat their stars. Then she paused, said she needed something to help overcome her tiredness and got a glass of champagne. I asked if she had ever wished that she were tougher. She answered, "Yes—but I don't think it would be very feminine to be tough. Guess I'll settle for the way I am."

We were interrupted when her doctor arrived. Marilyn bounded out to the kitchen, returned with a little ampule, and holding it up to me said, "No kidding, they're making me take liver shots. Here, I'll prove it to you." By then she was willing to talk on, and it was nearly midnight when Marilyn jumped up and announced she was going to throw a steak on the grill. She came back to say there was no steak and no food at all. Before I left one of the last things she said was, "With fame, you know, you can read about yourself, somebody else's ideas about you, but what's important is how you feel about yourself—for survival and liv-ing day to day with what comes up."

Over the weekend Marilyn was scheduled to pose for pictures so I suggested we eat breakfast before her noon appointment. She agreed and I arrived on Saturday at 10. I rang the doorbell repeatedly. No answer. But through the window I could see a man sitting in her little glassed-in porch, reading a magazine with the bored patience of somebody who had been there a long time. I waited and rang for 10 minutes, then went away for an hour. At 11 my ring was answered by Marilyn's housekeeper, Mrs. Murray, who took me to wait in a guest room just off a tiny hall from Marilyn's bedroom. At noon Mrs. Murray took a tray of breakfast in to her. Shortly afterward Marilyn came out and said hello.

I then became a witness to the fabled process of Marilyn preparing for an appointment—and being four hours late for it. The patient gentleman was her hairdresser, Mr. Kenneth. While he worked on her and she sat under the dryer I could hear uproarious laughter. Then, in her curlers, she made little barefooted errands about the house and in and out of her room, phone calls, visits to me to ask if I was comfortable, all busy bustling, getting nothing done. There was none of the fearful moping and preening in front of mirrors I had heard so much about. She was entirely cheerful and utterly disorganized. I could not help feeling that what some people blamed on stagefright might partly be her endless debt to time. The necessary mechanics of daily living were beyond her grasp; she always started out behind and never caught up.

Finally she was almost ready and she came trippingly into the room where I sat. She wore high heels, orange slacks, a brassiere, and held an orange blouse carelessly across her bosom. "Do I look like a pumpkin in this outfit?" she asked. She looked wonderful. "You'll set the fashion industry ahead 10 years," I said. She was very pleased and answered, "You think so? Good!"

Two days later I called Marilyn for another appointment to talk over the final draft of her story. She said, "Come anytime, like, you know, for breakfast." There was in her voice a note which I had come to recognize —an appealing eagerness to please. I came again at 10 and once again she slept till noon. Finally we sat down together on a tiny sofa. She was barefooted, wearing a robe, and had not yet washed off last night's mascara. Her delicate hair was in a sleep-tumbled whirl. But she had made me feel this was a compliment. "Friends," she had said, "accept you the way you are." As was usual, her face was very pale. She held the manuscript high in front of her eyes and carefully read it aloud, listening to every phrase to be sure it sounded exactly like her.

She kept the manuscript and I returned for it late that afternoon. On the steps of the house she showed me changes she had penciled in, all of them small. She asked me to take out a remark about quietly giving money to needy individuals. And then we said goodby. As I walked away she suddenly called after me, "Hey, thanks." I turned to look back and there she stood, very still and strange-ly forlorn. I thought then of her reaction earlier when I had asked if many friends had called up to rally round when she was fired by Fox. There was silence, and sitting very straight, eyes wide and hurt, she had answered with a tiny "No."



**THE QUIET ONES.** In stony grief Joe DiMaggio and his 21-year-old Marine son Joe Jr. leave her funeral in Westwood. Her second husband and a beloved star in his own right, DiMaggio seized command of all arrangements, and all Hollywood celebrities were barred to keep the last rites private. At the end, Joe was reported to have bent over Marilyn and gently kissed her goodby.

CONTINUED   39

MM-0036217