# EXHIBIT 64

# Chicago Tribune
### THE WORLD'S GREATEST NEWSPAPER
Tuesday, September 11, 1973

# 34% water rate h

## Congress: partners

e of greater crea- posals, antictrime bills, greater
than a cause of local control for community
development funds, and what
G what he term- he considers adequate defense
essional renais- and foreign aid appropriations.
said he believes   BESIDES focusing attention
Congress as well on the legislation he wants,
Presidency and Nixon also spotlighted actions
he opposes—red ink spending,
be no monopoly any tax increase, major de-
a either end of fense cutbacks, and busing of
Avenue — and public school children to
be no monopoly achieve racial balance.
  Nixon said that if Congress
n which Nixon votes more money than he
action included wants, he will not hesitate to
arize the Alaska veto spending measures or im-
the building of pound appropriations.
anker parts, de-   He also said he would "con-
natural gas prices. tinue to oppose all efforts to
strip mining. a strip the Presidency of the
vironmental pro- powers it must have to be ef-
fective"—an obvious threat to
veto any legislation that would
restrict his war-making powers.

opes   MIXING COMPLIMENTS
  with criticism, the President
  said Congress has made "com-
is mendable progress" in some
  areas this year but that action
  on his own initiatives "has
ist been far less than I had ex-
  pected."
  Nixon said "the battle
  against inflation must be our
malysis first priority for the remainder
  of this year" and called on
  Congress to hold appropriations
s and aides to to his spending ceiling of $268.7
zers as a good billion for the fiscal year that
t the budget-cut began July 1.
  "In our joint efforts, how-
if his committee ever, I continue to be ada-
in to the lawmak- mantly opposed to attempts at



### Ali beats Norton

Muhammad Ali crushed a right to the side of...
the fight on a split decision. See Dave Condon...

### Braasch's share of payoff

## Daley 1st in in 3 y

By Edward Schreiber

AN INCREASE of...
water department char...

MM-0036233

...and her attire, her neatly-groomed, short hairstyle, her intent blue eyes, her look-you-straight-in-the-eye approach, and the somewhat guarded expression that cracks into smiles when you joke or talk...

Dr. Rowine Hayes Brown, chief of Cook County Children's Hospital, still finds time to visit patients. Children have been the center of her life for the last 25 years.



## Marilyn's confidante

# The woman M[

*Norman Mailer, while writing his best-selling biography "Marilyn," never attempted to talk with Eunice Murray, probably the person closest to Marilyn Monroe during her last months. In this third of a series written for the Tribune, Maurice Zolotow talks to the easily accessible Mrs. Murray, who corrects some of the most shocking statements made in Mailer's book.*

### By Maurice Zolotow

*Third of a series*

I INTERVIEWED Eunice Murray—and was the first writer who had done so since August, 1962—in her small cottage behind a larger ranch-style house at 1321 Pearl St. in Santa Monica. [Her grandson, Norman Jeffries, was present during the interview.]

She did not want me to use a tape-recorder, so I made handwritten notes which I transcribed as soon as I returned home.

Mrs. Murray, 71, looks about 50. She is a smiling warm and gentle person. She spoke simply and directly during the interview. Fred Guiles described her in his "Norma Jean" biography as Marilyn's "companion-housekeeper... tall and matronly." Mrs. Murray, at 5 foot 2, is hardly tall, nor is she matronly.

"Now this man Guiles," she murmured, smiling, "he has conversations in his book between me and Marilyn when there was nobody there but the two of us and he never spoke to me and she was dead. So how could he know what we said to each other? And Mr. Mailer, who writes so beautifully I may say, he repeats some of Mr. Guiles stories. Well, Marilyn and I had gone on this trip to Mexico in March. And things he printed about that Mexican trip, why it just wasn't so, you know."



Marilyn: A woman with nesting instincts.

## Tomorrow in Tempo

● How do you design a room where pets can live comfortably with people? June Hill shows how to cater to critters.

● On the movie set Marilyn Monroe was glamorous and unattainable but in real life her friends saw her longing for a happy family life, reports Maurice Zolotow in the fourth of a series.




MM-0036234

# *Mailer forgot to interview*





### The last days of Marilyn Monroe

se'-
d to
rson
last
r the
asily
ne of
iler's

"Like what?" I asked. Well, like the "red material," she said.

Guiles wrote: "They [Mrs. Murray and Marilyn] found some stuff, heavy, red, hand-loomed material. 'This would make fine sofa upholstery,' Mrs. Murray told Marilyn. The color appealed to Marilyn and she bought 15 yards on her friend's advice. Then tables of a rough trestle variety were purchased and tagged for shipment. Mexican Indian masks of tin were cheap enough to give Marilyn the satisfaction she had found at least one bargain."

e first
small
1 St. in
present

MRS. MURRAY shook her head. "We did not buy any

I made
eturned

warm
ing the
Jean"
tall and
ner is

he has
n when
r spoke
we said
ifully I
l, Mari-
h. And
wasn't



Eunice Murray: "I was her cook, decorator and secretary. I was her friend."
Associated Press photo

red cloth in Mexico. We did not have the conversation about red cloth that he writes, or any other conversation he says we had. We did not buy any tin masks," she said. "[...] the sort of junk you buy on Olvera Street." [An area in downtown Los Angeles where tourist shops sell Mexican souvenirs.]

Mailer also speaks about the tin masks and [...] lighting fixtures. Mrs. Murray says what they bought was beautiful blue Mexican tiles for "the kitchen" and [...] chairs and coffee tables which were "lovely hand-[...] peasant pieces."

Mrs. Murray is irked at being described as a "housekeeper." She was not. She had been a friend of Dr. Ralph [...] Greenson, Marilyn's psychoanalyst. Dr. Greenson thought it was unwise for Marilyn to be alone during the day. He suggested to both women that Mrs. Murray spend the days with Marilyn, and their relationship began in November, 1961, when Marilyn still lived in an apartment.

"I was never Marilyn's housekeeper," Mrs. Murray says. "I guess there's no word in the dictionary to exactly describe what I was. I was her chauffeur, her cook, her real estate agent, her interior decorator, her social secretary." She paused and sighed. "What I was, I was her friend. She trusted me absolutely. She was a very sick child at that time ... exhausted physically and emotionally. She should not have gone to work on that last picture." ["Something's Got To Give," which started rolling in April 1962, at 20th-Century Fox studio and was never completed.]

Jet Fore, a 20th-Century Fox publicity man, told me that Bobby Kennedy had never visited the set of this movie nor had he telephoned Fox on her behalf when she [...] fired for chronic absence on the lot in June, 1962, as [...] reported. Guiles has Mrs. Murray entering [...] after she bought the Brentwood home. Actually, Mrs. [...] had helped her select the house and been her [...] several months previously.

Marilyn's new home—the first she had owned—was [...] ted at 12305 Fifth Helena Drive, one of two houses [...]

Continued on following [...]





from the baby station. up and his seven-month-old for everyone. days to do perhaps a bigger,
here af- She shows her visitors a pa- brother." She first checks a child ad- more important job.
rom the Uni-
ons Medical
patient re-
in my hands,
more impor-

T bring the
dical director
al" My wom-
is that women
al opportunity
equally quali-
ed credentials
in the same
Whatever the
want to do —
to operating a
on the highway
qualified, they
considered for



Drugs found at Marilyn's bedside: Was Robert Kennedy behind the overdose?

## M.M.'s friend

# The woman Mailer forgot to talk with

Continued from 1st Tempo page

of a quiet little lane. It is remote and country like, yet a few moments from the Brentwood shopping center. It is California Spanish style with two high walls of whitewashed brick. Marilyn paid $77,500 for it, with a $33,000 cash down payment. Dr. Greenson believed it would psychologically benefit her to be in her own home, and that she had a powerful nesting instinct which had long been thwarted because she always lived in hotels, rented houses, or houses already owned by previous wives as in Arthur Miller's case.

He felt she should put down roots. It was his hope that Mrs. Murray, in whom the nesting and family instinct was strong, would strengthen this side of Marilyn, relieving her of obsessions and guilts about her failing career and her troubled marriages.

"Marilyn was bursting with plans and ideas about furnishing and decorating her house," Mrs. Murray recalls. "She was so proud of it. Plans for making a special guest-room for Carl Sandburg, whom she loved. Plans about the movies she would make. She was getting better. Dr. Greenson once said to me, 'I don't know what you are doing, but keep on; Marilyn is making real progress.' She had plans for resuming her social life."

I asked her about the dinner party reported by Mailer. Was Bobby Kennedy in the house that Saturday night?
"No," she said.
"Peter Lawford?"
"No."
"Pat Newcomb?"
"No. Absolutely not. There was nobody in the house that night except me and Marilyn. The doors were locked. The gate was shut. The windows locked. The French window in her room locked. She always closed the drapes in a room when she went to sleep. Where did Mr. Mailer get the notion that she stapled the drapes? She wouldn't have done that; she never stapled the drapes shut."

I asked whether she knew about a love affair between Frank Sinatra and Marilyn, which some writers have described at length. As far as she knew—and she said there was a situation of complete confidence between her and Marilyn—"she was not having a love affair with Frank Sinatra, tho she considered him a good and kind friend. During the five months she lived in the Brentwood house, Sinatra was there only one time."

And Bobby Kennedy?

"That was the most evil gossip of all," Mrs. Murray said. "It is not true that Marilyn had a secret love affair with Mr. Kennedy. Marilyn opened her heart to me and I would tell you if it were so. Mr. Kennedy came to her house maybe two or three times, that is all, and when during the time I was Marilyn's friend. He came once during the day with a group of people to see the house. Marilyn loved showing off the house. It was like it was her baby. She was so proud of it. But she didn't go anything around with Mr. Kennedy or have a love affair with him."

Mailer acknowledges that he draws much of the factual data about the last two years of Marilyn's life from Fred Guiles biography. Guiles accepts the romance with Robert Kennedy as a matter of historical fact. Mailer, however, not believes that there was a love affair with Kennedy.

Kennedy had come to Hollywood to meet veteran producer Jerry Wald, who was planning a remake of his book about labor racketeering. The head of 20th Century-Fox, and Rudd Schulberg, and Bobby Kennedy came to discuss the project.

© Copyright 1973 by ...
Tomorrow: the "other wife" of the ...

## easy on the mayo

| each: lemon | County. | baking powder |
|---|---|---|
| e wine | Mediterranean Lemon Cake made with yogurt and ground nuts is good. It is from "The Portable Feast" [101 Productions, $3.95]. Author is Diane D. MacMillan and the book is illustrated by Erni Young. | ½ pint yogurt, room temperature |
| alt | | ⅔ cup finely ground nuts |
| ic, minced | | ½ cup lemon juice |
| ll | | |
| oil | | Cream softened butter and 1 cup of the sugar until light and fluffy. Add eggs and lemon peel, blend thoroly. Sift flour, salt, soda, and baking powder. Add dry ingredients alternately with yogurt. Fold in nuts. Bake in well greased 9 inch tube pan at 350 degrees for 1 hour or until done. Combine the ½ cup sugar and lemon juice in a saucepan. Heat until sugar has dissolved and pour over cake while still warm. Cool in the pan. |
| chopped. | | |
| sted pine nuts | MEDITERRANEAN LEMON CAKE [Serves six to eight] | |
| | ½ pound softened butter | |
| nder container | 1½ cups sugar | |
| in juice, vine- | 6 eggs, room temperature | |
| d garlic and | 1 tablespoon grated lemon peel | |
| seconds. With | 2½ cups unbleached flour | |
| , slowly pour | ½ teaspoon salt | |
| Add nuts and | 1 teaspoon each: soda | |
| seconds. Empty | | |
| er, cover and | | |

### $5 favorite

| THRIFTY ONE-DISH MEAL [12 servings] | 1 cup chopped celery |
|---|---|
| 4 cups cooked rice | 2 small onions, minced |
| 3 cups diced cooked pork, beef, or chicken | ½ cup grated sharp cheese |
| 1 can [16 ounces] peas, drained | 1 teaspoon salt |
| 1 can [12 ounces] tomatoes | ¼ teaspoon pepper |
| 1 can [6 ounces] tomato sauce | Combine ingredients. Turn into a 3-quart shallow baking dish. Bake at 350 degrees for 60 minutes. |
| 1 can [4 ounces] mushrooms stems and pieces, drained [optional] | |

Mrs. Jennie Minzer, Antioch

Send your favorite recipe to: Recipe Editor, Chicago Tribune ...

MM-0036236