# EXHIBIT 67

Los Angeles Times

TUESDAY FINAL

TUESDAY MORNING, AUGUST 7, 1962 — 74 PAGES — DAILY 10c

# Housekeeper Discloses:

# MYSTERY PHONE CALL RECEIVED BY MARILYN

## May Have Caused Her to Take Additional Dose of Sleep Pills

BY FRANK LARO and BILL BEEBE

Marilyn Monroe got a mysterious telephone call not long before she was found dead from an overdose of barbiturates, The Times was told Monday night.

Mrs. Eunice Murray, the blond beauty's housekeeper, said the call came sometime after the actress retired to her bedroom Saturday night.

"I don't remember what time the call came in," she said, "and I don't know who it was from.

"But knowing Marilyn as I do, I think that if this call waked her up she might have taken some more sleeping pills."

This, Mrs. Murray said, might account for the fact that the telephone was found clutched in the dead actress' hand.

> More news and pictures of Marilyn Monroe on Pages 2, 3, 16, 17, 18 and 19, Part 1.

Mrs. Murray also offered a glimpse into the complicated personality of the glamorous star as she talked about Marilyn's last days.

Marilyn alternated between periods of depression over her career and a happy interest in the only home she ever owned.

### Often Moody

She was a woman tormented by insomnia, which led to massive doses of sleeping pills, but otherwise she was a happy-go-lucky type.

She was often a moody woman, easily affected by criticism and the things they said about herself, but usually accepted personal misfortunes philosophically.

It was Mrs. Murray who called for help when she spotted the light on in the actress' bedroom at 3 a.m. Sunday and failed to get a response from Marilyn.

"She was usually very philosophical about the things that happened to her," said Mrs. Murray, "and the things I remember about her best were her beautiful smile and musical laugh."

Marilyn, she said, never once discussed death during the time she knew her.

Mrs. Murray said she went to work in November for Miss Monroe originally as a decorator to help the actress convert her house at 12305 5th Helena Dr., Brentwood, into a Mexican hacienda.

"We went to Mexico in February to buy tiles and metal work to be used in the exciting part of the house."

### Hard to Take

As for her depression: "The firing at 20th Century-Fox from the picture 'Something's Got to Give' was hard for her to take.

"I was with her when she was ill during this period," the housekeeper said. "She had a sinus infection ... the first time she ever had one, and couldn't seem to get rid of it."

The housekeeper described the pattern of Marilyn's last months.

"We'd get up," Mrs. Murray continued, "and Marilyn would get ready to go to the studio and then she just couldn't make it. She would develop a severe headache. She complained it was an awful hour to go to work. ..."

Please Turn to Pg. 18, Col. 1

TELLS OF STAR'S LAST DAYS—Mrs. Eunice Murray, housekeeper for Marilyn Monroe, relates how the blond actress spent the last days before death. Times photo

## News Summary

### THE WORLD

### THE NATION

### THE CITY AND THE STATE

### BUSINESS AND FINANCE

## Rusk Backs Private Firm Satellite Bill

BY ROBERT E. ALBRIGHT

WASHINGTON — Secretary of State Rusk Monday supported the administration's Senate-slowed communications satellite bill as a deliberate extension of the private communications system in this country. ...

### Some Apprehension

## PANAMA 'FIRE BRIGADE' TO WATCH LATINS

WASHINGTON—The United States is building a small but highly mobile "fire brigade" in the Panama Canal Zone available for swift intervention in case of trouble in Latin America. ...

## 2 Congressmen, 69 Others Safe in Plane Crash

KNOXVILLE, Tenn. (UPI) — An American Airlines Lockheed Electra crashed and partly burned Monday ...

### Congressmen Aboard

## Red Skelton's Wife in Hospital

## Kennedy Rejects Yorty's Customs House Appeal

### President's Aide Says Building Will Go Up in Long Beach Area as Soon as Feasible

The White House has rejected Los Angeles' plea to intervene and will go along with a federal recommendation to build a $2.2 million customs house in the Long Beach area, Mayor Yorty said Monday.

Please Turn to Pg. 18, Col. 1

## THE WEATHER

## Few Relatives, Friends to Attend Marilyn Rites

Illustrated on Page 3, Part 1

Please Turn to Pg. 19, Col. 1

7 Part I—Tues., Aug. 7, 1962 Los Angeles Times

# News Summary

## THE WORLD

## THE NATION

## THE CITY AND THE STATE

## BUSINESS AND FINANCE

## SPORTS

# National Bar Chief Blasts High Court

### Rulings Threaten Federal System, S.F. Parley Told

BY JAMES E. CLAYTON

EARLY MORNING WEDDING—Actress Mona McDonald and Edward P. Callahan, a Los Angeles ... Las Vegas. They kept a parade of the press waiting ... when they ... on airplane flight ...

THE CALIFORNIA POLL

# Voters Cite Nixon's Strong, Weak Points

BY MERVIN D. FIELD, Director, The California Poll

# Katanga Sees Pressure in Closing of Airport

# Ex-Press Agent Recalls Monroe's Magic Appeal

### Now a Country Publisher, He Was Her Publicity Man for Five Years

BY PAUL WEEKS

Charters a Plane

"The only thing available was a ...-passenger Eastern Air Lines plane, which we chartered," he said. "Marilyn slept. The ... had nobody to serve coffee to but me."

Once Marilyn was to greet the ... aboard a cruiser ... Harbor. For ... the first time Craft believed, she'd get there on time.

Just before she got there she asked the driver to stop at a filling station to take a quick look at her makeup.

"She was in the powder room 45 minutes," said Craft, "and even the station manager's wife couldn't get her out."

Craft made no pretense of being in Marilyn's "inner circle." There were hangers-on who tried to impress her "but I figured my job was just to be loyal to her, and maybe that's why I was around so long," he said.

Her Quips Genuine

The studio once feared all the buildup might come tumbling down when it was disclosed Marilyn had posed in the nude for a calendar during her struggling days.

"Life magazine was preparing a cover story on her when it happened," said Craft. A stroke of genius hit him. He had a print of the picture flown to Life's offices and it appeared with the story.

"This gave the picture prestige, took it out of the category of a dirty French postcard—because it really wasn't dirty—just a barbershop calendar nude," he said.

Marilyn's quips, her news-making favorites were genuine—not press agent stunts, said Craft. "They just happened to her. She was a ... perceptive gal, and didn't need anyone to dream up stunts."

Posed for Military

Once a military press agent had her pose with four attractive women representing the women's branches of service. It wasn't a startling picture, and probably "was thrown in the wastebasket by picture editors all over the country that night," said Craft.

# MARILYN BORN IN WEDLOCK, UNCLE INSISTS

# Doctor Backs Kennedy Plea for Drug Curb

# Brother of Bob Hope Dies in Boston Hospital

BEFORE THE SHOW—...

7 AUG 7

MMLLC (Shaw) 000572

Los Angeles Times Tues., Aug. 7, 1962—Part I 3

# Marilyn in Two Moods—Serious and Gay

CONTRASTS—Marilyn Monroe presented a serious study and a vivacious one when the pictures above were taken by a magazine photographer about a month ago during interview. Right, Marilyn as she appeared in childhood, date of photo isn't known.

DEPARTURE — The body of Marilyn Monroe is wheeled from county coroner's office by attendants to be taken to Westwood Village Mortuary where final rites for the Hollywood film star will be held.

DIMAGGIO AT MORTUARY—Marilyn Monroe's ex-husband, Joe DiMaggio, leaves Westwood Village Mortuary where he met her relatives. DiMaggio flew in Sunday after learning of star's death.

# Cost Great; So Is Love for Baby

BY MARY ANN CALLAN

Parents of the only living American baby born with deformities because the mother took thalidomide were assured Monday that part of their medical costs can be assumed by the county.

But what specialists call their greatest burden—the emotional agony of rearing such a child—does not concern Mr. and Mrs. William Webb, both 23, of 1628 W 166th St., Gardena.

The parents of seven-weeks-old William Jr., born with deformities of both arms, were happily surrounding the boy with love Monday—their own, that of both maternal and paternal grandparents and their other child, [illegible], 2½.

But hanging over this picture is the inevitable series of operations and possible artificial limbs that physicians at Harbor General Hospital will start in six weeks.

## Cost Is $4,000

According to the young father, who met his bride-to-be in Germany while he was in the U.S. Army, the estimated cost is $4,000 over a period of years.

Dr. [illegible] Brooks, medical director of the Child Amputee Prosthetics Project at UCLA Medical Center, who appeared with the couple on Paul Coates show over KTTV (11) Monday night, told The Times that county funds are available in cases involving physically handicapped children.

[illegible], executive director of the physically handicapped children's program with the Dept. of Charities, also ex-

Please Turn to Pg. [illegible], Col. [illegible]

LOTS OF LOVE—[illegible] William [illegible] Webb Jr. and daughter, [illegible], 2½, [illegible] William Jr. [illegible] Mrs. Webb had taken thalidomide.

# Ballerinas Outside Whi

MMLLC (Shaw) 000573

ENTERTAINMENT OUTDOORS—Girls of National Music Camp Ballet Group dance on White House grounds during music program sponsored by First Lady. National High School Symphony took part.

7 AUG 7

SIR BAGBY

By R. & B. Hackney

# MYSTERY CALL

Continued from First Page

8 CARLOADS TO GO!

LATE MODEL—USED

FRIGIDAIRE

REFRIGERATORS

48⁸⁸

OPEN DAILY AND SAT. 9 to 6

WERTZ BROTHERS

IKE SAYS PRESIDENT WANTS TOO MUCH POWER

POST

For all around enjoyment...

CORBY'S Reserve

Smoothest whiskey this side of Canada

$4⁴⁹

DELTA'S "missile express" to

ORLANDO / Cape Canaveral

the only jets...only one-stop!

DELTA

august notions SALE

at all seven MAY CO. stores

wardrobe closet

8.99

plastic shoe boxes

4/2.29

padded hangers

4/1.79

plastic hat box

2/4.39

lycra spandex panty brief

3.99

storage chest on wheels

3.99

wooden trouser hangers

6/99c

shoe tote bag

1.29

golden heritage fashion closets

A. Reg. 2.99 ... 2.59, 2/5.00

B. Reg. 3.99 ... 2.59, 2/5.00

C. Reg. 2.99 ... 1.79, 2/3.50

Set of 3 2.99

MMLLC (Shaw) 000574

# Marilyn Couldn't Take Happiness for Granted

## It Was Something She Never Got Used To, She Said in Recent Interview

### Best Human Nature

### All-Day Movies

### Actor Not Machine

**FREE REPLICA**

THE AMAZING NEW MIDGET SIZE "Peanut" MARK IV HEARING AID

WORN IN THE EAR! NO WIRES—NO CORDS NO BULKY BATTERIES

Acousticon 1709 W. 8th St., Los Angeles 17, Calif.

NAME ADDRESS CITY PHONE

**CHICAGO $85*** YOU SAVE $20.45 EACH WAY!

CONTINENTAL AIRLINES

**RENT** FOR YOUR GARDEN PARTY!

ABBEY RENTS

REGISTER NOW! AUG. & SEPT. CLASSES

**DALE CARNEGIE COURSE**

In Effective Speaking and Human Relations

Inquire Early to Be Sure of a Place in a Class

Los Angeles Times

# MAY CO

ALL SEVEN STORES

A

B

C

**sale . . . lavishly hand-beaded sweaters luxurious quality, fully-lined . . . 22.00**

We've been lucky to secure this exceptional group of beautiful sweaters of wool, fur fibre, nylon blend, painstakingly handbeaded in Hong Kong. Sketched here are just three from the collection in white, grey, blue and beige. Sizes 36 to 44 in the group, but not all colors in all sizes and styles.

A. White sweater with pastel color and chalk bead floral motif front and back

B. Floral motif front and back; gun metal on heather grey, bronze on beige, gold on black

C. White sweaters with pastel color beads, ribbon motif front and back

Sorry, no mail or phone orders

may co. sportswear 72—all seven stores

MMLLC (Shaw) 000575



18 Part I—TUES., AUG. 7, 1962 Los Angeles Times

MARILYN'S HALF-SISTER—Leaving the Westwood Village Mortuary are Marilyn Monroe's half-sister, Mrs. Berniece Miracle, at left, and Mrs. Inez Melson, guardian of the mother of the late star.

# MONROE FUNERAL

Continued from First Page

released to the Westwood Village Mortuary late Monday after Coroner Theodore J. Curphey announced that it was established that the cause of death was a ... overdose of barbiturates.

... several hundred telephone calls reached Monday from curiosity seekers.

The callers asked permission to view the body. It was sternly denied.

Yorty Dedicates Police Station

YOU CAN SAVE YOUR HEARING!

# Hollywood Killed Marilyn, Izvestia Says

MOSCOW (I)—The government newspaper Izvestia said Monday night "Marilyn Monroe was a victim of Hollywood. It gave birth to her and it killed her."

The Soviet government organ, in a report from New York published an ... commentary on the famed actress' life and death. Its New York correspondent, ... said her death "transcended the limits of personal tragedy and acquired social ..."

Sympathetic Terms

"No matter how much talent Monroe had, in recent years she aspired to serious creative work, to the drama, to the stage, and even tried ...

# MONROE'S MAGIC

Continued from Second Page

... papers played it full-page.

Vivacious, "funny," with a rich sense of humor Marilyn had little time for men when her career was first budding, said Craft.

Then she met Joe DiMaggio. "She told me she'd met a real interesting man," he recalled, "and we had to sit around playing '20 questions' with her to guess who."

The Marilyn Monroe 'image' was carefully, methodically invented by her, he said. With physical beauty she had such magnetism "that if 15 men were in a room with her, in 15 minutes each of the 15 would be convinced he was the one she'd been waiting for after the others left."

Craft, who found what he wanted in a "little county with 5,000 people, knew that Marilyn never found similar success."

He said he had a 'rejoinder' to get out—a tribute to Marilyn — and the phone interview was over.

## Two Ordered to Trial in Slaying

Charles Andrews, 24, and Andrew G. ..., 18, were held for trial on murder charges in the July 14 robbery slaying of Peter D. ..., 63, following preliminary hearings Monday.

Municipal Judge pro tem M. J. ... held them without bail for Superior Court arraignment Aug. ..., but dismissed similar charges against Andrews' brother, Ronald Andrews, 22. Evidence indicated that Ronald was not present when ... was strangled in the parking lot of a Hollywood night club.

ADVERTISEMENT

ARE YOU A BORE?

A noted publisher in Chicago reports there is a simple technique of everyday conversation which can pay you real dividends in both social and business advancement and works like magic to give you added poise, self confidence and greater popularity.

According to this publisher, many people do not realize how much they could influence others simply by what they say and how they say it. Whether in business, at social functions, or even in casual conversations with new acquaintances, there are ways in which you can make a good impression every time you talk.

To acquaint the readers of this paper with the easy-to-follow rules for developing skill in everyday conversation, the publishers have printed full details of their interesting self-training method in a 24-page booklet, "Adventures in Conversation," which will be mailed free to anyone who requests it. Simply send a ... Conversation Studies, 835 Diversey Parkway, Dept. ..., Chicago 14, Ill.

3-day sale
blind stitch attachment
2.95
4.95 value. Blind stitch attachment makes invisible hems in a jiffy, eliminates hand sewing, fits most Singer straight needle models. Quantity limited. All sales final. may co. singer sewing center—all seven stores

thread your way back to school...

specially priced merrimack corduroy

89c yd.

pinwale cotton corduroy

Reg. 1.29 yd. Just in time for back to school sewing... sixteen rib pinwale cotton corduroy at big savings. Seventeen marvelous young colors to choose from, all medium washable. Beige, orange, sapphire blue, bittersweet, moss green, kelly green, olympic blue, pink, bermuda blue, antelope, cinnamon, purple, gold, cocoa, red, tiger lily, jack-o-lantern and black. 36" wide

1.69 yd.

wide wale cotton corduroy

Reg. 1.98 yd. Save on lustrous water repellent cotton corduroy. Just the fabric to add spice to a back to school wardrobe or casual wear. Choose from our collection of bright, new colors. Camel, sapphire blue, cognac, kelly green, gold, loden, red, orange, brown and black. 36" wide. may co. fashion yardage—all seven stores

lay-away sale

pure wool coats from england

23.00 sizes 7 to 14

26.00 sizes 7 to 14

Exclusively at May Co. for a limited time... the English princess regally collared in sueded velvet... with a little belt reigning over 3 ... pleated back. Fully lined in rayon. Sizes 3 to 6x ... royal or flame, royal or brown tweed 21.00 may co. punch and judy shop—all seven stores

sizes 7 to 14 ... solid flame, royal, beige, royal or brown tweed ... may co. girls shop—all seven stores

choose now, pay later ... Use May Time budget plan, pay no money down, take 10 months to pay.

MAY C

MMLLC (Shaw) 000576



7 AUG 7

2A Los Angeles Times [illegible] AUG. 7, 1962—Part I

# Marilyn's Death Points Up Suicide Squad Work

## Team of Psychological Sleuths Under Coroner Investigates Questionable Deaths

Selection of a "suicide squad" to determine whether the tragic death of Marilyn Monroe was suicide has focused attention on the widespread problem of self-destruction. Why is suicide committed and what kind of people do it? The following is the first of three articles on suicide and the work of the "suicide squad."

BY DON NEFF

The 17-year-old high school student was found in his home dead of a gunshot wound.

The gun was in his hand and a [illegible] by.

His grief-stricken mother was certain it was an accident. Her son had no reason to kill himself, she said. He was a straight-A student and happy at home.

There was no suicide note.

The coroner's office tentatively listed the death as accidental and then turned it over for further study to a group of psychological sleuths called the "suicide squad"—the same group that is probing the death of Marilyn Monroe.

**Psychiatric Background**

In short order the squad discovered the boy had been [illegible] dominated by his mother and recently had talked of death.

The clincher was that he had been fascinated by guns and was practically an expert in handling them.

With this and more detailed information, the squad convinced over the objections of the mother that the boy had committed suicide and the coroner so listed the death.

The case was only one of more than 300 the squad has investigated since its creation last year by Dr. Theodore Curphey, coroner.

The squad is composed of members of the Suicide Prevention Center which works to save lives by [illegible] studying the nature of self-destruction.

**Questionable Cases**

As part of their research, the psychologists, psychiatrists and social workers of the government supported center delve into the questionable cases each year that may be suicide, accident or murder.

They operate just like detectives, questioning friends and trying to find everything about the victim's last weeks of life which might indicate the mental condition. No formal hearings are held.

Dr. Robert E. Litman, psychiatrist-director of the center, said some hangings which appeared to be suicides turned out to be accidents resulting from an erotic ritual performed by deviates while some apparent accidents were actually suicides disguised by relatives.

Three cases which looked like suicide last year began taking on characteristics of murder and were turned over to the police.

He noted there is a temptation to hold [illegible] social stigma to make some relatives claim a suicide is an accident—it frequently is an attempt to collect double indemnity insurance.

**Remove Evidence**

"Relatives will destroy notes, remove evidence or lie in some cases to disguise suicide," he said.

Insurance companies generally have only a two-year clause against suicide. Self-destruction after that is treated as a natural death.

If a double indemnity clause is involved, the insurance company must pay off twice the policy's value in accidental deaths.

Statistics currently show the Pacific states lead the rest of the nation in suicide.

[illegible] claimed 17,150 lives in the United States in 1960.

[illegible] 10.6 persons out of every 100,000 killed themselves as against a rate of 13.[illegible] on the Pacific Coast.

San Francisco, Seattle and San Diego annually lead all U.S. cities with a rate varying from 22 to 25.

Los Angeles averages [illegible] about 1,000 suicide deaths last year.

**Most Accurate Data**

Because of Coroner Curphey's use of the center as his "suicide squad," Los Angeles probably has the most accurate suicide data of any area in the world.

Statistics that the center has gathered and verified show:

Californians kill themselves mostly by guns. Other favorite means are pills, hanging, fumes from a car and jumping.

Persons between the ages of 15 and 35 make most of the suicide attempts, with women outnumbering men three to one.

Suicides are committed mostly by older persons, their average age being [illegible]. Men succeed in taking their own lives three times as often as women.

**Increase in Spring**

Suicides here rise about 5 or 10% in the spring. But the center failed to find any favorite day of the week or hour of the day for the act.

Suicides increase during times of depression and decrease during wars.

All three major religions seem proportionately represented in the number of suicides, as are economic groups and married and single people.

(Wednesday: The Frequency of Suicide.)

HOW I WAS SAVED FROM DEAFNESS

[illegible]

Dr. Ardell... Sing Out! ... "Lavish, Lively, Colorful" ... TONITE

**perfume trays**

A. 11x16 [illegible] oval
B. 11x17 French [illegible]
C. 11x17 oval
D. 12x18 rectangle
Gold tone, white/gold or silvertone Reg. 10.00-11.00 7.99

**dresser sets**

Matching ensemble includes comb, brush and mirror in a superb array of dainty to drop [illegible] designs to enhance your boudoir. Reg. 10.00-14.00 Set 7.99

**decanters**

Decorative imported [illegible] glass decanters in an assortment of [illegible] designs and shapes. They make a colorful [illegible] ... 1.49 to 2.49

**perfumed soap**

Choose delightful rose, violet, lavender, lily of the valley or carnation fragrances. Regular 1.00 box of three cakes, sale priced 79c. Three boxes for just 2.25

**bristle brushes**

Imported natural bristle hair brush with [illegible] handle ... wide selection of attractive shapes and styles for both men and women. Regular 1.00 ... 3.39

**save on glycerine and rosewater**

Trifles, original Rosewater and Glycerine formula in a tube. It soothes hands, and chapped skin. Not greasy, and it is softly scented. Two tubes, a 1.30 value 99c

**brush bargain**

[illegible] Rose ... bath and hand ensemble, beautifully hand painted. Your choice of several [illegible] ... Regular 3.95 ... 3.39

**duracrest dryer**

Deluxe portable in a slim carrying case ... gentle air flow circulated through flexible tube. Handy and dries your nails. Fans large [illegible]

**treatment cap**

[illegible] for a beautiful, healthy scalp ... especially good for bleached or dyed hair. Hot-[illegible]

**save on endocreme for hand beauty**

This special Endocreme hand beauty and contour treatment is recommended for hands, arms, elbows, legs, brown spots. Regular 4.75 Endocreme hand treatment ... in plastic container, each 2.95*

*price plus 10% federal tax ... may co. mail orders—all seven stores

MMLLC (Shaw) 000577