# EXHIBIT 89

Stellar Cast Looms for Marilyn's Movie
HEDDA HOPPER
Los Angeles Times (1886-Current File); May 2, 1962; ProQuest Historical Newspapers Los Angeles Times (1881 - 1986)
pg. C14

# Stellar Cast Looms for Marilyn's Movie

### Silvers, Benny Nominated for 'Something's Got to Give'

**BY HEDDA HOPPER**

NEW YORK—Marilyn Monroe was just one week late reporting to work for "Something's Got To Give," but insists she was sick. At first she nixed the idea of having the news photogs record her return, then had a change of heart and let them all in. It's almost certain Phil Silvers will be playing an insurance man in the picture, and if Jack Benny can find time he'll be a hotel manager. What with Dean Martin and Steve Allen already set, Marilyn's surrounded with talent. Incidentally, George Cukor should feel at home while directing this one. I'm told the set is an exact replica of the exterior of his home.



*Phil Silvers*

Abe Burrows, who won a Tony Award for adapting "How To Succeed in Business," will screen-script the play "Janus" and direct the picture for his own company in partnership with Martin Poll. He's changing the setting from New York to Nice so it can be shot abroad. I first met Burrows at a luncheon in Charlie Brackett's home years ago. After that party he became the forgotten man—sat at a big studio for 13 weeks doing nothing. Maybe that's why he quoted the late Moss Hart when he picked up his Tony. "I should have some humility but Moss told me, 'Never be humble—just be impossible.'"

### To the Winner!

Helen Menken, President of American Theatre Wing, invited Jerome Zerbe and me to be her guests at the Tony Awards. Hollywood could learn a thing or two from the way the theater conducts its awards night. (Our last Oscar show was the dullest in history). They serve dinner, hand out the Tonys, and show only the winners on TV later.

"How To Succeed" made a clean sweep with 10 awards. The play's star Robert Morse is young, funny and a big hit, but I'll wager his role will go to someone else when it's filmed.

I could write a book about the show's producers Cy Feuer and Ernie Martin, but one thing sure, they've rewritten Broadway history.

It was no surprise that Paul Scofield got an award for his brilliant performance in "A Man For All Seasons."

For a girl who came close to quitting before she ever reached Broadway, Margaret Leighton showed no signs of fear when she picked up her Tony for "Night Of The Iguana." She looked ravishing and 20 years younger than when I saw her in London last summer. She got the offer when her marriage to Laurence Harvey was ending: "I was in an awful state and dreaded coming over but my friends persuaded me. Then there were rumors that Bette Davis and I were at each other's throats. Absolutely untrue. As a matter of fact, we got on rather well together."

### Winner Deeply Moved

Diahann Carroll, who shared a Tony with Anna Maria Alberghetti for best female musical star, was the most deeply moved. I'll never forget hearing her sing in Cairo at the opening of Conrad Hilton's Hotel three years ago. She was the hit of all the guests.

When Walter Matthau got an award for "A Shot In The Dark," I blushed with shame. After doing a TV show with him, I suggested he have his nose bobbed so he could play leading men. As though his nose had anything to do with his talent!

The beloved critic Brooks Atkinson, now retired, was honored. Dick Rodgers got the biggest hand of the evening. And that lovely Dorothy Hammerstein was escorted by Frank Milan.

Ray Bolger was fun as an emcee and Bob Preston gave the show a big lift when he took over. He and the entire cast of "The Music Man" will be in Mason City, Iowa, on June 19th for the premiere of the picture; as will Arthur Godfrey and yours truly.

David Susskind phoned to say hello and goodbye before taking off for London to put four TV shows on film, all to be aired here. Among them will be "Hedda Gabler" with Ingrid Bergman, Michael Redgrave, Sir Ralph Richardson, and Trevor Howard.

This gave me a giggle. Martin Cohen offered me a part in a new play he's preparing for Broadway. "What?" I asked. "Murder Among Friends?"

MMLLC (Shaw) 000709

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.