# EXHIBIT 92

Crowd Hails Kennedy at N.Y. Rally
Los Angeles Times (1886-Current File); May 20, 1962; ProQuest Historical Newspapers Los Angeles Times (1881 - 1986)
pg. D1

# Crowd Hails Kennedy at N.Y. Rally

### 'Garden' Jammed; 'Birthday' Salute Aids Party Funds

NEW YORK ⒫ — President Kennedy packed Madison Square Garden Saturday night to knock $1 million off the Democrats' national debt and urge strong campaigning for more seats for the party in Congress this year.

The Garden was a sell out for the huge "birthday salute" to Mr. Kennedy, and a great array of theatrical talent provided a two-and-a-half-hour long show for the celebration.

It came on the hottest May day in New York City history, when the temperature had risen to 99. Heat waves still rose in the garden when, after a sultry rendition of "Happy Birthday" by Marilyn Monroe, the President remarked:

"I can now retire from politics."

### Joins in Spirit

Discarding most of a prepared speech on his program of "action" and Republican opposition, the President joined in the birthday party spirit.

Thanking the entertainers whose presence helped sell more than $1 million worth of seats at from $10 to $1,000, Mr. Kennedy referred to his father's onetime acid comment on some businessmen.

He added: "When my father was giving his views on business, he always exempted show business."

### Johnson Attends

Mr. K e n n e d y told the crowd that he and Vice President Johnson, who also was present, had run up a $4 million debt in the 1960 campaign.

"That is now gone forever," he said. "Now, all that's left is the national debt."

Mr. Kennedy said some of his legislation had been defeated in the House or Senate by one or two votes, and urged a big push this year to gain additional Democratic seats in Congress.

The party, he said, must not consider 1962 an "off year."

As Miss Monroe, in a slinky white dress, sang her version of "Happy Birthday," two chefs carried around the arena a 5-ft. birthday cake, sparkling with 45 blue candles. The President actually won't be 45 until May 29.

### Off to Reception

The party lasted until nearly midnight but the night was not over for the President.

Ending the day that started early with the first of two visits to his ailing father, the President went off to a reception at the home of Arthur Krim, attorney and president of United Artists.

Please Turn to Pg. 5, Col. 1

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

MMLLC (Shaw) 000707

# KENNEDY PARTY

Continued from First Page

who had headed up the birthday salute committee.

The President's father, Joseph P. Kennedy, saw the whole show by a special closed-circuit television hook-up at the Institute of Physical Medicine and Rehabilitation, where he is recovering from a stroke.

### Blast at GOP

Mr. Kennedy's prepared speech blasted Republicans for what he called their tendency to "be against everything . . . against every new program, against every appropriation, against every attempt to help the individual citizen find a better life for himself and his family.

"We stand for a world community of free and independent nations — and we have broken new ground to achieve it in the Peace Corps, long-term foreign aid, food-for-peace, disarmament and a stronger United Nations.

"We stand for the expansion of international trade for the acceleration of our economic growth.

### Backs Better Schools

"We stand for a specific program to speed our recovery from the last recession — public works, youth employment, job retraining, and tax credits — and a specific program to halt the next recession.

"We stand for better schools and colleges for our young — and better health care for the old."

Referring to another rally at the Garden tonight, when he will speak on his medical care program for the elderly, known as Medicare, Mr. Kennedy quipped:

"Most politicians when they come to New York make their headquarters at the Waldorf—mine is Madison Square Garden . . .

### Feels Eligible

"Tonight," he added, "you have celebrated my birthday so many times that I feel eligible to apply for Medicare right now."

Another and more exclusive birthday party for the President preceded the Garden rally, when he dined with 375 $1,000-or-more contributors at the fashionable Four Seasons Restaurant.

Mr. Kennedy table-hopped for an hour and did not miss any of the guests, who were nearly all prominent in business, labor, the show world or government.

Walking from one dining room to another of the three among which the dinners were scattered, Mr. Kennedy shook 375 hands.

Mr. Kennedy faced a cheering crowd of 20,000 earlier in the day in dedicating a $40 million housing project sponsored chiefly by the International Ladies Garment Workers Union.

The President praised the ILGWU efforts and urged that all organized labor help the country complete unfinished business and create a better world in which to live.

He said the 2,280 apartment development, known as the Penn Station South Co-Operative Apartment Project, demonstrated what a team of labor, private capital and government can do.

Cheers and applause greeting the President as he arrived at the site halted a speech being delivered by Gov. Rockefeller, a potential candidate for the 1964 Presidential nomination.

Rockefeller, smiling, waited and greeted the President cordially.

Mopping his brow before his shirt-sleeved audience, the President said he wanted to protest "the sweatshop conditions under which we work today"—a reference to the 99-deg. heat. The audience, mindful of the ILGWU's long and successful fight against sweatshop conditions they once worked in, applauded heartily.

Mr. Kennedy received a friendly reception as he drove about the city.

The first thing on his program Saturday was a visit to his father.

### Half-Hour Visit

Mr. Kennedy sat with his father for half an hour in the shade of a tree in a garden of the institute. The elder Kennedy, who was in a wheelchair, stood up and took a few steps as a sign of progress. Mr. Kennedy also had visited his father Friday.

The President visited another patient, Pattie Corte, 15, who last summer suffered a broken neck in an automobile accident in which her parents were killed. Her father was Charles Corte, a United Press International photographer assigned to the White House.

Mr. Kennedy also greeted Elchanan Bronstein, 26, Rochester, N.Y., a patient convalescing from polio. Bronstein had registered from an iron lung to vote for Mr. Kennedy in 1960.

Tonight's rally in behalf of his administration's proposal for medical care for the aged through Social Security is being sponsored by the Golden Ring Council of Senior Citizens.

MMLLC (Shaw) 000708

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.