# EXHIBIT 93

## Duncan Trio in 11th-Hour Fight to Live

You Can Win Up to $1000 in Social Security Game — See A-18

# HUNT MYSTERY FRIEND IN LAST MARILYN PHONE CALL

### 'Ma' on Way to Execution Chamber



ELIZABETH A DUNCAN In 11th Hour Fight to Escape Execution

Mrs. Elizabeth Ann Duncan, who is scheduled to die in San Quentin's gas chamber tomorrow for the hired murder of her pregnant daughter-in-law, waged an 11th hour fight for her life today.

She reported that some last-minute legal maneuver will stay the execution are Luis Moya Jr. and Augustine Baldonado 23 the two men Mrs. Duncan paid to slay Olga Kupczyk Duncan in 1958.

The two men are slated to die just three hours after the 58-year-old "Ma" Duncan breathes her last.

IN SAN QUENTIN

Mrs. Duncan was transported from Corona Women's Prison here to San Quentin near San Francisco this morning.

The journey began at her lawyer son, Frank M. and his Mexico to eliminate Atty S Ward Sullivan sought...

(Continued on Page 6, Col. 1)

### 2 Steaks, 2 Lobsters, Etc.
### Huge Last Meals for 2 Duncan Killers

SAN QUENTIN Calif, Aug 7 (UPI)—Two killers condemned to die tomorrow in the gas chamber yesterday ordered enormous last meals.

...lo Moya and Augustine Baldonado called for a supper of two shrimp salads, four whole tomatoes and avocados, toasted garlic bread, two lobsters thermidor, two top sirloin steaks, a dozen fried oysters with tartar sauce, two dozen Louisiana fried frogs legs, two large potatoes, sour cream, two orders of refried beans with cheese, charcoal broil ham double orders of strawberry shortcake with whipped cream, and two quarts of Pepsi Cola and root beer.

The pair requested a late evening snack of club sandwiches, two crab louies, two banana milkshakes and two orange cream pies.

For breakfast, they asked for eggs with Mexican sausage, hash brown potatoes, a dozen tortillas a container of orange juice, milk and two orders of refried beans.

To top it all off, the two condemned men requested a fancy Japanese dinner to help their digestion.

### SPORTS LATEST NEWS

#### Senate Hearings
#### Brown To Testify on Cal. Dope

Gov Edmund G Brown was scheduled to testify today before a U.S. Senate subcommittee conducting hearings on juvenile delinquency, in the wake of a declaration that the governments of the United States and Mexico would stop border narcotics traffic "overnight."

This outright statement was made by Sen. Thomas J. Dodd, D-Conn., yesterday during testimony by Aaron W Quick, state narcotics from El Centro and marine GA. Guidos agent on the border.

"Nobody can tell me that if they (the United States and Mexico) really wanted to put a halt to the smuggling of narcotics across the border they couldn't stop it overnight," Dodd declared.

"There is a failure on the part of both governments."

"It is a wide open scandal."

#### SUPPLY AND DEMAND

Quick said the smuggling of marijuana and heroin from Mexico into Southern California is a matter of supply and demand.

"The only solution is to eliminate the supply," he said.

"If you want to get rid of a weed you don't cut off the top. You pull it out by the roots."

Quick also testified that there has been no follow-up to the United States offer to the United States other than one dollar pappy fields that have...

(Continued on Page 6, Col. 5)

### Del Mar RACES Late Scratches

### HERALD-EXAMINER

LOS ANGELES EVENING AND SUNDAY
United Press International  •  Associated Press  •  Dow Jones

VOL. XCII  10 CENTS  TUESDAY, AUGUST 7, 1962  NO. 134

#### Seek to Avoid Israel Return
#### Britain May Deport Spy Soblen to U.S.

By RICHARD H. GROWALD

LONDON, Aug. 7 (UPI) — Government sources hinted today that Britain would deport Soviet spy Dr. Robert A. Soblen to the United States rather than let the bail-jumping fugitive slip back to Israel.

Reports flooded London that developments was imminent in the case and that Soblen might be flown back to the United States today. One report said El Al Israel airlines had agreed to take Soblen on its 3:05 p.m. (9:05 a.m. PDT) flight to New York.

There was no official confirmation of any of the reports, and officials denied that Soblen would be on the 3:45 flight.

#### ISRAELI REFUSES

But according to reports some sort of agreement had been reached between Britain the British, home office and the Israel government that would permit Soblen's departure for the United States where he has been a fugitive from extradition since his conviction tomorrow for spying for Russia during World War II.

Since Britain refused last Thursday to grant Soblen political asylum here, his return to the United States has been held up by refusal of the Israeli Airlines to transport him.

Soblen has insisted that he will not be a "party to an extradition" of the 62-year-old Lithuanian-born psychiatrist ordered to Al to fly him...

(Continued on Page 4, Col. 3)

### Angels, Dodgers Turn Back Opponents

Maury Wills stole his 54th base of the season and scored the winning run as the Dodgers slipped the lowly Mets from 10th, 2-1, last night before 39,832 at Dodger Stadium.

The Dodgers retained their 4½-game hold on first place in the National League.

The Angels, with Dean Chance riding a five-hitter, bounced back the Red Sox, 3-2, in Boston and chased the Yankees into the New York Yankees-led games in the American League. Second place Minnesota tipped the Twins, 8-4, as the Tigers topped the Yanks, 8-4, so the race tightened up once again.

(Details in Sports backfirst)

### L.A. Mercury Heads for 90

Outlook: Weather 4-th

Temperatures increased again today slightly, with the mercury moving toward a high of 90 degrees downtown after a low of 66.

Skies were mostly sunny and there was some smog in the basin.

Aside from night and early morning coastal fog and drizzle, there will be considerable sunshine tomorrow, too.

High downtown yesterday was 87 degrees.

### Herald-Examiner
### Special Features

| Section | Page |
|---|---|
| Aunt Adams Pattern | A-11 |
| Aviation News | D-4 |
| Bridge | A-11 |
| Harrison Carroll | A-13 |
| Comics | C-4-5 |
| Crossword Puzzle | C-5 |
| Classified Ads | D-1 |
| Dear Abby | B-2 | 
| Editorial Page | B-4 |
| Fashions Page | | 
| Financial News | C-6 |
| Louis Sobol | B-3 |
| Modern "Do It Yourself" | | 
| Horoscope | | 
| Mike Jackson | B-4 |
| Info Kennedy | | 
| Jim Laney | | 
| Movies and Dramas | A-9 |
| Louella O. Parsons | A-9 |
| Shipping News | | 
| Sightseeing Bus Sacramento | | 
| Sports | C-1 |
| Ruth Gottenstein | | 
| George R. Reinholtz | | 
| George Todd | | 
| Travel and Resorts | | 
| TV and Radio Page | | 
| Walter Winchell | | 
| Women's World | B-1 |

### Daily Double At Del Mar Pays $3505.40

DEL MAR, Aug 7 — A record-setting daily double of $3505.40 stunned a crowd of 8,651 yesterday at Del Mar. Only 16 bettors cashed in on the whopper on the $2 tickets.

### Stars Uninvited
### Simple Rites for Marilyn

Marilyn Monroe, temperamental and tormented blonde symbol of abashed glamor, will be buried at 1 p.m. tomorrow with only her few relatives and closest friends in attendance.

Non-demonstrative arrangements for the Myareold star, whose death early Sunday from an overdose of barbiturates stunned Hollywood and the nation, will be held at Westwood Village Mortuary chapel. Burial will be in Westwood Memorial Park.

"Only those cleared by Marilyn will be invited," a spokesman said. "There won't be any movie stars present."

#### SANDBURG INVITED

Poet-author Carl Sandburg was invited to deliver the eulogy but there was doubt that his health would permit, the spokesman said.

Others among the 30 persons invited to the private services included Joe DiMaggio, baseball hero and second of Marilyn's three husbands; drama teachers Lee and Paula Strasberg; Mrs. Bernice Miracle, of Gainesville, Fla., her half sister, and Mrs. Pat Newcomb, her friend and publicity agent.

#### SHORT LIST

Guy R. Hockett, managing director of Westwood Village Memorial Park, said the short list was necessitated because of space limitations in the Tranto modern" Chapel of the Palms.

The arrangements were made by DiMaggio, Mrs. Miracle and Mrs. Inez Nelson, Marilyn's one-time housekeeper and guardian for her mother, Mrs. Gladys Baker Eley, a sanitarium patient. Mrs. Nelson was authorized by Marilyn's New York attorney to handle the details.

DiMaggio, who was divorced in 1954 from the actress but remained her close friend, flew here Sunday when notified of her death.

(Continued on Page 8, Col. 2)



JOE DiMAGGIO LEAVES FUNERAL HOME
Marilyn's Second Husband Aided in Funeral Arrangements. Will Be Among Few Invited to Services



MARILYN MONROE'S HALF SISTER
Mrs. Bernice Miracle Holds Back Tears as she Rides Away From the Westwood Mortuary

### Final Talk Tied to Overdose Of Pills

MARILYN'S TRAGIC DEATH (illegible sub-text)

New mystery today shadowed Marilyn Monroe's tragic death as investigators attempting to determine whether she died by suicide or by accident learned of a strange telephone call on the night before.

Mrs. Eunice Murray, housekeeper for the 36-year-old blonde star, said the call came between, night. Marilyn was found dead from a massive overdose of barbiturates early Sunday.

"I don't remember just what time it was and I don't know who called her," Mrs. Murray said. "But Marilyn seemed disturbed by it.

"Knowing her as I do, I think she might have taken some more sleeping pills if she already had been asleep and the call woke her up."

#### GLITTERING PHONE

When Marilyn's psychiatrist broke into the bedroom after a call from Mrs Murray, they found the first star clutching the telephone receiver. This brought speculation from that the actress may have been attempting to ring back the unidentified caller.

A source, Theodore J. Curphey said an autopsy showed that a quantity of barbiturates amounting to a medical dose of sleeping capsules had been taken by the actress but he is investigating the possibility of an accidental overdose.

There is evidence that he talked to Phil Stead, or at least Mrs. Murray was informed at the suggestion her employers and friend might have been drinking.

"Marilyn kept plenty of liquor in the house but it was for her friends," Mrs. Murray said. "She loved a glass of champagne before dinner because it made her relax but that was the extent of it."

The housekeeper said...

(Continued on Page 8, Col. 1)

### How Industry Helped Stock Market Rally

Leaders behind financial scenes at the New York Stock Exchange intervened today describe how industry and the detail opened data from Washington knew told the atmosphere in the slow...

(illegible continuation)

MMLLC (Shaw) 000553