# EXHIBIT 96

San Francisco Chronicle
THE VOICE OF THE WEST
CCCCAAA · TUESDAY, AUGUST 14, 1962

## Nation

# dy Says it Now stified'

nited Press

: told the country last night i immediate tax cut.

economy should demand it, : to act on one before year's

promised again to request next year, at the latest, a "top to bottom, across-the-board" reduction in personal and corporate income taxes — retroactive to next January 1. He said key members of Congress already had assured him of quick action on this.

While the economy is by no means up to Administration goals, Mr. Kennedy said, it does not require the stimulus of a tax cut now. Even if one were sought, Congress would not approve it, he added.

The President said that the Administration plans to cut taxes because "our present tax system is a drag on economic recovery and economic growth, biting heavily into the purchasing power of every taxpayer and every consumer . . ." Then he added:

"Let me emphasize, however, that I have not been talking about a different kind of tax cut, a quick, temporary tax cut to prevent a new recession . . . In the ab-

See Page 20, Col. 1

## East-West Bedlam at Berlin Wall

# Crusader at Work



G. CLIFFORD PROUT AND FAWN
Nothing like it in a deer's world

## Carpenters Bar Talks in Washington

By Kirk Smith
Labor Correspondent

Local carpenters rejected a proposal yesterday that they take their bargaining troubles to a Washington, D.C., mediation conference.

And C. R. Bartalini, leader of 18,000 carpenters in San Francisco, Marin, San Mateo and Alameda counties sharp-

## Blame the Beasts

# City Called 'Moral Disaster Area'

By George Draper
(Copyright, 1962, by Chronicle Publishing Co.)

San Francisco was declared a "moral disaster area" yesterday by G. Clifford Prout Jr., the New York crusader who believes bikinis, bloomers, knickers and shorts should cover the "vital areas" of naked animals.

Prout, president of the non-profit Society for Indecency to Naked Animals, delivered his harsh judgment of the city's moral status following a blitzkrieg inspection tour of prime animal centers

## A Space Rendezvou

# Two Cos Maneuv

## Moon-Trip Mileage Dwarfed

AP & UP

Moscow

One of the two Russian ... passed the ... mark ...

Major Andrian ... layev, who was ... into space Saturday aboard Vostok III, began his fourth day in space. Somewhere in the vicinity, Lieutenant Colonel Pavel Popovich ... launched into ... identical ... was beginning ...

... Jones of the ... (Ohio) ... Cleveland, said the Russian ... come to ... fore ... said he ... both men ... craft.

"One reason ... they may ... transmit ...

100 ...



A GRIEVING JOE DI MAGGIO
He never forgot to write

***He Quit Job***

## Joe's Plan to Be Near Marilyn

Smithfield, Va.

Joe DiMaggio, apparently very worried about and still deeply in love with his ex-wife Marilyn Monroe, quit his $100,000-a-year job to set up a home near her only four days before she died, his former employer said yesterday.

DiMaggio returned to this country from a long and exhausting trip to Europe as a representative of V. H. Monette, Inc., June 10, Monette said.

Between then and August 1 he made three flying visits to the West Coast to see Miss Monroe.

The former baseball star quit August 1 so he could settle on the West Coast near Miss Monroe's home in Brentwood, Monette said. The actress was found dead in bed of an overdose of sleeping pills early August 5.

DiMaggio had been a Monette vice president and the company's top field representative for after divorcing DiMaggio.

Miss Monroe saw DiMaggio frequently after she divorced Miller. Last spring, she vacationed in Florida while DiMaggio was on leave from Monette to help coach the New York Yankees in spring training there.

**NOTES**

Monette said DiMaggio continued to reveal his love in small ways.

"He was never a man to write letters to anyone, not even to his family," Monette said.

"But wherever he went, he would always find time to drop her a note, or a card, or send her flowers."

In Hollywood yesterday it was reported that two women close to Miss Monroe have left the scene.

**FIRED?**

Her personal press agent, Pat Newcomb, is no longer with the publicity firm she worked for, and a trade paper said she had been fired.



**Presidio GI Leaps From Spe**

Newark, N.J.

An Army sergeant from the Presidio in San Francisco was badly injured here yesterday when he jumped from a train after seeing his wife off on a trip.

The train was traveling at about 30 miles an hour at the time.

The sergeant, Richard Knoepfel, 24, of the 1152d Army Intelligence Group, was too dazed to recall exactly what happened.



A GRIEVING JOE DI MAGGIO
He never forgot to write

**He Quit Job**

# Joe's Plan to Be Near Marilyn

Smithfield, Va.

Joe DiMaggio, apparently very worried about and still deeply in love with his ex-wife Marilyn Monroe, quit his $100,000-a-year job to set up a home near her only four days before she died, his former employer said yesterday.

DiMaggio returned to this country from a long and exhausting trip to Europe as a representative of V. H. Monette, Inc., June 10, Monette said.

Between then and August 1 he made three flying visits to the West Coast to see Miss Monroe.

The former baseball star quit August 1 so he could settle on the West Coast near Miss Monroe's home in Brentwood, Monette said. The actress was found dead in bed of an overdose of sleeping pills early August 5.

DiMaggio had been a Monette vice president and the company's top field representative for four years. The company is a manufacturers' representative supplying service post exchanges.

Monette, who traveled frequently with DiMaggio, said he believed the former baseball great was still in love with Marilyn, although their marriage lasted only nine months and the movie star married playwright Arthur Miller after divorcing DiMaggio.

Miss Monroe saw DiMaggio frequently after she divorced Miller. Last spring, she vacationed in Florida while DiMaggio was on leave from Monette to help coach the New York Yankees in spring training there.

NOTES

Monette said DiMaggio continued to reveal his love in small ways.

"He was never a man to write letters to anyone, not even to his family," Monette said.

"But wherever he went, he would always find time to drop her a note, or a card, or send her flowers."

In Hollywood yesterday it was reported that two women close to Miss Monroe have left the scene.

FIRED?

Her personal press agent, Pat Newcomb, is no longer with the publicity firm she worked for, and a trade paper said she had been fired. The Firm, Arthur Jacobs Agency, would not comment.

Marilyn's housekeeper, Eunice Murray, who found the actress' body has checked out of her Santa Monica apartment and left no forwarding address.

A Los Angeles columnist said Miss Newcomb has gone to Hyannis Port, Mass., as guest of the Peter Lawfords.

*Associated Press*




MM-0036210



## Presidio GI Leaps From Speeding Train

sergeant from in San Fran- badly injured day when he a train after wife off on a

The train was traveling at about 60 miles an hour at the time.

The sergeant, Richard Knoepfel, 24, of the 115th Army Intelligence Group, was too dazed to recall exactly what happened.

Police, with the help of Knoepfel's uncle, Raymond J. Otis, a New Jersey public utilities commissioner, pieced together this explanation:

Knoepfel took his wife, Catherine, to Pennsylvania Station to catch the express to Philadelphia.

Knoepfel boarded the train to help his wife find her ... and the train began to move unexpectedly. ... next stop was Trenton, ... miles away, the sergeant elected to jump.

only ROOS/ATKINS

has DOBBS new hats of imported VIYELLA!

