ESTATE OF MARILYN MONROE
CASE NO. P2781
SCHEDULE B
STATEMENT OF DECREASES ON SALES, LIQUIDATION OR DISTRIBUTION

NONE

SCHEDULE B

ESTATE OF MARILYN MONROE
CASE NO. P2781
SCHEDULE C
STATEMENT OF ADMINISTRATIVE EXPENSES

| Date | Description | Amount |
|------|-------------|--------|
| 12/28/89 | BRI Coverage Corp.<br>Surety Bond | 880.00 |
| 12/29/89 | Blum Kaplan<br>Legal Fees | 11,698.85 |
| 12/29/89 | Nathaniel Weiss<br>Legal Fees | 626.75 |
| 07/24/90 | BRI Coverage Corp.<br>Surety Bond | 880.00 |
| 12/31/90 | Irving Seidman, Esq.<br>Legal Fees | 110,000.00 |
| 12/31/90 | Paul, Weiss, Rifkind<br>Legal Fees | 55,000.00 |
| 12/31/90 | Anna Strasberg<br>Reimbursement for Monroe Estate Expenses | 12,807.45 |
| 12/31/90 | Nathaniel Weiss<br>Legal Fees | 75.00 |
| 02/21/91 | Bank<br>Checkbook Charge | 12.00 |
| 02/25/91 | Stroock, Stroock, Lavin<br>Legal Fees | 13,000.00 |
| 03/18/91 | Bank<br>Checkbook Charges | 100.00 |
| 07/15/91 | BRI Coverage Corp.<br>Surety Bond | 880.00 |
| 07/16/91 | Bank<br>Overdraft charge | 9.00 |
| 12/13/91 | Gang, Tyre, Ramon & Brown<br>Legal Fees | 33.90 |

ESTATE OF MARILYN MONROE
CASE NO. P2781
SCHEDULE C
STATEMENT OF ADMINISTRATIVE EXPENSES

| Date | Description | Amount |
|---|---|---:|
| 12/20/91 | Anna Strasberg<br>Reibursement for accounting expenses and taxes | 1,156.00 |
| 02/05/92 | Bank<br>Service charge | 12.00 |
| 02/14/92 | Roger Richman Agency<br>Commission per agreement | 3,171.34 |
| 02/14/92 | Matsubara, Muraki & Assoc.<br>Legal Fees | 4,943.03 |
| 04/08/92 | Bank<br>Service charge | 12.00 |
| 05/04/92 | Anna Strasberg<br>Reimbursement of expenses | 3,860.00 |
| 05/04/92 | Lutz & Carr<br>Accounting services | 1,373.00 |
| 05/04/92 | Sills & Adelman<br>Audit of R. Richman | 2,500.00 |
| 05/04/92 | Mitchell, Silberberg & Knupp<br>Legal fees | 19,421.49 |
| 05/11/92 | Roger Richman Agency<br>Commission | 6,158.22 |
| 06/30/92 | Bank<br>Service Charge | 50.25 |
| 08/20/92 | Roger Richman Agency<br>Commission | 3,197.18 |
| 08/30/92 | Bank<br>Service Charge | 50.25 |
| 09/30/92 | Bank<br>Service Charge | 50.25 |
| 09/30/92 | Bank | 50.75 |

ESTATE OF MARILYN MONROE
CASE NO. P2781
SCHEDULE C
STATEMENT OF ADMINISTRATIVE EXPENSES

|  |  |  |
|---|---|---:|
|  | Service Charge |  |
| 10/31/92 | Bank<br>Service Charge | 50.00 |
| 11/17/92 | Lutz and Carr<br>Accounting services | 522.00 |
| 12/22/92 | Secretary of State<br>Filing Fees | 25.00 |
| 12/22/92 | Secretary of State<br>Filing fees | 10.00 |
| 12/22/92 | Secretary of State<br>Filing Fees | 25.00 |
| 12/31/92 | Roger Richman Agency<br>Commission | 5,336.34 |
| 12/31/92 | Cades, Schutte, Fleming<br>Legal fees | 27,583.12 |
| 12/31/92 | Bank<br>Service charge | 50.25 |
| 02/03/93 | Secretary of State<br>Filing Fee | 10.00 |
| 02/03/93 | Secretary of State<br>Filing Fee | 10.00 |
| 02/04/93 | Bank<br>Service Charge | 15.00 |
| 02/28/93 | Bank<br>Service Charge | 50.50 |
| 03/22/93 | Roger Richman Agency<br>Commission | 4,638.57 |
| 03/31/93 | Bank<br>Service charge | 50.00 |

ESTATE OF MARILYN MONROE
CASE NO. P2781
SCHEDULE C
STATEMENT OF ADMINISTRATIVE EXPENSES

| Date | Description | Amount |
|---|---|---|
| 05/03/93 | Lutz and Carr<br>Accounting services | 946.00 |
| 05/03/93 | Cades, Schutte, Fleming<br>Legal fees | 5,246.65 |
| 05/18/93 | Roger Richman Agency<br>Commission | 3,869.38 |
| 06/30/93 | Bank<br>Service charge | 50.25 |
| 07/06/93 | BRI Coverage<br>Surety Bond | 880.00 |
| 8/31/93 | Bank<br>Service charge | 50.50 |
| 9/13/93 | Lutz & Carr<br>Accounting services | 414.00 |
| 9/13/93 | Cades, Schutte, Fleming<br>Legal fees | 10,835.57 |
| 9/13/93 | Roger Richman Agency<br>Commission | 1,614.60 |
| 9/30/93 | Bank<br>Service charge | 50.00 |
| 12/17/93 | Lutz and Carr<br>Accounting fees | 856.00 |
| 12/17/93 | Mitchell, Silbergberg & Knupp<br>Legal fees | 2,006.50 |
| 12/17/93 | Gerald Weinberg PC<br>Legal fees | 80.00 |
| 12/23/93 | Roger Richman Agency<br>Commission | 2,047.51 |
| 12/31/93 | Bank<br>Service charge | 50.00 |

ESTATE OF MARILYN MONROE
CASE NO. P2781
SCHEDULE C
STATEMENT OF ADMINISTRATIVE EXPENSES

| Date | Description | Amount |
|---|---|---|
| 2/18/94 | Roger Richman Agency<br>Commission | 1,939.02 |
| 2/28/94 | Bank<br>Service charge | 50.50 |
| 3/31/94 | Bank<br>Service charge | 50.00 |
| 4/19/94 | Bank<br>Service charge | 10.00 |
| 4/26/94 | Cades, Schutte, Fleming<br>Legal fees | 360.62 |
| 4/26/94 | Mitchell, Silberberg, Kaupp<br>Legal fees | 4,598.65 |
| 4/26/94 | Lutz & Carr<br>Accounting fees | 1,436.00 |
| 5/18/94 | Roger Richman Agency<br>Commission | 876.89 |
| 5/23/94 | Secretary of State NY<br>Filing fee | 50.00 |
| 5/23/94 | Brazilian Consulate<br>Licensing fee | 40.00 |
| 5/31/94 | Bank<br>Service charge | 50.75 |
| 6/22/94 | BRI Coverage Corp.<br>Surety Bond | 880.00 |
| 6/30/94 | Bank<br>Service charge | 50.00 |
| 6/30/94 | Bank<br>Service charge | 51.00 |
| 8/9/94 | Roger Richman Agency | 699.98 |

I:\excel\lsh\monroe\SchedC.xls        SCHEDULE C - DISBURSEMENTS

ESTATE OF MARILYN MONROE
CASE NO. P2781
SCHEDULE C
STATEMENT OF ADMINISTRATIVE EXPENSES

Commission

| 8/9/94 | Mitchell, Silbergerg, Kaupp Legal fees | 538.58 |
|---|---|---|
| 8/9/94 | Portuguese Consulate Licensing fee | 5.76 |
| 8/31/94 | Bank Service charge | 50.25 |
| 9/30/94 | Bank Service charge | 50.00 |
| 9/30/94 | Bank Service charge | 50.00 |
| 11/29/94 | Thomson & Thomson Copyright search | 422.18 |
| 11/29/94 | Lutz & Carr Accounting | 483.00 |
| 11/29/94 | Mitchell, Silberberg Kaupp Legal fees | 265.50 |
| 11/29/94 | Roger Richman Agency Commission | 2,585.28 |
| 11/30/99 | Bank Service charge | 50.50 |
| 12/30/94 | Bank Service charge | 52.25 |
| 12/30/94 | Bank Service charge | 50.50 |
| 1/19/95 | Mitchell, Silberberg, Kaupp Legal | 540.19 |
| 2/6/95 | Roger Richman Agency Commission | 1,224.28 |

ESTATE OF MARILYN MONROE
CASE NO. P2781
SCHEDULE C
STATEMENT OF ADMINISTRATIVE EXPENSES

| Date | Description | Amount |
|---|---|---|
| 2/28/95 | Bank<br>Service charge | 15.00 |
| 3/1/95 | Roger Richman Agency<br>Commission | 1,446.61 |
| 3/31/95 | Bank<br>Service charge | 50.00 |
| 3/31/95 | Bank<br>Service charge | 50.00 |
| 4/14/95 | Lutz and Carr<br>Accounting | 813.00 |
| 4/30/95 | Bank<br>Service charge | 50.00 |
| 4/30/95 | Bank<br>Service charge | 65.00 |
| 5/12/95 | Roger Richman Agency<br>Commission | 1,516.45 |
| 5/31/95 | Bank<br>Service Charge | 50.00 |
| 5/31/95 | Bank<br>Service Charge | 65.00 |
| 6/1/95 | Lutz and Carr<br>Accounting | 319.00 |
| 5/30/95 | Bank<br>Service charge | 50.00 |
| 5/30/95 | Bank<br>Service charge | 50.00 |
| 7/31/95 | Bank<br>Service charge | 50.00 |
| 7/31/95 | Bank<br>Service charge | 50.00 |

ESTATE OF MARILYN MONROE
CASE NO. P2781
SCHEDULE C
STATEMENT OF ADMINISTRATIVE EXPENSES

| Date | Description | Amount |
|---|---|---|
| 8/14/95 | Roger Richman Agency Commission | 1,631.54 |
| 8/31/95 | Bank Service charge | 95.00 |
| 9/30/95 | Bank Service charge | 50.00 |
| 9/30/95 | Bank Service charge | 50.00 |
| 10/24/95 | Mitchell Silbergerg Kaupp Legal fees | 530.00 |
| 10/24/95 | Lutz and Carr Accounting services | 5,513.00 |
| 10/31/95 | Bank Service charge | 50.00 |
| 11/13/95 | Roger Richman Agency Commission | 1,924.54 |
| 11/30/95 | Bank Service charge | 50.00 |
| 11/30/95 | Bank Service charge | 50.00 |
| 1/26/96 | Lutz and Carr Accounting | 5,391.00 |
| 2/15/96 | Roger Richman Agency Commission | 1,784.77 |
| 3/21/96 | Lutz and Carr Accounting | 1,216.00 |
| 4/1/96 | Roger Richman Agency Commission | 1,659.41 |

ESTATE OF MARILYN MONROE
CASE NO. P2781
SCHEDULE C
STATEMENT OF ADMINISTRATIVE EXPENSES

| 05/21/96 | Roger Richman Agency<br>Commission | 19,331.48 |
|---|---|---|
| 05/21/96 | Lutz and Carr<br>Accounting | 268.00 |
| 05/21/96 | Ladas and Perry<br>Legal | 940.00 |
| 05/21/96 | Raul Cesar Ferreura<br>Fees | 1,670.00 |
| 05/21/96 | Dr. Haber Papaconstantinious<br>Fees | 1,775.00 |
| 07/23/96 | Roger Richman Agency<br>Commission | 30,896.27 |
| 08/02/96 | Roger Richman Agency<br>Commission | 1,200.25 |
| 09/30/96 | Baker & McKenzie<br>Legal | 8,848.61 |
| 10/02/96 | Roger Richman Agency<br>Commission | 28,684.84 |
| 12/11/96 | Murray Surety Bonds<br>Surety Bond | 880.00 |
| 12/18/96 | Roger Richman Agency<br>Commission | 60,144.00 |
| 12/18/96 | Bank<br>Service Charge | 13.59 |
| 01/15/97 | Ladas and Perry<br>Legal | 380.00 |
| 01/15/97 | Stroock, Stroock & Lavan<br>Legal | 4,000.00 |
| 01/15/97 | Besham, Ringe Y Correa<br>Legal | 1,249.00 |

ESTATE OF MARILYN MONROE
CASE NO. P2781
SCHEDULE C
STATEMENT OF ADMINISTRATIVE EXPENSES

| | | |
|---|---|---|
| 01/15/97 | Elizaburu<br>Legal | 1,333.50 |
| 01/15/97 | Baker & McKenzie<br>Legal | 768.49 |
| 01/17/97 | Sills & Aldermann<br>Legal | 5,000.00 |
| 01/17/97 | Lutz and Carr<br>Accounting | 688.00 |
| 01/31/97 | CMG Worldwide | 222.83 |
| 02/03/97 | Bank<br>Overdraft charge | 67.05 |
| 02/14/97 | Stroock, Stroock & Lavan<br>Legal | 2,000.00 |
| 03/11/97 | CMG Worldwide<br>Commissions | 7.83 |
| 03/11/97 | Ladas and Parry<br>Legal | 940.00 |
| 03/11/97 | Stroock, Stroock & Lavan<br>Legal | 5,000.00 |
| 03/11/97 | Lutz and Carr<br>Accounting | 645.00 |
| 04/11/97 | Elizaburu<br>Legal | 361.40 |
| 04/11/97 | Baker & McKenzie<br>Legal | 3,397.15 |
| 04/11/97 | Ladas and Parry<br>Legal | 40.00 |
| 04/11/97 | Lichter, Grossman, Nichols<br>Legal | 910.51 |

ESTATE OF MARILYN MONROE
CASE NO. P2781
SCHEDULE C
STATEMENT OF ADMINISTRATIVE EXPENSES

| Date | Payee / Description | Amount |
|---|---|---|
| 05/02/97 | Stroock, Stroock & Lavan<br>Legal | 5,000.00 |
| 05/02/97 | Oppenhoff & Radler<br>Legal | 578.00 |
| 05/07/97 | Stroock, Stroock & Lavan<br>Legal | 5,000.00 |
| 05/07/97 | Stenenson Donnemeyer<br>Legal | 110.00 |
| 05/14/97 | Stroock, Stroock & Lavan<br>Legal | 5,000.00 |
| 05/14/97 | Lichter, Grossman, Nichols<br>Legal | 111.96 |
| 06/06/97 | Murray Surety Bonds<br>Bond premium | 880.00 |
| 07/03/97 | Lutz & Carr<br>Accounting services | 2,549.00 |
| 07/03/97 | Baker & McKenzie<br>Legal | 405.73 |
| 07/03/97 | Lichter, Grossman, Nichols<br>Legal | 949.77 |
| 07/03/97 | Stroock, Stroock & Lavan<br>Legal | 5,000.00 |
| 08/19/97 | Lutz and Carr<br>Accounting | 248.00 |
| 08/19/97 | Lichter, Grossman, Nichols<br>Legal | 1,033.51 |
| 08/19/97 | Stroock, Stroock & Lavan<br>Legal | 10,000.00 |

ESTATE OF MARILYN MONROE
CASE NO. P2781
SCHEDULE C
STATEMENT OF ADMINISTRATIVE EXPENSES

| Date | Payee / Description | Amount |
|---|---|---|
| 09/17/97 | Stroock, Stroock & Lavan<br>Legal | 5,000.00 |
| 09/17/97 | Mers Pierson Trust<br>Legal | 3,565.19 |
| 09/17/97 | Lutz and Carr<br>Accounting | 240.00 |
| 10/14/97 | Stroock, Stroock & Lavan<br>Legal | 4,639.66 |
| 10/14/97 | Lichter, Grossman, Nichols<br>Legal | 1,444.63 |
| 10/14/97 | Stevenson & Schulman<br>Legal | 410.00 |
| 11/12/97 | Stroock, Stroock & Lavan<br>Legal | 808.45 |
| 11/12/97 | Stevenson & Schulman<br>Legal | 150.00 |
| 11/12/97 | Besham, Ringe Y Correa<br>Legal | 237.00 |
| 12/12/97 | Stroock, Stroock & Lavan<br>Legal | 1,909.41 |
| 01/02/98 | Bank<br>Interest on overdraft | 507.36 |
| 01/20/98 | Stroock, Stroock & Lavan<br>Legal | 2,731.23 |
|  | Bank<br>Overdraft Charge | 58.66 |
|  | Voided 1997 check #221<br>Legal | -808.45 |
| 06/01/98 | Bank<br>Overdraft charge | 33.73 |

ESTATE OF MARILYN MONROE
CASE NO. P2781
SCHEDULE C
STATEMENT OF ADMINISTRATIVE EXPENSES

| | | |
|---|---|---|
| 03/12/99 | Lutz and Carr<br>Accounting | 446.00 |
| 09/29/99 | Lichter, Grossman, Nichols<br>Legal | 1,237.50 |
| 10/04/99 | Gibson, Dunn & Crucher<br>Legal | 4,596.85 |
| 10/04/99 | Estate of Lee Strasberg<br>Refund of reimbursement of expenses | 7,237.01 |
| 10/04/99 | Anna Strasberg<br>Refund of reimbursement of expenses | 917.84 |
| 12/03/99 | Baker and McKenzie<br>Legal Fees | 497.37 |
| 02/16/00 | Lutz and Carr<br>Accounting | 4,301.00 |
| 02/16/00 | Lutz and Carr<br>Accounting | 265.00 |
| 03/21/00 | Lutz and Carr<br>Accounting | 2,530.00 |
| 04/03/00 | Lichter, Grossman, Nichols<br>Legal fees | 1,295.63 |
| 05/04/00 | Baker and McKenzie<br>Legal fees | 4,936.79 |
| 06/08/00 | Lutz and Carr<br>Accounting | 1,227.00 |
| 06/08/00 | Baker and McKenzie<br>Legal fees | 654.13 |
| 07/11/00 | Lutz and Carr<br>Accounting | 315.00 |

ESTATE OF MARILYN MONROE
CASE NO. P2781
SCHEDULE C
STATEMENT OF ADMINISTRATIVE EXPENSES

| | | |
|---|---|---:|
| 08/08/00 | Baker and McKenzie<br>Legal fees | 4,020.52 |
| 08/08/00 | Lichter, Grossman, Nichols<br>Legal fees | 235.00 |
| 08/31/00 | Baker and McKenzie<br>Legal fees | 483.33 |
| | **TOTAL** | 636,180.06 |

ESTATE OF MARILYN MONROE
CASE NO. P2781
SCHEDULE C-1
STATEMENT OF UNPAID ADMINISTRATION EXPENSES

None

20088439_1.DOC

Schedule C-1

ESTATE OF MARILYN MONROE
CASE NO. P2781
<u>SCHEDULE D</u>
<u>STATEMENT OF ALL CREDITORS' CLAIMS</u>

NONE

**SCHEDULE D**