ESTATE OF MARILYN MONROE
CASE NO. P2781
SCHEDULE E
STATEMENT OF DISTRIBUTIONS MADE

| Date | Description | Amount |
|---|---|---|
| 12/29/89 | Anna Freud Centre | 5,271.59 |
| 12/30/89 | Estate of Lee Strasberg | 15,814.77 |
| 01/30/90 | Estate of Lee Strasberg | 70,416.04 |
| 01/30/90 | Anna Freud Centre | 23,472.01 |
| 02/09/90 | Estate of Lee Strasberg | 29,251.88 |
| 02/09/90 | Anna Freud Centre | 9,750.62 |
| 03/01/90 | Estate of Lee Strasberg | 50,721.29 |
| 03/01/90 | Anna Freud Centre | 16,907.10 |
| 03/28/90 | Anna Freud Centre | 989.78 |
| 03/28/90 | Estate of Lee Strasberg | 2,969.33 |
| 04/26/90 | Anna Freud Centre | 14,104.58 |
| 04/26/90 | Estate of Lee Strasberg | 42,313.71 |
| 04/30/90 | Estate of Lee Strasberg | 84,152.56 |
| 04/30/90 | Anna Freud Centre | 28,050.85 |
| 08/02/90 | Estate of Lee Strasberg | 80,663.25 |
| 08/02/90 | Anna Freud Centre | 26,887.75 |
| 10/15/90 | Anna Freud Centre | 24,392.90 |
| 10/15/90 | Estate of Lee Strasberg | 73,178.70 |
| 12/05/90 | Anna Freud Centre | 12,053.74 |
| 12/05/90 | Estate of Lee Strasberg | 12,161.21 |
| 12/31/90 | Estate of Lee Strasberg | 3,679.63 |

I:\excel\sh\monroe\SchedE.xls          SCHEDULE E - DISTRIBUTIONS

ESTATE OF MARILYN MONROE
CASE NO. P2781
SCHEDULE E
STATEMENT OF DISTRIBUTIONS MADE

| Date | Payee | Amount |
|---|---|---|
| 12/31/90 | Anna Freud Centre | 1,226.55 |
| 01/28/91 | Estate of Lee Strasberg | 89,012.59 |
| 01/28/91 | Anna Freud Centre | 27,670.86 |
| 02/25/91 | Estate of Lee Strasberg | 38,965.60 |
| 02/25/91 | Anna Freud Centre | 12,988.53 |
| 02/25/91 | Estate of Lee Strasberg | 1,575.01 |
| 02/25/91 | Anna Freud Centre | 525.00 |
| 02/25/91 | Estate of Lee Strasberg | 59,765.00 |
| 02/25/91 | Anna Freud Centre | 19,921.67 |
| 04/15/91 | Estate of Lee Strasberg | 123,359.39 |
| 04/15/91 | Anna Freud Centre | 39,119.80 |
| 05/02/91 | Estate of Lee Strasberg | 15,397.11 |
| 05/02/91 | Anna Freud Centre | 5,132.37 |
| 05/29/91 | Estate of Lee Strasberg | 871.03 |
| 06/28/91 | Anna Freud Centre | 290.34 |
| 07/15/91 | Estate of Lee Strasberg | 150,017.28 |
| 07/22/91 | Anna Freud Centre | 48,005.76 |
| 08/09/91 | Estate of Lee Strasberg | 6,728.68 |
| 08/09/91 | Anna Freud Centre | 2,242.89 |
| 10/23/91 | Estate of Lee Strasberg | 104,534.01 |
| 11/08/91 | Estate of Lee Strasberg | 642.40 |
| 11/07/91 | Anna Freud Centre | 32,844.67 |

ESTATE OF MARILYN MONROE
CASE NO. P2781
SCHEDULE E
STATEMENT OF DISTRIBUTIONS MADE

| Date | Payee | Amount |
|---|---|---|
| 11/19/91 | Estate of Lee Strasberg | 248.88 |
| 11/19/91 | Anna Freud Centre | 82.95 |
| 11/27/199 | Anna Freud Centre | 214.13 |
| 12/13/91 | Estate of Lee Strasberg | 5,992.78 |
| 12/13/91 | Anna Freud Centre | 1,997.59 |
| 12/23/91 | Estate of Lee Strasberg | 1,875.00 |
| 12/23/91 | Anna Freud Centre | 625.00 |
| 01/15/92 | Estate of Lee Strasberg | 45,538.92 |
| 01/15/92 | Anna Freud Centre | 15,179.64 |
| 02/06/92 | Estate of Lee Strasberg | 115,507.98 |
| | Estate of Lee Strasberg Reimbrusment of distribution | -8,114.37 |
| 02/14/92 | Anna Freud Centre | 8,155.31 |
| 02/14/92 | Anna Freud Centre | 28,318.76 |
| 03/02/92 | Estate of Lee Strasberg | 26,471.24 |
| 03/02/92 | Anna Freud Centre | 8,823.75 |
| 04/08/92 | Estate of Lee Strasberg | 112,500.00 |
| 04/08/92 | Anna Freud Centre | 37,500.00 |
| 05/04/92 | Estate of Lee Strasberg | 108,502.11 |
| 05/04/92 | Anna Freud Centre | 36,167.37 |
| 05/11/92 | Estate of Lee Strasberg | 41,568.01 |
| 05/11/92 | Anna Freud Centre | 13,856.00 |

ESTATE OF MARILYN MONROE
CASE NO. P2781
SCHEDULE E
STATEMENT OF DISTRIBUTIONS MADE

| Date | Payee | Amount |
|---|---|---|
| 08/11/92 | Estate of Lee Strasberg | 1,251.11 |
| 08/11/92 | Anna Freud Centre | 417.04 |
| 07/29/92 | Anna Freud Centre | 31,825.17 |
| 07/29/92 | Estate of Lee Strasberg | 95,475.48 |
| 08/20/92 | Estate of Lee Strasberg | 21,580.98 |
| 08/20/92 | Anna Freud Centre | 7,193.67 |
| 09/02/92 | Estate of Lee Strasberg | 7,500.00 |
| 09/02/92 | Anna Freud Centre | 2,500.00 |
| 11/17/92 | Anna Freud Centre | 30,116.24 |
| 11/17/92 | Estate of Lee Strasberg | 90,348.73 |
| 11/20/92 | Estate of Lee Strasberg | 2,328.25 |
| 11/20/92 | Anna Freud Centre | 776.08 |
| 12/31/92 | Estate of Lee Strasberg | 36,020.31 |
| 12/31/92 | Anna Freud Centre | 12,006.78 |
| 12/31/92 | Estate of Lee Strasberg | 1,026.29 |
| 12/31/92 | Anna Freud Centre | 342.17 |
| 12/31/92 | Estate of Lee Strasberg | 11,000.16 |
| 12/31/92 | Anna Freud Centre | 3,666.72 |
| 02/04/93 | Estate of Lee Strasberg | 205,303.01 |
| 02/04/93 | Anna Freud Centre | 45,663.73 |
| 02/04/93 | Anna Freud Centre | 22,770.60 |
| 03/22/93 | Estate of Lee Strasberg | 31,310.34 |

I:\excel\lsh\monroe\SchedE.xls          SCHEDULE E - DISTRIBUTIONS

ESTATE OF MARILYN MONROE
CASE NO. P2781
SCHEDULE E
STATEMENT OF DISTRIBUTIONS MADE

| Date | Payee | Amount |
|---|---|---|
| 03/22/93 | Anna Freud Centre | 10,436.78 |
| 03/22/93 | Estate of Lee Strasberg | 8,286.75 |
| 03/22/93 | Anna Freud Centre | 2,762.25 |
| 05/03/93 | Estate of Lee Strasberg | 73,943.29 |
| 05/03/93 | Anna Freud Centre | 23,971.55 |
| 05/18/93 | Estate of Lee Strasberg | 26,118.29 |
| 05/18/93 | Anna Freud Centre | 8,706.09 |
| 06/04/93 | Estate of Lee Strasberg | 14,493.75 |
| 06/04/93 | Anna Freud Centre | 4,831.25 |
| 06/11/93 | Estate of Lee Strasberg | 5,487.32 |
| 06/11/93 | Anna Freud Centre | 1,829.11 |
| 09/13/93 | Estate of Lee Strasberg | 150,000.00 |
| 09/13/93 | Estate of Lee Strasberg | 3,456.75 |
| 09/13/93 | Estate of Lee Strasberg | 10,898.53 |
| 09/13/93 | Anna Freud Centre | 50,000.00 |
| 09/13/93 | Anna Freud Centre | 1,152.25 |
| 09/13/93 | Anna Freud Centre | 3,632.84 |
| 12/15/93 | Estate of Lee Strasberg | 150,000.00 |
|  | Estate of Lee Strasberg Refund of distribution | -25,157.74 |
| 12/17/93 | Anna Freud Centre | 41,614.08 |
| 12/23/93 | Estate of Lee Strasberg | 98,302.25 |
| 12/23/93 | Estate of Lee Strasberg | 13,820.67 |

I:\excel\sh\monroe\SchedE.xls          SCHEDULE E - DISTRIBUTIONS

ESTATE OF MARILYN MONROE
CASE NO. P2781
SCHEDULE E
STATEMENT OF DISTRIBUTIONS MADE

| Date | Payee | Amount |
|---|---|---|
| 12/23/93 | Estate of Lee Strasberg | 1,875.00 |
| 12/23/93 | Anna Freud Centre | 32,767.41 |
| 12/23/93 | Anna Freud Centre | 4,606.89 |
| 12/23/93 | Anna Freud Centre | 625.00 |
| 02/18/94 | Estate of Lee Strasberg | 251,559.00 |
| 02/18/94 | Anna Freud Centre | 39,411.62 |
| 02/18/94 | Anna Freud Centre | 39,702.68 |
| 02/18/94 | Anna Freud Centre | 375.90 |
| 02/18/94 | Anna Freud Centre | 4,362.79 |
| 04/26/94 | Estate of Lee Strasberg | 145,704.22 |
| 04/26/94 | Anna Freud Centre | 48,568.08 |
| 05/17/94 | Estate of Lee Strasberg | 33,788.25 |
| 05/17/94 | Anna Freud Centre | 11,262.75 |
| 05/18/94 | Estate of Lee Strasberg | 5,918.98 |
| 05/18/94 | Anna Freud Centre | 1,972.99 |
| 05/20/94 | Estate of Lee Strasberg | 589.76 |
| 05/20/94 | Anna Freud Centre | 196.58 |
| 07/26/94 | Estate of Lee Strasberg | 190,770.93 |
| 07/26/94 | Anna Freud Centre | 63,590.31 |
| 08/09/94 | Estate of Lee Strasberg | 4,320.94 |
| 08/09/94 | Anna Freud Centre | 1,440.31 |
| 10/26/94 | Estate of Lee Strasberg | 340,561.82 |

ESTATE OF MARILYN MONROE
CASE NO. P2781
SCHEDULE E
STATEMENT OF DISTRIBUTIONS MADE

| Date | Payee | Amount |
|---|---|---|
| 10/26/94 | Anna Freud Centre | 113,520.61 |
| 11/29/94 | Estate of Lee Strasberg | 17,948.71 |
| 11/29/94 | Estate of Lee Strasberg | 539.30 |
| 11/29/94 | Anna Freud Centre | 5,816.89 |
| 11/29/94 | Anna Freud Centre | 179.76 |
| 11/29/94 | Anna Freud Centre | 166.02 |
| 12/05/94 | Estate of Lee Strasberg | 768.75 |
| 12/05/94 | Anna Freud Centre | 256.25 |
| 12/16/94 | Estate of Lee Strasberg | 11,547.00 |
| 12/16/94 | Anna Freud Centre | 3,849.00 |
| 01/19/95 | Estate of Lee Strasberg | 219,531.65 |
| 01/19/95 | Anna Freud Centre | 16,094.25 |
| 01/19/95 | Anna Freud Centre | 57,082.96 |
| 02/06/95 | Anna Freud Centre | 2,754.63 |
| 02/08/95 | Estate of Lee Strasberg | 8,263.90 |
| 03/01/95 | Estate of Lee Strasberg | 9,764.63 |
| 03/01/95 | Anna Freud Centre | 3,254.87 |
| 03/09/95 | Estate of Lee Strasberg | 97,500.00 |
| 03/09/95 | Anna Freud Centre | 32,500.00 |
| 04/14/95 | Estate of Lee Strasberg | 74,606.13 |
| 04/14/95 | Anna Freud Centre | 24,868.71 |
| 05/12/95 | Anna Freud Centre | 3,827.59 |

ESTATE OF MARILYN MONROE
CASE NO. P2781
SCHEDULE E
STATEMENT OF DISTRIBUTIONS MADE

| Date | Payee | Amount |
|---|---|---|
| 05/12/95 | Estate of Lee Strasberg | 11,482.76 |
| 05/25/95 | Anna Freud Centre | 12,500.00 |
| 05/25/95 | Estate of Lee Strasberg | 37,500.00 |
| 08/04/95 | Estate of Lee Strasberg | 39,516.32 |
| 08/14/95 | Anna Freud Centre | 16,843.07 |
| 08/14/95 | Estate of Lee Strasberg | 11,012.88 |
| 08/22/95 | Estate of Lee Strasberg | 155,073.26 |
| 08/22/95 | Anna Freud Centre | 51,691.08 |
| 10/24/95 | Anna Freud Centre | 38,372.19 |
| 10/24/95 | Estate of Lee Strasberg | 115,116.56 |
| 11/13/95 | Anna Freud Centre | 4,415.83 |
| 11/13/95 | Estate of Lee Strasberg | 13,247.51 |
| 12/19/95 | Estate of Lee Strasberg | 229,432.50 |
| 12/19/95 | Anna Freud Centre | 76,477.50 |
| 01/26/96 | Anna Freud Centre | 29,834.88 |
| 01/26/96 | Estate of Lee Strasberg | 89,504.63 |
| 02/15/96 | Estate of Lee Strasberg | 115,890.28 |
| 02/15/96 | Anna Freud Centre | 38,630.09 |
| 03/13/96 | Estate of Lee Strasberg | 39,368.33 |
| 03/13/96 | Anna Freud Centre | 13,122.78 |
| 03/21/96 | Estate of Lee Strasberg | 17,838.00 |
| 03/21/96 | Anna Freud Centre | 5,946.00 |

ESTATE OF MARILYN MONROE
CASE NO. P2781
SCHEDULE E
STATEMENT OF DISTRIBUTIONS MADE

| Date | Payee | Amount |
|---|---|---|
| 04/01/96 | Estate of Lee Strasberg | 11,245.27 |
| 04/01/96 | Anna Freud Centre | 3,748.42 |
| 04/11/96 | Estate of Lee Strasberg | 48,625.65 |
| 04/11/96 | Anna Freud Centre | 16,208.55 |
| 05/02/96 | Estate of Lee Strasberg | 86,661.94 |
| 05/02/96 | Anna Freud Centre | 28,887.31 |
| 05/21/96 | Estate of Lee Strasberg | 23,118.89 |
| 05/21/96 | Anna Freud Centre | 7,706.29 |
| 07/23/96 | Anna Freud Centre | 14,004.12 |
| 07/23/96 | Estate of Lee Strasberg | 42,012.35 |
| 08/02/96 | Estate of Lee Strasberg | 10,368.20 |
| 08/02/96 | Anna Freud Centre | 3,456.06 |
| 09/30/96 | Estate of Lee Strasberg | 164,478.76 |
| 10/02/96 | Anna Freud Centre | 47,665.04 |
| 10/02/96 | Estate of Lee Strasberg — Refund of distribution | -21,513.63 |
| 11/08/96 | Estate of Lee Strasberg | 24,980.06 |
| 11/08/96 | Anna Freud Centre | 8,316.68 |
| 11/12/96 | Estate of Lee Strasberg | 17,710.82 |
| 11/12/96 | Anna Freud Centre | 5,903.61 |
| 11/26/96 | Estate of Lee Strasberg | 86,017.50 |
| 11/26/96 | Anna Freud Centre | 28,672.50 |

ESTATE OF MARILYN MONROE
CASE NO. P2781
SCHEDULE E
STATEMENT OF DISTRIBUTIONS MADE

| Date | Payee | Amount |
|---|---|---:|
| 12/11/96 | Estate of Lee Strasberg | 41,449.74 |
| 12/11/96 | Anna Freud Centre | 13,816.58 |
| 12/13/96 | Estate of Lee Strasberg | 38,041.85 |
| 12/13/96 | Anna Freud Centre | 12,680.62 |
| 12/18/96 | Estate of Lee Strasberg | 14,672.92 |
| 12/18/96 | Anna Freud Centre | 4,890.97 |
| 01/15/97 | Estate of Lee Strasberg | 41,310.31 |
| 01/15/97 | Anna Freud Centre | 13,770.10 |
| 01/17/97 | Estate of Lee Strasberg | 23,768.87 |
| 01/17/97 | Anna Freud Centre | 7,922.96 |
| 01/31/97 | Estate of Lee Strasberg | 10,350.47 |
| 01/31/97 | Anna Freud Centre | 3,450.16 |
| 02/14/97 | Estate of Lee Strasberg | 200,001.89 |
| 02/14/97 | Anna Freud Centre | 66,667.30 |
| 03/11/97 | Anna Freud Centre | 17,596.19 |
| 03/11/97 | Estate of Lee Strasberg | 52,788.57 |
| 04/11/97 | Anna Freud Centre | 34,370.40 |
| 04/11/97 | Estate of Lee Strasberg | 103,111.19 |
| 05/02/97 | Estate of Lee Strasberg | 56,290.49 |
| 05/02/97 | Anna Freud Centre | 18,763.49 |
| 05/07/97 | Anna Freud Centre | 22,573.42 |
| 05/07/97 | Estate of Lee Strasberg | 67,720.25 |

ESTATE OF MARILYN MONROE
CASE NO. P2781
SCHEDULE E
STATEMENT OF DISTRIBUTIONS MADE

| Date | Payee | Amount |
|---|---|---:|
| 05/14/97 | Estate of Lee Strasberg | 26,551.62 |
| 05/14/97 | Anna Freud Centre | 8,850.54 |
| 06/06/97 | Estate of Lee Strasberg | 68,322.36 |
| 08/06/97 | Anna Freud Centre | 22,774.12 |
| 07/03/97 | Anna Freud Centre | 13,398.87 |
| 07/03/97 | Estate of Lee Strasberg | 40,196.63 |
| 07/15/97 | Anna Freud Centre | 7,184.24 |
| 07/15/97 | Estate of Lee Strasberg | 21,552.73 |
| 08/19/97 | Anna Freud Centre | 62,025.45 |
| 08/19/97 | Estate of Lee Strasberg | 186,076.33 |
| 09/17/97 | Anna Freud Centre | 32,448.55 |
| 09/17/97 | Estate of Lee Strasberg | 97,345.67 |
| 10/14/97 | Estate of Lee Strasberg | 77,334.66 |
| 10/14/97 | Anna Freud Centre | 25,778.22 |
| 11/12/97 | Estate of Lee Strasberg | 209,428.71 |
| 11/12/97 | Anna Freud Centre | 69,809.57 |
| 11/18/97 | Estate of Lee Strasberg | 18,775.55 |
| 11/18/97 | Anna Freud Centre | 6,258.51 |
| 12/12/97 | Estate of Lee Strasberg | 68,716.37 |
| 12/12/97 | Anna Freud Centre | 22,905.46 |
| 01/20/98 | Estate of Lee Strasberg | 221,621.13 |
| 01/20/98 | Anna Freud Centre | 74,042.83 |

I:\excel\lsh\monroe\SchedE.xls        SCHEDULE E - DISTRIBUTIONS

ESTATE OF MARILYN MONROE
CASE NO. P2781
SCHEDULE E
STATEMENT OF DISTRIBUTIONS MADE

| Date | Payee | Amount |
|---|---|---|
| 01/23/98 | Estate of Lee Strasberg | 23,101.79 |
| 01/23/98 | Anna Freud Centre | 7,700.59 |
| 02/13/98 | Estate of Lee Strasberg | 178,573.72 |
| 02/13/98 | Anna Freud Centre | 59,524.57 |
| 02/24/98 | Estate of Lee Strasberg | 214,717.10 |
| 02/24/98 | Anna Freud Centre | 71,572.37 |
| 03/19/98 | Estate of Lee Strasberg | 184,439.03 |
| 03/19/98 | Anna Freud Centre | 61,479.67 |
| 04/10/98 | Estate of Lee Strasberg | 47,101.50 |
| 04/10/98 | Anna Freud Centre | 15,700.50 |
| 04/30/98 | Estate of Lee Strasberg | 79,134.07 |
| 04/30/98 | Anna Freud Centre | 26,378.02 |
| 05/13/98 | Estate of Lee Strasberg | 129,109.73 |
| 05/13/98 | Anna Freud Centre | 43,036.58 |
| 05/27/98 | Estate of Lee Strasberg | 70,150.07 |
| 05/27/98 | Anna Freud Centre | 23,383.36 |
| 06/26/98 | Estate of Lee Strasberg | 77,710.27 |
| 06/26/98 | Anna Freud Centre | 25,903.42 |
| 07/10/98 | Estate of Lee Strasberg | 47,239.50 |
| 07/10/98 | Anna Freud Centre | 15,746.50 |
| 07/27/98 | Anna Freud Centre | 29,065.57 |
| 07/27/98 | Estate of Lee Strasberg | 87,196.71 |

I:\excel\lsh\monroe\SchedE.xls        SCHEDULE E - DISTRIBUTIONS

ESTATE OF MARILYN MONROE
CASE NO. P2781
SCHEDULE E
STATEMENT OF DISTRIBUTIONS MADE

| Date | Payee | Amount |
|---|---|---:|
| 08/14/98 | Anna Freud Centre | 16,071.81 |
| 08/14/98 | Estate of Lee Strasberg | 48,215.43 |
| 09/04/98 | Anna Freud Centre | 33,885.40 |
| 09/04/98 | Estate of Lee Strasberg | 101,656.18 |
| 09/18/98 | Anna Freud Centre | 59,679.13 |
| 09/18/98 | Estate of Lee Strasberg | 179,037.37 |
| 10/13/98 | Anna Freud Centre | 15,724.25 |
| 10/13/98 | Estate of Lee Strasberg | 47,172.75 |
| 11/04/98 | Anna Freud Centre | 36,670.57 |
| 11/04/98 | Estate of Lee Strasberg | 110,011.69 |
| 11/04/98 | Estate of Lee Strasberg | 491.09 |
| 11/04/98 | Estate of Lee Strasberg | 491.09 |
| 12/02/98 | Anna Freud Centre | 18,756.11 |
| 12/02/98 | Estate of Lee Strasberg | 56,268.34 |
| 12/11/98 | Anna Freud Centre | 14,372.29 |
| 12/11/98 | Estate of Lee Strasberg | 43,116.85 |
| 12/11/98 | Estate of Lee Strasberg | 201.79 |
| 01/22/99 | Estate of Lee Strasberg | 151,965.83 |
| 01/22/99 | Anna Freud Centre | 50,655.28 |
| 02/09/99 | Estate of Lee Strasberg | 247,346.18 |
| 02/09/99 | Anna Freud Centre | 82,448.72 |
| 03/02/99 | Anna Freud Centre | 27,792.81 |

I:\excel\lsh\monroe\SchedE.xls        SCHEDULE E - DISTRIBUTIONS

ESTATE OF MARILYN MONROE
CASE NO. P2781
SCHEDULE E
STATEMENT OF DISTRIBUTIONS MADE

| Date | Payee | Amount |
|---|---|---|
| 03/02/99 | Estate of Lee Strasberg | 83,378.43 |
| 03/08/99 | Anna Freud Centre | 11,984.31 |
| 03/08/99 | Estate of Lee Strasberg | 35,952.90 |
| 03/26/99 | Anna Freud Centre | 51,402.09 |
| 03/29/99 | Estate of Lee Strasberg | 154,206.27 |
| 04/02/99 | Anna Freud Centre | 15,713.25 |
| 04/02/99 | Estate of Lee Strasberg | 47,139.75 |
| 04/30/99 | Anna Freud Centre | 20,517.85 |
| 04/30/99 | Estate of Lee Strasberg | 61,553.57 |
| 05/28/99 | Anna Freud Centre | 39,276.37 |
| 05/28/99 | Estate of Lee Strasberg | 117,829.12 |
| 07/06/99 | Anna Freud Centre | 26,878.75 |
| 07/08/99 | Estate of Lee Strasberg | 80,636.28 |
| 07/26/99 | Anna Freud Centre | 16,796.66 |
| 07/26/99 | Estate of Lee Strasberg | 50,389.98 |
| 09/08/99 | Anna Freud Centre | 34,720.80 |
| 09/08/99 | Estate of Lee Strasberg | 104,162.39 |
| 10/04/99 | Anna Freud Centre | 45,448.92 |
| 10/04/99 | Estate of Lee Strasberg | 136,346.75 |
| 11/17/99 | Anna Freud Centre | 27,767.15 |
| 11/17/99 | Estate of Lee Strasberg | 83,445.37 |
| 11/17/99 | Anna Freud Centre | 47.98 |

I:\excel\lsh\monroe\SchedE.xls    SCHEDULE E - DISTRIBUTIONS

ESTATE OF MARILYN MONROE
CASE NO. P2781
SCHEDULE E
STATEMENT OF DISTRIBUTIONS MADE

| Date | Payee | Amount |
|---|---|---|
| 12/10/99 | Anna Freud Centre | 36,288.29 |
| 12/10/99 | Estate of Lee Strasberg | 109,730.90 |
| 12/31/99 | Estate of Lee Strasberg | 46,875.00 |
| 12/31/99 | Anna Freud Centre | 15,625.00 |
| 12/31/99 | Estate of Lee Strasberg | 81,801.55 |
| 12/31/99 | Anna Freud Centre | 27,267.18 |
| 02/16/00 | Estate of Lee Strasberg | 51,690.60 |
| 02/16/00 | Anna Freud Centre | 17,230.20 |
| 03/10/00 | Estate of Lee Strasberg | 2,108.25 |
| 03/10/00 | Anna Freud Centre | 702.75 |
| 03/21/00 | Estate of Lee Strasberg | 132,182.82 |
| 03/21/00 | Anna Freud Centre | 44,060.95 |
| 03/30/00 | Estate of Lee Strasberg | 290,940.25 |
| 03/30/00 | Anna Freud Centre | 96,980.08 |
| 04/06/00 | Estate of Lee Strasberg | 45,903.27 |
| 04/06/00 | Anna Freud Centre | 15,301.10 |
| 05/04/00 | Estate of Lee Strasberg | 71,370.03 |
| 05/04/00 | Anna Freud Centre | 23,790.01 |
| 06/22/00 | Estate of Lee Strasberg | 166,447.78 |
| 06/22/00 | Anna Freud Centre | 55,482.59 |
| 07/20/00 | Estate of Lee Strasberg | 92,662.23 |
| 07/20/00 | Anna Freud Centre | 30,887.41 |

ESTATE OF MARILYN MONROE
CASE NO. P2781
SCHEDULE E
STATEMENT OF DISTRIBUTIONS MADE

| Date | Recipient | Amount |
|---|---|---:|
| 08/17/00 | Estate of Lee Strasberg | 100,546.99 |
| 08/17/00 | Anna Freud Centre | 33,515.67 |
| 10/02/00 | Estate of Lee Strasberg | 187,942.81 |
| 10/02/00 | Anna Freud Centre | 62,647.60 |
| 10/03/00 | Estate of Lee Strasberg | 46,875.00 |
| 10/03/00 | Anna Freud Centre | 15,625.00 |
| | TOTAL | 15,353,243.17 |

ESTATE OF MARILYN MONROE
CASE NO. P2781
SCHEDULE F
STATEMENT OF PERSONAL PROPERTY REMAINING ON HAND

| Item | Description | Carry Value | Market Value |
|---|---|---|---|
| 1 | Cash on hand | 1,470.44 | 1,470.44 |
| 2 | Miscellaneous Royalty Interests (Intellectual Property Rights) | 0.00 | Undetermined |
| | TOTAL | $1,470.44 | $1,470.44 |

SCHEDULE F

## ESTATE OF MARILYN MONROE
## CASE NO. P2781
## SCHEDULE G
## STATEMENT OF INTERESTED PARTIES

| Name and Address | Relationship | Interest |
|---|---|---|
| Anna Strasberg<br>135 Central Park West<br>New York, NY 10023 | None | Administrator of the Estate of Marilyn Monroe; Executor of the Estate of Lee Strasberg, 75% beneficiary of residue of the estate |
| The Anna Freud Centre for the Psychoanalytic Study and Treatment of Children<br>21 Maresfield Gardens<br>Hampstead, London<br>NW3 5SD England | None | Appointee of 25% of the residue of the estate in accordance with the Will of Dr. Marianne Kris |
| Anton O. Kris, MD<br>37 Philbrick Road<br>Brookline, Mass 02146 | None | Executor of the estate of Marianne Kris, deceased, 25% residuary beneficiary of estate |
| Anna K. Wolff, MD<br>10 Channing Street<br>Cambridge, Mass. 02138 | None | Executor of the estate of Marianne Kris, deceased, 25% residuary beneficiary of estate |
| The Attorney General of the State of New York<br>120 Broadway<br>New York, NY | None | On behalf of The Anna Freud Centre of the Psychoanalytic Study and Treatment of Children |
| Continental Insurance Co.<br>Surety Dept.<br>39 Broadway #620<br>New York, NY 10006 | None | Surety bond holder |
| Stroock, Stroock & Lavan<br>180 Maiden Lane<br>New York, NY 10038 | None | Attorneys for Marjorie M. Frosch, Executrix of the Estate of Aaron R. Frosch |

Schedule G