# EXHIBIT 103

January 14, 1966

Mrs. Mattie Stephenson Amos
?1? ?????? Street, Apt. 8
??? ????, New York 1????

Dear Mrs. Amos:

In accordance with our telephone conversation today, I am enclosing herein original and two copies of statement regarding Miss Monroe's New York apartment and her residence therein.

I should greatly appreciate your signing the same before a notary public and have your signature notarized. Then kindly return to me immediately in the self addressed stamped envelope I enclose herein for your convenience.

I am going to send the said statements to California and they will be used for the purpose of showing that Miss Monroe throughout the entire period of time maintained her New York apartment, and that you looked after it in her absence, and that it was in fact her regular permanent residence.

If you have any questions, please call me.

And thanks for your cooperation.

Sincerely yours,

Elliot J. Lefkowitz

EJL:ds
encls.

CONFIDENTIAL CMG v. Greene Archives
Subject to Protective Order

MM-0012367