# EXHIBIT 104

January 10, 1966

Miss Pat Newcomb
c/o Rogers & Cowan
598 Madison Avenue
New York City

                Re: Estate of Marilyn Monroe

Dear Pat:

Pursuant to our telephone conversation, I enclose herein original and two copies of affidavit with respect to the decedent's residency.

Kindly execute original and copy, have your signature notarized and then return the same to me. The other copy you may, if you wish, retain for your own records.

Much thanks for your cooperation, and with best regards from Aaron.

                              Sincerely,

EJL:ip                             Elliot J. Lefkowitz
Encl.

CONFIDENTIAL CMG v. Greene Archives
Subject to Protective Order

MM-0012369