# EXHIBIT 105

January 27, 1966

Hermione Brown, Esq.
Gang, Tyre, Rudin & Brown, Esqs.
6400 Sunset Building
Hollywood, California 90028

Re: Estate of Marilyn Monroe

Dear Hermione:

Enclosed herein are original and two copies of affidavits of Pat Newcomb, May Reis and Hattie Stephenson Amos relating to decedent's residency.

I have submitted a similar affidavit to Ralph Roberts for execution and have recommended that he forward same directly to you and that he contact you if he has any questions with respect thereto.

The affidavits are not identical to the drafts that Aaron showed you for the reason that the affiants, and more particularly Hattie Stephenson Amos, requested certain changes before executing same, which changes were then incorporated therein.

May Reis advises me that perhaps Dr. Greenson may be of further assistance with respect to confirmation that decedent's permanent residence was in fact New York, and I accordingly would suggest that you contact him for further corroboration.

Aaron advises that Mr. and Mrs. Strasberg would be interested in purchasing the personal property at its appraised value, if at all possible.

CONFIDENTIAL CMG v. Greene Archives
Subject to Protective Order

MM-0057016

Hermione K. Brown, Esq.
January 27, 1966
Page 3.

Should you require further information with respect to the within, do not hesitate in communicating with me.

Best regards.

                Sincerely yours,

                Elliot J. Lefkowitz

EJL:lp
Encls.

CONFIDENTIAL CMG v. Greene Archives
Subject to Protective Order

MM-0057017