# EXHIBIT 114

form P. L. A.

# Surrogate's Court
## County of New York

In the Matter of an Application for Letters of Administration with the Will Annexed on the Estate of

**Marilyn Monroe**

Deceased

*The citizenship of the decedent and of the petitioner must be alleged in the petition.*

**Petition for Letters of Administration with the Will Annexed**

2751 , 1962

To the Surrogate's Court of the County of New York:

The petition of **Anna Strasberg** respectfully shows:

That your petitioner is a resident of No. **135 Central Park West** in the **City of New York** and is named in the last will and testament of , deceased, and is a citizen of **the United States**. That said **Marilyn Monroe** departed this life at **California** on the **5th** day of **August**, 1962, leaving a last will and testament in and by which she appointed **Aaron R. Frosch** executor thereof; that decedent at the time of her death was a citizen of **USA**, that the said last will and testament was duly admitted to probate by Honorable **Joseph A. Cox**, ~~Judge Timothy R Frawley of~~ **and Letters Testamentary** Surrogate of the County of New York, on the **30th** day of **October**, 1962.

And your petitioner further shows that the said **Aaron R. Frosch died on April 29, 1989,** the executor named in said will, and that certain property and assets of the said testator are unadministered; that your petitioner has to the best of **her** ability estimated and ascertained the value of the personal property of which the said testatrix died possessed, and of the real estate so possessed and the proceeds thereof which may come to the hands of an administrator by reason of the provisions of said last will and testament, and that the value of said personal estate ~~will not exceed in all the sum of~~ **is in excess of** $500,000, **and is estimated to be $1,000,000** Dollars.

That the decedent died seized of **none** real property in this State. The said real property is improved. unimproved. A brief description of each parcel is as follows:................................................................

................................................................

That the estimated value of such real property and improvements is ...........................Dollars.

That the estimated gross rents for the period of eighteen months from the date of the death of decedent is the sum of ........................................Dollars.

1. That the name and post office address of the  
**sole beneficiary**  
named or described in said will is as follows:  
Name                                                                                         Post Office Address

That the said sole beneficiary is a resident of the State of New York.

That said deceased was at the time of her death a resident of the County of New York.

That there are no persons having a prior or equal right to letters of administration with the will annexed who have not renounced and no persons interested in this proceeding other than those hereinbefore mentioned.

That no previous application has been made for the appointment of an administrator with the will annexed of the estate of said deceased.

That a correct copy of said will is hereto annexed and marked Exhibit A.

Your petitioner therefore prays for a decree of the Surrogate's Court of the County of New York appointing your petitioner administratrix with the will annexed of the estate of said deceased, and that letters be issued accordingly, and that all persons having a prior or equal right to said letters who have not renounced be cited to show cause why such letters should not be issued.

_[signature]_
Petitioner

**County and State of New York, ss.:**

The abovenamed petitioner, being duly sworn, doth depose and say that she has read the foregoing petition subscribed by her and knows the contents thereof and that the same is true to her own knowledge, except as to matters therein stated to be alleged on information and belief and as to those matters she believes it to be true.

Sworn to this 17th day of July, 1959.

_[signature]_

_[signature]_
Petitioner

MM-0000026

2. [That the names and post office addresses of the] residuary beneficiaries named or described in said will are as follows:

| Name | Post Office Address |
|---|---|
| Estate of Lee Strasberg (DOD 2/17/82) c/o Anna Strasberg, executrix | 135 Central Park West New York, N.Y. |
| Anna Freud Centre as successor to Estate of Dr. Marianne Kris (DOD 11/23/80) | c/o Kaplan Russin Vecchi + Kirkwood 645 Madison Ave. New York, NY actual location: 20 Maresfield Gardens Hampstead, London NW3 ENGLAND |

That all of the said residuary beneficiaries are residents of the State of New York, except:

Anna Freud Centre

That all of the said residuary beneficiaries are of full age and are of sound mind, except:

3. That the names and post office addresses of all other persons interested in the estate, as defined in Section 103, subdivision 36, Surrogate's Court Procedure Act, are as follows:

| Name | Post Office Address | Nature or Value of Interest |
|---|---|---|
| Attorney General of the State of New York Attn: Lanita Werner, Esq. | 120 Broadway New York, NY | On behalf of ultimate charitable beneficiaries. |

That all of said persons are residents of the State of New York, except:

That all of said persons are of full age and are of sound mind, except:

MM-0000027