# EXHIBIT 121

Cyd. Charisse Third Star Cast in Film
HEDDA HOPPER
Los Angeles Times (1886-Current File); Apr 4, 1962; ProQuest Historical Newspapers Los Angeles Times (1881 - 1986)
pg. C12

# Cyd. Charisse Third Star Cast in Film

### She'll Join Marilyn, Martin; Boone Will Play Las Vegas

#### BY HEDDA HOPPER

Cyd Charisse joins Marilyn Monroe and Dean Martin in "Something's Got to Give," and she was recommended for the part by Marilyn herself. This is the second time around for the story. Leo McCarey made it as "My Favorite Wife" with Cary Grant, Irene Dunne and Gail Patrick. The gimmick is a supposedly dead wife shows up on her husband's honeymoon with mate No. 2. I told Nunnally Johnson I heard he had a good script. "I don't know," said he, "but it's a heck of a cast." He calls Marilyn "Little Miss Merry Mix-Up."


Cyd Charisse

Pat Boone makes his first appearance in Las Vegas July 24th for four weeks at the Sahara. Wife Shirley and the kids return home from London this Friday. Pat won't be back until the end of May. Went to Austria for locations on "Main Attraction" with Sue Lloyd, who got herself a long-term deal with Ray Stark. After this one, she goes into "A Candle for St. Jude."

Those closest to Richard Burton (they call him Wicked Richard) are taking all bets that he'll never divorce Sybil. "Where," asked one, "would he ever find a wife as tolerant?"

### A Cinderella Story

Carmelita Geraghty Wilson invited 100 people to her Bel-Air home to see her magnificent paintings, and thereby unveiled a great Cinderella story. Her late husband, Carey, was ill seven years. She devoted herself to his care. To pass the time at home, she took up painting; turned out more than 150 canvases, whose beauty is beyond belief. She could have sold half her paintings that night. She's exhibited in Oakland, Santa Paula, Newport Beach, Laguna Beach, Santa Fe, N.M., and Tucson, Ariz.

Among owners of her paintings are Coleen Moore, Harold Grieve, Lew Smith and Col. James Gaylord. Others in the crowd were handsome Harold Ranser and wife; H. J. Schweitzer, legal eagle and orchid fancier; Mildred Lloyd, the Bob Cobbs and Ralph Wheelwrights. Hal Grieve hung and lighted the paintings.

Photog Peter Stackpole got himself a job with the Seattle World Fair and his first assignment will be photographing President Kennedy when he visits there in May.

### Worth Admission Price

Billy Haines' guests put on a fashion show when he gave a housewarming for his newly decorated home. Ros Russell, wearing a short, gold Chanel gown, declared she had no intention of playing Chanel: "It should be done by a French woman. I think Audrey Hepburn will do it, and she'd be mighty good."

Orry-Kelly delighted that Lorena Danker Nidorf wore a Kelly green gown he'd made for her 10 years ago. It's still the height of fashion.

Mrs. Lew Schreiber in beige chiffon ruffled from top to bottom, and Mrs. Al Bloomingdale wore white lace with white shoes featuring roses.

Mrs. Greg Bautzer in a white lacy number she designed herself. She designs all her clothes.

The conversation was almost as fascinating as the clothes. Ronald Reagan, who'd heard a scientific lecture on the porpoise, held us spellbound with yarns about these fish, who have their own language, a sense of humor, and can count up to 22.

Gloria and Mike Romanoff tell me they're going with Frank Sinatra on his trip around the world. When the talk turned to Ellis Island, Mike said he was in and out of there 11 times before he was permitted to stay in the U.S. When the place was up for sale, he tried to buy it.

Keenan Wynn, recovered from the chicken pox, guests on Red Skelton's show this week. I asked when he planned to get the measles. "Oh, I had that last year," he said. "You see my dear mother protected me so well when I was a child that every time something happened, I went back in the box." Keenan tried to give it to his girls, but evidently they're immune.

Wynn helped entertain at the first Stuntman's Ball, along with Lee Marvin and Arthur Lake. Keenan knows the fellows well, and tells me they pulled some funny stunts at their show which was for charity.

(Released by Chicago Tribune-N.Y. News Syndicate, Inc. - 1962)

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

MMLLC (Shaw) 000726