# EXHIBIT 127

# LAW OFFICES OF CHRISTOPHER SERBAGI

ATTORNEYS AT LAW
488 MADISON AVENUE
SUITE 1120
NEW YORK, NEW YORK 10022
(212) 593-2112
FACSIMILE (212) 308-8582
WWW.SERBAGI.COM

COUNSEL
SETH A. AKABAS
ELLIOT FURMAN
SHARON COLCHAMIRO

January 29, 2008

Via Overnight Mail
Paula Colbath, Esq.
Loeb & Loeb LLP
345 Park Avenue
New York, New York 10154

Re: Shaw Family Archives, Ltd. et al. v. CMG Worldwide, Inc. et al.,
Index. No. 05 CV 3939 (CM)

Dear Paula:

Enclosed are certified copies of documents from the California Surrogate's Court and Hawaii federal district court. To be clear, these are not documents that came from our files, but came directly from the respective courts, which we just received. The vast majority of documents from the California Surrogate's Court the Shaw Family produced long ago. With respect to the Hawaii documents, it appears that Defendants may not have produced certain of these documents, which are highly material to the domicile question. We are currently investigating this issue.

The enclosed documents bear production numbers SFA1 0000 - SFA1 0131 and SFA1 0131a to SFA1 0264.

Very truly yours,

Christopher Serbagi

cc: Ted Minch, Esq. (via federal express)