UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHAW FAMILY ARCHIVES, LTD., EDITH MARCUS :
and META STEVENS, :
                                                                               Index No.: 05 CV 3939(CM)

                                                                               Honorable Colleen McMahon
                        Plaintiffs, :

              -against- :

CMG WORLDWIDE, INC., an Indiana Corporation and :
MARILYN MONROE, LLC., a Delaware Limited
Liability Company, :

                        Defendants. :
------------------------------------------------------------X

## ORDER

    Upon consideration of the Declaration of Christopher Serbagi and the Declaration of Marci Hamilton, and good cause having been shown, it is SO ORDERED that Marci Hamilton is admitted to the bar of this Court *Pro Hac Vice,* this 17th day of March, 2008, to appear as counsel in the above captioned case for Shaw Family Archives, Ltd., Bradford Licensing Associates, Edith Marcus and Meta Stevens. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF), counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

March 17th, 2008
New York, NY

                                                                     _____
                                                                     United States District Judge



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/08