ADAMS, CASEY

Shirley Knight, *Kennedy's Children* (1975 play)
Paula Lane, *Goodnight, Sweet Marilyn* (1989)
Linda Lavin, *Cop-Out* (1969 play)
Stephanie Lawrence, *Marilyn!* (1983 play)
Phoebe Legere, *Mondo New York* (1987)
Barbara Loden, *After the Fall* (1964 play)
Julie London, *The Eleventh Hour: Like A Diamond in the Sky* (1963)
Arlene Lorre, *Another Chance* (1989)
Kate Mailer, *Strawhead* (1986 play)
JAYNE MANSFIELD, *Will Success Spoil Rock Hunter?* (1955 play, 1957 movie)
Barbara Niven, *The Rat Pack* (1998, TV movie)
Kerri Randles, *Introducing Dorothy Dandridge* (1999, TV movie)
Alyson Reed, *Marilyn: An American Fable* (1983 play)
Misty Rowe, *Goodbye Norma Jean* (1976)
Theresa Russell, INSIGNIFICANCE (1985)
Mira Sorvino, *Norma Jean and Marilyn* (1996, TV movie)
Ginger Spice, *Spiceworld* (1998)
KIM STANLEY, *The Goddess* (1958)
Connie Stevens, *The Sex Symbol* (1974)
Heather Thomas, *Hoover vs. the Kennedys: The Second Civil War* (1987, TV movie)

ADAMS, CASEY
(B. 1917, MAX SHOWALTER)

Character actor Adams twice worked with Marilyn, in *Niagara* (1953) and *Bus Stop* (1956). He has been quoted as saying that during location work on *Niagara* Marilyn appeared naked at her hotel window, quickly gathering a crowd of male admirers, and then at night jumped into bed with Adams with the words, "Don't do anything but just hold me!"

ADLER, BUDDY
(1906–1960, B. MAURICE ADLER)

A producer at COLUMBIA STUDIOS from 1948, before moving to TWENTIETH CENTURY-FOX. In 1956 he replaced DARRYL ZANUCK as studio head, until his death at age fifty-one in 1960. He has a producer credit on *Bus Stop*.
Other movies: *The Dark Past* (1948), *From Here to Eternity* (1953), *Love Is a Many Splendored Thing* (1955), *Anastasia* (1956), *The Inn of Sixth Happiness* (1958).

ADVERTISEMENTS

Before accolades for her screen performances began rolling in, Marilyn had already been named "The Most Advertised Girl in the World" by the Advertising Association of the West.
During her starlet days Norma Jeane supplemented her income with a number of print advertisements. The only known TV commercial she made was for Royal Triton Oil in 1950. In it, Marilyn breathlessly pitched, "This is the first car I ever owned. I call it Cynthia. She's going to have the best care a car ever had. Put Royal Triton in Cynthia's little tummy. . . . Cynthia will just love that Royal Triton."
Some of the products Marilyn promoted:

American Airlines
City Club Shoes
Close-Up Perfect Kiss-Tested Lipstick
Hiltone Hair Coloring
Jantzen Swimwear
Kyron Way Diet Pills
Louis Creative Hairdressers
Lustre-Creme Shampoo
Pabst Beer
Rayve Shampoo
Roi-Tan Cigars
Tar-Tan Suntan Lotion
Westmore's Tru-Glo liquid makeup

Since her death Marilyn's image has been used for a vast number of products, licensed by the Marilyn Monroe ESTATE. These include:

Absolut Vodka
American Airlines
Chanel No. 5
Hershey's candy
Max Factor
Maxell Tapes
Levi's
Mercedes Benz



An advertisement for Kyron diet pills, 1950.

The name Marilyn Monroe has also been licensed for all manner of products and MEMORABILIA. One of the strangest has to be underwear, considering that Marilyn regularly abstained from wearing these garments.

ADVISERS

From the moment she became a star, Marilyn seemed to acquire advisers of all types. To add to her drama coach of the moment (see ACTING LESSONS), Marilyn had a long succession of AGENTS, LAWYERS, psychoanalysts, DOCTORS, and business partners, not to mention strong-willed HUSBANDS, all of whom had opinions on how she should run her life and handle her professional engagements. According to Fox studio boss PETER LEVATHES, "Her so-called advisers created the difficulties and caused her a terrible identity crisis."