

An advertisement for Tru-Glo liquid makeup, 1953.