

An advertisement for Lustre-Creme Shampoo, 1953.

QUENTIN:
"The first honor was that I hadn't tried to go to bed with her! She took it for a tribute to her 'value,' and I was only afraid! God, the hypocrisy!"

"You want to die, Maggie, and I really don't know how to prevent it."

\* \* \*

MAGGIE:
"You tried to kill me, mister. I been killed by a lot of people, some couldn't hardly spell, but it's the same, mister."

---

Miller's defense, expressed eloquently in his autobiography *Timebends*, is that only as he neared completion of the play shortly after Marilyn's death did he realize that everybody would equate the character of Maggie with Marilyn. The title *After the Fall* refers to *The Fall*, a novella by Albert Camus in which a man comes to learn that he cannot save the woman he loves, that salvation lies only within herself. Miller also claims that it was the actress Barbara Loden who suggested wearing a blonde wig; he did not say no, much to his later regret.

**Reviews:**
*The Herald Tribune*
"*After the Fall* resembles a confessional which Arthur Miller enters as a penitent and from which he emerges as a priest. It is a tricky quick change . . . but it constitutes neither an especially attractive nor especially persuasive performance."

*The New Republic*
"A confessional autobiography of embarrassing explicitness . . . a three and one half hour breach of taste."

*Life*
"He tears from himself a confession that when Maggie, with whom married life had become unbearable, was on the brink of death from an overdose of sleeping pills he felt a wave of gratitude that his ordeal with her was ending."

A screen version of *After the Fall* appeared as an NBC television movie on December 10, 1974, adapted by Miller himself and directed by Gilbert Cates. The lead characters were played by FAYE DUNAWAY (who had a small part in the original stage play) and Christopher Plummer. In the ten years between Broadway debut and television premiere, both MGM and Paramount attempted to make the movie, at various times placing Sophia Loren and BRIGITTE BARDOT in the role of Maggie.

## AGENCIES

In her fifteen years in Hollywood, Marilyn had almost as many agents. These are the people responsible for making sure that Marilyn got noticed:

MODELING:
BLUE BOOK MODELING AGENCY, run by EMMELINE SNIVELY.

MOVIES:
The National Concert Artists Corporation, West Coast Office, (9059 Sunset Boulevard) became Norma Jeane's first movie agents in 1946 after Emmeline Snively contacted her

## AFTER THE FALL

ARTHUR MILLER'S first play after Marilyn's death centered on the tortured relationship between Quentin, a lawyer, and his wife, Maggie, a singer. Many critics saw the play as Miller's attempt to exorcise the ghost of Marilyn and show the world that he had done everything a man could reasonably do to save a doomed woman. This was only Miller's second completed work after his marriage to Marilyn, and it revealed the darkest side of her, after the hardly glowing character of Roslyn he wrote for Marilyn in *THE MISFITS* (1961). As Marilyn biographer FRED LAWRENCE GUILES states, "Both works derive from his life, the most legitimate source any writer has, and taken together they give us as complete a portrait of Marilyn as we are ever likely to get."

The writer's block Miller suffered during his marriage had lifted, and in the process he revealed a sense of the development of this unlikely relationship between "egghead and hourglass," the terrible strife and pain both he and Marilyn experienced.

*After the Fall* was the inaugural play of the Repertory Theater of Lincoln Center, opening on January 23, 1964. Jason Robards played Quentin, Barbara Loden was Maggie, ELIA KAZAN directed, and Robert Whitehead produced the play. Regardless of protestations by writer and director, the parallels between the lives of Marilyn and Maggie are unmistakable. Maggie is plucked from obscurity working at a switchboard to become a famous pop singer. The Miller character is not a writer but a lawyer, and he becomes as much a father figure as husband to his new wife. Soon after they marry, Maggie shows a hidden side: a crippling lack of self-esteem, a constant fear that people are trying to keep her down, a well of emotional pain and rising hatred for a man she feels has turned into a traitor. As she begins to regret the marriage, she finds solace in drink and pills, eventually threatening suicide in order to get Quentin to save her. Despite his attempts to prevent it, Maggie inevitably makes good on her threat.