*McMahon, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
SHAW FAMILY ARCHIVES LTD., EDITH :
MARCUS and META STEVENS,

        Plaintiffs,

    -against-

CMG WORLDWIDE, INC. and MARILYN
MONROE LLC,

        Defendants.
------------------------------------------------------X

Case No. 05 Civ. 3939 (CM)

Hon. Colleen McMahon

**STIPULATION**

UPON THE REQUEST OF COUNSEL FOR DEFENDANTS /

CONSOLIDATED PLAINTIFFS, IT IS HEREBY STIPULATED AND AGREED by and

between the undersigned counsel that the briefing schedule for Defendants / Consolidated

Plaintiffs' cross-motion for summary judgment on public domain is as follows:

| | |
|---|---|
| Defendants / Consolidated Plaintiffs' Motion | (filed February 12, 2008) |
| Plaintiffs / Consolidated Defendants' Opposition | (filed March 4, 2008) |
| Defendants / Consolidated Plaintiffs Reply | March 25, 2008 |

UPON THE REQUEST OF COUNSEL FOR DEFENDANTS /

CONSOLIDATED PLAINTIFFS, IT IS FURTHER STIPULATED AND AGREED by and

between the undersigned counsel that the briefing schedule on Plaintiffs / Consolidated

Defendants' motion for an order that Defendants / Consolidated Plaintiffs post a bond is as

follows:



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/08

| | |
|---|---|
| Plaintiffs / Consolidated Defendants' Motion | (filed March 13, 2008) |
| Defendants / Consolidated Plaintiffs' Opposition | April 2, 2008 |
| Plaintiffs / Consolidated Defendants' Reply | April 9, 2008 |

LAW OFFICES OF CHRISTOPHER SERBAGI

By: *[signature]*
Christopher Serbagi
488 Madison Avenue, Suite 1120
New York, New York 10022
Tel: (212) 593-2112
Fax: (212) 308-8582

*Attorneys for Shaw Family Archives, Ltd., Edith Marcus and Meta Stevens*

LOEB & LOEB, LLP

By:_____
Paula K. Colbath
345 Park Avenue
New York, New York 10154-1895
Tel: (212) 407-4000
Fax: (646) 514-2887

*Attorneys for Marilyn Monroe LLC*

SOVICH MINCH, LLP

By:_____
Theodore J. Minch, Esq.
10099 Chesapeake Drive, Suite 100
McCordsville, Indiana 46055
Tel: (317) 335-3601
Fax: (317) 335-3602

*Attorneys for CMG Worldwide, Inc.*

Dated: New York, New York
March 13, 2008

So Ordered.

*[signature]*

Hon. Colleen McMahon
U.S.D.J.

3-17-08

| | |
|---|---|
| Plaintiffs / Consolidated Defendants' Motion | (filed March 13, 2008) |
| Defendants / Consolidated Plaintiffs' Opposition | April 2, 2008 |
| Plaintiffs / Consolidated Defendants' Reply | April 9, 2008 |

LAW OFFICES OF CHRISTOPHER SERBAGI

By:_____
Christopher Serbagi
488 Madison Avenue, Suite 1120
New York, New York 10022
Tel: (212) 593-2112
Fax: (212) 308-8582

*Attorneys for Shaw Family Archives, Ltd., Edith Marcus and Meta Stevens*

LOEB & LOEB, LLP

By:_____
Paula K. Colbath
345 Park Avenue
New York, New York 10154-1895
Tel: (212) 407-4000
Fax: (646) 514-2887

*Attorneys for Marilyn Monroe LLC*

SOVICH MINCH, LLP

By:_____
Theodore J. Minch, Esq.
10099 Chesapeake Drive, Suite 100
McCordsville, Indiana 46055
Tel: (317) 335-3601
Fax: (317) 335-3602

*Attorneys for CMG Worldwide, Inc.*

Dated: New York, New York
March 13, 2008

So Ordered.

_____
Hon. Colleen McMahon
U.S.D.J.

| | |
|---|---|
| Plaintiffs / Consolidated Defendants' Motion | (filed March 13, 2008) |
| Defendants / Consolidated Plaintiffs' Opposition | April 2, 2008 |
| Plaintiffs / Consolidated Defendants' Reply | April 9, 2008 |

LAW OFFICES OF CHRISTOPHER SERBAGI         LOEB & LOEB, LLP

By:_____                 By:_____
Christopher Serbagi                        Paula K. Colbath
488 Madison Avenue, Suite 1120             345 Park Avenue
New York, New York 10022                   New York, New York 10154-1895
Tel: (212) 593-2112                        Tel: (212) 407-4000
Fax: (212) 308-8582                        Fax: (646) 514-2887

*Attorneys for Shaw Family Archives, Ltd., Edith Marcus and Meta Stevens*    *Attorneys for Marilyn Monroe LLC*

SOVICH MINCH, LLP

By:_____
Theodore J. Minch, Esq.
10099 Chesapeake Drive, Suite 100
McCordsville, Indiana 46055
Tel: (317) 335-3601
Fax: (317) 335-3602

*Attorneys for CMG Worldwide, Inc.*

Dated: New York, New York
       March 13, 2008

So Ordered.

_____
Hon. Colleen McMahon
U.S.D.J.

03/13/2008 16:06   3173353602   SOVICH MINCH LLP   PAGE 02/02