UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHAW FAMILY ARCHIVES LTD., EDITH :
MARCUS and META STEVENS,
                                          :
                Plaintiffs,                  Case No. 05 Civ. 3939 (CM)
                                          :
        -against-                            Hon. Colleen McMahon
                                          :
CMG WORLDWIDE, INC. and MARILYN              STIPULATION
MONROE LLC,                               :

                Defendants.               :
------------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/08

AT THE REQUEST OF THE PLAINTIFFS / CONSOLIDATED

DEFENDANTS, IT IS HEREBY STIPULATED AND AGREED by and between the

undersigned counsel that the Court provide the parties 10 additional pages for all briefs yet to be

served in connection with motions that have already been filed.

LAW OFFICES OF CHRISTOPHER SERBAGI          LOEB & LOEB, LLP

By: _____                 By: _____
Christopher Serbagi                          Jonathan Strauss
488 Madison Avenue, Suite 1120               345 Park Avenue
New York, New York 10022                     New York, New York 10154-1895
Tel: (212) 593-2112                          Tel: (212) 407-4000
Fax: (212) 308-8582                          Fax: (646) 514-2887

*Attorneys for Shaw Family Archives, Ltd., Edith*    *Attorneys for Marilyn Monroe LLC*
*Marcus and Meta Stevens*

SOVICH MINCH, LLP

By: _____
Theodore J. Minch, Esq.
10099 Chesapeake Drive, Suite 100
McCordsville, Indiana 46055
Tel: (317) 335-3601
Fax: (317) 335-3602

*Attorneys for CMG Worldwide, Inc.*

Dated: New York, New York
       March 21, 2008

So Ordered.

_____
Hon. Colleen McMahon
U.S.D.J.

2