# EXHIBIT B



**ANTOINETTE PEPPER**
Paralegal

345 Park Avenue
New York, NY  10154

Direct  212.407.4849
Main   212.497.4000
Fax    212.202.7982
apepper@loeb.com

By Hand

December 4, 2007

Christopher Serbagi, Esq.
488 Madison Avenue, Suite 1120
New York, New York 10022

Re:   Shaw Family Archives, Ltd., et al. v. CMG Worldwide, Inc., et al.

Dear Mr. Serbagi:

At the request of Jonathan N. Strauss, Esq, I enclose documents bearing bates numbers MMLLC (Shaw) 000001 through MMLLC (Shaw) 000451 in response to Plaintiffs' document requests.

Very truly yours,

*Antoinette Pepper*

Antoinette Pepper
Paralegal for Loeb & Loeb LLP

cc:   Theodore J. Minch, Esq. (via email, w/o enclosures)
      David Marcus, Esq. (via email, w/o enclosures)
      Paula K. Colbath, Esq.
      Jonathan Neil Strauss, Esq.

690405.1



**ANTOINETTE PEPPER**
Paralegal

345 Park Avenue
New York, NY 10154

**Direct** 212.407.4849
**Main** 212.497.4000
**Fax** 212.202.7982
apepper@loeb.com

Via Email

December 19, 2007

Christopher Serbagi, Esq.
488 Madison Avenue, Suite 1120
New York, New York 10022

Re: Shaw Family Archives, Ltd., et al. v. CMG Worldwide, Inc., et al.

Dear Mr. Serbagi:

At the request of Paula K. Colbath, Esq, I enclose documents bearing bates numbers MMLLC (Shaw) 000452 through MMLLC (Shaw) 000464 in further response to Plaintiffs' document requests.

Very truly yours,

*Antoinette Pepper*

Antoinette Pepper
Paralegal for Loeb & Loeb LLP

cc: Theodore J. Minch, Esq. (via email, w/o enclosures)
David Marcus, Esq. (via email, w/o enclosures)
Paula K. Colbath, Esq.
Jonathan Neil Strauss, Esq.

693476.1



**JONATHAN NEIL STRAUSS**
Associate

345 Park Avenue
New York, NY 10154

Direct 212.407.4089
Main  212.407.4000
Fax   646.514.2887
jstrauss@loeb.com

Via Email and First Class Mail

January 11, 2008

Christopher Serbagi, Esq.
Law Offices of Christopher Serbagi
488 Madison Avenue
Suite 1120
New York, New York 10022

Re: <u>Shaw Family Archives, Ltd., et al. v. CMG Worldwide, Inc., et al.</u>

Dear Chris:

Enclosed please find bates stamped documents numbered MMLLC (Shaw) 000517-538.

Very truly yours,

Jonathan Neil Strauss

Enclosures

cc: David Marcus, Esq.
    Ted Minch, Esq.

Los Angeles   New York   Chicago   Nashville   www.loeb.com

A limited liability partnership including professional corporations

NY696060.2
211146-10007



**ANTOINETTE PEPPER**
Paralegal

345 Park Avenue
New York, NY 10154

Direct  212.407.4849
Main    212.497.4000
Fax     212.202.7962
apepper@loeb.com

Via First Class Mail

January 17, 2008

Christopher Serbagi, Esq.
488 Madison Avenue, Suite 1120
New York, New York 10022

Re:  Shaw Family Archives, Ltd., et al. v. CMG Worldwide, Inc., et al.

Dear Mr. Serbagi:

At the request of Jonathan Strauss, Esq, I enclose documents bearing bates numbers MMLLC (Shaw) 000539 to MMLLC (Shaw) 000544.

Very truly yours,

Antoinette Pepper
Paralegal for Loeb & Loeb LLP

cc:  Theodore J. Minch, Esq. (via email)
     David Marcus, Esq. (via email)
     Paula K. Colbath, Esq.
     Jonathan Neil Strauss, Esq.

697521.1

Los Angeles  New York  Chicago  Nashville  www.loeb.com

A limited liability partnership including professional corporations



**ANTOINETTE PEPPER**
Paralegal

345 Park Avenue
New York, NY 10154

Direct 212.407.4849
Main   212.497.4000
Fax    212.202.7982
apepper@loeb.com

Via Hand Delivery

January 18, 2008

Christopher Serbagi, Esq.
488 Madison Avenue, Suite 1120
New York, New York 10022

Re: <u>Shaw Family Archives, Ltd., et al. v. CMG Worldwide, Inc., et al.</u>

Dear Mr. Serbagi:

Enclosed please find documents bearing bates numbers MMLLC (Shaw) 000545 through MMLLC (Shaw) 000706 as well as documents bearing MC bates prefixes that are included on our exhibit list.

Very truly yours,

*Antoinette Pepper*

Antoinette Pepper
Paralegal for Loeb & Loeb LLP

cc:  Theodore J. Minch, Esq. (via email, w/o enclosures)
     David Marcus, Esq. (via email, w/o enclosures)
     Paula K. Colbath, Esq.
     Jonathan Neil Strauss, Esq.

697873.1



**ANTOINETTE PEPPER**
Paralegal

345 Park Avenue
New York, NY 10154

Direct  212.407.4849
Main   212.497.4000
Fax    212.202.7982
apepper@loeb.com

Via Hand Delivery

January 25, 2008

Christopher Serbagi, Esq.
488 Madison Avenue, Suite 1120
New York, New York 10022

Re: Shaw Family Archives, Ltd., et al. v. CMG Worldwide, Inc., et al.

Dear Mr. Serbagi:

As indicated in Jon Strauss's email of earlier today, enclosed please find documents bearing bates numbers MMLLC (Shaw) 000707 through MMLLC (Shaw) 000719 as well as documents bearing MC bates prefixes that have been added to our exhibit list.

Very truly yours,

*Antoinette Pepper*

Antoinette Pepper
Paralegal for Loeb & Loeb LLP

cc: Theodore J. Minch, Esq. (via email, w/o enclosures)
    David Marcus, Esq. (via email, w/o enclosures)
    Paula K. Colbath, Esq.
    Jonathan Neil Strauss, Esq.

698931.1



**ANTOINETTE PEPPER**
Paralegal

345 Park Avenue
New York, NY 10154

Direct 212.407.4849
Main  212.497.4000
Fax   212.202.7982
apepper@loeb.com

By Email

January 29, 2008

Christopher Serbagi, Esq.
488 Madison Avenue, Suite 1120
New York, New York 10022

Re:  Shaw Family Archives, Ltd., et al. v. CMG Worldwide, Inc., et al.

Dear Mr. Serbagi:

Enclosed please find document bearing MC bates prefix MC004277 and documents bearing bates numbers MMLLC (Shaw) 000720 through MMLLC (Shaw) 000728 that have been added to our exhibit list as DX 157 and DX 345-350.

Very truly yours,

*Antoinette Pepper*

Antoinette Pepper
Paralegal for Loeb & Loeb LLP

cc:  Theodore J. Minch, Esq.
     David Marcus, Esq.
     Paula K. Colbath, Esq.
     Jonathan Neil Strauss, Esq.

699640.1



**MAUREEN CLOONAN**
Paralegal

345 Park Avenue
New York, NY 10154

Direct 212.407.4943
Main  212.497.4000
Fax   212.202.7982
mcloonan@loeb.com

By Email

January 31, 2008

Christopher Serbagi, Esq.
488 Madison Avenue, Suite 1120
New York, New York 10022

Re:  Shaw Family Archives, Ltd., et al. v. CMG Worldwide, Inc., et al.

Dear Mr. Serbagi:

Enclosed please find document bearing MC bates prefix MC004277 and documents bearing bates numbers MMLLC (Shaw) 000729 through MMLLC (Shaw) 000735.

Very truly yours,

*Maureen Cloonan*

Maureen Cloonan
Paralegal for Loeb & Loeb LLP

cc:  Theodore J. Minch, Esq.
     David Marcus, Esq.
     Paula K. Colbath, Esq.
     Jonathan Neil Strauss, Esq.

699640.1