# EXHIBIT C

SURROGATES COURT OF THE STATE OF NEW YORK
COUNTY OF ROCKLAND
----------------------------------------------------------------X

ESTATE OF LARRY SHAW,

          Deceased.

----------------------------------------------------------------X

PROOF OF CLAIM

File No. 2007-686

FILED
FEB 1 2008
SURROGATE'S COURT
OF ROCKLAND

    I, ROBERT S. LEWIS, ESQ., on behalf of AUSTIN SHAW, having offices at 53 Burd St., Nyack, New York 10960, submit the following claim against the Estate of Larry Shaw:

## DESCRIPTION

| CREDITOR | NATURE OF CLAIM |
|---|---|
| Austin Shaw<br>21 S. Broadway<br>Apt. 2R<br>Tarrytown, NY 10591 | 15% Membership Interest in the entity known as Shaw Family Archives, Ltd.;<br>Said interest derives from the one half interest owned by Larry Shaw; Sixty-percent (60%) of which was divided into fifty percent (50%) interests transferred to Austin Shaw and Jakob Shaw pursuant to written agreement dated September 2, 2002. |

A copy of said written agreement is annexed hereto and made a part hereof.

Notice to Interested Persons:   Susan Shaw
                                     225 Hudson Terrace
                                     Piermont, New York 10968

I declare that this claim has been examined by me and that its contents are true to the best of my information, knowledge and belief, and further declare that the foregoing claim is true and accurate, and that no payment has been made thereon and that there are no offsets thereto, and that the same is not secured by judgment or mortgage upon or expressly charged on, the real estate of said deceased, or any part thereof.

*[signature]*

ROBERT S. LEWIS, ESQ.
Attorney for Austin Shaw
53 Burd St.
Nyack, New York 10960
(845)358-7100

Larry Shaw
225 Hudson Terrace
Piermont, New York 10968

Tel: (845) 359-9528
Fax: (845) 359-3176
e-mail: larry@spc-promotions.com

September 2, 2002

I am a professional photographer, and 50 % owner of a collection of photographs taken by myself and my Father Sam Shaw. This collection is known as SHAW FAMILY ARCHIVES, LTD.

SHAW FAMILY ARCHIVES, LTD. is the sole owner of all of the commercial photographic images formerly owned by Larry Shaw and or Sam Shaw. SHAW FAMILY ARCHIVES, LTD. is the sole owner of all copyrights in these photographs, and has the right to reproduce these photographs in any form for any purpose, including but not limited to publications in books, posters, or other forms as well as the right to sell or license these photographs for use in advertising, display, newspapers, magazines, or any other media, including but not limited to CD ROM, DVD's or internet publications.

Now therefore, in consideration of the enormous support, both emotional and financial over the previous 8 years given to me by my sons Jakob Shaw and Austin Shaw, I hereby assign and transfer 60 % of all my rights, title, and interest in the Shaw Family Archives photographs, including intellectual property rights, to my sons Jakob Shaw and Austin Shaw. The 60% interest that I am assigning to them is to be split as follows:

50 % to Jakob Shaw
50 % to Austin Shaw

*Larry Shaw* (signature)
Larry Shaw

SURROGATES COURT OF THE STATE OF NEW YORK
COUNTY OF ROCKLAND
----------------------------------------------------------------X
In the Matter of the Estate of

       LARRY SHAW,             File No. 2007-686

          Deceased.
----------------------------------------------------------------X

    ROBERT S. LEWIS, an attorney duly licensed to practice law in the Courts of the State of New York, being mindful of the penalties of perjury, affirms and states that:

    On the 30th day of January 2008, your affirmant served the within Proof of Claim upon:

           SUSAN SHAW
          225 Hudson Terrace
       Piermont, New York 10968

      TIMOTHY O'SHEA, ESQ.
         100 Route 303
       Tappan, New York 10983

at the address designated for that purpose by sending a true copy of same enclosed in a postpaid wrapper in a post office official depository under the exclusive care and custody of the United States Postal Service within the State of New York by first class mail and certified mail return receipt requested.

Dated: January 30, 2008

                                                 ROBERT S. LEWIS

Index No.                     Year 20

SURROGATES COURT OF THE STATE OF NEW YORK
COUNTY OF ROCKLAND

ESTATE OF

LARRY SHAW,

Deceased.

## PROOF OF CLAIM

**LAW OFFICES OF ROBERT S. LEWIS, P.C.**

*Attorney for*

53 BURD STREET
NYACK, NY 10960
(845) 358-7100

*Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.*

Dated: January 29, 2008           Signature...........................................................

                                  Print Signer's Name........ ROBERT S. LEWIS ............

Service of a copy of the within                                    is hereby admitted.

Dated:

                                  Attorney(s) for

**PLEASE TAKE NOTICE**

☐ NOTICE OF ENTRY — that the within is a (certified) true copy of a
entered in the office of the clerk of the within named Court on                    20

☐ NOTICE OF SETTLEMENT — that an Order of which the within is a true copy will be presented for settlement to the
Hon.                       one of the judges of the within named Court,
at
on             20      , at         M.

Dated:

                                  **LAW OFFICES OF ROBERT S. LEWIS, P.C.**
                                  *Attorney for*

                                  53 BURD STREET
                                  NYACK, NY 10960

To:

*Attorney(s) for*

SURROGATES COURT OF THE STATE OF NEW YORK
COUNTY OF ROCKLAND
----------------------------------------------------------------X

ESTATE OF LARRY SHAW,

            Deceased.

----------------------------------------------------------------X

PROOF OF CLAIM

File No. 2007-686

FILED
FEB 1 2008
SURROGATE'S COURT
COUNTY OF ROCKLAND

    I, ROBERT S. LEWIS, ESQ., on behalf of JAKOB SHAW, having offices at 53 Burd St., Nyack, New York 10960, submit the following claim against the Estate of Larry Shaw:

### DESCRIPTION

**CREDITOR**

Jakob Shaw
225 Hudson Terrace
Piermont, New York 10968

**NATURE OF CLAIM**

15% Membership Interest in the entity known as Shaw Family Archives, Ltd.;
Said interest derives from the one half interest owned by Larry Shaw; Sixty-percent (60%) of which was divided into fifty percent (50%) interests transferred to Austin Shaw and Jakob Shaw pursuant to written agreement dated September 2, 2002.

A copy of said written agreement is annexed hereto and made a part hereof.

Notice to Interested Persons:    Susan Shaw
                                       225 Hudson Terrace
                                       Piermont, New York 10968

I declare that this claim has been examined by me and that its contents are true to the best of my information, knowledge and belief, and further declare that the foregoing claim is true and accurate, and that no payment has been made thereon and that there are no offsets thereto, and that the same is not secured by judgment or mortgage upon or expressly charged on, the real estate of said deceased, or any part thereof.

ROBERT S. LEWIS, ESQ.
Attorney for Jakob Shaw
53 Burd St.
Nyack, New York 10960
(845)358-7100

Larry Shaw
225 Hudson Terrace
Piermont, New York 10968

Tel: (845) 359-9528
Fax: (845) 359-3176
e-mail: larry@spc-promotions.com

September 2, 2002

I am a professional photographer, and 50 % owner of a collection of photographs taken by myself and my Father Sam Shaw. This collection is known as SHAW FAMILY ARCHIVES, LTD.

SHAW FAMILY ARCHIVES, LTD. is the sole owner of all of the commercial photographic images formerly owned by Larry Shaw and or Sam Shaw. SHAW FAMILY ARCHIVES, LTD. is the sole owner of all copyrights in these photographs, and has the right to reproduce these photographs in any form for any purpose, including but not limited to publications in books, posters, or other forms as well as the right to sell or license these photographs for use in advertising, display, newspapers, magazines, or any other media, including but not limited to CD ROM, DVD's or internet publications.

Now therefore, in consideration of the enormous support, both emotional and financial over the previous 8 years given to me by my sons Jakob Shaw and Austin Shaw, I hereby assign and transfer 60 % of all my rights, title, and interest in the Shaw Family Archives photographs, including intellectual property rights, to my sons Jakob Shaw and Austin Shaw. The 60% interest that I am assigning to them is to be split as follows:

50 % to Jakob Shaw
50 % to Austin Shaw

*Larry Shaw*
Larry Shaw

SURROGATES COURT OF THE STATE OF NEW YORK
COUNTY OF ROCKLAND
------------------------------------------------------------X
In the Matter of the Estate of

        LARRY SHAW,        File No. 2007-686

        Deceased.
------------------------------------------------------------X

    ROBERT S. LEWIS, an attorney duly licensed to practice law in the Courts of the State of New York, being mindful of the penalties of perjury, affirms and states that:

    On the 30th day of January 2008, your affirmant served the within Proof of Claim upon:

        SUSAN SHAW
        225 Hudson Terrace
        Piermont, New York 10968

        TIMOTHY O'SHEA, ESQ.
        100 Route 303
        Tappan, New York 10983

at the address designated for that purpose by sending a true copy of same enclosed in a postpaid wrapper in a post office official depository under the exclusive care and custody of the United States Postal Service within the State of New York by first class mail and certified mail return receipt requested.

Dated: January 30, 2008

                                                ROBERT S. LEWIS

Index No.                    Year 20

## SURROGATES COURT OF THE STATE OF NEW YORK
~~COUNTY OF ROCKLAND~~

ESTATE OF

LARRY SHAW,

Deceased.

## PROOF OF CLAIM

**LAW OFFICES OF ROBERT S. LEWIS, P.C.**
*Attorney for*

53 BURD STREET
NYACK, NY 10960
(845) 358-7100

*Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.*

Dated: ............................  Signature................................................

Print Signer's Name................................................

Service of a copy of the within                                    is hereby admitted.
Dated:

................................................
Attorney(s) for

**PLEASE TAKE NOTICE**

☐ NOTICE OF ENTRY
that the within is a (certified) true copy of a
entered in the office of the clerk of the within named Court on                    20

☐ NOTICE OF SETTLEMENT
that an Order of which the within is a true copy will be presented for settlement to the Hon.                    one of the judges of the within named Court,
at
on                    20    , at          M.

Dated:

**LAW OFFICES OF ROBERT S. LEWIS, P.C.**
*Attorney for*

53 BURD STREET
NYACK, NY 10960

To:

*Attorney(s) for*