Melissa Stevens

| Page 114 | Page 116 |
|---|---|

**Page 114**

1  Stevens
2  and Larry Shaw. Well, Larry is no longer
3  alive, unfortunately.
4  Q. And you have already testified, I
5  believe, that Edith Shaw Marcus is the SFA
6  archivist?
7  A. Yes.
8  Q. As part of your responsibilities
9  at SFA, do you -- have you had occasion to
10  review any agreements that Sam Shaw
11  entered into with any film studios?
12  MR. SERBAGI: Objection to form.
13  A. No.
14  Q. Is there anyone at SFA who would
15  have that responsibility?
16  A. What responsibility are you
17  referring to?
18  Q. The question is: Is there anyone
19  else at SFA who would have that
20  responsibility?
21  A. Not necessarily. I'm not sure
22  that it is a specific responsibility that
23  he has in the company.
24  Q. I'm going to ask you to look at
25  page 4, paragraph 11 of the complaint.

**Page 116**

1  Stevens
2  called back, she'll testify only to
3  matters that the judge orders. This
4  is currently the subject to a motion,
5  and I told you that the subject of
6  this deposition is the Rizzoli and
7  Ballantine books.
8  MR. SLOTNICK: I told you that
9  was not acceptable to me.
10  MR. SERBAGI: You can call her
11  back and we'll let the judge decide.
12  MR. SLOTNICK: I can ask the
13  question and you can direct the
14  witness not to answer. I'm going to
15  control my deposition however I choose
16  to control it. If you wish to tell
17  her to not answer, that's fine. If
18  you want to walk out of here, that's
19  fine too and we'll address that. I'm
20  asking the questions I want to ask.
21  If you're telling her not to answer
22  that is certainly your right until a
23  judge tells you otherwise.
24  So what was the question, please?
25  (Record read)

| Page 115 | Page 117 |
|---|---|

**Page 115**

1  Stevens
2  A. Okay.
3  Q. Do you know who required your
4  grandfather to be on the movie set of 7
5  Year Itch?
6  MR. SERBAGI: Objection to form.
7  A. As stated in paragraph 11?
8  Q. Yes.
9  A. No, I do not.
10  Q. Do you know if there is anyone at
11  SFA who would know that?
12  A. No, I do not.
13  Q. In preparation for today's
14  deposition, did you inquire as to your
15  grandfather's role in the context of --
16  your grandfather's role with respect to at
17  least the 7 Year Itch?
18  MR. SERBAGI: Objection to form.
19  This is all the subject of a motion
20  for a protective order.
21  MR. SLOTNICK: Has the motion
22  been decided?
23  MR. SERBAGI: We had an agreement
24  that this is a motion for a protective
25  order. If the witness needs to be

**Page 117**

1  Stevens
2  MR. SERBAGI: Hold on. Don't
3  answer that question yet.
4  I direct you not to answer.
5  MR. SLOTNICK: I have a series of
6  questions regarding Sam Shaw's
7  participation in shooting the flying
8  skirt series of photographs relating
9  to 1954. They have nothing to do with
10  the Ballantine book or the Rizzoli
11  book. I can ask a series of
12  questions, or are you going to direct
13  her not to answer that and then we can
14  move on?
15  MR. SERBAGI: One second.
16  If they have nothing to do with
17  Rizzoli and Ballantine book, you
18  should move on to another topic.
19  MR. SLOTNICK: So you're
20  directing her not to answer?
21  MR. SERBAGI: Yes. Based on your
22  representation that they have nothing
23  to do with the Rizzoli and Ballantine
24  book.
25  MR. SLOTNICK: They have to do

**30 (Pages 114 to 117)**

Melissa Stevens

| Page 118 | Page 120 |
|---|---|

**Page 118**

1      Stevens
2   with the creation of the flying skirt
3   series, which to my knowledge took
4   place before the Ballantine or Rizzoli
5   books. I'm trying to determine things
6   that happened in the creation of those
7   photographs, that's my line of
8   questioning. If you want to direct
9   her not to answer those --
10      MR. SERBAGI: Based on your
11   representation a minute ago that they
12   have nothing to do with the Rizzoli
13   and Ballantine books, I'm directing
14   the witness not to answer.
15      MR. SLOTNICK: They have
16   something to do in that they were
17   created and they are in the books.
18      MR. SERBAGI: To the extent that
19   they are in the books, you can ask
20   those questions. That's not what you
21   said earlier.
22   Q.  I'm going to direct your attention
23   to paragraph 14 of the complaint.
24   A.  Okay.
25   Q.  Okay.

**Page 120**

1      Stevens
2   stamped Saturday as it says in paragraph
3   14, I really don't -- it doesn't say
4   anything more than that for that day, so
5   it would be hard for me to figure out the
6   answer to your question.
7   Q.  Well, why don't we do this, why
8   don't we leave a couple of lines blank in
9   the deposition transcript, and when you
10   are reviewing the transcript you can
11   determine from the SFA files what, if
12   anything, the profile shot is and identify
13   it, and if it hasn't been produced,
14   produce it.
15      MR. SERBAGI: Objection.
16   A.  Is that a question?
17      MR. SERBAGI: No, it's just a
18   statement.
19      MR. SLOTNICK: No, it's a
20   request.
21   INSERT: _____
22
23   Q.  Would you look at paragraph 13 for
24   a moment, please?
25   A.  Okay.

| Page 119 | Page 121 |
|---|---|

**Page 119**

1      Stevens
2      Paragraph 14 hopefully provides a
3   more detailed explanation of what the
4   profile shot was.
5      Does having this additional
6   information give you any better idea of
7   what the flying skirt profile shot was?
8      MR. SERBAGI: Objection to form.
9   A.  No, it does not.
10   Q.  So you are unfamiliar with what
11   your grandfather called the profile shot
12   taken at 20th Century Fox's Hollywood lot?
13      MR. SERBAGI: Objection to form.
14   A.  It's possible that I'm familiar
15   with a particular photo that he is
16   referring to when he says profile shot. I
17   would have to see the photo, and then I
18   can tell you if I'm familiar with the
19   photo.
20   Q.  Are the photos at SFA organized in
21   such a way that you can determine what was
22   shot at the 20th Century lot on that day?
23      MR. SERBAGI: Objection to form.
24   A.  That's a difficult question to
25   answer. If I have a contact sheet that is

**Page 121**

1      Stevens
2   Q.  This gives more detail with
3   respect to the profile flying skirt shot.
4      Does this refresh your
5   recollection in any way as to what the
6   shot is?
7      MR. SERBAGI: Objection to form.
8   A.  I'm familiar with photographs that
9   generally fit the description as stated in
10   paragraph 13.
11   Q.  You have no reason to dispute the
12   characterization that that is the most
13   famous of the photographs?
14      MR. SERBAGI: Objection to form.
15   A.  Can you repeat the question,
16   please?
17      (Record read)
18      MR. SERBAGI: Same objection.
19   A.  I will neither dispute nor affirm
20   that characterization. I can't.
21   Q.  I believe you testified generally
22   earlier today that you were familiar with
23   those photographs characterized as the
24   flying skirt series, correct?
25   A.  I'm familiar with the flying skirt

**ESQUIRE DEPOSITION SERVICES, LLC.**
**1-800-944-9454**

Melissa Stevens

**Page 122**

1        Stevens
2    series, yes.
3        Q.   And I believe you testified that
4    certain of those photographs have been
5    published?
6        MR. SERBAGI:  Objection.
7        A.   I have seen photographs of Marilyn
8    Monroe with her skirt flying in the air
9    and they are in the Rizzoli book right
10   here.
11       Q.   Have you seen them in any other
12   book?
13       MR. SERBAGI:  Objection.  That's
14   not the subject of this deposition.
15   I direct you not to answer.
16       Q.   So you will not answer any
17   question regarding publication these
18   photograph in any other book or
19   publication; is that correct?
20       A.   My attorney has advised me to
21   answer with respect to Rizzoli and
22   Ballantine only.
23       Q.   Do you know whether your
24   grandfather left any files, notes,
25   regarding his work on the 7 Year Itch?

**Page 123**

1        Stevens
2        MR. SERBAGI:  Objection.
3        A.   Could you please be more specific?
4        Q.   Within the SFA files, other than
5    photographic material, is there anything
6    in the files relating to the 7 Year Itch?
7        MR. SERBAGI:  As pertaining to
8    Rizzoli and Ballantine, you may
9    answer.
10       A.   It's hard for me to say whether or
11   not the documents I have seen in SFA's
12   files are necessarily -- have necessarily
13   been left by Sam Shaw as you asked.  For
14   preparation today, I have seen documents
15   that relate to photographs in the Rizzoli
16   and Ballantine book.  Some of those
17   photographs are from the 7 Year Itch.
18       Q.   Are you familiar with your
19   grandfather's handwriting?
20       A.   Yes, I am.
21       Q.   Are there documents within the SFA
22   files in his handwriting written
23   contemporaneous with the filming of the 7
24   Year Itch in 1954?
25       MR. SERBAGI:  Objection to form.

**Page 124**

1        Stevens
2        You can answer with respect to
3    Rizzoli and Ballantine.
4        A.   Not that I have seen.
5        Q.   Is there anyone who might have a
6    clearer understanding of whether such
7    documents exist in the SFA files?
8        A.   I really don't know.
9        Q.   Would documents regarding the work
10   done by Sam Shaw be part of the SFA
11   archives?
12       MR. SERBAGI:  Objection to form.
13   (Record read)
14       MR. SERBAGI:  Same objection.
15       A.   With respect to Rizzoli and
16   Ballantine, if documents exist, they could
17   be considered part of company records.
18       Q.   Would they be part of the
19   archives?
20       A.   I consider our archive to be
21   photographs, images, prints, negatives, et
22   cetera.
23       Q.   So the written word by Sam Shaw
24   would not be part of the archives
25   according to your characterization?

**Page 125**

1        Stevens
2        A.   Not necessarily.  The written word
3    could be considered a part of our
4    collection.
5        Q.   And they would be maintained as
6    part of the archives?
7        A.   Sam Shaw's writing would be
8    maintained.
9        Q.   As part of the archives?
10       A.   Maybe it is a question of
11   semantics of whether or not you consider
12   it part of the archive, but I certainly
13   would like to preserve all of his writing.
14   He was a fabulous writer.
15       Q.   Are you familiar with a 1972
16   poster of Marilyn Monroe from the 7 Year
17   Itch?
18       MR. SERBAGI:  Objection.
19       You can answer as to Rizzoli and
20   Ballantine.
21       A.   If you would like to show me
22   something in particular, I could respond
23   better.
24       Q.   Well, then I think you're going to
25   have to produce the poster from your

32 (Pages 122 to 125)

Melissa Stevens

**Page 126**

1          Stevens
2  files.
3          MR. SERBAGI:  Objection.
4          MR. SLOTNICK:  We'll ask for it.
5  Your grandfather stated that in 1972,
6  there was a poster of the photograph
7  of the profile flying skirt and we
8  would like a copy of that produced.
9          MR. SERBAGI:  We'll take it under
10  advisement.
11     Q.  Have you ever seen a poster of the
12  profile skirt photograph?
13         MR. SERBAGI:  Objection to form.
14     A.  I do not remember seeing a poster
15  such as you have described, however, I'm
16  happy to look at any poster or document
17  that you would like to show me and it
18  might help to refresh my recollection.
19     Q.  I'll ask you to refer to your own
20  archives and see if there's a poster of
21  the 1972 flying skirt, and we'll leave a
22  space in the record for you to identify
23  what you found.
24         MR. SERBAGI:  Objection.
25  INSERT:

**Page 127**

1          Stevens
2  _____
3     Q.  I'm going to ask you to look at
4  paragraphs 21 and 22 of the complaint.
5     A.  Okay.
6     Q.  Are you familiar with the book,
7  Marilyn?
8         MR. SERBAGI:  Objection.
9         I direct you not to answer unless
10  it pertains to Rizzoli and Ballantine.
11         MR. SLOTNICK:  So any questions
12  regarding the book of Marilyn, you're
13  directing her not to answer?
14         MR. SERBAGI:  Yes.
15         Would you like to take a break?
16         MR. SLOTNICK:  We can take a
17  break now.
18         (Thereupon, a recess was taken,
19  and then the proceedings continued as
20  follows:)
21         (Defendants' Exhibit 7,
22  Authorization to File Copyright, marked
23  for identification, as of this date.)
24  BY MR. SLOTNICK:
25     Q.  The reporter just handed you

**Page 128**

1          Stevens
2  Defendants' Exhibit 7, which is identified
3  as authorization to file copyright.
4         Have you seen this document
5  before?
6     A.  Yes.
7     Q.  When was that?
8     A.  Sometime in the past week.
9     Q.  And that was in preparation for
10  today?
11     A.  Yes.
12     Q.  Is that your grandfather's
13  signature?
14         MR. SERBAGI:  Objection.
15     Q.  Are you familiar with your
16  grandfather's signature?
17     A.  I am familiar with his signature.
18     Q.  Does that appear to you that that
19  is his signature?
20     A.  It looks familiar, but, of course,
21  I didn't see him sign it.
22     Q.  Do you know what registration is
23  referred to in this authorization?
24         MR. SERBAGI:  Objection.
25     A.  No, I do not.

**Page 129**

1          Stevens
2     Q.  Are you familiar with apparently a
3  lawsuit called Dalman/Shaw versus
4  Hallmark?
5     A.  I'm not.
6     Q.  So you're not familiar with what
7  copyright was involved in this litigation?
8         MR. SERBAGI:  Objection.
9         I direct you not to answer unless
10  it pertains to Rizzoli and Ballantine.
11         MR. SLOTNICK:  How would we know?
12         MR. SERBAGI:  That's why I said
13  unless.  Those are the magic words.
14     A.  If you would like to show me some
15  images that relate to this, I'm happy to
16  try to answer more thoroughly.
17     Q.  Let's do it a different way.
18         When you saw this document, did
19  you ask anyone who it referred to?
20     A.  It is my understanding that this
21  document is one page and is part of a
22  larger document.  I really cannot recall
23  right now the larger document it refers
24  to.  If you could refresh my recollection.
25     Q.  Since these documents came from

33 (Pages 126 to 129)

Melissa Stevens

**Page 130**

1        Stevens
2 your files and this is a single document,
3 I'm not sure if there is a larger
4 document, but we will ask you to produce
5 whatever document there is that is part of
6 this larger document.
7      But let's go back to my question.
8      Did you ask anyone after seeing
9 this document what the Dalman/Shaw versus
10 Hallmark related to?
11    A.  Let me answer that question by
12 qualifying my last answer.
13    Q.  Okay.
14    A.  You've just handed me a single
15 piece of paper, and I believe that when I
16 was reading this the first time I saw it
17 that it was part of a larger context.
18    Q.  Okay.
19    A.  So if you would like to show me
20 other documents that refer to the larger
21 context, I might be able to remember
22 better.
23    Q.  Since you seem to have the
24 advantage of seeing the documents that
25 were part of the larger context, why don't

**Page 131**

1        Stevens
2 you produce the other documents that are
3 part of the larger context and we can see
4 if we'll have an opportunity to ask you
5 those questions at a later time?
6     THE WITNESS: Can I respond to
7 that?
8     MR. SERBAGI: No. I mean, there
9 is not a question, but --
10    A.  Can I qualify my answer?
11    Q.  Go ahead.
12    A.  I guess it wasn't a question. I
13 won't respond.
14    Q.  Whether there is a single document
15 or a larger document, did you discuss the
16 Dalman/Shaw versus Hallmark case with
17 anyone else?
18     MR. SERBAGI: Objection.
19    A.  I don't remember. No, I don't
20 think so.
21    Q.  So if you don't remember, then you
22 don't know whether this has anything to do
23 with Rizzoli or Ballantine?
24    A.  I do not know whether or not this
25 document has anything to do with Rizzoli

**Page 132**

1        Stevens
2 or Ballantine.
3     MR. SLOTNICK: Let's mark this as
4 Defendants' Exhibit 8.
5     (Defendants' Exhibit 8,
6 Certificate of Registration, marked for
7 identification, as of this date.)
8 BY MR. SLOTNICK:
9    Q.  I'm going to ask you to look at
10 what's been marked as Defendants' Exhibit
11 8.
12     Have you seen this document
13 before?
14    A.  Yes, I have.
15    Q.  And do you know what it is?
16    A.  Yes.
17    Q.  What is it?
18    A.  It's a certificate of registration
19 with the United States copyright office.
20    Q.  And you know that because you have
21 read that from the top of the document?
22    A.  I see an official seal, yes.
23    Q.  Are you familiar with a work
24 entitled, Sam and Marilyn?
25    A.  I see that on this document. Sam

**Page 133**

1        Stevens
2 and Marilyn is typed in under title of his
3 work.
4    Q.  Are you familiar with what that
5 work is?
6    A.  It is my understanding from this
7 document that Sam and Marilyn is the title
8 to a compilation of photo images and text
9 in Marilyn Monroe, The Life, The Myth.
10    Q.  And you see that because you're
11 reading what's in section one of the
12 document?
13    A.  That is correct.
14    Q.  Have you ever seen the work
15 entitled Sam and Marilyn?
16    A.  Well, the work entitled Sam and
17 Marilyn refers to a compilation of photo
18 images and text in the Marilyn Monroe, The
19 Life, The Myth Rizzoli book. Unless the
20 photos are attached to this registration,
21 it's hard for me to verify.
22    Q.  Fair enough.
23     Why don't we look down at the
24 bottom right-hand corner. You will see
25 application received February 10, 1997,

34 (Pages 130 to 133)

Melissa Stevens

## Page 134

1  Stevens
2  and then you will see one deposit received
3  and there are two dates, 6-4-96 and
4  November 3, 1997.
5    Did you look to see what the
6  deposit was that was received with this
7  registration?
8    MR. SERBAGI: Objection to form.
9    A. I did look up copyright
10  registrations for Sam Shaw on the website
11  of the United States copyright office.
12    Q. What did you find?
13    A. I believe that VA880-127 is
14  publicly available on that website.
15    Q. Did you look within the SFA files
16  or archives for the copy deposited of this
17  work, Sam and Marilyn?
18    A. Yes, I did.
19    Q. And what did you find?
20    A. I really don't remember.
21    Q. This was last week. You don't
22  recall seeing a photograph entitled Sam
23  and Marilyn in the files?
24    MR. SERBAGI: Objection. Asked
25  and answered.

## Page 135

1  Stevens
2    A. I'll say again that Sam and
3  Marilyn is the title of a work. In the
4  nature of that work is compilation of
5  photo images and text. I believe this
6  information is publicly available. If you
7  would like to show me what is on deposit
8  with the Library of Congress, then perhaps
9  it will refresh my memory.
10    Q. Well, it may be publicly
11  available, but it is also available
12  through your files, and I'm going to ask
13  you to produce copies of the actual
14  deposit copy that went with this form
15  VA --
16    MR. SERBAGI: Objection.
17    Q. Just so we're clear, you
18  understand the publication, Marilyn
19  Monroe, The Life, The Myth is what we have
20  been referring to as the Rizzoli book?
21    A. I do understand that.
22    MR. SLOTNICK: Let me mark this
23  as Exhibit 9.
24    (Defendants' Exhibit 9,
25  Application for Registration, marked

## Page 136

1  Stevens
2  for identification, as of this date.)
3  BY MR. SLOTNICK:
4    Q. The reporter has just handed you
5  what's been marked as Defendants' Exhibit
6  9, which is an application for
7  registration identified by the number
8  A193450, name of Sam Shaw, the title of
9  the work is, Marilyn Monroe As The Girl.
10    Have you seen this document
11  before?
12    A. Yes, I have.
13    Q. Do you know what this is a
14  registration for?
15    A. I believe it is a registration for
16  Marilyn Monroe As The Girl.
17    Q. And do you understand that Marilyn
18  Monroe As The Girl has been referred to by
19  us today as the Ballantine book?
20    A. Yes.
21    MR. SLOTNICK: Just so we have it
22  all together, let's mark this.
23    (Defendants' Exhibit 10, Marilyn
24  Monroe As The Girl, marked for
25  identification, as of this date.)

## Page 137

1  Stevens
2  BY MR. SLOTNICK:
3    Q. I'm not sure how many specific
4  questions I have about that.
5    Have you seen this book before?
6    A. I have seen photocopies of some of
7  the images in the book.
8    Q. But you have never seen the book
9  as a book?
10    A. No.
11    Q. Do you know who Stanley Kaufman
12  is -- was?
13    A. Reading from Exhibit 9, Stanley
14  Kaufman is one of the authors of Marilyn
15  Monroe As The Girl.
16    Q. But independent of that, you have
17  no knowledge of who Stanley Kaufman is?
18    A. No.
19    Q. And have you seen this temporary
20  registration certificate in your files, in
21  the SFA files?
22    A. I don't know.
23    Q. How would SFA file a document such
24  as this?
25    MR. SERBAGI: Objection to form.

35 (Pages 134 to 137)

Melissa Stevens

**Page 138**

1          Stevens
2     Q.   How would you maintain it in your
3   files?
4          MR. SERBAGI:  Objection to form.
5     A.   Could you be more specific,
6   please?
7     Q.   You mentioned before that you have
8   seen registration certificates, and we
9   talked about the archives being certain
10  materials, and then you have file cabinets
11  presumably with contracts and other
12  documents.
13         I'm asking if there is a -- does
14  SFA maintain copyright certificates in a
15  specific location or in some specific
16  filing manner?
17         MR. SERBAGI:  Objection to form.
18    A.   Generally speaking, SFA keeps
19  binders of our files.  I have seen a
20  binder with copyright registration related
21  documents.
22    Q.   When you say related documents,
23  you mean things like a registration
24  application or certificate?
25    A.   Things of that nature, yes.

**Page 139**

1          Stevens
2     Q.   What other things of that nature
3   would be within the binder?
4     A.   For example, a cover letter.
5     Q.   Cover letter to the copyright
6   office?
7     A.   Yes.
8     Q.   Would such documents be maintained
9   anywhere other than in this binder?
10         MR. SERBAGI:  Objection.
11    A.   I believe they are publicly
12  available.
13    Q.   I'm talking about at SFA.
14    A.   At SFA?  I don't see a reason why
15  we would have them in multiple places.  I
16  would imagine they would be categorized by
17  subject matter.
18    Q.   Within this binder?
19    A.   Yes.
20    Q.   Is there more than one binder?
21    A.   For what?
22    Q.   For copyright registration related
23  material?
24    A.   Yes.
25    Q.   How many?

**Page 140**

1          Stevens
2     A.   I really don't know how many.
3     Q.   More than five?
4     A.   I'll say more than two definitely.
5     Q.   And these were typical looseleaf
6   binders?
7          MR. SERBAGI:  Objection to form.
8     A.   They were not Trapper Keepers, if
9   that's what you're asking.  We have
10  regular office quality binders.
11    Q.   Did you say they are not fabric
12  keepers?
13    A.   Trapper Keepers.  It's a joke from
14  the 1980s.  I'm dating myself.
15    Q.   You should be the one in this room
16  dating yourself.  But I do know what
17  you're talking about.
18         So there are two of these binders
19  that you're familiar with.  Did you view
20  these binders in preparation for today's
21  deposition?
22    A.   Yes, I did.
23    Q.   Did you review this specific
24  registration certificate for Marilyn
25  Monroe As The Girl?

**Page 141**

1          Stevens
2     A.   I have seen these two pieces of
3   paper, Exhibit 9 -- I believe I saw them
4   as part of the production of this case,
5   the claims that we're here to talk about
6   today.
7     Q.   Have you seen any other
8   registration certificates for Marilyn
9   Monroe As The Girl.
10    A.   I don't remember.
11    Q.   I'm going to ask you to review
12  files and produce to us any other
13  registrations that SFA has with respect to
14  Marilyn Monroe As The Girl, or any of the
15  specific individual photographs within
16  Marilyn Monroe.
17         MR. SERBAGI:  We'll take your
18  request under advisement.
19         MR. SLOTNICK:  Let's mark this as
20  Exhibit 11.
21         (Defendants' Exhibit 11, Letter,
22  marked for identification, as of this
23  date.)
24  BY MR. SLOTNICK:
25    Q.   Take a look at that and tell me if

36 (Pages 138 to 141)

Melissa Stevens

| Page 142 |
|---|

1          Stevens
2   you have seen it before.
3          Have you seen this letter before?
4   A.   Yes.
5   Q.   And when was that?
6   A.   Sometime in this past week.
7   Q.   In preparing for today?
8   A.   Correct.
9   Q.   Do you know what Marilyn Monroe
10  book is referred to in the letter?
11  A.   I do not.
12  Q.   Did you inquire with anyone else
13  at SFA about the Marilyn Monroe book or
14  this piece of paper?
15  A.   I did not.
16  Q.   Do you know which pictures are
17  referred to in this letter?
18  A.   I do not.
19  Q.   Do you know what the Motion
20  Picture and Television Photo Archive is?
21  A.   No.
22      (Defendants' Exhibit 12,
23  Photocopy of Book, Marilyn Among
24  Friends, marked for identification, as
25  of this date.)

| Page 143 |
|---|

1          Stevens
2   BY MR. SLOTNICK:
3   Q.   I'm going to ask you to take a
4   look at what's been marked as Defendants'
5   Exhibit 12, which is the photocopy of the
6   book entitled, Marilyn Among Friends, Sam
7   Shaw and Norman Rosten, R-O-S-T-E-N.
8          Have you seen this book in an
9   actual book form before?
10  A.   The book Marilyn Among Friends?
11  Q.   Yes.
12  A.   Yes, I have.
13  Q.   Where have you seen it?
14      MR. SERBAGI:  I'm going to direct
15  you not to answer regarding this book
16  unless it pertains to Rizzoli and
17  Ballantine.
18      MR. SLOTNICK:  So you're
19  directing the witness not to answer
20  that question?
21      MR. SERBAGI:  Unless it pertains
22  to Rizzoli and Ballantine.
23      MR. SLOTNICK:  I'm trying to
24  determine if she has seen the book.
25  A.   I have seen the book.

| Page 144 |
|---|

1          Stevens
2   Q.   When and where?
3   A.   I've seen it at my mother's house.
4   Q.   May I ask you to look at pages --
5   we see at the bottom there are numbers
6   SFA01059, 01060, let's go through 62,
7   although there may be more.
8          You have seen these photographs
9   before?
10  A.   Uh-huh.
11  Q.   You can confirm this, but I
12  believe those same photographs are in the
13  Rizzoli book; is that not correct?
14      MR. SERBAGI:  Objection.
15  Q.   Just compare, 46 and 47.
16  A.   Document 01059 is -- appears to be
17  the same as page 146 in Rizzoli.  Yes, the
18  rest of the pages you have asked me to
19  look at appear to be the pages from the
20  Rizzoli book.
21      MR. SLOTNICK:  Let's mark this as
22  Defendants' Exhibit 13.
23      MR. SERBAGI:  I want to note one
24  thing for the record, Mr. Slotnick,
25  that this book that you have produced,

| Page 145 |
|---|

1          Stevens
2   that you have identified as Exhibit
3   12, was not produced to you in the
4   manner that you have clipped it
5   together like this.
6      MR. SLOTNICK:  How was it
7   produced?
8      MR. SERBAGI:  I want to note that
9   it is misleading to have clipped it
10  like this because this does not
11  constitute what is -- the front page
12  says Marilyn Among Friends.  Clipping
13  it like this leads one to the
14  conclusion that they came together
15  like this.
16      MR. SLOTNICK:  How did you
17  produce it?
18      MR. SERBAGI:  As separate pages.
19      MR. SLOTNICK:  Is there a
20  question as to whether this is a book?
21  Are you raising that as an issue?
22      MR. SERBAGI:  I'm not testifying.
23  I'm just noting for the record that it
24  wasn't produced in this manner.
25  Somebody is trying to make it seem as

37 (Pages 142 to 145)

Melissa Stevens

**Page 146**

1        Stevens
2   if it was when it wasn't.
3        MR. SLOTNICK:  We're not making
4   any representations.  It is my
5   understanding that this is the book.
6   I could be wrong.
7        MR. SERBAGI:  Why don't you ask
8   the witness since you're not the one
9   testifying.
10       MR. SLOTNICK:  Sure.
11   Q.  Have you seen the book, Marilyn
12   Among Friends?
13   A.  I have seen the book, Marilyn
14   Among Friends.
15   Q.  Is it your testimony that this is
16   not Marilyn Among Friends or any portion
17   of it is not Marilyn Among Friends?
18   A.  There are portions that are --
19   that appear to be from the book, Marilyn
20   Among Friends, however, there are
21   photocopies of products, mugs, tags,
22   receipts, and photos from the Rizzoli
23   book, or to clarify, photocopies of pages
24   from the Rizzoli book.
25   Q.  Is it your understanding that

**Page 147**

1        Stevens
2   pages 01059060, 061, 062 are not from
3   Marilyn Among Friends; is that your
4   understanding?
5   A.  Which ones did you say?
6   Q.  The ones that are -- match up to
7   the Rizzoli book?
8   A.  These are not pages from the book,
9   Marilyn Among Friends.
10       MR. SLOTNICK:  And you're
11   otherwise directing the witness not to
12   answer any questions regarding Marilyn
13   Among Friends?
14       MR. SERBAGI:  Correct.  Unless it
15   somehow relates to Rizzoli and
16   Ballantine.
17   Q.  Since SFA produced this book and
18   since SFA has stated in what was its
19   second amended complaint that it includes
20   the flying skirt photograph most
21   prominently displayed, I guess I'm going
22   to have to ask the witness, are these
23   photographs in Marilyn Among Friends, and
24   if not, which ones are?
25       MR. SERBAGI:  Objection.

**Page 148**

1        Stevens
2   A.  I think that is a compound
3   question.  Can you rephrase that, please?
4   Q.  Sure.
5        Which photographs, are there any
6   photographs among this group of what is
7   Exhibit 12, which are part of the flying
8   skirt series and found in Marilyn Among
9   Friends?
10   A.  Well, in order to answer that
11   question, I would have to have the book,
12   Marilyn Among Friends.
13   Q.  Well, it appears that you didn't
14   produce the book, so we'll ask you to
15   produce the book.
16       MR. SERBAGI:  We'll take your
17   request under advisement.
18       MR. SLOTNICK:  Let's mark this as
19   Exhibit 13.
20       (Defendants' Exhibit 13,
21   Document, marked for identification, as
22   of this date.)
23   BY MR. SLOTNICK:
24   Q.  Have you seen this document
25   before?

**Page 149**

1        Stevens
2   A.  Yes.
3   Q.  When?
4        MR. SERBAGI:  I direct you not to
5   answer the questions regarding this
6   document unless it pertains to the
7   Rizzoli and Ballantine books.
8        MR. SLOTNICK:  Let's move on.
9        MR. SERBAGI:  Get to the ones
10   that do.  We're going to have a
11   standing objection.
12       MR. SLOTNICK:  We've gotten to
13   Rizzoli and we've gotten to
14   Ballantine.  So let's just move it
15   along.
16       Why don't we take a five minute
17   break.
18       (Thereupon, a recess was taken,
19   and then the proceedings continued as
20   follows:)
21   BY MR. SLOTNICK:
22   Q.  Couple more questions and then we
23   can finish up.
24       We talked briefly, maybe not so
25   briefly, about these binders that have the

38 (Pages 146 to 149)

Melissa Stevens

| Page 150 | Page 152 |
|---|---|
| 1          Stevens | 1          Stevens |
| 2 registration information. Do you recall? | 2    A.  Can you repeat the question, |
| 3    A.  Yes. | 3 please? |
| 4    Q.  I take it those binders have | 4    (Record read) |
| 5 registration information regarding | 5    A.  No. |
| 6 photographs that are not just of Marilyn | 6    Q.  Now, when you said before that |
| 7 Monroe; is that correct? | 7 there were at least two binders of |
| 8    A.  I don't know. | 8 registration material, were you saying |
| 9    Q.  Did you review the binders? | 9 that those binders were limited to Marilyn |
| 10    A.  In preparation for today's | 10 Monroe material? |
| 11 deposition, I reviewed binders relevant to | 11    A.  I did not say that. |
| 12 today's topics. | 12    Q.  I'm asking you now. |
| 13    Q.  Were there binders that were | 13    A.  However, I saw at least two |
| 14 specifically relevant to today's | 14 binders with information related to |
| 15 deposition? | 15 Marilyn Monroe. |
| 16        MR. SERBAGI:  Objection to form. | 16        MR. SLOTNICK:  We're going to ask |
| 17    A.  I reviewed copyright registrations | 17 for the production of those binders. |
| 18 relevant to today's topics, Rizzoli and | 18        MR. SERBAGI:  We'll take it under |
| 19 Ballantine. | 19 advisement. |
| 20    Q.  And were those in a binder? | 20        MR. SLOTNICK:  I have no further |
| 21    A.  I recall seeing the Rizzoli | 21 questions. |
| 22 registration, Exhibit 8, among our company | 22 Ted, do you have anything to say? |
| 23 files. | 23        MR. MINCH:  You guys have well |
| 24    Q.  You testified before that you saw | 24 covered it.  I have nothing to add. |
| 25 registration certificates or registration | 25 On behalf of CMG Worldwide, Inc., we |

| Page 151 | Page 153 |
|---|---|
| 1          Stevens | 1          Stevens |
| 2 certificates were kept in a binder or | 2 request a copy of the transcript of |
| 3 binders. I'm asking then in preparation | 3 this deposition today. |
| 4 for today, when you saw the Rizzoli | 4        MR. SERBAGI:  I would like to |
| 5 registration, was that in a binder or was | 5 request on the record copies of the |
| 6 that outside of a binder? | 6 books that you have marked as exhibits |
| 7    A.  In preparation for today, I saw | 7 but have not provided to me. |
| 8 Exhibit 8 in a binder. | 8        MR. SLOTNICK:  Sure, it's that |
| 9    Q.  And was that in a binder with | 9 and Ballantine. |
| 10 other registration certificates? | 10        MR. SERBAGI:  I'll note for the |
| 11    A.  I believe so. | 11 record that I have seen some documents |
| 12    Q.  And were the other registration | 12 that you have marked as exhibits today |
| 13 certificates reviewed by you in | 13 that were not included in your |
| 14 preparation for today? | 14 document production to us, but were |
| 15    A.  I have flipped through the binder. | 15 clearly responsive to a number of |
| 16    Q.  And in flipping through the | 16 requests, so we would like you to |
| 17 binder, did you see registrations that | 17 supplement your production. |
| 18 pertained to photographs other than | 18 |
| 19 Marilyn Monroe? | 19 |
| 20        MR. SERBAGI:  Objection.  What's | 20 |
| 21 the relevance of this? | 21 |
| 22        MR. SLOTNICK:  I'm trying to | 22    (Continued on the following |
| 23 narrow the field as to what there is | 23    page to include the jurat. |
| 24 and isn't.  The witness testified what | 24 |
| 25 the variety was. | 25 |

ESQUIRE DEPOSITION SERVICES, LLC.
1-800-944-9454

Melissa Stevens

## Page 154

1    Stevens
2        MR. SLOTNICK:  You can have a
3    copy of these.  Do you want the
4    originals to be bound in with the
5    transcript?
6        Why don't you do that?
7        (Time noted:  3:41 p.m.)
8
      _____
9        MELISSA STEVENS
10
11   Subscribed and sworn to before me
12   this ___ day of _____, 2007.
13
14   _____
15   _____
16
17
18
19
20
21
22
23
24
25

## Page 155

1
2        ------------ I N D E X ------------
3    WITNESS    EXAMINATION BY         PAGE
4    STEVENS    MR. SLOTNICK           4
5
6    ---------- INFORMATION REQUESTS ----------
7    REQUESTS:
8    INSERT                  120
9    Poster of the photograph of the
     profile flying skirt    126
10
11   INSERT                  126
12   Document                130
13   Copies of the actual deposit copy 135
14   Registrations that SFA has with
     respect to Marilyn Monroe As The
15   Girl, or any of the specific
     individual photographs within
16   Marilyn Monroe            141
17   Marilyn Among Friends     148
18   Binders                 152
19   Copies of books marked    153
20   Copies of exhibits        153
21
22   ------------ EXHIBITS ------------
23   DEFENDANTS' EXHIBITS      FOR ID.
24   1 Notice of Deposition    9
25   2 Book entitled, Marilyn Monroe,
     The Life, The Myth        48

## Page 156

1
2    ---------------- EXHIBITS ----------------
3    DEFENDANTS' EXHIBITS              FOR ID.
4    3 Complaint                  54
5    4 Decision dated March 19, 1999      61
6    5 Rule 56.1 Statement        64
7    6 Complaint                  100
8    7 Authorization to File Copyright    127
9    8 Certificate of Registration    132
10   9 Application for Registration   135
11   10 Marilyn Monroe As The Girl    136
12   11 Letter                    141
13   12 Photocopy of Book, Marilyn Among
        Friends                  142
14
     13 Document                 148
15
16
17
18
19
20
21
22
23
24
25

## Page 157

1
2        C E R T I F I C A T E
3    STATE OF NEW YORK   )
4                       : ss.
5    COUNTY OF NEW YORK  )
6
7        I, Adrienne M. Mignano, a Notary
8    Public within and for the State of New
9    York, do hereby certify:
10       That MELISSA STEVENS, the witness
11   whose deposition is hereinbefore set
12   forth, was duly sworn by me and that
13   such deposition is a true record of the
14   testimony given by the witness.
15       I further certify that I am not
16   related to any of the parties to this
17   action by blood or marriage, and that I
18   am in no way interested in the outcome
19   of this matter.
20       IN WITNESS WHEREOF, I have
21   hereunto set my hand this 17th day of
22   December, 2007.
23
24   _____
25       ADRIENNE M. MIGNANO

40 (Pages 154 to 157)

Melissa Stevens

| A | | | |
|---|---|---|---|
| **abide** 41:22 | **ago** 5:24 6:7,18 | 67:14 68:3 70:7 | 136:6 138:24 | 66:21 70:5 |

**abide** 41:22
**ability** 4:24
**able** 51:17 130:21
**Absolutely** 7:9
**accept** 82:20
**acceptable** 116:9
**access** 34:14
**accountant** 11:7
   22:17 97:6
**accounting** 13:13
   66:4
**accurate** 7:2 19:7
   20:17,20 23:13
   72:2,16
**acting** 15:17
**action** 54:23
   57:19,23 100:21
   157:17
**activities** 4:14
   20:9
**actual** 135:13
   143:9 155:12
**add** 152:24
**addition** 68:10
   106:6
**additional** 119:5
**address** 5:16
   39:13 116:19
**Adrienne** 1:24
   2:10 157:7,24
**advantage** 130:24
**advice** 42:4,10
   70:10 113:3
**advised** 42:9
   122:20
**advisement**
   126:10 141:18
   148:17 152:19
**advising** 110:8
**affiliated** 93:8
**affirm** 121:19
**afield** 84:7,11,14
**agent** 93:13,18
**ages** 9:7

**ago** 5:24 6:7,18
   7:10,15,17 45:9
   57:17 70:15
   118:11
**agree** 36:22 58:14
   108:2
**agreed** 109:2
**agreement** 14:18
   14:25 15:20
   35:18,22 36:2,9
   36:18 115:23
**agreements** 13:11
   13:15,17,20
   14:15,21,24
   15:7,11,12,16
   16:7,13,18 17:2
   35:21 36:3,6
   66:8 93:19
   100:13 114:10
**agrees** 36:25
**ahead** 36:21 67:11
   79:5 113:2
   131:11
**air** 122:8
**alive** 82:7 89:24
   101:18 102:17
   113:9,22 114:3
**alleged** 113:19
**allowed** 37:12
   38:2 85:17
**alluded** 48:5
**altered** 31:8
**amended** 147:19
**amount** 86:15
**answer** 4:24,25
   5:6 8:19 13:23
   14:20 18:8
   25:13 26:5 27:7
   28:6,23 31:22
   34:24 36:22
   39:18 41:14,23
   42:3,6 43:16
   47:10,19 51:18
   53:12 55:24
   56:23 65:11,20

67:14 68:3 70:7
   70:9,10 72:24
   76:2,4,20 82:20
   84:17,19 85:12
   86:18,19,24
   89:19 96:4,9
   97:18 99:25
   103:8 104:13
   105:3 109:10,14
   109:15,19 110:2
   110:2,4,7,8,22
   112:5,12,18
   116:14,17,21
   117:3,4,13,20
   118:9,14 119:25
   120:6 122:15,16
   122:21 123:9
   124:2 125:19
   127:9,13 129:9
   129:16 130:11
   130:12 131:10
   143:15,19
   147:12 148:10
   149:5
**answered** 36:20
   62:18 65:19
   69:13 99:12
   134:25
**answering** 57:5
   67:8 76:21
**answers** 62:22
   69:8 85:21
   97:23
**anticipated** 6:11
**anybody** 25:17
**anyone's** 68:14
**apparently** 129:2
**appear** 84:3 90:22
   128:18 144:19
   146:19
**appears** 49:13
   79:22 144:16
   148:13
**application**
   133:25 135:25

136:6 138:24
   156:10
**applies** 63:16
**appropriate**
   39:10
**approximately**
   8:7 10:5,7 25:6
   73:11 93:9
**Aquatic** 8:24
**archive** 22:5
   24:19,22 25:7
   25:12,18 26:19
   30:4,7 31:15
   32:21 33:15
   76:18 98:9
   124:20 125:12
   142:20
**archives** 1:4 4:15
   5:20 11:2 24:10
   24:18 45:13
   93:13,20 113:13
   124:11,19,24
   125:6,9 126:20
   134:16 138:9
**archivist** 23:23
   45:16 114:6
**area** 91:16
**arrangement**
   21:13 81:19
   83:2 85:16,25
   85:25 86:10
   87:18,20,23
   88:4 113:7
**art** 21:17
**asked** 36:19 42:7
   62:21 64:3
   65:19 67:24
   76:3 82:2,6 97:2
   99:11 110:20
   123:13 134:24
   144:18
**asking** 7:16 9:11
   18:3,6 38:20
   43:22 54:7
   58:12,13,15,16

66:21 70:5
   74:10,25 84:22
   102:22 107:15
   109:21 112:23
   116:20 138:13
   140:9 151:3
   152:12
**assign** 6:3
**assigned** 80:4,9
   81:16 97:25
**assignment** 86:25
   87:2
**assisted** 69:19,20
   69:21
**Associated** 111:25
   112:24 113:9,20
**association**
   108:25
**assume** 41:21
**attached** 133:20
**attention** 118:22
**attorney** 3:15
   42:9,11 53:15
   56:4 58:24
   70:11 110:2
   113:3 122:20
**attorneys** 3:4,10
   10:15 53:6
   68:10 69:22,23
**audibly** 5:2
**aunt** 102:21 104:5
**author** 80:16
**authorization**
   127:22 128:3,23
   156:8
**authorize** 111:25
**authorized**
   111:14
**authors** 137:14
**available** 10:24
   33:22 67:5 68:7
   68:19,21 134:14
   135:6,11,11
   139:12
**Avenue** 2:9 3:5,10

Melissa Stevens

| | | | | |
|---|---|---|---|---|
| 5:17 25:3 | 117:21 118:10 | 130:22 | 148:11,14,15 | 3:7 |
| **aware** 21:12 36:7 | **basis** 22:5 24:8 | **bigger** 25:14,18 | 155:24 156:13 | **C** |
| 39:25 45:8 58:7 | 88:17,18 97:17 | 25:24 | **books** 41:19 43:3 | **C** 3:2 40:2 157:2,2 |
| 58:17,22 59:2,4 | 98:23,24 | **Billy** 80:4,10 81:2 | 43:6,21,24 44:5 | **cabinets** 138:10 |
| 59:7,10 60:17 | **Bates** 60:3 | 83:17 | 44:19,22,24,25 | **call** 48:18 54:5 |
| 60:19,21,24,25 | **BBC** 89:2,10 | **binder** 138:20 | 45:2,12 47:16 | 116:10 |
| 61:3 62:19 | **beating** 87:15 | 139:3,9,18,20 | 60:8 86:13 | **called** 4:2 8:24 9:3 |
| 96:18 109:4 | **Beginning** 63:9 | 150:20 151:2,5 | 95:25 96:16 | 73:25 74:8 |
| 110:15 113:16 | **behalf** 15:17,21 | 151:6,8,9,15,17 | 109:8,17 116:7 | 116:2 119:11 |
| **a.m** 2:5 | 16:2 93:20 94:8 | **binders** 138:19 | 118:5,13,17,19 | 129:3 |
| **A**193450 136:8 | 152:25 | 140:6,10,18,20 | 149:7 153:6 | **calling** 58:23 |
| | **beings** 33:23 | 149:25 150:4,9 | 155:18 | **calls** 22:4 |
| **B** | **believe** 8:23 9:2 | 150:11,13 151:3 | **bottom** 77:10,13 | **campaign** 81:23 |
| **back** 16:21 33:2,9 | 17:6,13 18:24 | 152:7,9,14,17 | 133:24 144:5 | 85:20 88:6,9 |
| 33:13 35:14 | 27:4 29:13 | 155:17 | **bound** 154:4 | 89:21 90:2,5,10 |
| 92:10 111:20 | 31:25 53:6 | **bit** 24:17 | **box** 26:7 | 90:13 91:5,7,12 |
| 116:2,11 130:7 | 56:19 57:3,12 | **blank** 120:8 | **boxes** 26:6,8,9,14 | 91:14 |
| **background** | 59:14 65:5 | **blood** 157:17 | 26:16,17 65:6 | **capacities** 61:7 |
| 38:22 39:3 | 66:19 69:13 | **book** 38:25 43:13 | **Bradford** 12:6 | **capacity** 7:21 |
| 96:11 | 70:14 73:17 | 43:14,18,19 | 92:23 93:4,7 | 8:11 15:22 82:9 |
| **bad** 7:24 9:6 | 76:19 79:20 | 44:13,14 45:7 | 100:12 | **capital** 62:7 |
| 23:12 | 81:23 82:7 87:8 | 45:10 46:2,2,7,8 | **break** 45:22 47:23 | **care** 21:21 95:2 |
| **Ballantine** 38:2 | 87:11 88:2,25 | 46:23,23,25 | 82:24 89:15 | **case** 32:16 37:15 |
| 39:19 41:15,17 | 114:5 121:21 | 47:8 48:5,6,8,11 | 91:18 92:9 | 38:9 61:24 |
| 41:24 43:3,6,13 | 122:3 130:15 | 48:19,20,23,24 | 127:15,17 | 64:19 67:17 |
| 43:14,18 44:13 | 134:13 135:5 | 49:5,11 50:10 | 149:17 | 77:20 84:8,10 |
| 45:10,12 46:2,8 | 136:15 139:11 | 50:13 51:21 | **brevity** 19:6 | 90:11,12 100:11 |
| 46:23 76:20 | 141:3 144:12 | 52:17,20 54:2 | 48:18 | 131:16 141:4 |
| 86:13 95:24 | 151:11 | 56:18,21 58:19 | **brief** 63:10 | **cases** 35:13 100:9 |
| 96:15 109:8,17 | **belongs** 73:4 | 71:14,15,17 | **briefly** 149:24,25 | **catalog** 56:15 |
| 109:23 112:6,9 | **beneficiaries** | 76:11,21,22 | **broad** 52:12 82:19 | **categorized** |
| 112:13,22 113:5 | 104:18 | 113:5 117:10,11 | 82:20 | 139:16 |
| 116:7 117:10,17 | **best** 4:24 5:7,8,11 | 117:17,24 122:9 | **broadcast** 89:6 | **category** 54:8 |
| 117:23 118:4,13 | 14:4 15:14 | 122:12,18 | **brought** 101:8 | 91:17 100:6 |
| 122:22 123:8,16 | 16:10,12 26:20 | 123:16 127:6,12 | **business** 5:16 6:3 | **causal** 88:22 |
| 124:3,16 125:20 | 26:22,25 27:8 | 133:19 135:20 | 6:10,22,24 7:3,8 | **celluloid** 29:8,13 |
| 127:10 129:10 | 29:11 41:3 | 136:19 137:5,7 | 12:11 19:25 | **center** 78:2 |
| 131:23 132:2 | 42:14 45:6 49:4 | 137:8,9 142:10 | 21:3,8,12 22:3 | **Century** 89:11 |
| 136:19 143:17 | 65:7,10,15 | 142:13,23 143:6 | 24:5,12 38:21 | 119:12,22 |
| 143:22 147:16 | 68:14 69:7 | 143:8,9,10,15,24 | 39:4,5 61:8 | **certain** 13:3 22:6 |
| 149:7,14 150:19 | 79:17,19 91:7 | 143:25 144:13 | 65:25 98:12 | 44:12 47:14 |
| 153:9 | 91:10 94:13 | 144:20,25 | **businessman** | 54:6 58:7,17 |
| **Barry** 4:10 | 104:13 107:17 | 145:20 146:5,11 | 21:18 | 60:8 68:8,11 |
| **based** 27:19 56:24 | **better** 39:5 51:18 | 146:13,19,23,24 | **BY:BARRY** 3:12 | 69:2 70:23 |
| 102:18 105:8,15 | 119:6 125:23 | 147:7,8,17 | **BY:CHRISTO...** | |

Melissa Stevens

Page 160

83:21 92:7
96:19 102:18
103:25 113:16
122:4 138:9
certainly 53:14
59:23 72:22
84:18 89:5
116:22 125:12
certificate 46:16
46:22 47:7
52:16 54:4
94:18 95:19
132:6,18 137:20
138:24 140:24
156:9
certificates 94:20
138:8,14 141:8
150:25 151:2,10
151:13
certify 157:9,15
cetera 13:11 66:7
85:21 124:22
changing 50:12
characterization
38:12 84:16
121:12,20
124:25
characterize 7:3
72:3
characterized
121:23
charge 34:10
81:24 85:18
88:5,10 90:2
91:12
Charles 11:9
12:24,25 17:3
85:15
Charlie 80:4,10
81:11,20 83:2
83:13 87:18
check 18:23 29:15
31:5
children 19:13,18
choose 116:15

**CHRISTOPHER**
3:4
chronologically
31:24
Cindy 18:13
circle 40:3
circumstance
111:18
circumstances
10:9 113:16
City 23:7
Civ 1:6
claim 37:20,23
38:12 102:24
claiming 40:5
claims 37:20 40:5
63:20 94:6
104:8 141:5
clarification
27:19
clarify 32:24 33:8
77:3 89:11
146:23
clarity 105:8,15
clear 36:15 67:7
135:17
clearer 124:6
clearly 78:9 87:16
153:15
clerical 97:19,21
click 27:14
client 78:15
clients 78:11
clipped 145:4,9
Clipping 145:12
close 61:12
101:19
CMG 1:7 3:15
152:25
collection 20:6,7
20:14 23:25
24:2,4 28:18
31:6,7 41:4
73:22 76:18
125:4

collector 21:17
collectors 49:17
51:9,16
college 9:9
come 22:21 31:4
77:9 80:5,13
81:17,20 92:10
101:11
comfortable
84:20
coming 34:6
62:17
common 28:20,24
companies 14:22
16:14
company 1:8 8:2
8:6 10:23 12:12
13:4 18:23 23:9
24:14,16 65:24
66:2 67:5,6,15
68:4,5,6,8,12,20
69:4 76:16
114:23 124:17
150:22
company's 65:21
compare 144:15
competent 38:17
compilation 133:8
133:17 135:4
complaint 53:12
53:18,23 54:18
54:23 56:24,25
57:16 60:21,23
61:10 100:16,20
106:2,22 112:9
114:25 118:23
127:4 147:19
156:4,7
completely 46:3
composition 80:3
80:12
compound 148:2
computer 30:5,8
33:23
concede 63:15

concept 80:17,17
81:21 85:18
88:11,11
concepts 52:25
conclusion 58:10
58:13,14 108:3
145:14
conditions 35:21
confirm 111:13
111:19 144:11
Congress 135:8
connection 13:15
consequently
51:12
consider 28:21
30:6 124:20
125:11
considered 74:8
74:17,23 75:22
88:8 124:17
125:3
constitute 145:11
constitutes 27:15
77:18
contact 24:11
119:25
contacts 12:10
contain 37:3,9
39:21 41:11
46:9
contained 43:5
47:8
contains 47:2
contemporaneo...
123:23
context 107:21
109:4 115:15
130:17,21,25
131:3
Conti 18:13,14
continue 39:2
67:11
continued 47:25
92:13 127:19
149:19 153:22

contracting 15:13
98:23 99:23
contracts 13:12
14:11 66:7
98:19,20,21
99:21 100:4,6
138:11
contradict 82:12
control 116:15,16
Cont'd 92:19
conversations
57:6,9
convoluted
104:11
coordinator 7:22
copies 11:19 35:3
46:10 103:23
135:13 153:5
155:12,18,19
copy 11:14 48:9
50:7 54:3 61:22
100:20 126:8
134:16 135:14
153:2 154:3
copyright 37:3,9
39:23,24 40:2,3
40:8,15,24
41:11 42:21,24
43:20 44:3
46:16 63:16,20
94:6,7,17,19
95:2,9,10,16,19
95:20 96:5,20
102:6 103:10,11
127:22 128:3
129:7 132:19
134:9,11 138:14
138:20 139:5,22
150:17 156:8
copyrights 41:3
93:23 94:4
96:13 103:16
copy135 155:12
corner 133:24
corporation 1:8

Melissa Stevens

17:15,17 20:22
21:7
**correct** 7:6 12:13
12:18 19:11
23:17 44:15
46:11 47:4 49:3
52:17 73:6
81:14 107:13,16
121:24 122:19
133:13 142:8
144:13 147:14
150:7
**correctly** 34:9
89:2
**correspondence**
13:10 22:2 66:6
**correspondent**
24:10
**counsel** 55:16,22
62:8
**counsel's** 41:22
**count** 97:6
**COUNTY** 157:5
**couple** 120:8
149:22
**course** 68:24
88:19 97:11
98:12 113:15
128:20
**court** 1:2 5:5
38:17 48:4
53:12 57:25
58:4,17,23 60:5
60:6,7,13 61:20
61:23 84:21
**cover** 139:4,5
**covered** 152:24
**created** 118:17
**creation** 105:23
118:2,6
**creative** 106:7,11
106:13,16
**credited** 79:22
**curious** 25:23
**current** 19:8

**currently** 116:4

_____
**D**
**D** 155:2
**daily** 6:2 21:22,23
22:5 24:8
**Dalman/Shaw**
129:3 130:9
131:16
**date** 9:20 16:24
18:21,22 40:4
48:14 54:19
57:15 61:18
64:13 100:17
127:23 132:7
136:2,5 141:23
142:25 148:22
**dated** 61:10,17
101:14 156:5
**dates** 134:3
**dating** 140:14,16
**daughter** 6:16
**daughters** 12:17
**David** 3:7 18:14
**day** 22:22,25
111:22 113:14
119:22 120:4
154:12 157:21
**day-to-day** 97:17
**dead** 87:16
**deal** 35:16 39:5
**dealing** 71:7 76:8
**deals** 22:8 93:21
**dealt** 71:9
**December** 1:16
2:4 157:22
**decide** 116:11
**decided** 115:22
**decision** 60:6
61:16,22 156:5
**Defendant** 3:15
**Defendants** 1:9
9:16,18,24
48:11,17 54:17
54:22 61:16,21

64:11,16 100:15
127:21 128:2
132:4,5,10
135:24 136:5,23
141:21 142:22
143:4 144:22
148:20 155:22
156:3
**define** 28:25
57:24 88:7
**defined** 108:16
**definitely** 140:4
**definition** 50:21
53:20 68:19
**Delaware** 1:8
**Depending** 25:19
**depends** 22:23
34:19,21 67:4
**deposit** 134:2,6
135:7,14 155:12
**deposited** 134:16
**deposition** 1:14
2:7 4:19 9:17,19
10:20 37:19
38:5 45:25 46:4
49:2,21 52:5
53:9 55:3 63:25
65:2,18,23
66:11,17,23
67:17,18 73:24
75:2,4 77:18,22
82:13 109:12
115:14 116:6,15
120:9 122:14
140:21 150:11
150:15 153:3
155:23 157:11
157:13
**depositions** 84:10
**describe** 13:16
90:8
**described** 126:15
**description** 121:9
**design** 80:3,13,18
**designed** 80:2

**desk** 45:4
**detail** 121:2
**detailed** 119:3
**determination**
60:7,14
**determine** 14:14
118:5 119:21
120:11 143:24
**dictionary** 29:16
**die** 19:22
**difference** 53:10
53:15,20
**different** 14:9
22:25 26:18
27:11,13 30:17
31:12 35:16
61:7 71:4 76:6
95:7 103:14,19
108:4 112:25
129:17
**differently** 32:14
**difficult** 25:10,13
119:24
**digital** 28:12
29:18,20,21
30:2,6,10,19,23
31:7,12,18
33:20,21 34:4
34:10,11 35:9
35:11
**digitally** 31:11
**dimensions** 25:16
**direct** 69:4 70:7,8
85:4 88:21
116:13 117:4,12
118:8,22 122:15
127:9 129:9
143:14 149:4
**directed** 76:19
83:17
**directing** 109:9
109:13,19 112:7
112:11,18
117:20 118:13
127:13 143:19

147:11
**direction** 41:23
68:14 109:25
**directions** 84:21
**director** 81:6,8
106:7,12,14,17
**disagree** 38:11
84:15
**disagreed** 56:21
**discuss** 53:9
131:15
**discussing** 53:2
**Discussion** 19:5
112:4
**discussions** 55:10
55:21
**dismissing** 63:19
**displayed** 147:21
**disposition** 57:22
57:24
**dispute** 60:18
121:11,19
**District** 1:2,2
61:23,24
**document** 17:7,9
44:9 47:12
53:11,21,22
54:13,25 55:5,7
55:11,12,15,21
56:3 59:17,21
63:3,24 64:7,20
64:23,24 65:4
65:12 70:21,22
70:23 71:6
75:10 86:7
100:25 101:6,14
104:4 107:22
126:16 128:4
129:18,21,22,23
130:2,4,5,6,9
131:14,15,25
132:12,21,25
133:7,12 136:10
137:23 144:16
148:21,24 149:6

Melissa Stevens

153:14 155:11
156:14
documentary
89:4
documents 13:14
42:23 43:19
46:5,6 47:14,21
49:24 52:19
53:7 54:6,9 57:2
65:5,7,13,22
66:4,10,15,20,25
67:6,19,23 68:4
68:7,11,12,13,17
68:19 69:2,11
69:16,22,23
70:3 75:6,8 78:6
78:10,18 92:4
96:8,25 111:13
123:11,14,21
124:7,9,16
129:25 130:20
130:24 131:2
138:12,21,22
139:8 153:11
doing 104:13
domain 37:24
38:17,19 58:9
58:19 60:8
63:18 70:24
71:10
domiciled 37:22
double 26:2
drawing 72:19
drive 30:9
drives 30:2
duly 4:3 157:12
duration 8:3
d/b/a 20:22,24

___ E ___
E 3:2,2 4:2,2,2
92:15,15,17,17
92:17 155:2
157:2,2
earlier 118:21

121:22
early 92:22
easier 11:23
Edith 1:4 11:6
12:16 13:2
18:14,25 19:17
22:16 23:19,21
24:24,25 45:17
49:25 62:11,12
69:19 96:23
103:4 113:25
114:5
either 23:15 30:8
30:12 40:4
45:11 104:3,4
110:22
electronic 29:22
eliminate 83:10
84:25
embodied 58:18
employed 7:11,16
7:23,25 8:5,9
22:10
employee 7:15
82:10
employees 97:3
97:15
ended 59:8
engaged 16:15
entail 23:24 93:16
entered 16:14
114:11
entire 5:12 8:3
49:5 74:24
75:14 76:3
80:24
entirely 29:24
46:19 47:11
100:2
entities 14:16
entitled 48:6,12
70:2 132:24
133:15,16
134:22 143:6
155:24

entity 21:3,8
ESQ 3:7,7,12
establish 21:3
established 44:16
estate 18:15
estimate 25:10,11
26:13 27:20
et 13:11 66:7
85:21 124:21
exact 47:19 59:2
75:24
exactly 55:6 82:5
89:5 103:18
105:17
EXAMINATION
4:6 92:19 155:3
examined 4:4
example 14:6
15:17 16:24
31:9 32:13,16
34:9 35:7,9
41:18 42:19
66:5 68:3 88:8
89:2 99:4
100:12 139:4
exchanged 59:14
executed 16:8
88:11
execution 85:19
exhibit 9:17,18,24
11:11 34:2,6
48:4,11,18
50:23 54:16,17
54:22 61:15,16
61:21 64:10,11
64:16 70:19
77:7 87:4
100:15,19
127:21 128:2
132:4,5,10
135:23,24 136:5
136:23 137:13
141:3,20,21
142:22 143:5
144:22 145:2

148:7,19,20
150:22 151:8
exhibited 34:12
35:12
exhibition 32:16
32:18,19,20,22
33:4,9,10,12,17
34:11,13,17
35:5,14,16,23
37:3,9 49:16
exhibitions 20:8
35:25 36:6,7
exhibitors 34:3
exhibits 153:6,12
155:19,21,22
156:2,3
exist 61:11 101:21
124:7,16
existed 101:22
113:8,13
existence 45:8
88:19 113:17
exists 29:4,8,22
Exorcist 9:3
expecting 89:18
expert 39:24 44:4
explain 19:24
20:24 21:23
29:19 65:17
86:16
explained 63:17
explanation 119:3
exploit 21:10
exploits 41:8
extent 38:4 63:14
68:9 118:18
extraordinary
86:15
e-mail 22:4
e-mails 13:10
66:6

___ F ___
F 92:15 157:2
fabric 140:11

fabulous 125:14
facilitate 93:19
facilitates 24:3
fact 58:16 79:9,14
80:8,16
facts 64:18 80:21
Fair 87:14 133:22
fairly 22:7
familiar 40:6,7
44:18 60:4,13
79:9,14 80:8,15
80:15,20 91:24
94:16 96:11
99:6,16 101:7
101:10,12,16,23
107:4 119:14,18
121:8,22,25
123:18 125:15
127:6 128:15,17
128:20 129:2,6
132:23 133:4
140:19
family 1:4 4:14
5:20 6:10,19 7:3
7:5 11:2 23:14
24:10 57:4,7,8
61:6,7 82:10
93:12,20 97:4,5
97:7 101:18
104:7 105:4,19
113:13,15
famous 81:5
83:25 121:13
far 16:21 38:22
62:5 84:7,11,13
104:6
fashion 32:8
father 111:24
faxes 13:10 66:6
faxing 22:4
February 133:25
feel 39:10 86:16
Feldman 17:3
80:5,10 81:11
81:20 83:2,13

Melissa Stevens

| | | | | |
|---|---|---|---|---|
| 85:15 87:18 | 134:12,19 | 40:16,18,22 | **forth** 157:12 | 121:9,21 138:18 |
| **field** 151:23 | **fine** 116:17,19 | 42:18 43:11 | **found** 62:3 126:23 | **getting** 84:7 |
| **fifties** 82:8 | **finish** 89:13 | 44:20 45:14 | 148:8 | **Girl** 136:9,16,18 |
| **figure** 120:5 | 100:24 149:23 | 46:17 47:9 | **Fox** 37:17 | 136:24 137:15 |
| **figuring** 9:7 | **first** 10:3 11:3 | 50:19,24 51:10 | **Fox's** 119:12 | 140:25 141:9,14 |
| **file** 29:20,21 | 29:19 39:22 | 52:11,22 53:13 | **frames** 34:13 | 155:14 156:11 |
| 31:12 33:4 34:4 | 41:21 107:22 | 54:10 58:3,21 | **Frankly** 38:21 | **give** 16:24 28:6 |
| 98:20,21,22 | 130:16 | 60:10,16,20 | **friend** 21:18 | 34:24 35:7 |
| 99:21 100:4 | **fit** 121:9 | 62:14 64:2 | **friends** 85:16 | 53:19 70:4 85:6 |
| 127:22 128:3 | **five** 45:21 140:3 | 68:16 70:25 | 142:24 143:6,10 | 96:3,3 111:17 |
| 137:23 138:10 | 149:16 | 71:11,20 72:5 | 145:12 146:12 | 119:6 |
| 156:8 | **flipped** 151:15 | 72:21 73:9 74:3 | 146:14,16,17,20 | **given** 99:2 100:3 |
| **filed** 53:11 96:19 | **flipping** 151:16 | 74:14,21 75:15 | 147:3,9,13,23 | 157:14 |
| 99:23 100:5 | **flying** 72:4,7,18 | 76:12 79:12 | 148:9,12 155:16 | **gives** 87:13 121:2 |
| **files** 10:23 13:4,5 | 73:8,25 74:9,12 | 80:14 81:18 | 156:13 | **go** 9:13 12:14 |
| 13:13 28:12 | 74:23 75:7,14 | 82:4,14 85:11 | **front** 70:19 71:14 | 27:22 36:21,24 |
| 29:18 30:2,6,10 | 75:22 76:10 | 86:3 87:21 90:6 | 75:5 76:22 | 37:12 62:5 |
| 30:19,23 31:7 | 84:2 89:9 90:24 | 90:19 91:9 92:2 | 145:11 | 67:11 71:16 |
| 31:20 33:3,20 | 90:24 91:6 99:4 | 92:6 94:9 95:4 | **full** 65:6 | 77:7 86:22 |
| 33:21 34:10,12 | 99:9,13,19,22 | 97:5 98:14,25 | **function** 24:5 | 89:16,19 113:2 |
| 35:10,11 65:21 | 107:2,10 108:8 | 102:2,11 103:2 | 95:23 96:12 | 130:7 131:11 |
| 66:2,3 67:15 | 108:14,17,20 | 103:13 104:10 | **functioned** 90:13 | 144:6 |
| 68:21 76:16,17 | 109:3 110:11,17 | 105:12,20 106:8 | **functioning** 6:2 | **going** 4:23 6:25 |
| 78:12,16 94:22 | 111:5,10,24 | 106:18 107:5,14 | **functions** 21:22 | 9:15,22 34:2 |
| 94:25 111:13,20 | 117:7 118:2 | 107:19 108:10 | 21:24 23:18 | 38:3 39:2,11 |
| 120:11 122:24 | 119:7 121:3,24 | 108:15 109:7 | **furnish** 69:24 | 41:22 42:3,10 |
| 123:4,6,12,22 | 121:25 122:8 | 110:5,19,24 | **furnished** 69:22 | 45:21 48:3,16 |
| 124:7 126:2 | 126:7,12,21 | 111:7,16 114:12 | **further** 152:20 | 49:12 50:11 |
| 130:2 134:15,23 | 147:20 148:7 | 115:6,18 119:8 | 157:15 | 55:9 56:18 |
| 135:12 137:20 | 155:9 | 119:13,23 121:7 | | 58:24 59:20 |
| 137:21 138:3,19 | **followed** 6:22 | 121:14 123:25 | ――――――――― | 63:2 70:8,12 |
| 141:12 150:23 | **following** 153:22 | 124:12 126:13 | **G** | 77:6,24 84:20 |
| **filing** 97:22 | **follows** 4:5 48:2 | 134:8 135:14 | **general** 28:5,6 | 105:25 106:21 |
| 138:16 | 92:14,18 127:20 | 137:25 138:4,17 | 54:11 56:9,11 | 114:24 116:14 |
| **film** 8:24 9:3 | 149:20 | 140:7 143:9 | 56:12,16 60:22 | 117:12 118:22 |
| 81:25 83:7,13 | **footnote** 63:7 | 150:16 | 68:2,3,18 74:4 | 125:24 127:3 |
| 83:17,22 84:3 | **footnotes** 63:5 | **format** 28:3 29:9 | 84:23 87:22,24 | 132:9 135:12 |
| 89:4,21 90:3,11 | **form** 8:18 13:18 | 29:22 | 88:3 89:25 90:7 | 141:11 143:3,14 |
| 90:16,21,22 | 13:22 14:3,5,19 | **formation** 18:22 | 90:9,15 91:11 | 147:21 149:10 |
| 91:15 108:23 | 15:3,24 16:16 | **formats** 30:20 | 96:10,10 | 152:16 |
| 114:11 | 21:11 28:4 | 62:4 | **generally** 14:2 | **good** 4:8,9 5:4 |
| **filming** 108:22,24 | 30:14,22 31:19 | **formed** 16:3 | 19:24 20:4 28:7 | 18:8 34:24 35:8 |
| 123:23 | 32:12,23 33:18 | 17:12,20 | 56:7,15 57:5 | 96:3 |
| **finally** 36:24 | 33:24 34:7,18 | **forming** 18:2 | 72:3 88:3 96:17 | **gotten** 44:16 |
| **find** 41:5 50:9 | 35:6 36:10 37:5 | **forms** 28:8,9 35:4 | 96:18 98:7 | 62:22 149:12,13 |
| | | | 101:10,11,16,23 | |

Melissa Stevens

graduate 9:8
graduated 9:10
grandfather
  57:20 61:12
  77:19 79:8,10
  79:16 80:2,9,24
  81:16,24 82:12
  82:25 83:7,21
  83:25 87:17
  88:9 91:20
  101:20 102:8,16
  103:21 104:15
  106:6 107:9
  111:15,25 115:4
  119:11 122:24
  126:5
grandfather's
  58:8,18 60:15
  87:8 101:25
  115:15,16
  123:19 128:12
  128:16
granted 63:19
group 148:6
guess 68:9 86:5,5
  131:12 147:21
guys 152:23

_____ H _____
Hallmark 129:4
  130:10 131:16
hand 157:21
handed 127:25
  130:14 136:4
hands 59:14
handwriting
  123:19,22
happened 105:9
  113:17 118:6
happens 34:16
happy 11:18 17:8
  44:9 47:13,20
  53:22 54:12
  58:5 73:20 77:2
  126:16 129:15

hard 26:11,12
  27:7 30:2,9 50:9
  62:20 75:25
  76:4 120:5
  123:10 133:21
hate 23:8
HBO 8:10
head 5:3,4 72:25
  79:21
hear 5:11
heard 82:11 99:9
  99:13 109:24,25
  112:20
held 2:8 19:5
  112:4
help 21:6 31:22
  126:18
helpful 50:6
hereinbefore
  157:11
hereunto 157:21
high 29:3
higher 27:22
hire 31:10
hired 5:23 6:7,8
  7:19 97:11
hold 26:19 112:3
  117:2
Hollywood
  119:12
home 23:7,15
  25:4
hopefully 119:2
horse 87:16
hot 19:3
hour 37:13 45:21
house 24:24 144:3
houses 24:2
human 33:22
husband 12:25

_____ I _____
Ian 21:13,15,16
ID 155:22 156:3
idea 119:6

identification
  9:19 40:4 48:13
  54:18 61:18
  64:12 100:16
  127:23 132:7
  136:2,25 141:22
  142:24 148:21
identified 37:25
  54:23 64:17
  70:23 77:10,25
  98:5 128:2
  136:7 145:2
identify 13:4 29:5
  59:18 60:3
  69:10 120:12
  126:22
ignore 42:4
image 27:15 29:4
  29:8,14,21
  31:11,12 40:16
  41:19 98:23
images 14:23 20:5
  24:4 27:11,13
  27:16,17,21,25
  28:7 32:17 33:8
  33:10,13 34:5
  37:2,8 40:14
  41:4,6 42:15
  43:14 44:7,21
  47:2 76:18
  80:23 88:13,16
  89:8 90:22
  98:10 113:5,6
  124:21 129:15
  133:8,18 135:5
  137:7
imagine 86:4
  139:16
imaging 6:3
improper 67:12
include 90:23
  153:23
included 153:13
includes 147:19
including 10:25

  13:10 22:3
incorporating
  17:25
incredibly 19:3
independent 5:17
  25:3 137:16
Indiana 1:7
indicate 5:9
indicated 5:10
  14:13 18:2
indicates 107:8
individual 15:22
  43:5,24 141:15
  155:15
individuals 16:15
  69:4
information
  51:15,19 119:6
  135:6 150:2,5
  152:14 155:6
informed 69:5,7
infringement
  63:20
inquire 70:2
  115:14 142:12
inquired 6:23
inquiry 62:16
  91:17
INSERT 120:21
  126:25 155:8,10
instance 15:19
  23:11 36:14
intended 51:16
interest 7:7
interested 157:18
international
  54:24
interrupt 19:3
inventory 24:3
involved 6:9,24
  21:9 60:24 61:6
  129:7
issue 39:14 57:7
  57:11,17 69:6
  84:8 145:21

issues 37:15 38:6
  38:9 42:20 53:8
  54:7 84:13
Itch 81:9,12 83:4
  83:7 85:14
  90:11 106:17
  108:23,24,25
  115:5,17 122:25
  123:6,17,24
  125:17

_____ J _____
J 3:15
jargon 58:25
job 1:25 7:18 8:16
  21:21 23:24
jobs 6:4 9:11 15:6
joke 140:13
judge 37:17 39:13
  60:24 116:3,11
  116:23
judgment 63:19
jurat 153:23
jurisdiction 38:18

_____ K _____
Kaufman 137:11
  137:14,17
keep 33:4
keepers 140:8,12
  140:13
keeps 24:2 138:18
kept 98:12 151:2
kind 14:18 60:6
knew 80:6
know 6:12 16:3
  17:19 18:2,5,16
  20:21 21:7
  25:15 35:4
  39:22 42:2
  45:11 50:17,22
  51:7,8,11,12
  53:10,15 57:22
  57:25 58:4,25
  62:12,23 69:8

Melissa Stevens

73:7,13,14,19,20
81:2,19 84:11
85:21 86:9,20
87:19 92:5 93:3
94:14,17 95:22
99:17 103:8
104:18 106:13
106:16 113:7,18
115:3,10,11
122:23 124:8
128:22 129:11
131:22,24
132:15,20
136:13 137:11
137:22 140:2,16
142:9,16,19
150:8
**knowing** 80:25
**knowledge** 5:7,8
15:4 19:19
26:21,22,25
27:9 29:11,12
49:4 56:16
68:15 78:7
79:18,19 91:8
91:10 102:8
107:18 118:3
137:17
**known** 48:8

**L**

**L** 4:2 92:17
**lack** 105:8,15
**laid** 80:3
**large** 26:10 66:24
72:19
**larger** 73:3
129:22,23 130:3
130:6,17,20,25
131:3,15
**Larry** 12:21,22
15:18,19 18:15
18:24 19:17
20:12 23:5
24:13,15 103:5

114:2,2
**LAW** 3:4
**lawsuit** 6:14 53:4
59:5,7 60:25
62:10,13 78:17
78:18 101:7,17
105:5,10,18
129:3
**lawyer** 62:3 70:13
**lawyers** 5:9 11:23
97:11
**lay** 80:12
**leads** 145:13
**leave** 120:8
126:21
**leeway** 85:7
**left** 102:9 122:24
123:13
**legal** 52:24 53:5
53:19 54:7
57:19,23 58:10
58:12,14,25
60:18 102:18
108:3
**lend** 51:5
**lender** 50:18,21
**lenders** 49:17
51:9,17
**lens** 27:14
**lent** 50:23 51:4,13
51:13
**letter** 53:11,16,21
139:4,5 141:21
142:3,10,17
156:12
**letters** 62:7 66:6
**let's** 11:3 12:14
17:10 22:9
27:22 29:18
47:22 53:24
76:6 82:24
85:17 86:22
88:14 90:8 99:4
99:19 100:5
103:16,19 108:4

129:17 130:7
132:3 136:22
141:19 144:6,21
148:18 149:8,14
**Liability** 1:8
**Library** 33:8
**license** 20:4 93:19
100:13 102:6
110:10
**licensees** 13:21
14:14
**Licenses** 41:8
**licensing** 8:15,21
12:6 93:7,13,18
93:21
**life** 8:24 11:22
48:7,12 74:24
80:25 133:9,19
135:19 155:25
**lifetime** 20:23
21:4,9 106:9,12
111:8
**limit** 38:8 41:23
**limited** 1:8 37:19
38:24 152:9
**line** 45:20,23
79:25 86:22
89:14 91:19
105:4,4 118:7
**lines** 120:8
**list** 12:14 49:16
**listed** 50:17 51:9
**listen** 70:13
**litigation** 129:7
**little** 10:11 24:17
41:6 50:11
98:15 105:16
**LLC** 1:8 3:10
4:11
**LLP** 3:9
**location** 138:15
**locations** 7:22
**Loeb** 2:8,8 3:9,9
**logo** 80:5,7,13
81:17

**Lomito** 49:16
**long** 5:21 8:5
60:11 70:15
93:7
**longer** 114:2
**look** 9:23 16:13
17:2,8,10 43:15
43:17 44:9
45:25 47:13,20
48:17 49:12,14
51:23 53:22
54:12 55:6 58:5
62:6 63:2 64:15
66:3,10,16 71:5
72:23 73:21,21
77:2 78:23 96:8
96:24 100:19
105:2,25 106:21
114:24 120:23
126:16 127:3
132:9 133:23
134:5,9,15
141:25 143:4
144:4,19
**looked** 13:11,12
14:11,15,21
15:2,6,7,12 16:8
48:24,25 49:20
51:25 52:4,15
52:21 64:25
66:4,5,7,22 67:4
67:21 68:4 74:5
74:11,15,18
75:4,5,21 78:17
**looking** 52:7 62:5
67:20,21 69:14
76:24 100:24
**looks** 94:18
128:20
**looseleaf** 140:5
**lot** 10:23 13:9
24:11 53:7
66:20 88:23
119:12,22

**M**

**M** 1:24 2:10 4:2
92:17 157:7,24
**Madison** 3:5
**magic** 129:13
**magistrate** 39:13
**maintain** 20:5
28:18 32:21
42:19 111:12
138:2,14
**maintained** 24:23
27:25 28:8
29:23,25 30:3,4
30:8,12 31:16
45:12 98:22
99:21 125:5,8
139:8
**maintains** 23:25
**maintenance** 22:6
33:14 98:8
**majority** 20:18
**making** 35:3
146:3
**Man** 79:22
**manager** 5:24,25
7:19
**manner** 138:16
145:4,24
**March** 61:17,22
156:5
**Marcus** 1:4 3:7
11:6,9 12:16,24
12:25 13:2
18:14,14,15,25
23:19,21 24:25
45:17 50:2
62:11,12 69:19
96:23 113:25
114:5
**Marcus's** 50:14
**Marilyn** 1:8 3:10
4:11 37:22 48:6
48:12 49:16
73:5 79:21
122:7 125:16

Melissa Stevens

127:7,12 132:24
133:2,7,9,15,17
133:18 134:17
134:23 135:3,18
136:9,16,17,23
137:14 140:24
141:8,14,16
142:9,13,23
143:6,10 145:12
146:11,13,16,17
146:19 147:3,9
147:12,23 148:8
148:12 150:6
151:19 152:9,15
155:14,15,16,24
156:11,13
**mark** 4:13 9:16
48:4 50:11
54:16 64:9
132:3 135:22
136:22 141:19
144:21 148:18
**marked** 9:19,23
48:13,17 51:25
54:18,21 61:14
61:17,21 64:12
64:16 100:16
127:22 132:6,10
135:25 136:5,24
141:22 142:24
143:4 148:21
153:6,12 155:18
**marriage** 157:17
**Martin's** 100:21
101:8
**match** 147:6
**material** 64:18
123:5 139:23
152:8,10
**materials** 98:11
98:17 138:10
**matter** 32:3,6,11
32:15 33:3
96:10 139:17
157:19

**matters** 116:3
**mean** 18:18 19:2
27:10,13,17
29:6,20,21,25
31:17 33:8,11
39:20 44:8
46:20 47:11
53:3,5 65:9
88:10 95:11
97:20 98:16
99:17 100:12
102:3 131:8
138:23
**meaning** 59:2
**means** 4:18 50:21
92:5 109:3
**Melissa** 1:14 2:7
18:12 95:13
154:9 157:10
**member** 6:10
57:4 61:5 82:10
97:7 101:17
113:15,21
**members** 10:25
23:14 57:8
96:19,21 97:4
105:19
**memory** 56:6
135:9
**mention** 57:18
92:24
**mentioned** 12:15
22:18 92:21
138:7
**merely** 39:8
**Meta** 1:4 11:6
12:16 18:13,25
19:17 22:16
24:6 69:20
96:23 103:4
113:25
**Michelle** 12:5
92:22
**middle** 63:5 67:13
**Mignano** 1:24

2:11 157:7,24
**million** 27:23
**MINCH** 3:15
152:23
**mind** 44:10 54:13
62:25
**Minieri** 12:5
92:23,25
**minute** 118:11
149:16
**minutes** 89:17
**misleading** 145:9
**moderately** 31:8
**modern** 46:12
79:22
**moment** 17:11
47:17 100:11
120:24
**moments** 4:13
**Monday** 1:16
**money** 59:14
**Monroe** 1:8 3:10
4:11 37:22 48:7
48:12 73:5
79:21 122:8
125:16 133:9,18
135:19 136:9,16
136:18,24
137:15 140:25
141:9,14,16
142:9,13 150:7
151:19 152:10
152:15 155:14
155:15,24
156:11
**month** 68:25
**morning** 4:8,9
92:22 98:8
**mother** 23:6
102:21 104:5
**mother's** 144:3
**motion** 37:16
115:19,21,24
116:4 142:19
**move** 117:14,18

149:8,14
**movie** 115:4
**mugs** 146:21
**multiple** 26:16
139:15
**mystery** 102:15
**Myth** 48:7,13
133:9,19 135:19
155:25
**M-I-N-I-E-R-I**
93:2

**N**

N 3:2 4:2 92:15,15
92:15,17 155:2
**name** 4:10 5:15
6:12 49:25 50:4
50:14 62:11
67:21 92:21
136:8
**named** 62:13 89:7
89:10
**names** 49:17 62:7
62:9 69:14,15
**narrow** 97:13
151:23
**nature** 13:16
14:11 38:21
60:8 98:2 135:4
138:25 139:2
**necessarily** 25:20
33:11 114:21
123:12,12 125:2
**need** 38:14
**needs** 32:17,19
115:25
**negative** 29:6,7,9
30:12
**negatives** 28:2,10
31:18 103:23
124:21
**neither** 121:19
**never** 45:9 62:25
82:11 86:6 99:9
137:8

**new** 1:2,15,15 2:9
2:9,12 3:6,6,11
3:11 5:18 17:17
22:8 23:7 37:22
61:24 111:23
157:3,5,8
**Nodding** 5:3
**non-photograp...**
98:11,17
**Norman** 143:7
**notably** 23:22
**Notary** 2:11 4:4
157:7
**note** 11:10 38:3
39:9 78:4
144:23 145:8
153:10
**noted** 39:9 92:16
154:7
**notes** 122:24
**notice** 2:10 4:12
9:17,18 10:18
39:23 40:2,16
40:24 49:25
62:10,11 67:18
155:23
**notices** 37:4,9
40:8 41:11
**noting** 11:17
145:23
**November** 134:4
**number** 6:23
38:10 51:20
60:3 62:7 75:21
75:24 136:7
153:15
**numbered** 77:8
**numbers** 78:6
144:5

**O**

O 92:15,15,15
**object** 5:14 38:7
39:12 70:6 87:3
**objection** 8:18

Melissa Stevens

Page 167

13:18,22 14:3,5
14:19 15:3,23
16:9,16 17:4
21:11 23:20
25:8 26:15 28:4
28:22 30:14,22
32:4,12,23 33:6
33:18,24 34:7
34:18 35:6,19
35:24 36:10,19
37:5,10 39:9,17
40:18,22 41:10
41:13,25 42:18
43:11 44:2,20
45:14 46:17
47:9 50:19,24
51:6,10 52:11
52:22 53:13
54:10 55:17,23
58:2,20 59:9
60:9,16,20
62:14,23 64:2
66:12,18 67:3
68:16 69:25
70:25 71:11,20
72:5,21 73:9,16
74:3,14,21
75:15,19 76:12
79:12 80:14
81:18 82:4,14
82:18,21 83:8
83:14,23 84:6
85:11 86:3,11
87:10,21 89:22
90:6,18 91:2,9
92:2,6 94:3,9
95:4 98:14,25
99:11,24 102:2
102:11 103:2,13
104:10 105:11
105:20 106:8,18
107:5,14,19
108:10,15 109:7
109:24 110:5,19
110:24 111:7,16

114:12 115:6,18
119:8,13,23
120:15 121:7,14
121:18 122:6,13
123:2,25 124:12
124:14 125:18
126:3,13,24
127:8 128:14,24
129:8 131:18
134:8,24 135:16
137:25 138:4,17
139:10 140:7
144:14 147:25
149:11 150:16
151:20
**objects** 103:25
**obviously** 61:11
  82:6
**occasion** 49:15
  114:9
**office** 22:18 23:4
  23:16 25:4 94:7
  95:2,10,20
  132:19 134:11
  139:6 140:10
**offices** 2:8 3:4
  23:3
**official** 132:22
**officially** 5:23 6:6
  7:14
**offspring** 19:21
**okay** 10:8,13 15:5
  16:25 29:17
  31:3 34:25
  41:20 42:12
  49:18 51:25
  60:2 63:12
  67:25 78:12,25
  91:16 96:6
  106:4,23,24
  107:24 111:21
  115:2 118:24,25
  120:25 127:5
  130:13,18
**old** 31:9

**older** 9:6
**once** 27:12 33:7
  34:21 40:25
  44:3 46:18
  51:14 54:11
  59:15 61:5
  89:23 98:7
  104:11
**ones** 14:6 71:24
  72:8,9 76:11,25
  147:5,6,24
  149:9
**operated** 20:22
  21:4
**operations** 5:24
  5:25 6:22 7:19
**opportunity** 5:14
  131:4
**opposed** 14:17
**options** 99:2,3
  100:3
**orally** 4:25
**order** 34:23 37:16
  37:18 39:8
  43:15 115:20,25
  148:10
**orders** 116:3
**ordinary** 98:12
**organization**
  31:19
**organize** 32:18
**organized** 31:15
  31:23 32:2,6,7
  32:11,14 119:20
**original** 9:4 18:16
  18:19 19:7
**originally** 19:12
  19:14
**originals** 154:4
**outcome** 157:18
**outside** 12:12
  38:6 151:6
**overall** 86:25
**oversaw** 24:15
**oversee** 6:2 22:8

**owner** 101:24
**owners** 18:5,9,12
  18:17,20 19:8,8
**ownership** 40:5
  104:23

_____
            **P**

**P** 3:2,2
**page** 49:8,8,13,14
  49:23 50:3 63:3
  63:5 71:5,12,16
  71:24 72:19
  77:9,10,13,14,25
  78:23 79:4,20
  79:25 86:22
  91:19 101:13
  106:2 114:25
  129:21 144:17
  145:11 153:23
  155:3
**pages** 49:19 51:20
  52:2,4 71:8 77:8
  79:4 144:4,18
  144:19 145:18
  146:23 147:2,8
**paid** 86:10,21,25
**paper** 29:2,3 58:6
  66:24 130:15
  141:3 142:14
**papers** 52:24 53:5
  53:5 67:4
**paragraph** 63:6,8
  63:14 106:3,22
  106:25 107:8,16
  107:20 108:2
  114:25 115:7
  118:23 119:2
  120:2,23 121:10
**paragraphs** 127:4
**Park** 2:9 3:10
**part** 7:5 21:20
  30:7 52:24 65:4
  65:13 72:3,6,17
  72:23 73:2
  74:17,23 75:22

79:6 81:22
89:20 91:6
112:2 114:8
124:10,17,18,24
125:3,6,9,12
129:21 130:5,17
130:25 131:3
141:4 148:7
**participation**
  117:7
**particular** 6:4
  69:3,6 75:10
  85:19 90:12
  96:5,25 97:25
  100:11 119:15
  125:22
**parties** 6:14 10:25
  11:4 15:8,13
  17:20 41:9 62:9
  73:25 74:8
  157:16
**parts** 90:24
**party** 62:13,19
  98:23 99:23
**passed** 103:22
  104:3,15
**passing** 24:14
**pay** 86:23
**payroll** 97:15
**pen** 50:12
**pending** 37:15,20
  38:9 39:15
**people** 6:4,24
  12:12,15 17:8
  17:24 22:3,10
  22:12,21 23:2,9
  24:11 34:6,10
  34:14 65:23,25
  68:6 69:11,15
  88:24 98:3,4
**people's** 9:7
**perceived** 33:22
**percentage** 23:9
**perceptible** 34:5
**perfectly** 11:18

Melissa Stevens

84:20
**performs** 95:23
96:12
**permit** 111:4
**permitted** 107:9
108:8
**permitting** 109:5
110:6,16
**person** 28:20,24
40:5 57:11
67:22
**personally** 95:15
95:16,18
**personnel** 6:3
**persons** 67:22
107:3
**pertained** 151:18
**pertaining** 123:7
**pertains** 127:10
129:10 143:16
143:21 149:6
**phone** 22:4 97:23
**photo** 27:10 56:14
56:20 72:25
73:3,3 75:8 79:6
79:21 119:15,17
119:19 133:8,17
135:5 142:20
**photocopies** 46:7
46:9 137:6
146:21,23
**photocopy** 48:24
49:5 142:23
143:5 156:13
**photograph** 14:17
26:7 28:20,21
38:24 47:7
72:17,19 95:9
99:5,6 108:13
122:18 126:6,12
134:22 147:20
155:9
**photographer**
79:23 91:21,23
91:25 92:4

106:7
**photographers**
20:7,10,15
**photographic**
20:5,6 47:2
123:5
**photographs** 8:15
8:21 20:15,18
20:19 21:10
22:7 24:20 25:7
26:5,20 27:5,6
28:2 30:21
31:16,17 32:5
32:14 34:3,5,15
34:22 35:3,5
40:11,14,23
43:24,25 44:19
44:21 46:10,15
48:21 49:8,9
51:23 52:3,8,10
54:2 58:8,18
63:17,21 71:8
71:23 72:4 73:7
73:15 74:12,16
74:19 75:14,21
75:25 76:9,24
83:21 84:2
85:20 86:24
90:14,17 91:6
91:13 93:24
94:5 96:14
98:10 101:25
102:17,19
103:12,23 104:9
104:20,22,24
107:2,10 108:8
108:17,20,22
109:5 110:11
111:10,23 117:8
118:7 121:8,13
121:23 122:4,7
123:15,17
124:21 141:15
144:8,12 147:23
148:5,6 150:6

151:18 155:15
**photography**
89:12
**photos** 25:20
71:12 73:10
74:5,22 75:4
79:15 80:17,25
81:22 91:14
107:2,9 108:11
110:17 111:5
119:20 133:20
146:22
**physical** 24:19
25:12,21,23
103:23
**picture** 43:5 80:6
142:20
**pictures** 79:10,17
142:16
**piece** 29:2,3,7,13
58:6 130:15
142:14
**pieces** 141:2
**Piermont** 23:5
**pinpoint** 75:24
**place** 100:14
101:19 118:4
**placed** 58:9
**places** 139:15
**plain** 63:16
**plaintiffs** 1:5 3:4
63:15
**play** 24:13
**pleading** 53:12
**pleadings** 52:25
53:3 67:16
**please** 5:8,16 13:7
20:3 30:16
32:25 37:7
40:20 43:9 51:2
51:23 52:13
60:12 64:4,10
71:3 75:17
78:23 82:16
85:8 94:2,11

95:6 102:13
103:17 104:12
107:7 110:2
112:14 116:24
120:24 121:16
123:3 138:6
148:3 152:3
**point** 50:5 72:11
**pointed** 73:15
**portion** 49:11
146:16
**portions** 146:18
**position** 8:13
93:15,17 97:24
**positive** 29:14
81:10
**possess** 66:19
**possessed** 102:18
103:22,24
**Possession** 104:23
**possibility** 20:16
32:9 33:19
36:13
**possible** 28:17
31:6 49:23
52:23 68:25
74:15 75:7,9
110:10 119:14
**possibly** 85:2
**post** 46:11
**poster** 125:16,25
126:6,11,14,16
126:20 155:9
**Post-Its** 51:22
**potentially** 53:8
**preclude** 36:2
**predated** 16:19,22
**predecessor**
110:16
**predecessors**
111:3
**preparation**
45:24 46:4 47:3
47:5 49:20 52:5
52:10 55:2 57:3

63:25 64:25
69:12,16 71:7
74:6,11 75:2,3
75:12,20 76:15
77:22 115:13
123:14 128:9
140:20 150:10
151:3,7,14
**prepare** 10:19
48:25 65:15,18
**prepared** 53:6
67:17 76:23
**preparing** 32:17
73:23 142:7
**presence** 55:15
**present** 55:11
113:14
**preserve** 125:13
**President** 93:5
**Press** 100:22
101:9 111:25
112:24 113:9,20
**presumably** 4:17
78:11,14 88:21
138:11
**previously** 75:23
88:2
**primary** 90:12
**print** 28:25 29:2
30:12 31:8,9,13
33:14 34:11
**prints** 28:10,19
30:24 31:17
33:12,16 34:12
34:16 35:11,12
35:13 124:21
**prior** 6:18 7:10,18
8:8,9,22,23,25
9:2 24:14 62:17
113:17
**probably** 5:11
12:10 28:12
73:2 81:6 88:6
**proceedings**
47:25 92:13

Melissa Stevens

127:19 149:19
**produce** 59:20
  120:14 125:25
  130:4 131:2
  135:13 141:12
  145:17 148:14
  148:15
**produced** 78:8
  83:7,13 87:4
  120:13 126:8
  144:25 145:3,7
  145:24 147:17
**producer** 81:7,12
  85:14
**producers** 80:5
  86:23
**production** 8:2,6
  8:10 78:6 141:4
  152:17 153:14
  153:17
**products** 146:21
**profile** 99:5,10,15
  119:4,7,11,16
  120:12 121:3
  126:7,12 155:9
**program** 89:3
**prominently**
  147:21
**promote** 20:6
  90:10 91:15
**promoted** 90:20
  90:21
**protect** 41:3
  42:14
**protective** 37:16
  37:18 39:7
  115:20,24
**provide** 5:15 34:3
  75:13
**provided** 57:2
  66:9,16,22,25
  67:22 68:5,9,11
  68:13,14 69:11
  69:16 75:6
  153:7

**provides** 119:2
**public** 2:11 4:4
  24:9 35:12
  37:24 38:16,19
  58:9,19 60:8
  63:18 70:24
  71:10 157:8
**publication**
  122:17,19
  135:18
**publications**
  57:21
**publicity** 81:22
  85:19 88:6,8
  89:21 90:2,5,10
  90:13 91:5,7,12
  91:13
**publicized** 90:16
**publicizing** 90:17
**publicly** 134:14
  135:6,10 139:11
**published** 49:15
  56:18,19 122:5
**purpose** 56:15
**pursuant** 2:10
  4:12 86:10
**put** 33:2 88:5
**p.m** 92:16 154:7

_____
**Q**
**qualify** 15:15 26:5
  61:9 72:24
  101:21 131:10
**qualifying** 65:11
  130:12
**quality** 29:3
  140:10
**quarter** 27:23
**question** 4:23,25
  5:12,13,14 6:11
  7:12 14:8,9 15:9
  17:23 18:8 21:6
  23:8,12 27:8
  28:5 30:15
  31:21 32:24

33:25 34:8,23
  36:23 37:6
  39:15 40:13,19
  41:2,5 42:8 43:9
  43:16,22 44:6
  46:13,19 50:25
  51:19 52:12
  53:16 54:12
  56:23 58:16
  60:11 62:4 67:9
  67:23 68:2,18
  69:8 70:6 71:2
  71:18,22 74:4
  75:16 76:2,5,15
  79:13 82:15,19
  84:22,23 85:8
  85:22 93:25
  94:10 95:5,17
  96:9 97:14
  100:23 101:3
  102:13 103:3,9
  103:17 104:12
  104:14 105:3,13
  105:16,17 107:6
  108:5 109:21
  110:3,7,8,25
  112:15,19
  114:18 116:13
  116:24 117:3
  119:24 120:6,16
  121:15 122:17
  125:10 130:7,11
  131:9,12 143:20
  145:20 148:3,11
  152:2
**questioning** 38:8
  38:15 45:20
  118:8
**questions** 37:13
  39:3,11 42:5
  64:4 69:3 84:18
  110:21 116:20
  117:6,12 118:20
  127:11 131:5
  137:4 147:12

149:5,22 152:21
**quite** 26:10 47:14

_____
**R**
**R** 3:2 92:15 157:2
**raising** 145:21
**read** 10:23 13:3
  39:16 40:21
  43:7,10 51:3
  56:5 63:7 64:5
  67:19 71:19
  75:18 77:24
  82:17 85:10
  94:12 101:4
  105:4,14 107:21
  108:5 112:16
  116:25 121:17
  124:13 132:21
  152:4
**reading** 56:24
  107:20 130:16
  133:11 137:13
**real** 38:14
**really** 5:4 24:16
  25:9 26:4,12
  27:24 28:23
  29:15 31:5 33:7
  41:16,17 43:14
  43:16 45:15
  47:16 49:7,22
  51:18 56:6
  57:10 72:22
  73:13,20 82:8
  86:4 94:14 96:4
  96:9,24 99:25
  100:10 103:8
  105:2 106:15,19
  107:25 120:3
  124:8 129:22
  134:20 140:2
**reason** 87:7,11,12
  87:13,13 121:11
  139:14
**Rebecca** 18:14
**recall** 16:21 28:15

28:16 36:16
  47:16,20 49:22
  54:14,25 55:4
  56:25 57:10
  64:6,20,22 65:3
  70:15,20,22
  71:6 76:13
  77:21 89:2
  100:10,25 101:5
  129:22 134:22
  150:2,21
**recalling** 105:9
**receipts** 146:22
**receive** 35:13
**received** 11:14
  133:25 134:2,6
**recess** 47:24
  92:12 127:18
  149:18
**recognizable**
  88:13,16 89:8
**recollection** 14:4
  15:14 16:10,12
  17:5 36:11 45:6
  121:5 126:18
  129:24
**record** 11:11,17
  19:5 37:11 38:4
  39:16 40:21
  43:7,10 51:3
  64:5 71:19
  75:18 78:5
  82:17 85:10
  94:12 101:4
  105:14 112:4,16
  112:21 116:25
  121:17 124:13
  126:22 144:24
  145:23 152:4
  153:5,11 157:13
**records** 18:24
  42:20 124:17
**red** 72:18,19
**reduced** 86:2
**refer** 4:16 22:5

Melissa Stevens

35:10 43:18
52:25 59:3
126:19 130:20
**referred** 128:23
129:19 136:18
142:10,17
**referring** 80:11
82:22 108:12
114:17 119:16
135:20
**refers** 106:25
129:23 133:17
**refresh** 17:5
36:11 56:6
121:4 126:18
129:24 135:9
**regard** 60:14
**regarding** 39:3
55:21 60:7,18
83:4 117:6
122:17,25 124:9
127:12 143:15
147:12 149:5
150:5
**regards** 32:15
41:16 76:20,21
**register** 94:6
**registered** 95:8,15
**registering** 93:23
94:4 95:3 96:13
**registration** 46:16
46:22 47:6
52:16 54:4
94:17,19 95:19
96:20 128:22
132:6,18 133:20
134:7 135:25
136:7,14,15
137:20 138:8,20
138:23 139:22
140:24 141:8
150:2,5,22,25,25
151:5,10,12
152:8 156:9,10
**registrations**

42:24 43:2,4,13
43:17,20,23
44:4,13 47:15
96:5 134:10
141:13 150:17
151:17 155:13
**regular** 140:10
**regularly** 22:7
**relate** 42:20 43:20
53:8 65:22
76:25 123:15
129:15
**related** 6:13 8:12
13:13 19:9 38:6
42:23 67:19
78:16 130:10
138:20,22
139:22 152:14
157:16
**relates** 109:16
147:15
**relating** 35:23
36:6 52:9,20
54:6 78:18
117:8 123:6
**relations** 24:9
**relationship** 6:19
6:20 88:22
101:20 113:19
**relationships** 6:20
**relevance** 151:21
**relevant** 10:25
78:9 150:11,14
150:18
**remember** 36:12
36:14 47:18
57:6,11,17,17,19
126:14 130:21
131:19,21
134:20 141:10
**repeat** 14:8 15:9
30:15 37:6
40:19 43:8,12
46:19 50:25
53:16 60:12

64:4 71:2,17
75:16 79:13
82:15 93:25
94:10 95:5,16
99:3 101:2
102:13 104:12
105:13 107:6
110:25 112:14
121:15 152:2
**rephrase** 148:3
**Reported** 1:23
**reporter** 5:2,5
9:16 48:4 54:16
61:20 64:9
127:25 136:4
**represent** 4:11
77:17 79:7
93:12
**representation**
117:22 118:11
**representations**
146:4
**representative**
113:12
**reproduce** 112:2
**reproduced**
107:11 108:9
109:6 110:18
111:6,11 112:24
**reproduction**
111:18
**reproductions**
30:11,20 111:14
**request** 39:7,8
75:12 76:9
120:20 141:18
148:17 153:2,5
**requested** 69:2
76:8 77:5 84:5
**requesting** 76:14
**requests** 153:16
155:6,7
**required** 46:5
115:3
**requires** 31:10

**reread** 85:8
**residence** 23:6
**resolved** 105:19
**respect** 4:14
46:14 70:13
93:11 95:24
96:15 98:9
104:19,21
109:20,22
112:13 113:4
115:16 121:3
122:21 124:2,15
141:13 155:14
**respond** 41:2
51:17 103:15
113:4 125:22
131:6,13
**responding** 40:25
**response** 41:5
**responsibilities**
114:8
**responsibility**
114:15,16,20,22
**responsible** 17:25
**responsive** 153:15
**rest** 144:18
**restate** 103:17
**restoration** 31:10
**restore** 31:11
**result** 105:23
**resumed** 92:17
**retained** 91:20
**returned** 34:20,22
35:15
**review** 10:16
73:24 76:16
114:10 140:23
141:11 150:9
**reviewed** 13:5,9
42:23 46:5
55:10,12,15
65:21,22 67:15
67:16 69:12
76:17 150:11,17
151:13

**reviewing** 10:18
120:10
**right** 12:23 25:5
28:16 36:12
44:17,25 56:5
57:15 75:5
76:22 79:3
84:18 98:6
102:6 116:22
122:9 129:23
**rights** 42:14 91:21
101:25 102:3,6
102:9,18,22,24
103:5,6,9,11,11
103:25 104:2,8
**right-hand**
133:24
**Rizzoli** 37:23
38:16,25 39:18
41:14,17,23
43:3,6,19 44:14
45:7,11 46:2,7
46:22 48:8,19
51:16 52:16,20
53:4 54:2,24
57:18,21 58:19
60:15 61:25
64:19 71:15,17
76:11,21,22
77:12,20 84:10
86:12 95:25
96:16 109:8,16
109:23 112:6,10
112:13,22 113:5
116:6 117:10,17
117:23 118:4,12
122:9,21 123:8
123:15 124:3,15
125:19 127:10
129:10 131:23
131:25 133:19
135:20 143:16
143:22 144:13
144:17,20
146:22,24 147:7

Melissa Stevens

| | | | | |
|---|---|---|---|---|
| 147:15 149:7,13 | 117:6 123:13 | **seeing** 34:14 45:3 | **separate** 46:15 | 90:6,18 91:2,9 |
| 150:18,21 151:4 | 124:10,23 125:7 | 49:22 55:2,4 | 47:6 98:19 | 92:2,6,10 94:3,9 |
| **Robert** 18:13 | 132:24,25 133:7 | 56:25 64:6,20 | 145:18 | 95:4 98:14,25 |
| **role** 24:9,13 93:10 | 133:15,16 | 64:22 65:3 | **separately** 30:5 | 99:11,24 102:2 |
| 115:15,16 | 134:10,17,22 | 70:16,20,22 | **SERBAGI** 3:4,7 | 102:11 103:2,13 |
| **Rome** 8:10,16,22 | 135:2 136:8 | 71:6 76:9 77:21 | 8:18 11:10,15 | 104:10 105:11 |
| 8:23 | 143:6 | 100:25 101:5 | 11:20 13:18,22 | 105:20 106:8,18 |
| **room** 25:15,16,18 | **Sam's** 12:22 | 107:23 126:14 | 14:3,5,19 15:3 | 107:5,14,19 |
| 25:24 26:3 | 19:18 | 130:8,24 134:22 | 15:23 16:9,16 | 108:10,15 109:7 |
| 140:15 | **Saturday** 120:2 | 150:21 | 17:4 19:2 21:11 | 109:11,15 110:4 |
| **Rosten** 143:7 | **saw** 10:4 129:18 | **seen** 9:25 17:6 | 23:20 25:8 | 110:9,19,24 |
| **Rule** 64:11,17 | 130:16 141:3 | 32:6,10,13 36:5 | 26:15 28:4,22 | 111:7,16 112:3 |
| 70:16,17 77:8 | 150:24 151:4,7 | 40:8,10 43:2,4,8 | 30:14,22 32:4 | 112:5,20 114:12 |
| 156:6 | 152:13 | 43:12,19,23 | 32:12,23 33:6 | 115:6,18,23 |
| **ruled** 38:18 57:25 | **saying** 15:15 47:5 | 44:4,12,21,23,24 | 33:18,24 34:7 | 116:10 117:2,15 |
| 58:5,17 | 61:9 72:25 | 45:4,7,9 46:7,15 | 34:18 35:6,19 | 117:21 118:10 |
| **rules** 4:22 | 109:11 152:8 | 46:21 47:3,13 | 35:24 36:10,19 | 118:18 119:8,13 |
| **ruling** 58:23 60:6 | **says** 49:15 77:11 | 47:15,17 48:21 | 37:5,10 39:17 | 119:23 120:15 |
| **running** 24:16 | 77:14 79:4,4 | 49:9 53:7,25 | 40:18,22 41:10 | 120:17 121:7,14 |
| 50:8 | 119:16 120:2 | 54:3,5 63:24 | 41:13,25 42:5 | 121:18 122:6,13 |
| **R-O-S-T-E-N** | 145:12 | 65:12 71:23 | 42:18 43:11 | 123:2,7,25 |
| 143:7 | **scanning** 50:3 | 74:5,20,22 | 44:2,20 45:14 | 124:12,14 |
| | **scans** 30:24 | 75:11 77:4 | 45:19 46:17 | 125:18 126:3,9 |
| —————— | **school** 9:13 | 80:23 86:6 92:3 | 47:9 50:6,19,24 | 126:13,24 127:8 |
| **S** | **scope** 42:3 | 94:19,21 122:7 | 51:6,10 52:11 | 127:14 128:14 |
| **S** 3:2 4:2,2,2,2 | **screen** 33:23 | 122:11 123:11 | 52:22 53:13 | 128:24 129:8,12 |
| 92:15,15,15,17 | **seal** 132:22 | 123:14 124:4 | 54:10 55:17,23 | 131:8,18 134:8 |
| 92:17,17,17 | **second** 117:15 | 126:11 128:4 | 58:2,20 59:9,22 | 134:24 135:16 |
| **sake** 19:6 | 147:19 | 132:12 133:14 | 60:9,16,20 | 137:25 138:4,17 |
| **Sam** 12:17 16:14 | **secretarial** 97:22 | 136:10 137:5,6 | 62:14,23 64:2 | 139:10 140:7 |
| 17:3 19:10,13 | **section** 77:18 78:2 | 137:8,19 138:8 | 65:19 66:12,18 | 141:17 143:14 |
| 19:22 20:11,19 | 133:11 | 138:19 141:2,7 | 67:3,8,12 68:16 | 143:21 144:14 |
| 20:21 21:4,8,13 | **sections** 49:6 | 142:2,3 143:8 | 69:25 70:8,25 | 144:23 145:8,18 |
| 21:18 54:24 | **see** 10:10 44:25 | 143:13,24,25 | 71:11,20 72:5 | 145:22 146:7 |
| 56:13 57:20 | 47:6 49:7 50:4 | 144:3,8 146:11 | 72:21 73:9,16 | 147:14,25 |
| 61:11,24 62:10 | 50:14,16 63:4 | 146:13 148:24 | 74:3,14,21 | 148:16 149:4,9 |
| 64:18 77:12 | 63:13,22,23 | 153:11 | 75:15,19 76:12 | 150:16 151:20 |
| 80:16,23 85:13 | 77:5 79:3 90:8 | **segment** 77:25 | 78:4,13,21 | 152:18 153:4,10 |
| 85:17 86:9 88:5 | 96:4,8 113:6 | **selected** 106:25 | 79:12 80:14 | **series** 72:4,7,18 |
| 88:9 89:25 | 119:17 126:20 | 107:9 109:5 | 81:18 82:4,14 | 72:24 73:8 74:2 |
| 91:11 95:9 | 128:21 131:3 | 110:16 111:4 | 82:18,21 83:8 | 74:9,13,17,23 |
| 96:13 100:21 | 132:22,25 | **semantics** 125:11 | 83:14,23 84:6 | 75:14,23 76:4 |
| 101:8 103:5 | 133:10,24 134:2 | **senior** 23:14 93:5 | 84:12 85:6,11 | 76:10 84:2 89:9 |
| 106:2 110:15 | 134:5 139:14 | **sense** 26:11,13 | 86:3,11 87:3,10 | 90:24,25 99:14 |
| 111:2,4 113:8 | 144:5 151:17 | **sentence** 63:13 | 87:21 89:13,22 | 99:20,22 108:9 |
| 113:19 114:10 | | | | |

Melissa Stevens

| | | | | |
|---|---|---|---|---|
| 108:14,18,20 | 147:17,18 | 121:3,6 | 119:7 121:3,24 | 48:9 67:7 101:2 |
| 109:3,6 110:12 | 155:13 | **show** 7:20 8:3,10 | 121:25 122:8 | **sort** 60:17 61:2 |
| 110:17,23 111:5 | **SFA's** 113:17 | 8:16 23:2 47:12 | 126:7,12,21 | 89:3 |
| 111:11,24 112:2 | 123:11 | 53:20 61:14 | 147:20 148:8 | **sounds** 7:24 |
| 117:5,8,11 | **SFA01059** 144:6 | 75:9 77:3 | 155:9 | **Southern** 1:2 |
| 118:3 121:24 | **shaking** 5:3 | 125:21 126:17 | **Slotnick** 3:12 4:7 | 61:23 |
| 122:2 148:8 | **Shaw** 1:4 4:14 | 129:14 130:19 | 4:10 9:15,21 | **space** 25:12,21,23 |
| **services** 16:15 | 5:20 11:2,7 | 135:7 | 11:13,16,22,25 | 26:2 34:13 |
| **set** 35:17 115:4 | 12:17,19,20,21 | **showed** 10:14 | 38:10 42:2,7 | 126:22 |
| 157:11,21 | 12:22 15:18,19 | **showing** 54:21 | 47:22 48:3,15 | **speak** 12:2 |
| **settlement** 59:11 | 16:14 17:3 | **sign** 11:18 128:21 | 50:8 54:15,20 | **speaking** 28:7 |
| 59:12,13,18 | 18:15,25 19:10 | **signature** 128:13 | 60:2 61:19 64:8 | 96:18 138:18 |
| 60:5,18 61:2,4 | 19:13,22 20:11 | 128:16,17,19 | 64:14 67:10 | **special** 91:21,22 |
| 105:21,22 | 20:12,19,21 | **signed** 11:14 | 70:5 71:21 | 91:25 92:3 |
| **SFA** 4:17 5:22 | 21:4,13,19 | 15:20 96:8 | 78:10,15 83:9 | **specific** 10:12 |
| 6:21 7:3,15 | 22:16,17 23:14 | **significant** 38:15 | 84:9,15 86:14 | 16:23 17:7 |
| 13:20 14:7,16 | 24:10,13,18,24 | 38:23 49:10,10 | 89:16 92:8,20 | 31:19 41:18 |
| 14:17,22 15:7 | 24:25 49:25 | **significantly** | 100:18 109:9,13 | 43:17 44:7 |
| 15:12,17,21 | 54:24 56:13 | 38:11 | 109:18 112:11 | 46:14 47:7,18 |
| 16:2,3 17:12,20 | 57:20 61:11,24 | **signing** 15:20,21 | 112:17 115:21 | 52:8 54:12 55:9 |
| 18:2,5,9,17 19:8 | 62:10,11,12 | 16:2 | 116:8,12 117:5 | 57:10 68:6 |
| 19:9,25 20:18 | 64:19 69:21 | **similar** 8:11 | 117:19,25 | 69:10,14,15 |
| 21:22 22:2,11 | 77:11,12,19 | **simpler** 89:18 | 118:15 120:19 | 84:24 97:24 |
| 22:22 40:15,23 | 80:16,23 85:14 | **simply** 30:19 | 126:4 127:11,16 | 98:16 111:18 |
| 41:7 42:16 | 85:17 86:9 88:5 | **single** 30:2,14 | 127:24 129:11 | 114:22 123:3 |
| 45:13 61:10 | 88:9 89:25 | 131:14 | 132:3,8 135:22 | 137:3 138:5,15 |
| 82:10 93:8,11 | 91:11 93:12,20 | **sitting** 45:3 70:18 | 136:3,21 137:2 | 138:15 140:23 |
| 94:8,21,25 | 95:9 96:13,23 | **situation** 36:16 | 141:19,24 143:2 | 141:15 155:14 |
| 95:22 96:12,19 | 97:4 100:21 | 56:13,17 59:3 | 143:18,23 | **specifically** 49:14 |
| 96:21 97:3,10 | 101:8 106:2 | 60:23 | 144:21,24 145:6 | 63:4 66:10,16 |
| 97:15,19 98:13 | 110:15 111:2,4 | **size** 26:14,17 | 145:16,19 146:3 | 66:21 68:23,24 |
| 101:21,24 | 113:8,12,19,25 | **sizes** 26:18 | 146:10 147:10 | 69:2 76:3,13 |
| 102:10,20,25 | 114:2,5,10 | **skipping** 79:5 | 148:18,23 149:8 | 106:3 150:14 |
| 104:5 105:23 | 123:13 124:10 | **skirt** 72:4,7,18 | 149:12,21 | **specifics** 38:23 |
| 108:7 109:5 | 124:23 134:10 | 73:8,25 74:9,12 | 151:22 152:16 | 39:6 87:19 |
| 110:13,16 | 136:8 143:7 | 74:23 75:8,14 | 152:20 153:8 | **specify** 7:12 13:19 |
| 111:12 113:21 | **Shaw's** 23:5 103:5 | 75:23 76:10 | 154:2 155:4 | 17:23 21:5 27:9 |
| 114:5,9,14,19 | 117:6 125:7 | 84:2 89:9 90:24 | **small** 91:16 | 31:21 34:23 |
| 115:11 119:20 | **sheet** 119:25 | 90:25 91:6 99:5 | **solely** 56:24 | 35:21 39:20 |
| 120:11 123:4,21 | **shelving** 26:9,10 | 99:10,13,19,22 | **somebody** 31:10 | 52:13 102:4 |
| 124:7,10 134:15 | **she'll** 42:6 116:2 | 107:2,10 108:9 | 36:24 145:25 | 108:11 |
| 137:21,23 | **shoestring** 50:9 | 108:14,17,20 | **son** 12:22 | **specifying** 108:13 |
| 138:14,18 | **shooting** 117:7 | 109:3 110:11,17 | **Sopranos** 7:20,24 | **spell** 92:25 |
| 139:13,14 | **shot** 119:4,7,11,16 | 111:5,10,24 | 8:2,6 | **spelled** 79:24 |
| 141:13 142:13 | 119:22 120:12 | 117:8 118:2 | **sorry** 10:6 21:2 | **spent** 80:24 |

Melissa Stevens

| | | | | |
|---|---|---|---|---|
| **spoke** 10:24 11:5 11:6 12:5,10 | 15:1 16:1 17:1 18:1,13,13,25 | 129:1 130:1 131:1 132:1 | **sure** 5:9 7:13 15:10 18:7,18 | 119:12 127:18 149:18 |
| **ss** 157:4 | 19:1 20:1 21:1 | 133:1 134:1 | 20:2 21:2,25 | **takes** 25:12 95:2 |
| **St** 100:21 101:8 | 22:1,16 23:1 | 135:1 136:1 | 23:4 25:22 | **talk** 24:17 29:18 |
| **stack** 25:19 45:4 | 24:1,6 25:1 26:1 | 137:1 138:1 | 27:18 29:24 | 31:14 78:21 |
| 66:24 | 27:1 28:1 29:1 | 139:1 140:1 | 44:8 45:15 | 88:14 141:5 |
| **stacked** 26:8 | 30:1 31:1 32:1 | 141:1 142:1 | 46:20 47:11 | **talked** 65:23,24 |
| **staff** 97:19,21 | 33:1 34:1 35:1 | 143:1 144:1 | 51:24 52:14 | 88:23 98:8 |
| **staged** 81:21 | 36:1 37:1 38:1 | 145:1 146:1 | 57:12 78:3,19 | 99:14 138:9 |
| **stamped** 120:2 | 39:1 40:1 41:1 | 147:1 148:1 | 89:5 97:20 | 149:24 |
| **standing** 149:11 | 42:1 43:1 44:1 | 149:1 150:1 | 98:18 102:5,12 | **talking** 71:15 84:9 |
| **stands** 20:25 | 45:1 46:1 47:1 | 151:1 152:1 | 103:19 104:6 | 84:13 97:14 |
| **Stanley** 137:11,13 | 48:1 49:1 50:1 | 153:1 154:1,9 | 108:16 114:21 | 99:6 103:10 |
| 137:17 | 51:1 52:1 53:1 | 155:4 157:10 | 130:3 137:3 | 139:13 140:17 |
| **start** 11:3 96:2 | 54:1 55:1 56:1 | **stick** 53:24 99:19 | 146:10 148:4 | **Tappan** 5:17 |
| 103:16 | 57:1 58:1 59:1 | **stipulate** 62:8 | 153:8 | 22:19,22 23:15 |
| **started** 7:14 | 60:1 61:1 62:1 | **stop** 9:11 | **surrounding** | **task** 80:10,11 |
| **starts** 88:19 | 63:1 64:1 65:1 | **store** 30:2 | 60:23 | **tasks** 23:22 24:7 |
| **State** 2:11 157:3,8 | 66:1 67:1 68:1 | **stored** 26:6 | **Susan** 11:7 12:19 | 98:4 |
| **stated** 17:12 | 69:1,20 70:1 | **stories** 89:7 | 12:20 22:17 | **Ted** 152:22 |
| 21:20 42:13 | 71:1 72:1 73:1 | **studios** 114:11 | 69:21 | **TELEPHONE** |
| 44:11 46:21,25 | 74:1 75:1 76:1 | **subject** 32:2,6,11 | **suspect** 38:22 | 3:14 |
| 52:15 67:18 | 77:1 78:1 79:1 | 32:15 33:3 36:8 | **sworn** 4:3 82:12 | **television** 7:20 |
| 70:14 76:14 | 80:1 81:1 82:1 | 37:17 109:12 | 87:8 154:11 | 89:3 142:20 |
| 82:25 88:2 | 83:1 84:1 85:1 | 115:19 116:4,5 | 157:12 | **tell** 45:7 53:21 |
| 99:18 115:7 | 86:1 87:1 88:1 | 122:14 139:17 | | 54:7 75:10 82:5 |
| 121:9 126:5 | 89:1 90:1 91:1 | **submission** 33:19 | **T** | 84:19 86:18 |
| 147:18 | 92:1,21 93:1 | **submit** 33:10,12 | **T** 4:2 92:15,17 | 116:16 119:18 |
| **statement** 37:11 | 94:1 95:1,13 | 33:17 34:9 35:9 | 157:2,2 | 141:25 |
| 64:12,18 67:13 | 96:1,23 97:1 | 37:8 | **tabbed** 51:21 | **telling** 116:21 |
| 70:16,17,18 | 98:1 99:1 100:1 | **submitted** 37:2 | **table** 22:9 45:2,2 | **tells** 116:23 |
| 77:9 88:17,18 | 101:1 102:1 | 56:14 65:5,6,14 | **tags** 146:21 | **temporary** 137:19 |
| 120:18 156:6 | 103:1 104:1 | 95:18 | **take** 5:2 6:13 | **ten** 27:3,4 57:16 |
| **statements** 13:14 | 105:1 106:1 | **Subscribed** | 21:21 42:10 | **term** 39:25 91:24 |
| 66:5 | 107:1 108:1 | 154:11 | 45:22 47:22 | 92:3,5 99:9,13 |
| **states** 1:2 63:14 | 109:1 110:1 | **subsequently** | 48:16 51:22 | **terms** 109:3 |
| 63:16 94:7 | 111:1 112:1 | 88:12 | 79:6,16 91:18 | **testified** 4:5 53:25 |
| 95:20 132:19 | 113:1,25 114:1 | **succeeded** 102:22 | 92:8 126:9 | 54:3,5 78:16,20 |
| 134:11 | 115:1 116:1 | **Suite** 3:5 | 127:15,16 | 80:2 87:17 |
| **stay** 58:24 | 117:1 118:1 | **summary** 63:18 | 141:17,25 143:3 | 92:18 114:4 |
| **Stevens** 1:4,14 2:7 | 119:1 120:1 | **supplement** | 148:16 149:16 | 121:21 122:3 |
| 4:1,8 5:1 6:1,12 | 121:1 122:1 | 153:17 | 150:4 152:18 | 150:24 151:24 |
| 7:1 8:1 9:1,22 | 123:1 124:1 | **supplied** 56:21 | **taken** 4:20 20:19 | **testify** 4:13 112:8 |
| 10:1 11:1,7 12:1 | 125:1 126:1 | **supply** 16:23 | 47:24 92:12 | 116:2 |
| 12:16 13:1 14:1 | 127:1 128:1 | 41:18 51:14 | 108:22 111:23 | **testifying** 145:22 |

Melissa Stevens

Page 174

146:9
**testimony** 37:19
  38:2,5 79:8
  82:22 87:9
  146:15 157:14
**text** 56:13,20
  133:8,18 135:5
**Thank** 11:16 79:2
**THEODORE**
  3:15
**thing** 56:5 108:6
  144:24
**things** 6:5,25
  28:13,14 81:6
  83:10 84:25
  88:7 103:14
  118:5 138:23,25
  139:2
**think** 21:22 26:12
  28:24 29:15
  38:3,14 44:7
  56:7 62:2 64:3
  81:10 88:25
  89:10 97:9
  110:20 125:24
  131:20 148:2
**third** 23:10 41:8
**third-party** 13:21
  35:2,10 74:12
**thoroughly**
  129:16
**thought** 84:23
**thousand** 26:24
  27:2,3,5
**thousands** 102:17
**three** 19:12
**tight** 50:9
**time** 4:16,16 6:8
  10:3,16 55:14
  55:20 57:18
  61:11 89:14
  92:16 101:18
  103:21 106:20
  107:22 113:10
  130:16 131:5

154:7
**times** 44:11
**title** 93:3 133:2,7
  135:3 136:8
**today** 18:10,11
  47:3,6 52:5,10
  53:2 57:3 62:17
  65:16 67:19
  68:5 69:12,17
  71:7 74:6,11
  75:13,20 76:16
  76:23 99:15
  113:12 121:22
  123:14 128:10
  136:19 141:6
  142:7 151:4,7
  151:14 153:3,12
**today's** 45:24
  49:20 55:2
  63:25 64:25
  65:18,23 66:11
  66:23 73:23
  75:2,3 115:13
  140:20 150:10
  150:12,14,18
**told** 116:5,8
**top** 26:8 49:14
  62:6 77:11 79:3
  132:21
**topic** 117:18
**topics** 150:12,18
**track** 24:2
**tradition** 91:22
**transcript** 120:9
  120:10 153:2
  154:5
**transparencies**
  28:11 31:18
  103:24
**transparency**
  29:10 30:13
**Trapper** 140:8,13
**tricky** 104:14
**true** 46:3 157:13
**truly** 56:6

**trust** 11:13 104:4
**try** 16:24 35:20
  129:16
**trying** 14:10,14
  21:2 30:18 83:9
  84:24,24 104:5
  118:5 143:23
  145:25 151:22
**turn** 77:6
**two** 5:23 6:7,18
  7:10,15,17 8:7
  17:7 44:5 64:3
  99:2,3 100:2
  103:14 110:20
  134:3 140:4,18
  141:2 152:7,13
**type** 14:25
**typed** 133:2
**typical** 140:5
**typically** 23:2

—————————————
U
—————————————
**Uh-huh** 97:16
  144:10
**ultimately** 59:8
  105:22
**unaware** 56:17
**uncle** 102:21
  104:4
**unclear** 41:6
  105:16
**understand** 4:18
  5:12 14:10
  33:25 34:8 39:4
  56:2,16 62:3
  102:12 108:19
  108:21 135:18
  135:21 136:17
**understanding**
  15:25 21:16
  56:8,10,11,12
  59:24 60:22
  74:7 81:13,15
  83:6,11,12,15,16
  83:18,20,24

85:3,13 87:22
  87:25 88:4
  89:25 90:4,7,9
  90:15 91:11
  94:14,24 96:7
  102:20 104:2,7
  104:25 106:5
  107:12 108:7
  113:11 124:6
  129:20 133:6
  146:5,25 147:4
**unfamiliar** 119:10
**unfortunately**
  114:3
**uniform** 26:14
**United** 1:2 63:15
  94:7 95:20
  132:19 134:11
**units** 26:9,10
**unnumbered**
  49:13
**unofficially** 6:8
**unsigned** 11:12
**use** 14:16,23 20:4
  24:4 56:22 87:3
  90:14,21 99:4
  103:25
**useless** 25:17
**uses** 41:7
**utilized** 40:14,23
**U.S** 61:23

—————————————
V
—————————————
**V** 4:2 92:17
**VA** 135:15
**vague** 27:12
**variety** 23:21 24:7
  151:25
**various** 22:2 28:8
  28:9 35:4
**VA880-127**
  134:13
**verify** 49:8 59:15
  96:25 133:21
**versus** 53:22

54:24 61:25
  64:19 77:11,19
  129:3 130:9
  131:16
**vice-president**
  93:6
**view** 34:6 46:6
  140:19
**viewed** 52:9
**vs** 1:6

—————————————
W
—————————————
**wait** 5:11
**walk** 116:18
**want** 31:14 35:3
  37:10 42:2 70:7
  75:9 84:16,22
  85:5 86:17
  102:14 109:22
  116:18,20 118:8
  144:23 145:8
  154:3
**wasn't** 82:6 87:4
  89:23,24 106:19
  131:12 145:24
  146:2
**way** 19:9 30:17
  32:10 41:2 71:4
  76:6 90:10,12
  95:7 99:18
  103:20 119:21
  121:5 129:17
  157:18
**ways** 28:18
**website** 134:10,14
**Weegee** 79:23
**week** 10:5,7 55:8
  74:19,19 128:8
  134:21 142:6
**weeks** 5:23 6:7,18
  7:10,15,17
**went** 9:12,14 89:7
  135:14
**Wesley** 9:14
**we'll** 24:17 39:12

Melissa Stevens

48:18 78:21
116:11,19 126:4
126:9,21 131:4
141:17 148:14
148:16 152:18
**we're** 50:8 53:2
71:15 84:6,9,11
104:6 135:17
141:5 146:3
149:10 152:16
**we've** 44:16 45:20
149:12,13
**whatsoever** 37:14
**WHEREOF**
157:20
**widow** 12:21
**wife** 12:20
**Wilder** 80:4,10
81:2 83:17
**wish** 54:8 116:16
**withdraw** 71:21
**witness** 4:3 11:21
38:20 70:9
78:19 84:17
85:4 87:5 110:6
112:7,12 115:25
116:14 118:14
131:6 143:19
146:8 147:11,22
151:24 155:3
157:10,14,20
**witnesses** 11:24
**Woodner** 21:14
21:15,17
**word** 28:19 40:3
51:16 124:23
125:2
**wording** 47:19
**words** 44:8
129:13
**Wordwide** 3:15
**work** 5:19,20 20:8
22:21,22 23:9
23:15 38:2 68:6
68:8,20 97:23

102:7 122:25
124:9 132:23
133:3,5,14,16
134:17 135:3,4
136:9
**worked** 5:21 8:23
9:2 85:15
**works** 23:6 38:7
38:16 39:19
60:15,15 70:23
71:9
**world** 80:23 88:13
88:16,20 89:9
**Worldwide** 1:7
152:25
**wouldn't** 36:17
**writer** 81:5
125:14
**writing** 36:4 86:2
125:7,13
**written** 35:18
36:5,8,17
123:22 124:23
125:2
**wrong** 79:24
146:6
**wrote** 56:13

---

**X**

X 155:2

---

**Y**

**Yeah** 30:17
**year** 9:10 57:12
81:8,12 83:4,7
85:14 90:11
106:17 108:23
108:24,25 115:5
115:17 122:25
123:6,17,24
125:16
**years** 6:23 8:7
57:16 61:8
**yellow** 51:21
**York** 1:2,15,15

2:9,9,12 3:6,6
3:11,11 5:18
17:17 23:7
37:23 61:24
111:23 157:3,5
157:9

---

**0**

**01059** 144:16
**01059060** 147:2
**01060** 144:6
**05** 1:6
**05-29-97** 77:12
**061** 147:2
**062** 147:2

---

**1**

**1** 9:17,18,24 11:11
155:23
**1:30** 92:11
**1:43** 92:16
**10** 73:15,18 89:17
133:25 136:23
156:11
**10:03** 2:5
**100** 26:20 156:7
**100,000** 27:6,21
**10022** 3:6
**10154** 3:11
**105** 63:17
**10983** 5:18
**11** 114:25 115:7
141:20,21
156:12
**1120** 3:5
**12** 91:19 142:22
143:5 145:3
148:7 156:13
**120** 155:8
**126** 155:9,10
**127** 156:8
**13** 120:23 121:10
144:22 148:19
148:20 156:14
**130** 155:11

**132** 156:9
**1347** 79:11
**135** 156:10
**136** 156:11
**14** 118:23 119:2
120:3
**141** 155:15 156:12
**142** 156:13
**143** 5:17 25:3
**146** 71:8,12,16,24
72:20 79:5,17
79:20 144:17
**147** 71:8,13,16,24
79:5,11,17
**148** 155:16 156:14
**149** 79:5,11,17
**15** 89:17
**152** 155:17
**153** 155:18,19
**17** 1:16 2:4 63:3
77:11,14
**17th** 157:21
**19** 61:17,22 82:7
156:5
**1950s** 89:24
**1954** 111:22
113:22 117:9
123:24
**1972** 125:15 126:5
126:21
**1980s** 140:14
**1990s** 57:13
**1993** 101:14,22
**199551** 1:25
**1996** 57:15 61:10
**1997** 133:25 134:4
**1999** 19:23 61:17
61:22 104:16,25
105:4 156:5

---

**2**

**2** 48:5,11,18 71:5
106:2 155:24
**20th** 89:11 119:12
119:22

**2000** 9:10
**2002** 16:6,8,19,22
17:13 18:20
19:15,16 101:22
105:21 113:13
**2005** 93:9
**2007** 1:16 2:4
154:12 157:22
**21** 127:4
**22** 127:4
**23** 65:6
**25** 73:19

---

**3**

**3** 54:16,17,22
106:3 134:4
156:4
**3:41** 154:7
**30(b)(6)** 38:13
**345** 2:8 3:10
**3939(CM)** 1:6

---

**4**

**4** 61:15,16,21
106:22,25 107:8
107:16,20 108:2
114:25 155:4
156:5
**46** 144:15
**47** 144:15
**48** 155:25
**488** 3:5

---

**5**

**5** 64:11,16 70:19
77:7 86:22
156:6
**51.6** 70:16,17
**54** 156:4
**56.1** 64:11 77:8
156:6
**561** 64:17

---

**6**

**6** 63:5 100:15,19
156:7

---

Melissa Stevens

Page 176

**6-4-96** 134:3
**61** 156:5
**62** 144:6
**64** 156:6

**7**

**7** 63:6,7 81:8,12
  83:4,7 85:14
  90:11 106:17
  108:23,24,25
  115:4,17 122:25
  123:6,17,23
  125:16 127:21
  128:2 156:8
**76** 78:2 79:4
**77** 78:23 79:25
**78** 78:24 86:22
  91:19

**8**

**8** 132:4,5,11
  150:22 151:8
  156:9

**9**

**9** 63:3 79:25
  135:23,24 136:6
  137:13 141:3
  155:23 156:10
**90s** 57:13