# EXHIBIT D
# (PART TWO)
# DEPOSITION TRANSCRIPT OF MELISSA STEVENS DATED DECEMBER 27, 2007

# FILED UNDER SEAL