# EXHIBIT G



"I guess I'd say I have love light in my eyes," says Marilyn of this picture, taken on East River Drive near their first home, a sublet Manhattan apartment.

# Marilyn's new life
*After a year of marriage, beset by misfortunes, Marilyn Monroe and her husband say they are "getting organized for a long honeymoon."*

IT HAS BEEN over a year since the world's most buoyant platinum blonde married the serious playwright Arthur Miller. Both admit they have "changed." Marilyn, as a completely doting wife, has adopted her husband's city (New York), his faith, his future and his family as her own.

Marilyn says, "When Arthur's parents told me, 'Darling, at last you have a father and a mother,' this was the wonderful moment of my life — next to marrying their son." And Miller professes to be "a new man at 41. . . . This has been the most learning year of my life. I've learned about living from her."

Their first year together was studded with trouble. The Millers say they are now only beginning to have the time to enjoy their "real honeymoon." On these pages is the first extensive group of pictures of the couple at leisure since their marriage. Following a passion for the privacy of her home, Marilyn didn't want to be photographed inside — "I'll do anything outside" — an attitude that prompted Miller to call his wife "the girl from outer space" and "the great American outdoor girl."

Produced by JACK HAMILTON    Photographed by SAM SHAW

110

MMLLC (Shaw) 000419

LOOK-Job ___-___, Surrogate of Look, ___-___, p.___. LC-P&P





In country, she feeds daisies to her basset hound, Hugo. This summer, she and Miller lived alone on a Long Island farm, except for occasional visits from Miller's young son and daughter. "His son respects me," she says. "I can hit home runs."
continued



MMLLC (Shaw) 000420

gate of Look,      -     -   , p.       . LC-P&P

MARILYN'S NEW LIFE continued

## Marilyn has nicknames but "comes running to anything"



Surf-casting Miller keeps his mind on his work. He says that he has gained 25 pounds since marriage.

"We live on the 13th floor in our apartment house," Marilyn says, "and that's exactly our attitude toward life."

Those closest to Marilyn say that she is not likely to dwell on the bitterness of losing her first baby after a short pregnancy. She will instead calmly plan to have another. As for her husband's legal problems, these may soon be resolved. Miller is appealing his contempt-of-Congress conviction after receiving a suspended one-month jail sentence. He says, "I am fighting for my life," and is determined to clear his name if he can.

All summer, except for Marilyn's ten-day hospitalization, the Millers lived in a farmhouse in Amagansett, a village on the tip of Long Island. They went fishing and swimming, driving along the deserted beaches and the back-country roads in their jeep. "We even get along in a car," Marilyn says, "He drives, but doesn't have any sense of direction. I do. I remember the way we came from, and that's how we go back. He calls me 'Hey, Direction Finder!' among other things. His other names for me are 'Penny Dreadful,' 'Gramercy 5' and 'Sugar Finney'—all very literary. Actually, I come running to anything. I call him 'Art' or 'Poppy'. If I'm mad, I call him 'Arthur'."

"When she calls me 'Arthur', I know I haven't been working hard enough," Miller says. "She's a demon about my work, and expects me to put in regular hours." For his writing (his new play will



They enjoy life most in the country, alone. Everybody speculated on how Miller might change Marilyn during marriage. Now his friends say she changed him—into a fun-loving human being.

Wife shops for her husband's clothes (size 44); he hates to go shopping. "He has long legs that go on forever," she says. "He has only two suits—the one he got married in, and the other one."

112

MMLLC (Shaw) 000421

LOOK-Job  -  , Surrogate of Look.  -  p.  LC-P&P



MMLLC (Shaw) 000422

l. Surrogate of Look, _ - _ , p. . LC-P&P



Cooling off in the Plaza fountain, she invited everybody to join her, but they were too astonished to do anything but watch. Then she sat at water's edge,

## Marilyn enjoyed capering like a frisky beginner again

From the security of her marriage, Marilyn has regained the sense of fun that once made her the most quoted pin-up girl in the world. The pictures on these pages were taken the night before her English-made movie, *The Prince and the Show-girl*, opened in New York. The following night, she was the guest of honor of the city's notables at a high-society charity benefit. But now she walked in and around Central Park with all the friskiness of a newly discovered actress, followed by immense throngs of people. She even wanted to saunter down Times Square, wearing a sandwich sign reading: "Don't eat at Sam's Diner. Come and see me at Radio City Music Hall." Then she paused and said: "But that might make Sir Laurence Olivier drop his monocle."

Marilyn now says of her life, "If I'd observed all the rules, I'd never have got anywhere." She has shown that acting can't spoil Marilyn Monroe, and that her marriage to an intellectual playwright has every chance of being an enduring one, in spite of all predictions of disaster.

What does it feel like to be married to Marilyn Monroe? "Well, now kids in the streets and newspaper photographers call me 'Arthur'," says Miller. "It's impossible to have a superficial relationship with her. She's too honest and earthy for anything phony. She has an enormous sense of play, inventiveness—and unexpectedness—not only as a wife but as an actress. She could never be dull. I took her as a serious actress even before I met her. I think she's an adroit comedienne, but I also think she might turn into the greatest tragic actress than can be imagined. But let me add: She can be a bad actress so far as I'm concerned, and I can still love her."

Marilyn says her new husband is the first man who hasn't become exasperated with her for being late. ("At least I was on time for the wedding.") While Marilyn goes through her four-hour ritual for getting ready to go out, Miller will wait comfortably, reading and puffing on his pipe. He once told her mildly that if she didn't wear any make-up, she would still look good to him. But Marilyn, like most famous beauties, feels insecure about her looks. She has a slight bump on the tip of her nose, for instance, that she takes endless pains in erasing with make-up.

Her next movie may be a remake of the German film *The Blue Angel*, an early Marlene Dietrich role. But she must go slowly. When she was filming her movie in England, she was urged by the Queen's physician to take a year's complete rest. That's another reason why their new house in Connecticut and a "long honeymoon" are so important to them.

MMLLC (Shaw) 000423

MARILYN'S NEW LIFE continued



**Rowing** on Central Park lake, she maneuvers boat as deftly as a sailor. She and husband also go bicycling in the park.



"**Late again!**" says Marilyn, trying to get into Tiffany's. Her only jewelry is her wedding ring; this favorite dress of hers cost $5.98.



"Yes, we knew who she was," said this couple in Central Park. "We didn't intrude because she was reading her newspaper."

END

115

MMLLC (Shaw) 000424

LOOK-Job, Surrogate of Look, LC-P&P