# EXHIBIT H

# M · A · R · I · L · Y · N

## *among friends*



EXHIBIT 14
S
12/27/09



### SAM SHAW AND NORMAN ROSTEN