# EXHIBIT I

## LAW OFFICES OF CHRISTOPHER SERBAGI

ATTORNEYS AT LAW

488 MADISON AVENUE

SUITE 1120

NEW YORK, NEW YORK 10022

(212) 593-2112

FACSIMILE: (212) 308-8582

c.serbagi@att.net

February 20, 2007

<u>Via Hand Delivery</u>
Michelle M. Craven, Esq.
Gibson, Dunn & Crutcher, LLP
200 Park Avenue
New York, New York 10166

    Re: <u>Shaw Family Archives, Ltd. et al. v. CMG Worldwide, Inc. et al.,
Index. No. 05 CV 3939</u>

Dear Michelle:

    Enclosed are documents that are responsive to MMLLC's first set of document requests, bearing production numbers SFA 00001- SFA 00574.

                                         Very truly yours,

                                         Christopher Serbagi