# EXHIBIT N

## Tal Dickstein

**From:** Christopher Serbagi [c.serbagi@earthlink.net]
**Sent:** Saturday, February 16, 2008 3:16 PM
**To:** Tal Dickstein; tjminch@sovichminch.com; Paula Colbath
**Cc:** dmmlitigates@optonline.net
**Subject:** Re: 2008_02_15_20_56_49.pdf

Actually, do not send it to Judge McMahon yet. I am making a cross-motion to preclude the evidence Ds are relying on so we should account for that in the briefing stipulation. My opposition and cross motion will be due, as scheduled on the 29th. Will you need more time to respond or do you just want to keep the same dates? In any event, it should all go in this stipulation so that we are not sending the Judge more stips than necessary

Chris


On 2/15/08 9:23 PM, "Tal Dickstein" <tdickstein@loeb.com> wrote:

> Thanks. I'll make that change and submit it to McMahon on Monday.
>
> ----- Original Message -----
> From: Christopher Serbagi <c.serbagi@earthlink.net>
> To: Tal Dickstein; Ted J. Minch <tjminch@sovichminch.com>; Paula Colbath
> Sent: Fri Feb 15 20:59:50 2008
> Subject: 2008_02_15_20_56_49.pdf
>
> Tal:
>
> I attach an executed briefing stipulation. You can make the change on p. 1
> to indicate that the Shaw Family's motions have been filed.
>
> Chris
>
>
> Law Offices of Christopher Serbagi
> 488 Madison Avenue, Suite 1120
> New York, New York 10022
> Tele: 212-593-2112
> Fax: 212-308-8582
> Email: c.serbagi@earthlink.net
> Web Site: www.serbagi.com



**Tal Dickstein**

3/24/2008

Attorney At Law

345 Park Avenue
New York, NY 10154
www.loeb.com
**Direct** 212.407.4963
**Main** 212.407.4000
**Fax** 646.924.3956
tdickstein@loeb.com
<mailto:tdickstein@loeb.com>

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender. Please destroy the original transmission and its attachments without reading or saving in any manner. Thank you, Loeb & Loeb LLP.

3/24/2008