# EXHIBIT O

M. MAHON, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
SHAW FAMILY ARCHIVES LTD., EDITH :
MARCUS and META STEVENS,
                                                :
            Plaintiffs,                         Case No. 05 Civ. 3939 (CM)
                                                :
    -against-                                   Hon. Colleen McMahon
                                                :
CMG WORLDWIDE, INC. and MARILYN                 STIPULATION
MONROE LLC,                                     :

            Defendants.
-------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/08

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that the briefing schedule for Plaintiffs / Consolidated Defendants' motions for summary judgment on their claim for a declaration that Marilyn Monroe died a domiciliary of the State of New York, based on estoppel and on constitutionality, is as follows:

| | |
|---|---|
| Plaintiffs / Consolidated Defendants' Motions for Summary Judgment on their Domicile Claim | (filed February 14, 2008) |
| Defendants / Consolidated Plaintiffs' Opposition | March 13, 2008 |
| Plaintiffs / Consolidated Defendants' Reply | March 27, 2008 |

WHEREAS Plaintiffs / Consolidated Defendants anticipate filing a cross-motion to preclude evidence relied upon in Defendants / Consolidated Plaintiffs' cross-motion for summary judgment on their public domain claim,

IT IS FURTHER STIPULATED AND AGREED by and between the undersigned counsel that the briefing schedule for Plaintiffs / Consolidated Defendants' Cross-Motion to Preclude Evidence is as follows:

| | |
|---|---|
| Plaintiffs / Consolidated Defendants' Cross-Motion to Preclude Evidence | February 29, 2008 |
| Defendants / Consolidated Plaintiffs' Opposition | March 21, 2008 |
| Plaintiffs / Consolidated Defendants' Reply | April 4, 2008 |

IT IS FURTHER STIPULATED AND AGREED that nothing in this Stipulation shall affect the Scheduling Order dated February 7, 2008.

2

| | |
|---|---|
| LAW OFFICES OF CHRISTOPHER SERBAGI | LOEB & LOEB, LLP |
| By: *(signed)* Christopher Serbagi<br>488 Madison Avenue, Suite 1120<br>New York, New York 10022<br>Tel: (212) 593-2112<br>Fax: (212) 308-8582 | By: _____<br>Jonathan Strauss<br>345 Park Avenue<br>New York, New York 10154-1895<br>Tel: (212) 407-4000<br>Fax: (646) 514-2887 |
| *Attorneys for Shaw Family Archives, Ltd., Edith Marcus and Meta Stevens* | *Attorneys for Marilyn Monroe LLC* |

SOVICH MINCH, LLP

By: *(signed)* Theodore J. Minch, Esq.
10099 Chesapeake Drive, Suite 100
McCordsville, Indiana 46055
Tel: (317) 335-3601
Fax: (317) 335-3602

*Attorneys for CMG Worldwide, Inc.*

Dated: New York, New York
February 15, 2008

So Ordered.

*(signature)*
Hon. Colleen McMahon
U.S.D.J.
2-20-08

3

| | |
|---|---|
| LAW OFFICES OF CHRISTOPHER SERBAGI | LOEB & LOEB, LLP |
| By:_____<br>Christopher Serbagi<br>488 Madison Avenue, Suite 1120<br>New York, New York 10022<br>Tel: (212) 593-2112<br>Fax: (212) 308-8582 | By: /s/ _____<br>Jonathan Strauss<br>345 Park Avenue<br>New York, New York 10154-1895<br>Tel: (212) 407-4000<br>Fax: (646) 514-2887 |
| *Attorneys for Shaw Family Archives, Ltd., Edith Marcus and Meta Stevens* | *Attorneys for Marilyn Monroe LLC* |

SOVICH MINCH, LLP

By:_____
Theodore J. Minch, Esq.
10099 Chesapeake Drive, Suite 100
McCordsville, Indiana 46055
Tel: (317) 335-3601
Fax: (317) 335-3602

*Attorneys for CMG Worldwide, Inc.*

Dated: New York, New York
       February 18, 2008

So Ordered.

_____
Hon. Colleen McMahon
U.S.D.J.

3