# EXHIBIT P

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
SHAW FAMILY ARCHIVES, LTD., EDITH MARCUS,
and META STEVENS,

                             Plaintiffs,

      -against-

CMG WORLDWIDE, INC., an Indiana Corporation
and MARILYN MONROE, LLC, a Delaware
Limited Liability Company,

                          Defendants.
---------------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/08

Index No. 05 CV 3939(CM)

Hon. Colleen McMahon

STIPULATION

        AT THE REQUEST OF THE PLAINTIFFS/CONSOLIDATED DEFENDANTS, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the briefing schedule for Plaintiffs/Consolidated Defendants' Motion for Summary Judgment dismissing Defendants/Consolidated Plaintiffs' public domain claim and Defendants/Consolidated Plaintiffs' Cross-Motion for Summary Judgment on their public domain claim, is as follows:

| | |
|---|---|
| Plaintiffs/Consolidated Defendants'<br>Opposition to Defendants/Consolidated Plaintiffs'<br>Cross-Motion | March 4, 2008 |
| Plaintiffs/Consolidated Defendants'<br>Reply to Defendants/Consolidated Plaintiffs'<br>Opposition | March 4, 2008 |
| Defendants/Consolidated Plaintiffs' Reply<br>To Plaintiffs/Consolidated Defendants Opposition | March 18, 2008 |

IT IS HEREBY FURTHER STIPULATED AND AGREED by and between the undersigned counsel that the briefing schedule for Plaintiffs/Consolidated Defendants' Cross-Motion to preclude evidence relied upon by Defendants/Consolidated Plaintiff's in their Cross-Motion for Summary Judgment on their public domain claim, is as follows:

| | |
|---|---|
| Plaintiffs/Consolidated Defendants' Cross-Motion to Preclude Evidence | March 4, 2008 |
| Defendants/Consolidated Plaintiffs' Opposition | March 25, 2008 |
| Plaintiffs/Consolidated Defendants' Reply | April 9, 2008 |

LAW OFFICES OF CHRISTOPHER SERBAGI        LOEB & LOEB, LLP

By:_____        By_____
Christopher Serbagi, Esq.                 Paula Colbath, Esq.
488 Madison Avenue, Suite 1120            345 Park Avenue
New York, New York 10022                  New York, New York 10154-1895
Tel: (212) 593-2112                       Tel: (212) 407-4000
Fax: (212) 308-8582                       Fax: (212) 514-2887

Attorney for Shaw Family Archives, Ltd., Edith    Attorneys for Marilyn Monroe, LLC
Marcus, Meta Stevens and Bradford Licensing
Associates

                                          SOVICH MINCH, LLP

                                          By:_____
                                          Theodore Minch, Esq.
                                          10099 Chesapeake Drive, Suite 100
                                          McCordsville, Indiana 46055
                                          Tel: (317) 355-3601
                                          Fax: (317) 335-3602

Dated: New York, New York                 Attorneys for CMG Worldwide, Inc.
       February 26, 2008

So Ordered:

                                          _____
                                          Hon. Colleen McMahon
                                          USDJ

                                          2-27-2008

IT IS HEREBY FURTHER STIPULATED AND AGREED by and between the undersigned counsel that the briefing schedule for Plaintiffs/Consolidated Defendants' Cross-Motion to preclude evidence relied upon by Defendants/Consolidated Plaintiff's in their Cross-Motion for Summary Judgment on their public domain claim, is as follows:

| | |
|---|---|
| Plaintiffs/Consolidated Defendants' Cross-Motion to Preclude Evidence | March 4, 2008 |
| Defendants/Consolidated Plaintiffs' Opposition | March 25, 2008 |
| Plaintiffs/Consolidated Defendants' Reply | April 9, 2008 |

LAW OFFICES OF CHRISTOPHER SERBAGI

By: *Christopher Serbagi*
Christopher Serbagi, Esq.
488 Madison Avenue, Suite 1120
New York, New York 10022
Tel: (212) 593-2112
Fax: (212) 308-8582

Attorney for Shaw Family Archives, Ltd., Edith Marcus, Meta Stevens and Bradford Licensing Associates

LOEB & LOEB, LLP

By: *Paula Colbath*
Paula Colbath, Esq.
345 Park Avenue
New York, New York 10154-1895
Tel: (212) 407-4000
Fax: (212) 514-2887

Attorneys for Marilyn Monroe, LLC

SOVICH MINCH, LLP

By:_____
Theodore Minch, Esq.
10099 Chesapeake Drive, Suite 100
McCordsville, Indiana 46055
Tel: (317) 355-3601
Fax: (317) 335-3602

Attorneys for CMG Worldwide, Inc.

Dated: New York, New York
       February 26, 2008

So Ordered:

_____
Hon. Colleen McMahon
USDJ

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
SHAW FAMILY ARCHIVES, LTD., EDITH MARCUS,
and META STEVENS,

       Plaintiffs,

  -against-

CMG WORLDWIDE, INC., an Indiana Corporation
and MARILYN MONROE, LLC, a Delaware
Limited Liability Company,

       Defendants.
-----------------------------------------------------------x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/08
```

Index No. 05 CV 3939(CM)

Hon. Colleen McMahon

STIPULATION

  AT THE REQUEST OF THE PLAINTIFFS/CONSOLIDATED DEFENDANTS, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the briefing schedule for Plaintiffs/Consolidated Defendants' Motion for Summary Judgment dismissing Defendants/Consolidated Plaintiffs' public domain claim and Defendants/Consolidated Plaintiffs' Cross-Motion for Summary Judgment on their public domain claim, is as follows:

| | |
|---|---|
| Plaintiffs/Consolidated Defendants'<br>Opposition to Defendants/Consolidated Plaintiffs'<br>Cross-Motion | March 4, 2008 |
| Plaintiffs/Consolidated Defendants'<br>Reply to Defendants/Consolidated Plaintiffs'<br>Opposition | March 4, 2008 |
| Defendants/Consolidated Plaintiffs' Reply<br>To Plaintiffs/Consolidated Defendants Opposition | March 18, 2008 |

IT IS HEREBY FURTHER STIPULATED AND AGREED by and between the undersigned counsel that the briefing schedule for Plaintiffs/Consolidated Defendants' Cross-Motion to preclude evidence relied upon by Defendants/Consolidated Plaintiff's in their Cross-Motion for Summary Judgment on their public domain claim, is as follows:

| | |
|---|---|
| Plaintiffs/Consolidated Defendants'<br>Cross-Motion to Preclude Evidence | March 4, 2008 |
| Defendants/Consolidated Plaintiffs'<br>Opposition | March 25, 2008 |
| Plaintiffs/Consolidated Defendants' Reply | April 9, 2008 |

LAW OFFICES OF CHRISTOPHER SERBAGI        LOEB & LOEB. LLP

By:_____            By_____
Christopher Serbagi, Esq.                 Paula Colbath, Esq.
488 Madison Avenue, Suite 1120            345 Park Avenue
New York, New York 10022                  New York, New York 10154-1895
Tel: (212) 593-2112                       Tel: (212) 407-4000
Fax: (212) 308-8582                       Fax: (212) 514-2887

Attorney for Shaw Family Archives, Ltd., Edith    Attorneys for Marilyn Monroe, LLC
Marcus, Meta Stevens and Bradford Licensing
Associates

                                          SOVICH MINCH, LLP

                                          By:_____
                                          Theodore Minch, Esq.
                                          10099 Chesapeake Drive, Suite 100
                                          McCordsville, Indiana 46055
                                          Tel: (317) 355-3601
                                          Fax: (317) 335-3602

Dated: New York, New York                 Attorneys for CMG Worldwide, Inc.
       February 26, 2008

So Ordered:

                                          _____
                                          Hon. Colleen McMahon
                                          USDJ

                                          2-27-2008

IT IS HEREBY FURTHER STIPULATED AND AGREED by and between the undersigned counsel that the briefing schedule for Plaintiffs/Consolidated Defendants' Cross-Motion to preclude evidence relied upon by Defendants/Consolidated Plaintiff's in their Cross-Motion for Summary Judgment on their public domain claim, is as follows:

| | |
|---|---|
| Plaintiffs/Consolidated Defendants' Cross-Motion to Preclude Evidence | March 4, 2008 |
| Defendants/Consolidated Plaintiffs' Opposition | March 25, 2008 |
| Plaintiffs/Consolidated Defendants' Reply | April 9, 2008 |

LAW OFFICES OF CHRISTOPHER SERBAGI

By: *(signed)*
Christopher Serbagi, Esq.
488 Madison Avenue, Suite 1120
New York, New York 10022
Tel: (212) 593-2112
Fax: (212) 308-8582

Attorney for Shaw Family Archives, Ltd., Edith Marcus, Meta Stevens and Bradford Licensing Associates

LOEB & LOEB, LLP

By: *(signed)*
Paula Colbath, Esq.
345 Park Avenue
New York, New York 10154-1895
Tel: (212) 407-4000
Fax: (212) 514-2887

Attorneys for Marilyn Monroe, LLC

SOVICH MINCH, LLP

By:_____
Theodore Minch, Esq.
10099 Chesapeake Drive, Suite 100
McCordsville, Indiana 46055
Tel: (317) 355-3601
Fax: (317) 355-3602

Attorneys for CMG Worldwide, Inc.

Dated: New York, New York
       February 26, 2008

So Ordered:

_____
Hon. Colleen McMahon
USDJ