# EXHIBIT S

**LAW OFFICES OF CHRISTOPHER SERBAGI**
ATTORNEYS AT LAW
488 MADISON AVENUE
SUITE 1120
NEW YORK, NEW YORK 10022
(212) 593-2112
FACSIMILE: (212) 308-8582
c.serbagi@att.net

November 28, 2007

<u>Via Overnight Mail</u>
Paula Colbath, Esq.
Loeb & Loeb LLP
345 Park Avenue
New York, New York 10154

    Re:  <u>Shaw Family Archives, Ltd. et al. v. CMG Worldwide, Inc. et al., Index. No. 05 CV 3939 (CM)</u>

Dear Paula:

    Enclosed are documents responsive to Defendants' discovery requests, bearing production numbers SFA 00575 – SFA 01091.

                                                        Very truly yours,

                                                        Christopher Serbagi

cc:  Ted Minch, Esq.

# MARILYN
## AMONG FRIENDS



## SAM SHAW AND NORMAN ROSTEN

SFA 01038

The photographer Sam Shaw introduced Norman Rosten to Marilyn Monroe in 1955. Their relationship grew: Marilyn's analyst, Dr. Ralph Greenson, described Rosten as one of her 'closest friends'. She married another of his friends, Arthur Miller, and from then saw a great deal of Norman and his wife Hedda.

And when she wasn't seeing them, she would phone – at all times of the day and night. Something in the gentle, humorous poet appealed to Marilyn and inspired her trust.

For Rosten, Marilyn was different things at different times: an attractive and vibrant woman, full of fun and energy; an innocent child with an appealing *naiveté*, and, on occasion, a dear friend badly in need of help.

Photographer Sam Shaw met Monroe on the set of *Viva Zapata* when she was an out-of-work contract player. Shaw was to take many famous photographs of Marilyn, including the skirt-blowing shots for *The Seven-Year Itch*. But he too became her friend and over many years took the kind of photographs that only friends can.

Two hundred of Shaw's intimate photographs, most of them previously unpublished, appear in this book. They reveal many facets of the Marilyn only her true friends knew: the sex goddess ravishing the camera on the beach at Amagansent; the wife shopping with husband Arthur Miller; the woman who longed for children relaxing with Rosten's young daughter Patricia; or the ethereal, virginal nymph dancing innocently among trees.

As her closest friends, both the author and the photographer are uniquely placed to reveal the real Marilyn. *Marilyn among Friends* conveys its subject with greater authority, candour and above all, affection than any previous book.

SFA01039

Photographs copyright © 1972, 1979, 1987 by Sam Shaw
and Ian Woodner
Text copyright © 1987 by Norman Rosten
Design copyright © 1987 by Bloomsbury Publishing Ltd

This 1992 edition published by CRESCENT BOOKS
distributed by Outlet Book Company Inc., a
Random House Company, 225 Park Avenue South,
New York, New York 10003

Printed in Hong Kong

ISBN 0-517-06989-X

8 7 6 5 4 3 2 1

SFA 01040