# EXHIBIT U

 

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

REGISTRATION NO. 1509758    SERIAL NO. 73/633842    PAPER NO.
MAILING DATE: 01/30/95

MARK: MARILYN MONROE (STYLIZED)

REGISTRANT: ADMINISTRATRIX, C.T.A. OF THE ESTATE OF
MARILYN MONROE

CORRESPONDENCE ADDRESS:
MICHELE P. SCHWARTZ
STROOCK & STROOCK & LAVAN
SEVEN HANOVER SQUARE
NEW YORK, NY 10004-2696

Please furnish the following in all correspondence:

1. Your phone number and zip code.
2. Mailing date of this action.
3. Affidavit-Renewal Examiner's name.
4. The address of all correspondence not containing fees should include the words "Box 5".
5. Registration No.

RECEIPT IS ACKNOWLEDGED OF THE SUBMITTED REQUEST UNDER:

SECTION 8 OF THE TRADEMARK STATUTE AND 37 CFR SECS. 2.161-2.166.

YOUR REQUEST FULFILLS THE STATUTORY REQUIREMENTS AND HAS BEEN ACCEPTED.

ACCEPTED CLASSES - 3,14,16,25       CANCELLED CLASS - 28

*C. R. Hill*

CATHERINE HILL
AFFIDAVIT-RENEWAL EXAMINER
TRADEMARK EXAMINING OPERATION
(703) 308-9500  EXT. 46

MM-0036542