





Case 1:05-cv-03939-CM    Document 254-5    Filed 03/25/2008    Page 2 of 5





