UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SHAW FAMILY ARCHIVES, LTD., EDITH   :
MARCUS and META STEVENS,            :
                                    :
                                    :
              Plaintiffs,           :   Index No. O5 CV 3939 (CM)
                                    :
       -against-                    :   Hon. Colleen McMahon
                                    :
                                    :
CMG WORLDWIDE, INC., an Indiana Corporation:
and MARILYN MONROE, LLC, a Delaware :
Limited Liability Company,          :
                                    :
              Defendants.           :
                                    :
-----------------------------------------------------------X

## THIRD DECLARATION OF CHRISTOPHER SERBAGI

I, CHRISTOPHER SERBAGI, an attorney duly licensed to practice law before this Court, declare the following facts under penalty of perjury:

1. I represent Shaw Family Archives, Ltd., Edith Marcus, Meta Stevens and Bradford Licensing Associates (collectively referred to as the "Shaw Family") in the above-captioned matter and am fully familiar with the facts set forth herein. I respectfully submit this declaration on behalf of the Shaw Family in further support of their position that SB 771 is unconstitutional and that the Court's May 2, 2007 Decision and Order stands.

2. Attached hereto as Exhibit A is a true and correct copy of the proposed New York Civil Rights Law § 50(f), as an amendment to New York Civil Rights Law § 50.

3. Attached hereto as Exhibit B is a true and correct copy of an Order of the Honorable Colleen McMahon, dated November 29, 2007.

4.  Attached hereto as Exhibit C is a true and correct copy of a Decision and Order of the Honorable Margaret Morrow, dated March 17, 2008.

Dated:  New York, New York
        March, 27, 2008

                                        LAW OFFICES OF CHRISTOPHER SERBAGI

                                      By: Christopher Serbagi
                                      488 Madison Avenue
                                      New York, New York 10022
                                      Tel: 212-593-2112
                                      Fax: 212-308-8582

                                      Attorneys for Shaw Family Archives, Bradford Licensing Associates, LP, Edith Marcus and Meta Stevens