Clerk's Certificate of Constitutional Issue in Case—State Statute Questioned

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
SHAW FAMILY ARCHIVES, LTD., EDITH MARCUS
and META STEVENS,

                Plaintiffs,

       -against-

CMG WORLDWIDE, INC., an Indiana Corporation and
MARILYN MONROE, LLC., a Delaware Limited
Liability Company,

                Defendants.
----------------------------------------------------------------X

Index No.: 05 CV 3939(CM)
Index No.: 06 CV 2619(CM)

NOTICE THAT MOTION
INVOLVES CHALLENGE
TO CONSTITUTIONALITY
OF STATE STATUE
(28 U.S.C. § 2403;
FED. R. CIV. P. 5.1)

TO THE ATTORNEY GENERAL
OF THE STATE CALIFORNIA:

     TAKE NOTICE that in the action shown in the caption above, Plaintiff/Consolidated Defendant Shaw Family Archives, Ltd., Consolidated Defendant Bradford Licensing, L.P. Plaintiff Edith Marcus and Plaintiff Meta Stevens (the "Shaw Family"), has been authorized by Hon. Colleen McMahon by a Memo Endorsed Order dated December 7, 2007 to file a motion in which the Shaw Family raises the issue of the constitutionality of California Civil Code § 3344.1. The Shaw Family filed its motion challenging the constitutionality of California Civil Code § 3344.1 on February 14, 2008.

     Accordingly, as required by Section 2403 of Title 28 of the United States Code, this court certifies that the constitutionality of the above-referenced statute has been placed in issue, and notifies you that you may, therefore, intervene in this action. If you desire to intervene in this action, you should file your motion to intervene, pursuant to Rule 5.1 of the Federal Rules of Civil Procedure, within 60 days, or a later time set by the court, from the date of this Notice or from the date of Notice served by the Shaw Family, whichever was sooner.

Dated: March 10th, 2008
       New York, New York

                                       _____, Clerk
                                       United States District Court for the
                                       Southern District of New York
                                       By:_____
                                       Deputy Clerk