# EXHIBIT C

Melissa Stevens

Page 1

# ORIGINAL

1

2　UNITED STATES DISTRICT COURT
　SOUTHERN DISTRICT OF NEW YORK

3　_____

4　SHAW FAMILY ARCHIVES, LTD., EDITH
　MARCUS and META STEVENS,

5

6　　　　　　　　　Plaintiffs,

7　　　vs.　　　　　　　　05 Civ. 3939(CM)

8　CMG WORLDWIDE, INC., an Indiana
　Corporation, and MARILYN MONROE, LLC,
　a Delaware Limited Liability Company,

9

　　　　　　　　　Defendants.

10　_____

11

12

13

14　　　　　DEPOSITION OF MELISSA STEVENS

15　　　　　　　New York, New York

16　　　　　Monday, December 17, 2007

17

18

19

20

21

22

23　Reported by:

24　Adrienne M. Mignano

25　JOB NO. 199551

Melissa Stevens

Page 7

```
 1                 Stevens
 2      Q.    Would it be accurate to
 3   characterize SFA as a family business?
 4      A.    Yes.
 5      Q.    And you're part of the family?
 6      A.    That's correct.
 7      Q.    So you have an interest in the
 8   business?
 9      A.    Absolutely.
10      Q.    Prior to two weeks ago, where were
11   you employed?
12      A.    Could you specify the question?
13      Q.    Sure.
14            You said you started officially
15   two weeks ago as an employee of SFA, and
16   I'm asking where you were employed before
17   two weeks ago?
18      A.    My most recent job prior to being
19   hired as the operations manager was with
20   the Sopranos television show.
21      Q.    In what capacity?
22      A.    I was a locations coordinator.
23      Q.    And were you employed by the
24   Sopranos for -- that sounds bad.
25            Were you employed by the
```

Melissa Stevens

Page 18

1              Stevens

2    forming SFA.  You indicated that you know

3    who they are, and I'm asking, who they

4    are?

5       A.    Well, I know who the owners of SFA

6    are, if that's what you're asking.

7       Q.    I'm not sure if I am, but that's a

8    good enough question to answer.

9              So who are the owners of SFA?

10      A.    As of today?

11      Q.    Yes, as of today.

12      A.    The owners are myself, Melissa

13   Stevens, Meta Stevens, Cindy Conti, Robert

14   Conti, Edith Marcus, David Marcus, Rebecca

15   Marcus, the estate of Larry Shaw.

16      Q.    Do you know who the original

17   owners of SFA were?

18      A.    I'm not sure what you mean by

19   original.

20      Q.    Who were the owners in 2002?

21      A.    As of what date?

22      Q.    The date of formation.

23      A.    I would have to check my company

24   records, however, I believe it was Larry

25   Shaw, Edith Marcus, and Meta Stevens.