

# CMG WORLDWIDE
Representing the World's Greatest Legends

February 2008

## Client List

**I. ENTERTAINMENT**
Marilyn Monroe
James Dean
Sophia Loren*
Ingrid Bergman
Ivana Trump*
Lana Turner
Bette Davis
Tyrone Power
Errol Flynn
Montgomery Clift
Sir Laurence Olivier
Rock Hudson
Helen Hayes
Jean Harlow
Ginger Rogers
Josephine Baker
Lou Jacobs
Matthew "Stymie" Beard, Jr.
George "Spanky" McFarland
William "Buckwheat" Thomas
Lillian Gish
Alan Ladd
Bettie Page
Telly Savalas
Peter Sellers
Jayne Mansfield
Mickey Rooney*
Lee Strasberg
Tennessee Ernie Ford
Carmen Miranda
Sharon Tate
Hedy Lamarr
Victoria Fuller*
Redd Foxx
Walter Matthau
Gene Siskel
Dudley Moore
Gene Tierney
Holly Madison*
Bridget Marquardt*
Kendra Wilkinson*
John Belushi
Mitch Hedberg
Dorothy Lamour
Natalie Wood
Ava Gardner
Scott Baio
Marlon Brando

**II. MUSIC**
Glenn Miller
Mary Wells
Billie Holiday
Ella Fitzgerald
Charlie Parker
The Andrews Sisters
Cass Elliot
Chuck Berry*
Kate Smith
Don McLean*
Buddy Rich
Jascha Heifetz
Benny Goodman
Tammy Wynette
Tiny Tim
Universal Music Publishing Group
Bobby Helms
Christopher Wallace (Notorious B.I.G.)
Christopher Rios (Big Pun)

**III. SPORTS**
*(Olympics)*
Jesse Owens
Jim Thorpe
Jim Hines*
Florence Griffith Joyner
Al Joyner*
Floyd Patterson*

*(Auto Racing)*
Bill Elliott*
Buddy Baker*
Scott Brayton
Darrell Gwynn*

*(Boxing)*
"Sugar" Ray Robinson
Joe Louis
Jack Dempsey
Floyd Patterson
Roberto Duran*
Rocky Marciano
James J. Braddock

*(Basketball)*
Bob Cousy*
Wally Szczerbiak*
George Mikan
Oscar Schmidt*
"Pistol" Pete Maravich

*(Baseball)*
Babe Ruth
Lou Gehrig
Jackie Robinson
Honus Wagner
Ty Cobb
Tony Lazzeri
Don Drysdale
Billy Martin
Walter Johnson
Cy Young
Walter Maranville
Roy Campanella
Mel Ott
Burleigh Grimes
Grover Alexander
Gil Hodges
Satchel Paige
Edd Roush
Casey Stengel
Rogers Hornsby
Eddie Collins
Rube Marquard
Dizzy Dean
Lefty Grove
Frank Chance
Tris Speaker
George Sisler
Christy Mathewson
Mickey Cochrane
"Shoeless" Joe Jackson
Carl Hubbell
Jimmie Foxx
Thurman Munson
Pie Traynor
Johnny Mize
Herb Pennock
John Evers
"Smoky" Joe Wood
"Wee" Willie Keeler
Zack Wheat
Leo Durocher
Ralph Kiner*
Don Larsen*
Carl Erskine*
Jim Palmer*
Bob Feller*
Eddie Mathews
Enos Slaughter
Fergie Jenkins*
Monte Irvin*
Harmon Killebrew*
Early Wynn
Lou Brock*
Mordecai "Three Finger" Brown
Pee Wee Reese
Tommy John
Alexander Cartwright

*(Football)*
Vince Lombardi
Knute Rockne
Jim Thorpe
George "The Gipper" Gipp
Bobby Layne
Buck Buchanan
Willie Brown*
Ollie Matson
Jim Taylor*
Willie Davis*
Y.A. Tittle*
Dick "Night Train" Lane*
Bart Starr*

*(Golf)*
Sam Snead

*(Professional Wrestling)*
Andre the Giant
Road Warrior Hawk
Road Warrior Animal*

*(Tennis)*
Arthur Ashe

*(Soccer)*
Hristo Stoitchkov*

*(Commentators)*
Michael Buffer*

**IV. HISTORICAL**
*(Humanitarian)*
Malcolm X
Rosa Parks

*(Military)*
General George S. Patton, Jr.

*(Literature)*
Mark Twain
Lee Strasberg
Oscar Wilde
Will Rogers
Jack Kerouac

*(Science/Medicine)*
Ivo Pitanguy*

*(Art & Architecture)*
Raymond Loewy
Frank Lloyd Wright
Norman Rockwell
Olivia De Berardinis*
Steve Kaufman*

*(Aviation)*
Amelia Earhart
Edward White II
Bessie Coleman

*(Photography)*
David Chobat
Robert Mulrenin*
George Napolitano*
Andre de Dienes Archives
George Barris
Harold Lloyd

**V. ORGANIZATIONS & TRADEMARKS**
I Love New York
"Let's Get Ready to Rumble"
The Ring
Stutz Bearcat
The Vatican Library Collection
Chobat's Historical Racing
Penitentiary Classics

*Available for personal appearances
Pro Baseball Hall of Fame
Pro Football Hall of Fame

**Los Angeles**
9229 West Sunset Boulevard, Suite 820
West Hollywood, California 90069 USA
Phone.310.651.2000   Fax. 317.570.5500

www.CMGWorldwide.com

**Corporate Headquarters**
10500 Crosspoint Boulevard
Indianapolis, Indiana 46256 USA
Phone.317.570.5000 Fax.317.570.5500