# EXHIBIT B

# REVENUE CHART

# FILED UNDER SEAL