UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHAW FAMILY ARCHIVES, LTD., EDITH
MARCUS and META STEVENS,

                              Plaintiffs,           Index No. O5 CV 3939 (CM)

         -against-                     Hon. Colleen McMahon

CMG WORLDWIDE, INC., an Indiana Corporation
and MARILYN MONROE, LLC, a Delaware
Limited Liability Company,

                              Defendants.
------------------------------------------------------------X

## SECOND DECLARATION OF DAVID MARCUS

I, DAVID MARCUS, an attorney duly licensed to practice law before this Court, declare the following facts under penalty of perjury:

1. I represent Shaw Family Archives, Ltd., Edith Marcus, Meta Stevens and Bradford Licensing Associates (collectively referred to as the "Shaw Family") in the above-captioned matter and am fully familiar with the facts set forth herein. I respectfully submit this declaration on behalf of the Shaw Family in further support of its motion seeking the imposition of a bond.

2. Annexed hereto as Exhibit A, is a true and correct copy of Defendants' Memorandum of Law in Opposition to Plaintiff's Motion to Withdraw Counts 1-8 of Plaintiffs' Second Amended Complaint without Prejudice and in Support of Defendants' Cross-Motion to Dismiss Counts 1 and 2 with Prejudice, dated January 16, 2008.

3. Annexed hereto as Ex. B, is a true and correct copy of an electronic communication between Jeogn-Go Lee and Park Jong-In, dated November 21, 2007.

4. Annexed hereto as Exhibit C, is a true and correct copy of a printout from Mark Roesler's own website, located at www.Markroesler.com, printed on April 9, 2008.

5. Annexed hereto as Exhibit D, is a true and correct copy of excerpts from the transcript of Mark Roesler, dated December 26, 2007.

6. Annexed hereto as Exhibit E, is a true and correct copy of an electronic communication from Christopher Serbagi to Paula Colbath, dated November 2, 2007.

7. Annexed hereto as Exhibit F, is a true and correct copy of a letter from Paula Colbath to the Honorable Colleen McMahon, dated November 28, 2007.

8. Annexed hereto as Exhibit G, is a true and correct copy of an Order of the Honorable Colleen McMahon, dated November 29, 2007.

9. I concur with the recitation of the events Christopher Serbagi describes in his Second Declaration dated April 9, 2008.

Dated: New York, New York
April 9, 2008

LAW OFFICES OF CHRISTOPHER SERBAGI

By: David Marcus
488 Madison Avenue
New York, New York 10022
Tel: 212-593-2112
Fax: 212-308-8582

Attorneys for Shaw Family Archives, Ltd., Bradford Licensing Associates, Edith Marcus and Meta Stevens

2