UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

SHAW FAMILY ARCHIVES, LTD.,
EDITH MARCUS and META STEVENS

        Plaintiffs,

    -against-                                            05 Civ. 3939 (CM)

CMG WORLDWIDE, INC., an Indiana
Corporation, and MARILYN MONROE, LLC,
a Delaware Limited Liability Company,

        Defendants.
------------------------------------------------------------x

McMahon, J.:

       The motion by the Screen Actors Guild, Inc. ("SAG") for leave to file an amicus brief is granted. Attached to this motion was SAG's amicus brief, which was labeled on ECF as a Memorandum of Law in support of SAG's motion for leave to file an amicus brief. (*See* Dkt. #246.) The Court deems this document to be SAG's amicus brief.

Dated: May 23, 2008

                                                                 U.S.D.J.

BY ECF TO ALL COUNSEL