# LAW OFFICES OF CHRISTOPHER SERBAGI

### ATTORNEYS AT LAW
488 MADISON AVENUE
SUITE 1120
NEW YORK, NEW YORK 10022
(212) 593-2112
FACSIMILE (212) 308-8502
www.SERBAGI.COM

COUNSEL
SETH A. AKABAS
ELLIOT FURMAN
SHARON COLCHAMIRO

## MEMO ENDORSED

June 23, 2008

*6/24/08 We are working on the motions. We will deal with what we have before us without reading other issues they may never read their ugly heads. CM*

Via Facsimile
Honorable Colleen McMahon
United States District Court
500 Pearl Street, Room 640
New York, New York 10007

Re: Shaw Family Archives, Ltd. et al. v. CMG Worldwide, Inc. et al., Index. No. 05 CV 3939

Dear Judge McMahon:

On behalf of the Shaw Family Archives, Ltd. and Bradford Licensing Associates (the "Shaw Family"), I write to respectfully inform the Court that the New York Legislature is considering passing, very shortly, retroactive right of publicity legislation. Should the New York Legislature pass the proposed legislation, the Shaw Family will file a motion requesting that the Court declare the legislation unconstitutional. We bring this issue to the attention of the Court only so that is fully apprised of significant events that would impact the disposition of the present litigation.

Consistent with the newly passed California legislation, the proposed New York legislation will retroactively vest a right of publicity on deceased individuals that they did not own when they were alive. For this reason, the Court's anticipated ruling on the constitutionality of the retroactive aspect of the California right of publicity legislation will be extremely instructive to the New York Legislature.

The Shaw Family does not wish to burden the Court with matters that have not yet occurred, but the proposed New York legislation would so impact the resolution of this case that we thought it best to inform the Court in advance how the Shaw Family intends to respond to the proposed legislation so that the Court has time to contemplate how it would prefer to address these issues.

Respectfully Submitted,

Christopher Serbagi

cc:    Paula Colbath, Esq. (via electronic communication)
Ted Minch, Esq. (via electronic communication)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/08