UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————x

SHAW FAMILY ARCHIVES LTD.,
BRADFORD LICENSING, INC., JAMES E.
DOUGHERTY, and VALHALLA
PRODUCTIONS LLC

    Plaintiffs/Consolidated Defendants,

-against-                                    05 Civ. 3939 (CM)

CMG WORLDWIDE, INC. and
MARILYN MONROE, LLC,

    Defendants/Consolidated Plaintiffs.

————————————————————x

ORDER WITHDRAWING THE COURT'S NOVEMBER 29, 2007 ORDER DISMISSING
COUNTS 3-8 OF PLAINTIFFS' SECOND AMENDED COMPLAINT WITH PREJUDICE

McMahon, J.:

    On November 29, 2007, this Court ordered that the third through eighth causes of action of Plaintiffs' Second Amended Complaint be dismissed with prejudice. This order was entered due to the Court's mistaken impression that the parties had reached an agreement to withdraw the claims with prejudice.

    The Clerk is directed to vacate the Court's November 29, 2007 order dismissing Counts 3-8 with prejudice. The Court is reviewing the parties briefs on this issue, and will shortly decide whether Counts 1-8 will be dismissed with or without prejudice.

July 22, 2008

                                                             _____
                                                                        U.S.D.J.

BY ECF TO ALL COUNSEL

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/08