**MEMO ENDORSED**

# SovichMinch LLP
LEGAL AND PROFESSIONAL COUNSELORS

10099 Chesapeake Drive, Suite 100, McCordsville, Indiana 46055
Telephone: 317.335.3601  Facsimile: 317.335.3602
WWW.SOVICHMINCH.COM

*Via Facsimile Only (212-805-6326)*

September 8, 2008

The Honorable Judge Colleen McMahon
United States Courthouse
500 Pearl Street, Room 640
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/8/08
```

Re:   *Shaw Family Archives, Ltd., et al. v. CMG Worldwide, Inc., et al.*
      *Index No. 05 CV-3939 (CM)*

Dear Judge McMahon:

Please allow this correspondence to serve as CMG Worldwide, Inc.'s joinder in Marilyn Monroe, LLC's objection to Mr. Serbagi's letter of September 3, 2008 as an improper sur-reply on Plaintiffs' bond motion which has been tendered long after the issues associated with Plaintiffs' bond request in this Case have been fully briefed.

Furthermore, Mr. Serbagi's letter challenging CMG's constitutional right to the appeal of an adverse opinion in another jurisdiction is regretful. For Mr. Serbagi to speculate as to what he believes may be the motivation in our client's exercise of its constitutional right to the full and fair litigation of disputes is, at best, irrelevant and, at worst, improper, as argued hereinabove.

Respectfully submitted,

Theodore J. Minch
Sovich Minch, LLP
Attorneys for CMG Worldwide, Inc.

Cc:   Paula Colbath, Esq. (via fax and e-mail)
      Christopher Serbagi, Esq. (via fax and e-mail)

*[Handwritten endorsement:] 9/8 Please know that I am not paying the slightest attention to this letter. Any day I am waiting for Marilyn Shaw's election about withdrawing or pursuing claim. [Signed] Colleen McMahon*