# LAW OFFICES OF CHRISTOPHER SERBAGI
ATTORNEYS AT LAW
488 MADISON AVENUE
SUITE 1120
NEW YORK, NEW YORK 10022
(212) 593-2112
FACSIMILE (212) 308-8582
WWW.SERBAGI.COM

COUNSEL
SETH A. AKABAS
ELLIOT FURMAN
SHARON COLCHAMIRO

September 15, 2008

Via Facsimile
Honorable Colleen McMahon
United States District Court
500 Pearl Street, Room 640
New York, New York 10007

**MEMO ENDORSED**

Re: Shaw Family Archives, Ltd. et al. v. CMG Worldwide, Inc. et al., Index. No. 05 CV 3939

Dear Judge McMahon:

The Plaintiffs respectfully request an additional fifteen pages for its omnibus motion for attorneys' fees, both for its opening brief and on reply. As Ordered by the Court, we will file this motion with the Court on September 22, 2008. The Defendants do not oppose this request.

Respectfully Submitted,

Christopher Serbagi

cc: Paula Colbath, Esq. (via electronic communication)
Ted Minch, Esq. (via electronic communication)

*Denied. I do not need [a] lengthy motion for attorneys' fees.*

Colleen McMahon
9/15/08

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/15/08